Page 1

1                UNITED STATES DISTRICT COURT

2                WESTERN DISTRICT OF WISCONSIN

3      _____

4      COMMODITY FUTURES TRADING

5      COMMISSION,

6              Plaintiff,

7         v.                          Civil Action No.

8      EDWARD S. WALCZAK,             20 Civ. 75 (WMC)(SLC)

9              Defendant.

10     _____

11               VIDEOTAPED DEPOSITION OF

12                 EDWARD S. WALCZAK

13     DATE:        Tuesday, May 18, 2021

14     TIME:        8:30 a.m.

15     LOCATION:    Remote Proceeding

16                  Washington, DC 20005

17     REPORTED BY:  Carl Hellandsjo, Notary Public

18     JOB No.:     4530392

19

20

21

22

Edward Walczak                                                    May 18, 2021

Page 2

1    A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFF COMMODITY FUTURES TRADING
3  COMMISSION:
4    SAMUEL MR. WASSERMAN, ESQUIRE (by
5    videoconference)
6    Commodity Futures Trading Commission (CFTC)
7    140 Broadway, 19th Floor
8    New York, NY 10005
9    swasserman@cftc.gov
10   (646) 746-9802
11
12   CANDICE ALOISI, ESQUIRE (by videoconference)
13   Commodity Futures Trading Commission (CFTC)
14   140 Broadway, 19th Floor
15   New York, NY 10005
16   caloisi@cftc.gov
17
18   PETER JANOWSKI, ESQUIRE (by videoconference)
19   Commodity Futures Trading Commission (CFTC)
20   140 Broadway, 19th Floor
21   New York, NY 10005
22   pjanowski@cftc.gov

Page 3

1    A P P E A R A N C E S (Cont'd)
2  ON BEHALF OF DEFENDANT EDWARD S. WALCZAK:
3    JAMES L. KOPECKY, ESQUIRE (by videoconference)
4    Kopecky Schumacher Rosenburg LLC
5    120 North LaSalle Street, Suite 2000
6    Chicago, IL 60602
7    jkopecky@ksrlaw.com
8    (312) 380-6633
9
10   ZACHARY ZILIAK, ESQUIRE (by videoconference)
11   Ziliak Law, LLC
12   71 South Wacker Drive
13   Chicago, IL 60606
14   zachary@ziliak.com
15
16   STEVEN BYLINA III, ESQUIRE (by videoconference)
17   Ziliak Law, LLC
18   141 West Jackson Boulevard, Suite 4048
19   Chicago, IL 60604
20   sbylina@ziliak.com
21
22

Page 4

1    A P P E A R A N C E S (Cont'd)
2  ALSO PRESENT:
3    Orson Braithwaite, Videographer (by
4    videoconference)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 5

1    I N D E X
2  EXAMINATION:                        PAGE
3    By Mr. Wasserman              11
4
5    E X H I B I T S
6  NO.        DESCRIPTION              PAGE
7                MARKED
8  Exhibit 1    E-mail, 11/19/2014; Bates No.
9    SEC_04_0369122              14
10 Exhibit 2    Spreadsheet, "Hedged Futures
11   Strategy Fund Risk Guidelines"    14
12 Exhibit 3    E-mail, 12/22/2014; Bates No.
13   SEC_04_0357587              25
14 Exhibit 4    Hedged Futures Strategy Fund Risk
15   Guidelines, 12/2014; Bates No.
16   SEC_04_0357600              25
17 Exhibit 5    E-mail, 1/20/2015           33
18 Exhibit 6    Fund Trading Procedures;
19   Bates No. CFTC3_00024271        33
20 Exhibit 7    E-mail, 5/20/2015; Bates No.
21   CFTC3_00023342              38
22

2 (Pages 2 - 5)

Edward Walczak                                                    May 18, 2021

Page 6

E X H I B I T S (Cont'd)

NO.        DESCRIPTION              PAGE

Exhibit 8    E-mail, 5/27/2015;  Bates No.
           CFTC4_00000325           41
Exhibit 9    E-mail, 6/20/2015; Bates No.
           CFTC3_00030811           43
Exhibit 10   Spreadsheet; Fund Risk Guidelines,
           05/08/2015               50
Exhibit 11   Excel Spreadsheet; Fund Risk
           Guidelines, 06/17/2015   50
Exhibit 12   E-mail, 11/23/2015; Bates No.
           CFTC3_00003173           50
Exhibit 13   Investor Presentation, 1st Quarter
           2014                     67
Exhibit 14   Investor Presentation, 4th Quarter
           2013                     67
Exhibit 15   E-mail, 05/11/2014; Bates No.
           SEC_04_0371171           71
Exhibit 16   Presentation, National Sales
           Meeting, May 2014        71
Exhibit 17   E-mail, 02/14/2017; Bates No.
           Catalyst_005_0200749     99

Page 7

E X H I B I T S (Cont'd)

NO.        DESCRIPTION              PAGE

Exhibit 18   Spreadsheet, Fund Options
           Positions                99
Exhibit 19   E-mail, 02/14/2017; Bates No.
           Catalyst_03_00276 and
           Update to Shareholders; Bates No.
           Catalyst_03_00277        105
Exhibit 20   2014 1099-MISC; Bates No.
           Catalyst_05_87675        122
Exhibit 21   2015 1099-MISC; Bates No.
           Catalyst_05_78689        122
Exhibit 22   2016 1099-MISC; Bates No.
           Catalyst_05_87699        123
Exhibit 23   2017 1099-MISC; Bates No.
           CFTC2_00128              123
Exhibit 24   Spreadsheet, 2018 1099 payments   124
Exhibit 25   Walczak Purchase/Sales in Fund   128
Exhibit 26   E-mail, 03/05/2017; Bates No.
           Catalyst_003_00524       136
Exhibit 27   OptionVue Screenshot     136
Exhibit 28   OptionVue Screenshot     136

Page 8

E X H I B I T S (Cont'd)

NO.        DESCRIPTION              PAGE

Exhibit 29   OptionVue Screenshot     160
Exhibit 30   E-mail, 05/29/2015; Bates No.
           CFTC3_00023254           167
Exhibit 31   OptionVue Screenshot; Bates No.
           CFTC3_00023255           167
Exhibit 32   Arbitration Deposition
           Transcript, 03/19/21; Bates No.
           Catalyst_Arb_CFTC_0001356    188
Exhibit 33   E-mail, 02/03/2017; Bates No.
           Catalyst_003_00244       196
Exhibit 34   Daily price of Hedged Futures
           Strategy Fund            197
Exhibit 35   E-mail, 02/06/2017; Bates No.
           Catalyst_003_00245       211
Exhibit 36   Hussman Funds Market Comment,
           2/6/17                   212
Exhibit 37   E-mail, 01/30/2017; Bates No.
           Catalyst_005_0154692     214

Page 9

E X H I B I T S (Cont'd)

NO.        DESCRIPTION              PAGE
           UNMARKED
Exhibit 38   E-mail, 07/14/2016; Bates No.
           SEC_04_0108091           N/A

           (Exhibits attached.)

Edward Walczak                                                    May 18, 2021

Page 10

1          P R O C E E D I N G S
2          VIDEOGRAPHER:  Good morning.  We are
3  going on the record at 8:30 a.m. on May 18, 2021.
4  This is Media Unit 1 of the remote recorded deposition
5  of Mr. Edward Walczak in the matter of Commodity
6  Futures Trading Commission vs. Edward S. Walczak filed
7  in the United States District Court, Western District
8  of Wisconsin, Case No. 20 Civ. 75 (WMC)(SLC).
9          My name is Orson Braithwaite from the
10  firm Veritext Legal Solutions, and I'm the
11  videographer.  The court reporter is Carl Hellandsjo,
12  from the firm Veritext Legal Solutions.
13          Counsel will now state their
14  appearances and affiliations for the record.
15          MR. WASSERMAN:  This is Sam Wasserman
16  on behalf of the Commodity Futures Trading Commission.
17          Why don't the rest of the CFTC state
18  their name for the record, and then defense counsel.
19          MS. ALOISI:  Hi.  This is Candice
20  Aloisi with the Commodity Futures Trading Commission.
21          MR. JANOWSKI:  And this is Peter
22  Janowski, also with the Commodity Futures Trading

Page 11

1  Commission.
2          MR. KOPECKY:  Yes.  Jim Kopecky for
3  defendant, Ed Walczak.
4          MR. ZILIAK:  Zach Ziliak, also for the
5  defendant, Ed Walczak.
6          MR. BYLINA:  And Steve Bylina on behalf
7  of defendant Ed Walczak.
8          VIDEOGRAPHER:  Thank you.  Will the
9  court reporter please swear in the witness.
10          REPORTER:  Yes.  Please raise your
11  right hand.
12  WHEREUPON,
13          EDWARD S. WALCZAK,
14  called as a witness, and having been first duly sworn
15  to tell the truth, the whole truth and nothing but the
16  truth, was examined and testified as follows:
17          REPORTER:  Thank you.
18          EXAMINATION
19  BY MR. WASSERMAN:
20      Q   Thank you, Mr. Walczak.  Can you please
21  state and spell your name for the record?
22      A   Edward Walczak.  E-D-W-A-R-D W-A-L-C-Z-A-K.

Page 12

1      Q   And just a few preliminary administrative
2  issues before we get into the questions.
3          Mr. Walczak, do you understand that you are
4  under oath today?
5      A   I do.
6      Q   And do you understand and agree that that
7  oath is valid and binding notwithstanding the fact
8  that you and other participants are appearing remotely
9  today?
10      A   I do.  I understand.
11      Q   Okay.  Can you confirm whether there's
12  anyone else in the room with you where you are?
13      A   There is no one else in the room with me.
14      Q   Okay.  As if we were in the room together,
15  do you understand that you are not to confer with your
16  counsel or anyone else during the questioning whether
17  by text, IM, or other communication?
18      A   I understand.
19      Q   If there's no question pending and you would
20  like to take a break to confer with counsel, you can
21  ask me.  And I'll decide whether we can go off the
22  record.  And if we go off the record, then you may

Page 13

1  confer with counsel over the phone.
2          This deposition is being videorecorded by
3  Veritext, but I would also ask you and your counsel to
4  confirm that there's no other audio or visual
5  recording being made of the testimony here today.
6          MR. KOPECKY:  There is not.
7      A   There is not, on my end.
8      Q   Thank you.  Okay, Mr. Walczak.  So if you
9  give me a moment.  I know we've spent some time
10  together before, so we don't need to go through a lot
11  of the background stuff that we would ordinarily go
12  through.
13          MR. WASSERMAN:  So I'm just going to
14  introduce Exhibit No. 1, which is -- it's actually
15  going to be Exhibit 1 and 2.
16          One is going to be a document Bates
17  stamped SEC_04_0369122.  If you give me a moment.
18          And Exhibit 2 is going to be an
19  attachment to that e-mail SEC_04-0369123.  Exhibit No.
20  2 is an Excel file, so there's not going to be a stamp
21  on the document.  But it will be marked in the file
22  name.

4 (Pages 10 - 13)

Edward Walczak                                             May 18, 2021

Page 14

1          (Exhibits 1 and 2 were marked for
2          identification.)
3   BY MR. WASSERMAN:
4      Q    Mr. Walczak, are you able to see those two
5   documents?
6      A    Is there an action I need to take within the
7   software?  I don't see anything.
8      Q    You don't see anything?
9      A    I see a folder that's empty, as I did when I
10  logged in, so.
11     Q    Yes.  Can you press "Refresh"?
12     A    All right.  I'll do that.  All right.  I see
13  a PDF and an Excel file.
14     Q    Yes.  Can you open those two documents,
15  please?
16     A    I have the PDF open.  And I'm not certain I
17  can open the other one at the same time.  Let me find
18  that -- find out if I can.  All right.  It looks to me
19  like I've only got one open at a time.
20     Q    Okay.  So you're going to have to download
21  it off the browser to be able to see both at once.
22     A    All right.

Page 15

1          MR. KOPECKY:  Right-hand corner of the
2   screen, Ed.  Up in the right-hand corner it should
3   show "Download" with a --
4          THE WITNESS:  There's -- yeah.  There's
5   actually a download icon next to the Excel file, so
6   I'll use that.
7          MR. KOPECKY:  Perfect.
8          MR. WASSERMAN:  That makes sense.
9          THE WITNESS:  All right.  So the Excel
10  file is open.
11  BY MR. WASSERMAN:
12     Q    Okay.  If you could take a minute to review
13  both, and then I'll ask some questions, first, about
14  the PDF.
15     A    All right.  I see the PDF.
16     Q    Okay.  What is this document?
17     A    Looks like an e-mail.
18     Q    From you to George Amrhein; is that right?
19     A    That's what it says in -- at the top of the
20  e-mail.  Yes.
21     Q    Okay.  It appears to be dated November 19,
22  2014, at 7:23 p.m.; correct?

Page 16

1      A    That is what it says in the top of the e-
2   mail.  Yes.
3      Q    Okay.  And who is George Amrhein?
4      A    George Amrhein was affiliated with Catalyst.
5   I don't recall his employment status, but he was
6   affiliated with Catalyst.
7      Q    Okay.  At this time, in or around November
8   of 2014, do you recall what his role was?
9      A    No.
10     Q    Okay.  The e-mail indicates that you write
11  to George and say "Attached is a first run at a risk
12  management template."  Do you see that?
13     A    Yes, I see that.
14     Q    What does that mean to you?
15     A    I -- I don't recall this e-mail.
16     Q    Okay.  Does the Excel file attached to the
17  e-mail look familiar to you?
18     A    Let me pull that up.  The -- the content
19  looks familiar.  I don't recall this particular file.
20  No.
21     Q    Okay.  If you click on the "File" tab on the
22  top left of the e-mail --

Page 17

1      A    Okay.
2      Q    -- there's the screen that says "Info."
3      A    So I only see -- so I have an Excel file.
4   It has a "Sheet1," and I'm looking at one, two, three,
5   four, five columns of information.  It's titled Hedged
6   Futures Strategy Fund Risk Guidelines.  I don't see
7   any other tabs.
8      Q    I understand Mr. Walczak.  On the top, do
9   you see where it says "File," "Home," "Insert," "Page
10  Layout"?
11     A    Yep.
12     Q    Okay.  Click "File."
13     A    All right.
14     Q    Okay.  On the right-hand side, do you see
15  "Properties," "Related Dates," and "Related People"?
16     A    I do not.
17     Q    Okay.  I'm going to share my screen with
18  you.
19     A    Okay.  I mean, my -- this file's open --
20  I -- it looks like in my Excel software on my
21  computer.
22     Q    Yes.  I understand.

5 (Pages 14 - 17)

Edward Walczak                                                    May 18, 2021

Page 18

1    A    Okay.

2    Q    Do you see my screen right now, Mr. Walczak?

3    A    Yes.

4    Q    Can you see if the screen says the file name

5    at the top is SEC_04_0369123?

6    A    Yes.

7    Q    Okay.  And you see, on the right-hand side,

8    "Related People," "Author," and it says your name?

9    A    Yes.

10   Q    Okay.  And do you see the date created and

11   modified are both 11/19/2014?

12   A    Yes.

13   Q    Okay.  Did you create this document, Mr.

14   Walczak?

15   A    Honestly, I don't remember.  It -- it's

16   seven years ago.

17   Q    I understand.

18   A    It certainly -- it certainly looks like

19   something I could have created.

20   Q    Okay.  Walk us through this document and

21   what it means.

22   A    Well, again, I -- I, you know, I just told

Page 19

1    you I don't remember this specific document.  So I

2    don't want to guess at -- at this stuff.

3          I mean, it, you know -- again, I can

4    speculate on what it means.  That -- the concepts are

5    things I've seen before.  I'm not sure if you want me

6    to speculate on what it means.

7    Q    Well, do you recall creating a set of Risk

8    Guidelines for the Catalyst Futures Hedged Strategy

9    Fund in late 2014?

10   A    Yeah, I -- I recall sending Catalyst some of

11   the operating guidelines I've used for my strategy

12   before joining Catalyst, before converting to the

13   mutual fund.  Yes.

14   Q    Okay.  Did this document exist in some form

15   prior to November 19th of 2014?

16   A    You know, I honestly don't remember.  I -- I

17   had operating parameters for -- for the Harbor Fund

18   predecessor.  I don't remember what form they took.

19   But I did have similar operating parameters.

20   Q    And when you say "similar operating

21   parameters" for the Harbor Fund, what do you mean?

22   A    Well, what I mean is I -- I created some

Page 20

1    parameters following a drawdown on the Harbor Fund to

2    try to identify ways to mitigate future drawdowns.

3          And -- and they involved some of the

4    concepts I see on this page.

5    Q    Okay.  Were the operating parameters that

6    you used for Harbor written down anywhere?

7    A    I -- I think they were.  Again, it was a

8    long time ago.  I don't remember for sure.

9          I did do a lot of stuff in my head, but they

10   may have been written down.  Like I said, I -- I don't

11   recognize this particular format.  Don't know if I

12   used Excel; don't know if it was a yellow pad of

13   paper; don't know if it was in my head.

14          But I -- I had ground rules that I follow.

15   Q    Okay.  The Hedged Futures Strategy Fund

16   started in September of 2013; correct?

17   A    Yes.

18   Q    So from September 2013 through November 19th

19   of 2014, were there any written risk guidelines for

20   the Hedged Futures Strategy Fund?

21   A    Again, I -- I don't remember.  I -- I

22   continued to operate the mutual fund in the same

Page 21

1    manner as I operated the predecessor fund.

2          So my previous answer applies or -- or

3    applies.  I just don't remember to what degree I had

4    thing written down or not written down.

5    Q    Were there risk guidelines at all for the

6    Hedged Futures Strategy Fund prior to November 19th of

7    2014?

8    A    Well, yeah.  I -- I did use operating

9    parameters, prior.  Like I mentioned, I think the

10   drawdown -- the drawdown was in 2007, and that's when

11   I decided to put in place some -- some more objective

12   operating parameters.

13          But as I said, I -- I just don't remember

14   the -- the full, you know -- that was 2007, 14 years

15   ago.  I don't remember the specific evolution of those

16   guidelines; where, when, how they were written down.

17          But -- but I did use guidelines.

18   Q    Okay.  So my question was specifically about

19   September of 2013 through November 19th of 2014.  And

20   specifically, whether there were any risk guidelines

21   that you applied to the Hedged Futures Strategy Fund.

22   A    I used -- as I said, I -- I managed the --

6 (Pages 18 - 21)

Edward Walczak                                                    May 18, 2021

Page 22

1    the mutual fund in the same way I managed the hedge
2    fund.  So nothing really changed in how I managed the
3    portfolio immediately on that, you know, August 31st
4    to September 1st.  It wasn't -- I don't recall, at
5    least, that I did anything different.
6         Q    Okay.  What were the risk guidelines that
7    you used for the Hedged Futures Strategy Fund from
8    September 2013 to November 2014?
9         A    I -- I don't recall the specifics.  They do
10   evolve over time.  And I -- I really, very honestly,
11   don't recall which ones, which levels, or the detail
12   behind those parameters.
13        Q    And you don't recall whether they were
14   written down or not?
15        A    Exactly.
16        Q    One moment, please.  Can you recall any
17   specific parameter, written or nonwritten, that you
18   applied to the Hedged Futures Strategy Fund from
19   September 2013 through November 2014?
20        A    Well, I remember, I mean, I -- I do remember
21   using position guidelines, meaning numbers of
22   positions.  I used open option premium dollars.  Those

Page 23

1    are the two that I remember specifically.  I -- I --
2    yeah.  They stick out in my mind.
3         Q    Anything else?
4         A    Those are the two I remember.
5         Q    Okay.  From September 2013 to November 2014,
6    how did you calculate -- or, sorry -- before I ask
7    that -- strike that.
8             From September 2013 to November 2014, what
9    exactly was the position limits risk guideline?
10        A    I -- I'm sorry to be repetitive, but I -- I
11   just don't remember.
12        Q    From September 2013 to November 2014, what
13   was the open options premium guideline?
14        A    I also don't recall, specifically, what it
15   was then.
16        Q    Do you recall how you calculated the open
17   options premium guideline --
18        A    Yeah.  It's --
19        Q    -- during that period?
20        A    It -- it -- the open option premium was a
21   mark to market calculation of the value of the open
22   positions.

Page 24

1         Q    Where did you get the information to
2    calculate that guideline?
3         A    I could get a reasonable approximation from
4    my software.  And I would periodically double-check
5    that against settlement prices on brokerage
6    statements.
7         Q    Okay.  And how did you calculate, if you
8    did, any position limits guideline during that period?
9         A    Again, I could -- I -- I looked both at my
10   software and brokerage statement to see the numbers of
11   open positions I had.
12        Q    What software are you referring to?
13        A    OptionVue.
14        Q    Okay.  And that's O-P-T-I-O-N-V-U-E?
15        A    Yes.  I think so.
16        Q    Just for the record.  Thank you.
17            Did you make the open options premium
18   calculation in writing or in your head during the
19   September 2013 to November 2014 period?
20        A    Don't know for sure.  I certainly did a lot
21   of the calculations in my head.  It's a habit of mine.
22        Q    Okay.  What about the calculation for

Page 25

1    position limits?
2         A    The -- the same.  I, you know, there --
3    there were certainly -- it -- it was likely there were
4    times I wrote something on a yellow pad.  A lot of
5    times I do it in my head.
6         Q    Okay.  Give me one moment.  I'm going to put
7    up another exhibit.  Okay, Mr. Walczak, if you could
8    refresh your Exhibits folder again, please.
9         A    Get rid of the Excel file real quick, and
10   then -- let's see.  All right.  I see two new PDF
11   exhibits.
12        Q    Yes.  Exhibit 3 is Bates stamped
13   SEC_04_0357587, and Exhibit 4 is stamped
14   SEC_04_0357600.
15            (Exhibits 3 and 4 were marked for
16             identification.)
17        A    I see those.
18        Q    And Exhibit 4 is the attachment to Exhibit
19   3.  Mr. Walczak, could you take a moment to review
20   Exhibit 3, please.
21        A    All right.  I see it.
22        Q    Okay.  And could you also take a moment to

Edward Walczak                                                                          May 18, 2021

Page 26

1  review Exhibit 4?

2      A   Okay.  Got it.

3      Q   Going back to Exhibit 3, which appears to be

4  an e-mail from Jerry Szilagyi, the CEO of Catalyst;

5  correct?

6      A   I agree that's how it appears.

7      Q   And it's to somebody named Arun Kumar.  Do

8  you know who that is?

9      A   I remember Arun.  I don't recall exactly who

10 he is.  But I do admit to having met him.

11     Q   What do you remember about Arun?

12     A   He -- he was some point of contact that

13 Jerry and I met.  I don't remember his position or

14 even who he worked for.

15         It's probably on here somewhere.  But he

16 was -- yeah.  I -- he was somebody at -- well, you

17 know, I honestly -- I can't say what organization.

18 I'm not seeing it in the e-mail.

19         But somebody we had to meet involved in

20 distributing the fund, I think, I guess.

21     Q   What do you mean "involved in distributing

22 the fund"?

Page 27

1      A   Well, I -- honestly, I don't know what I

2  mean.  I'm just trying to give you my -- my sense.

3  You're asking me who he was.  I honestly don't know

4  'cause I don't -- yeah.

5      Q   Mr. Walczak, Arun Kumar works for UBS;

6  right?

7      A   I -- again, I -- I looked.  I didn't see it

8  immediately.  I don't remember.

9          I see it now.

10     Q   Haven't you --

11     A   There.  I see his -- yeah.  I see UBS on it.

12 I missed --

13     Q   You've had several substantive meetings,

14 including at least one in person, with Arun Kumar;

15 right?

16     A   Yes.

17     Q   Okay.  So you know who he is.

18     A   Well, no.  No.  Mr. Wasserman, I -- I don't

19 remember.  I don't take interest, honestly, in this

20 end of the business.

21         And I remember Arun.  I remember he did

22 something for somebody involved in distribution of the

Page 28

1  fund.  That's all I remember.

2      Q   Okay.  Do you recall meeting with Mr. Kumar

3  in October of 2014?

4      A   I don't recall anything about the -- the

5  specific dates on which I met him.  I do recall

6  meeting him.

7      Q   Do you recall meeting him at some point in

8  the fall of 2014?

9      A   I don't -- again, I don't remember time

10 frames.  I -- I can tell you the -- the best of my

11 recollection I met him more than once.  And I don't

12 remember a whole heck of a lot about the meetings.

13     Q   What do you remember from your first meeting

14 with him?

15     A   I remember I was with Jerry.  And I remember

16 that he asked questions about the fund.

17     Q   Okay.  Where was the meeting?

18     A   I think that first meeting was in New York.

19     Q   What was the purpose of that meeting?

20     A   Don't remember.

21     Q   Was it to inform Mr. Kumar about the Hedged

22 Futures Strategy Fund?

Page 29

1      A   Previous response still applies.  I don't

2  remember.

3      Q   Okay.  Do you remember who else was at the

4  meeting besides Mr. Szilagyi and yourself and Mr.

5  Kumar?

6      A   Those are the only ones I remember.

7      Q   Turn your attention to -- sorry.  One more

8  question.

9          In October of 2014, did the Catalyst Hedged

10 Futures Strategy Fund have an office outside of your

11 home?

12     A   I don't think so.

13     Q   Okay.  Did Catalyst, at some point soon

14 after this meeting with Mr. Kumar, obtain office

15 space?

16         I'm sorry, did the Hedged Futures Strategy

17 Fund, at some point after this meeting, obtain office

18 space?

19     A   We certainly obtained office space.  Once

20 again, without a lease contract in front of me, I

21 don't remember when.

22     Q   Okay.  Turn your attention to Exhibit 3 and

8 (Pages 26 - 29)

Edward Walczak                                                    May 18, 2021

Page 30

1 to the bottom of the third paragraph.
2     Mr. Szilagyi says "Also attached are the
3 risk management guidelines for HFXAX that George
4 reviews daily."  Do you see that?
5     A   I do.
6     Q   Do you know whether, at this point in time,
7 on December 22, 2014, Mr. Amrhein was actually
8 reviewing any risk management guidelines daily?
9     A   No.  I have no idea what he was doing daily.
10     Q   Okay.  The attachment to this e-mail,
11 though, Exhibit 4, do you recognize that?
12     A   Not this specific document.  It does look
13 like the beginnings of what -- what George put
14 together for risk guidelines.
15     Q   What do you mean "what George put together"?
16     A   Well, I'm -- I'm guessing this was -- well,
17 all right.  What -- what I remember is he asked me for
18 some of my operating parameters in the Fund.  I -- I
19 gave them to him.
20     And he, I think -- well, I don't know what
21 he did with them.  But he, I think, tried to construct
22 a -- a risk matrix out of what I gave him.

Page 31

1     Q   Okay.  But you had sent him the Excel file
2 in Exhibit 2; correct?
3     A   It looks like something I might have sent
4 him.  I -- I recall, around this period of time, he
5 was asking me for some operating parameters.
6     Q   Okay.  And what you sent him in November of
7 2014, in Exhibit 2, includes, as you said, five
8 columns; correct?
9     A   Yes.  Let me see this.  Yeah.
10     Q   Okay.  And the columns, specifically, are
11 the parameter, the metric, who it's reported by, the
12 corrective action, and to whom it gets elevated;
13 correct?
14     A   Are you referring to an exhibit now?  I'm
15 lost.
16     Q   Exhibit 2.
17     A   Okay.  All right.  I still have that open.
18     Yeah.  That was -- yeah.  That's what the
19 columns say.  Absolutely.
20     Q   Yes.  And you drafted Exhibit 2; right?
21     A   I -- you know, I think so.  But my memory --
22 again, I -- I can't swear to that.

Page 32

1     Q   Okay.  And Exhibit 4 incorporates the
2 parameters you drafted in Exhibit 2; right?
3     A   Well, let me go look at Exhibit 4 again.
4 Yeah.  I mean, it looks -- if I compare the two
5 documents -- not easy to do between the two files --
6 but it -- they look like they certainly grabbed some
7 of what I had or all of what I had.
8     Q   Okay.  So --
9     A   Yeah.  You know what?  I can -- yeah.
10 There're -- there're some differences there, so I -- I
11 can only speculate that George did something with
12 them.
13     Q   At what point did you start calculating
14 these risk guidelines in writing?
15     A   I -- I don't recall.
16     Q   One moment please.  I'm going to mark
17 Exhibits 5 and 6, which are going to be Bates stamped
18 CFTC3_00024270.  And Exhibit 6 is going to be
19 CFTC3_00024271.
20     I'll tell you when to refresh, here, in a
21 moment.
22 //

Page 33

1     (Exhibits 5 and 6 were marked for
2     identification.)
3     Q   Okay.  You can refresh the page, Mr.
4 Walczak, and you should see Exhibits 5 and 6 now.
5     A   I see them.  And I have the drill now.  I
6 will get them downloaded so I can see them easily.
7     Q   Thank you.  Exhibit 5 appears to be an e-
8 mail from Kimberly Rios to you.  Who's Kimberly Rios?
9     A   Just one second, if I could.  Six is still
10 coming down.  Oh, okay.  So here is Exhibit 5.
11     And you -- I'm sorry, you -- could you
12 repeat the question again?
13     Q   Exhibit 5 appears to be an e-mail from
14 Kimberly Rios to you on January 20th of 2015.  Do you
15 see that?
16     A   Yes, I do.
17     Q   Okay.  Who's Kimberly Rios?
18     A   Kimberly Rios is a woman I hired as an
19 analyst at some point in the management of the Hedged
20 Futures Fund.
21     Q   Okay.  She started working for you in late
22 2014; correct?

9 (Pages 30 - 33)

Edward Walczak                                                    May 18, 2021

Page 34

1     A   That sounds about right.  Yeah.
2     Q   So she sends you an e-mail on January 20,
3   2015, saying "Ed, attached is the updated procedures
4   document we reviewed today.  The majority of changes
5   are under the first number.  Please review for
6   improvements."  Do you see that?
7     A   I see that.
8     Q   Okay.  Can you take a look at Exhibit 6,
9   please?
10    A   Okay.  I see that.
11    Q   This is the attachment to that e-mail.
12  Number 1 says that -- the header is "Risk Check."  Do
13  you see that?
14    A   I do.
15    Q   Can you walk us through what's described
16  here, in No. 1?
17    A   You know, I don't -- I don't know exactly
18  what this was.  I -- I remember, when Kimberly
19  started, she was -- she was very concerned about
20  documenting.  I mentioned previously in my testimony I
21  did a lot of stuff in my head, and -- and Kimberly was
22  concerned.

Page 35

1         I think it was a good initiative on her part
2   to try and document activities.  But she was also
3   documenting some of her activities.  And it was a
4   pretty fluid situation in terms of trying to get a
5   description of both her responsibilities and -- and
6   how the Fund was managed.
7         So, you know, I mean, I can -- I -- I'd
8   really prefer not to speculate on some of these
9   things, even though they -- they're certainly familiar
10  to me.
11        But I don't recall whether Kimberly was
12  doing this stuff or whether she was trying to write
13  down what I was doing.  It's a little fuzzy, back that
14  long ago.  But if you -- if you want to ask -- I mean,
15  obviously if there's something specific, maybe I
16  can -- maybe I can recall.
17    Q   So the face of the document appears to
18  describe a process for determining the current
19  position size.  Is that fair?
20    A   Again, I mean, as -- as I look over this in
21  the last couple of seconds, here -- like I said, what
22  I remember is when Kimberly started, she had a big

Page 36

1   learning curve.  She was trying to write down all
2   parts of the process that she might be involved in,
3   things that she wanted to check about how I was doing
4   things.  And it was pretty fluid.
5         So, you know, I -- honestly, I don't know,
6   you know.  This was probably different a week prior.
7   It was probably different a week later.
8         So I -- I would you be doing you a
9   disservice to try and tell you much detail about the
10  meaning of some of this stuff.
11    Q   Okay.  We can move on.
12        From January of 2015 to April of 2015, were
13  you monitoring the risk guidelines outlined in Exhibit
14  2?
15    A   Okay.  Exhibit 2.  All right.  Exhibit 2.
16        So again, you know, during the entire period
17  I managed the Fund, I used some form and version and
18  level of risk guidelines to guide me in operating the
19  Fund.
20        I -- again, I have to apologize.  But this
21  far in the past, I can't tell you that these were the
22  specific ones I used in that specific time frame.

Page 37

1         All I can tell you is that, certainly, I
2   used some form of operating guidelines, many of which
3   are documented with dates that are likely to be
4   correct.  But this one's not.  So I don't know.
5     Q   Do you recall whether, from January of 2015
6   through April of 2015, you were calculating each
7   parameter in this risk guideline spreadsheet?
8     A   No.  Again, Mr. Wasserman, I -- I -- as I
9   mentioned, I always used operating parameters.
10  Sometimes in my head; sometimes, maybe, written down
11  in an informal way; maybe, sometimes, written in a
12  formal way.
13        I don't know if -- specific time frames --
14  six, seven years ago -- which ones they were, what
15  levels they were.  There are documents that are
16  present that are more specific -- have more, you know,
17  specific dates to them.
18        But in terms of what I can respond to you
19  from memory, right at this moment, I can't say.
20    Q   So from the inception, through at least
21  April of 2015, you can't say with specificity what
22  operating parameters you were using to manage risk?

10 (Pages 34 - 37)

Edward Walczak                                                          May 18, 2021

Page 38

1    A    Sitting here today, I cannot recall.  No.

2    Q    And you're not aware of any written record

3  of your calculation of any of these parameters during

4  that period?

5    A    Again, I -- I don't recall any.  I can't say

6  with certainty whether they existed or didn't.

7    Q    Okay.  I'm going to mark as Exhibit 7 a

8  document Bates stamped CFTC3_00023342.

9         If you refresh your browser, you should see

10  that in the folder, Mr. Walczak.

11            (Exhibit 7 was marked for

12            identification.)

13    A    And it -- and it's just Exhibit 7 now?  Just

14  that one?

15    Q    That's right.

16    A    Okay.  I've got it.  I will download it.

17  All right.  I see it.

18    Q    Okay.  Do you recall there being a meeting

19  or a phone call with BNP shortly before May 20th of

20  2015?

21    A    I -- I have to, again, let you know that I

22  recall very little about phone conversations,

Page 39

1  meetings, and e-mails, if anything, back in 2015.  So

2  no, I don't recall specifics about any meetings.

3    Q    The e-mail appears to reflect an e-mail from

4  you to Kimberly on May 20th of 2015 that says "Could

5  you take a run at filling out the risk spreadsheet -

6  looks like BNP wants to see one."  Do you see that?

7    A    I see that.

8    Q    Do you know whether you had ever filled out

9  a risk spreadsheet prior to this date?

10    A    No, I do not.

11        Again, I -- I'm very sorry to be repetitive.

12  But I -- I don't recall six years ago.

13    Q    You can just answer the question, Mr.

14  Walczak.  You don't need to apologize.

15    A    Well, all right.  I'm -- I'm happy to do

16  that.

17    Q    All right.  Why would you have asked

18  Kimberly to fill one out at this time?

19    A    I -- I'm sorry.  I don't have any context

20  for what was going on at that very time.  I'm not sure

21  who BNP is.  I just don't know.  I mean, that's all I

22  can tell you.

Page 40

1    Q    If you had had a filled-out spreadsheet on

2  this date already, would you have asked Ms. Rios to

3  fill one out to send to BNP?

4    A    I don't know.

5    Q    If you had had a spreadsheet filled out

6  already, you wouldn't need to ask Kimberly to send a

7  sample to BNP; right?

8    A    I -- I don't know.  There's -- it could be I

9  wanted her to have practice in doing something that

10  was already done.  It could be that it was a fresh one

11  to be done that day.  It could be that we'd never done

12  one before and wanted to produce a sample of what we

13  were contemplating.

14        So I can -- I can dream up a number of

15  different scenarios.  But again, this is day-to-day

16  business six years ago in an office.  I just don't

17  know what was going on.

18    Q    Okay.  I mean, but to be clear, you're not

19  dreaming up particular scenarios.

20        You're speaking from your experience as the

21  manager of the Fund since its inception; right?

22    A    What I -- my remarks just were meant to --

Page 41

1  to -- based on my experience in managing -- in

2  interacting with Kimberly and managing a fund.  Yes, I

3  can imagine a number of different scenarios.  But

4  they -- it's only imagining a number of different

5  scenarios that might have led to this exchange.

6    Q    And one of the possible --

7    A    Excuse me, Mr. Wasserman, while I complete

8  my answer.

9        I can't -- I can't recall any specific

10  detail.  I have you some hypotheticals in response to

11  your question about what might have been.

12    Q    I'm going to mark, as Exhibit 8, a document

13  Bates stamped CFTC4_00000325.

14        Could you please refresh your browser and

15  review that exhibit, Mr. Walczak?

16            (Exhibit 8 was marked for

17            identification.)

18    A    And that is Exhibit 8?  Am I up to date,

19  here?  Is that correct?

20    Q    Yes.

21    A    All right.  I have it.

22    Q    Okay.  This appears to be another e-mail

11 (Pages 38 - 41)

Edward Walczak                                        May 18, 2021

Page 42

1  from Mr. Amrhein to you; correct?
2      A   Yes, that's correct.  That's what it appears
3  to be.
4      Q   And it's dated May 27, 2015, at 5:21 p.m.
5      A   Yes.
6      Q   Okay.  Do you recall there being a meeting
7  scheduled with Mr. Kumar, from UBS, shortly after this
8  e-mail?
9      A   No, I don't.
10     Q   Do you remember Mr. Kumar coming to
11 Wisconsin in June of 2015?
12     A   I remember that Mr. Kumar visited Wisconsin.
13 I don't recall when.
14     Q   Okay.  Do you recall, in anticipation of Mr.
15 Kumar's visit to Wisconsin, creating or filling in the
16 risk parameter spreadsheets in the form of Exhibit 2?
17     A   No, I don't.
18     Q   Do you recall asking Ms. Rios or an intern,
19 in June of 2015, to fill in risk parameter
20 spreadsheets in anticipation of Mr. Kumar's visit?
21     A   Again, I -- I don't want to be
22 noncooperative, but if you're asking my specific

Page 43

1  recollection, I -- I honestly don't have any
2  recollection of the details of daily activities from
3  this time frame.
4          MR. KOPECKY:  And that's all he's
5  asked.  And he's just asking for your personal
6  knowledge and your recollection.
7          So you don't need to apologize or
8  comment on it.  Just answer the question.
9          THE WITNESS:  Okay.  All right.
10 Certainly.
11 BY MR. WASSERMAN:
12     Q   I'm marking, as Exhibit 9, an e-mail Bates
13 stamped CFTC3_00030811.
14         (Exhibit 9 was marked for
15         identification.)
16     Q   Sorry, Mr. Walczak, it's not up there quite
17 yet.  Okay.  It should be up there now.  If you could,
18 please review it.
19     A   All right.  I got it.
20     Q   Okay.  Mr. Walczak, does Exhibit 9 refresh
21 your recollection as to whether you asked an intern to
22 retroactively fill in risk guideline spreadsheets in

Page 44

1  advance of Mr. Kumar's visit in June of 2015?
2      A   Well, again, I honestly don't remember the
3  time frame of Mr. Kumar's visit.
4          I recall that we -- we did get the employee
5  interns.  One of the intern's job, at some point, when
6  we started formally recording risk parameters so
7  that -- that was an important part of the risk -- the
8  intern's job.  So that -- that much, I remember.
9      Q   Okay.  When did you formally start recording
10 risk parameters?
11     A   That, I don't remember.  Like I said --
12     Q   Was it --
13     A   The -- the context is that I -- I know we
14 had interns.  I know one of the intern's job was to
15 fill in a risk or operating parameter risk metric
16 spreadsheet.
17     Q   Okay.  Was it at some point after June of
18 2015 when the intern started formally recording the
19 risk parameters?
20     A   Yeah.  I don't -- I don't know the dates.
21     Q   Okay.  Well, if the risk parameters had been
22 formally recorded prior to June 20th of 2015, would

Page 45

1  you have had to ask him to do this?
2      A   I mean, possibly as a training exercise.  I
3  think -- I do know that we did have interns do lots of
4  training exercises when they started.
5      Q   Okay.  But you don't say anything regarding
6  training in this e-mail.  In fact, the e-mail
7  specifically articulates the purpose for which you're
8  asking him to do it; right?
9      A   Yeah.  I mean, I -- I can't tell you the
10 exact purpose, there.  Maybe to demonstrate that we
11 had an intern who knew what he was doing.  Maybe this
12 was training.
13         So again, I -- I'm not sure what I meant,
14 other than I know that interns filled in risk
15 spreadsheets.
16     Q   Can you think of any other reason, besides
17 training, why you would have asked the intern to
18 retroactively complete these spreadsheets?
19     A   Could be that we were testing risk
20 parameters and -- and collecting data and wanting to
21 understand what the -- what different parameters
22 looked like relative to the Fund.  You know, that's

12 (Pages 42 - 45)

Edward Walczak                                                    May 18, 2021

Page 46

1   just --

2      Q   Did you --

3      A   -- a speculative guess at what we might be

4   doing.

5      Q   Why would you need to ask him to do that if

6   you had been using these parameters before?

7      A   Well, again, I'm not sure when we started

8   writing them down.  I'm not -- not sure what levels we

9   were using.  I'm not sure whether -- adding new ones,

10  deleting old ones.

11         This was a reasonably -- as in the entire

12  operation of the Fund, there -- there was some

13  fluidity.  And -- and you do test and modify

14  techniques to try to get better at what you're doing,

15  so.

16     Q   All right.  So in June of 2015 the

17  parameters were still a work in progress?

18     A   That -- you know, the parameters -- I'm not

19  sure exactly what you mean by "work in progress."  But

20  they're always subject to improvement and modification

21  based on, you know, the Fund's performance, the market

22  condition, and so on.

Page 47

1      Q   Okay.  What were the risk parameters that

2   you were using in June of 2015?

3      A   I -- again, I don't -- I don't recall in --

4   on that specific date because they evolved and changed

5   over time.  I don't recall, at that time, which ones

6   we were using.

7      Q   Okay.  If you recall, why do you say "as

8   many as you can get done by Thursday night"?

9      A   I don't know.

10     Q   Okay.  Would there be a particular urgency

11  to a training exercise?

12     A   I don't know.

13     Q   Well, in the several years in which you had

14  interns, did you ever create hard deadlines for a

15  training exercise?

16     A   Oh, absolutely.  These are interns, and

17  these are college students.  They need structure, they

18  need to understand deadlines, responsibilities --

19     Q   Mr. Walczak, isn't it more likely that Mr.

20  Kumar was coming in that Friday, and that you wanted

21  to prepare as many risk guidelines as possible in

22  advance of that visit?

Page 48

1      A   That's certainly possible.

2      Q   Isn't that more likely than it being a

3   training exercise for the intern?

4      A   Again, I don't want to speculate on -- on

5   likelihood in that case.  I honestly don't remember.

6          I can't, you know -- I -- I can't remember

7   that there was an urgency to impress Mr. Kumar or to

8   show him 10 instead of 20, or -- again, I don't

9   remember the details.

10         Nothing comes to mind as -- as to why that

11  would be, other than, you know, wanting to -- to show

12  him as much as data as we could.

13     Q   So you did want to show Mr. Kumar completed

14  risk spreadsheets?

15     A   Again, I don't remember.  But it wouldn't

16  surprise me if that were the case.

17     Q   Okay.  And because you wanted to show --

18  strike that.

19         What do you recall of the meeting when Mr.

20  Kumar came to Wisconsin?

21     A   I don't recall any particular detail.  I

22  just remember he and Kimberly and I sat around the

Page 49

1   table and had a discussion.  But I don't remember

2   specifics.

3      Q   All right.  Do you recall showing him risk

4   guidelines?

5      A   I don't remember.

6      Q   Do you recall any details about that meeting

7   at all?

8      A   No.

9      Q   Not even who else was there or if there was

10  anyone else there?

11     A   I don't.  As I said, I -- I remember very

12  specifically that Kimberly and I and Mr. Kumar were

13  there.  I don't remember if we had our intern.

14         In fact, I was actually a little surprised

15  it was Augie.  I thought it was Zach at this time,

16  from my recollection.  So it's clear that I don't

17  remember very clearly.

18     Q   We've been going for about an hour, Mr.

19  Walczak.  Why don't we go off the record and take 10

20  minutes.

21     A   Sure.  Thank you.

22         VIDEOGRAPHER:  The time is 9:28 a.m.

13 (Pages 46 - 49)

Edward Walczak                                                    May 18, 2021

Page 50

1   This ends Unit No. 1.  We're off the record.
2          (Off the record.)
3          VIDEOGRAPHER:  The time is 9:39 a.m.
4   This begins Unit No. 2.  We're on the record.
5   BY MR. WASSERMAN:
6      Q   Okay.  Mr. Walczak, I have marked, in
7   advance, a few more exhibits:  10, 11, and 12.
8          Do you see those loaded in your "marked
9   exhibit folder"?
10          (Exhibits 10 through 12 were marked for
11          identification.)
12      A   Let me refresh.  I have them.  Let me -- I'm
13   assuming I should probably download them.
14      Q   The Excel files, probably.  Although we're
15   only going to be looking at them one at a time.
16          So if you could, open up Exhibit 10.
17      A   All right.  Yes.  I have Exhibit 10.
18      Q   Okay.  Could you take a moment to review
19   that.
20      A   Sure.  Got it.
21      Q   Okay.  And for this, Mr. Walczak, I'm
22   actually going to share my screen so that we can do

Page 51

1   what we did last time.
2          Do you see the document in my screenshare?
3      A   I do.
4      Q   Okay.  Do you recognize this document or, at
5   least, this form of document?
6      A   Yeah.  That's a version of our risk
7   guidelines.
8      Q   Okay.  If I go over to the File tab and
9   Info, do you see the Related Dates and the Author?
10      A   I do.
11      Q   Okay.  You see that it was created on June
12   21st of 2015 by August?
13      A   Yes.
14      Q   Okay.  And August being a name, not a date,
15   just to clarify for the record.
16          Who is August?
17      A   "Augie" is what we called him.  Augie Ewald
18   was one of the interns that we used.
19      Q   And he was the intern that you e-mailed
20   about filling in the spreadsheets in the exhibit that
21   we looked at before the break; right?
22      A   Yeah.  I think that was -- that e-mail --

Page 52

1   that's right, it was to Augie.  I kind of expected it
2   to be Zach, and it was Augie.  Okay.
3      Q   But despite the metadata showing that the
4   file was created on June 21, 2015, if we go back to
5   the file itself, it's dated, on the top in cell C1,
6   May 8th of 2015, over a month earlier.  Right?
7      A   Yeah.  Those are the two dates.  Sure.
8      Q   Okay.  Does this refresh your recollection
9   at all as to whether Augie retroactively filled in
10   risk spreadsheets in June of 2015?
11      A   No.  I still don't recall any -- any details
12   of what went on during that time frame.
13      Q   Okay.  Taking a look at some of the
14   specifics of the spreadsheet itself, one of the
15   parameters is listed as "Risk: Open Options premium
16   value - Calls."  Do you see that?
17      A   Yes.
18      Q   What does that mean?
19      A   So again, that's the net market value of
20   existing call positions in the Fund.
21      Q   Okay.  Do you recall, at this time, how that
22   was calculated?

Page 53

1      A   Well, it was -- do you mean the source?
2   Where the data source was from?
3      Q   No.  Just how it was calculated.
4      A   I mean, I don't understand the "how" part.
5          I -- I just said it's the open -- it's the
6   net market value of open call positions in the Fund.
7      Q   And how do you calculate that metric?
8      A   So you are asking me where the data comes
9   from?
10      Q   If you want to start with that, that's fine.
11      A   Or -- or do you not understand the meaning
12   of -- and I don't mean this in a negative way -- do
13   you not understand the meaning of the net open market
14   value of calls?
15      Q   Let's start with what data you used to
16   calculate it.
17      A   Okay.  The data, as I mentioned previously,
18   would come either from a brokerage statement or my
19   OptionVue system.
20          I suspect -- yeah.  I mean, my best guess
21   would be Augie is looking at brokerage statements.
22      Q   Okay.  And you mean the FCM statements?

14 (Pages 50 - 53)

Edward Walczak                                                    May 18, 2021

Page 54

1    A   Yes.
2    Q   And what numbers from that brokerage
3  statement are used to calculate that metric?
4    A   The net market value of the open call
5  positions in the fund.
6    Q   Okay.  So the brokerage statement has, in
7  writing, the net market value of the open call
8  positions by themselves?
9    A   Each position has an individual line on the
10 brokerage statement with its market value at the end
11 of the day.  Yes.
12   Q   Okay.  Did the brokerage statement add up
13 the market value of all those options?
14   A   It does.  Yes.
15   Q   When it adds up the market value of all
16 those options, does it differentiate between calls and
17 puts?
18   A   On the brokerage statement in the summary
19 line?  No.
20   Q   Okay.  So to get the aggregate net market
21 value of the calls, what would you need to do?
22   A   You would add up the net market value of all

Page 55

1  the open call positions in the fund.
2    Q   Okay.  So that's how one would calculate the
3  market value of the open call positions for this
4  metric?
5    A   Well, no.  You're not calculating the market
6  value.  You're adding up the -- the -- again, sorry.
7        But, all right, I don't apologize any more.
8        But it's the sum of the net open -- the net
9  market value of the open call positions in the fund.
10   Q   Okay.  In cell C10 it says "Less than 8% NAV
11 net calls;" right?
12   A   Yes.
13   Q   What does that mean?
14   A   That means that our guideline is to have
15 that open options premium value be less than 8 percent
16 of the net asset value of the Fund.
17   Q   Okay.  In this particular spreadsheet, that
18 percentage calculation is -0.71.  Do you see that?
19   A   Yes.
20   Q   What does it mean for the percentage to be
21 negative?
22   A   That means that the value -- the open market

Page 56

1  value of the calls is negative.
2    Q   What does that mean?
3    A   I'm not sure how -- what else to day about
4  it.  The open market value of the calls is less than
5  zero.
6    Q   Okay.  Does it mean that the total value of
7  your short positions is greater than the total value
8  of your long positions?
9    A   Well, I -- I guess you could say that.  I --
10 I'm not accustomed to thinking about it that way.  But
11 that sort of sounds right.
12   Q   Okay.  Well, how would you think about it?
13   A   I'm sorry.  I shifted my chair.  I didn't
14 hear the end of your question.
15   Q   Is there anything wrong with the way I
16 characterized it?  And if you would characterize it
17 differently, then how would you characterize it
18 differently?
19   A   I -- I would tell you that the open options
20 premium is the sum of the value of the -- the open
21 call positions in the fund.  It can be positive; can
22 be negative.  This one happens to be negative.

Page 57

1    Q   And does the fact that it's negative mean
2  that the market value of your short positions is
3  greater than the market value of your long positions?
4    A   Yeah.  Yeah.  I think that's right.  Yeah.
5  Now that I think about it a little bit harder, I think
6  that's right.  Yeah.
7    Q   Okay.  So in what circumstances would this
8  metric be breached?
9    A   If that number was less than a -8 percent.
10   Q   Okay.  So really, you mean for it to be an
11 absolute value, not for it to be a positive or a
12 negative?
13   A   Well, no.  If -- if it's less -- I mean, it
14 kind of says it there.  If it's less than 8 percent of
15 the NAV, that's a breach.
16   Q   Okay.  Maybe we're just talking semantics,
17 here.
18        But the metric is that the open options
19 premium value should be less than 8 percent of the
20 net; right?
21   A   Yeah.  The absolute value should be less
22 than 8 percent.  But in a -- in terms of a negative

15 (Pages 54 - 57)

Edward Walczak                                        May 18, 2021

Page 58

1  number we really mean, for example, -9 percent is less
2  than -8 percent.
3     Q   Okay.  Was there any point at which this was
4  fixed so that the "Status" column would reflect an
5  absolute value rather than a negative?
6     A   I don't remember.
7     Q   Okay.  We're actually going to skip Exhibit
8  11.
9        If you could open up Exhibit 12, Mr.
10 Walczak.
11    A   Okay.  I got it.
12    Q   Could you take a moment to review it?
13    A   Yes.
14    Q   So this appears to be an email from Kimberly
15 Rios to you on November 23rd of 2015; correct?
16    A   Yes.
17    Q   Okay.  Who's ADM?
18    A   Oh, yeah.  ADM was one of our FCMs, I think.
19 I -- yeah.  Maybe --
20    Q   The e-mail --
21    A   Sorry.
22    Q   No.  Go ahead.

Page 59

1     A   No.  I was going to say I don't -- I don't
2  remember.  My initial sense was maybe they were a
3  distributor of some kind but -- because I think they
4  may have an RM like that.  But no.
5        ADM was our, at that time, I think, one of
6  our FCMs.
7     Q   Okay.  The e-mail indicates that ADM is
8  asking for the margin percentage number from the
9  spreadsheet.  Do you see that?
10    A   Yes.
11    Q   Kimberly says "This is something that Augie
12 could send them," presumably because Augie's the one,
13 at this time, that's responsible for filling out the
14 spreadsheet; is that right?
15    A   Yeah.  It sounds like Augie's the intern
16 then.  Yes.
17    Q   And, specifically, that, at this time, in
18 November 2015, he's the one responsible for filling
19 out the spreadsheet?
20    A   I think so.  Yes.
21       MR. KOPECKY:  All right.  Just an
22 objection on the foundation for the spreadsheet.  Your

Page 60

1  question lacks foundation for the spreadsheet.
2  BY MR. WASSERMAN:
3     Q   To the best of your recollection, Mr.
4  Walczak, at this time, is Augie the one who is filling
5  out the risk guidelines matrix?
6     A   Yeah.  I mean, again, what I remember is the
7  intern did it.  I'm pretty sure Augie was the intern
8  at this time.
9        We did have multiple interns, so yeah.  To
10 the best of my recollection, I think it's fair to say.
11 Sure.
12       MR. KOPECKY:  I mean, Sam, that misses
13 my objection.  You don't know if it's the risk metrics
14 spreadsheet.  You haven't tied the columns together.
15 So my objection's on the record.
16       But Ed, do the best you can.
17       THE WITNESS:  Okay.
18 BY MR. WASSERMAN:
19    Q   Ms. Rios says that "the spreadsheets are not
20 completed each day."  Actually, strike that.
21       Is there any other spreadsheet that Ms. Rios
22 would be referring to, other than the risk matrix

Page 61

1  guidelines spreadsheet?
2     A   I -- I don't know.  I do recall we had all
3  kinds of spreadsheets we used in the management of the
4  Fund and in our analytics.  So I can't say with
5  certainty, you know, what else there was.  But there
6  were certainly more than one.
7     Q   Okay.  Was there any other spreadsheet in
8  which you made a margin percentage calculation?
9     A   Well, we didn't really do a margin
10 calculation or spreadsheet -- I -- again, I -- I don't
11 know.  We --
12    Q   Well, Mr. Walczak --
13    A   -- this in spreadsheets.
14    Q   Do you have any reason to believe that Ms.
15 Rios is referring to anything other than the risk
16 guidelines matrix in this e-mail?
17    A   Again, I'd have -- it's -- it's an
18 analytic -- a heavy analytic business.  We had
19 spreadsheets coming out of ears.  Pardon the
20 vernacular.  But -- so I don't know.
21    Q   Mr. Walczak, respectfully, I just ask for an
22 answer to the question.  Do you have any reason to

16 (Pages 58 - 61)

Edward Walczak                                                    May 18, 2021

Page 62

1  believe --
2          MR. KOPECKY:  He gave you an answer,
3  Sam.  You just don't like the answer.
4          MR. WASSERMAN:  No.  He --
5          MR. KOPECKY:  He said "I don't know" if
6  that's the spreadsheet.  He doesn't know.
7          MR. WASSERMAN:  And that's not an
8  answer to the question.
9          MR. KOPECKY:  Sure it is.  You just
10 disagree with it being an answer.  I mean, I can't --
11         MR. WASSERMAN:  You --
12         MR. KOPECKY:  Go ahead.
13         MR. WASSERMAN:  You can make an
14 objection if you want, and --
15         MR. KOPECKY:  I just did.
16         MR. WASSERMAN:  -- that's it.  I'm
17 entitled to ask the question again to get an answer.
18         MR. KOPECKY:  You can ask it again.  Go
19 ahead.  Ask it again.
20 BY MR. WASSERMAN:
21    Q   Mr. Walczak, do you have any reason to
22 believe that Ms. Rios is referring to anything else in

Page 63

1  this e-mail other than to the risk guidelines matrix?
2          MR. KOPECKY:  Objection; asked and
3  answered.
4          Go ahead, Ed.
5     A   In -- in my previous response, I mentioned
6  that we used a wide variety and -- and large numbers
7  of spreadsheets.  So my reason to believe it might be
8  different is because of the number of spreadsheets and
9  analytics that we used.  So certainly, I have that
10 reason to believe it might refer to a different
11 spreadsheet.
12    Q   Okay.  What other spreadsheet might it refer
13 to?
14    A   As I said, we used any number of
15 spreadsheets to calculate all sorts of numbers related
16 to fund performance.
17    Q   Was Augie Ewald responsible for creating any
18 other spreadsheet that included a margin percentage
19 besides the risk guidelines matrix?
20    A   I don't remember all the spreadsheets he
21 worked on.  But he worked on several.
22    Q   Are you aware of any one that he worked on,

Page 64

1  other than the risk matrix guidelines, that referred
2  to a margin percentage?
3     A   I don't recall the detail behind all the
4  spreadsheets that he created or the work that we asked
5  him to do.  Because it was back in 2015, and I simply
6  don't remember that detail.
7     Q   So you don't have any reason to believe that
8  Ms. Rios is referring to anything other than the risk
9  guidelines matrix; right?
10         MR. KOPECKY:  Asked and answered.
11    A   I'll continue, Mr. Wasserman -- I can do
12 nothing but to continue to answer your question.  I --
13 I'm puzzled as -- as to what's different about that
14 question that I've answered before.  But I'll answer
15 it again.
16         And that is:  We had a number of
17 spreadsheets, related to fund operation, that Kimberly
18 worked on, that interns worked on.  And this is almost
19 six years ago.
20         I don't remember the details behind what
21 populated those spreadsheets, what interns worked on,
22 what Kimberly worked on, what numbers were used,

Page 65

1  what -- what the spreadsheets were used for.
2          I just don't recall that level of detail.  I
3  can't give you a truthful answer that says
4  specifically what it was.
5     Q   So sitting here today, you are not aware of
6  any other spreadsheet that Mr. Ewald would have been
7  working on other than the risk guidelines matrix.
8          MR. KOPECKY:  Asked and answered.
9     A   I am -- I am not aware of a specific
10 spreadsheet.  I am certain that he worked on more
11 spreadsheets than the risk management -- matrix
12 spreadsheet.
13    Q   Ms. Rios, in this e-mail, says "the
14 spreadsheets are not completed each day."
15         Do you know whether, at this time, the risk
16 guidelines matrix was completed each day?
17    A   No.  I don't recall.  As I mentioned,
18 starting with the Harbor Fund -- this is a recount on
19 my previous testimony.
20         Starting with the Harbor Fund and moving
21 into the mutual fund, our methodology evolved in both
22 the -- the type of metric we used, the level of metric

17 (Pages 62 - 65)

Page 66

1  we used.

2        And whether or not it was formally recorded,

3  whether or not it was formally recorded every day,

4  whether it was done in my head, whether it was done on

5  a yellow sheet of paper, this is -- this process

6  evolved.

7        There was always a set of parameters that

8  were used, but they did evolve.  And I don't recall

9  specific time frames or specific events at which they

10  changed or became formalized.  I just don't recall

11  those dates.

12     Q   You don't know, sitting here today, whether,

13  in November of 2015, the risk matrix spreadsheet was

14  filled in every day?

15     A   I don't know that, no.

16     Q   If it wasn't filled in every day, how did

17  you monitor the risk factors?

18     A   I did the -- the calculation in my head.

19     Q   What did you calculate in your head?

20     A   Whatever parameters that we were using at

21  the time.

22     Q   Do you recall what parameters you were using

Page 67

1  in November of 2015?

2     A   No.  I don't recall, back that far, exactly

3  what we were using.

4     Q   Okay.  I'm going to mark as Exhibits 13 and

5  14 a couple PDFs that appear to be PowerPoint

6  presentations.

7        The Bates stamps are not in the same format

8  as the others.  But they were produced to us by

9  Catalyst.  One is labeled "Item 2.16," and the other

10  is labeled "Item 2.17" -- Exhibits 13 and 14,

11  respectively.

12        (Exhibits 13 and 14 were marked for

13         identification.)

14     A   I have 13.

15     Q   Okay.  You should be able to see 14 now as

16  well.  But we're going to look at 13 first, Mr.

17  Walczak.

18     A   All right.  Let me get the other one down,

19  just to make sure.  Okay.  I've got it.

20     Q   All right.  Give me one moment.  I'm

21  actually having trouble getting it to load on my

22  screen.  Oh, there it is.

Page 68

1        Okay.  Mr. Walczak, do you recognize this

2  document?

3     A   Can't say that I recognize this specific

4  one.  I've seen documents like this before.

5     Q   Okay.  What does it appear to be?

6     A   It appears to be a PowerPoint presentation

7  describing the Fund.

8     Q   You played a role in drafting this type of

9  presentation; correct?

10     A   I believe I provided some content to this.

11  Yes.

12     Q   Okay.  Including content about the strategy

13  and about how risk was managed; correct?

14     A   I did write some content in here.  I don't

15  know which one you're referring to, specifically.  But

16  I -- like I said, I provided content.  I put my -- my

17  background on here and so forth.  Yeah.

18     Q   All right.  If you could scroll down to

19  slide 7, where there's a bullet labeled "Risk

20  Management" in bold.

21     A   Yes.  I see that.

22     Q   Do you see where it says "Every position is

Page 69

1  initiated on a hedged basis with stop loss trigger

2  points to limit drawdowns"?

3     A   Yes, I see that.

4     Q   Is that your language?

5     A   I don't recall.

6     Q   Would anyone else have had information about

7  how the Fund's risk was managed in 2013 besides you?

8     A   Catalyst would have.

9     Q   How would they have learned about it?

10     A   They would have reviewed the documents I

11  provided them from my predecessor fund.

12     Q   Okay.  So the information about risk

13  management of the Fund could have only come from you;

14  right?

15     A   I -- I -- honestly, I can't speculate on

16  where Catalyst drew their information from.  I

17  certainly provided some.

18     Q   Who was responsible for managing the risk of

19  the fund?

20     A   I was.

21     Q   Okay.  So was there anyone else who the

22  information about managing the risk of the fund could

Edward Walczak                                                    May 18, 2021

Page 70

1  have come from, besides from you?
2      A   Of course.
3      Q   Was there any other original source of
4  information about risk management in the Catalyst
5  Hedged Futures Strategy Fund aside from yourself?
6      A   What do you mean by "original"?
7      Q   We can move on.
8          Down on slide 10, the third bullet says
9  "Reduced volatility achieved through hedging all
10 positions at the outset with ongoing adjustment based
11 on well-defined and proven risk parameters."  Do you
12 see that?
13     A   Yes.
14     Q   Is that your language?
15     A   Again, I don't know.  I certainly provided
16 input to these documents.  I provided language at some
17 point.
18         But it was fairly common -- it was my
19 expectation that Catalyst would amend the language to
20 ensure that there was compliance.  And they did that
21 on -- on several occasions.
22         So I can't vouch for the fact that these

Page 71

1  were my exact words or even that I provided the words.
2  But I did provide content like this.
3      Q   Okay.  I'm going to mark, as Exhibits 15 and
4  16, an e-mail and an attachment.  The e-mail is Bates
5  stamped SEC_04_0371171.  And the attachment is a
6  PowerPoint presentation Bates stamped SEC_04_0371172
7          (Exhibits 15 and 16 were marked for
8          identification.)
9      Q   I see that 15 has made it in there.  I think
10 16 is still working.
11     A   I got 15.  Excuse me.
12     Q   Let's try this one more time.  There we go.
13 Okay.
14         Mr. Walczak, could you please first pull up
15 Exhibit 15?
16     A   I have 15 up.  Let me quickly download 16 so
17 I'll be prepared.  Sixteen doesn't want to download
18 either.
19     Q   We can give it another sec.  But if it
20 doesn't, I can share my screen with you, Mr. Walczak.
21     A   Okay.  I'm looking in the wrong place.  Are
22 we going to look at 15 first?  It's --

Page 72

1      Q   Yes, please.
2      A   -- a PowerPoint.
3      Q   Fifteen is an e-mail.  Specifically, there
4  are two parts to the chain.
5          The earlier part of the chain appears to be
6  from Michael Schoonover to yourself, on Sunday, May
7  11, 2014; is that right?
8      A   I'm seeing one that appears to be from me to
9  Michael Schoonover.  Oh, I'm sorry.  I see what you're
10 saying now.  The earlier part.  Okay.  Sunday, yeah.
11     Q   Who is Michael Schoonover?
12     A   He was a -- a Catalyst employee.
13     Q   What was his role in or around May of 2014?
14     A   Don't know.
15     Q   Okay.  Do you see where he says, in that
16 earlier e-mail from May 11, 2014, "I'm working on a
17 newsletter for this Tuesday and was wondering if you
18 could send me a copy of the presentation you gave in
19 Vegas?"
20     A   Yeah.  I see that.
21     Q   Okay.  Do you recall giving a presentation
22 in Vegas in early 2014?

Page 73

1      A   I don't.  No.
2      Q   Do you have any recollection --
3      A   No.  I mean, I -- I think -- I think there
4  was a sales meeting in Vegas.  And I'm pretty sure I
5  gave a presentation.  But again, I don't know what it
6  was or much detail about it seven years ago.  No.
7      Q   Okay.  But in early 2014 you gave a
8  presentation in Vegas at a sales meeting; right?
9      A   I think so.  I just don't remember actually
10 doing it.
11     Q   What was the purpose of that sales meeting?
12     A   Probably get a better idea from -- from
13 Catalyst.  I mean, I sort of know, generically, what
14 sales meetings are for.
15         And I saw what Catalyst did, which is kind
16 of normal.  They got their sales people together and
17 told them goals and objectives and what to do.
18     Q   Okay.  At that conference in Vegas, you
19 presented to the Catalyst wholesalers; right?
20     A   I think so.  It -- it was -- it was, to be,
21 you know -- just for some color, it was different at
22 every sales meeting.  There was some presentations,

19 (Pages 70 - 73)

Edward Walczak                                                    May 18, 2021

Page 74

1   there was some roundtable discussions.

2         So I don't remember this particular one,

3   what the format was, what was going on.  Again, but,

4   you know there were some --

5   Q   You don't --

6   A   -- interactions between me and sales people

7   in Vegas in -- in 2014, I think.

8   Q   I'm sorry.  Could the court reporter read

9   back the answer?

10        REPORTER:  One moment.

11        MR. WASSERMAN:  I apologize for talking

12  over you at the beginning, Mr. Walczak.

13        (The reporter replayed the record as

14        requested.)

15  BY MR. WASSERMAN:

16  Q   So Mr. Walczak, to clarify, you said there

17  was some interaction between you and sales people at

18  the sales meeting in 2014?

19  A   Yeah.  That's correct.

20  Q   Okay.  And the sales people at Catalyst are

21  called wholesalers; right?

22  A   Yes.

Page 75

1   Q   And they're responsible for meeting with

2   investment advisors and discussing the fund with

3   investment advisors; correct?

4   A   I know they do that.  I -- I don't, you

5   know -- I don't manage or didn't manage them.  So I

6   don't know their complete list of responsibilities.

7   But I know that's something they did as a part of

8   their job.

9   Q   Okay.  And the goal is to get investment

10  advisors to invest their clients' funds in the Hedged

11  Futures Strategy Fund and other Catalyst funds; right?

12  A   Yeah.  Again, I -- I don't know what goals

13  were set for the -- the sales people.  But I know that

14  was a part of their activity.  It seems to make sense.

15  Q   Okay.  And part of the purpose of the sales

16  meetings, generally, was, at least in part, for you to

17  educate the wholesalers about the Hedged Futures

18  Strategy Fund; right?

19  A   Yes.

20  Q   So that when they spoke to investment

21  advisors, they knew what the Fund was and what the

22  strategy was, et cetera.

Page 76

1   A   Yeah.  I think that's fair.

2   Q   And part of the purpose of your presentation

3   to the wholesalers was so they could explain to

4   investment advisors how the Fund managed risk; right?

5   A   I -- I can't say to what level of detail.

6   That's not something that would come to my mind.

7         My sense was they wanted to explain a little

8   bit more about the instruments used and the strategies

9   and how the Fund made money.

10  Q   Okay.  Your presentation to the wholesalers

11  in early 2014 included a PowerPoint presentation;

12  right?

13  A   Again, I -- I just don't remember how the

14  communication occurred in 2014 because it was pretty

15  much different every year.

16  Q   Okay.  There was a sales meeting every year?

17  A   Yes.  I didn't attend them all, but there

18  was one very year.

19  Q   Do you recall how many you attended?

20  A   No.

21  Q   Are you able to pull up Exhibit 16?

22  A   That's the PowerPoint?  Yes.  I have it.

Page 77

1   Q   Does this document look familiar to you?

2   A   Yeah.  I mean, like I said on the first go-

3   round, I -- I've seen this format of document before.

4   I know there are many versions of it.  So this is

5   probably one of them.

6   Q   Okay.  One moment.  I want to open it to

7   share my screen with you.

8         Okay.  Mr. Walczak, can you see the document

9   in the screenshare?

10  A   I can.

11  Q   And you can see at the top that the file

12  name is SEC_04_0371172?

13  A   Yes.  Yep.

14  Q   And if I click over to the Info tab, do you

15  see that it indicates "Last Modified By Ed Walczak"?

16  A   Yes.

17  Q   And the last modified date --

18        I'm sorry.  Go ahead.

19  A   I was just going to say I don't -- oh, I

20  don't recognize the author, but it looks like my

21  name's on the modification, so.  Okay.  Go ahead.

22  Q   Yes.  And the Info indicates that it was

20 (Pages 74 - 77)

Edward Walczak                                                    May 18, 2021

Page 78

1   last modified on May 6th of 2014?
2       A   Yes.
3       Q   Okay.  Does that refresh your recollection
4   as to whether this is a presentation that you used at
5   the sales meeting in May of 2014?
6       A   Honestly, no.  I mean, the -- data looks
7   that way, but I can only tell you what you asked about
8   my recollection is I don't have one -- about the
9   details of what went on in this meeting.  But --
10          Oh, go ahead.
11      Q   If you want to take a moment to scroll
12  through it.
13      A   All right.  I will do that on my screen, if
14  I can.  Okay.
15      Q   Turning your attention, specifically, to
16  slide 6.
17      A   All right.
18      Q   The bullet with the header "The Fund employs
19  a distinct Risk management Strategy."  Do you see
20  that?
21      A   Yes.
22      Q   And you see the language "We use a specific

Page 79

1   set of rules and tactics focused on limiting losses"?
2       A   Yes.
3       Q   That's language you included; right?
4       A   Again, I -- I provided content.  I provided
5   content that looks like this.
6           But there were many documents in which the
7   language was changed.  So I can't swear that this was
8   my exact language.
9       Q   Okay.  Looking back at Exhibit 13 -- and
10  hopefully, if you look at Exhibit 13 in the PowerPoint
11  and 14 in the screenshare, hopefully you can see both
12  at the same time.
13      A   Okay.  Let me get rid of this on my -- all
14  right.
15          So now we're looking at Exhibit -- which
16  one?  Which exhibit should I --
17      Q   Thirteen.
18      A   Thirteen.
19      Q   Thirteen.
20      A   Okay.  Thirteen was another PowerPoint?  No.
21      Q   Thirteen was the PowerPoint dated 4th
22  Quarter 2013.

Page 80

1       I'm sorry.  You know, Mr. Walczak, can we
2   actually look at -- I'm sorry to change gears.  Can we
3   actually look at 14?
4       A   Well, I've got 13 up.  So I'm ready if we
5   have to come back to that.  Here's 14.  Okay.
6       Q   My apologies.  Fourteen, please, which is
7   the investor presentation dated 1st Quarter of 2014.
8       A   Okay.
9       Q   Okay.  If you could scroll down to slide 7
10  on Exhibit 14.
11      A   Okay.
12      Q   The "Risk Management" bullet there says
13  "Every position is initiated on a hedged basis with
14  portfolio level stop loss trigger points to limit
15  drawdowns."  Do you see that?
16      A   Yup.
17      Q   And, turning to the PowerPoint, which I
18  believe it Exhibit 16.
19      A   All right.
20      Q   On slide 6 the Risk Management bullet says
21  "In addition to the strategy and tactics we use to
22  earn profits, we use a specific set of rules and

Page 81

1   tactics focused on limiting losses."  Do you see that?
2       A   Yes.  Got it.
3       Q   Okay.  The language "we use a specific set
4   of rules and tactics focused on limiting losses" does
5   not appear in Exhibit 14; right?
6       A   Hold on.  Let's see.  No, it doesn't appear
7   to.  No.
8       Q   Okay.  So does that refresh your
9   recollection at all as to whether you added the
10  language "we use a specific set of rules and tactics
11  focused on limiting losses"?
12      A   Well, actually, it reminds me of how many
13  different versions of this thing there are and how the
14  language differs.
15          Which, again, I don't know whether -- it's
16  likely in a final version that -- Catalyst was -- was,
17  you know, the -- the last editor.
18          But who knows?  Who knows who changed the
19  language.  All I know, I -- I submitted various
20  versions and snippets of content to Catalyst.  And
21  they came up with the presentation.
22      Q   Okay.  But this PowerPoint presentation that

21 (Pages 78 - 81)

Edward Walczak                                                    May 18, 2021

Page 82

1  you gave at the sales meeting in 2014 indicates that
2  it was last edited by you; right?
3      A   Yeah.  I, you know, honestly, I don't know.
4  Maybe they misspelled my name and I had to change it.
5  I'm not sure what that edit might have been.  So I --
6  I -- again, I can't speculate.
7      Q   Who else, besides you, might have added the
8  language "we use a specific set of rules and tactics
9  focused on limiting losses."
10         MR. KOPECKY:  Okay.  I'm just going to
11  object to -- I didn't get in because I was muted.
12         I object to the foundation of the last
13  question.  You're drawing a line that doesn't work.
14         And I object to the foundation of this
15  question.  The metadata doesn't --
16         MR. WASSERMAN:  Your objection is noted
17  for the record, Jim.  The witness can answer the
18  question.
19         MR. KOPECKY:  Yes.  I know.  You're --
20         MR. WASSERMAN:  I'd ask you not to make
21  speaking objections.  You can just object for the
22  record.  And the witness can answer.

Page 83

1  BY MR. WASSERMAN:
2      Q   Mr. Walczak, the question --
3         MR. KOPECKY:  You can answer, Ed.  Go
4  ahead.
5         THE WITNESS:  Yeah.  Can you repeat the
6  question for me after this --
7         MR. WASSERMAN:  I can.  I would ask Mr.
8  Kopecky not to interrupt between the question and the
9  answer.  The objection to the question is noted --
10         MR. KOPECKY:  No.  I'm going to make my
11  objection between the question and the answer.
12  BY MR. WASSERMAN:
13      Q   The question is:  Are you aware of anyone
14  else, besides yourself, that would have added the
15  language "We use a specific set of rules and tactics
16  focused on limiting losses"?
17         MR. KOPECKY:  Objection; form;
18  foundation.
19         Go ahead, Ed.
20         THE WITNESS:  Okay.  So this time I
21  remember the question.  And as I -- as I've previously
22  stated, I submitted various versions of content to

Page 84

1  Catalyst.
2         I have no idea of their internal
3  workings, who is responsible for review and if they
4  use outside agencies, who adjusted language.  I just
5  don't know what Catalyst did with this stuff.
6         I do know that there's a presentation
7  that I used and passed through Catalyst.  And Catalyst
8  said, "Hey, this is good stuff."  And so I used it.
9  BY MR. WASSERMAN:
10      Q   Okay.  It's certainly possible that you
11  drafted the language I just quoted; right?
12      A   It's also possible that I did not.
13      Q   Okay.  Who, specifically, might have drafted
14  it, other than yourself?
15      A   So I'll -- I'll repeat, again, that I don't
16  know how Catalyst operates.  I don't know their review
17  process.  I don't know who, at that moment in time,
18  looked at these documents, may have edited the
19  documents, may have done who knows what.  I just don't
20  know.
21      Q   Okay.  Can we scroll down?  Well, actually,
22  you're seeing the screen that I'm sharing right now

Page 85

1  with the PowerPoint.
2         I'm scrolling down to slide 9.  There's a
3  bullet at the bottom that says "A Risk Management
4  Strategy explicitly focused on limiting losses by
5  hedging individual positions at initiation, ongoing
6  adjustment based on well-defined risk parameters, and
7  aggregate portfolio stop loss measures."
8         Could you take a moment to sort of review
9  that and then compare it to slide 10 on Exhibit 14,
10  Mr. Walczak?
11      A   Okay.  All right.  I have slide 10 up, and I
12  can see slide 9.
13      Q   Specifically, you see slide 10 on Exhibit 14
14  and slide 9 on Exhibit 16; right?
15      A   Yes.
16      Q   Okay.  The language "aggregate portfolio
17  stop loss measures" does not appear in Exhibit 14;
18  right?
19      A   Correct.
20      Q   Okay.  Is the language "aggregate portfolio
21  stop loss measures" your language that you added for
22  the sales presentation?

22 (Pages 82 - 85)

Edward Walczak                                                May 18, 2021

Page 86

1    A   I don't recall if that was my language.

2    Q   Do you also see that in the phrase that

3  starts "based on well-defined," the word "proven" is

4  deleted from Exhibit 14 to Exhibit 16?

5    A   I'm sorry.  I'm a little bit confused, here.

6  So let's --

7    Q   The question was confusing.  I apologize,

8  Mr. Walczak.  I'll do it again.

9        In Exhibit 14, at the bottom, the slide says

10  "based on well-defined and proven risk parameters."

11  Do you see that?

12    A   Well, at the bottom it says "There is no

13  guarantee that any investment strategy will achieve

14  its objectives, generate profits or avoid losses."

15        Oh, do you mean the last bullet point?

16    Q   I do.

17    A   Okay.  All right.  I'm sorry.

18    Q   Do you see that it says "based on well-

19  defined and proven risk parameters"?

20    A   Yes.

21    Q   Okay.  And do you see that on slide 9 on

22  Exhibit 16 the word "proven" does not appear?

Page 87

1    A   Well, I -- I don't see it, no.

2        It looks like a different slide.  I mean,

3  there's no bolded risk management strategy or anything

4  on there.  That's what --

5    Q   Well, both say "ongoing adjustment based on

6  well-defined;" right?

7    A   Yes.  Okay.  Got it.  That's the third

8  bullet on page 9.  That's the easiest way for me to

9  differentiate it.

10    Q   So the third bullet on slide 10 of Exhibit

11  14 says "ongoing adjustment based on well-defined and

12  proven risk parameters;" right?

13    A   Right.

14    Q   Slide 9 on Exhibit 16 says "ongoing

15  adjustment based on well-defined risk parameters;"

16  right?

17    A   Yes.

18    Q   Okay.  So the language is the same except

19  that the word "proven" is removed in Exhibit 16;

20  right?

21    A   Yes.

22    Q   I'm wondering if you know why the word

Page 88

1  "proven" was removed?

2    A   No, I do not.

3    Q   Okay.  Do you recall editing this language

4  at all in preparation for the sales presentation?

5    A   No, I don't recall.

6    Q   What do you recall of your preparation for

7  the sales presentation in Las Vegas in early 2014?

8    A   Well, I -- I recall -- honestly, not to be

9  facetious, but I recall not wanting to go.  That's my

10  strongest recollection.

11        Secondarily, I remember -- well, I think --

12  which one was this?  This was 2014?

13        Remember, you know, Kimberly Rios worked on

14  some of these.  And -- and then I edited some.  And

15  then Catalyst edited.

16        And it, you know -- honestly, I don't

17  remember this specific one.  But nor any of the

18  others, really.  'Cause it just wasn't of interest to

19  me.

20    Q   Okay.  Why wasn't it of interest to you?

21    A   I -- my primary interest is portfolio

22  management, not sales and marketing.  That's all.

Page 89

1    Q   Give me one moment.  It's possible that you

2  inserted the phrase "aggregate portfolio stop loss

3  measures" on slide 9; correct?

4    A   It's also possible that I didn't.

5        As I said, there -- so just let me provide

6  some context, here, so we don't have misrepresentation

7  based on sound bites.  The --

8        MR. KOPECKY:  Ed, sorry to cut you off.

9  And maybe we do need to take a couple minute break for

10  all of you guys.  But I don't think you were answering

11  his question.

12        THE WITNESS:  All right.  My bad.

13        MR. KOPECKY:  But do we want to take

14  five minutes, or do we want to keep going, Sam?

15        MR. WASSERMAN:  I would like another

16  few minutes just to finish with these presentations.

17  And then we can take a break.

18        MR. KOPECKY:  Okay.  And, then, it's up

19  to you.  Maybe we can keep going.  I'm just feeling

20  like you guys are starting to get on separate pages,

21  and its getting less productive.  So I want to bring

22  everybody back.  Now start with the question again?

23 (Pages 86 - 89)

Edward Walczak                                                    May 18, 2021

Page 90

1        MR. WASSERMAN:  Yes.
2   BY MR. WASSERMAN:
3      Q   Mr. Walczak, it's possible that you inserted
4   the phrase "aggregate portfolio stop loss measures" on
5   slide 9 of Exhibit 16; correct?
6      A   It's possible.
7      Q   Okay.  Who else, if anyone, might have
8   drafted that language?
9      A   As I said, I don't know.  I submitted this
10  to Catalyst.
11         Catalyst process is not transparent to me.
12  I don't know how they reviewed it.  I don't know who
13  might have edited it.  So I -- I honestly have no
14  idea.
15     Q   Okay.  It's possible that you deleted the
16  word "proven" from the language that appears in the
17  phrase immediately prior in slide 9 of Exhibit 16;
18  correct?
19     A   Yes, it's possible.  And, to be fair, it's
20  possible that I did not.
21     Q   Okay.  Who else, besides you, might have
22  deleted the word "proven" from that phrase?

Page 91

1      A   Any number of people at Catalyst who
2   reviewed the document for compliance purposes.
3      Q   Are you sure that this sales presentation
4   was reviewed for compliance purposes?
5      A   I am not sure.
6      Q   Okay.  Presentations were reviewed for
7   compliance purposes before they were given to the
8   wholesalers to show investment advisors; right?
9      A   That's my understanding.  But I have no way
10  to verify that.
11     Q   Okay.  So do you recall sending this sales
12  presentation to anyone at Catalyst before you gave it
13  in Las Vegas in 2014?
14     A   I don't recall.  But that would be my normal
15  practice.
16     Q   Okay.  There would be e-mail records of that
17  if you did; right?
18     A   I don't know.
19     Q   Well, how else would they have seen it?
20         MR. KOPECKY:  That's a different
21  question.
22         Objection; form; foundation.

Page 92

1   BY MR. WASSERMAN:
2      Q   I'm sorry.  How else would have they
3   reviewed it, prior to you presenting, other than by
4   you e-mailing it to them?
5      A   I might have arrived in Las Vegas and handed
6   it to someone.
7      Q   Okay.  Well, in that case, how would --
8   you're talking about handing a hard copy to somebody?
9      A   Yes.
10     Q   But in that case, they wouldn't be giving it
11  back to you with typed edits; right?
12     A   I don't know.  I mean, again, I don't --
13  don't remember the details.
14         I mean, certainly, in a presentation,
15  it's -- it's not impossible -- in presentations I've
16  done in the past, I've made handwritten notes, I've
17  had other people's handwritten notes to remind me how
18  to amplify or amend statements.  Sometimes time
19  constraints -- so, yeah, there's a lot of
20  possibilities.
21         MR. WASSERMAN:  Okay.  We can go off
22  the record.  Why don't we take 10 minutes and come

Page 93

1   back at 11:45.
2         VIDEOGRAPHER:  The time is 10:34 a.m.;
3   this ends Unit No. 2.  We're off the record.
4         (Off the record.)
5         VIDEOGRAPHER:  The time is 10:48 a.m.;
6   this begins Unit No. 3.  We're on the record.
7   BY MR. WASSERMAN:
8      Q   Mr. Walczak, what does the phrase "upside
9   capture" mean to you?
10     A   I don't -- I don't -- don't know it
11  firsthand.  It's a term used in, I think -- in
12  performance reporting for funds and fund vehicles.
13  It's not something I've used.
14     Q   Really?  You've never used the phrase
15  "upside capture" to describe certain aspects of the
16  Hedged Futures Strategy Fund?
17     A   I -- I don't recall.  It's not -- it's not a
18  phrase that's familiar or comfortable to me.
19     Q   What was the strategy that you used in the
20  Fund to try to profit from a rising market, if any?
21     A   A rising market -- what was the last part of
22  your question?

Edward Walczak                                                May 18, 2021

Page 94

1    Q   Sorry.  Let me rephrase.

2        What was the strategy that you used, if any,

3    to try to profit from a rising market?

4    A   Apologies.  I was unsuccessful in

5    disconnecting my phone from my computer, and it just

6    rang.  So let's go back.  Okay.

7        So fundamentally, I -- I didn't speculate on

8    market direction.  So there were certain strategies

9    that would make money if the market went up.  But --

10   or -- actually, a very specific strategy that it --

11   it would profit if the market went higher.

12       We could also make money if it didn't.  So,

13   you know, I didn't specifically jump in and say,

14   "Let's -- here's what I'm going to do to make money if

15   the market goes up.

16   Q   Okay.  What was the specific strategy that

17   you used to try to make money if the market went up?

18   A   Well, I -- I think I just said I didn't take

19   a market view.  There were certain --

20   Q   Mr. Walczak, I'm not asking whether you took

21   a market view.

22       You just referred to a specific strategy to

Page 95

1    try to profit from a rising market.  What was that

2    specific strategy?

3    A   Well, we entered -- I entered call ratio

4    spreads and call butterfly spreads above the market

5    that would make money if the market went higher.

6    Q   Okay.  When you entered positions, which of

7    those two options combinations were you using?

8    A   Which two are you referring to?

9    Q   You just referred to call ratio spreads and

10   butterfly spreads.

11   A   Yes.

12   Q   When you entered positions, initially, which

13   of those two did you use?

14   A   It depended on the market conditions.

15   Q   How so?

16   A   Well, if -- if pricing in the marketplace

17   was favorable to a butterfly spread compared to a

18   ratio, I would enter a butterfly spread.

19   Q   So are you saying that there were instances

20   where, to initiate a position, you initiated as a

21   butterfly spread?

22   A   Yeah.  That was actually relatively rare,

Page 96

1    but I think there were times.  I -- I don't recall all

2    of the specific trades, but at various points in the

3    Fund -- in -- in trading, I would enter a butterfly

4    spread.

5    Q   Okay.  At any point, was the main strategy

6    to profit in a rising market using a -- sorry.  Let me

7    rephrase.

8        At any point, was the main strategy to enter

9    positions as a butterfly?

10   A   Yeah.  I mean, I oftentimes legged into to

11   the butterfly spread from a ratio because they have a

12   pretty similar return profile, so --

13   Q   What do you mean by "legged into"?

14   A   I mean sometimes I would enter the ratio

15   part, and -- and then enter the upper leg to form a

16   butterfly.  Sometimes I already had the upper leg in

17   place, and I'd enter a ratio to form a butterfly.

18   Q   Sorry.  My question was:  When you initiated

19   a position, did you ever initiate it as a butterfly

20   spread rather than a call ratio spread?

21   A   Yeah.  I -- I can't say definitively whether

22   I did or didn't.  You know, because, again, there are

Page 97

1    a lot of different trades, and -- and so, you know,

2    without -- without a history in front of me I can't

3    say that -- whether I did or didn't.

4        I know that, like I said, normally I would

5    enter -- I would -- I guess it was more common I would

6    enter a ratio spread, not a butterfly spread.

7    Q   And did you ever refer to the call ratio

8    strategy as the strategy that you used for "upside

9    capture"?

10   A   I -- I -- like I said, that upside capture

11   phrase -- maybe I adopted it from hearing it enough,

12   but it's -- it's not a natural phrase to me.

13       It's, I mean -- yeah.  I mean, I won't argue

14   with words, but like I said, that's -- that sounds

15   like a -- a mutual fund performance term, is what it

16   sounds like to me.  I don't remember whether I used it

17   or not.

18   Q   What does it mean to you, sitting here

19   today?

20   A   It's -- it's some measure of making money

21   when the market was higher.

22   Q   Okay.  Over the course of your managing the

25 (Pages 94 - 97)

Edward Walczak                                                          May 18, 2021

Page 98

1  Fund, was entering butterfly spreads ever the main
2  strategy for upside capture?
3      A   Well, again, I didn't make a big
4  distinguishment between the ratio spreads and the
5  butterflies because they -- they have a pretty similar
6  profile.  And they -- oftentimes one turned into the
7  other, just in terms of how I managed the Fund.
8          So -- so to me, they're -- they're one and
9  the same thing.
10     Q   I'm sorry.  That's not quite what I'm
11  asking.
12         I'm asking if entering butterfly spreads was
13  ever the main strategy you used for upside capture?
14         MR. KOPECKY:  I object to foundation.
15         Go ahead.
16     A   Like I said, most of the time I did not use
17  a butterfly spread.  I entered a ratio spread.
18     Q   Okay.  So entering butterfly spreads was
19  never the main strategy?
20     A   Not entering a butterfly spread at
21  initiation.  No.
22     Q   In what circumstances would you leg into a

Page 99

1  butterfly spread?
2      A   If -- if the market began to rise rapidly,
3  that was a pretty common hedging technique -- would be
4  to buy it at -- in fact, buy more than one additional
5  call on top of a ratio spread to -- to cap upside
6  exposure.
7      Q   Okay.  Because the call ratio spreads at
8  initiation didn't have a cap on exposure; right?
9      A   They didn't have an upside cap, no.
10     Q   Okay.  Mr. Walczak, I'm going to mark, as
11  Exhibit 17, a document Bates stamped
12  Catalyst_005_0200749 and the attachment, which is the
13  same prefix 200750.  That attachment will be marked as
14  Exhibit 18.
15         (Exhibits 17 and 18 were marked for
16         identification.)
17     Q   And the attachment is, again, a spreadsheet.
18  So Exhibit 18 won't have a stamp.  It will just be the
19  Excel file that you can open.
20         If you click Refresh, do you see those two
21  exhibits in the Marked Exhibits folder, Mr. Walczak?
22     A   Can I have -- I'm sorry.  I lost track of --

Page 100

1  I have 17.  And I just refreshed again.  Okay.  I have
2  17 and 18.  Yeah.
3      Q   Okay.  Can you look at Exhibit 17, please.
4      A   Okay.
5      Q   It appears to be an e-mail from Daniel
6  Saffrin to yourself, Jeremy O'Keefe and Kimberly Rios.
7  Do you see that?
8      A   Yes.
9      Q   And it appears to be dated February 15,
10  2017, at 10:40 a.m.; correct?
11     A   Correct.
12     Q   Okay.  Who is Daniel Saffrin?
13     A   He -- he -- and my hesitancy is we -- he
14  started as an intern and became a full-time analyst.
15  So I don't remember when -- I think -- I think it was
16  right around there, I think.
17         But anyway, he was -- he was fulfilling
18  either a part-time or a permanent analyst role.
19     Q   Okay.  And who's Jeremy O'Keefe?
20     A   He's one of the primary executing brokers
21  for the Fund, on the floor.
22     Q   Was it typical, around this time in February

Page 101

1  of 2017, for Mr. Saffrin to send you spreadsheets
2  detailing the Fund's positions?
3      A   I don't recall that it was typical, no.
4      Q   Can you look at Exhibit 18, please.
5      A   Okay.
6      Q   Do you recognize Exhibit 18?
7      A   Not at all.
8      Q   Do you recognize the type of document that
9  it is?
10     A   It's a spreadsheet.  Yes.
11     Q   Okay.  I mean more than the type of program
12  that's used to open it.
13         Do you recognize the type of content that is
14  reflected in the document?
15     A   Not something we use very often, so I'm --
16  I'm guessing, just looking at the fields.  Looks like
17  positions.  Looks like --
18     Q   Positions of what?
19     A   Looks like options positions.  Looks like
20  which FCM they're held in.
21     Q   Specifically, they're options positions of
22  the Fund; right?

26 (Pages 98 - 101)

Edward Walczak                                              May 18, 2021

Page 102

1     A    Well, that, I don't know.  I -- I mean, this
2  e-mail would indicate that.  But I don't remember
3  first hand.  No.
4     Q    Okay.  The FCMs listed in column A, these
5  were the FCMs that the Fund used around February 2015;
6  correct?
7     A    Again, I just want to be very precise in my
8  response.  I -- I don't -- we -- we went -- we used a
9  lot of different guys.
10         These are all familiar names.  Probably so.
11    Q    Okay.  Do you have any reason to believe
12  that Mr. Saffrin, on February 15, 2017, would be
13  sending you anything other than the positions that the
14  Fund held at that time?
15    A    Well -- well, again, I -- if you're asking
16  to verify that these are the Fund positions, obviously
17  I can't do that.
18         The direct answer to your question is:  Of
19  course.  He's the analyst on the fund.  There were a
20  lot of reasons why he'd send me spreadsheets of
21  partial fund positions, full fund positions,
22  miscellaneous options positions, last week's options

Page 103

1  positions.  So yes, there's certainly a lot of reasons
2  why he would do that.
3         Again, I think the fund positioning at that
4  time is -- is a matter of record.  But I can't verify
5  it.  I don't have those records.
6     Q    Understood.  He says in the e-mail "Here are
7  HFXAX Positions" for February 15, 2017.  Do you see
8  that?
9     A    Yes.
10    Q    Okay.  HFXAX is the ticker for the Hedged
11  Futures Strategy Fund; right?
12    A    Yeah.  One of the share classes.  Yeah.
13    Q    So do you have any reason to think that what
14  he's sending you is anything other than the Fund's
15  positions as of that date?
16    A    I don't have any reason to think that, no.
17         But I just want to be clear that I can't
18  verify that.  I just don't have any records that -- I
19  don't know if he made a mistake.  I don't know if
20  there's something else going on.  That's all.
21    Q    Understood.  Looking at the spreadsheet
22  itself, Exhibit 18.

Page 104

1     A    Yes.
2     Q    What is column C of the spreadsheet appear
3  to describe?
4     A    Let me see if I can widen it 'cause it's --
5  column C.  Okay.
6         It looks like a description of an options
7  position.
8     Q    Okay.  What does "S&P 3rd Week Optn Feb17C
9  2210" mean?
10    A    So it looks like a February third week
11  option expiration.  You know, it's an expiration
12  period of a particular option.
13    Q    Okay.  Is it a call or a put?
14    A    Looks like a call.  That would be the "C."
15    Q    And what's the strike price of that option?
16    A    You're referring to row 2?
17    Q    Yes.
18    A    2210.
19    Q    So this spreadsheet appears to show a series
20  of options with February expiries; correct?
21    A    Correct.
22    Q    Okay.  And a few March and April expiries on

Page 105

1  the bottom; correct?
2     A    Let's see.  Well, there's third week
3  February, there's end of February, there are March,
4  there are April, and there are May.
5     Q    Okay.  I'm going to introduce as Exhibit 19
6  and 20, documents Bates stamped Catalyst_03_00276 and
7  Catalyst_03_00277 respectively.
8         If you could first open Exhibit 19, Mr.
9  Walczak.
10    A    I actually have two Exhibit 19s.  Do you
11  show that?  One is larger than the other.
12    Q    Yes.  There are two 19s for some reason.  I
13  think we can get that fixed on the back end.  Let's,
14  please, first look at the one that says Exhibit 19
15  Catalyst_003_00276.
16         (Exhibit 19 was marked for
17              identification.)
18    A    Okay.  All right.  Is that an e-mail?
19    Q    Yes.  This appears to be an e-mail from
20  February 14th of 2017; correct?
21    A    Yes.
22    Q    From you to Mr. Schoonover, Ms. Rios, and

27 (Pages 102 - 105)

Edward Walczak                                                    May 18, 2021

Page 106

1   Mr. Szilagyi?

2       A   Yes.

3       Q   What's happening around this time, Mr.

4   Walczak, with respect to the Fund?

5       A   Well, somewhere in February -- and I, again,

6   I don't remember the exact dates -- but somewhere

7   around there is when we entered our very large

8   drawdown.

9           We might have been in the middle of it.

10  Honestly, I just don't remember which specific

11  February dates what exactly happened.

12      Q   Understood.  But suffice to say that around

13  this time, there's a lot of attention being paid to

14  the fund both internally by Catalyst and by

15  shareholders; right?

16      A   Yes.

17      Q   Okay.  And around this time, do you recall

18  drafting an update to shareholders about what was

19  happening?

20      A   I -- I recall more than one.  Yes.

21      Q   Okay.  Is Exhibit -- well, the second

22  Exhibit 19, the one that's Bates stamped

Page 107

1   Catalyst_003_00277, an update that you drafted for

2   February 14, 2017?

3       A   Let me -- so this is the second Exhibit 19?

4       Q   Yes.

5       A   Okay.

6       Q   It's the attachment to the first Exhibit 19.

7       A   All right.  So all right.  Load it up.

8   Okay.  All right.  I see that.

9       Q   Okay.  Is this one of the updates that you

10  drafted for shareholders at that time?

11      A   So I don't know what version this is.  I

12  remember -- again, from my e-mail asking Catalyst to

13  edit, I remember they did make some pretty significant

14  edits.

15          In fact, I recall a previous testimony where

16  you or one of your colleagues asked me about it.  So

17  looking at this now, I don't know what version it is,

18  whether or to what extent it was my original language

19  or edited language.  But it looks like one of the

20  updates.

21      Q   Okay.  Sorry, I'm having trouble navigating

22  between these two.

Page 108

1       The first Exhibit 19, the one that ends with

2   Bates stamp 276, says "Feel free to edit," by you;

3   correct?

4       A   Yes.

5       Q   In other words, you say to the recipients of

6   the e-mail, "Feel free to edit."  Right?  So it

7   appears to be a version that you drafted; right?

8       A   The last question lost me.  The -- the first

9   question, yes.  I sent an e-mail with some document

10  and -- and told Catalyst to feel free to edit.

11          I -- I'm pretty certain I recall --

12  reinforced by my previous testimony earlier -- not

13  today, but earlier with you or one of your

14  colleagues -- that there were significant edits made.

15          So here today, looking at this document, I

16  don't know which version it is.  I have no way to

17  understand --

18      Q   I'm not asking whether it was the final

19  version or whether it was the version that was sent to

20  shareholders.

21          I'm just asking whether this e-mail

22  indicates to you that it's your draft that's attached.

Page 109

1       A   Well, that's -- that's the point.  Whether

2   it's my draft or Catalyst's final version, I can't

3   tell you.

4       Q   Well, it doesn't appear to be Catalyst's

5   final version because you're saying "Feel free to

6   edit."  Right?

7       A   Oh, this was the -- you're telling me this

8   document was attached to that e-mail?

9       Q   Yes.

10      A   Well, if this was attached to the e-mail --

11  again, if -- I don't have a physical way of verifying

12  that.  As I said, I know it was edited a number of

13  times.  This may have been what I sent to them, but I

14  can't -- I can't verify that.  I don't have my

15  original --

16      Q   You drafted the initial draft of the letter;

17  right?

18      A   Yes.

19      Q   Okay.  And this appears to be that initial

20  draft; does it not?

21      A   I -- I -- again, you're showing a document.

22  You -- I'll take it on faith that you -- this was the

28 (Pages 106 - 109)

Edward Walczak                                                    May 18, 2021

Page 110

1   document you say was attached to the e-mail.  But I
2   can't -- I can't sit here and confirm it to you.
3         If you -- if you know this to be the
4   document attached to the e-mail, well, that's -- then
5   you have your answer.  But I can't confirm it.  You're
6   asking me the question.
7       Q   But the question is whether it appears to be
8   your initial draft.
9         MR. KOPECKY:  Asked and answered
10  BY MR. WASSERMAN:
11      Q   You can answer the question, Mr. Walczak.
12      A   So looking at this document.  I'm looking at
13  a document on the screen -- of a document that I have
14  prior knowledge that was dramatically edited.  I can't
15  tell you which version this is.
16      Q   Okay.  I want to draw your attention to the
17  bottom of the first page.
18        The first bullet, the second sentence, where
19  the draft says "Yesterday and today we simply exited
20  all of our February positions in order to contain
21  further risk."  Do you see that?
22      A   Yes.

Page 111

1       Q   On February 14th of 2017, was this statement
2   accurate?
3       A   I don't know.
4       Q   Looking back at Exhibit 18 --
5       A   Oh.  Okay.  Eighteen's a spreadsheet, yeah?
6       Q   That appears to reflect a series of options
7   positions with February expiries; correct?
8       A   Correct.
9       Q   Okay.  So does that refresh your
10  recollection as to whether the statement from the
11  letter that I just read is accurate?
12      A   No, it does not.
13      Q   Okay.  You don't know one way or another,
14  sitting here today, whether the language "We simply
15  exited all our February positions" was accurate at the
16  time it was written?
17      A   That's correct.  I don't know.
18      Q   If this is your draft, does that change your
19  answer?
20      A   No.  I -- I have no way of knowing whether
21  it was accurate or not.  I certainly could have made a
22  mistake if it was my draft.

Page 112

1         But the bottom line is without -- without
2   the fund's position in front of me, I can't tell you
3   whether we had exited all the positions at that time.
4       Q   Okay.  How would you have made a mistake in
5   drafting this?
6         MR. KOPECKY:  Objection; calls for
7   hypothetical speculation.
8         Go ahead and answer, Ed.
9         But all day I've been allowing these
10  "how could you have," "might have," speculative
11  questions.  And I'm objecting to them.
12      A   So -- so perhaps there was a trade error.
13  Perhaps we were very aggressively exiting positions,
14  and it's always possible -- trade errors are not
15  uncommon.  It's always possible that a position was
16  not exited when it was reported that we were.
17        It may be that I misunderstood the report.
18  It may be that I wrote this in anticipation of having
19  exited positions, and at the end of the day when the
20  dust settled, so to speak, that it wasn't true.
21      Q   All right.  Could there have been a trade
22  error on dozens of options?

Page 113

1       A   Yes.
2       Q   How so?
3       A   I mean, there are all sorts of ways that
4   errors can occur.  And -- and there's no limitation on
5   the quantity of errors or their -- their scope.
6         I mean -- I mean, I'm not sure how to answer
7   the "how so" part.
8       Q   All right.  In the days after February 15th
9   of 2015, did you ever learn that there was a trade
10  error in this spreadsheet that Mr. Saffrin sent you?
11      A   I -- I don't recall.  I don't recall
12  checking.  I honestly don't remember even seeing the
13  spreadsheet, even today, after looking at it.  So I
14  don't recall checking it.
15      Q   Okay.  Well, regardless of whether you saw
16  the spreadsheet that's been marked Exhibit 18, do you
17  recall, at any time after February 15th of 2017, there
18  being a major error in the list of fund positions?
19      A   In the list of -- let -- let me clarify my
20  answer.  It was not uncommon.  And, in this period of
21  time, I don't remember specifically.
22        But we're talking about an open outcry

29 (Pages 110 - 113)

Edward Walczak                                                    May 18, 2021

Page 114

1  trading system whereby transactions are done verbally
2  and are recorded by hand on a card and later entered
3  into a -- a computer system.  So there is certainly
4  always the potential for -- for error.
5      And in this case, when we were doing a very,
6  very large and rapid liquidation, it was certainly
7  possible.
8      Now, do I recall specifics?  Like much of
9  this, it's so far in the past, and there was so much
10  activity and detail, that no, I can't say truthfully
11  that I recall anything one way or the other.
12     Q    Is it possible that this list of February
13  options in the spreadsheet that Mr. Saffrin sent you
14  on February 15th -- is it possible that the entire
15  list is a mistake?
16     A    No.  I -- well, put it this way:  it's
17  certainly possible the entire list is a mistake.  I
18  think it's unlikely.
19     It's -- it's not unlikely that Mr. Saffrin,
20  an inexperienced intern, would have made an error in
21  manually entering positions into a spreadsheet from a
22  hard-to-read brokerage statement.  So that is

Page 115

1  possible.
2      Q    Okay.  I want to change gears for a few
3  minutes.  I have a few questions about -- sorry;
4  excuse me one second.
5      If I sit still for too long, the light in my
6  office goes off.  So I had to flip it on.  Excuse me.
7      Changing gears for a moment, I have a few
8  questions about your personal situation upon the
9  conversion of the fund in September of 2013.
10     So taking you back to September of 2013,
11  where were you living at the time?
12     A    September of -- yeah.  I was in Madison,
13  Wisconsin, at that time.
14     Q    Okay.  You lived with your wife at that
15  time?
16     A    Yes.
17     Q    Any kids living in the house at that time?
18     A    No.
19     Q    Okay.  At that time, your kids are grown and
20  out of the house?
21     A    Yes.
22     Q    Did you have any children in college at the

Page 116

1  time?
2      A    Let's see.  2013.  Both were in college, I
3  think.  Yeah.
4      Q    How did you pay for college for them?
5      A    Took out loans.
6      Q    For both?
7      A    I -- I -- honestly, I think so.  Yes.
8      Q    Okay.  For the entire tuition or just part
9  of it?
10     A    I don't remember.
11     Q    Did either of your children attend grad
12  school?
13     A    No.
14     Q    At the time, in September of 2013, did you
15  own your house in Wisconsin?
16     A    Yes.  Yes.
17     Q    Did you own it outright, or was there a
18  mortgage?
19     A    There was a mortgage.
20     Q    Did you have any other real estate at the
21  time?
22     A    No.

Page 117

1      Q    Okay.  What was the size of the mortgage on
2  your house in Wisconsin?
3      A    I don't remember.
4      Q    Did you have any other debts besides student
5  loans and the mortgage?
6      A    Maybe.  Again, I don't remember.
7      Q    From September of 2013 through 2016, did you
8  acquire any other real estate?
9      A    At some point -- I don't remember the exact
10  date.  At some point, yes.  And the only hesitancy is
11  I -- the 2016 date -- I don't remember if I acquired
12  some afterwards or before that.
13     Q    Okay.  What do you have in mind?  What other
14  real estate have you acquired since 2013?
15     A    Well, it's -- it's past tense.  I have no
16  other real estate currently.  But during that time I
17  bought and sold two properties.
18     Q    What two properties?
19     A    A condominium in San Francisco and a home in
20  Hawaii.
21     Q    Okay.  When did you buy the condominium in
22  San Francisco?

30 (Pages 114 - 117)

Edward Walczak                                                    May 18, 2021

Page 118

1    A   Well, as I just explained, I don't -- I
2  don't recall the dates specifically.
3    Q   Do you recall a year?
4    A   No.
5    Q   You don't recall the year you bought a
6  condominium in San Francisco?
7    A   That's correct.
8    Q   Do you recall the year that you sold it?
9    A   Not exactly.  Let me think about this.  No.
10  I get confused on tax years.  Maybe 2019; maybe 2020.
11  I don't know.
12    Q   Okay.  Did you sell it for more than you
13  bought it for?
14    A   No.
15    Q   Did you sell it for less than you bought it
16  for?
17    A   Yes.
18    Q   How much less?
19    A   I don't know.
20    Q   What about the house in Hawaii?  When did
21  you buy it?
22    A   Don't remember.

Page 119

1    Q   Okay.  When did you sell it?
2    A   Again, I -- I just don't have these dates in
3  front of me, and I don't have a clear recollection.
4  They weren't important.
5    Q   Can you estimate when you bought the house
6  in Hawaii?
7    A   No.  But there are records, there, if that's
8  important.  I mean, that -- that data can be found.  I
9  just don't have it on top of my head.
10    Q   I'm just asking if you remember when you
11  bought the house in Hawaii.
12    A   No.
13    Q   Or have any estimation of when you bought
14  the house in Hawaii?
15    A   Yeah.  Again, I don't trust my memory, as
16  you can tell from the conversation.
17        So, you know, again, if the data's
18  important, we can find that out.  But I don't
19  remember.  I don't want to give you --
20    Q   Do you recall --
21    A   I don't want to give you such a bad answer,
22  when that's a pretty easy fact to uncover if it's

Page 120

1  important to the -- to the matter.
2    Q   Do you remember approximately how much you
3  purchased the house in Hawaii for?
4    A   Low two millions.
5    Q   Okay.  Do you remember how much you sold the
6  house in Hawaii for?
7    A   No.  No.
8    Q   Do you --
9    A   It was somewhere, I mean, again, and the
10  only reason I know whether I made or lost any money is
11  I know I didn't pay any capital gains tax on either
12  one.
13        And I remember -- yeah.  So both of them
14  didn't work out as I had hoped from investment
15  standpoints, so.  Yeah.
16    Q   Is that why you purchased them?  As an
17  investment?
18    A   Part -- part personal use and part
19  investment.  Yes.
20    Q   Okay.  But just to be clear, do you recall
21  whether you sold the house in Hawaii for more than you
22  bought it for?

Page 121

1    A   No.  Well, wrong answer.
2        I'm certain that I did not sell it at a
3  profit.
4    Q   Okay.  Mr. Walczak, how much money,
5  approximately, did you earn from managing the Hedged
6  Futures Fund, from 2015 through 2018?
7    A   I don't know.
8    Q   I'm going to mark a few exhibits if you
9  could give me a moment.
10        Jim and Mr. Walczak, if you want to take two
11  minutes to go off the record, we can do that.  This is
12  going to take me a couple minutes.  But if we can only
13  take a few, and just be right back.
14        VIDEOGRAPHER:  The time is 11:26 a.m.
15  We're off the record.
16        (Off the record.)
17        VIDEOGRAPHER:  The time is 11:29 a.m.
18  We're on the record.
19  BY MR. WASSERMAN:
20    Q   Mr. Walczak, can you pull up Exhibit 20,
21  please.  This is a document Bates stamped
22  Catalyst_03_00277 [sic].

31 (Pages 118 - 121)

Edward Walczak                                                            May 18, 2021

Page 122

1             (Exhibit 20 was marked for
2             identification.)
3      A    Twenty.  Yes.  I have it.
4      Q    Okay.  Do you recognize this document?
5      A    Looks like a 1099.
6      Q    From 2014; correct?
7      A    Correct.
8      Q    And it reflects that your compensation in
9   that tax year was approximately $593,000; right?
10     A    Let me find that box.
11     Q    It's box 7.
12     A    Yes.  I see that.  Yep.
13     Q    Can you pull up Exhibit 21, please.
14            (Exhibit 21 was marked for
15            identification.)
16     Q    Is this your 1099 from 2015?
17     A    Yes, it is.
18     Q    And it reflects that you made approximately
19   5.5 million dollars from Catalyst in 2015?
20     A    Yes.  Correct.
21     Q    Is that accurate?
22     A    No way of knowing.  I -- I'm assuming it is,

Page 123

1   if that's what Catalyst reported.  And it's likely
2   what I used for my tax returns.
3      Q    Okay.  Can you pull up Exhibit 22, please.
4            (Exhibit 22 was marked for
5            identification.)
6      A    All right.  I have it.
7      Q    And is this your 2016 1099?
8      A    That's what it appears to be.  Yeah.
9      Q    Okay.  And it reflects that you were
10   compensated by Catalyst in the amount of approximately
11   24.4 million dollars?
12     A    That's what the box says.  Yes.
13     Q    Can we pull up Exhibit 23, please.
14        Is Exhibit 23 your 2017 1099 from Catalyst?
15            (Exhibit 23 was marked for
16            identification.)
17     A    Looks to be that way.  Looks like a
18   different format.
19        Let me find -- okay.  Yeah.  That's what we
20   have.
21     Q    And this document reflects that you made
22   approximately 20 million dollars in 2017?

Page 124

1      A    Yeah.  Correct.  Pretax.  Yeah.
2      Q    Understood.  And, finally, can we look at
3   Exhibit 24?  This is a document that was produced to
4   us by Catalyst, Bates stamped CFTC2_00135.
5          You see in column E it says "1099 Payments,"
6   Mr. Walczak?
7            (Exhibit 24 was marked for
8            identification.)
9      A    Yes, I see that.
10     Q    And the dates are from January through July
11   of 2018.  Do you see that?
12     A    Yes, I see that.
13     Q    Okay.  And more specifically, it appears to
14   reflect payments made to you in each of those seven
15   months.
16     A    I have no -- I've never seen this
17   spreadsheet before.  I have no idea what it
18   represents.
19     Q    I understand.  But you have seen the 1099s
20   that I've shown you before; correct?
21     A    Yes, that's correct.  Yeah.
22     Q    On its face, this spreadsheet appears to

Page 125

1   show that you were paid over seven million dollars
2   from January 2018 through July of 2018.  Do you see
3   that?
4      A    Again, this is a spreadsheet produced by who
5   knows who.
6      Q    I'm just asking whether you see the numbers
7   in the spreadsheet -- whether you see that we're
8   looking at the same thing.
9      A    Oh, I -- I thought your question was
10   different.  I -- I'm sorry.
11        I see numbers in column N under the name --
12   or under the word "Amount."  And I don't know what
13   they mean.
14     Q    Okay.  Does it sound about right to you that
15   you were paid approximately 7.3 million dollars for
16   the first seven months of 2018?
17     A    I don't know.
18     Q    Okay.  The documents we just referred to
19   reflect that you were paid approximately 5.5 million
20   in 2015, 24.5 million in 2016, and 20 million in 2017;
21   right?
22     A    Yeah.  Now, you rattled them off.  But

32 (Pages 122 - 125)

Edward Walczak                                                    May 18, 2021

Page 126

1  whatever the 1099s said, I won't argue with.
2      Q   The 1099s for those three years add up to
3  about 50 million dollars; right?
4      A   Again, I -- I'm certain -- I trust that
5  you've done the math.  But I have not.
6      Q   So you can take a minute to do the math.
7  You have the document in front of you.
8          I'm asking whether the amounts you were paid
9  in 2015, 2016, and 2017 add up to about 50 million
10 dollars.
11     A   All right.  If we would like to spend time
12 doing the arithmetic, I'll be happy to do it.  It
13 sounds like you've done it.  But I'll -- I'll be
14 cooperative.
15         Where were they?  All right.  2014.
16 September.  Yeah.  I guess, in my head, plus or minus
17 50 million dollars.
18     Q   And that's not including what you made in
19 2018; right?
20     A   Those numbers don't extend to 2018, nor do
21 they deduct income taxes.  Correct.
22     Q   Understood.  Mr. Walczak, what is your net

Page 127

1  worth today, approximately?
2      A   Today, approximately?
3      Q   Yes.
4      A   Seven or eight million dollars.
5      Q   Okay.  Understanding that a lot of that 50
6  million dollars went to taxes, how can you explain how
7  your net worth today is only seven million dollars?
8      A   Well, it's kind of a guess, actually.  But a
9  part -- part is the -- the losses I sustained in the
10 drawdowns on mutual funds since I had significant
11 portion of my assets in the -- in the same strategy.
12     Q   Okay.  Can you approximate how much your
13 losses in the mutual fund were?
14     A   No.
15     Q   Rough guess?
16     A   Again, I don't want to guess.  I don't like
17 guessing.  The data's available.  But I -- I don't
18 have anything in front of me, now, to even give you an
19 approximation.
20     Q   Okay.  Give me one moment.  Mr. Walczak,
21 I've marked as Exhibit 25 a document that I believe
22 was produced to us by your counsel.

Page 128

1          (Exhibit 25 was marked for
2          identification.)
3      Q   You'll see that it says "Ziliak Law" at the
4  top.  And the document was labeled
5  "WalczakHFXIXPurchaseSales."  Do you see that?
6          And you can zoom in and out on this if it's
7  hard to read.
8      A   It's still loading.  So Exhibit 25, yeah?
9      Q   That's right.
10     A   Okay.
11     Q   Do you have any reason to believe this
12 document doesn't actually reflect your purchase and
13 sale of shares in the fund?
14     A   Well, again, I've never seen the document
15 before; don't know anything about it.  So I want to
16 avoid any false confirmations.  But --
17     Q   You've never seen this document before?
18     A   No.
19     Q   But you have no reason to believe that the
20 data that was produced by your counsel is inaccurate;
21 do you?
22     A   I've not seen the document before.  I don't

Page 129

1  know whether it's accurate or not.
2      Q   I'm asking whether you have any reason to
3  believe that this document, produced to us by your
4  counsel, is inaccurate.
5      A   Yeah.  My reason would be is I don't know
6  how it was produced.  I don't know where -- where the
7  data was sourced from.  And I don't -- I've never seen
8  it before.
9          So those are reasons where I would say to
10 you, "Yeah, I have some doubts until I make those
11 verifications."
12         MR. WASSERMAN:  Jim, Zach, do you all
13 have any reason to believe that this document does not
14 reflect Mr. Walczak's purchases and sales of shares in
15 the fund?
16         MR. KOPECKY:  Well, first of all, it's
17 not my deposition, Sam.  I don't have to answer your
18 questions.
19         But I also have never seen this
20 document before.  The dates look like they only go to
21 '15 or '17.  I don't know.
22         But certainly, how much he lost in the

33 (Pages 126 - 129)

Edward Walczak                                              May 18, 2021

Page 130

1  fund, together with his family, is something that is a
2  concrete fact that we can establish in 10 different
3  ways if you'd like to do that.
4        So you can use this, you know, for the
5  deposition purposes. And let's get on with this
6  because this isn't --
7        MR. WASSERMAN: Okay. I will. That's
8  fine. I will move on.
9  BY MR. WASSERMAN:
10    Q  Mr. Walczak, assuming this document
11  accurately reflects yours and your wife's purchase and
12  sale of shares in the fund, could you take a moment to
13  review it? And then we can ask a few questions.
14    A  Go ahead and ask some questions. It's a
15  pretty complex document as far as I can tell. A lot
16  of numbers.
17    Q  Okay. The first part of it -- the first
18  table appears to reflect transactions in an account
19  where the account owner is Edward and Susan Walczak.
20  Do you see that?
21    A  Okay. I see an account owner -- yeah. I
22  see a document -- or I see a -- a portion of this

Page 131

1  document that says that. Yeah.
2    Q  You know what, let's put the document aside
3  for a second.
4        Did you say you were able to estimate,
5  approximately, the amount of your losses in the Hedged
6  Futures Fund?
7    A  No. I said I could not.
8    Q  Could you ballpark whether it was above five
9  million or below five million?
10    A  No.
11    Q  You couldn't say one way or another, at all,
12  whether you lost more or less than five million
13  dollars in the Hedged Futures Fund?
14    A  No. I -- I don't remember. My -- I mean,
15  my tax returns have -- have the information. I mean,
16  he can get the information. I just can't sit here
17  today in my chair and --
18    Q  I'm just asking you if you, sitting here
19  today, can say whether your losses from investing in
20  the Fund amounted to more or less than five million
21  dollars.
22    A  Yeah. I -- I think I've said that I don't

Page 132

1  know. I can't.
2    Q  Okay. Could you say, sitting here today,
3  whether your losses in the Fund -- your own personal
4  investment in the Fund, and that of your wife --
5  whether the aggregate of those losses amounted to more
6  or less than 10 million dollars?
7    A  Honestly, Sam, I -- I just don't want to
8  answer hypothetical questions when there're facts
9  available, and later --
10    Q  It's not a hypothetical question, Mr.
11  Walczak.
12        I'm just asking: Sitting here today --
13        MR. KOPECKY: Let's not argue. I'm
14  with you. I'm instructing him to just answer.
15        Can you sit here today; can you tell
16  him whether it's more or less than 10 million dollars?
17  It's okay to put brackets around it. I don't believe
18  this is getting us anywhere, ultimately.
19        Ed, but please just answer whether you
20  can tell him or not.
21    A  No.
22        MR. KOPECKY: Thank you.

Page 133

1  BY MR. WASSERMAN:
2    Q  Can you tell me, one way or another, whether
3  your losses, and that of your wife, in the Fund were
4  more or less than 15 million dollars?
5    A  No.
6    Q  Okay. What other reason, besides losses
7  from investing in the Hedged Futures Strategy Fund, is
8  there for your net worth to be only seven million
9  dollars?
10    A  Other investment losses.
11    Q  Can you describe what those other investment
12  losses are?
13    A  Trading the same strategy in personal
14  accounts.
15    Q  Okay. Anything else?
16    A  Losses on the real estate investments we
17  talked about.
18    Q  Anything else?
19    A  That's all I can think of.
20    Q  Okay.
21    A  Well --
22    Q  Anything else you can think of?

34 (Pages 130 - 133)

Edward Walczak                                                    May 18, 2021

Page 134

1    A   Well, repeat the question again.  I want to
2    make sure I've answered it exhaustively.
3    Q   Yes.  Are there any other reasons that you
4    can, particularly, sitting here today, say your net
5    worth is only seven million dollars after having made
6    over 50 million dollars in managing the Fund?
7    A   Yes.  Tax liabilities were the biggest
8    portion.  Payments to the IRS.
9    Q   Okay.  So tax liability, losses in investing
10   in the Hedged Futures Strategy Fund, real estate
11   losses, and, I believe, the last one you mentioned was
12   trading the strategy in your personal accounts.
13   Correct?
14   A   Correct.
15   Q   Anything else you can think of?
16   A   No.  Nothing else I can think of, no.
17   Q   Okay.  Can you explain what you mean by
18   "trading the strategy" in your personal accounts?
19   A   I used personal accounts to -- to trade
20   similar types of options positions.
21   Q   Okay.  Can you approximate how much you lost
22   trading that strategy in your personal account?

Page 135

1    A   No.
2    Q   Can you say whether it was more or less than
3    five million dollars?
4    A   No.
5    Q   More or less than 10 million dollars?
6    A   No.
7    Q   Okay.  And to be clear, you cannot, sitting
8    here today, remember with any degree of specificity
9    the amount of yours and your wife's losses in
10   investments in the Hedged Futures Strategy Fund?
11   A   That -- that's correct.  I -- I --
12   Q   You can't give me any estimation whatsoever?
13   A   No.  Not without looking it up, which I'm
14   happy to do, as Mr. Kopecky said.
15   Q   Okay.  Thank you.
16       MR. WASSERMAN:  Why don't we break --
17   if it's okay to break for lunch.  We can go off the
18   record.
19       VIDEOGRAPHER:  The time is 11:46 a.m.
20   This ends Unit No. 3.  We're off the record.
21       (Off the record.)
22       VIDEOGRAPHER:  The time is 12:30 p.m.

Page 136

1    This being Unit No. 4.  We're on the record.
2    BY MR. WASSERMAN:
3    Q   Okay.  Mr. Walczak, I'd like to turn our
4    attention to the software you mentioned earlier,
5    called OptionVue.  Can you describe what OptionVue is?
6    A   OptionVue is a piece of software that models
7    option price behavior.
8    Q   Okay.  When did you first start using
9    OptionVue?
10   A   I can't give you an exact date, but I --
11   it's certainly 2010 or earlier.
12   Q   Are you sure that it was before the Harbor
13   Fund was converted to the Hedged Futures Strategy
14   Fund?
15   A   Yes.
16   Q   If you look in your Marked Exhibits folder,
17   you'll see I've put in Exhibits 26, 27, and 28.
18       (Exhibits 26 through 28 were marked for
19        identification.)
20   Q   Exhibit 26 is an e-mail dated March 5, 2017,
21   from you to Michael Schoonover, Kimberly Rios, Mr.
22   Szilagyi, Mr. Miller, and Mr. Amrhein.  Do you see

Page 137

1    that?
2    A   All right.  I just pulled it up.  Yes.
3    Q   Okay.  Just for the record, who's Mr.
4    Miller?  I think he's the only one we haven't
5    discussed so far who's listed on this e-mail.
6    A   At the time, I think he was another
7    portfolio manager at Catalyst and also a part owner.
8    Q   Okay.  In this e-mail you write "Buy 1500
9    futures.  Sell 13000 March 2400 Calls."  Do you see
10   that?
11   A   I see that.
12   Q   And you say "Buy 6000 EOM March 2400 calls.
13   Mostly fixes theta."  You see that?
14   A   I see that.
15   Q   "Market risk at roughly 1 x upside.  Graphs
16   attached."  Do you see that?
17   A   I see that.
18   Q   So Exhibits 27 and 28 are the graphs that
19   are attached to this e-mail.  Could you pull up
20   Exhibit 27, please.
21       And it might appear sideways on your screen.
22   On the bottom, you can rotate it with the icon that, I

35 (Pages 134 - 137)

Edward Walczak                                                    May 18, 2021

Page 138

1    believe, is the third from the right.  Just let me
2    know when you've been able to rotate it so --
3        A    Okay.  Got it.
4        Q    Okay.  Does this document show what the
5    OptionVue screen looks like?
6        A    Yeah.  This is an OptionVue screen.  Sure.
7        Q    I want to walk through what each of the, or
8    most of the, buttons and items on this screen
9    represent.  So if you could bear with me.
10           First of all, what is the box above the
11   graph with the red text?
12       A    Those are the positions that the graph is
13   modeling.
14       Q    Okay.  And where would one insert the
15   positions that he or she wants the graph to model?
16       A    In a different screen.
17       Q    In a different screen.
18           On the top left, you see three icons that
19   say "Matrix," "Price," and "Volatility" respectively?
20       A    Correct.
21       Q    What do those icons do?
22       A    Let' see.  I think the Matrix -- this is an

Page 139

1    older version, so -- I'm pretty sure the Matrix will
2    take you back to a matrix view of positions.
3        Q    Okay.
4        A    Price will display the price of the
5    underlying -- a graph of the price of the underlying.
6           And Volatility will display realized
7    volatility, or statistical volatility as it's called,
8    of the underlying and implied volatility -- a specific
9    point on the applied volatility curve.
10       Q    Okay.  When you say the "underlying," are
11   you referring to the S&P 500?
12       A    Well, in this case, the underlying would be
13   the S&P 500 futures contract.  And very specifically,
14   I can see we're modeling on the minis.
15       Q    What makes you say that?
16       A    Well, I see a symbol up there that --
17   that -- all the symbols I can see -- well, I'm sorry.
18   The only symbol I can see is actually a futures
19   contract.  So I can't say that for sure, but that was
20   my practice -- was to model on a -- the mini contract.
21   It had more accurate intraday quotes.
22       Q    I'm sorry.  Just to clarify, do you mean

Page 140

1    that the options listed in the box above the graph are
2    E-mini options?
3        A    Yes, they are.
4        Q    The symbol, for example, "-9000Mar 2290c" is
5    an E-mini ticker?
6        A    Well, it's not an E-mini ticker.  My
7    recollection is what I would typically do is just
8    adjust the -- so an E-mini is $50 per point value.  A
9    big contract is $250.
10           So typically I would go in and just set
11   the -- the parameter in OptionVue to $250 instead of
12   50.  Otherwise there's really no difference.
13       Q    What parameter are you talking about?
14       A    The value of a -- of a point move on a
15   contract.
16       Q    Okay.  And just to be clear, for these
17   questions generally, when you're responding with some
18   things that you "typically did," I just want to be
19   clear that the period that we're interested in for the
20   purpose of this testimony is the September 2013
21   through February 2017 period.
22           So when you say what you typically do or

Page 141

1    did, you're referring to that period?
2        A    Well, just -- just to clarify the period,
3    we're looking -- no -- into March.  So did we extend
4    that period?
5        Q    No.  I understand that this represents a
6    graph of OptionVue that you sent in March of 2017.
7           My questions are for the purposes of
8    understanding from you how OptionVue works and the
9    different facilities that it had.
10       A    Okay.  I just want to be clear.  If we're
11   referring to this particular graph -- in March or
12   February or what -- what period?  Just so there's no
13   confusion.
14       Q    Yes.  Thank you for clarifying.  My
15   questions are about OptionVue generally, not about
16   this specific graph.  We're just using this graph as a
17   sample of what OptionVue would show.
18       A    Okay.  Great.
19       Q    Okay.  Moving slightly to the right, there's
20   a group of icons that say "Info," "Trade Log,"
21   "Status," "Reports" respectively.  Can you explain
22   what those do?

36 (Pages 138 - 141)

Edward Walczak                                                    May 18, 2021

Page 142

1    A   Sure.  So the Info would display certain
2  parameters.
3        I'm trying to think of an example.  It would
4  display parameters about whether you wanted the model
5  to include commissions; whether you wanted to have a
6  slippage calculation in there; some information about
7  your account, which I generally didn't use.
8        I didn't use the software to track, you
9  know, P&L on -- on the fund.  But that's -- I -- I
10  think that's in there.
11       To be honest, normally I would click on it
12  to tell you what's in there.  I don't think about it
13  real hard.
14       The Trade Log is the -- record of trades
15  that are performed.  And once again, it's not an
16  accurate -- at least not in the way I used it -- it's
17  not an accurate record of specific trades.
18       In other words, I might go in and add a
19  prospective trade and -- and so it would hit the trade
20  log, and then later maybe I would remove it.
21       But that's what the Trade Log does.  It
22  shows what transactions were recorded that get you to

Page 143

1  that red box of positions.
2    Q   In the trade log, how did the software know
3  what the price of the option was?
4    A   At whatever point in time -- in other words,
5  so in the trade log, I enter a trade.  And I can model
6  the trade just having it sit there.  It wouldn't
7  actually be in the trade log yet.  It would simply be
8  in the -- in a window in the model.
9        And I could -- I could model it.  It would
10  still show up in that red box, but I would have to
11  choose to model a trade rather than an existing
12  position.
13       If I convert the trade, then it goes into
14  the trade log as an executed trade.  And whatever
15  the -- the price of the option at the moment I
16  executed the trade is what would go in the trade log
17  as the price.
18       But again, I didn't use the software to
19  accurately track entry and exit trade pricing for the
20  Fund.
21    Q   Okay.  When you say the time the trade was
22  "executed," you mean the time you clicked "convert

Page 144

1  trade;" right?
2    A   That's correct.  It may have been very
3  different from the time it was actually executed.
4    Q   Understood.  Okay.  What does "Step through
5  dates" mean, on the upper left?
6    A   That means that the -- the software has two
7  ways in which it can display these lines.
8        It can display -- and it's set right now
9  through dates, so you see a box in the lower left
10  corner.  The box says "T+0," "T+5," "T+9," "T+14," and
11  that means the first dotted line is displaying today.
12  The next dotted line is displaying five days in the
13  future, then nine days in the future, and then the
14  last line is typically the expiration period that is
15  selected -- the solid line.  So that's an expiration,
16  which in this case happens to be 14 days in the
17  future.  So that's in the "Step through dates" mode.
18       If you click "Step through volatilities,"
19  you'll simply display a particular date and it will
20  vary applied volatility assumptions in increments that
21  you can specify as well.
22    Q   Okay.  So if you click "Step through

Page 145

1  volatilities," you would no longer see the different
2  lines representing different time frames?
3    A   Yeah.  You wouldn't see different time
4  frames.  The lines would then represent different
5  volatility levels.
6    Q   Okay.  All right.  And what about "Max Proj
7  Date"?
8    A   Yeah.  That means the maximum projection
9  date.  So you can select -- and it -- it would
10  normally -- well, it's normally set to whatever
11  expirations you have built into the -- into the matrix
12  portion of the model.
13       So it would normally give you the
14  opportunity to select -- do I want the nearest
15  expiration, do I want the second-nearest expiration,
16  do I want five expirations out.  Or you can go in and
17  manually enter a particular date in the future.  So
18  that's -- that's the date, essentially, of that solid
19  line -- the furthest out it's going to look in time.
20    Q   Okay.  What's the default setting for max
21  projection date?
22    A   I'm trying to think.  You know, I'm not sure

37 (Pages 142 - 145)

Edward Walczak                                                    May 18, 2021

Page 146

1    what the actual default is.  Typically, the drop-down
2    includes all the active expirations.  I don't,
3    honestly, remember if it automatically pops up at the
4    nearest, the furthest, somewhere in between.
5            But basically, the projection dates will be
6    your active expirations.  And you can choose between
7    them or you can manually enter them.
8        Q    And to be clear, when you say "active
9    expirations," you mean the expirations of the
10   positions that are listed in the box above the graph;
11   right?
12       A    Yes.
13       Q    Okay.  Moving down the left-hand side.
14   There's a field that is labeled "Volty Chg."  What is
15   that?
16       A    That's volatility change, which allows you
17   to enter in an assumption about whether volatility is
18   going to rise or fall, and by how much.
19       Q    Okay.  What are the different options for
20   that field?
21       A    You can put in anything you want.  You can
22   put in +40, +.5, anything you want about volatility

Page 147

1    assumptions.
2        Q    Okay.  And if you put in +5, for example,
3    how would that graph be different than if that field
4    were zero?
5        A    Well, the -- the -- zero assumes that
6    current volatility conditions don't change.
7            If you put in a +5, then you are telling the
8    model you want to see what happens if implied
9    volatility increases by 5 percent.
10       Q    Okay.  Do the axes of the graph change if
11   you do that?
12       A    I don't believe that they do.  The axes of
13   the graphs are -- I mean, you can -- you can go and
14   change what the graph looks like manually.  I don't
15   recall if they automatically change by doing that.
16       Q    As far as you know, the X-axis of the graph
17   is always an S&P level; right?
18       A    It's -- it's going to be the futures level.
19   Right.
20       Q    I'm sorry.  That's the level of the S&P
21   futures?
22       A    Of the underlying.  Yeah.

Page 148

1        Q    Okay.  And in this case, the underlying is
2    the S&P futures.
3        A    Yes.
4        Q    Okay.  And the Y-axis of the graph always
5    reflects some measurement of the value of the
6    positions that are in the box above; right?
7        A    Yeah.  The -- the -- you can generally
8    choose between profit and loss or just absolute value.
9        Q    Okay.  So either the absolute value of those
10   positions, or how much those positions have gained or
11   lost relative to the executed price recorded; right?
12       A    Correct.
13       Q    Okay.  So if you change volatility from zero
14   percent to 5 percent, those axes themselves don't
15   change; right?
16       A    Again, I don't -- I don't think so.  I -- I
17   don't pay a lot of attention.
18            It's more a matter of looking at them, and
19   if they're not the way I like, I can adjust them.  So
20   I -- I guess I don't pay close attention to whether
21   something automatically changes them.
22       Q    Okay.  Excuse me one sec.

Page 149

1            Okay.  Underneath that field there's a field
2    labeled "Amount Provided."  What does that mean?
3        A    It's not something I use.  I -- I don't
4    really know.
5        Q    Do you know what the field populated
6    Original Requirement appears to refer to?
7        A    No, I don't.
8        Q    Or "Orig." -- I'm sorry, just for the
9    record.
10       A    Yeah.  It's just -- it's not something I
11   use.
12       Q    The "Orig. Reqmt." field is not something
13   you use?
14       A    Right.
15       Q    Okay.  Do you know where the number beneath
16   that box comes from?
17       A    No.  Again, I don't use it.  So I'm not
18   sure.
19       Q    Okay.  You never changed that or altered
20   that in any way?
21       A    No.  Like I said, I don't use it.
22       Q    Okay.  And below that there's a field

38 (Pages 146 - 149)

Edward Walczak                                          May 18, 2021

Page 150

1  labeled "Vertical Axis."

2     A   Right.

3     Q   I believe you testified a moment ago that

4  the options for that are Profit/Loss or Value.  Is

5  that right?

6     A   Yes.

7     Q   Okay.  Are there any other options under

8  there?

9     A   I don't -- I don't recall that there are.

10  No.  I think those are the only two there.  Those are

11  the only two I've ever used, and I actually don't use

12  Profit/Loss very much.

13     Q   Okay.  But you appear to have done so, here,

14  in March of 2017; right?

15     A   Well, the reason for that is that the Value

16  doesn't work well when you have futures contracts in

17  the equation, which we had at this time.

18     Q   Okay.  Oh, I understand.  Okay.

19         And why is that?

20     A   Well, the value of an option can be

21  computed.  The value of a futures contract -- you can

22  put emotional value to it, but that's not what the

Page 151

1  software does.

2         So it's -- it's computing a P&L from an

3  entry point on the futures contract, so it's a little

4  bit apples -- apples to oranges.  If you use a value,

5  it just doesn't make a graph -- the model doesn't work

6  correctly when you have futures in there.

7         And outside of this period of time, I don't

8  often, if at all, have futures in -- in this -- in the

9  Fund.  We didn't have futures until this point, so.

10     Q   Understood.  Below that there is a field

11  labeled "Horizontal Axis."  Can you explain what that

12  is?

13     A   So those are levers.  That's one way to

14  adjust the scale of the horizontal axis, meaning, you

15  know -- there's -- there's an easier way to do it just

16  by right-clicking, dropping and dragging, and stuff

17  like that.

18         But if you hit the plus button, it makes --

19  it basically zooms in on the graph by adjusting the X-

20  axis.  If you hit the minus button it zooms out.  Left

21  and right moves the -- the center point of the graph

22  left or right.

Page 152

1     Q   What about the "Target" button below that?

2     A   Again, I don't use that.  I -- that's an

3  analytical tool for managing trades with profit

4  targets, I think.  But I don't really use it.

5     Q   Okay.  What about the button next to it

6  that's labelled "Curr Bell"?

7     A   Yeah.  Again, I -- I don't use that.  I

8  think it refers to some kind of bell curve

9  distribution.

10     Q   Okay.  Do you know what the numbers in the

11  box under that "Curr Bell" button represent?

12     A   No.  No, I don't -- don't use it.

13     Q   What does "Show BEs" mean?

14     A   I think they show break-evens.  And again,

15  just not a tool that I use in the software.

16     Q   Okay.  What would a break-even mean?

17     A   If you put a trade on and use the P&L and

18  accurately enter the entry to the trade, it can show

19  you a break-even on a particular position and what

20  price where, you know, a position breaks in -- breaks

21  even at.

22         You know, all the underlying assumptions:

Page 153

1  what's the time frame, what's the volatility, et

2  cetera, I think.

3         But like I said, I don't really use it.

4     Q   Okay.  And you don't use it specifically

5  because the execution prices of the trades in the box

6  above weren't necessarily the prices at which you had

7  bought or sold the options; right?

8     A   Well, that's -- that's why I don't use P&L

9  on some of the other functionalities.

10         But in this case, it's just not something

11  that was meaningful to my process and -- and my

12  analytics.

13     Q   Got it.  What about the field below that

14  that says "Show Obj, Stp"?

15     A   Yeah.  That one, I have no idea.

16         You know, again, I can -- I can only guess,

17  from the abbreviation, it's something related to a --

18  well, I'll stop.

19         But again, don't use it.  So I -- I really

20  don't know what that one does.

21     Q   Okay.  I'm sorry, you said you would get

22  something related to a stop?  Is that what you said?

Edward Walczak                                                    May 18, 2021

Page 154

1    A   Well, I -- again, I shouldn't guess.  So
2  I'll stop.  I don't know what it means.
3    Q   Okay.  That's fine.
4        And below that there's a field that says
5  "Wand."  What's that?
6    A   That's just the current -- the "Wand" refers
7  to that green box in the vertical green line in --
8  that, right, now is, you know, in -- and that's the
9  default.  It sort of hits wherever the price of the
10  underlying is -- that's where it's going to placed it.
11       But you can put your cursor on that green
12  box and move it right or left if you want to see the
13  stuff displayed below at a particular price.  And that
14  box will tell you exactly where your Wand is.
15       You can kind of see it on the graph,
16  obviously, but that one will tell you where that Wand
17  position actually is.
18    Q   Sorry.  Which box will tell you where the
19  Wand position actually is?
20    A   The -- the box you asked about.  The "Wand"
21  box.  The "Wand" --
22    Q   Oh, I see.  The one that says "2380.75."

Page 155

1    A   Yeah.  That means that green box that you're
2  looking at, in this frozen snapshot, is sitting
3  exactly at 2380.75.  Like I said, you can look at it
4  and tell, but that tells you very precisely, according
5  to the software.
6    Q   Okay.  The right-hand side of the graph that
7  lists percentages, what do those represent?
8    A   Again, that's one of the things that, you
9  know -- it's set on profit and loss right now.  So
10  once again, it's not very meaningful.  But it's
11  designed to, you know.
12       If you were -- if you had an accurate
13  carefully-managed, in terms of entry pricing and
14  positions -- your portfolio -- and if you had an
15  accurate account balance -- which is another thing
16  that isn't meaningful to how I use the software --
17  meaning if you said, "I'm starting a half-million
18  dollar account," and the model said you made $100,000,
19  it would say +20 percent.  But again, that's not a
20  functionality I use.
21    Q   Was it your practice to have an accurate
22  list of positions in the box above the graph?

Page 156

1    A   Yes.
2    Q   Sorry.  Let me rephrase the question.
3        Was it your practice to have an accurate
4  list of the Fund's positions in the box above the
5  graph?
6    A   Yes.
7    Q   So why wouldn't those percentages on the
8  right-hand side be relevant to you?
9    A   Because although the positions were
10  accurate, I -- I didn't spend the time or effort to
11  put in entry and exit prices for those positions.
12    Q   I understand.  Okay.  And that's also why
13  you used the Value field as opposed to Profit and
14  Loss?
15    A   Correct.
16    Q   So given that it wasn't your practice to
17  ensure that the positions reflected in the box above
18  the graph had accurate entry prices, the break-even
19  function was also not meaningful to you; right?
20    A   As I understand.  But like I said, I've
21  never even investigated what that does because it
22  wasn't meaningful for my -- my strategy.

Page 157

1    Q   Okay.  And, Mr. Walczak, what would the
2  purple and blue bars underneath the X-axis represent?
3    A   So they represent a bell curve distribution
4  based on recent historical volatility of expected
5  price movement.
6    Q   Okay.  Let's start with the purple one.
7  What, specifically, does the purple one mean in that
8  context?
9    A   The purple one is a plus or minus one
10  standard deviation move based on -- on recent
11  historical volatility of the underlying.
12    Q   Okay.  How do you know that?
13    A   That's the functionality of the software.
14    Q   Okay.  But how did you learn that?  How did
15  you learn that that's what that purple bar represents?
16    A   Well, when I -- we had to use the software
17  many years ago -- either through their help -- help
18  function or definitions that the software company
19  provides.  That's where I learned it was.
20    Q   Okay.  All right.  And what about the
21  blueish bar below that?
22    A   That's plus or minus two standard

Edward Walczak                                           May 18, 2021

Page 158

1  deviations.

2      Q   Okay.  So specifically, the S&P futures

3  price range.  It would be plus or minus two standard

4  deviations from the current price?

5      A   That's what the bars -- that's what that

6  teal bar represents.  Yes.

7      Q   I would go further with a line of

8  questioning about whether it's teal or blue or

9  something else, but we can have a mutual understanding

10 about what it is, I think.

11     Okay.  If you can actually give me one

12 moment.

13     Okay.  Mr. Walczak, last questions on just

14 the basic functionality of OptionVue, here.

15     Can you describe the numbers in the table

16 below that purple and blue bar?

17     A   So basically, they're the option -- the

18 aggregate options Greeks of the positions reflected in

19 that -- top box.

20     Q   Okay.  If the Profit/Loss field were changed

21 from -- I'm sorry.

22     If the vertical axis field were changed from

Page 159

1  Profit/Loss to Value, would the fields in that box

2  change?

3      A   I don't think so.  I've -- I've never

4  actually -- I don't recall paying attention to that.

5  But I don't think so.

6      Q   When you say you don't "recall paying

7  attention that that," what's "that"?

8      A   To whether or not those -- those values

9  changed if I toggle back and forth between P&L and

10 Value.  I don't -- I don't think so.

11     Q   Okay.  I'm going to mark one additional

12 exhibit.  Give me a moment.

13     MR. WASSERMAN:  What number are we on,

14 here?  So Exhibit 28 is going to be SEC_04_0100384.

15     MR. KOPECKY:   I'm sorry, Sam, I'm

16 confused.  Did you -- there's Exhibit 28 already up

17 there.  Are you marking another exhibit?  Twenty-nine?

18     MR. WASSERMAN:  Oh.  I'm sorry.  Yes.

19 This is going to be -- yes.  I'm sorry.  This is going

20 to be 29.  My mistake.

21     MR. KOPECKY:  No worries.

22     //

Page 160

1      (Exhibit 29 was marked for

2      identification.)

3  BY MR. WASSERMAN:

4      Q   Okay.  You should see 29 up there now.  If

5  you could pull it up.  Could you take a minute to

6  review that document, Mr. Walczak.

7      And specifically, the vertical axis field

8  and the data in the box on the bottom of the first

9  page.

10     Mr. Walczak, does this appear to be an

11 OptionVue graph where the vertical axis is populated

12 with Value as opposed to Profit/Loss?

13     A   Yes.

14     Q   Does this look familiar to you?

15     A   Yes.

16     Q   So to the best of your recollection, does

17 the box at the bottom of the OptionVue screen at least

18 change from the top row being P&L to the top row being

19 Value; right?

20     A   I'm not -- I didn't get that, exactly.

21 What -- what did you ask?

22     Q   I'm comparing Exhibit 29 to Exhibit 27.  And

Page 161

1  specifically, what the first row of that box, below

2  the graph, shows.

3      A   Okay.  Yeah.  So the first row -- yeah.  I

4  don't think those -- earlier, I thought you were

5  asking me if the values change when I toggled, which I

6  don't know.

7      Definitely, the attributes -- in other

8  words, they -- they don't change.  It's Value, Delta,

9  Gamma, Theta, Vega.  I don't think those things

10 change.  Anyway, yeah.

11     Q   Understood.  But the first line, the first

12 row of data changes; right?

13     A   Yes.  It's Value now.  Yeah.

14     Q   Okay.  Right.  In 29 the first row of data

15 is Value, whereas in 27 the first row of data was P&L;

16 right?

17     A   Yeah.  Yep.

18     Q   So when you used OptionVue, you said it was

19 your practice to use the Value field and not the P&L

20 field; is that right?

21     A   Correct.

22     Q   Okay.  So looking at Exhibit 29, what does

41 (Pages 158 - 161)

Edward Walczak                                                    May 18, 2021

Page 162

1    that first row of data that's labeled "Value" show
2    you?
3        A    It shows me the net value, at whenever this
4    snapshot was taken and however the settings were done,
5    in terms of valuing the individual legs of the
6    position.  It shows that value of this particular
7    position.
8        Q    The position that's listed in the box above
9    the graph; right?
10       A    Correct.
11       Q    Okay.  And there's not just one number in
12   that value row of data; right?  It's a series of
13   numbers; right?
14       A    Yes.
15       Q    What does that series of numbers represent?
16   In other words, why are each of those numbers
17   different?
18       A    They represent the value of the position at,
19   you know -- as you move from left to right you're
20   changing the price of the underlying.
21          So whatever the X-axis shows, and you drop
22   down below it and it gives you the value at that price

Page 163

1    for whatever time frame you've selected.  That's the
2    other selection that has to be made.
3        Q    Right.  The different graphs representing
4    different time frames.
5        A    The -- the --
6        Q    I'm sorry.  The different lines of the graph
7    representing different time frames.
8        A    Yes.
9        Q    Okay.  So the graph generally shows you how
10   your positions change in value, depending on the level
11   of the underlying asset; right?
12       A    Yeah.  For -- for -- again, that's a, you
13   know -- you have to select a whole lot of things to
14   make that realistic.  And you have to know how you're
15   using the tool.  But that is generally correct.
16       Q    Understood.  Given the settings that you
17   select on the left-hand side, the graph represents how
18   the positions change in value, given movement in the
19   underlying asset.
20       A    Yes.
21       Q    And that's the case for any OptionVue graph;
22   right?  Not just the one we're looking at; right?

Page 164

1        A    Yes.
2        Q    And sorry if I asked this already, but how
3    did you typically use the max projection date field?
4    What did you typically select?
5        A    I would start with the furthest out
6    expiration that we had positions in.
7        Q    Okay.  Was it your practice to only run the
8    graph for that scenario?  I'm sorry.
9           Was it your practice to only use that max
10   projection date?
11       A    No.  I -- I would use, you know -- again,
12   depending on the portfolio composition, depending on
13   the market conditions, I would use that projection.
14          I would isolate particular expiration
15   periods; in other words, compartmentalize only those
16   positions.  I would vary volatility.  I would test
17   different -- the -- the software contains at least
18   three, I think now maybe four or five different
19   volatility models, some of which are more appropriate
20   to calls, some of which are more appropriate to puts.
21          So I had almost as many combinations and
22   permutations of options that there are -- I had the

Page 165

1    same number of combinations and permutations of
2    modeling expiration period -- and how I would use the
3    tool.
4           So my practice was to use whatever's
5    appropriate at the time.  And there was a lot of
6    choices.
7        Q    Okay.  Were there times when you would input
8    the entire portfolio into the box at the top of the
9    graph?
10       A    Yes.
11       Q    Okay.  How would you do that?
12       A    Well -- well, typically, the software always
13   contained the entire portfolio.
14          In other words, what -- what would happen
15   is, you know, from a particular starting point -- and
16   what we tried to do is -- is double-check on a very
17   frequent basis.  I can't say every single day, but
18   usually we didn't go very far without triple-checking
19   the portfolio.
20          Meaning if -- it I did a trade, I'd enter
21   the trade.  I didn't take the time to put accurate
22   prices in there, but I was -- I was very careful about

42 (Pages 162 - 165)

Edward Walczak                                May 18, 2021

Page 166

1  the positions.
2          And then, periodically, I would have whoever
3  was the analyst at the time -- at some point it was --
4  it was even Kimberly.  Then it was either Daniel or
5  Augie or whatever the time frame was -- would -- would
6  double-check against brokerage statements or -- or
7  general Gemini Fund Accounting statements to make sure
8  that the software contained the accurate positions for
9  the fund portfolio.
10     Q   Okay.  And was that list of fund positions
11 saved?  If you were to log out of OptionVue, for
12 example?
13     A   Yes.
14     Q   Okay.  And, then, when you logged back in
15 later, you'd be able to see that same list of
16 positions?
17     A   Yes.
18     Q   Does that saved list of positions have a
19 name?
20     A   I don't know.  I'd say somewhere -- it's an
21 automatic system within the software.  So somewhere in
22 the OptionVue files, you know, like any piece of

Page 167

1  software there's -- there's execution files.  There's
2  all kinds of stuff.  I'm not a real techie, but it --
3  it saves data files that do that.  It has an autosave
4  function.
5          Everyone once and a while I would -- it's
6  almost like saving a Word document or an Excel
7  document.  You want to be double sure, so you hit the
8  Save button manually.  But it's designed, when you go
9  through a shutdown, to save what you have.  And -- and
10 it -- it generally did that pretty well.
11     Q   Okay.  I'm going to mark another e-mail and
12 attachment as Exhibits 30 and 31.  One second.
13         (Exhibits 30 and 31 were marked for
14          identification.)
15     Q   Exhibit 30 is Bates stamped CFTC3_00023254.
16 And it's attachment, which has been marked Exhibit 31,
17 is Bates stamped CFTC3_00023255.
18         Mr. Walczak, can you see those two exhibits?
19     A   I have them.  And I've just opened up 30.
20 Okay.
21     Q   Okay.  Thirty appears to be an e-mail from
22 Kimberly to yourself on May 29th of 2015.  Do you see

Page 168

1  that?
2     A   Yes.
3     Q   And just to point your attention to the end
4  of the first paragraph, she says "I've attached
5  another screen shot including yesterday's positions."
6     A   Yes.
7     Q   Then, can you pull up the attachment,
8  Exhibit 31, please.
9          And it's another one where you might have to
10 rotate it to get it to appear properly.  And you can
11 also zoom in if it's too small.
12     A   It's not too small.  It's a little blurry,
13 but I think I can read it.
14     Q   Does this appear to be the screen you were
15 referring to where you would enter positions --
16     A   Yes.
17     Q   -- in OptionVue?
18     A   Yes.
19     Q   Do you see, towards the top of the screen,
20 there appear to be tabs labeled "Asset Specific" and
21 "All Trades Super- HFXAX," respectively?
22     A   Yes.

Page 169

1     Q   What are those tabs?
2     A   The Asset Specific is -- for example, in
3  this case, would be the S&P futures.  In other words,
4  you could have an account that had crude oil futures
5  or soybean futures or something.  So these would be
6  buttons that refer only to that active asset class
7  of -- of -- in this case, futures -- I mean the S or
8  SPX futures.
9          The All Trades Super normally had -- I can
10 see it in OptionVue -- a super account is what's known
11 as -- it's not an account you can enter trades in.
12         It's an account that aggregates other
13 accounts into a single account.  And -- and in that
14 case, so then you have the buttons that I talked about
15 earlier:  Info, Trade Log, Status, and Reports.
16     Q   Yes.  So, I'm sorry.  When you say that All
17 Trades Super aggregates different accounts, what kind
18 of accounts are you referring to?
19     A   So for analytical purposes -- and this looks
20 like something Kimberly did 'cause I don't remember
21 settings like this.
22         But we would subdivide the portfolio and

43 (Pages 166 - 169)

Edward Walczak                                    May 18, 2021

Page 170

1  look separately at calls and puts, for example.
2  And -- and one common way to do that is set up an
3  account that only had the Fund's put positions in it,
4  and another account that had only the Fund's call
5  positions in it.
6       And then you could set up a super account
7  that would aggregate those two.  So if you wanted to
8  look at the entire portfolio, you'd go to the super
9  account.  If you wanted to look at only the call side,
10 you'd go to the call account.  And likewise, on the
11 put side.
12    Q   Okay.  So if you were logging into OptionVue
13 at the beginning of the day -- and again, my questions
14 here are for the September 2013 to February 2017
15 period.
16      If you logged into OptionVue at the
17 beginning of the day and wanted to see a list of all
18 the positions currently in the portfolio of the Fund,
19 what would you do?
20    A   Well, typically I -- you know, that was what
21 was in OptionVue.
22      So I would log in and, as I mentioned about

Page 171

1  the save function, if I happened, for example -- and
2  if I'm remembering correctly that those are the types
3  of accounts we had -- in fact, we had -- sometimes
4  we'd split them up even further.  But whatever account
5  I was in when I logged out would be what would come
6  back up.
7       And then, let's say the call account came up
8  and I said, "Oh, okay.  I want to look at the whole
9  portfolio."  And again, I don't -- I don't recognize
10 this name.  It doesn't sound like one I would have
11 used.  I think this is a screenshot from Kimberly's
12 machine.
13      But whatever -- whatever I'd use to look at
14 the overall fund portfolio is -- is the account I
15 would select in OptionVue.
16    Q   Were the accounts that were on your screen
17 synched with the accounts that were on Kimberly's
18 screen?
19    A   Not automatically.  No.
20    Q   Well, did you cause them to be synched at
21 any point?
22    A   Well, we -- again, that was our -- our goal.

Page 172

1  And -- and we cross-checked frequently.
2       But again, it wasn't -- none of this was an
3  automatic data transfer.  So it all revolved around
4  manual entries of positions and cross-checking against
5  brokerage statements and Gemini statements.
6    Q   Okay.  Who did the manual entry to keep the
7  list of positions current in OptionVue?
8    A   It could have been any one of -- let's call
9  it the three of us that worked in the office.
10   Q   Okay.  So it could have been you?
11   A   Yes.  It could have been me.
12   Q   It could have been Kimberly?
13   A   It could have been Kimberly.  And -- I'll --
14 I'll caveat that to say I didn't enter positions on
15 anybody else's machine.  But I certainly entered them
16 on my own.  And, conversely, Kimberly and/or Daniel or
17 Augie may have entered positions on my machine to save
18 me time.
19   Q   Okay.  So do you know for sure that there
20 was an account on your screen that listed all the
21 current positions in the fund?
22   A   Again, I think this is Kimberly's.  But I

Page 173

1  can tell you that, certainly, there was an account or
2  a listing of all current positions.  Again,
3  independent of any entry errors that hopefully would
4  be caught pretty rapidly, that certainly all the
5  positions in the fund were on my -- whatever machine I
6  was using.
7    Q   Okay.  How did they get there?
8    A   I would enter them.  Sometimes Daniel or
9  Kimberly would enter them.  And, then, ideally,
10 somebody other than me could cross-check them.
11   Q   Okay.  But how did the intern or Kimberly
12 enter them on your computer?
13   A   I would go buy a sandwich and tell them to
14 enter them while I was gone.
15   Q   Sounds nice.  Okay.
16      So just to be clear, what processes, if any,
17 were in place at the Hedged Futures Fund to ensure
18 that you could see in your OptionVue, on any given
19 day, a complete list of the fund's positions?
20   A   I don't recall a formal process being in
21 place.  As I said, I -- I entered positions.  We had
22 very frequent cross-checking, by people other than me,

44 (Pages 170 - 173)

Edward Walczak                                    May 18, 2021

Page 174

1    against the accounting records of the fund and against
2    brokerage statements.
3         I -- I don't recall, at that time, if we had
4    a very formal process of that happened every day at
5    8:00 a.m.  I don't -- I don't recall that it did.
6         It was more likely triggered by, you know,
7    any concern I had -- an upcoming expiration, or
8    something didn't look right.  We would double- and
9    triple-check that there wasn't an error in the -- in
10   the positions.
11   Q    Okay.  And was it your practice, at least
12   sometimes, to create an OptionVue graph based on that
13   list of fund positions?
14   A    Yes.
15   Q    How often would you do that?
16   A    Every day.
17   Q    Okay.  And what would that graph show you?
18   A    It would -- it would, again, with the caveat
19   that these are only models, it -- it would show me
20   various snapshots of what would happen in the
21   portfolio dependent on different market scenarios,
22   volatility scenarios, different models selected,

Page 175

1    different time frames.
2         So lots of different "what if" scenarios
3    about how the portfolio might behave.  Again, with the
4    caveat that, you know, option prices are selected in
5    an open outcry auction process, and models are models.
6    But it would give me an idea.
7    Q    All right.  And to be clear, going back to
8    Exhibit 28 for a moment, which shows us a sample
9    OpvionVue screen.
10        Can you remind me, when you did put in the
11   whole portfolio into OptionVue, what was the max
12   projection date you used?
13   A    Let me answer that in a minute.  But I'm --
14   is 28 what I'm supposed to be looking at?  Because
15   I've got 27 and I'm skipping to 29.  I don't know how
16   that happened.  What was 28?
17   Q    I'm sorry, Mr. Walczak.  You're right.
18   Twenty-seven.
19   A    Okay.  All right.  I've got 27.  And you
20   asked me --
21   Q    Yes.  I'll repeat my question.
22   A    Sure.

Page 176

1    Q    So when you did graph the entire fund
2    portfolio, what max projection date did you use?
3    A    Typically, I would go out as far as the
4    portfolio went out.  So if -- if the furthest
5    expiration was, you know, in this case, May of 2018,
6    then it would have May's expiration in that projection
7    date.  That's -- that's sort of the default.
8         But it really was driven by whatever was my
9    analytical need at the time.  If we had an upcoming
10   expiration, I might look solely at those positions.  I
11   might look at the whole portfolio against that nearby
12   expiration date.  I might discover a sensitivity that
13   was worthy of another look in a particular month, so
14   I'd go to that expiration.
15        But to open up, it would typically go out as
16   far as the portfolio did.
17   Q    Okay.  If the portfolio had a large number
18   of positions in an upcoming expiry -- in other words,
19   in the nearest expiry -- would you change the max
20   projection date to be that expiry?
21   A    Yeah.  That would be reasonable.  What I'd
22   more likely do is -- is look -- you can go into the

Page 177

1    system and exclude all but a particular -- in other
2    words, you can look at a single expiration period,
3    only those positions, excluding all others.  You can
4    look at two expiration periods excluding all others.
5    And you can pick and choose -- so there's a lot of
6    flexibility.
7         So it wouldn't be unusual for me to pick and
8    choose different expiration periods and look at them.
9    Q    How would you do that?  For example, how
10   would you choose just to look at the positions that
11   were expiring the soonest?
12   A    Within the software you can click on a
13   particular -- and highlight a particular expiration
14   period, and then ask it to model those positions.
15   Q    How would you do that?
16   A    With the mouse, usually.
17   Q    Can we look back at Exhibit 31, please?
18   A    Okay.
19   Q    Is this the screen on which you would click,
20   with the mouse, to do that?
21   A    Yes.
22   Q    Okay.  What, specifically, would you do?

45 (Pages 174 - 177)

Edward Walczak                                                    May 18, 2021

Page 178

1     A    Well, you can -- so this one displays one,
2    two, three, four, five different expiration periods.
3         So at the very top you highlight -- you can
4    click anywhere within that -- that top bar.  This is a
5    black and white representation, but it's -- it's
6    colored in OptionVue.
7         You can click on the bar and highlight it,
8    and then once you highlight it you can -- you can
9    click the Analyze button which is the first row, up
10   there, on the right.  And it will then give you a
11   graph of the positions in that expiration period.
12    Q    Okay.  Thank you.  Okay, let's go back to
13   27.  All right.
14         At the times when you created a graph based
15   on the entire fund portfolio, how many lines did you
16   typically use?
17    A    That's all -- I mean, the default for the
18   software is five.  And it -- it really depended on
19   the, you know -- how compressed the data was.
20         For example, looking at this graph, my knee
21   reaction would be to eliminate one of the lines
22   because it's just not giving me -- the lines are too

Page 179

1    close together.  I want to see a little bit more
2    detail.  I'd probably eliminate one of these lines.  I
3    might expand or contract the graph.
4         But the default is -- is five -- five
5    buckets of time.  So whatever the max expiration
6    period is, the software divides that time frame into
7    five periods and gives you five lines.
8     Q    Okay.  And is the first one always T+0?
9     A    Yes.
10    Q    So for every graph, there will be at least a
11   T+0 line?
12    A    Yes.
13    Q    Okay.  And what about a volatility change?
14   In the times that you graphed the entire fund
15   portfolio, how did you fill in that field?
16    A    Well, it -- it, again -- kind of
17   experientially, judgment-wise, what kind of scenario
18   I'm looking at.
19         So if I'm looking below the market -- if the
20   VIX is at, you know -- if the VIX is at 15 and I say,
21   "Well, I know from experience that the VIX can easily
22   go to 25 or 30," then I might test out those levels

Page 180

1    and see what happens.
2         And similarly, on the upside, I say to
3    myself, "Look, the -- the VIX has been below 10,
4    and -- and it usually drops when the market goes
5    higher," so if I stay at 15 I might drop it down five
6    and see what that does."
7         So -- so really kind of experienced based.
8    No hard and fast rules other than, again, my
9    experience about how volatility behaves.
10    Q    Okay.  You said "when you're looking at the
11   upside."  What are you referring to?
12    A    Well, if I'm looking at a market advance,
13   that's going to influence what I believe volatility
14   might do.
15    Q    Okay.  So just to clarify your answer, when
16   you're looking at a market advance, it's more likely
17   that volatility would be decreasing.
18         So you would be testing lower volatilities
19   in OptionVue?
20    A    Correct.
21    Q    Would there ever be a scenario where you're
22   looking at hypothetical market advances, and you're

Page 181

1    testing higher volatility?
2     A    Probably not because that's a very, very,
3    very, very -- 100 times very -- rare occurrence.
4     Q    Okay.  One moment please.  Mr. Walczak,
5    again, asking about the times that you would input the
6    entire portfolio -- I'm sorry.
7         Asking about the times when you would graph
8    the entire fund portfolio in OptionVue, what's the
9    range of S&P prices that you would look at on X-axis?
10    A    So it depends on market conditions.  You
11   know, if volatility is high, you -- you'd look out
12   further.
13         You know, there was -- there was a time when
14   I, you know, I'd look out fixed strike amounts and
15   then realize it was giving me kind of false readings
16   in terms of the likelihood that the market would
17   advance.
18         So these magenta and teal lines are a better
19   guideline.  So again, a judgment call, on my part,
20   based on the current market conditions.
21    Q    I'm sorry.  When you say there was a time
22   you realized that you were getting "false readings" --

46 (Pages 178 - 181)

Edward Walczak                                          May 18, 2021

Page 182

1    is that what you said?

2        A    Yeah.  When I originally put metrics in

3    place, you know, I looked at the 5 or 10 percent

4    excursions.  And it also depends on a time frame.

5            I mean, you know, a 5 or 10 percent

6    excursion is still a reasonable lookout period if

7    you're looking at far enough.

8            But if you're looking at a two-week

9    expiration and a 10 percent move, that doesn't really

10   tell you anything because that -- that is extremely

11   unlikely to happen.  So in -- in that scenario, I

12   wouldn't look out as far.

13       Q    Okay.  So in that scenario, how far out

14   would you look?

15       A    Again, you'd have to place me in -- in the

16   market scenario and with whatever the portfolio

17   construction looked like.  I can't really respond in a

18   general sense.

19       Q    Okay.  But to my original question, did you

20   recall getting false readings when you had a wide

21   range of S&P movement on the X-axis?

22       A    I'm not sure what you mean -- and -- and

Page 183

1    maybe it's my bad word -- "false reading."  What I

2    mean to say is a reading that's not meaningful in

3    terms of managing a portfolio.

4            In other words, if I'm looking at a scenario

5    that the market's going to -- for example, if you say,

6    "What happens to the portfolio if the market falls 20

7    percent tomorrow?"  I would say, "Well, that's kind of

8    an interesting thing to look at, but I -- I can't, you

9    know -- I can't assign a -- a high probability to that

10   happening."  So I'm not going to assign high urgency

11   to dealing with or evaluating that scenario.

12           So -- so that's kind of what I mean by a

13   "false" -- you know, if I'm looking at a scenario --

14   if someone says to me, "How long will it take you to

15   get to the airport if you could fly?"  My first answer

16   is, "Well, I can't fly."  So I'm not really going to

17   consider that.

18           So this is the same type of scenario.

19   I'm -- I'm trying to evaluate realistic scenarios that

20   I need to deal with in terms of managing the

21   portfolio.  And that's a -- a very portfolio- and

22   market environment-dependent kind of consideration.

Page 184

1        Q    Mr. Walczak, is there anywhere in your

2    OptionVue where you could input the funds AUM?

3        A    I didn't.  The -- you -- I could put in --

4    there is a place to put in an account size.

5            But since the AUM changed day by day, I'd

6    have to -- it's much like the pricing.  I mean, I

7    didn't want to take over for the fund administrator.

8    They gave me that information every day -- the AUMs.

9    So yeah.

10           The short answer is there's a place to put

11   it in.  I didn't use that functionality for OptionVue.

12       Q    Okay.  Were there -- this might be the same

13   question, but just to make sure we're being complete:

14   Was there a place to put in the NAV of the fund?

15       A    The -- the net asset value?

16       Q    Yes.

17       A    I -- I guess, kind of -- I'm -- I'm not sure

18   of the -- the difference.

19       Q    Okay.  Fair to say that you did not input

20   the NAV of the fund into OptionVue?

21       A    Correct.

22       Q    "Correct," you did not?

Page 185

1        A    I did not.

2        Q    Okay.  Let's take a five- or ten-minute

3    break and go off the record.

4            VIDEOGRAPHER:  The time is 1:35 p.m.

5    This ends Unit No. 4.  We're off the record.

6            (Off the record.)

7            VIDEOGRAPHER:  The time is 1:46 p.m.

8    This begins Unit No. 5.  We're on the record.

9    BY MR. WASSERMAN:

10       Q    Mr. Walczak, before the break we were

11   talking about the graphs that you would create on

12   OptionVue that reflected the entire fund portfolio;

13   right?

14           Sorry.  Mr. Walczak, are you there?

15       A    Yes.  I'm there.  Do -- are you asking me to

16   characterize the last part of our conversation?

17       Q    No.  I'm not.  I want to continue on that

18   subject for a moment -- of the graphs that you would

19   create in OptionVue based on the entire fund

20   portfolio.

21           You would call these graphs "stress tests"

22   of the fund; right?

47 (Pages 182 - 185)

Edward Walczak                                                                May 18, 2021

Page 186

1    A   No.  That's -- I didn't really call the
2   graphs that.  These are -- the models are used to
3   perform various stress tests on -- on the fund
4   numbers; what might happen under lots and lots of
5   different scenarios.
6    Q   I'm sorry, Mr. Walczak.  I'm just -- I think
7   I'm asking a basic question.
8        When you have referred to "stress tests" in
9   the past, you were referring to this type of OptionVue
10  graph that you ran on the entire portfolio; right?
11   A   Well, again, I -- maybe it's a distinction
12  without a difference, but I wouldn't ever hand someone
13  a piece of paper with this graph on it and say,
14  "Here's my stress test."
15       I would use the model to determine what
16  would happen to the portfolio.  I'd pick different
17  points.  I'd do lots of different stuff, look at
18  values, look at all kinds of things, and -- and that
19  constituted what I meant by a "stress test."  Yes.
20   Q   Okay.  So when you say "stress test," you
21  mean looking at how the portfolio's expected to
22  perform over a variety of market scenarios; right?

Page 187

1    A   Yes.
2    Q   Okay.  And that's what the OptionVue graph
3   shows you; right?
4    A   Yes.  That's true.
5    Q   Okay.  So you ran stress tests in OptionVue
6   on the whole portfolio; right?
7    A   Yes.
8    Q   Okay.  And before the break you testified
9   that you did not put in the AUM or NAV of the
10  portfolio into OptionVue; right?
11   A   Correct.
12   Q   Okay.  So was there a way for you to tell,
13  in OptionVue -- I'm sorry.
14       When you ran a stress test in OptionVue, was
15  there a way for you to tell what the gains and losses
16  were showing on a percentage basis?
17   A   I did that calculation off-line.
18   Q   How'd you do that?
19   A   In my head, usually.
20   Q   Okay.  So for example, if part of the
21  OptionVue graph showed you that the portfolio was
22  expected to lose 100 million dollars under a

Page 188

1   particular market scenario, you would, in your head,
2   divide that 100 million dollars by the AUM to come up
3   with a percentage loss?
4    A   Yes.
5    Q   Okay.  Are you aware of any records that you
6   kept documenting those stress tests in percentage loss
7   terms?
8    A   No.
9    Q   Okay.  I want to introduce Exhibit No. 32.
10       (Exhibit 32 was marked for
11        identification.)
12   Q   You should see it coming up in just a
13  minute.
14       Mr. Walczak, before I ask questions about
15  Exhibit 32, are you currently in an arbitration
16  against Catalyst Capital Advisors?
17   A   Yes, I am.
18   Q   What's the nature of that arbitration?
19   A   Catalyst neglected to compensate me for the
20  last couple months of my service, so I'm asking to be
21  made whole.
22   Q   Okay.  You filed a claim against them in

Page 189

1   arbitration seeking to be made whole due to
2   compensation they withheld from you?
3    A   Correct.
4    Q   Okay.  You were deposed in connection with
5   that arbitration; right?
6    A   Yes.
7    Q   Okay.  Exhibit 32, I've introduced, is the
8   transcript of that deposition, which the transcript
9   indicates was Friday, March 19, 2021.  Does that sound
10  right?
11   A   Sure.  Sounds about right.
12   Q   Okay.  Can I turn your attention to page
13  130.
14   A   Yikes.  So at the top --
15   Q   Are you --
16   A   -- of the exhibit, it says one of ninety-
17  nine, so --
18   Q   Yes.  Not the 130th page of the PDF.  But if
19  you scroll, down you'll see that the transcript has
20  page numbers.  There are four pages of transcript per
21  page of PDF.  Do you see that?
22   A   Oh.  Okay.  Yeah.  So I'm looking for?

48 (Pages 186 - 189)

Edward Walczak                                                        May 18, 2021

Page 190

1      Q   Page 130.

2           MR. KOPECKY:  It's 34 of 99, Ed.

3           MR. WASSERMAN:  Yes.  Thank you, Jim.

4           THE WITNESS:  Thirty-four?  Oh, okay.

5   I'm way off.  Okay.  My page -- okay.  So you want

6   to -- all right.  Got it.  130.

7   BY MR. WASSERMAN:

8      Q   Okay.  Do you see, on page 130, starting at

9   line 4, the question?  I'm going to start at the third

10  sentence because it looks like the first two sentences

11  are administrative.  But correct me if I'm wrong.

12          The question says "When you are facing the

13  possibility of an 8 percent drawdown, do you look at

14  price and volatility across five different time

15  frames?"  Do you see that?

16     A   Yes.

17     Q   And, then, your answer, starting at line 9,

18  is "The typical setting in the OptionVue software is

19  to display five different time frames."  Do you see

20  that?

21     A   Yes.

22     Q   And then, if you could read through the next

Page 191

1   question and then your answer.  Specifically, the

2   point of the question that says "if you find that any

3   one of the price and volatility stress points that

4   you're looking at a major impact of or drawdown of 8

5   percent or greater, what do you do?"  Do you see that

6   question?

7      A   I do.

8      Q   And your answer is "Well, again, it's not a

9   mechanical system, as I described in the past, I use

10  my judgment about the likelihood of that particular

11  scenario given the current market positions and decide

12  whether to make adjustments and what those adjustments

13  should be."  So you see your answer there?

14     A   Yes.

15     Q   Okay.  So Mr. Walczak, even if one of your

16  OptionVue stress tests showed a greater then 8 percent

17  drawdown, you felt you had the discretion not to

18  remove that risk; right?

19     A   Correct.

20     Q   Okay.  So your risk management process did

21  not compel you to take off risk until that graph no

22  longer showed a greater than 8 percent drawdown;

Page 192

1   correct?

2      A   I'm not sure I understand.  Say that again?

3      Q   I'll strike the question.

4           You didn't think that you were obligated to

5   tell investors or investment advisors when one of your

6   OptionVue stress tests showed a greater than 8 percent

7   drawdown; did you?

8      A   No.

9      Q   Okay.  And if you chose not to act to remove

10  the risk of a great than 8 percent drawdown, you

11  didn't think you had an obligation to tell them that

12  either; did you?

13     A   Well, to -- to be clear, there -- there is

14  no scenario in which an 8 percent drawdown is not

15  possible.  You can always find --

16     Q   But that's not my question, Mr. Walczak.

17     A   Okay.  I'm sorry.

18     Q   We're talking about your OptionVue stress

19  tests.

20     A   Yes.

21     Q   And what you saw in your OptionVue stress

22  tests.  All right?

Page 193

1      A   Yes.

2      Q   So the question is:  If one of your

3   OptionVue stress tests showed a greater then 8 percent

4   drawdown, and in your discretion you chose not to act

5   to remove that risk, did you have the obligation to

6   tell investors and investment advisors that you did

7   not do so?

8           MR. KOPECKY:  Objection; form and

9   foundation.

10          I mean -- go ahead, Ed.

11     A   Yeah.  So I -- I don't believe I had the

12  obligation to inform investors of my day-to-day fund

13  management decisions, including my judgment about what

14  my stress tests revealed.

15     Q   Okay.  Did you believe that investors and

16  investment advisors understood that you had the

17  discretion not to remove that risk of a greater than 8

18  percent drawdown?

19          MR. KOPECKY:  Objection; form;

20  foundation.

21     A   I'm sorry.  Repeat the question for me.

22     Q   Would the court reporter please read back

49 (Pages 190 - 193)

Edward Walczak                                                      May 18, 2021

Page 194

1  the question.
2      VIDEOGRAPHER:  One moment.
3      (The reporter replayed the record as
4      requested.)
5      MR. KOPECKY:  Same objection.
6  Foundation and mischaracterizes his testimony.
7      THE WITNESS:  To -- to be honest, I
8  don't -- I can't speculate on what investors or
9  investment advisors understood or didn't understand.
10 BY MR. WASSERMAN:
11     Q   All right.  You said in your answer that we
12 just looked at from the arbitration deposition that
13 you use your "judgment about the likelihood of that
14 particular scenario given the current market
15 positions."
16     According to your risk management
17 procedures, what degree of likelihood is necessary for
18 you to act?
19     A   Well, again, until one of the risk metrics
20 are actually triggered, then it's entirely up to my
21 judgment.
22     Q   Okay.  Sorry.  When you refer to "risk

Page 195

1  metrics," what risk metrics are you referring to?
2      A   Well, we -- we discussed those earlier in
3  today's testimony.  And as I mentioned, they evolved
4  over time; they changed levels, they -- they changed
5  composition.
6      But we always had a set of objective
7  operating parameters.  And when one of those was
8  triggered, some action was required.  And that's where
9  my discretion --
10     Q   So --
11     A   -- stopped.
12     Q   I'm sorry, Mr. Walczak.  I didn't mean to
13 talk over you.
14     A   So -- so to -- to be clear, I, as any --
15 I -- I used, as a portfolio manager, my discretion
16 around all aspects of managing the Fund, including
17 results of stress tests, whether or not to adjust,
18 what was the likelihood, et cetera.
19     However, we did have a framework which had
20 very objective guidelines that said "if your judgment
21 turns out to be incorrect," and sometimes it did,
22 "then when these metrics are triggered you must take

Page 196

1  some action."
2      Q   Okay.  So no matter what the graphs in
3  OptionVue showed, you weren't required to take action
4  until one of the risk metrics in the risk guidelines
5  matrix that we look at earlier was breached.
6      A   That's how we operated the Fund.  Yes.
7      Q   I'm sorry, Mr. Walczak.  Give me one moment.
8  I'm just going to pull up another exhibit for us.
9      I've marked as Exhibit 33 a document Bates
10 stamped Catalyst_003_00244.
11     (Exhibit 33 was marked for
12     identification.)
13     Q   Mr. Walczak, this is an e-mail dated
14 February 3rd of 2017.  Do you see that?
15     A   Yes.
16     Q   And specifically, the e-mail appears to be
17 from you to Kimberly Rios; correct?
18     A   Yes.
19     Q   Can you take a moment to review it, please.
20     A   Yes.
21     Q   Okay.  Do you recall this from the first
22 week of February of 2017?

Page 197

1      A   Again, I don't specifically.  Like I said,
2  I'm certain that somewhere in there is when the
3  drawdown occurred or began.  But I don't remember,
4  exactly, the dates.
5      Q   Okay.  The drawdown did not occur during the
6  first week of February; right?
7      A   Okay.
8      Q   No.  I'm asking you to confirm.
9      A   I just said I don't -- I don't recall
10 exactly.
11     Q   Okay.  Hang on one second.  I'm going to
12 mark, as Exhibit 34, the price history of the fund.
13 Just give me one moment.
14     (Exhibit 34 was marked for
15     identification.)
16     Q   Are you able to pull up Exhibit 34, Mr.
17 Walczak?
18     And to be clear, this is not a Bates stamped
19 document.  This is data that our staff has pulled from
20 public sources reflecting the daily price of the
21 Hedged Futures Strategy Fund.
22     Could you scroll down to February of 2017?

50 (Pages 194 - 197)

Edward Walczak                                                    May 18, 2021

Page 198

1    A    Okay.  Got it.
2    Q    Looking at the bottom of page 19 of that
3  PDF, does that refresh your recollection as to when,
4  exactly, the large drawdown in the fund occurred?
5    A    Yeah.  As I'm looking at the prices, it
6  looks like the second -- second and third week in
7  February.  That sounds about right.
8    Q    Okay.  Going back to Exhibit 33.
9    A    Okay.
10   Q    So February 3rd was a few days before the
11  large drawdown started to occur; right?
12   A    Yes.
13   Q    Can you explain the content of this e-mail?
14   A    Again, it's one of those four-year-old e-
15  mails that I don't remember specifically.
16       The only clue I have is the -- it doesn't
17  sound like my language.  And sure enough, there's --
18  it looks like a quote I -- I pasted from one of the
19  research providers that we used.
20   Q    I see.  Was that research provider
21  Sentimentrader?
22   A    Yeah.  That's what it looks like.  And

Page 199

1  that's likely.  Yeah.
2    Q    Okay.  So it looks like you copied and
3  pasted a portion of an article or some literature from
4  Sentimentrader?
5    A    Yes.
6    Q    Okay.  Sitting here today, why do you think
7  you sent this piece of the article to Kimberly?
8    A    Well, Kimberly and I were, I mean -- we're
9  certainly interested in markets.  We used the
10  research.  You know, I thought she might find it
11  interesting.
12   Q    Okay.  Turning your attention, specifically,
13  to the fourth paragraph, where it says "We can see
14  that buying the equivalent of today's open and holding
15  for anywhere between 4 days and a month yielded a
16  negative average return and poorly skewed risk/reward
17  ratio."  Do you see that?
18   A    Yes.
19   Q    What does that mean?
20   A    Well, it looks like he's saying something
21  about forward returns being lousy, based on
22  whatever -- based on these non-farm payroll

Page 200

1  conditions.
2    Q    I'm sorry.  Forward returns being what?
3    A    Lousy, not good, not -- not positive going
4  forward.
5    Q    I see.  And the next sentence says "Two
6  weeks later, the trade sported only 8 winners out of
7  24 occurrences."  What does that mean?
8    A    Yeah.  That -- don't know.  I -- I mean,
9  again, this is a commentary from an outside provider
10  from four years ago.  I can kind of guess at it.
11       He's suggesting that, based on the
12  conditions and the non-farm payroll report, that that
13  normally didn't turn out well in terms of market
14  appreciation.
15       But a little bit of a guess, because I don't
16  remember this specifically.
17   Q    Is this commentary something -- I'm sorry.
18  Let me rephrase.
19       Is this type of commentary something you
20  would typically use to evaluate whether or not to
21  trade in the Fund?
22   A    Well, not really to trade as much as -- you

Page 201

1  know, commentary like this and -- and usually, with
2  this guy if I remember correctly, behind this is a
3  whole set of statistics.
4        So that's certainly another, you know,
5  factor I would put into my decision-making process
6  around, you know, historical price movement, what's
7  volatility been like, what's -- what's the magnitude
8  of likely moves.  This would be another data point.
9  Sure.
10       But again, not so much commentary.  I don't
11  like commentary as much as I like numbers.  And
12  there's usually numbers behind this guy's stuff.
13   Q    Okay.  What kind of numbers are important to
14  you?
15   A    Data points on market behavior.
16   Q    Like historical prices and patterns?
17   A    Yes.
18   Q    Okay.  Why is that stuff important to you?
19   A    Well, that helps me evaluate the likelihood
20  of -- of magnitude of market moves.
21   Q    Okay.  And why is the likelihood of certain
22  market moves something that you consider?

51 (Pages 198 - 201)

Edward Walczak                                    May 18, 2021

Page 202

1    A   Well, I mentioned that a part of my judgment
2  process in managing risk was to determine the
3  likelihood of a move.  And this is -- this is input to
4  that -- that judgment process.
5    Q   Okay.  So can you expand on that a little
6  bit?  Under what circumstances are you trying to
7  determine the likelihood of a certain market move?
8    A   Well, when I'm doing a stress test I'm
9  trying to determine, based on history, based on other
10  data points if they're available, whether or not it's
11  likely that the market moves, you know, plus or minus
12  5 percent, plus or minus 10 percent, plus or minus
13  half a percent.  These are all factors in trying to
14  make that judgment.
15    Q   Okay.  And what level of likelihood of a
16  particular market move makes it something that you
17  feel you need to act on, in your best judgment?
18    A   I don't -- I don't have a set number.
19  Again, it's a judgment call.  I didn't have a
20  quantitative or quantifiable matrix.  There's simply
21  my -- my judgment.
22    Q   Okay.  And if OptionVue were to show you

Page 203

1  that the fund was positioned to lose money in the
2  event of a certain market increase, the likelihood of
3  that particular market increase would be something
4  that you would consider?
5    A   Yes.
6    Q   Specifically, the likelihood of that
7  particular increase would be something you would
8  consider in deciding whether to reduce risk?
9    A   Correct.
10    Q   What other factors do you consider in
11  deciding whether to reduce risk?
12    A   Nothing jumps to mind.  I mean, that's --
13  that's the whole idea is I'm looking, saying, "What
14  are the market conditions?"
15      It's more a matter of all the -- the data
16  points are considered.  What's -- predominantly, what
17  volatility is like.  As -- as we've -- we told
18  investors, it's a volatility-based fund, not a
19  directional-based fund.  So I certainly didn't
20  consider direction as much as I really considered
21  volatility and current market conditions and behavior
22  and data.

Page 204

1    Q   How do you consider volatility?
2    A   Couple different ways.  You look at
3  volatility levels.  Those teal and magenta lines
4  in -- in OptionVue are an example, although that's a
5  little bit of a false presentation because equity
6  market returns are not normally distributed.
7      But that's, you know, it gives you a
8  starting point.  You look at --
9    Q   The changes in volatility that you're
10  mentioning are part of the stress tests that you run
11  in OptionVue; right?
12      MR. KOPECKY:  Sam, I don't think he
13  finished his answer to the first question.
14      So are you asking a new question?  Do
15  you not want to hear the answer to the first one?
16      Now I'm all confused.  Do you want to
17  start and ask a new question?  You cut him off while
18  he was speaking.
19  BY MR. WASSERMAN:
20    Q   Mr. Walczak, you said something you consider
21  in deciding whether to reduce risk is volatility.
22    A   Yes.

Page 205

1    Q   Yes.  But the changes in volatility that
2  you're considering are incorporated into your
3  OptionVue stress tests; are they not?
4    A   No.
5    Q   I thought we just talked about how you would
6  test different levels of volatility in OptionVue.
7    A   You're confusing two kinds of volatility.
8      I'm talking about a volatility often known,
9  as I described earlier, as "historical or statistical
10  volatility."  In other words, how much might the
11  underlying actually move.
12      What OptionVue models is how much volatility
13  is priced into -- for those who use models -- again,
14  it's an open outcry pricing method -- but how much
15  volatility is priced into the price of options.
16      And the two can be very different.
17    Q   I understand.  Okay.  So when you're talking
18  about how much volatility is incorporated into the
19  price of options, that's an OptionVue thing; right?
20    A   Yes.
21    Q   Okay.  So when I asked you before -- we were
22  talking about what you consider in deciding whether to

52 (Pages 202 - 205)

Edward Walczak                                                    May 18, 2021

Page 206

1   reduce risk -- your first answer was the likelihood of
2   any particular market movement; right?
3       A   Correct.
4       Q   Okay.  And then you started to talk about
5   volatility.  And I just wanted to be clear that when
6   you're referring to volatility in that context, you're
7   really talking about the degree of market movement;
8   right?
9       A   That's right.
10      Q   Okay.  Just wanted to be clear.
11          So what else, besides the likelihood of any
12  given market movement, are you considering in deciding
13  whether to reduce risk of a drawdown?
14      A   I'm considering other factors that I -- I
15  think are going to affect options pricing:  time to
16  expiration, time decay, vanna flows, charm flows --
17  other implications on the options Greeks, really.
18  That's -- that's what we're looking at.
19      Q   What do you mean "other implications on the
20  options" --
21      A   Well, other -- other potential movements in
22  some of the components that -- that influence options

Page 207

1   pricing.  That's really the Greeks.
2       Q   Like what?
3       A   Vega, charm, vanna, theta.
4       Q   What are charm and vanna?
5       A   They measure -- they're second-order Greeks
6   that measure the change in the first-order Greeks.
7   Vanna relates to --
8       Q   Where --
9       A   Vanna relates to volatility changes, charm
10  to changes in time to expiration.
11      Q   Okay.  Where do you get all these data
12  points?
13      A   So you can -- unfortunately, OptionVue
14  doesn't give those to me.
15          But you can understand the -- I use them
16  referentially, meaning I understand that the
17  sensitivity of an option changes with time and -- and
18  the -- the name for that is -- is charm.
19          And so -- all I --
20      Q   Mr. Walczak, my question was where you get
21  the charm data point from.
22      A   I -- I'm -- again, I'm not using a

Page 208

1   specific -- I'm using that as an influence.  I know
2   that -- I know how the options behave, and that's a
3   description of the -- it's -- it's a Greek.
4           It's hard to find it calculated anywhere,
5   but I -- I -- it's -- it's reflective of the fact
6   that, as options decay in time, their sensitivity to
7   movement decreases.
8       Q   Okay.  So where do you get that data point
9   from?  Or do you not know?
10      A   I -- I don't use a specific data point.
11  It's not in OptionVue.  It's just an observation of
12  how options pricing behaves.
13      Q   Yes.  You said you use this data point,
14  charm.  I'm asking where you got it.
15      A   No.  I use the -- I wanted to introduce the
16  concept to you as an example of the -- the things that
17  I use in determining how options are going to behave.
18      Q   Okay.  How do you use it, if you don't know
19  where it comes from?
20      A   Well, I -- I use it because in a -- you can
21  find models where it -- it's displayed.  You can use
22  option surfaces.  I don't generally get that deep, but

Page 209

1   I understand the concept of -- of the influence.
2           Again, it -- it's a second-order Greek.  And
3   I'm sorry, I'm not an options professor to explain it
4   to you.  But I can conceptually tell you what it
5   means.
6       Q   Yes.  Actually, my question wasn't what it
7   means.
8           My question is:  Given the fact that you
9   said you use it to determine whether to take off risk,
10  my question --
11      A   Yes.
12      Q   My question is where do you find the data
13  point?
14      A   My -- my answer was that I used all the
15  Greeks including the understanding of the second-order
16  effects to -- to know that, as you approach
17  expiration, these -- these impacts on option pricing
18  are going to get stronger and stronger.
19          And -- and I'm sorry to have used the term.
20  It's not -- it's not a mathematical thing that I have
21  used to graph.  I don't think it's as useful to get
22  that deep into an option's surface or anything.  It's

53 (Pages 206 - 209)

Edward Walczak                                                    May 18, 2021

Page 210

1   just -- it's a concept that suggests here's how the
2   Greeks change over time.  And I take that into
3   account.
4          It's probably simpler just to say time to
5   expiration is going to change the first-order Greeks
6   of volatility and -- and time decay.
7      Q   Okay.  How do you measure how the time to
8   expiration changes those things?
9      A   I mean, the -- the aggregate way of doing it
10  is in the OptionVue graph.  You look at the
11  different -- you -- you can see the slope of those
12  curves from one line to the next.  And that reflects
13  the passage of time.  And you can see how the -- the
14  Greeks underlying in the table change.
15     Q   Okay.  So aside from what you can see in the
16  OptionVue graph -- well, strike that.
17          MR. WASSERMAN:  Let's take a five-
18  minute break and go off the record.
19          VIDEOGRAPHER:  The time is 2:21 p.m.
20  We're off the record.
21          (Off the record.)
22          VIDEOGRAPHER:  The time is 2:39 p.m.

Page 211

1   This begins Unit No. 6.  We're on the record.
2   BY MR. WASSERMAN:
3      Q   Okay.  Mr. Walczak, I've marked Exhibit 35,
4   which is Bates stamped Catalyst_003_00245.  Do you see
5   that document?
6          (Exhibit 35 was marked for
7           identification.)
8      A   Yes.
9      Q   Okay.  It appears to be an e-mail on
10  February 6th of 2017 from you to Kimberly Rios; is
11  that right?
12     A   That's what it looks like.  Yes.
13     Q   With the subject line "Hussman Funds -
14  Weekly Market Comment."  What is Hussman Funds?
15     A   It's a family of mutual funds.  The --
16  whatever he is -- the CEO, John Hussman, publishes
17  some market commentary that we would look at.
18     Q   Okay.  Specifically, you provided Kimberly
19  with a link to one such market commentary from that
20  particular date; right?
21     A   Yes.
22     Q   Okay.  And is that market commentary

Page 212

1   reflected -- well, sorry.  Exhibit 37 is a capture --
2   I'm sorry.
3          Exhibit 36 is a capture of that link,
4   reflecting the article posted on the Hussman Funds
5   website on February 6th of 2017.  Do you see that?
6          (Exhibit 36 was marked for
7           identification.)
8      A   Yes.
9      Q   Could you take a moment to review the first
10  few paragraphs?
11     A   Okay.  Got it.
12     Q   Can you describe the general market view
13  expressed in this commentary, or at the beginning of
14  this commentary?
15     A   Well, outside of reading it, I mean,
16  probably the short answer is -- is no.  It's fairly
17  complicated point of view.
18     Q   Okay.  To you, what does the language
19  "overvalued, overbought, overbullish conditions" mean?
20     A   Yeah.  Again, those are -- my
21  recollection -- I haven't read him in a little while.
22          My recollection is he's got some proprietary

Page 213

1   stuff and -- and so those are -- those are his
2   proprietary terms.  So I can't give you what --
3   however he defines it.
4      Q   Well, I'm sorry.  "Overvalued" is his
5   proprietary term?
6      A   Those are -- that's a phrase that he uses
7   very specifically to -- it sounds like what he's
8   saying to set a -- a set of conditions hat he
9   observes.  And that's what he calls them.  I mean,
10  they're common words, but he uses them very
11  specifically to refer to some analytics that he's
12  done.
13     Q   Is it your takeaway, from reading the first
14  few paragraphs of this piece, that Hussman thinks that
15  the market, on February 6th of 2017, is overvalued?
16     A   Well, let me reread it with that question in
17  mind.
18          Well, he talks about a risk profile so, I
19  mean, that's one of the reasons we looked at him is --
20  is, you know, he deals in probabilities.  He's
21  thinking -- it sounds like he's thinking that maybe
22  the risk is tilted to the downside, here.

54 (Pages 210 - 213)

Edward Walczak                                                    May 18, 2021

Page 214

1    But I don't know his time frame and I don't,
2    obviously, know his specific analytics.
3    Q    Yes.  I'm sorry.  When you say he deals with
4    probabilities, you're talking about the probabilities
5    of certain market movement?
6    A    Yeah.  I mean, again, my recollection -- I
7    haven't read him in a while -- is that, like a lot of
8    traders, he's -- he's looking at sort of a
9    distribution of outcomes over some time frame.
10   Q    Okay.  And is this, again, the type of
11   commentary that you would be looking at to evaluate
12   the likelihood of S&P market movements?
13   A    This is -- this is someone that I read from
14   time to time.  Again, as a -- as a more subjective
15   perspective on market conditions.  Yeah.  So I would
16   say sure.
17   Q    Okay.  Can you pull up Exhibit 38, please.
18   Oh, I'm sorry.  Not Exhibit 38.  Exhibit 37.
19       (Exhibit 37 was marked for
20        identification.)
21   A    Let me see.  Okay.
22   Q    Okay.  This is an e-mail from Mr. Rios to

Page 215

1    you on January 30th of 2017; correct?
2    A    Looks that way.  Yes.
3    Q    And Ms. Rios says that when she ran her
4    "scans tonight on the technical parameters" that she
5    set up, "it had the most sell signals since I started
6    tracking them."  What does that mean to you?
7    A    I don't know.
8    Q    No idea?
9    A    I don't recall.  Kimberly did a lot of work
10   on directional stuff, which I didn't use in my
11   portfolio.  So sometimes she liked to share, just for
12   conversation.
13   Q    What do you mean "directional stuff"?
14   A    I -- I think you -- you understand that she
15   did some model building of short-term directional
16   trading systems.
17   Q    Meaning what, exactly?
18   A    Well, she did -- she built models to try and
19   do some short-term directional trading in various
20   instruments.
21       I -- I didn't get very involved with it.
22   She liked to talk about it, so we had, you know -- she

Page 216

1    described a little bit about what she was doing.  But
2    very different from what I was doing, so I didn't
3    really ever pay close attention to it.
4    Q    Understood.  What does "sell signals" mean?
5    A    I don't know what she meant by it.  But I,
6    you know, it seems like whatever short-term stuff she
7    was looking at were giving her sell signals, I guess.
8    Q    Okay.  In late January and early February of
9    2017, do you recall how the fund was positioned?
10   A    We had been de-risking for a while.
11       You know, I don't -- I honestly don't recall
12   the -- very much specifics about the composition of
13   the fund other than -- yeah.
14       We had -- we had been de-risking as each
15   expiration played out, trying to cut the number of
16   positions down.  I do remember that general strategy
17   coming out of the December drawdown that we had.
18   Q    One moment please.  Mr. Walczak, do you
19   recall how the fund was positioned in July of 2016?
20   A    No.
21   Q    Do you recall July of 2016 being a fairly
22   good month for the fund, in terms of return?

Page 217

1    A    Somewhere in the summer of 2016, I think, we
2    had a little bit of a drawdown.  I -- I really don't
3    remember specifics.
4        I -- I remember we did have a conversation,
5    Jerry Szilagyi and I, at that time.  And we made some
6    adjustments to our risk parameters.  But I don't
7    remember specific P&L back then.
8    Q    Mr. Walczak, do you have any records of
9    OptionVue stress tests that you ran in 2014?
10   A    No.
11   Q    Does OptionVue record stress tests in any
12   way?
13   A    Well, OptionVue doesn't know anything about
14   stress tests.  That's kind of my word.  So I'm not
15   aware that OptionVue saves any modeling that I may
16   have done.
17   Q    When you say "modeling," you're referring to
18   creating the graphs that you refer to as stress tests;
19   right?
20   A    Yeah.  I'm referring to modeling I do as a
21   part of the stress testing process.  Yes.
22   Q    And have you ever saved any of those graphs?

55 (Pages 214 - 217)

Edward Walczak                                                    May 18, 2021

Page 218

1    A   I don't recall saving any specific graphs.

2    Q   Okay.  Is there any particular day in 2015

3  or 2016 or 2017 when you remember what the stress

4  tests showed?

5    A   No.  Well, I'm sorry.  No.

6        In 2017 maybe.

7        Well, no.  I can't say -- I can't say that I

8  have a specific memory without having those positions

9  and graphs in front of me.

10       MR. WASSERMAN:  Okay.  We can go off

11  the record.

12       Jim, if you'll indulge me just five

13  more minutes.  I think I'm --

14       MR. KOPECKY:  I'll make that trade any

15  day.  Absolutely.  Of course.  Yes.

16       VIDEOGRAPHER:  The time is 2:51 p.m.

17  We're off the record.

18       (Off the record.)

19       VIDEOGRAPHER:  The time is 3:02 p.m.

20  We're on the record.

21       MR. WASSERMAN:  Mr. Walczak, at this

22  time I have no further questions on behalf of the

Page 219

1  CFTC.  I thank you for your time today.

2        MR. KOPECKY:  We have no questions on

3  behalf of the defendant.  And we'll reserve signature.

4        Thank you, Sam, for the efficiency

5  today.  Appreciate it.

6        And thank you, reporters, for all your

7  work.

8        We'll see you.

9        MR. WASSERMAN:  Yes.  Thank you,

10  everybody.

11       We can go off the record.

12       VIDEOGRAPHER:  The time is 3:03 p.m.

13  We're off the record.

14       (Signature reserved.)

15       (Whereupon, at 3:03 p.m., the

16       proceeding was concluded.)

17

18

19

20

21

22

Page 220

1        CERTIFICATE OF NOTARY PUBLIC

2        I, CARL HELLANDSJO, the officer before whom

3  the foregoing proceedings were taken, do hereby

4  certify that any witness(es) in the foregoing

5  proceedings, prior to testifying, were duly sworn;

6  that the proceedings were recorded by me and

7  thereafter reduced to typewriting by a qualified

8  transcriptionist; that said digital audio recording of

9  said proceedings are a true and accurate record to the

10  best of my knowledge, skills, and ability; that I am

11  neither counsel for, related to, nor employed by any

12  of the parties to the action in which this was taken;

13  and, further, that I am not a relative or employee of

14  any counsel or attorney employed by the parties

15  hereto, nor financially or otherwise interested in the

16  outcome of this.

17                  CARL HELLANDSJO

18              Notary Public in and for the

19                  District of Columbia

20

21  [X] Review of the transcript was requested.

22

Page 221

1        CERTIFICATE OF TRANSCRIBER

2        I, JENNIFER HENRY, do hereby certify that

3  this transcript was prepared from the digital audio

4  recording of the foregoing proceeding, that said

5  transcript is a true and accurate record of the

6  proceedings to the best of my knowledge, skills, and

7  ability; that I am neither counsel for, related to,

8  nor employed by any of the parties to the action in

9  which this was taken; and, further, that I am not a

10  relative or employee of any counsel or attorney

11  employed by the parties hereto, nor financially or

12  otherwise interested in the outcome of this action.

13

14

15                  JENNIFER HENRY

16

17

18

19

20

21

22

56 (Pages 218 - 221)

Edward Walczak                                                    May 18, 2021

Page 222

1  James Kopecky, Esq.

2      jkopecky@ksrlaw.com

3              June 3, 2021

4  RE: Commodity Futures Trading Commission v. Walczak, Edward S.

5      5/18/2021, Edward Walczak (#4530392)

6      The above-referenced transcript is available for

7  review.

8      Within the applicable timeframe, the witness should

9  read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12      The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  erratas-cs@veritext.com

16

17  Return completed errata within 30 days from

18  receipt of testimony.

19  If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22          Yours,

23          Veritext Legal Solutions

24

25

Page 224

1  Commodity Futures Trading Commission v. Walczak, Edward S.

2  Edward Walczak (#4530392)

3          ACKNOWLEDGEMENT OF DEPONENT

4      I, Edward Walczak, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11  _____   _____

12  Edward Walczak              Date

13  *If notary is required

14      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15      _____ DAY OF _____, 20___.

16

17

18      _____

19  NOTARY PUBLIC

20

21

22

23

24

25

Page 223

1  Commodity Futures Trading Commission v. Walczak, Edward S.

2  Edward Walczak (#4530392)

3          E R R A T A  S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____

24  Edward Walczak              Date

25

Edward Walczak

May 18, 2021

[0 - 20]

Page 1

| **0** | | | |
| --- | --- | --- | --- |

**0** 144:10 179:8,11
**0.71.** 55:18
**00000325** 6:4
 41:13
**00003173** 6:12
**0001356** 8:10
**00023254** 8:5
 167:15
**00023255** 8:7
 167:17
**00023342** 5:21
 38:8
**00024270** 32:18
**00024271** 5:19
 32:19
**00030811** 6:6
 43:13
**00128** 7:16
**00135** 124:4
**00244** 8:12 196:10
**00245** 8:16 211:4
**00276** 7:6 105:6
 105:15
**00277** 7:8 105:7
 107:1 121:22
**003** 7:20 8:12,16
 105:15 107:1
 196:10 211:4
**005** 6:22 8:20
 99:12
**00524** 7:20
**01/30/2017** 8:19
**0100384** 159:14
**0108091** 9:5
**0154692** 8:20
**02/03/2017** 8:11
**02/06/2017** 8:15
**02/14/2017** 6:21
 7:5
**0200749** 6:22
 99:12
**03** 7:6,8 105:6,7
 121:22

**03/05/2017** 7:19
**03/19/21** 8:9
**0357587** 5:13
 25:13
**0357600** 5:16
 25:14
**0369122** 5:9 13:17
**0369123** 18:5
**0371171** 6:18 71:5
**0371172** 71:6
 77:12
**04** 5:9,13,16 6:18
 9:5 13:17 18:5
 25:13,14 71:5,6
 77:12 159:14
**04-0369123** 13:19
**05** 7:10,12,14
**05/08/2015** 6:8
**05/11/2014** 6:17
**05/29/2015** 8:4
**06/17/2015** 6:10
**07/14/2016** 9:4

| **1** | | | |
| --- | --- | --- | --- |

**1** 5:8 10:4 13:14
 13:15 14:1 34:12
 34:16 50:1 137:15
**1/20/2015** 5:17
**10** 6:7 48:8 49:19
 50:7,10,16,17
 70:8 85:9,11,13
 87:10 92:22 130:2
 132:6,16 135:5
 180:3 182:3,5,9
 202:12
**100** 181:3 187:22
 188:2
**100,000** 155:18
**10005** 2:8,15,21
**105** 7:8
**1099** 7:9,11,13,15
 7:17 122:5,16
 123:7,14 124:5
**1099s** 124:19
 126:1,2

**10:34** 93:2
**10:40** 100:10
**10:48** 93:5
**11** 5:3 6:9 50:7
 58:8 72:7,16
**11/19/2014** 5:8
 18:11
**11/23/2015** 6:11
**11:26** 121:14
**11:29** 121:17
**11:45** 93:1
**11:46** 135:19
**12** 6:11 50:7,10
 58:9
**12/2014** 5:15
**12/22/2014** 5:12
**120** 3:5
**122** 7:10,12
**123** 7:14,16
**124** 7:17
**128** 7:18
**12:30** 135:22
**13** 6:13 67:4,10,12
 67:14,16 79:9,10
 80:4
**130** 189:13 190:1
 190:6,8
**13000** 137:9
**130th** 189:18
**136** 7:20,21,22
**14** 5:9,11 6:15
 21:14 67:5,10,12
 67:15 79:11 80:3
 80:5,10 81:5 85:9
 85:13,17 86:4,9
 87:11 107:2
 144:10,16
**140** 2:7,14,20
**141** 3:18
**14th** 105:20 111:1
**15** 6:17 71:3,7,9
 71:11,15,16,22
 100:9 102:12
 103:7 129:21

**133:4** 179:20
 180:5
**1500** 137:8
**15th** 113:8,17
 114:14
**16** 6:19 71:4,7,10
 71:16 76:21 80:18
 85:14 86:4,22
 87:14,19 90:5,17
**160** 8:3
**167** 8:5,7
**17** 6:21 99:11,15
 100:1,2,3 129:21
**18** 1:13 7:3 10:3
 99:14,15,18 100:2
 101:4,6 103:22
 111:4 113:16
**188** 8:10
**19** 7:5 15:21 105:5
 105:8,14,16
 106:22 107:3,6
 108:1 189:9 198:2
**196** 8:12
**197** 8:14
**19s** 105:10,12
**19th** 2:7,14,20
 19:15 20:18 21:6
 21:19
**1:35** 185:4
**1:46** 185:7
**1st** 6:13 22:4 80:7

| **2** | | | |
| --- | --- | --- | --- |

**2** 5:10 13:15,18,20
 14:1 31:2,7,16,20
 32:2 36:14,15,15
 42:16 50:4 93:3
 104:16
**2.16** 67:9
**2.17** 67:10
**2/6/17** 8:18
**20** 1:8 7:9 10:8
 34:2 48:8 105:6
 121:20 122:1
 123:22 125:20

155:19 183:6
224:15
**2000**   3:5
**20005**   1:16
**2007**   21:10,14
**200750**   99:13
**2010**   136:11
**2013**   6:16 20:16
20:18 21:19 22:8
22:19 23:5,8,12
24:19 69:7 79:22
115:9,10 116:2,14
117:7,14 140:20
170:14
**2014**   6:14,20 7:9
15:22 16:8 19:9
19:15 20:19 21:7
21:19 22:8,19
23:5,8,12 24:19
28:3,8 29:9 30:7
31:7 33:22 72:7
72:13,16,22 73:7
74:7,18 76:11,14
78:1,5 80:7 82:1
88:7,12 91:13
122:6 126:15
217:9
**2015**   7:11 33:14
34:3 36:12,12
37:5,6,21 38:20
39:1,4 42:4,11,19
44:1,18,22 46:16
47:2 51:12 52:4,6
52:10 58:15 59:18
64:5 66:13 67:1
102:5 113:9 121:6
122:16,19 125:20
126:9 167:22
218:2
**2016**   7:13 117:7
117:11 123:7
125:20 126:9
216:19,21 217:1
218:3

**2017**   7:15 100:10
101:1 102:12
103:7 105:20
107:2 111:1
113:17 123:14,22
125:20 126:9
136:20 140:21
141:6 150:14
170:14 196:14,22
197:22 211:10
212:5 213:15
215:1 216:9 218:3
218:6
**2018**   7:17 121:6
124:11 125:2,2,16
126:19,20 176:5
**2019**   118:10
**2020**   118:10
**2021**   1:13 10:3
189:9 222:3
**20th**   33:14 38:19
39:4 44:22
**21**   7:11 52:4
122:13,14
**211**   8:16
**212**   8:18
**214**   8:20
**21st**   51:12
**22**   7:13 30:7 123:3
123:4
**2210**   104:9,18
**2290c**   140:4
**23**   7:15 123:13,14
123:15
**2380.75.**   154:22
155:3
**23rd**   58:15
**24**   7:17 124:3,7
200:7
**24.4**   123:11
**24.5**   125:20
**2400**   137:9,12
**25**   5:13,16 7:18
127:21 128:1,8

179:22
**250**   140:9,11
**25443**   220:16
**26**   7:19 136:17,18
136:20
**26485**   221:14
**27**   7:21 42:4
136:17 137:18,20
160:22 161:15
175:15,19 178:13
**276**   108:2
**28**   7:22 136:17,18
137:18 159:14,16
175:8,14,16
**29**   8:3 159:20
160:1,4,22 161:14
161:22 175:15
**29th**   167:22
**2:21**   210:19
**2:39**   210:22
**2:51**   218:16

---

**3**

**3**   5:12 25:12,15,19
25:20 26:3 29:22
93:6 135:20 222:3
**30**   8:4 167:12,13
167:15,19 179:22
222:17
**30th**   215:1
**31**   8:6 167:12,13
167:16 168:8
177:17
**312**   3:8
**31st**   22:3
**32**   8:8 188:9,10,15
189:7
**33**   5:17,19 8:11
196:9,11 198:8
**34**   8:13 190:2
197:12,14,16
**35**   8:15 211:3,6
**36**   8:17 212:3,6
**37**   8:19 212:1
214:18,19

**38**   5:21 9:4 214:17
214:18
**380-6633**   3:8
**3:02**   218:19
**3:03**   219:12,15
**3rd**   104:8 196:14
198:10

---

**4**

**4**   5:14 25:13,15,18
26:1 30:11 32:1,3
136:1 185:5 190:9
199:15
**40**   146:22
**4048**   3:18
**41**   6:4
**43**   6:6
**4530392**   1:18
222:5 223:2 224:2
**4th**   6:15 79:21

---

**5**

**5**   5:17 32:17 33:1
33:4,7,10,13
136:20 144:10
146:22 147:2,7,9
148:14 182:3,5
185:8 202:12
**5.5**   122:19 125:19
**5/18/2021**   222:5
**5/20/2015**   5:20
**5/27/2015**   6:3
**50**   6:8,10,12 126:3
126:9,17 127:5
134:6 140:8,12
**500**   139:11,13
**593,000**   122:9
**5:21**   42:4

---

**6**

**6**   5:18 32:17,18
33:1,4 34:8 78:16
80:20 211:1
**6/20/2015**   6:5
**6000**   137:12

**60602** 3:6
**60604** 3:19
**60606** 3:13
**646** 2:10
**67** 6:14,16
**6th** 78:1 211:10
  212:5 213:15

**7**

**7** 5:20 38:7,11,13
  68:19 80:9 122:11
**7.3** 125:15
**71** 3:12 6:18,20
**746-9802** 2:10
**75** 1:8 10:8
**78689** 7:12
**7:23** 15:22

**8**

**8** 6:3 41:12,16,18
  55:10,15 57:9,14
  57:19,22 58:2
  190:13 191:4,16
  191:22 192:6,10
  192:14 193:3,17
  200:6
**87675** 7:10
**87699** 7:14
**8:00** 174:5
**8:30** 1:14 10:3
**8th** 52:6

**9**

**9** 6:5 43:12,14,20
  58:1 85:2,12,14
  86:21 87:8,14
  89:3 90:5,17
  144:10 190:17
**9000mar** 140:4
**99** 6:22 7:4 190:2
**9:28** 49:22
**9:39** 50:3

**a**

**a.m.** 1:14 10:3
  49:22 50:3 93:2,5

100:10 121:14,17
  135:19 174:5
**abbreviation**
  153:17
**ability** 220:10
  221:7
**able** 14:4,21 67:15
  76:21 131:4 138:2
  166:15 197:16
**absolute** 57:11,21
  58:5 148:8,9
**absolutely** 31:19
  47:16 218:15
**account** 130:18,19
  130:21 134:22
  142:7 155:15,18
  169:4,10,11,12,13
  170:3,4,6,9,10
  171:4,7,14 172:20
  173:1 184:4 210:3
**accounting** 166:7
  174:1
**accounts** 133:14
  134:12,18,19
  169:13,17,18
  171:3,16,17
**accuracy** 222:9
**accurate** 111:2,11
  111:15,21 122:21
  129:1 139:21
  142:16,17 155:12
  155:15,21 156:3
  156:10,18 165:21
  166:8 220:9 221:5
**accurately** 130:11
  143:19 152:18
**accustomed** 56:10
**achieve** 86:13
**achieved** 70:9
**acknowledgement**
  224:3
**acknowledgment**
  222:12

**acquire** 117:8
**acquired** 117:11
  117:14
**act** 192:9 193:4
  194:18 202:17
**action** 1:7 14:6
  31:12 195:8 196:1
  196:3 220:12,16
  221:8,12
**active** 146:2,6,8
  169:6
**activities** 35:2,3
  43:2
**activity** 75:14
  114:10
**actual** 146:1
**add** 54:12,22
  126:2,9 142:18
**added** 81:9 82:7
  83:14 85:21
**adding** 46:9 55:6
**addition** 80:21
**additional** 99:4
  159:11
**additions** 224:6
**adds** 54:15
**adjust** 140:8
  148:19 151:14
  195:17
**adjusted** 84:4
**adjusting** 151:19
**adjustment** 70:10
  85:6 87:5,11,15
**adjustments**
  191:12,12 217:6
**adm** 58:17,18 59:5
  59:7
**administrative**
  12:1 190:11
**administrator**
  184:7
**admit** 26:10
**adopted** 97:11

**advance** 44:1
  47:22 50:7 180:12
  180:16 181:17
**advances** 180:22
**advisors** 75:2,3,10
  75:21 76:4 91:8
  188:16 192:5
  193:6,16 194:9
**affect** 206:15
**affiliated** 16:4,6
**affiliations** 10:14
**agencies** 84:4
**aggregate** 54:20
  85:7,16,20 89:2
  90:4 132:5 158:18
  170:7 210:9
**aggregates** 169:12
  169:17
**aggressively**
  112:13
**ago** 18:16 20:8
  21:15 35:14 37:14
  39:12 40:16 64:19
  73:6 150:3 157:17
  200:10
**agree** 12:6 26:6
**ahead** 58:22 62:12
  62:19 63:4 77:18
  77:21 78:10 83:4
  83:19 98:15 112:8
  130:14 193:10
**airport** 183:15
**allotted** 222:20
**allowing** 112:9
**allows** 146:16
**aloisi** 2:12 10:19
  10:20
**altered** 149:19
**amend** 70:19
  92:18
**amount** 123:10
  125:12 131:5
  135:9 149:2

Edward Walczak                                                    May 18, 2021

[amounted - augie]                                                     Page 4

amounted   131:20
  132:5
amounts   126:8
  181:14
amplify   92:18
amrhein   15:18
  16:3,4 30:7 42:1
  136:22
analyst   33:19
  100:14,18 102:19
  166:3
analytic   61:18,18
analytical   152:3
  169:19 176:9
analytics   61:4
  63:9 153:12
  213:11 214:2
analyze   178:9
answer   21:2 39:13
  41:8 43:8 61:22
  62:2,3,8,10,17
  64:12,14 65:3
  74:9 82:17,22
  83:3,9,11 102:18
  110:5,11 111:19
  112:8 113:6,20
  119:21 121:1
  129:17 132:8,14
  132:19 175:13
  180:15 183:15
  184:10 190:17
  191:1,8,13 194:11
  204:13,15 206:1
  209:14 212:16
answered   63:3
  64:10,14 65:8
  110:9 134:2
answering   89:10
anticipation   42:14
  42:20 112:18
anybody   172:15
anyway   100:17
  161:10

apologies   80:6
  94:4
apologize   36:20
  39:14 43:7 55:7
  74:11 86:7
appear   67:5 68:5
  81:5,6 85:17
  86:22 104:2 109:4
  137:21 150:13
  160:10 168:10,14
  168:20
appearances
  10:14
appearing   12:8
appears   15:21
  26:3,6 33:7,13
  35:17 39:3 41:22
  42:2 58:14 68:6
  72:5,8 90:16
  100:5,9 104:19
  105:19 108:7
  109:19 110:7
  111:6 123:8
  124:13,22 130:18
  149:6 167:21
  196:16 211:9
appended   224:7
apples   151:4,4
applicable   222:8
applied   21:21
  22:18 139:9
  144:20
applies   21:2,3
  29:1
appreciate   219:5
appreciation
  200:14
approach   209:16
appropriate
  164:19,20 165:5
approximate
  127:12 134:21
approximately
  120:2 121:5 122:9

122:18 123:10,22
  125:15,19 127:1,2
  131:5
approximation
  24:3 127:19
april   36:12 37:6
  37:21 104:22
  105:4
arb   8:10
arbitration   8:8
  188:15,18 189:1,5
  194:12
argue   97:13 126:1
  132:13
arithmetic   126:12
arrived   92:5
article   199:3,7
  212:4
articulates   45:7
arun   26:7,9,11
  27:5,14,21
aside   70:5 131:2
  210:15
asked   28:16 30:17
  39:17 40:2 43:5
  43:21 45:17 63:2
  64:4,10 65:8 78:7
  107:16 110:9
  154:20 164:2
  175:20 205:21
asking   27:3 31:5
  42:18,22 43:5
  45:8 53:8 59:8
  94:20 98:11,12
  102:15 107:12
  108:18,21 110:6
  119:10 125:6
  126:8 129:2
  131:18 132:12
  161:5 181:5,7
  185:15 186:7
  188:20 197:8
  204:14 208:14

aspects   93:15
  195:16
asset   55:16 163:11
  163:19 168:20
  169:2,6 184:15
assets   127:11
assign   183:9,10
assumes   147:5
assuming   50:13
  122:22 130:10
assumption
  146:17
assumptions
  144:20 147:1
  152:22
attached   9:8 16:11
  16:16 30:2 34:3
  108:22 109:8,10
  110:1,4 137:16,19
  168:4 222:11
attachment   13:19
  25:18 30:10 34:11
  71:4,5 99:12,13
  99:17 107:6
  167:12,16 168:7
attend   76:17
  116:11
attended   76:19
attention   29:7,22
  78:15 106:13
  110:16 136:4
  148:17,20 159:4,7
  168:3 189:12
  199:12 216:3
attorney   220:14
  221:10 222:13
attributes   161:7
auction   175:5
audio   13:4 220:8
  221:3
augie   49:15 51:17
  51:17 52:1,2,9
  53:21 59:11 60:4
  60:7 63:17 166:5

172:17
augie's 59:12,15
august 22:3 51:12
51:14,16
aum 184:2,5 187:9
188:2
aums 184:8
author 18:8 51:9
77:20
automatic 166:21
172:3
automatically
146:3 147:15
148:21 171:19
autosave 167:3
available 127:17
132:9 202:10
222:6
average 199:16
avoid 86:14
128:16
aware 38:2 63:22
65:5,9 83:13
188:5 217:15
axes 147:10,12
148:14
axis 147:16 148:4
150:1 151:11,14
151:20 157:2
158:22 160:7,11
162:21 181:9
182:21

**b**

b 5:5 6:1 7:1 8:1
9:1
back 26:3 35:13
39:1 52:4 64:5
67:2 74:9 79:9
80:5 89:22 92:11
93:1 94:6 105:13
111:4 115:10
121:13 139:2
159:9 166:14
171:6 175:7

177:17 178:12
193:22 198:8
217:7
background 13:11
68:17
bad 89:12 119:21
183:1
balance 155:15
ballpark 131:8
bar 157:15,21
158:6,16 178:4,7
bars 157:2 158:5
based 41:1 46:21
70:10 85:6 86:3
86:10,18 87:5,11
87:15 89:7 157:4
157:10 174:12
178:14 180:7
181:20 185:19
199:21,22 200:11
202:9,9 203:18,19
basic 158:14 186:7
basically 146:5
151:19 158:17
basis 69:1 80:13
165:17 187:16
bates 5:8,12,15,19
5:20 6:3,5,11,17
6:21 7:5,7,9,11,13
7:15,19 8:4,6,9,11
8:15,19 9:4 13:16
25:12 32:17 38:8
41:13 43:12 67:7
71:4,6 99:11
105:6 106:22
108:2 121:21
124:4 167:15,17
196:9 197:18
211:4
bear 138:9
began 99:2 197:3
beginning 74:12
170:13,17 212:13

beginnings 30:13
begins 50:4 93:6
185:8 211:1
behalf 2:2 3:2
10:16 11:6 218:22
219:3
behave 175:3
208:2,17
behaves 180:9
208:12
behavior 136:7
201:15 203:21
believe 61:14 62:1
62:22 63:7,10
64:7 68:10 80:18
102:11 127:21
128:11,19 129:3
129:13 132:17
134:11 138:1
147:12 150:3
180:13 193:11,15
bell 152:6,8,11
157:3
beneath 149:15
bes 152:13
best 28:10 53:20
60:3,10,16 160:16
202:17 220:10
221:6
better 46:14 73:12
181:18
big 35:22 98:3
140:9
biggest 134:7
binding 12:7
bit 57:5 76:8 86:5
151:4 179:1
200:15 202:6
204:5 216:1 217:2
bites 89:7
black 178:5
blue 157:2 158:8
158:16

blueish 157:21
blurry 168:12
bnp 38:19 39:6,21
40:3,7
bold 68:20
bolded 87:3
bottom 30:1 85:3
86:9,12 105:1
110:17 112:1
137:22 160:8,17
198:2
bought 117:17
118:5,13,15 119:5
119:11,13 120:22
153:7
boulevard 3:18
box 122:10,11
123:12 138:10
140:1 143:1,10
144:9,10 146:10
148:6 149:16
152:11 153:5
154:7,12,14,18,20
154:21 155:1,22
156:4,17 158:19
159:1 160:8,17
161:1 162:8 165:8
brackets 132:17
braithwaite 4:3
10:9
breach 57:15
breached 57:8
196:5
break 12:20 51:21
89:9,17 135:16,17
152:14,16,19
156:18 185:3,10
187:8 210:18
breaks 152:20,20
bring 89:21
broadway 2:7,14
2:20
brokerage 24:5,10
53:18,21 54:2,6

54:10,12,18
114:22 166:6
172:5 174:2
**brokers** 100:20
**browser** 14:21
38:9 41:14
**buckets** 179:5
**building** 215:15
**built** 145:11
215:18
**bullet** 68:19 70:8
78:18 80:12,20
85:3 86:15 87:8
87:10 110:18
**business** 27:20
40:16 61:18
**butterflies** 98:5
**butterfly** 95:4,10
95:17,18,21 96:3
96:9,11,16,17,19
97:6 98:1,12,17
98:18,20 99:1
**button** 151:18,20
152:1,5,11 167:8
178:9
**buttons** 138:8
169:6,14
**buy** 99:4,4 117:21
118:21 137:8,12
173:13
**buying** 199:14
**bylina** 3:16 11:6,6

**c**

**c** 2:1 3:1 4:1 10:1
11:22 104:2,5,14
**c1** 52:5
**c10** 55:10
**calculate** 23:6
24:2,7 53:7,16
54:3 55:2 63:15
66:19
**calculated** 23:16
52:22 53:3 208:4

**calculating** 32:13
37:6 55:5
**calculation** 23:21
24:18,22 38:3
55:18 61:8,10
66:18 142:6
187:17
**calculations** 24:21
**call** 38:19 52:20
53:6 54:4,7 55:1,3
55:9 56:21 95:3,4
95:9 96:20 97:7
99:5,7 104:13,14
170:4,9,10 171:7
172:8 181:19
185:21 186:1
202:19
**called** 11:14 51:17
74:21 136:5 139:7
**calls** 52:16 53:14
54:16,21 55:11
56:1,4 112:6
137:9,12 164:20
170:1 213:9
**caloisi** 2:16
**candice** 2:12
10:19
**cap** 99:5,8,9
**capital** 120:11
188:16
**capture** 93:9,15
97:9,10 98:2,13
212:1,3
**card** 114:2
**careful** 165:22
**carefully** 155:13
**carl** 1:17 10:11
220:2,17
**case** 10:8 48:5,16
92:7,10 114:5
139:12 144:16
148:1 153:10
163:21 169:3,7,14
176:5

**catalyst** 6:22 7:6,8
7:10,12,14,20
8:10,12,16,20
16:4,6 19:8,10,12
26:4 29:9,13 67:9
69:8,16 70:4,19
72:12 73:13,15,19
74:20 75:11 81:16
81:20 84:1,5,7,7
84:16 88:15 90:10
90:11 91:1,12
99:12 105:6,7,15
106:14 107:1,12
108:10 121:22
122:19 123:1,10
123:14 124:4
137:7 188:16,19
196:10 211:4
**catalyst's** 109:2,4
**caught** 173:4
**cause** 27:4 88:18
104:4 169:20
171:20
**caveat** 172:14
174:18 175:4
**cell** 52:5 55:10
**center** 151:21
**ceo** 26:4 211:16
**certain** 14:16
65:10 93:15 94:8
94:19 108:11
121:2 126:4 142:1
197:2 201:21
202:7 203:2 214:5
**certainly** 18:18,18
24:20 25:3 29:19
32:6 35:9 37:1
43:10 48:1 61:6
63:9 69:17 70:15
84:10 92:14 103:1
111:21 114:3,6,17
129:22 136:11
172:15 173:1,4
199:9 201:4

203:19
**certainty** 38:6
61:5
**certificate** 220:1
221:1
**certify** 220:4
221:2
**cetera** 75:22 153:2
195:18
**cftc** 2:6,13,19 8:10
10:17 219:1
**cftc.gov** 2:9,16,22
**cftc2** 7:16 124:4
**cftc3** 5:19,21 6:6
6:12 8:5,7 32:18
32:19 38:8 43:13
167:15,17
**cftc4** 6:4 41:13
**chain** 72:4,5
**chair** 56:13
131:17
**change** 80:2 82:4
111:18 115:2
146:16 147:6,10
147:14,15 148:13
148:15 159:2
160:18 161:5,8,10
163:10,18 176:19
179:13 207:6
210:2,5,14 223:4
223:7,10,13,16,19
**changed** 22:2 47:4
66:10 79:7 81:18
149:19 158:20,22
159:9 184:5 195:4
195:4
**changes** 34:4
148:21 161:12
204:9 205:1 207:9
207:10,17 210:8
222:10 224:6
**changing** 115:7
162:20

characterize
  56:16,17 185:16
characterized
  56:16
charm  206:16
  207:3,4,9,18,21
  208:14
check  24:4 34:12
  36:3 165:16 166:6
  173:10 174:9
checked  172:1
checking  113:12
  113:14 165:18
  172:4 173:22
chg  146:14
chicago  3:6,13,19
children  115:22
  116:11
choices  165:6
choose  143:11
  146:6 148:8 177:5
  177:8,10
chose  192:9 193:4
circumstances
  57:7 98:22 202:6
civ  1:8 10:8
civil  1:7
claim  188:22
clarify  51:15
  74:16 113:19
  139:22 141:2
  180:15
clarifying  141:14
class  169:6
classes  103:12
clear  40:18 49:16
  103:17 119:3
  120:20 135:7
  140:16,19 141:10
  146:8 173:16
  175:7 192:13
  195:14 197:18
  206:5,10

clearly  49:17
click  16:21 17:12
  77:14 99:20
  142:11 144:18,22
  177:12,19 178:4,7
  178:9
clicked  143:22
clicking  151:16
clients  75:10
close  148:20 179:1
  216:3
clue  198:16
colleagues  107:16
  108:14
collecting  45:20
college  47:17
  115:22 116:2,4
color  73:21
colored  178:6
columbia  220:19
column  58:4 102:4
  104:2,5 124:5
  125:11
columns  17:5 31:8
  31:10,19 60:14
combinations  95:7
  164:21 165:1
come  53:18 69:13
  70:1 76:6 80:5
  92:22 171:5 188:2
comes  48:10 53:8
  149:16 208:19
comfortable  93:18
coming  33:10
  42:10 47:20 61:19
  188:12 216:17
comment  8:17
  43:8 211:14
commentary
  200:9,17,19 201:1
  201:10,11 211:17
  211:19,22 212:13
  212:14 214:11

commission  1:5
  2:3,6,13,19 10:6
  10:16,20 11:1
  222:4 223:1 224:1
commissions
  142:5
commodity  1:4
  2:2,6,13,19 10:5
  10:16,20,22 222:4
  223:1 224:1
common  70:18
  97:5 99:3 170:2
  213:10
communication
  12:17 76:14
company  157:18
compare  32:4
  85:9
compared  95:17
comparing  160:22
compartmentalize
  164:15
compel  191:21
compensate
  188:19
compensated
  123:10
compensation
  122:8 189:2
complete  41:7
  45:18 75:6 173:19
  184:13 224:8
completed  48:13
  60:20 65:14,16
  222:17
complex  130:15
compliance  70:20
  91:2,4,7
complicated
  212:17
components
  206:22
composition
  164:12 195:5

216:12
compressed
  178:19
computed  150:21
computer  17:21
  94:5 114:3 173:12
computing  151:2
concept  208:16
  209:1 210:1
concepts  19:4 20:4
conceptually
  209:4
concern  174:7
concerned  34:19
  34:22
concluded  219:16
concrete  130:2
condition  46:22
conditions  95:14
  147:6 164:13
  181:10,20 200:1
  200:12 203:14,21
  212:19 213:8
  214:15
condominium
  117:19,21 118:6
confer  12:15,20
  13:1
conference  73:18
confirm  12:11
  13:4 110:2,5
  197:8
confirmations
  128:16
confused  86:5
  118:10 159:16
  204:16
confusing  86:7
  205:7
confusion  141:13
connection  189:4
consider  183:17
  201:22 203:4,8,10
  203:20 204:1,20

205:22
consideration
    183:22
considered   203:16
    203:20
considering   205:2
    206:12,14
constituted
    186:19
constraints   92:19
construct   30:21
construction
    182:17
cont'd   3:1 4:1 6:1
    7:1 8:1 9:1
contact   26:12
contain   110:20
contained   165:13
    166:8
contains   164:17
contemplating
    40:13
content   16:18
    68:10,12,14,16
    71:2 79:4,5 81:20
    83:22 101:13
    198:13
context   39:19
    44:13 89:6 157:8
    206:6
continue   64:11,12
    185:17
continued   20:22
contract   29:20
    139:13,19,20
    140:9,15 150:21
    151:3 179:3
contracts   150:16
conversation
    119:16 185:16
    215:12 217:4
conversations
    38:22

conversely   172:16
conversion   115:9
convert   143:13,22
converted   136:13
converting   19:12
cooperative
    126:14
copied   199:2
copies   222:14
copy   72:18 92:8
corner   15:1,2
    144:10
correct   15:22
    20:16 26:5 31:2,8
    31:13 33:22 37:4
    41:19 42:1,2
    58:15 68:9,13
    74:19 75:3 85:19
    89:3 90:5,18
    100:10,11 102:6
    104:20,21 105:1
    105:20 108:3
    111:7,8,17 118:7
    122:6,7,20 124:1
    124:20,21 126:21
    134:13,14 135:11
    138:20 144:2
    148:12 156:15
    161:21 162:10
    163:15 180:20
    184:21,22 187:11
    189:3 190:11
    191:19 192:1
    196:17 203:9
    206:3 215:1 224:8
corrections   224:6
corrective   31:12
correctly   151:6
    171:2 201:2
counsel   10:13,18
    12:16,20 13:1,3
    127:22 128:20
    129:4 220:11,14
    221:7,10 222:14

couple   35:21 67:5
    89:9 121:12
    188:20 204:2
course   70:2 97:22
    102:19 218:15
court   1:1 10:7,11
    11:9 74:8 193:22
create   18:13 47:14
    174:12 185:11,19
created   18:10,19
    19:22 51:11 52:4
    64:4 178:14
creating   19:7
    42:15 63:17
    217:18
cross   172:1,4
    173:10,22
crude   169:4
cs   222:15
curr   152:6,11
current   35:18
    147:6 154:6 158:4
    172:7,21 173:2
    181:20 191:11
    194:14 203:21
currently   117:16
    170:18 188:15
cursor   154:11
curve   36:1 139:9
    152:8 157:3
curves   210:12
cut   89:8 204:17
    216:15

**d**

d   5:1 10:1 11:22
    11:22
daily   8:13 30:4,8,9
    43:2 197:20
daniel   100:5,12
    166:4 172:16
    173:8
data   45:20 48:12
    53:2,8,15,17 78:6
    119:8 128:20

129:7 160:8
    161:12,14,15
    162:1,12 167:3
    172:3 178:19
    197:19 201:8,15
    202:10 203:15,22
    207:11,21 208:8
    208:10,13 209:12
data's   119:17
    127:17
date   1:13 18:10
    39:9 40:2 41:18
    47:4 51:14 77:17
    103:15 117:10,11
    136:10 144:19
    145:7,9,17,18,21
    164:3,10 175:12
    176:2,7,12,20
    211:20 223:24
    224:12
dated   15:21 42:4
    52:5 79:21 80:7
    100:9 136:20
    196:13
dates   17:15 28:5
    37:3,17 44:20
    51:9 52:7 66:11
    106:6,11 118:2
    119:2 124:10
    129:20 144:5,9,17
    146:5 197:4
day   40:11,15,15
    54:11 56:3 60:20
    65:14,16 66:3,14
    66:16 112:9,19
    165:17 170:13,17
    173:19 174:4,16
    184:5,5,8 193:12
    193:12 218:2,15
    224:15
days   113:8 144:12
    144:13,16 198:10
    199:15 222:17

Edward Walczak                                                      May 18, 2021

[dc - document]                                                            Page 9

dc  1:16
de  216:10,14
deadlines  47:14
  47:18
deal  183:20
dealing  183:11
deals  213:20 214:3
debts  117:4
decay  206:16
  208:6 210:6
december  30:7
  216:17
decide  12:21
  191:11
decided  21:11
deciding  203:8,11
  204:21 205:22
  206:12
decision  201:5
decisions  193:13
declare  224:4
decreases  208:7
decreasing  180:17
deduct  126:21
deemed  224:6
deep  208:22
  209:22
default  145:20
  146:1 154:9 176:7
  178:17 179:4
defendant  1:9 3:2
  11:3,5,7 219:3
defense  10:18
defined  70:11 85:6
  86:3,10,19 87:6
  87:11,15
defines  213:3
definitely  161:7
definitions  157:18
definitively  96:21
degree  21:3 135:8
  194:17 206:7
deleted  86:4 90:15
  90:22

deleting  46:10
delta  161:8
demonstrate
  45:10
depended  95:14
  178:18
dependent  174:21
  183:22
depending  163:10
  164:12,12
depends  181:10
  182:4
deponent  222:13
  224:3
deposed  189:4
deposing  222:13
deposition  1:11
  8:8 10:4 13:2
  129:17 130:5
  189:8 194:12
describe  35:18
  93:15 104:3
  133:11 136:5
  158:15 212:12
described  34:15
  191:9 205:9 216:1
describing  68:7
description  5:6
  6:2 7:2 8:2 9:2
  35:5 104:6 208:3
designed  155:11
  167:8
despite  52:3
detail  22:11 36:9
  41:10 48:21 64:3
  64:6 65:2 73:6
  76:5 114:10 179:2
detailing  101:2
details  43:2 48:9
  49:6 52:11 64:20
  78:9 92:13
determine  186:15
  202:2,7,9 209:9

determining  35:18
  208:17
deviation  157:10
deviations  158:1,4
difference  140:12
  184:18 186:12
differences  32:10
different  22:5
  36:6,7 40:15 41:3
  41:4 45:21 63:8
  63:10 64:13 73:21
  76:15 81:13 87:2
  91:20 97:1 102:9
  123:18 125:10
  130:2 138:16,17
  141:9 144:3 145:1
  145:2,3,4 146:19
  147:3 162:17
  163:3,4,6,7
  164:17,18 169:17
  174:21,22 175:1,2
  177:8 178:2 186:5
  186:16,17 190:14
  190:19 204:2
  205:6,16 210:11
  216:2
differentiate
  54:16 87:9
differently  56:17
  56:18
differs  81:14
digital  220:8
  221:3
direct  102:18
direction  94:8
  203:20
directional  203:19
  215:10,13,15,19
disagree  62:10
disconnecting
  94:5
discover  176:12
discretion  191:17
  193:4,17 195:9,15

discussed  137:5
  195:2
discussing  75:2
discussion  49:1
discussions  74:1
display  139:4,6
  142:1,4 144:7,8
  144:19 190:19
displayed  154:13
  208:21
displaying  144:11
  144:12
displays  178:1
disservice  36:9
distinct  78:19
distinction  186:11
distinguishment
  98:4
distributed  204:6
distributing  26:20
  26:21
distribution  27:22
  152:9 157:3 214:9
distributor  59:3
district  1:1,2 10:7
  10:7 220:19
divide  188:2
divides  179:6
document  13:16
  13:21 15:16 18:13
  18:20 19:1,14
  30:12 34:4 35:2
  35:17 38:8 41:12
  51:2,4,5 68:2 77:1
  77:3,8 91:2 99:11
  101:8,14 108:9,15
  109:8,21 110:1,4
  110:12,13,13
  121:21 122:4
  123:21 124:3
  126:7 127:21
  128:4,12,14,17,22
  129:3,13,20
  130:10,15,22

Edward Walczak May 18, 2021

[document - entered] Page 10

131:1,2 138:4
160:6 167:6,7
196:9 197:19
211:5
**documented** 37:3
**documenting**
34:20 35:3 188:6
**documents** 14:5
14:14 32:5 37:15
68:4 69:10 70:16
79:6 84:18,19
105:6 125:18
**doing** 30:9 35:12
35:13 36:3,8 40:9
45:11 46:4,14
73:10 114:5
126:12 147:15
202:8 210:9 216:1
216:2
**dollar** 155:18
**dollars** 22:22
122:19 123:11,22
125:1,15 126:3,10
126:17 127:4,6,7
131:13,21 132:6
132:16 133:4,9
134:5,6 135:3,5
187:22 188:2
**dotted** 144:11,12
**double** 24:4
165:16 166:6
167:7 174:8
**doubts** 129:10
**download** 14:20
15:3,5 38:16
50:13 71:16,17
**downloaded** 33:6
**downside** 213:22
**dozens** 112:22
**draft** 108:22 109:2
109:16,20 110:8
110:19 111:18,22
**drafted** 31:20 32:2
84:11,13 90:8

107:1,10 108:7
109:16
**drafting** 68:8
106:18 112:5
**dragging** 151:16
**dramatically**
110:14
**draw** 110:16
**drawdown** 20:1
21:10,10 106:8
190:13 191:4,17
191:22 192:7,10
192:14 193:4,18
197:3,5 198:4,11
206:13 216:17
217:2
**drawdowns** 20:2
69:2 80:15 127:10
**drawing** 82:13
**dream** 40:14
**dreaming** 40:19
**drew** 69:16
**drill** 33:5
**drive** 3:12
**driven** 176:8
**drop** 146:1 162:21
180:5
**dropping** 151:16
**drops** 180:4
**due** 189:1
**duly** 11:14 220:5
**dust** 112:20

| e |

**e** 2:1,1 3:1,1 4:1,1
5:1,5,8,12,17,20
6:1,3,5,11,17,21
7:1,5,19 8:1,4,11
8:15,19 9:1,4 10:1
10:1 11:22 13:19
15:17,20 16:1,10
16:15,17,22 24:14
26:4,18 30:10
33:7,13 34:2,11
39:1,3,3 41:22

42:8 43:12 45:6,6
51:19,22 58:20
59:7 61:16 63:1
65:13 71:4,4 72:3
72:16 91:16 92:4
100:5 102:2 103:6
105:18,19 107:12
108:6,9,21 109:8
109:10 110:1,4
124:5 136:20
137:5,8,19 140:2
140:5,6,8 167:11
167:21 196:13,16
198:13,14 211:9
214:22 223:3,3,3
**earlier** 52:6 72:5
72:10,16 108:12
108:13 136:4,11
161:4 169:15
195:2 196:5 205:9
**early** 72:22 73:7
76:11 88:7 216:8
**earn** 80:22 121:5
**ears** 61:19
**easier** 151:15
**easiest** 87:8
**easily** 33:6 179:21
**easy** 32:5 119:22
**ed** 11:3,5,7 15:2
34:3 60:16 63:4
77:15 83:3,19
89:8 112:8 132:19
190:2 193:10
**edit** 82:5 107:13
108:2,6,10 109:6
**edited** 82:2 84:18
88:14,15 90:13
107:19 109:12
110:14
**editing** 88:3
**editor** 81:17
**edits** 92:11 107:14
108:14

**educate** 75:17
**edward** 1:8,12 3:2
10:5,6 11:13,22
130:19 222:4,5
223:1,2,24 224:1
224:2,4,12
**effects** 209:16
**efficiency** 219:4
**effort** 156:10
**eight** 127:4
**eighteen's** 111:5
**either** 53:18 71:18
100:18 116:11
120:11 148:9
157:17 166:4
192:12
**elevated** 31:12
**eliminate** 178:21
179:2
**else's** 172:15
**email** 58:14
**emotional** 150:22
**employed** 220:11
220:14 221:8,11
**employee** 44:4
72:12 220:13
221:10
**employment** 16:5
**employs** 78:18
**empty** 14:9
**ends** 50:1 93:3
108:1 135:20
185:5
**ensure** 70:20
156:17 173:17
**enter** 95:18 96:3,8
96:14,15,17 97:5
97:6 143:5 145:17
146:7,17 152:18
165:20 168:15
169:11 172:14
173:8,9,12,14
**entered** 95:3,3,6
95:12 98:17 106:7

Edward Walczak                                                                    May 18, 2021

114:2 172:15,17
173:21
**entering** 98:1,12
98:18,20 114:21
**entire** 36:16 46:11
114:14,17 116:8
165:8,13 170:8
176:1 178:15
179:14 181:6,8
185:12,19 186:10
**entirely** 194:20
**entitled** 62:17
**entries** 172:4
**entry** 143:19
151:3 152:18
155:13 156:11,18
172:6 173:3
**environment**
183:22
**eom** 137:12
**equation** 150:17
**equity** 204:5
**equivalent** 199:14
**errata** 222:11,13
222:17
**erratas** 222:15
**error** 112:12,22
113:10,18 114:4
114:20 174:9
**errors** 112:14
113:4,5 173:3
**es** 220:4
**esq** 222:1
**esquire** 2:4,12,18
3:3,10,16
**essentially** 145:18
**establish** 130:2
**estate** 116:20
117:8,14,16
133:16 134:10
**estimate** 119:5
131:4
**estimation** 119:13
135:12

**et** 75:22 153:1
195:18
**evaluate** 183:19
200:20 201:19
214:11
**evaluating** 183:11
**evens** 152:14
**event** 203:2
**events** 66:9
**everybody** 89:22
219:10
**evolution** 21:15
**evolve** 22:10 66:8
**evolved** 47:4
65:21 66:6 195:3
**ewald** 51:17 63:17
65:6
**exact** 45:10 71:1
79:8 106:6 117:9
136:10
**exactly** 22:15 23:9
26:9 34:17 46:19
67:2 106:11 118:9
154:14 155:3
160:20 197:4,10
198:4 215:17
**examination** 5:2
11:18
**examined** 11:16
**example** 58:1
140:4 142:3 147:2
166:12 169:2
170:1 171:1 177:9
178:20 183:5
187:20 204:4
208:16
**excel** 6:9 13:20
14:13 15:5,9
16:16 17:3,20
20:12 25:9 31:1
50:14 99:19 167:6
**exchange** 41:5
**exclude** 177:1

**excluding** 177:3,4
**excursion** 182:6
**excursions** 182:4
**excuse** 41:7 71:11
115:4,6 148:22
**executed** 143:14
143:16,22 144:3
148:11
**executing** 100:20
**execution** 153:5
167:1
**exercise** 45:2
47:11,15 48:3
**exercises** 45:4
**exhaustively**
134:2
**exhibit** 5:8,10,12
5:14,17,18,20 6:3
6:5,7,9,11,13,15
6:17,19,21 7:3,5,9
7:11,13,15,17,18
7:19,21,22 8:3,4,6
8:8,11,13,15,17
8:19 9:4 13:14,15
13:18,19 25:7,12
25:13,18,18,20
26:1,3 29:22
30:11 31:2,7,14
31:16,20 32:1,2,3
32:18 33:7,10,13
34:8 36:13,15,15
38:7,11,13 41:12
41:15,16,18 42:16
43:12,14,20 50:9
50:16,17 51:20
58:7,9 71:15
76:21 79:9,10,15
79:16 80:10,18
81:5 85:9,13,14
85:17 86:4,4,9,22
87:10,14,19 90:5
90:17 99:11,14,18
100:3 101:4,6
103:22 105:5,8,10

105:14,16 106:21
106:22 107:3,6
108:1 111:4
113:16 121:20
122:1,13,14 123:3
123:4,13,14,15
124:3,7 127:21
128:1,8 136:20
137:20 159:12,14
159:16,17 160:1
160:22,22 161:22
167:15,16 168:8
175:8 177:17
188:9,10,15 189:7
189:16 196:8,9,11
197:12,14,16
198:8 211:3,6
212:1,3,6 214:17
214:18,18,19
**exhibits** 9:8 14:1
25:8,11,15 32:17
33:1,4 50:7,10
67:4,10,12 71:3,7
99:15,21,21 121:8
136:16,17,18
137:18 167:12,13
167:18
**exist** 19:14
**existed** 38:6
**existing** 52:20
143:11
**exit** 143:19 156:11
**exited** 110:19
111:15 112:3,16
112:19
**exiting** 112:13
**expand** 179:3
202:5
**expectation** 70:19
**expected** 52:1
157:4 186:21
187:22
**experience** 40:20
41:1 179:21 180:9

experienced 180:7
experientially
  179:17
expiration 104:11
  104:11 144:14,15
  145:15,15 164:6
  164:14 165:2
  174:7 176:5,6,10
  176:12,14 177:2,4
  177:8,13 178:2,11
  179:5 182:9
  206:16 207:10
  209:17 210:5,8
  216:15
expirations
  145:11,16 146:2,6
  146:9,9
expiries 104:20,22
  111:7
expiring 177:11
expiry 176:18,19
  176:20
explain 76:3,7
  127:6 134:17
  141:21 151:11
  198:13 209:3
explained 118:1
explicitly 85:4
exposure 99:6,8
expressed 212:13
extend 126:20
  141:3
extent 107:18
extremely 182:10

f

face 35:17 124:22
facetious 88:9
facilities 141:9
facing 190:12
fact 12:7 45:6
  49:14 57:1 70:22
  99:4 107:15
  119:22 130:2
  171:3 208:5 209:8

factor 201:5
factors 66:17
  202:13 203:10
  206:14
facts 132:8
fails 222:19
fair 35:19 60:10
  76:1 90:19 184:19
fairly 70:18
  212:16 216:21
faith 109:22
fall 28:8 146:18
falls 183:6
false 128:16
  181:15,22 182:20
  183:1,13 204:5
familiar 16:17,19
  35:9 77:1 93:18
  102:10 160:14
family 130:1
  211:15
far 36:21 67:2
  114:9 130:15
  137:5 147:16
  165:18 176:3,16
  182:7,12,13
farm 199:22
  200:12
fast 180:8
favorable 95:17
fcm 53:22 101:20
fcms 58:18 59:6
  102:4,5
feb17c 104:8
february 100:9,22
  102:5,12 103:7
  104:10,20 105:3,3
  105:20 106:5,11
  107:2 110:20
  111:1,7,15 113:8
  113:17 114:12,14
  140:21 141:12
  170:14 196:14,22
  197:6,22 198:7,10

211:10 212:5
  213:15 216:8
feel 108:2,6,10
  109:5 202:17
feeling 89:19
felt 191:17
field 146:14,20
  147:3 149:1,1,5
  149:12,22 151:10
  153:13 154:4
  156:13 158:20,22
  160:7 161:19,20
  164:3 179:15
fields 101:16
  159:1
fifteen 72:3
file 13:20,21 14:13
  15:5,10 16:16,19
  16:21 17:3,9,12
  18:4 25:9 31:1
  51:8 52:4,5 77:11
  99:19
file's 17:19
filed 10:6 188:22
files 32:5 50:14
  166:22 167:1,3
fill 39:18 40:3
  42:19 43:22 44:15
  179:15
filled 39:8 40:1,5
  45:14 52:9 66:14
  66:16
filling 39:5 42:15
  51:20 59:13,18
  60:4
final 81:16 108:18
  109:2,5
finally 124:2
financially 220:15
  221:11
find 14:17,18
  119:18 122:10
  123:19 191:2
  192:15 199:10

208:4,21 209:12
fine 53:10 130:8
  154:3
finish 89:16
finished 204:13
firm 10:10,12
first 11:14 15:13
  16:11 28:13,18
  34:5 67:16 71:14
  71:22 77:2 102:3
  105:8,14 107:6
  108:1,8 110:17,18
  125:16 129:16
  130:17,17 136:8
  138:10 144:11
  160:8 161:1,3,11
  161:11,14,15
  162:1 168:4 178:9
  179:8 183:15
  190:10 196:21
  197:6 204:13,15
  206:1 207:6 210:5
  212:9 213:13
firsthand 93:11
five 17:5 31:7
  89:14 131:8,9,12
  131:20 135:3
  144:12 145:16
  164:18 178:2,18
  179:4,4,7,7 180:5
  185:2 190:14,19
  210:17 218:12
fixed 58:4 105:13
  181:14
fixes 137:13
flexibility 177:6
flip 115:6
floor 2:7,14,20
  100:21
flows 206:16,16
fluid 35:4 36:4
fluidity 46:13
fly 183:15,16

focused  79:1 81:1
81:4,11 82:9
83:16 85:4
folder  14:9 25:8
38:10 50:9 99:21
136:16
follow  20:14
following  20:1
follows  11:16
foregoing  220:3,4
221:4 224:5
form  19:14,18
36:17 37:2 42:16
51:5 83:17 91:22
96:15,17 193:8,19
formal  37:12
173:20 174:4
formalized  66:10
formally  44:6,9,18
44:22 66:2,3
format  20:11 67:7
74:3 77:3 123:18
forth  68:17 159:9
forward  199:21
200:2,4
found  119:8
foundation  59:22
60:1 82:12,14
83:18 91:22 98:14
193:9,20 194:6
four  17:5 164:18
178:2 189:20
190:4 198:14
200:10
fourteen  80:6
fourth  199:13
frame  36:22 43:3
44:3 52:12 153:1
163:1 166:5 179:6
182:4 214:1,9
frames  28:10
37:13 66:9 145:2
145:4 163:4,7
175:1 190:15,19

framework
195:19
francisco  117:19
117:22 118:6
free  108:2,6,10
109:5
frequent  165:17
173:22
frequently  172:1
fresh  40:10
friday  47:20 189:9
front  29:20 97:2
112:2 119:3 126:7
127:18 218:9
frozen  155:2
fulfilling  100:17
full  21:14 100:14
102:21
function  156:19
157:18 167:4
171:1
functionalities
153:9
functionality
155:20 157:13
158:14 184:11
fund  5:11,14,18
6:7,9 7:3,18 8:14
17:6 19:9,13,17
19:21 20:1,15,20
20:22 21:1,6,21
22:1,2,7,18 26:20
26:22 28:1,16,22
29:10,17 30:18
33:20 35:6 36:17
36:19 40:21 41:2
45:22 46:12 52:20
53:6 54:5 55:1,9
55:16 56:21 61:4
63:16 64:17 65:18
65:20,21 68:7
69:11,13,19,22
70:5 75:2,11,18
75:21 76:4,9

78:18 93:12,16,20
96:3 97:15 98:1,7
100:21 101:22
102:5,14,16,19,21
102:21 103:3,11
106:4,14 113:18
115:9 121:6
127:13 128:13
129:15 130:1,12
131:6,13,20 132:3
132:4 133:3,7
134:6,10 135:10
136:13,14 142:9
143:20 151:9
166:7,9,10 170:18
171:14 172:21
173:5,17 174:1,13
176:1 178:15
179:14 181:8
184:7,14,20
185:12,19,22
186:3 193:12
195:16 196:6
197:12,21 198:4
200:21 203:1,18
203:19 216:9,13
216:19,22
fund's  46:21 69:7
101:2 103:14
112:2 156:4 170:3
170:4 173:19
fundamentally
94:7
funds  8:17 75:10
75:11 93:12
127:10 184:2
211:13,14,15
212:4
further  110:21
158:7 171:4
181:12 218:22
220:13 221:9
furthest  145:19
146:4 164:5 176:4

future  20:2 144:13
144:13,17 145:17
futures  1:4 2:2,6
2:13,19 5:10,14
8:13 10:6,16,20
10:22 17:6 19:8
20:15,20 21:6,21
22:7,18 28:22
29:10,16 33:20
70:5 75:11,17
93:16 103:11
121:6 131:6,13
133:7 134:10
135:10 136:13
137:9 139:13,18
147:18,21 148:2
150:16,21 151:3,6
151:8,9 158:2
169:3,4,5,7,8
173:17 197:21
222:4 223:1 224:1
fuzzy  35:13

**g**

g  10:1
gained  148:10
gains  120:11
187:15
gamma  161:9
gears  80:2 115:2,7
gemini  166:7
172:5
general  166:7
182:18 212:12
216:16
generally  75:16
140:17 141:15
142:7 148:7 163:9
163:15 167:10
208:22
generate  86:14
generically  73:13
george  15:18 16:3
16:4,11 30:3,13
30:15 32:11

Edward Walczak                                      May 18, 2021

[getting - hard]                                           Page 14

**getting** 67:21
89:21 132:18
181:22 182:20
**give** 13:9,17 25:6
27:2 65:3 67:20
71:19 89:1 119:19
119:21 121:9
127:18,20 135:12
136:10 145:13
158:11 159:12
175:6 178:10
196:7 197:13
207:14 213:2
**given** 91:7 156:16
163:16,18 173:18
191:11 194:14
206:12 209:8
224:9
**gives** 162:22 179:7
204:7
**giving** 72:21 92:10
178:22 181:15
216:7
**go** 12:21,22 13:10
13:11 32:3 49:19
51:8 52:4 58:22
62:12,18 63:4
71:12 77:2,18,21
78:10 83:3,19
88:9 92:21 94:6
98:15 112:8
121:11 129:20
130:14 135:17
140:10 142:18
143:16 145:16
147:13 158:7
165:18 167:8
170:8,10 173:13
176:3,14,15,22
178:12 179:22
185:3 193:10
210:18 218:10
219:11

**goal** 75:9 171:22
**goals** 73:17 75:12
**goes** 94:15 115:6
143:13 180:4
**going** 10:3 13:13
13:15,16,18,20
14:20 17:17 25:6
26:3 32:16,17,18
38:7 39:20 40:17
41:12 49:18 50:15
50:22 58:7 59:1
67:4,16 71:3,22
74:3 77:19 82:10
83:10 89:14,19
94:14 99:10
103:20 105:5
121:8,12 145:19
146:18 147:18
154:10 159:11,14
159:19,19 167:11
175:7 180:13
183:5,10,16 190:9
196:8 197:11
198:8 200:3
206:15 208:17
209:18 210:5
**good** 10:2 35:1
84:8 200:3 216:22
**grabbed** 32:6
**grad** 116:11
**graph** 138:11,12
138:15 139:5
140:1 141:6,11,16
141:16 146:10
147:3,10,14,16
148:4 151:5,19,21
154:15 155:6,22
156:5,18 160:11
161:2 162:9 163:6
163:9,17,21 164:8
165:9 174:12,17
176:1 178:11,14
178:20 179:3,10
181:7 186:10,13

187:2,21 191:21
209:21 210:10,16
**graphed** 179:14
**graphs** 137:15,18
147:13 163:3
185:11,18,21
186:2 196:2
217:18,22 218:1,9
**great** 141:18
192:10
**greater** 56:7 57:3
191:5,16,22 192:6
193:3,17
**greek** 208:3 209:2
**greeks** 158:18
206:17 207:1,5,6
209:15 210:2,5,14
**green** 154:7,7,11
155:1
**ground** 20:14
**group** 141:20
**grown** 115:19
**guarantee** 86:13
**guess** 19:2 26:20
46:3 53:20 56:9
97:5 126:16 127:8
127:15,16 148:20
153:16 154:1
184:17 200:10,15
216:7
**guessing** 30:16
101:16 127:17
**guide** 36:18
**guideline** 23:9,13
23:17 24:2,8 37:7
43:22 55:14
181:19
**guidelines** 5:11,15
6:7,10 17:6 19:8
19:11 20:19 21:5
21:16,17,20 22:6
22:21 30:3,8,14
32:14 36:13,18
37:2 47:21 49:4

51:7 60:5 61:1,16
63:1,19 64:1,9
65:7,16 195:20
196:4
**guy** 201:2
**guy's** 201:12
**guys** 89:10,20
102:9

**h**

**h** 5:5 6:1 7:1 8:1
9:1 223:3
**habit** 24:21
**half** 155:17 202:13
**hand** 11:11 15:1,2
17:14 18:7 102:3
114:2 146:13
155:6 156:8
163:17 186:12
**handed** 92:5
**handing** 92:8
**handwritten**
92:16,17
**hang** 197:11
**happen** 165:14
174:20 182:11
186:4,16
**happened** 106:11
171:1 174:4
175:16
**happening** 106:3
106:19 183:10
**happens** 56:22
144:16 147:8
180:1 183:6
**happy** 39:15
126:12 135:14
**harbor** 19:17,21
20:1,6 65:18,20
136:12
**hard** 47:14 92:8
114:22 128:7
142:13 180:8
208:4

Edward Walczak                                                    May 18, 2021

harder 57:5
hat 213:8
hawaii 117:20
  118:20 119:6,11
  119:14 120:3,6,21
head 20:9,13
  24:18,21 25:5
  34:21 37:10 66:4
  66:18,19 119:9
  126:16 187:19
  188:1
header 34:12
  78:18
hear 56:14 204:15
hearing 97:11
heavy 61:18
heck 28:12
hedge 22:1
hedged 5:10,14
  8:13 17:5 19:8
  20:15,20 21:6,21
  22:7,18 28:21
  29:9,16 33:19
  69:1 70:5 75:10
  75:17 80:13 93:16
  103:10 121:5
  131:5,13 133:7
  134:10 135:10
  136:13 173:17
  197:21
hedging 70:9 85:5
  99:3
held 101:20
  102:14
hellandsjo 1:17
  10:11 220:2,17
help 157:17,17
helps 201:19
henry 221:2,15
hereto 220:15
  221:11 224:7
hesitancy 100:13
  117:10

hey 84:8
hfxax 30:3 103:7
  103:10 168:21
hi 10:19
high 181:11 183:9
  183:10
higher 94:11 95:5
  97:21 180:5 181:1
highlight 177:13
  178:3,7,8
hired 33:18
historical 157:4
  157:11 201:6,16
  205:9
history 97:2
  197:12 202:9
hit 142:19 151:18
  151:20 167:7
hits 154:9
hold 81:6
holding 199:14
home 17:9 29:11
  117:19
honest 142:11
  194:7
honestly 18:15
  19:16 22:10 26:17
  27:1,3,19 36:5
  43:1 44:2 48:5
  69:15 78:6 82:3
  88:8,16 90:13
  106:10 113:12
  116:7 132:7 146:3
  216:11
hoped 120:14
hopefully 79:10
  79:11 173:3
horizontal 151:11
  151:14
hour 49:18
house 115:17,20
  116:15 117:2
  118:20 119:5,11
  119:14 120:3,6,21

how'd 187:18
hussman 8:17
  211:13,14,16
  212:4 213:14
hypothetical
  112:7 132:8,10
  180:22
hypotheticals
  41:10

                i

icon 15:5 137:22
icons 138:18,21
  141:20
idea 30:9 73:12
  84:2 90:14 124:17
  153:15 175:6
  203:13 215:8
ideally 173:9
identification 14:2
  25:16 33:2 38:12
  41:17 43:15 50:11
  67:13 71:8 99:16
  105:17 122:2,15
  123:5,16 124:8
  128:2 136:19
  160:2 167:14
  188:11 196:12
  197:15 211:7
  212:7 214:20
identify 20:2
iii 3:16
il 3:6,13,19
imagine 41:3
imagining 41:4
immediately 22:3
  27:8 90:17
impact 191:4
impacts 209:17
implications
  206:17,19
implied 139:8
  147:8
important 44:7
  119:4,8,18 120:1

201:13,18
impossible 92:15
impress 48:7
improvement
  46:20
improvements
  34:6
inaccurate 128:20
  129:4
inception 37:20
  40:21
include 142:5
included 63:18
  76:11 79:3
includes 31:7
  146:2
including 27:14
  68:12 126:18
  168:5 193:13
  195:16 209:15
income 126:21
incorporated
  205:2,18
incorporates 32:1
incorrect 195:21
increase 203:2,3,7
increases 147:9
increments 144:20
independent
  173:3
indicate 102:2
indicates 16:10
  59:7 77:15,22
  82:1 108:22 189:9
individual 54:9
  85:5 162:5
indulge 218:12
inexperienced
  114:20
influence 180:13
  206:22 208:1
  209:1
info 17:2 51:9
  77:14,22 141:20

142:1 169:15
**inform** 28:21
193:12
**informal** 37:11
**information** 17:5
24:1 69:6,12,16
69:22 70:4 131:15
131:16 142:6
184:8
**initial** 59:2 109:16
109:19 110:8
**initially** 95:12
**initiate** 95:20
96:19
**initiated** 69:1
80:13 95:20 96:18
**initiation** 85:5
98:21 99:8
**initiative** 35:1
**input** 70:16 165:7
181:5 184:2,19
202:3
**insert** 17:9 138:14
**inserted** 89:2 90:3
**instances** 95:19
**instructing** 132:14
**instruments** 76:8
215:20
**interacting** 41:2
**interaction** 74:17
**interactions** 74:6
**interest** 27:19
88:18,20,21
**interested** 140:19
199:9 220:15
221:12
**interesting** 183:8
199:11
**intern** 42:18 43:21
44:18 45:11,17
48:3 49:13 51:19
59:15 60:7,7
100:14 114:20
173:11

**intern's** 44:5,8,14
**internal** 84:2
**internally** 106:14
**interns** 44:5,14
45:3,14 47:14,16
51:18 60:9 64:18
64:21
**interrupt** 83:8
**intraday** 139:21
**introduce** 13:14
105:5 188:9
208:15
**introduced** 189:7
**invest** 75:10
**investigated**
156:21
**investing** 131:19
133:7 134:9
**investment** 75:2,3
75:9,20 76:4
86:13 91:8 120:14
120:17,19 132:4
133:10,11 192:5
193:6,16 194:9
**investments**
133:16 135:10
**investor** 6:13,15
80:7
**investors** 192:5
193:6,12,15 194:8
203:18
**involved** 20:3
26:19,21 27:22
36:2 215:21
**irs** 134:8
**isolate** 164:14
**issues** 12:2
**item** 67:9,10
**items** 138:8

**j**

**jackson** 3:18
**james** 3:3 222:1
**janowski** 2:18
10:21,22

**january** 33:14
34:2 36:12 37:5
124:10 125:2
215:1 216:8
**jennifer** 221:2,15
**jeremy** 100:6,19
**jerry** 26:4,13
28:15 217:5
**jim** 11:2 82:17
121:10 129:12
190:3 218:12
**jkopecky** 3:7
222:2
**job** 1:18 44:5,8,14
75:8
**john** 211:16
**joining** 19:12
**judgment** 179:17
181:19 191:10
193:13 194:13,21
195:20 202:1,4,14
202:17,19,21
**july** 124:10 125:2
216:19,21
**jump** 94:13
**jumps** 203:12
**june** 42:11,19 44:1
44:17,22 46:16
47:2 51:11 52:4
52:10 222:3

**k**

**k** 11:22
**keep** 89:14,19
172:6
**kept** 188:6
**kids** 115:17,19
**kimberly** 33:8,8
33:14,17,18 34:18
34:21 35:11,22
39:4,18 40:6 41:2
48:22 49:12 58:14
59:11 64:17,22
88:13 100:6
136:21 166:4

167:22 169:20
172:12,13,16
173:9,11 196:17
199:7,8 211:10,18
215:9
**kimberly's** 171:11
171:17 172:22
**kind** 52:1 57:14
59:3 73:15 127:8
152:8 154:15
169:17 179:16,17
180:7 181:15
183:7,12,22
184:17 200:10
201:13 217:14
**kinds** 61:3 167:2
186:18 205:7
**knee** 178:20
**knew** 45:11 75:21
**know** 13:9 18:22
19:3,16 20:11,12
20:13 21:14 22:3
24:20 25:2 26:8
26:17 27:1,3,17
30:6,20 31:21
32:9 34:17,17
35:7 36:5,5,6,16
37:4,13,16 38:21
39:8,21 40:4,8,17
44:13,14,20 45:3
45:14,22 46:18,21
47:9,12 48:6,11
60:13 61:2,5,11
61:20 62:5,6
65:15 66:12,15
68:15 70:15 72:14
73:5,13,21 74:4
75:4,5,6,7,12,13
77:4 80:1 81:15
81:17,19 82:3,3
82:19 84:5,6,16
84:16,17,20 87:22
88:13,16 90:9,12
90:12 91:18 92:12

93:10 94:13 96:22
97:1,4 102:1
103:19,19 104:11
107:11,17 108:16
109:12 110:3
111:3,13,17
118:11,19 119:17
120:10,11 121:7
125:12,17 128:15
129:1,5,6,21
130:4 131:2 132:1
138:2 142:9 143:2
145:22 147:16
149:4,5,15 151:15
152:10,20,22
153:16,20 154:2,8
155:9,11 157:12
161:6 162:19
163:13,14 164:11
165:15 166:20,22
170:20 172:19
174:6 175:4,15
176:5 178:19
179:20,21 181:11
181:13,14 182:3,5
183:9,13 199:10
200:8 201:1,4,6
202:11 204:7
208:1,2,9,18
209:16 213:20
214:1,2 215:7,22
216:5,6,11 217:13
**knowing** 111:20
122:22
**knowledge** 43:6
110:14 220:10
221:6
**known** 169:10
205:8
**knows** 81:18,18
84:19 125:5
**kopecky** 3:3,4
11:2,2 13:6 15:1,7
43:4 59:21 60:12

62:2,5,9,12,15,18
63:2 64:10 65:8
82:10,19 83:3,8
83:10,17 89:8,13
89:18 91:20 98:14
110:9 112:6
129:16 132:13,22
135:14 159:15,21
190:2 193:8,19
194:5 204:12
218:14 219:2
222:1
**ksrlaw.com** 3:7
222:2
**kumar** 26:7 27:5
27:14 28:2,21
29:5,14 42:7,10
42:12 47:20 48:7
48:13,20 49:12
**kumar's** 42:15,20
44:1,3

**l**

**l** 3:3 11:22
**labeled** 67:9,10
68:19 128:4
146:14 149:2
150:1 151:11
162:1 168:20
**labelled** 152:6
**lacks** 60:1
**language** 69:4
70:14,16,19 78:22
79:3,7,8 81:3,10
81:14,19 82:8
83:15 84:4,11
85:16,20,21 86:1
87:18 88:3 90:8
90:16 107:18,19
111:14 198:17
212:18
**large** 63:6 106:7
114:6 176:17
198:4,11

**larger** 105:11
**las** 88:7 91:13
92:5
**lasalle** 3:5
**late** 19:9 33:21
216:8
**law** 3:11,17 128:3
**layout** 17:10
**learn** 113:9
157:14,15
**learned** 69:9
157:19
**learning** 36:1
**lease** 29:20
**led** 41:5
**left** 16:22 138:18
144:5,9 146:13
151:20,22 154:12
162:19 163:17
**leg** 96:15,16 98:22
**legal** 10:10,12
222:23
**legged** 96:10,13
**legs** 162:5
**letter** 109:16
111:11
**level** 36:18 65:2
65:22 76:5 80:14
147:17,18,20
163:10 202:15
**levels** 22:11 37:15
46:8 145:5 179:22
195:4 204:3 205:6
**levers** 151:13
**liabilities** 134:7
**liability** 134:9
**light** 115:5
**liked** 215:11,22
**likelihood** 48:5
181:16 191:10
194:13,17 195:18
201:19,21 202:3,7
202:15 203:2,6
206:1,11 214:12

**likewise** 170:10
**limit** 69:2 80:14
**limitation** 113:4
**limiting** 79:1 81:1
81:4,11 82:9
83:16 85:4
**limits** 23:9 24:8
25:1
**line** 54:9,19 82:13
112:1 144:11,12
144:14,15 145:19
154:7 158:7
161:11 179:11
187:17 190:9,17
210:12 211:13
223:4,7,10,13,16
223:19
**lines** 144:7 145:2
145:4 163:6
178:15,21,22
179:2,7 181:18
204:3
**link** 211:19 212:3
**liquidation** 114:6
**list** 75:6 113:18,19
114:12,15,17
155:22 156:4
166:10,15,18
170:17 172:7
173:19 174:13
**listed** 52:15 102:4
137:5 140:1
146:10 162:8
172:20
**listing** 173:2
**lists** 155:7
**literature** 199:3
**little** 35:13 38:22
49:14 57:5 76:7
86:5 151:3 168:12
179:1 200:15
202:5 204:5
212:21 216:1
217:2

lived  115:14
living  115:11,17
llc  3:4,11,17
load  67:21 107:7
loaded  50:8
loading  128:8
loans  116:5 117:5
location  1:15
log  141:20 142:14
  142:20,21 143:2,5
  143:7,14,16
  166:11 169:15
  170:22
logged  14:10
  166:14 170:16
  171:5
logging  170:12
long  20:8 35:14
  56:8 57:3 115:5
  183:14
longer  145:1
  191:22
look  16:17 30:12
  32:3,6 34:8 35:20
  52:13 67:16 71:22
  77:1 79:10 80:2,3
  100:3 101:4
  105:14 124:2
  129:20 136:16
  145:19 155:3
  160:14 170:1,8,9
  171:8,13 174:8
  176:10,11,13,22
  177:2,4,8,10,17
  180:3 181:9,11,14
  182:12,14 183:8
  186:17,18 190:13
  196:5 204:2,8
  210:10 211:17
looked  24:9 27:7
  45:22 51:21 84:18
  182:3,17 194:12
  213:19

looking  17:4 50:15
  53:21 71:21 79:9
  79:15 101:16
  103:21 107:17
  108:15 110:12,12
  111:4 113:13
  125:8 135:13
  141:3 148:18
  155:2 161:22
  163:22 175:14
  178:20 179:18,19
  180:10,12,16,22
  182:7,8 183:4,13
  186:21 189:22
  191:4 198:2,5
  203:13 206:18
  214:8,11 216:7
lookout  182:6
looks  14:18 15:17
  16:19 17:20 18:18
  31:3 32:4 39:6
  77:20 78:6 79:5
  87:2 101:16,17,19
  101:19 104:6,10
  104:14 107:19
  122:5 123:17,17
  138:5 147:14
  169:19 190:10
  198:6,18,22 199:2
  199:20 211:12
  215:2
lose  187:22 203:1
loss  69:1 80:14
  85:7,17,21 89:2
  90:4 148:8 150:4
  150:12 155:9
  156:14 158:20
  159:1 160:12
  188:3,6
losses  79:1 81:1,4
  81:11 82:9 83:16
  85:4 86:14 127:9
  127:13 131:5,19
  132:3,5 133:3,6

133:10,12,16
  134:9,11 135:9
  187:15
lost  31:15 99:22
  108:8 120:10
  129:22 131:12
  134:21 148:11
lot  13:10 20:9
  24:20 25:4 28:12
  34:21 92:19 97:1
  102:9,20 103:1
  106:13 127:5
  130:15 148:17
  163:13 165:5
  177:5 214:7 215:9
lots  45:3 175:2
  186:4,4,17
lousy  199:21
  200:3
low  120:4
lower  144:9
  180:18
lunch  135:17

**m**

machine  171:12
  172:15,17 173:5
madison  115:12
magenta  181:18
  204:3
magnitude  201:7
  201:20
mail  5:8,12,17,20
  6:3,5,11,17,21 7:5
  7:19 8:4,11,15,19
  9:4 13:19 15:17
  15:20 16:2,10,15
  16:17,22 26:4,18
  30:10 33:8,13
  34:2,11 39:3,3
  41:22 42:8 43:12
  45:6,6 51:22
  58:20 59:7 61:16
  63:1 65:13 71:4,4
  72:3,16 91:16

100:5 102:2 103:6
  105:18,19 107:12
  108:6,9,21 109:8
  109:10 110:1,4
  136:20 137:5,8,19
  167:11,21 196:13
  196:16 198:13
  211:9 214:22
mailed  51:19
mailing  92:4
mails  39:1 198:15
main  96:5,8 98:1
  98:13,19
major  113:18
  191:4
majority  34:4
making  97:20
  201:5
manage  37:22
  75:5,5
managed  21:22
  22:1,2 35:6 36:17
  68:13 69:7 76:4
  98:7 155:13
management
  16:12 30:3,8
  33:19 61:3 65:11
  68:20 69:13 70:4
  78:19 80:12,20
  85:3 87:3 88:22
  191:20 193:13
  194:16
manager  40:21
  137:7 195:15
managing  41:1,2
  69:18,22 97:22
  121:5 134:6 152:3
  183:3,20 195:16
  202:2
manner  21:1
manual  172:4,6
manually  114:21
  145:17 146:7
  147:14 167:8

Edward Walczak

May 18, 2021

**[march - million]**

**march** 104:22 105:3 136:20 137:9,12 141:3,6 141:11 150:14 189:9

**margin** 59:8 61:8 61:9 63:18 64:2

**mark** 23:21 32:16 38:7 41:12 67:4 71:3 99:10 121:8 159:11 167:11 197:12

**marked** 5:7 13:21 14:1 25:15 33:1 38:11 41:16 43:14 50:6,8,10 67:12 71:7 99:13,15,21 105:16 113:16 122:1,14 123:4,15 124:7 127:21 128:1 136:16,18 160:1 167:13,16 188:10 196:9,11 197:14 211:3,6 212:6 214:19

**market** 8:17 23:21 46:21 52:19 53:6 53:13 54:4,7,10 54:13,15,20,22 55:3,5,9,22 56:4 57:2,3 93:20,21 94:3,8,9,11,15,17 94:19,21 95:1,4,5 95:14 96:6 97:21 99:2 137:15 164:13 174:21 179:19 180:4,12 180:16,22 181:10 181:16,20 182:16 183:6,22 186:22 188:1 191:11 194:14 200:13 201:15,20,22 202:7,11,16 203:2

203:3,14,21 204:6 206:2,7,12 211:14 211:17,19,22 212:12 213:15 214:5,12,15

**market's** 183:5

**marketing** 88:22

**marketplace** 95:16

**markets** 199:9

**marking** 43:12 159:17

**math** 126:5,6

**mathematical** 209:20

**matrix** 30:22 60:5 60:22 61:16 63:1 63:19 64:1,9 65:7 65:11,16 66:13 138:19,22 139:1,2 145:11 196:5 202:20

**matter** 10:5 103:4 120:1 148:18 196:2 203:15

**max** 145:6,20 164:3,9 175:11 176:2,19 179:5

**maximum** 145:8

**may's** 176:6

**mean** 16:14 17:19 19:3,21,22 22:20 26:21 27:2 30:15 32:4 35:7,14,20 39:21 40:18 45:2 45:9 46:19 52:18 53:1,4,12,20,22 55:13,20 56:2,6 57:1,10,13 58:1 60:6,12 62:10 70:6 73:3,13 77:2 78:6 86:15 87:2 92:12,14 93:9 96:10,13,14 97:13

97:13,18 101:11 102:1 104:9 113:3 113:6,6 119:8 120:9 125:13 131:14,15 134:17 139:22 143:22 144:5 146:9 147:13 149:2 152:13,16 157:7 169:7 178:17 182:5,22 183:2,12 184:6 186:21 193:10 195:12 199:8,19 200:7,8 203:12 206:19 210:9 212:15,19 213:9,19 214:6 215:6,13 216:4

**meaning** 22:21 36:10 53:11,13 151:14 155:17 165:20 207:16 215:17

**meaningful** 153:11 155:10,16 156:19,22 183:2

**means** 18:21 19:4 19:6 55:14,22 144:6,11 145:8 154:2 155:1 209:5 209:7

**meant** 40:22 45:13 186:19 216:5

**measure** 97:20 207:5,6 210:7

**measurement** 148:5

**measures** 85:7,17 85:21 89:3 90:4

**mechanical** 191:9

**media** 10:4

**meet** 26:19

**meeting** 6:20 28:2 28:6,7,13,17,18

28:19 29:4,14,17 38:18 42:6 48:19 49:6 73:4,8,11,22 74:18 75:1 76:16 78:5,9 82:1

**meetings** 27:13 28:12 39:1,2 73:14 75:16

**memory** 31:21 37:19 119:15 218:8

**mentioned** 21:9 34:20 37:9 53:17 63:5 65:17 134:11 136:4 170:22 195:3 202:1

**mentioning** 204:10

**met** 26:10,13 28:5 28:11

**metadata** 52:3 82:15

**method** 205:14

**methodology** 65:21

**metric** 31:11 44:15 53:7 54:3 55:4 57:8,18 65:22,22

**metrics** 60:13 182:2 194:19 195:1,1,22 196:4

**michael** 72:6,9,11 136:21

**middle** 106:9

**miller** 136:22 137:4

**million** 122:19 123:11,22 125:1 125:15,19,20,20 126:3,9,17 127:4 127:6,7 131:9,9 131:12,20 132:6 132:16 133:4,8

Edward Walczak                                                  May 18, 2021

[million - normal]                                                  Page 20

134:5,6 135:3,5
155:17 187:22
188:2
**millions** 120:4
**mind** 23:2 48:10
76:6 117:13
203:12 213:17
**mine** 24:21
**mini** 139:20 140:2
140:5,6,8
**minis** 139:14
**minus** 126:16
151:20 157:9,22
158:3 202:11,12
202:12
**minute** 15:12 89:9
126:6 160:5
175:13 185:2
188:13 210:18
**minutes** 49:20
89:14,16 92:22
115:3 121:11,12
218:13
**misc** 7:9,11,13,15
**miscellaneous**
102:22
**mischaracterizes**
194:6
**misrepresentation**
89:6
**missed** 27:12
**misses** 60:12
**misspelled** 82:4
**mistake** 103:19
111:22 112:4
114:15,17 159:20
**misunderstood**
112:17
**mitigate** 20:2
**mode** 144:17
**model** 138:15
139:20 142:4
143:5,8,9,11
145:12 147:8

151:5 155:18
177:14 186:15
215:15
**modeling** 138:13
139:14 165:2
217:15,17,20
**models** 136:6
164:19 174:19,22
175:5,5 186:2
205:12,13 208:21
215:18
**modification**
46:20 77:21
**modified** 18:11
77:15,17 78:1
**modify** 46:13
**moment** 13:9,17
22:16 25:6,19,22
32:16,21 37:19
50:18 58:12 67:20
74:10 77:6 78:11
84:17 85:8 89:1
115:7 121:9
127:20 130:12
143:15 150:3
158:12 159:12
175:8 181:4
185:18 194:2
196:7,19 197:13
212:9 216:18
**money** 76:9 94:9
94:12,14,17 95:5
97:20 120:10
121:4 203:1
**monitor** 66:17
**monitoring** 36:13
**month** 52:6
176:13 199:15
216:22
**months** 124:15
125:16 188:20
**morning** 10:2
**mortgage** 116:18
116:19 117:1,5

**mouse** 177:16,20
**move** 36:11 70:7
130:8 140:14
154:12 157:10
162:19 182:9
202:3,7,16 205:11
**movement** 157:5
163:18 182:21
201:6 206:2,7,12
208:7 214:5
**movements**
206:21 214:12
**moves** 151:21
201:8,20,22
202:11
**moving** 65:20
141:19 146:13
**multiple** 60:9
**muted** 82:11
**mutual** 19:13
20:22 22:1 65:21
97:15 127:10,13
158:9 211:15

**n**

**n** 2:1 3:1 4:1 5:1
9:5 10:1 24:14
125:11
**name** 10:9,18
11:21 13:22 18:4
18:8 51:14 77:12
82:4 125:11
166:19 171:10
207:18
**name's** 77:21
**named** 26:7
**names** 102:10
**national** 6:19
**natural** 97:12
**nature** 188:18
**nav** 55:10 57:15
184:14,20 187:9
**navigating** 107:21
**nearby** 176:11

**nearest** 145:14,15
146:4 176:19
**necessarily** 153:6
**necessary** 194:17
224:6
**need** 13:10 14:6
39:14 40:6 43:7
46:5 47:17,18
54:21 89:9 176:9
183:20 202:17
**negative** 53:12
55:21 56:1,22,22
57:1,12,22 58:5
199:16
**neglected** 188:19
**neither** 220:11
221:7
**net** 52:19 53:6,13
54:4,7,20,22 55:8
55:8,11,16 57:20
126:22 127:7
133:8 134:4 162:3
184:15
**never** 40:11 93:14
98:19 124:16
128:14,17 129:7
129:19 149:19
156:21 159:3
**new** 2:8,15,21
25:10 28:18 46:9
204:14,17
**newsletter** 72:17
**nice** 173:15
**night** 47:8
**nine** 144:13
159:17 189:17
**ninety** 189:16
**non** 199:22 200:12
**noncooperative**
42:22
**nonwritten** 22:17
**normal** 73:16
91:14

**normally** 97:4
142:11 145:10,10
145:13 169:9
200:13 204:6
**north** 3:5
**notary** 1:17 220:1
220:18 224:13,19
**note** 222:10
**noted** 82:16 83:9
224:7
**notes** 92:16,17
**notwithstanding**
12:7
**november** 15:21
16:7 19:15 20:18
21:6,19 22:8,19
23:5,8,12 24:19
31:6 58:15 59:18
66:13 67:1
**number** 34:5,12
40:14 41:3,4 57:9
58:1 59:8 63:8,14
64:16 91:1 109:12
149:15 159:13
162:11 165:1
176:17 202:18
216:15
**numbers** 22:21
24:10 54:2 63:6
63:15 64:22 125:6
125:11 126:20
130:16 152:10
158:15 162:13,15
162:16 186:4
189:20 201:11,12
201:13
**ny** 2:8,15,21

**o**

**o** 10:1 24:14,14
**o'keefe** 100:6,19
**oath** 12:4,7
**obj** 153:14
**object** 82:11,12,14
82:21 98:14

**objecting** 112:11
**objection** 59:22
60:13 62:14 63:2
82:16 83:9,11,17
91:22 112:6 193:8
193:19 194:5
**objection's** 60:15
**objections** 82:21
**objective** 21:11
195:6,20
**objectives** 73:17
86:14
**obligated** 192:4
**obligation** 192:11
193:5,12
**observation**
208:11
**observes** 213:9
**obtain** 29:14,17
**obtained** 29:19
**obviously** 35:15
102:16 154:16
214:2
**occasions** 70:21
**occur** 113:4 197:5
198:11
**occurred** 76:14
197:3 198:4
**occurrence** 181:3
**occurrences** 200:7
**october** 28:3 29:9
**office** 29:10,14,17
29:19 40:16 115:6
172:9
**officer** 220:2
**oftentimes** 96:10
98:6
**oh** 33:10 47:16
58:18 67:22 72:9
77:19 78:10 86:15
109:7 111:5 125:9
150:18 154:22
159:18 171:8
189:22 190:4

214:18
**oil** 169:4
**okay** 12:11,14
13:8 14:20 15:12
15:16,21 16:3,7
16:10,16,21 17:1
17:12,14,17,19
18:1,7,10,13,20
19:14 20:5,15
21:18 22:6 23:5
24:7,14,22 25:6,7
25:22 26:2 27:17
28:2,17 29:3,13
29:22 30:10 31:1
31:6,10,17 32:1,8
33:3,10,17,21
34:8,10 36:11,15
38:7,16,18 40:18
41:22 42:6,14
43:9,17,20 44:9
44:17,21 45:5
47:1,7,10 48:17
50:6,18,21 51:4,8
51:11,14 52:2,8
52:13,21 53:17,22
54:6,12,20 55:2
55:10,17 56:6,12
57:7,10,16 58:3,7
58:11,17 59:7
60:17 61:7 63:12
67:4,15,19 68:1,5
68:12 69:12,21
71:3,13,21 72:10
72:15,21 73:7,18
74:20 75:9,15
76:10,16 77:6,8
77:21 78:3,14
79:9,13,20 80:5,8
80:9,11 81:3,8,22
82:10 83:20 84:10
84:13,21 85:11,16
85:20 86:17,21
87:7,18 88:3,20
89:18 90:7,15,21

91:6,11,16 92:7
92:21 94:6,16
95:6 96:5 97:22
98:18 99:7,10
100:1,3,4,12,19
101:5,11 102:4,11
103:10 104:5,8,13
104:22 105:5,18
106:17,21 107:5,8
107:9,21 109:19
110:16 111:5,9,13
112:4 113:15
115:2,14,19 116:8
117:1,13,21
118:12 119:1
120:5,20 121:4
122:4 123:3,9,19
124:13 125:14,18
127:5,12,20
128:10 130:7,17
130:21 132:2,17
133:6,15,20 134:9
134:17,21 135:7
135:15,17 136:3,8
137:3,8 138:3,4
138:14 139:3,10
140:16 141:10,18
141:19 143:21
144:4,22 145:6,20
146:13,19 147:2
147:10 148:1,4,9
148:13,22 149:1
149:15,19,22
150:7,13,18,18
152:5,10,16 153:4
153:21 154:3
155:6 156:12
157:1,6,12,14,20
158:2,11,13,20
159:11 160:4
161:3,14,22
162:11 163:9
164:7 165:7,11
166:10,14 167:11

167:20,21 170:12
171:8 172:6,10,19
173:7,11,15
174:11,17 175:19
176:17 177:18,22
178:12,12 179:8
179:13 180:10,15
181:4 182:13,19
184:12,19 185:2
186:20 187:2,5,8
187:12,20 188:5,9
188:22 189:4,7,12
189:22 190:4,5,5
190:8 191:15,20
192:9,17 193:15
194:22 196:2,21
197:5,7,11 198:1
198:8,9 199:2,6
199:12 201:13,18
201:21 202:5,15
202:22 205:17,21
206:4,10 207:11
208:8,18 210:7,15
211:3,9,18,22
212:11,18 214:10
214:17,21,22
216:8 218:2,10
**old** 46:10 198:14
**older** 139:1
**once** 14:21 28:11
29:19 142:15
155:10 167:5
178:8
**one's** 37:4
**ones** 22:11 29:6
36:22 37:14 46:9
46:10 47:5
**ongoing** 70:10
85:5 87:5,11,14
**open** 14:14,16,17
14:19 15:10 17:19
22:22 23:13,16,20
23:21 24:11,17
31:17 50:16 52:15

53:5,6,13 54:4,7
55:1,3,8,9,15,22
56:4,19,20 57:18
58:9 77:6 99:19
101:12 105:8
113:22 175:5
176:15 199:14
205:14
**opened** 167:19
**operate** 20:22
**operated** 21:1
196:6
**operates** 84:16
**operating** 19:11
19:17,19,20 20:5
21:8,12 30:18
31:5 36:18 37:2,9
37:22 44:15 195:7
**operation** 46:12
64:17
**opportunity**
145:14
**opposed** 156:13
160:12
**option** 22:22
23:20 104:11,12
104:15 136:7
143:3,15 150:20
158:17 175:4
207:17 208:22
209:17
**option's** 209:22
**options** 7:3 23:13
23:17 24:17 52:15
54:13,16 55:15
56:19 57:18 95:7
101:19,21 102:22
102:22 104:6,20
111:6 112:22
114:13 134:20
140:1,2 146:19
150:4,7 153:7
158:18 164:22
205:15,19 206:15

206:17,20,22
208:2,6,12,17
209:3
**optionvue** 7:21,22
8:3,6 24:13 53:19
136:5,5,6,9 138:5
138:6 140:11
141:6,8,15,17
158:14 160:11,17
161:18 163:21
166:11,22 168:17
169:10 170:12,16
170:21 171:15
172:7 173:18
174:12 175:11
178:6 180:19
181:8 184:2,11,20
185:12,19 186:9
187:2,5,10,13,14
187:21 190:18
191:16 192:6,18
192:21 193:3
196:3 202:22
204:4,11 205:3,6
205:12,19 207:13
208:11 210:10,16
217:9,11,13,15
**optn** 104:8
**opvionvue** 175:9
**oranges** 151:4
**order** 110:20
207:5,6 209:2,15
210:5
**ordinarily** 13:11
**organization**
26:17
**orig** 149:8,12
**original** 70:3,6
107:18 109:15
149:6 182:19
**originally** 182:2
**orson** 4:3 10:9
**outcome** 220:16
221:12

**outcomes** 214:9
**outcry** 113:22
175:5 205:14
**outlined** 36:13
**outright** 116:17
**outset** 70:10
**outside** 29:10 84:4
151:7 200:9
212:15
**overall** 171:14
**overbought**
212:19
**overbullish**
212:19
**overvalued**
212:19 213:4,15
**owner** 130:19,21
137:7

| p |
|---|

**p** 2:1,1 3:1,1 4:1,1
10:1 24:14
**p&l** 142:9 151:2
152:17 153:8
159:9 160:18
161:15,19 217:7
**p.m.** 15:22 42:4
135:22 185:4,7
210:19,22 218:16
218:19 219:12,15
**pad** 20:12 25:4
**page** 5:2,6 6:2 7:2
8:2 9:2 17:9 20:4
33:3 87:8 110:17
160:9 189:12,18
189:20,21 190:1,5
190:8 198:2 223:4
223:7,10,13,16,19
**pages** 89:20
189:20
**paid** 106:13 125:1
125:15,19 126:8
**paper** 20:13 66:5
186:13

Edward Walczak                                                      May 18, 2021

[paragraph - points]                                                      Page 23

**paragraph**  30:1
168:4 199:13
**paragraphs**
212:10 213:14
**parameter**  22:17
31:11 37:7 42:16
42:19 44:15
140:11,13
**parameters**  19:17
19:19,21 20:1,5
21:9,12 22:12
30:18 31:5 32:2
37:9,22 38:3 44:6
44:10,19,21 45:20
45:21 46:6,17,18
47:1 52:15 66:7
66:20,22 70:11
85:6 86:10,19
87:12,15 142:2,4
195:7 215:4 217:6
**pardon**  61:19
**part**  35:1 44:7
53:4 72:5,10 75:7
75:14,15,16 76:2
93:21 96:15
100:18 113:7
116:8 120:18,18
120:18 127:9,9
130:17 137:7
181:19 185:16
187:20 202:1
204:10 217:21
**partial**  102:21
**participants**  12:8
**particular**  16:19
20:11 40:19 47:10
48:21 55:17 74:2
104:12 141:11
144:19 145:17
152:19 154:13
162:6 164:14
165:15 176:13
177:1,13,13 188:1
191:10 194:14

202:16 203:3,7
206:2 211:20
218:2
**particularly**  134:4
**parties**  220:12,14
221:8,11
**parts**  36:2 72:4
**passage**  210:13
**passed**  84:7
**pasted**  198:18
199:3
**patterns**  201:16
**pay**  116:4 120:11
148:17,20 216:3
**paying**  159:4,6
**payments**  7:17
124:5,14 134:8
**payroll**  199:22
200:12
**pdf**  14:13,16
15:14,15 25:10
189:18,21 198:3
**pdfs**  67:5
**pending**  12:19
**people**  17:15 18:8
73:16 74:6,17,20
75:13 91:1 173:22
**people's**  92:17
**percent**  55:15
57:9,14,19,22
58:1,2 147:9
148:14,14 155:19
182:3,5,9 183:7
190:13 191:5,16
191:22 192:6,10
192:14 193:3,18
202:12,12,13
**percentage**  55:18
55:20 59:8 61:8
63:18 64:2 187:16
188:3,6
**percentages**  155:7
156:7

**perfect**  15:7
**perform**  186:3,22
**performance**
46:21 63:16 93:12
97:15
**performed**  142:15
**period**  23:19 24:8
24:19 31:4 36:16
38:4 104:12
113:20 140:19,21
141:1,2,4,12
144:14 151:7
165:2 170:15
177:2,14 178:11
179:6 182:6
**periodically**  24:4
166:2
**periods**  164:15
177:4,8 178:2
179:7
**permanent**  100:18
**permutations**
164:22 165:1
**person**  27:14
**personal**  43:5
115:8 120:18
132:3 133:13
134:12,18,19,22
**perspective**
214:15
**peter**  2:18 10:21
**phone**  13:1 38:19
38:22 94:5
**phrase**  86:2 89:2
90:4,17,22 93:8
93:14,18 97:11,12
213:6
**physical**  109:11
**pick**  177:5,7
186:16
**piece**  136:6 166:22
186:13 199:7
213:14

**pjanowski**  2:22
**place**  21:11 71:21
96:17 173:17,21
182:3,15 184:4,10
184:14
**placed**  154:10
**plaintiff**  1:6 2:2
**played**  68:8
216:15
**please**  11:9,10,20
14:15 22:16 25:8
25:20 32:16 34:5
34:9 41:14 43:18
71:14 72:1 80:6
100:3 101:4
105:14 121:21
122:13 123:3,13
132:19 137:20
168:8 177:17
181:4 193:22
196:19 214:17
216:18
**plus**  126:16
151:18 157:9,22
158:3 202:11,12
202:12
**point**  26:12 28:7
29:13,17 30:6
32:13 33:19 44:5
44:17 58:3 70:17
86:15 96:5,8
109:1 117:9,10
139:9 140:8,14
143:4 151:3,9,21
165:15 166:3
168:3 171:21
191:2 201:8 204:8
207:21 208:8,10
208:13 209:13
212:17
**points**  69:2 80:14
96:2 186:17 191:3
201:15 202:10
203:16 207:12

poorly  199:16
pops  146:3
populated  64:21
  149:5 160:11
portfolio  22:3
  80:14 85:7,16,20
  88:21 89:2 90:4
  137:7 155:14
  164:12 165:8,13
  165:19 166:9
  169:22 170:8,18
  171:9,14 174:21
  175:3,11 176:2,4
  176:11,16,17
  178:15 179:15
  181:6,8 182:16
  183:3,6,21,21
  185:12,20 186:10
  186:16 187:6,10
  187:21 195:15
  215:11
portfolio's  186:21
portion  127:11
  130:22 134:8
  145:12 199:3
position  22:21
  23:9 24:8 25:1
  26:13 35:19 54:9
  68:22 80:13 95:20
  96:19 104:7 112:2
  112:15 143:12
  152:19,20 154:17
  154:19 162:6,7,8
  162:18
positioned  203:1
  216:9,19
positioning  103:3
positions  7:4
  22:22 23:22 24:11
  52:20 53:6 54:5,8
  55:1,3,9 56:7,8,21
  57:2,3 70:10 85:5
  95:6,12 96:9
  101:2,17,18,19,21

102:13,16,21,21
102:22 103:1,7,15
110:20 111:7,15
112:3,13,19
113:18 114:21
134:20 138:12,15
139:2 143:1
146:10 148:6,10
148:10 155:14,22
156:4,9,11,17
158:18 163:10,18
164:6,16 166:1,8
166:10,16,18
168:5,15 170:3,5
170:18 172:4,7,14
172:17,21 173:2,5
173:19,21 174:10
174:13 176:10,18
177:3,10,14
178:11 191:11
194:15 216:16
218:8
positive  56:21
  57:11 200:3
possibilities  92:20
possibility  190:13
possible  41:6
  47:21 48:1 84:10
  84:12 89:1,4 90:3
  90:6,15,19,20
  112:14,15 114:7
  114:12,14,17
  115:1 192:15
possibly  45:2
posted  212:4
potential  114:4
  206:21
powerpoint  67:5
  68:6 71:6 72:2
  76:11,22 79:10,20
  79:21 80:17 81:22
  85:1
practice  40:9
  91:15 139:20

155:21 156:3,16
161:19 164:7,9
165:4 174:11
precise  102:7
precisely  155:4
predecessor  19:18
  21:1 69:11
predominantly
  203:16
prefer  35:8
prefix  99:13
preliminary  12:1
premium  22:22
  23:13,17,20 24:17
  52:15 55:15 56:20
  57:19
preparation  88:4
  88:6
prepare  47:21
prepared  71:17
  221:3
present  4:2 37:16
presentation  6:13
  6:15,19 68:6,9
  71:6 72:18,21
  73:5,8 76:2,10,11
  78:4 80:7 81:21
  81:22 84:6 85:22
  88:4,7 91:3,12
  92:14 204:5
presentations
  67:6 73:22 89:16
  91:6 92:15
presented  73:19
presenting  92:3
press  14:11
presumably  59:12
pretax  124:1
pretty  35:4 36:4
  60:7 73:4 76:14
  96:12 98:5 99:3
  107:13 108:11
  119:22 130:15
  139:1 167:10

173:4
previous  21:2 29:1
  63:5 65:19 107:15
  108:12
previously  34:20
  53:17 83:21
price  8:13 104:15
  136:7 138:19
  139:4,4,5 143:3
  143:15,17 148:11
  152:20 154:9,13
  157:5 158:3,4
  162:20,22 190:14
  191:3 197:12,20
  201:6 205:15,19
priced  205:13,15
prices  24:5 153:5
  153:6 156:11,18
  165:22 175:4
  181:9 198:5
  201:16
pricing  95:16
  143:19 155:13
  184:6 205:14
  206:15 207:1
  208:12 209:17
primary  88:21
  100:20
prior  19:15 21:6,9
  36:6 39:9 44:22
  90:17 92:3 110:14
  220:5
probabilities
  213:20 214:4,4
probability  183:9
probably  26:15
  36:6,7 50:13,14
  73:12 77:5 102:10
  179:2 181:2 210:4
  212:16
procedures  5:18
  34:3 194:17
proceeding  1:15
  219:16 221:4

Edward Walczak                                                      May 18, 2021

[proceedings - realistic]                                           Page 25

proceedings 220:3
220:5,6,9 221:6
process 35:18 36:2
66:5 84:17 90:11
153:11 173:20
174:4 175:5
191:20 201:5
202:2,4 217:21
processes 173:16
produce 40:12
produced 67:8
124:3 125:4
127:22 128:20
129:3,6
productive 89:21
professor 209:3
profile 96:12 98:6
213:18
profit 93:20 94:3
94:11 95:1 96:6
121:3 148:8 150:4
150:12 152:3
155:9 156:13
158:20 159:1
160:12
profits 80:22
86:14
program 101:11
progress 46:17,19
proj 145:6
projection 145:8
145:21 146:5
164:3,10,13
175:12 176:2,6,20
properly 168:10
properties 17:15
117:17,18
proprietary
212:22 213:2,5
prospective
142:19
proven 70:11 86:3
86:10,19,22 87:12
87:19 88:1 90:16

90:22
provide 71:2 89:5
provided 68:10,16
69:11,17 70:15,16
71:1 79:4,4 149:2
211:18
provider 198:20
200:9
providers 198:19
provides 157:19
public 1:17 197:20
220:1,18 224:19
publishes 211:16
pull 16:18 71:14
76:21 121:20
122:13 123:3,13
137:19 160:5
168:7 196:8
197:16 214:17
pulled 137:2
197:19
purchase 7:18
128:12 130:11
purchased 120:3
120:16
purchases 129:14
purple 157:2,6,7,9
157:15 158:16
purpose 28:19
45:7,10 73:11
75:15 76:2 140:20
purposes 91:2,4,7
130:5 141:7
169:19
put 21:11 25:6
30:13,15 68:16
104:13 114:16
131:2 132:17
136:17 146:21,22
147:2,7 150:22
152:17 154:11
156:11 165:21
170:3,11 175:10
182:2 184:3,4,10

184:14 187:9
201:5
puts 54:17 164:20
170:1
puzzled 64:13

q

qualified 220:7
quantifiable
202:20
quantitative
202:20
quantity 113:5
quarter 6:13,15
79:22 80:7
question 12:19
21:18 29:8 33:12
39:13 41:11 43:8
56:14 60:1 61:22
62:8,17 64:12,14
82:13,15,18 83:2
83:6,8,9,11,13,21
86:7 89:11,22
91:21 93:22 96:18
102:18 108:8,9
110:6,7,11 125:9
132:10 134:1
156:2 175:21
182:19 184:13
186:7 190:9,12
191:1,2,6 192:3
192:16 193:2,21
194:1 204:13,14
204:17 207:20
209:6,8,10,12
213:16
questioning 12:16
158:8
questions 12:2
15:13 28:16
112:11 115:3,8
129:18 130:13,14
132:8 140:17
141:7,15 158:13
170:13 188:14

218:22 219:2
quick 25:9
quickly 71:16
quite 43:16 98:10
quote 198:18
quoted 84:11
quotes 139:21

r

r 2:1 3:1 4:1 10:1
11:22 223:3,3
raise 11:10
ran 186:10 187:5
187:14 215:3
217:9
rang 94:6
range 158:3 181:9
182:21
rapid 114:6
rapidly 99:2 173:4
rare 95:22 181:3
ratio 95:3,9,18
96:11,14,17,20
97:6,7 98:4,17
99:5,7 199:17
rattled 125:22
reaction 178:21
read 74:8 111:11
114:22 128:7
168:13 190:22
193:22 212:21
214:7,13 222:9
224:5
reading 183:1,2
212:15 213:13
readings 181:15
181:22 182:20
ready 80:4
real 25:9 116:20
117:8,14,16
133:16 134:10
142:13 167:2
realistic 163:14
183:19

realize 181:15
realized 139:6
  181:22
really 22:2,10
  35:8 57:10 58:1
  61:9 88:18 93:14
  140:12 149:4
  152:4 153:3,19
  176:8 178:18
  180:7 182:9,17
  183:16 186:1
  200:22 203:20
  206:7,17 207:1
  216:3 217:2
reason 45:16
  61:14,22 62:21
  63:7,10 64:7
  102:11 103:13,16
  105:12 120:10
  128:11,19 129:2,5
  129:13 133:6
  150:15 222:11
  223:6,9,12,15,18
  223:21
reasonable 24:3
  176:21 182:6
reasonably 46:11
reasons 102:20
  103:1 129:9 134:3
  213:19
recall 16:5,8,15,19
  19:7,10 22:4,9,11
  22:13,16 23:14,16
  26:9 28:2,4,5,7
  31:4 32:15 35:11
  35:16 37:5 38:1,5
  38:18,22 39:2,12
  41:9 42:6,13,14
  42:18 44:4 47:3,5
  47:7 48:19,21
  49:3,6 52:11,21
  61:2 64:3 65:2,17
  66:8,10,22 67:2
  69:5 72:21 76:19

86:1 88:3,5,6,8,9
  91:11,14 93:17
  96:1 101:3 106:17
  106:20 107:15
  108:11 113:11,11
  113:14,17 114:8
  114:11 118:2,3,5
  118:8 119:20
  120:20 147:15
  150:9 159:4,6
  173:20 174:3,5
  182:20 196:21
  197:9 215:9 216:9
  216:11,19,21
  218:1
receipt 222:18
recipients 108:5
recognize 20:11
  30:11 51:4 68:1,3
  77:20 101:6,8,13
  122:4 171:9
recollection 28:11
  43:1,2,6,21 49:16
  52:8 60:3,10 73:2
  78:3,8 81:9 88:10
  111:10 119:3
  140:7 160:16
  198:3 212:21,22
  214:6
record 10:3,14,18
  11:21 12:22,22
  24:16 38:2 49:19
  50:1,2,4 51:15
  60:15 74:13 82:17
  82:22 92:22 93:3
  93:4,6 103:4
  121:11,15,16,18
  135:18,20,21
  136:1 137:3
  142:14,17 149:9
  185:3,5,6,8 194:3
  210:18,20,21
  211:1 217:11
  218:11,17,18,20

219:11,13 220:9
  221:5
recorded 10:4
  44:22 66:2,3
  114:2 142:22
  148:11 220:6
recording 13:5
  44:6,9,18 220:8
  221:4
records 91:16
  103:5,18 119:7
  174:1 188:5 217:8
recount 65:18
red 138:11 143:1
  143:10
reduce 203:8,11
  204:21 206:1,13
reduced 70:9
  220:7
refer 63:10,12
  97:7 149:6 169:6
  194:22 213:11
  217:18
referenced 222:6
referentially
  207:16
referred 64:1
  94:22 95:9 125:18
  186:8
referring 24:12
  31:14 60:22 61:15
  62:22 64:8 68:15
  95:8 104:16
  139:11 141:1,11
  168:15 169:18
  180:11 186:9
  195:1 206:6
  217:17,20
refers 152:8 154:6
reflect 39:3 58:4
  111:6 124:14
  125:19 128:12
  129:14 130:18

reflected 101:14
  156:17 158:18
  185:12 212:1
reflecting 197:20
  212:4
reflective 208:5
reflects 122:8,18
  123:9,21 130:11
  148:5 210:12
refresh 14:11 25:8
  32:20 33:3 38:9
  41:14 43:20 50:12
  52:8 78:3 81:8
  99:20 111:9 198:3
refreshed 100:1
regarding 45:5
regardless 113:15
reinforced 108:12
related 17:15,15
  18:8 51:9 63:15
  64:17 153:17,22
  220:11 221:7
relates 207:7,9
relative 45:22
  148:11 220:13
  221:10
relatively 95:22
relevant 156:8
remarks 40:22
remember 18:15
  19:1,16,18 20:8
  20:21 21:3,13,15
  22:20,20 23:1,4
  23:11 26:9,11,13
  27:8,19,21,21
  28:1,9,12,13,15
  28:15,20 29:2,3,6
  29:21 30:17 34:18
  35:22 42:10,12
  44:2,8,11 48:5,6,9
  48:15,22 49:1,5
  49:11,13,17 58:6
  59:2 60:6 63:20
  64:6,20 73:9 74:2

76:13 83:21 88:11
88:13,17 92:13
97:16 100:15
102:2 106:6,10
107:12,13 113:12
113:21 116:10
117:3,6,9,11
118:22 119:10,19
120:2,5,13 131:14
135:8 146:3
169:20 197:3
198:15 200:16
201:2 216:16
217:3,4,7 218:3
**remembering**
171:2
**remind** 92:17
175:10
**reminds** 81:12
**remote** 1:15 10:4
**remotely** 12:8
**remove** 142:20
191:18 192:9
193:5,17
**removed** 87:19
88:1
**repeat** 33:12 83:5
84:15 134:1
175:21 193:21
**repetitive** 23:10
39:11
**rephrase** 94:1
96:7 156:2 200:18
**replayed** 74:13
194:3
**report** 112:17
200:12
**reported** 1:17
31:11 112:16
123:1
**reporter** 10:11
11:9,10,17 74:8
74:10,13 193:22
194:3

**reporters** 219:6
**reporting** 93:12
**reports** 141:21
169:15
**represent** 138:9
145:4 152:11
155:7 157:2,3
162:15,18
**representation**
178:5
**representing**
145:2 163:3,7
**represents** 124:18
141:5 157:15
158:6 163:17
**reqmt** 149:12
**requested** 74:14
194:4 220:21
**required** 195:8
196:3 224:13
**requirement**
149:6
**reread** 213:16
**research** 198:19
198:20 199:10
**reserve** 219:3
**reserved** 219:14
**respect** 106:4
**respectfully** 61:21
**respectively** 67:11
105:7 138:19
141:21 168:21
**respond** 37:18
182:17
**responding**
140:17
**response** 29:1
41:10 63:5 102:8
**responsibilities**
35:5 47:18 75:6
**responsible** 59:13
59:18 63:17 69:18
75:1 84:3

**rest** 10:17
**results** 195:17
**retroactively**
43:22 45:18 52:9
**return** 96:12
199:16 216:22
222:13,17
**returns** 123:2
131:15 199:21
200:2 204:6
**revealed** 193:14
**review** 15:12
25:19 26:1 34:5
41:15 43:18 50:18
58:12 84:3,16
85:8 130:13 160:6
196:19 212:9
220:21 222:7
**reviewed** 34:4
69:10 90:12 91:2
91:4,6 92:3
**reviewing** 30:8
**reviews** 30:4
**revolved** 172:3
**reward** 199:16
**rid** 25:9 79:13
**right** 11:11 14:12
14:12,18,22 15:1
15:2,9,15,18
17:13,14 18:2,7
25:10,21 27:6,15
30:17 31:17,20
32:2 34:1 36:15
37:19 38:15,17
39:15,17 40:7,21
41:21 43:9,19
45:8 46:16 49:3
50:17 51:21 52:1
52:6 55:7,11
56:11 57:4,6,20
59:14,21 64:9
67:18,20 68:18
69:14 72:7 73:8
73:19 74:21 75:11

75:18 76:4,12
78:13,17 79:3,14
80:19 81:5 82:2
84:11,22 85:11,14
85:18 86:17 87:6
87:12,13,16,20
89:12 91:8,17
92:11 99:8 100:16
101:22 103:11
105:18 106:15
107:7,7,8 108:6,7
109:6,17 112:21
113:8 121:13
122:9 123:6
125:14,21 126:3
126:11,15,19
128:9 137:2 138:1
141:19 144:1,8
145:6 146:11
147:17,19 148:6
148:11,15 149:14
150:2,5,14 151:16
151:21,22 153:7
154:8,12 155:6,9
156:8,19 157:20
160:19 161:12,14
161:16,20 162:9
162:12,13,19
163:3,11,22,22
174:8 175:7,17,19
178:10,13 185:13
185:22 186:10,22
187:3,6,10 189:5
189:10,11 190:6
191:18 192:22
194:11 197:6
198:7,11 204:11
205:19 206:2,8,9
211:11,20 217:19
**rios** 33:8,8,14,17
33:18 40:2 42:18
58:15 60:19,21
61:15 62:22 64:8
65:13 88:13 100:6

105:22 136:21
196:17 211:10
214:22 215:3
**rise** 99:2 146:18
**rising** 93:20,21
94:3 95:1 96:6
**risk** 5:11,14 6:7,9
16:11 17:6 19:7
20:19 21:5,20
22:6 23:9 30:3,8
30:14,22 32:14
34:12 36:13,18
37:7,22 39:5,9
42:16,19 43:22
44:6,7,10,15,15
44:19,21 45:14,19
47:1,21 48:14
49:3 51:6 52:10
52:15 60:5,13,22
61:15 63:1,19
64:1,8 65:7,11,15
66:13,17 68:13,19
69:7,12,18,22
70:4,11 76:4
78:19 80:12,20
85:3,6 86:10,19
87:3,12,15 110:21
137:15 191:18,20
191:21 192:10
193:5,17 194:16
194:19,22 195:1
196:4,4 199:16
202:2 203:8,11
204:21 206:1,13
209:9 213:18,22
217:6
**risking** 216:10,14
**rm** 59:4
**role** 16:8 68:8
72:13 100:18
**room** 12:12,13,14
**rosenburg** 3:4
**rotate** 137:22
138:2 168:10

**rough** 127:15
**roughly** 137:15
**round** 77:3
**roundtable** 74:1
**row** 104:16 160:18
160:18 161:1,3,12
161:14,15 162:1
162:12 178:9
**rules** 20:14 79:1
80:22 81:4,10
82:8 83:15 180:8
**run** 16:11 39:5
164:7 204:10

**s**

**s** 1:8,12 2:1 3:1,2
4:1 5:5 6:1 7:1 8:1
9:1 10:1,6 11:13
169:7 222:4 223:1
223:3 224:1
**s&p** 104:8 139:11
139:13 147:17,20
148:2 158:2 169:3
181:9 182:21
214:12
**saffrin** 100:6,12
101:1 102:12
113:10 114:13,19
**sale** 128:13 130:12
**sales** 6:19 7:18
73:4,8,11,14,16
73:22 74:6,17,18
74:20 75:13,15
76:16 78:5 82:1
85:22 88:4,7,22
91:3,11 129:14
**sam** 10:15 60:12
62:3 89:14 129:17
132:7 159:15
204:12 219:4
**sample** 40:7,12
141:17 175:8
**samuel** 2:4
**san** 117:19,22
118:6

**sandwich** 173:13
**sat** 48:22
**save** 167:8,9 171:1
172:17
**saved** 166:11,18
217:22
**saves** 167:3
217:15
**saving** 167:6
218:1
**saw** 73:15 113:15
192:21
**saying** 34:3 72:10
95:19 109:5
199:20 203:13
213:8
**says** 15:19 16:1
17:2,9 18:4,8 30:2
34:12 39:4 55:10
57:14 59:11 60:19
65:3,13 68:22
70:8 72:15 80:12
80:20 85:3 86:9
86:12,18 87:11,14
103:6 105:14
108:2 110:19
123:12 124:5
128:3 131:1
144:10 153:14
154:4,22 168:4
183:14 189:16
190:12 191:2
199:13 200:5
215:3
**sbylina** 3:20
**scale** 151:14
**scans** 215:4
**scenario** 164:8
179:17 180:21
182:11,13,16
183:4,11,13,18
188:1 191:11
192:14 194:14

**scenarios** 40:15,19
41:3,5 174:21,22
175:2 183:19
186:5,22
**scheduled** 42:7
**school** 116:12
**schoonover** 72:6,9
72:11 105:22
136:21
**schumacher** 3:4
**scope** 113:5
**screen** 15:2 17:2
17:17 18:2,4
50:22 67:22 71:20
77:7 78:13 84:22
110:13 137:21
138:5,6,8,16,17
160:17 168:5,14
168:19 171:16,18
172:20 175:9
177:19
**screenshare** 51:2
77:9 79:11
**screenshot** 7:21
7:22 8:3,6 171:11
**scroll** 68:18 78:11
80:9 84:21 189:19
197:22
**scrolling** 85:2
**sec** 5:9,13,16 6:18
9:5 13:17,19 18:5
25:13,14 71:5,6
71:19 77:12
148:22 159:14
**second** 33:9
106:21 107:3
110:18 115:4
131:3 145:15
167:12 197:11
198:6,6 207:5
209:2,15
**secondarily** 88:11
**seconds** 35:21

see 14:4,7,8,9,12
  14:21 15:15 16:12
  16:13 17:3,6,9,14
  18:2,4,7,10 20:4
  24:10 25:10,10,17
  25:21 27:7,9,11
  27:11 30:4 31:9
  33:4,5,6,15 34:6,7
  34:10,13 38:9,17
  39:6,6,7 50:8 51:2
  51:9,11 52:16
  55:18 59:9 67:15
  68:21,22 69:3
  70:12 71:9 72:9
  72:15,20 77:8,11
  77:15 78:19,22
  79:11 80:15 81:1
  81:6 85:12,13
  86:2,11,18,21
  87:1 99:20 100:7
  103:7 104:4 105:2
  107:8 110:21
  116:2 122:12
  124:5,9,11,12
  125:2,6,7,11
  128:3,5 130:20,21
  130:22,22 136:17
  136:22 137:9,11
  137:13,14,16,17
  138:18,22 139:14
  139:16,17,18
  144:9 145:1,3
  147:8 154:12,15
  154:22 160:4
  166:15 167:18,22
  168:19 169:10
  170:17 173:18
  179:1 180:1,6
  188:12 189:19,21
  190:8,15,19 191:5
  191:13 196:14
  198:20 199:13,17
  200:5 210:11,13
  210:15 211:4

  212:5 214:21
  219:8
seeing 26:18 72:8
  84:22 113:12
seeking 189:1
seen 19:5 68:4
  77:3 91:19 124:16
  124:19 128:14,17
  128:22 129:7,19
select 145:9,14
  163:13,17 164:4
  171:15
selected 144:15
  163:1 174:22
  175:4
selection 163:2
sell 118:12,15
  119:1 121:2 137:9
  215:5 216:4,7
semantics 57:16
send 40:3,6 59:12
  72:18 101:1
  102:20
sending 19:10
  91:11 102:13
  103:14
sends 34:2
sense 15:8 27:2
  59:2 75:14 76:7
  182:18
sensitivity 176:12
  207:17 208:6
sent 31:1,3,6
  108:9,19 109:13
  113:10 114:13
  141:6 199:7
  222:14
sentence 110:18
  190:10 200:5
sentences 190:10
sentimentrader
  198:21 199:4
separate 89:20

separately 170:1
september 20:16
  20:18 21:19 22:4
  22:8,19 23:5,8,12
  24:19 115:9,10,12
  116:14 117:7
  126:16 140:20
  170:14
series 104:19
  111:6 162:12,15
service 188:20
set 19:7 66:7
  75:13 79:1 80:22
  81:3,10 82:8
  83:15 140:10
  144:8 145:10
  155:9 170:2,6
  195:6 201:3
  202:18 213:8,8
  215:5
setting 145:20
  190:18
settings 162:4
  163:16 169:21
settled 112:20
settlement 24:5
seven 18:16 37:14
  73:6 124:14 125:1
  125:16 127:4,7
  133:8 134:5
  175:18
share 17:17 50:22
  71:20 77:7 103:12
  215:11
shareholders 7:7
  106:15,18 107:10
  108:20
shares 128:13
  129:14 130:12
sharing 84:22
sheet 66:5 222:11
sheet1 17:4
shifted 56:13

short 56:7 57:2
  184:10 212:16
  215:15,19 216:6
shortly 38:19 42:7
shot 168:5
show 15:3 48:8,11
  48:13,17 91:8
  104:19 105:11
  125:1 138:4
  141:17 143:10
  152:13,14,18
  153:14 162:1
  174:17,19 202:22
showed 187:21
  191:16,22 192:6
  193:3 196:3 218:4
showing 49:3 52:3
  109:21 187:16
shown 124:20
shows 142:22
  161:2 162:3,6,21
  163:9 175:8 187:3
shutdown 167:9
sic 121:22
side 17:14 18:7
  146:13 155:6
  156:8 163:17
  170:9,11
sideways 137:21
sign 222:12
signals 215:5
  216:4,7
signature 219:3
  219:14 220:16
  221:14
signed 222:20
significant 107:13
  108:14 127:10
similar 19:19,20
  96:12 98:5 134:20
similarly 180:2
simpler 210:4
simply 64:5
  110:19 111:14

**[simply - spreadsheet]**

143:7 144:19
202:20
**single** 165:17
169:13 177:2
**sit** 110:2 115:5
131:16 132:15
143:6
**sitting** 38:1 65:5
66:12 97:18
111:14 131:18
132:2,12 134:4
135:7 155:2 199:6
**situation** 35:4
115:8
**six** 33:9 37:14
39:12 40:16 64:19
**sixteen** 71:17
**size** 35:19 117:1
184:4
**skewed** 199:16
**skills** 220:10 221:6
**skip** 58:7
**skipping** 175:15
**slc** 1:8 10:8
**slide** 68:19 70:8
78:16 80:9,20
85:2,9,11,12,13
85:14 86:9,21
87:2,10,14 89:3
90:5,17
**slightly** 141:19
**slippage** 142:6
**slope** 210:11
**small** 168:11,12
**snapshot** 155:2
162:4
**snapshots** 174:20
**snippets** 81:20
**software** 14:7
17:20 24:4,10,12
136:4,6 142:8
143:2,18 144:6
151:1 152:15
155:5,16 157:13

157:16,18 164:17
165:12 166:8,21
167:1 177:12
178:18 179:6
190:18
**sold** 117:17 118:8
120:5,21 153:7
**solely** 176:10
**solid** 144:15
145:18
**solutions** 10:10,12
222:23
**somebody** 26:7,16
26:19 27:22 92:8
173:10
**soon** 29:13
**soonest** 177:11
**sorry** 23:6,10 29:7
29:16 33:11 39:11
39:19 43:16 55:6
56:13 58:21 72:9
74:8 77:18 80:1,2
86:5,17 89:8 92:2
94:1 96:6,18
98:10 99:22
107:21 115:3
125:10 139:17,22
147:20 149:8
153:21 154:18
156:2 158:21
159:15,18,19
163:6 164:2,8
169:16 175:17
181:6,21 185:14
186:6 187:13
192:17 193:21
194:22 195:12
196:7 200:2,17
209:3,19 212:1,2
213:4 214:3,18
218:5
**sort** 56:11 73:13
85:8 154:9 176:7
214:8

**sorts** 63:15 113:3
**sound** 89:7 125:14
171:10 189:9
198:17
**sounds** 34:1 56:11
59:15 97:14,16
126:13 173:15
189:11 198:7
213:7,21
**source** 53:1,2 70:3
**sourced** 129:7
**sources** 197:20
**south** 3:12
**soybean** 169:5
**space** 29:15,18,19
**speak** 112:20
**speaking** 40:20
82:21 204:18
**specific** 19:1 21:15
22:17 28:5 30:12
35:15 36:22,22
37:13,16,17 41:9
42:22 47:4 65:9
66:9,9 68:3 78:22
80:22 81:3,10
82:8 83:15 88:17
94:10,16,22 95:2
96:2 106:10 139:8
141:16 142:17
168:20 169:2
208:1,10 214:2
217:7 218:1,8
**specifically** 21:18
21:20 23:1,14
31:10 45:7 49:12
59:17 65:4 68:15
72:3 78:15 84:13
85:13 94:13
101:21 113:21
118:2 124:13
139:13 153:4
157:7 158:2 160:7
161:1 177:22
191:1 196:16

197:1 198:15
199:12 200:16
203:6 211:18
213:7,11
**specificity** 37:21
135:8
**specifics** 22:9 39:2
49:2 52:14 114:8
216:12 217:3
**specify** 144:21
**speculate** 19:4,6
32:11 35:8 48:4
69:15 82:6 94:7
194:8
**speculation** 112:7
**speculative** 46:3
112:10
**spell** 11:21
**spend** 126:11
156:10
**spent** 13:9
**split** 171:4
**spoke** 75:20
**sported** 200:6
**spread** 95:17,18
95:21 96:4,11,20
96:20 97:6,6
98:17,17,20 99:1
99:5
**spreads** 95:4,4,9
95:10 98:1,4,12
98:18 99:7
**spreadsheet** 5:10
6:7,9 7:3,17 37:7
39:5,9 40:1,5
44:16 52:14 55:17
59:9,14,19,22
60:1,14,21 61:1,7
61:10 62:6 63:11
63:12,18 65:6,10
65:12 66:13 99:17
101:10 103:21
104:2,19 111:5
113:10,13,16

Edward Walczak

May 18, 2021

[spreadsheet - szilagyi]

Page 31

114:13,21 124:17
124:22 125:4,7
**spreadsheets**
42:16,20 43:22
45:15,18 48:14
51:20 52:10 60:19
61:3,13,19 63:7,8
63:15,20 64:4,17
64:21 65:1,11,14
101:1 102:20
**spx** 169:8
**staff** 197:19
**stamp** 13:20 99:18
108:2
**stamped** 13:17
25:12,13 32:17
38:8 41:13 43:13
71:5,6 99:11
105:6 106:22
121:21 124:4
167:15,17 196:10
197:18 211:4
**stamps** 67:7
**standard** 157:10
157:22 158:3
**standpoints**
120:15
**start** 32:13 44:9
53:10,15 89:22
136:8 157:6 164:5
190:9 204:17
**started** 20:16
33:21 34:19 35:22
44:6,18 45:4 46:7
100:14 198:11
206:4 215:5
**starting** 65:18,20
89:20 155:17
165:15 190:8,17
204:8
**starts** 86:3
**state** 10:13,17
11:21

**stated** 83:22
**statement** 24:10
53:18 54:3,6,10
54:12,18 111:1,10
114:22
**statements** 24:6
53:21,22 92:18
166:6,7 172:5,5
174:2
**states** 1:1 10:7
**statistical** 139:7
205:9
**statistics** 201:3
**status** 16:5 58:4
141:21 169:15
**stay** 180:5
**step** 144:4,17,18
144:22
**steve** 11:6
**steven** 3:16
**stick** 23:2
**stop** 69:1 80:14
85:7,17,21 89:2
90:4 153:18,22
154:2
**stopped** 195:11
**stp** 153:14
**strategies** 76:8
94:8
**strategy** 5:11,14
8:14 17:6 19:8,11
20:15,20 21:6,21
22:7,18 28:22
29:10,16 68:12
70:5 75:11,18,22
78:19 80:21 85:4
86:13 87:3 93:16
93:19 94:2,10,16
94:22 95:2 96:5,8
97:8,8 98:2,13,19
103:11 127:11
133:7,13 134:10
134:12,18,22
135:10 136:13

156:22 197:21
216:16
**street** 3:5
**stress** 185:21
186:3,8,14,19,20
187:5,14 188:6
191:3,16 192:6,18
192:21 193:3,14
195:17 202:8
204:10 205:3
217:9,11,14,18,21
218:3
**strike** 23:7 48:18
60:20 104:15
181:14 192:3
210:16
**stronger** 209:18
209:18
**strongest** 88:10
**structure** 47:17
**student** 117:4
**students** 47:17
**stuff** 13:11 19:2
20:9 34:21 35:12
36:10 84:5,8
151:16 154:13
167:2 186:17
201:12,18 213:1
215:10,13 216:6
**subdivide** 169:22
**subject** 46:20
185:18 211:13
**subjective** 214:14
**submitted** 81:19
83:22 90:9
**subscribed** 224:14
**substantive** 27:13
**suffice** 106:12
**suggesting** 200:11
**suggests** 210:1
**suite** 3:5,18
**sum** 55:8 56:20
**summary** 54:18

**summer** 217:1
**sunday** 72:6,10
**super** 168:21
169:9,10,17 170:6
170:8
**supposed** 175:14
**sure** 19:5 20:8
24:20 39:20 45:13
46:7,8,9,19 49:21
50:20 52:7 56:3
60:7,11 62:9
67:19 73:4 82:5
91:3,5 113:6
134:2 136:12
138:6 139:1,19
142:1 145:22
149:18 166:7
167:7 172:19
175:22 182:22
184:13,17 189:11
192:2 198:17
201:9 214:16
**surface** 209:22
**surfaces** 208:22
**surprise** 48:16
**surprised** 49:14
**susan** 130:19
**suspect** 53:20
**sustained** 127:9
**swasserman** 2:9
**swear** 11:9 31:22
79:7
**sworn** 11:14 220:5
224:14
**symbol** 139:16,18
140:4
**symbols** 139:17
**synched** 171:17,20
**system** 53:19
114:1,3 166:21
177:1 191:9
**systems** 215:16
**szilagyi** 26:4 29:4
30:2 106:1 136:22

217:5

**t**

**t** 5:5 6:1 7:1 8:1
9:1 24:14 144:10
144:10,10,10
179:8,11 223:3,3
**tab** 16:21 51:8
77:14
**table** 49:1 130:18
158:15 210:14
**tabs** 17:7 168:20
169:1
**tactics** 79:1 80:21
81:1,4,10 82:8
83:15
**take** 12:20 14:6
15:12 25:19,22
27:19 34:8 39:5
49:19 50:18 58:12
78:11 85:8 89:9
89:13,17 92:22
94:18 109:22
121:10,12,13
126:6 130:12
139:2 160:5
165:21 183:14
184:7 185:2
191:21 195:22
196:3,19 209:9
210:2,17 212:9
**takeaway** 213:13
**taken** 162:4 220:3
220:12 221:9
**talk** 195:13 206:4
215:22
**talked** 133:17
169:14 205:5
**talking** 57:16
74:11 92:8 113:22
140:13 185:11
192:18 205:8,17
205:22 206:7
214:4

**talks** 213:18
**target** 152:1
**targets** 152:4
**tax** 118:10 120:11
122:9 123:2
131:15 134:7,9
**taxes** 126:21 127:6
**teal** 158:6,8
181:18 204:3
**techie** 167:2
**technical** 215:4
**technique** 99:3
**techniques** 46:14
**tell** 11:15 28:10
32:20 36:9,21
37:1 39:22 45:9
56:19 78:7 109:3
110:15 112:2
119:16 130:15
132:15,20 133:2
142:12 154:14,16
154:18 155:4
173:1,13 182:10
187:12,15 192:5
192:11 193:6
209:4
**telling** 109:7 147:7
**tells** 155:4
**template** 16:12
**ten** 185:2
**tense** 117:15
**term** 93:11 97:15
209:19 213:5
215:15,19 216:6
**terms** 35:4 37:18
57:22 98:7 155:13
162:5 181:16
183:3,20 188:7
200:13 213:2
216:22
**test** 46:13 164:16
179:22 186:14,19
186:20 187:14
202:8 205:6

**testified** 11:16
150:3 187:8
**testifying** 220:5
**testimony** 13:5
34:20 65:19
107:15 108:12
140:20 194:6
195:3 222:9,18
224:8
**testing** 45:19
180:18 181:1
217:21
**tests** 185:21 186:3
186:8 187:5 188:6
191:16 192:6,19
192:22 193:3,14
195:17 204:10
205:3 217:9,11,14
217:18 218:4
**text** 12:17 138:11
**thank** 11:8,17,20
13:8 24:16 33:7
49:21 132:22
135:15 141:14
178:12 190:3
219:1,4,6,9
**theta** 137:13 161:9
207:3
**thing** 21:4 81:13
98:9 125:8 155:15
183:8 205:19
209:20
**things** 19:5 35:9
36:3,4 140:18
155:8 161:9
163:13 186:18
208:16 210:8
**think** 20:7 21:9
24:15 26:20 28:18
29:12 30:20,21
31:21 35:1 45:3
45:16 51:22 56:12
57:4,5,5 58:18
59:3,5,20 60:10

71:9 73:3,3,9,20
74:7 76:1 88:11
89:10 93:11 94:18
96:1 100:15,15,16
103:3,13,16
105:13 114:18
116:3,7 118:9
131:22 133:19,22
134:15,16 137:4,6
138:22 142:3,10
142:12 145:22
148:16 150:10
152:4,8,14 153:2
158:10 159:3,5,10
161:4,9 164:18
168:13 171:11
172:22 186:6
192:4,11 199:6
204:12 206:15
209:21 215:14
217:1 218:13
**thinking** 56:10
213:21,21
**thinks** 213:14
**third** 30:1 70:8
87:7,10 104:10
105:2 138:1 190:9
198:6
**thirteen** 79:17,18
79:19,20,21
**thirty** 167:21
190:4
**thought** 49:15
125:9 161:4
199:10 205:5
**three** 17:4 126:2
138:18 164:18
172:9 178:2
**thursday** 47:8
**ticker** 103:10
140:5,6
**tied** 60:14
**tilted** 213:22

**time** 1:14 13:9
14:17,19 16:7
20:8 22:10 28:9
30:6 31:4 36:22
37:13 39:18,20
43:3 44:3 47:5,5
49:15,22 50:3,15
51:1 52:12,21
59:5,13,17 60:4,8
65:15 66:9,21
71:12 79:12 83:20
84:17 92:18 93:2
93:5 98:16 100:14
100:18,22 102:14
103:4 106:3,13,17
107:10 111:16
112:3 113:17,21
115:11,13,15,17
115:19 116:1,14
116:21 117:16
121:14,17 126:11
135:19,22 137:6
143:4,21,22 144:3
145:2,3,19 150:17
151:7 153:1
156:10 163:1,4,7
165:5,21 166:3,5
172:18 174:3
175:1 176:9 179:5
179:6 181:13,21
182:4 185:4,7
190:14,19 195:4
206:15,16 207:10
207:17 208:6
210:2,4,6,7,13,19
210:22 214:1,9,14
214:14 217:5
218:16,19,22
219:1,12 222:19
**timeframe** 222:8
**times** 25:4,5 96:1
109:13 165:7
178:14 179:14
181:3,5,7

**titled** 17:5
**today** 12:4,9 13:5
34:4 38:1 65:5
66:12 97:19
108:13,15 110:19
111:14 113:13
127:1,2,7 131:17
131:19 132:2,12
132:15 134:4
135:8 144:11
199:6 219:1,5
**today's** 195:3
199:14
**toggle** 159:9
**toggled** 161:5
**told** 18:22 73:17
108:10 203:17
**tomorrow** 183:7
**tonight** 215:4
**tool** 152:3,15
163:15 165:3
**top** 15:19 16:1,22
17:8 18:5 52:5
77:11 99:5 119:9
128:4 138:18
158:19 160:18,18
165:8 168:19
178:3,4 189:14
**total** 56:6,7
**track** 99:22 142:8
143:19
**tracking** 215:6
**trade** 112:12,14
112:21 113:9
134:19 141:20
142:14,19,21
143:2,5,5,6,7,11
143:13,14,14,16
143:16,19,21
144:1 152:17,18
165:20,21 169:15
200:6,21,22
218:14

**traders** 214:8
**trades** 96:2 97:1
142:14,17 152:3
153:5 168:21
169:9,11,17
**trading** 1:4 2:2,6
2:13,19 5:18 10:6
10:16,20,22 96:3
114:1 133:13
134:12,18,22
215:16,19 222:4
223:1 224:1
**training** 45:2,4,6
45:12,17 47:11,15
48:3
**transactions**
114:1 130:18
142:22
**transcriber** 221:1
**transcript** 8:9
189:8,8,19,20
220:21 221:3,5
222:6,20 224:5,8
**transcriptionist**
220:8
**transfer** 172:3
**transparent** 90:11
**tried** 30:21 165:16
**trigger** 69:1 80:14
**triggered** 174:6
194:20 195:8,22
**triple** 165:18
174:9
**trouble** 67:21
107:21
**true** 112:20 187:4
220:9 221:5 224:8
**trust** 119:15 126:4
**truth** 11:15,15,16
**truthful** 65:3
**truthfully** 114:10
**try** 20:2 35:2 36:9
46:14 71:12 93:20
94:3,17 95:1

215:18
**trying** 27:2 35:4
35:12 36:1 142:3
145:22 183:19
202:6,9,13 216:15
**tuesday** 1:13
72:17
**tuition** 116:8
**turn** 29:7,22 136:3
189:12 200:13
**turned** 98:6
**turning** 78:15
80:17 199:12
**turns** 195:21
**twenty** 122:3
159:17 175:18
**two** 14:4,14 17:4
23:1,4 25:10 32:4
32:5 52:7 72:4
95:7,8,13 99:20
105:10,12 107:22
117:17,18 120:4
121:10 144:6
150:10,11 157:22
158:3 167:18
170:7 177:4 178:2
182:8 190:10
200:5 205:7,16
**type** 65:22 68:8
101:8,11,13
183:18 186:9
200:19 214:10
**typed** 92:11
**types** 134:20
171:2
**typewriting** 220:7
**typical** 100:22
101:3 190:18
**typically** 140:7,10
140:18,22 144:14
146:1 164:3,4
165:12 170:20
176:3,15 178:16
200:20

| u | | | |
|---|---|---|---|

**u**

u  24:14
ubs  27:5,11 42:7
ultimately  132:18
uncommon
  112:15 113:20
uncover  119:22
underlying  139:5
  139:5,8,10,12
  147:22 148:1
  152:22 154:10
  157:11 162:20
  163:11,19 205:11
  210:14
underneath  149:1
  157:2
understand  12:3,6
  12:10,15,18 17:8
  17:22 18:17 45:21
  47:18 53:4,11,13
  108:17 124:19
  141:5 150:18
  156:12,20 192:2
  194:9 205:17
  207:15,16 209:1
  215:14
understanding
  91:9 127:5 141:8
  158:9 209:15
understood  103:6
  103:21 106:12
  124:2 126:22
  144:4 151:10
  161:11 163:16
  193:16 194:9
  216:4
unfortunately
  207:13
unit  10:4 50:1,4
  93:3,6 135:20
  136:1 185:5,8
  211:1
united  1:1 10:7

unmarked  9:3
unsuccessful  94:4
unusual  177:7
upcoming  174:7
  176:9,18
update  7:7 106:18
  107:1
updated  34:3
updates  107:9,20
upper  96:15,16
  144:5
upside  93:8,15
  97:8,10 98:2,13
  99:5,9 137:15
  180:2,11
urgency  47:10
  48:7 183:10
use  15:6 21:8,17
  78:22 80:21,22
  81:3,10 82:8
  83:15 84:4 95:13
  98:16 101:15
  120:18 130:4
  142:7,8 143:18
  149:3,11,13,17,21
  150:11 151:4
  152:2,4,7,12,15
  152:17 153:3,4,8
  153:19 155:16,20
  157:16 161:19
  164:3,9,11,13
  165:2,4 171:13
  176:2 178:16
  184:11 186:15
  191:9 194:13
  200:20 205:13
  207:15 208:10,13
  208:15,17,18,20
  208:21 209:9
  215:10
useful  209:21
uses  213:6,10
usually  165:18
  177:16 180:4

187:19 201:1,12

| v | | | |
|---|---|---|---|

**v**

v  1:7 24:14 222:4
  223:1 224:1
valid  12:7
value  23:21 52:16
  52:19 53:6,14
  54:4,7,10,13,15
  54:21,22 55:3,6,9
  55:15,16,22 56:1
  56:4,6,7,20 57:2,3
  57:11,19,21 58:5
  140:8,14 148:5,8
  148:9 150:4,15,20
  150:21,22 151:4
  156:13 159:1,10
  160:12,19 161:8
  161:13,15,19
  162:1,3,6,12,18
  162:22 163:10,18
  184:15
values  159:8 161:5
  186:18
valuing  162:5
vanna  206:16
  207:3,4,7,9
variety  63:6
  186:22
various  81:19
  83:22 96:2 174:20
  186:3 215:19
vary  144:20
  164:16
vega  161:9 207:3
vegas  72:19,22
  73:4,8,18 74:7
  88:7 91:13 92:5
vehicles  93:12
verbally  114:1
verifications
  129:11
verify  91:10
  102:16 103:4,18
  109:14 222:9

verifying  109:11
veritext  10:10,12
  13:3 222:14,23
veritext.com
  222:15
vernacular  61:20
version  36:17 51:6
  81:16 107:11,17
  108:7,16,19,19
  109:2,5 110:15
  139:1
versions  77:4
  81:13,20 83:22
vertical  150:1
  154:7 158:22
  160:7,11
videoconference
  2:5,12,18 3:3,10
  3:16 4:4
videographer  4:3
  10:2,11 11:8
  49:22 50:3 93:2,5
  121:14,17 135:19
  135:22 185:4,7
  194:2 210:19,22
  218:16,19 219:12
videorecorded
  13:2
videotaped  1:11
view  94:19,21
  139:2 212:12,17
visit  42:15,20 44:1
  44:3 47:22
visited  42:12
visual  13:4
vix  179:20,20,21
  180:3
volatilities  144:18
  145:1 180:18
volatility  70:9
  138:19 139:6,7,7
  139:8,9 144:20
  145:5 146:16,17
  146:22 147:6,9

148:13 153:1
157:4,11 164:16
164:19 174:22
179:13 180:9,13
180:17 181:1,11
190:14 191:3
201:7 203:17,18
203:21 204:1,3,9
204:21 205:1,6,7
205:8,10,12,15,18
206:5,6 207:9
210:6
**volty** 146:14
**vouch** 70:22
**vs** 10:6

**w**

**w** 11:22,22
**wacker** 3:12
**walczak** 1:8,12
3:2 7:18 10:5,6
11:3,5,7,13,20,22
12:3 13:8 14:4
17:8 18:2,14 25:7
25:19 27:5 33:4
38:10 39:14 41:15
43:16,20 47:19
49:19 50:6,21
58:10 60:4 61:12
61:21 62:21 67:17
68:1 71:14,20
74:12,16 77:8,15
80:1 83:2 85:10
86:8 90:3 93:8
94:20 99:10,21
105:9 106:4
110:11 121:4,10
121:20 124:6
126:22 127:20
130:10,19 132:11
136:3 157:1
158:13 160:6,10
167:18 175:17
181:4 184:1
185:10,14 186:6

188:14 191:15
192:16 195:12
196:7,13 197:17
204:20 207:20
211:3 216:18
217:8 218:21
222:4,5 223:1,2
223:24 224:1,2,4
224:12
**walczak's** 129:14
**walczakhfxixpu...**
128:5
**walk** 18:20 34:15
138:7
**wand** 154:5,6,14
154:16,19,20,21
**want** 19:2,5 35:14
42:21 48:4,13
53:10 62:14 71:17
77:6 78:11 89:13
89:14,21 102:7
103:17 110:16
115:2 119:19,21
121:10 127:16
128:15 132:7
134:1 138:7
140:18 141:10
145:14,15,16
146:21,22 147:8
154:12 167:7
171:8 179:1 184:7
185:17 188:9
190:5 204:15,16
**wanted** 36:3 40:9
40:12 47:20 48:17
76:7 142:4,5
170:7,9,17 206:5
206:10 208:15
**wanting** 45:20
48:11 88:9
**wants** 39:6 138:15
**washington** 1:16
**wasserman** 2:4
5:3 10:15,15

11:19 13:13 14:3
15:8,11 27:18
37:8 41:7 43:11
50:5 60:2,18 62:4
62:7,11,13,16,20
64:11 74:11,15
82:16,20 83:1,7
83:12 84:9 89:15
90:1,2 92:1,21
93:7 110:10
121:19 129:12
130:7,9 133:1
135:16 136:2
159:13,18 160:3
185:9 190:3,7
194:10 204:19
210:17 211:2
218:10,21 219:9
**way** 22:1 37:11,12
53:12 56:10,15
78:7 87:8 91:9
108:16 109:11
111:13,20 114:11
114:16 122:22
123:17 131:11
133:2 142:16
148:19 149:20
151:13,15 170:2
187:12,15 190:5
210:9 215:2
217:12
**ways** 20:2 113:3
130:3 144:7 204:2
**we've** 13:9 49:18
203:17
**website** 212:5
**week** 36:6,7 104:8
104:10 105:2
182:8 196:22
197:6 198:6
**week's** 102:22
**weekly** 211:14
**weeks** 200:6

**went** 52:12 78:9
94:9,11,17 95:5
102:8 127:6 176:4
**west** 3:18
**western** 1:2 10:7
**whatever's** 165:4
**whatsoever**
135:12
**white** 178:5
**wholesalers** 73:19
74:21 75:17 76:3
76:10 91:8
**wide** 63:6 182:20
**widen** 104:4
**wife** 115:14 132:4
133:3
**wife's** 130:11
135:9
**window** 143:8
**winners** 200:6
**wisconsin** 1:2 10:8
42:11,12,15 48:20
115:13 116:15
117:2
**wise** 179:17
**withheld** 189:2
**witness** 11:9,14
15:4,9 43:9 60:17
82:17,22 83:5,20
89:12 190:4 194:7
220:4 222:8,10,12
222:19
**wmc** 1:8 10:8
**woman** 33:18
**wondering** 72:17
87:22
**word** 86:3,22
87:19,22 90:16,22
125:12 167:6
183:1 217:14
**words** 71:1,1
97:14 108:5
142:18 143:4
161:8 162:16

Edward Walczak

May 18, 2021

[words - zooms]

164:15 165:14
169:3 176:18
177:2 183:4
205:10 213:10
**work** 46:17,19
64:4 82:13 120:14
150:16 151:5
215:9 219:7
**worked** 26:14
63:21,22 64:18
64:18,21,22 65:10
88:13 172:9
**working** 33:21
65:7 71:10 72:16
**workings** 84:3
**works** 27:5 141:8
**worries** 159:21
**worth** 127:1,7
133:8 134:5
**worthy** 176:13
**write** 16:10 35:12
36:1 68:14 137:8
**writing** 24:18
32:14 46:8 54:7
**written** 20:6,10,19
21:4,4,16 22:14
22:17 37:10,11
38:2 111:16
**wrong** 56:15
71:21 121:1
190:11
**wrote** 25:4 112:18

---

**x**

---

**x** 5:1,5 6:1 7:1 8:1
9:1 137:15 147:16
151:19 157:2
162:21 181:9
182:21 220:21

---

**y**

---

**y** 148:4
**yeah** 15:4 19:10
21:8 23:2,18
26:16 27:4,11

31:9,18,18 32:4,9
32:9 34:1 44:20
45:9 51:6,22 52:7
53:20 57:4,4,4,6
57:21 58:18,19
59:15 60:6,9
68:17 72:10,20
74:19 75:12 76:1
77:2 82:3 83:5
92:19 95:22 96:10
96:21 97:13 100:2
103:12,12 111:5
115:12 116:3
119:15 120:13,15
123:8,19 124:1,1
124:21 125:22
126:16 128:8
129:5,10 130:21
131:1,22 138:6
145:3,8 147:22
148:7 149:10
152:7 153:15
155:1 161:3,3,10
161:13,17 163:12
176:21 182:2
184:9 189:22
193:11 198:5,22
199:1 200:8
212:20 214:6,15
216:13 217:20
**year** 76:15,16,18
118:3,5,8 122:9
198:14
**years** 18:16 21:14
37:14 39:12 40:16
47:13 64:19 73:6
118:10 126:2
157:17 200:10
**yellow** 20:12 25:4
66:5
**yep** 17:11 77:13
122:12 161:17
**yesterday** 110:19

**yesterday's** 168:5
**yielded** 199:15
**yikes** 189:14
**york** 2:8,15,21
28:18
**yup** 80:16

---

**z**

---

**z** 11:22
**zach** 11:4 49:15
52:2 129:12
**zachary** 3:10,14
**zero** 56:5 147:4,5
148:13
**ziliak** 3:10,11,17
11:4,4 128:3
**ziliak.com** 3:14,20
**zoom** 128:6
168:11
**zooms** 151:19,20

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.