

Page 1

1
2   UNITED STATES OF AMERICA
    COMMODITY FUTURES TRADING COMMISSION
3   -----------------------------------------X
4   In the Matter of:
5
        CATALYST CAPITAL ADVISORS, LLC
6
7   -----------------------------------------X
8
9           140 Broadway
            New York, New York
10
11
12          October 27, 2017
            9:30 a.m.
13
14
15
16          DEPOSITION of EDWARD S. WALCZAK,
17  the Witness herein, taken by the Commodity
18  Futures Trading Commission, held at the
19  above-noted time and place, before a Notary
20  Public of the State of New York.
21
22
23
24
25

Page 2

1
2   A P P E A R A N C E S :
3   UNITED STATES COMMODITY FUTURES
    TRADING COMMISSION
4   Division of Enforcement
        140 Broadway
5       19th Floor
        New York, New York 10007
6
    BY:  SAMUEL C. WASSERMAN, ESQ.
7        CANDICE ALOISI, ESQ.
         MICHAEL J. CAZAKOFF, INVESTIGATOR
8
9   UNITED STATES SECURITIES AND
    EXCHANGE COMMISSION
10      175 West Jackson Boulevard
        Suite 1450
11      Chicago, Illinois 60604
12  BY:  JEFFREY SHANK, ESQ.
13       JAKE SCHMIDT, ESQ.
         DAVID BENSON, ESQ.
14       TERRENCE MORAN, SENIOR INVESTMENT
         SPECIALIST
15       (VIA TELEPHONE)
16
    LAZARE, POTTER, GIACOVAS & MOYLE, LLP
17  Attorneys for the Witness
        875 Third Avenue
18      Floor 28
        New York, New York 10022
19
    BY:  JAMES F. MOYLE, ESQ.
20       JACOB ENGLANDER, ESQ.
21  ZILIAK LAW, L.L.C.
22  Co-Counsel for the Witness
        141 West Jackson Boulevard
23      Suite 4048
        Chicago, Illinois 60604
24
    BY:  ZACHARY J. ZILIAK, ESQ.
25

Page 3

1
2           MR. WASSERMAN:  Good morning,
3   Mr. Walczak.  My name is Sam Wasserman.
4   This is Candice Aloisi and Mike
5   Cazakoff, also staff with the division
6   of enforcement with the Commodity
7   Futures Trading Commission. We also
8   have staff members of the SEC present
9   and on the phone, I will let them
10  introduce themselves.
11          MR. SHANK:  Jeff Shank, division
12  of enforcement. With me is Jake
13  Schmidt, David Benson, also with the
14  division of enforcement, and Terry
15  Moran, who is part of our national exam
16  program.
17          MR. WASSERMAN:  Mr. Walczak,
18  before the interview, I provided you
19  and your counsel with our statement to
20  persons providing information to the
21  CFTC. Have you had a chance to review
22  that with your counsel?
23          THE WITNESS:  Yes, I have.
24          MR. WASSERMAN:  Do you have any
25  questions about that?

Page 4

1
2           THE WITNESS: No.
3           MR. WASSERMAN:  Can we mark that
4   as Exhibit 1, please.
5           (Statement to persons was marked
6   Commission Exhibit 1 for
7   identification, as of this date.)
8           MR. SHANK:  And also prior to
9   the testimony, I had provided you with
10  SEC form 1662. Did you have an
11  opportunity to review that form?
12          THE WITNESS:  Yes, I did.
13          MR. SHANK:  That form we can
14  mark as Exhibit 2, that would be great.
15  And then also we will mark as Exhibit 3
16  our SEC form 1661, which is our
17  disclosure form for regulated entities.
18          (Supplemental information for
19  persons was marked Commission Exhibit 2
20  for identification, as of this date.)
21          (Supplemental information for
22  entities was marked Commission Exhibit
23  3 for identification, as of this date.)
24          MR. SHANK:  Do you have any
25  questions regarding any of those forms?

Page 5

1    THE WITNESS:  No, I do not.
2    THE WITNESS:  No, I do not.
3    MR. WASSERMAN:  Mr. Walczak,
4  your testimony today is part of an
5  investigation in the matter of Catalyst
6  Capital Advisors to determine whether
7  there have been violations of certain
8  provisions of the Commodity Exchange
9  Act and regulations. However, the facts
10  developed in this investigation might
11  constitute violations of other federal,
12  civil or criminal laws. Your testimony
13  here today is not pursuant to a
14  subpoena. Mr. Walczak, do you
15  understand that you are here
16  voluntarily and need not answer any
17  questions, but if you do choose to
18  answer questions, you must answer them
19  truthfully?
20    THE WITNESS:  I understand.
21    MR. SHANK:  Let me just jump in,
22  same exact thing, the same thing
23  applies for us. We also do not have a
24  subpoena in this matter, there's no
25  formal order of investigation, you are

Page 6

1    Walczak
2  here voluntarily. Do you understand
3  that you need not answer any of our
4  questions and you may leave at any time
5  that you wish?
6    THE WITNESS:  I understand.
7  E D W A R D     W A L C Z A K , the Witness
8    herein, having been first duly
9    sworn by Catherine J. Berkery, a
10    Notary Public in and for the State of
11    New York, was examined and testified
12    as follows:
13  EXAMINATION BY
14  MR. WASSERMAN:
15    Q    Mr. Walczak, can you state and
16  spell your full name for the record, please?
17    A    Edward Stanley Walczak. The last
18  name is spelled W-A-L-C-Z-A-K.
19    Q    Mr. Walczak, are you represented
20  here by counsel today?
21    A    I am.
22    MR. WASSERMAN:  Would counsel
23  please identify themselves?
24    MR. MOYLE:  James Moyle of
25  Lazare, Potter, Giacovas & Moyle.

Page 7

1    Walczak
2    MR. ZILIAK:  Zachary Ziliak of
3  Ziliak Law.
4    MR. ENGLANDER:  Jacob Englander
5  from Lazare, Potter, Giacovas & Moyle.
6    Q    And are all three of these
7  individuals representing you here today?
8    A    Yes, they are.
9    Q    One last administrative matter,
10  Mr. Walczak, we control the record. If you
11  want to go off the record, you can direct
12  that request to me. That being said, we will
13  move forward.
14    MR. SHANK:  I have one
15  disclosure, too. Your testimony today
16  has been requested by the staff as part
17  of an informal inquiry in the matter of
18  Catalyst Hedged Futures Strategy Fund
19  to determine whether there have been
20  violations of certain provisions of the
21  federal securities laws. However, the
22  facts developed in this investigation
23  might constitute violations of other
24  federal or state, civil or criminal
25  laws. That's it.

Page 8

1    Walczak
2    Q    Mr. Walczak, can we start with
3  some personal background? What's your
4  educational history?
5    A    Sure. So I have a bachelor's of
6  arts degree in physics and economics from
7  Middlebury College in Vermont. And I have a
8  master's degree in business administration
9  from Harvard University.
10    Q    What year did you graduate
11  Middlebury?
12    A    1977.
13    Q    And Harvard?
14    A    1983.
15    Q    And that was with an MBA you
16  said?
17    A    Correct.
18    Q    And can you give us your
19  employment history following your graduation
20  from business school?
21    A    From business school?  Okay.
22  Following business school, I was employed by
23  General Foods Corporation in the operations
24  function. And you'll have to excuse me if I
25  don't remember exact job titles, it's a long

Page 9

Walczak

1 time ago. And subsequent to General Foods,
2 what happened next, I went to, I'm trying to
3 remember the sequence of things, I went to
4 work for Brach's Candy, but in between those
5 two I worked for Metropolitan Life Insurance
6 Company for a year.
7     Q     What did you do for General
8 Foods?
9     A     For General Foods I was in
10 operations. I served various functions,
11 including facility maintenance director,
12 production manager for one of their
13 facilities and engineering supervisor as
14 well.
15     Q     What does that mean,
16 "engineering supervisor"?
17     A     I managed three or four project
18 engineers in a manufacturing facility.
19 Project engineers do things like coordinate
20 the installation of production equipment,
21 evaluate pay-backs on capital investments
22 for the facility. So I had a team of roughly
23 three or four engineers that worked for me.
24     Q     By "capital investments," you
25

Page 10

Walczak

1 mean investments in equipment and --
2     A     Machinery and so forth.
3     Q     And what did you do for Met
4 Life?
5     A     Met Life I was a management
6 trainee for a year in the sales function.
7     Q     Was that your only position at
8 Met Life?
9     A     Yes.
10     Q     Moving to Brach's Candy, what
11 did you do?
12     A     At Brach's Candy I had various
13 positions again in the operating side of the
14 business. So at one point I was a
15 vice-president of engineering, at one point
16 I was a maintenance director, facilities
17 maintenance director again. At one point I
18 was a supply chain -- vice-president of
19 supply chain.
20     Q     What did the vice-president of
21 engineering position entail?
22     A     VP of engineering at that time
23 had very similar responsibilities to the
24 function at General Foods. So supervising
25

Page 11

Walczak

1 engineering work, supply chain logistics. I
2 mean, specifically the engineering position
3 had, you know, again, engineers more
4 specifically rather than the other
5 functions.
6     Q     How long were you at Brach's
7 Candy for and in what years, if you can
8 remember?
9     A     I should have brought my resume
10 along. Let's see. So I was in Chicago in
11 19 -- I left Chicago in 1999, came to
12 Chicago with General Foods in 1985. It would
13 have been roughly, gosh -- I'm --
14     Q     If you can approximate. If you
15 can't, that's fine.
16     A     I mean, I left Brach's Candy
17 roughly in the year -- I would say year 2000
18 after moving to Atlanta. So I was with them,
19 oh, boy, six or seven years. I apologize,
20 but I didn't review my resume and those are
21 long -- days long behind me.
22     Q     What was your next position of
23 employment after Brach's Candy?
24     A     Yes, so I went to work for a
25

Page 12

Walczak

1 company that went through a number of
2 mergers, name changes, et cetera. The
3 umbrella company, which is still a public
4 company today, was called Acuity Brands. I
5 worked for a subsidiary known as Zep
6 Manufacturing.
7     Q     Z-E-P?
8     A     Z-E-P, yes.
9     Q     What did you do for them?
10     A     Again, this was my career prior
11 to getting into the role I have now, which
12 is basically supply chain stuff. So my first
13 position was actually as a -- I don't
14 remember the exact job title, but I managed
15 a manufacturing facility called Enforcer
16 Products which was a division of Zep, which
17 was a division of Acuity. Subsequent to
18 that, I had various positions, again, in
19 operations and supply chain management. I
20 was VP of operations for a period of time,
21 VP of supply chain for a period of time.
22 And the business, by the way, is basically
23 chemical manufacturing and distribution,
24 both industrial and retail.
25

Page 13

Walczak

1          Walczak
2     Q     Is that Zep's business?
3     A     Zep's business, correct.
4     Q     After Zep, what did you do?
5     A     After Zep and Acuity, that was
6  the end of the line. At that point I
7  transitioned into investment management.
8     Q     What caused that transition?
9     A     I likely was to take a down-size
10  package when the company was down-sizing and
11  decided that I would basically trade for my
12  own account and earning a living that way.
13     Q     What had your experience been
14  trading prior to that point?
15     A     I have traded options off and on
16  since 1985 personally. In roughly 1987,
17  while working for Brach's Candy, I was -- a
18  part of my supply chain role included a
19  purchasing department. Within the purchasing
20  department were two traders who traded
21  basically cocoa futures and corn futures to
22  hedge the Brach's Candy Company, to hedge
23  the candy company's input costs. So I
24  supervised them and during that time was
25  exposed to an understanding of commodity

Page 14

Walczak

1          Walczak
2  futures and options in that space.
3     Q     Can you explain your level of
4  interaction with those traders?
5     A     So I was their direct
6  supervisor -- well, in point of fact, there
7  was a senior trader who was my direct report
8  and the junior trader reported to him, but
9  it was a small group, so I had interaction
10  with both of them on a pretty regular basis.
11     Q     What was your personal
12  experience in actual trading prior to going
13  into the investment management business?
14     A     So my personal experience was,
15  as I said, early on trading equity options,
16  options on individual securities on and off.
17  And then after I became somewhat familiar
18  and experienced with the commodity space
19  through my work responsibilities, I did do
20  personal trading of certain commodity
21  futures and options.
22     Q     What types of commodity futures
23  and options?
24     A     Recollection was because I was
25  experienced in the grains, I did trade corn,

Page 15

Walczak

1          Walczak
2  some cocoa and I did a little bit of orange
3  juice, the liquidity is not so good there,
4  but I did do some orange juice futures.
5     Q     Inspired by Trading Places?
6  When you were engaging in personal trading
7  of equity options and the commodity options
8  that you mentioned, how frequently were you
9  doing that?
10     A     The equity options really was an
11  off and on thing, meaning my recollection is
12  I did, in the mid '80's, I traded for a
13  couple of years, didn't do so well and
14  stopped for a few years. And then started up
15  again in the '90s and I would say throughout
16  the '90's, the best of my recollection, I
17  was at least reasonably activity, usually
18  had a trading account that I was active in
19  for most of that period of time.
20     Q     "Active" meaning trading every
21  day, trading every week, every month?
22     A     I would say more on a kind of a
23  weekly basis. It wasn't really something I
24  did every day, but there weren't -- it was a
25  fairly consistent continuous activity.

Page 16

Walczak

1          Walczak
2     Q     When you were trading options
3  for your personal account, were you using
4  any options pricing models?
5     A     Back then early on in the '90s,
6  I don't recall using any particular models
7  then.
8     Q     What types of -- how did you
9  decide what you wanted to buy or sell?
10     A     Yes, it was basically I was, you
11  know, as I said, familiar from my work with
12  the dynamics and the fundamentals and so
13  forth in the two markets that my traders
14  traded for business. So given the
15  understanding of those markets, I took a --
16  used futures and options to take, you know,
17  kind of fundamentally based market positions
18  and market biases.
19     Q     What does that mean,
20  "fundamentally based"?
21     A     Well, in other words, so in
22  grains or -- grains is probably the one that
23  there may be more familiarity with, but you
24  look at crop reports, you look at supply and
25  demand statistics from the government, you

Walczak

1
2  can read some independent research and
3  formulate kind of a bias about should I be
4  long or short in the corn market, for
5  example.
6      Q      Approximately what year did you
7  decide to go into the investment management
8  business?
9      A      Well, it was a little bit of
10  a -- it really wasn't as direct a decision
11  as to say, well, I want to stop what I'm
12  doing and go into investment management, it
13  wasn't a black or white or off or on switch.
14  The progression went -- I wasn't especially
15  stimulated or happy in my supply chain role
16  after doing it for, I think, 22 years and so
17  I was looking for an alternate way to
18  generate income. So that was really my
19  primary goal. And as I entered, you know,
20  left the '90's and the beginning of the next
21  decade, in roughly the year 2000, I started
22  to become more active and started to sort of
23  refine what I was doing with markets and
24  gravitate over to the equity index options
25  trading. So I was able -- you know, went

Walczak

1
2  through some periods of time of not doing
3  well, but at a point I felt as though I had
4  achieved enough skill to generate a fairly
5  consistent income for myself. So when I had
6  the opportunity as a result of the merger of
7  a couple of companies in, let's say, it was
8  2005, opportunities to take, you know, an
9  exit package gave me a little bit of extra
10  capital, a little income continuation and I
11  decided I would just trade for myself. At
12  the same time, I did at that time sub an
13  entity. So in the back of my mind, I
14  thought, well, at some point if I'm good at
15  this, I want to at least establish a track
16  record, so I set up a registered entity and,
17  you know, developed a track record. And
18  after trading for, I don't know, in that
19  entity -- I traded the entity for about a
20  year with proprietary capital and then took
21  on outside money.
22      Q      What was the entity you created?
23      A      It was Harbor Assets.
24      Q      And that was approximately in
25  2005?

Walczak

1
2      A      Yes. I don't remember the exact
3  date when I incorporated Harbor Assets, but
4  I do know that we started trading in
5  December of 2005.
6      Q      So you spent a year trading your
7  own capital essentially?
8      A      Correct.
9      Q      Under Harbor Assets?
10      A      Correct.
11      Q      And then what happened?
12      A      So during that year, I became a
13  member of the NFA, registered with the CFTC,
14  had a disclosure document prepared and --
15  during that year, I had gotten some
16  inquiries just from friends and family,
17  actually. It actually was kind of an
18  interesting story that I liked to tell in
19  that people were very concerned that I
20  didn't have a real job and when I explained
21  to them I was able to earn income from
22  trading, that got attention from
23  brothers-in-law and family members and so on
24  and so forth. So they were, in fact, you
25  know, some of my first clients when I opened

Walczak

1
2  the fund to, you know, outside of my
3  personal capital investment.
4      Q      In that first year that you were
5  trading, just with your own money, what were
6  you trading?
7      A      It was trading -- I had already
8  gravitated even prior to 2005 to doing
9  options on the S&P 500.
10      Q      Is there a reason that you chose
11  options specifically as opposed to the
12  underlying securities themselves?
13      A      Yes, I felt that I had a high
14  skill level with the math and the complexity
15  of options. And, you know, it's almost like
16  when you play a sport, you know, so I'm six
17  foot four, so I play basketball. I felt
18  like, you know, options are something that I
19  understood, it was something that I felt
20  comfortable with, which is not true for a
21  lot of folks because options can be fairly
22  complex in terms of how they are price
23  valued, how they behave, but I was very
24  comfortable in that world, so I gravitated
25  towards that market and toward options.

Page 21

Walczak

1       Walczak
2    Q       And were you successful in that
3 first year of Harbor Assets in trading your
4 own portfolio?
5    A    Yes.
6    Q       Do you recall what your return
7 was?
8    A    It was roughly 50 percent.
9       MR. SHANK:  To be clear, that
10    year would have been pretty much
11    calendar 2006 that you were trading
12    your own money?
13       THE WITNESS:  Yes.
14       MR. SHANK:  So it was late 2006
15    that you took on money from outside?
16       THE WITNESS:  Actually the 1st
17    of January of 2007 was the first
18    outside client.
19    Q       Had you at that point, when you
20 first took on outside money, had you
21 developed a particular strategy?
22    A    Yes. When I first took on
23 outside money, it's very similar to what I
24 use today in managing the fund, at least it
25 was the basics and it actually evolved

Page 22

1       Walczak
2 pretty rapidly into something very close to
3 what I do now. So it was initially a mix of
4 premium selling and volatility trading and
5 over time that mix has shifted a little bit
6 more towards volatility trading than some of
7 the more common premium collection, time
8 decay elements of options trading.
9    Q       Sticking with that 2006 period
10 or when you first were formulating this
11 strategy, what do you mean by volatility
12 trading?
13    A    So as I mentioned, I enjoy
14 options. They are a puzzle, it's something
15 that I feel like I understand. So I did a
16 lot of digging, a lot of education, both
17 from the standpoint of books, seminars,
18 et cetera, into valuation techniques and how
19 options behave. And then obviously had
20 experience in the marketplace with
21 identifying how they behaved and early on,
22 both from an academic experience and from an
23 experiential standpoint, I determined that
24 really volatility is the most important
25 component of an option's value and has the

Page 23

1       Walczak
2 greatest impact on changes in options
3 pricing.
4    Q       What types of valuation
5 techniques are you referring to?
6    A    Black-Scholes modeling and there
7 are some derivative models, but they are not
8 very different, so Black-Scholes options
9 pricing modeling.
10    Q       Were you using a Black-Scholes
11 type model to price options at that time?
12    A    I believe so. I don't remember
13 exactly when I started using software, but
14 I'm comfortable that I was using it at the
15 time that I formed the entity.
16    Q       So when you refer to volatility
17 trading, can you explain what you mean by
18 that other than simply trading options?
19    A    Sure. Well, changes in
20 volatility, what I was referring to before,
21 is that changes in volatility have an
22 exponential, not linear impact on options
23 pricing. So first thing to know is that.
24 Second thing is that volatility,
25 particularly in the market I'm trading, in

Page 24

1       Walczak
2 equities, volatility and price have a very
3 strong and dependable relationship to one
4 another. Typically when markets go up,
5 volatility comes out of options pricing and
6 vice versa.
7    Q       When you say "comes out," you
8 mean comes down?
9    A    Right, comes down. So what I did
10 was establish certain patterns that I felt
11 were repeatable and reliable in terms of how
12 volatility behaved and how volatility
13 behaved drives how the options behave. So I
14 developed, you know, an understanding and
15 techniques to use in different types of
16 volatility environments. In other words,
17 here's what works in a high volatile
18 environment, here's what works in a low
19 volatile environment, here's how to take
20 advantage of expectations for a rise in
21 volatility or a decline in volatility.
22    Q       What types of patterns are you
23 referring to?
24    A    Well, patterns in terms of
25 volatility. So if you study volatility, it's

Page 25

1        Walczak
2  very mean reverting, meaning if volatility
3  spikes high, it typically can be relied on
4  to come back to some mean, whatever that
5  might be in recent history. And vice versa,
6  when it's low, it's a little less reliable
7  in terms of when it's going to go higher,
8  but if it's low for a long period of time,
9  you can at least put positions on that will
10 benefit when it does rise. So volatility
11 patterns in terms of how volatility behaves
12 can be used in options positions to earn a
13 return.
14       MR. SHANK:  When you say when
15 volatility is low, what do you consider
16 to be low?
17       THE WITNESS:  Well, that's a
18 interesting question. It really depends
19 on what sort of history you want to
20 look at and what time frame you are
21 trading on. So what's low in 2017 or
22 probably a better example is what's
23 high in 2017 was low in 2008, for
24 example. So it's really something that
25 I look at from a lot of different time

Page 26

1        Walczak
2  frame perspectives.
3       MR. SHANK:  What would you
4  consider to be low volatility in early
5  2017?
6       THE WITNESS:  Early 2017 --
7  well, low volatility is historically
8  low, so low volatility in 2017 is under
9  12 on the VIX, sorry.
10 Q      And the VIX is a metric of
11 volatility, measuring 30-day volatility,
12 correct?
13 A     Correct.
14       MR. SHANK:  And volatility was
15 historically low -- on the low side in
16 early 2017?
17       THE WITNESS:  Yes, very much so.
18       MR. SHANK:  Based on mean
19 reversion, were you expecting that it
20 would eventually rise then?
21       THE WITNESS:  Yes. As I
22 mentioned, it's less reliable than when
23 it's high, it comes down, but it
24 certainly drives me in my trading to do
25 different things. In other words,

Page 27

1        Walczak
2  recognizing it at its low, triggers me
3  to take on certain positions that are
4  different than the ones I might take on
5  when volatility is high.
6  Q      In drawing these conclusions you
7  have about how volatility behaves, you are
8  looking at past performance of volatility?
9  A     Yes.
10 Q      Are you looking at anything
11 else?
12 A     Well, as I mentioned, there's
13 educational materials on how options get
14 priced and how options impact them, so I
15 have certainly over time done research on
16 how volatility behaves, but most of it is my
17 own experience in the market.
18 Q      Going back to the early years of
19 Harbor Financial, can you take us through
20 the development and evolution of your
21 strategy from 2007 onward?
22 A     Sure. So the strategy began
23 around both volatility and time decay. So in
24 typical option strategies or I shouldn't say
25 typical, but common option strategies

Page 28

1        Walczak
2  involve options selling. In other words,
3  profiting strictly through time decay
4  because the passage of time tends to be very
5  reliable. So a very common option technique
6  is simply go out in some form and sell
7  option premium and watch it decay and
8  there's a lot of different techniques, a lot
9  of different ways to do that. What I did
10 initially was try to use --
11 Q      But it doesn't always decay,
12 right?
13 A     Well --
14 Q      Let me rephrase the question.
15 Time to expiry always decreases, but that
16 doesn't necessarily mean that the value of
17 the option you sold is going to decrease
18 over time, correct?
19 A     I would say that's partially
20 correct. For any given set of other options
21 Greeks, the option will decay in value. So
22 if you look at an option and you sold it for
23 $5 and a week goes by and it's worth $6, you
24 would say, well, jeez, time decay is not
25 working. Well, that's not true, what has

Page 29

1        Walczak
2  happened is either price has moved or more
3  likely volatility has moved that offsets the
4  time decay. So time decay is always present
5  in options.
6      Q      But it's not the only factor in
7  determining the value of the option?
8      A      That is correct. And so to
9  complete the answer to your original
10 question, the most important factor is
11 volatility. So I use techniques that, again,
12 initially were more focused on premium
13 collection with being mindful of volatility
14 and have pretty rapidly and actually in
15 early of 2007 shifted the focus away from
16 premium collection per se, time decay is
17 always present, so we pay attention to it
18 and at some times it becomes very important,
19 but focused my attention more primarily on
20 volatility. And a big part of that was
21 experiencing a large volatility shock, a
22 relatively large volatility shock in  '07.
23 So now I had a real world dynamic that was
24 added to my experience base and caused me to
25 make some adjustments to what I was doing to

Page 30

1        Walczak
2  focus more on the volatility attributes of
3  options and options spreads than simple time
4  decay.
5      Q      What happened in 2007?
6      A      So in 2007, there was an event,
7  I don't recall what it was, I think it was
8  something going on in the Asian markets.
9  The S&P, for example, was in a very, very
10 low volatile regime in early 2007, the VIX
11 was somewhere in the ten neighborhood. So
12 not quite as low as today or a couple of
13 weeks ago in 2017, but low, very low. Again,
14 there was a news event, something occurred
15 in the Asian markets that rattled the U.S.
16 equities markets. The S&P was down, I want
17 to say, roughly three percent in a day.
18 Volatility exploded. The VIX in a period of
19 two or three days, if I recall correctly,
20 went from ten to 17 or 18. So, again, this
21 was an experience -- this caused a pretty
22 large drawdown in the Harbor Assets account
23 and also made -- caused me to make some
24 adjustments in how I treated volatility in
25 my positions.

Page 31

1        Walczak
2      Q      What had your position been at
3  the time prior to that news event?
4      A      I had various credit spreads on
5  in the market.
6      Q      What does that mean?
7      A      That means I had a combination
8  of long and short options that I had, the
9  net of putting those positions on generated
10 a credit to my account.
11     Q      Are you saying that the price
12 you paid for the options you bought was less
13 than the income you generated from the price
14 that you sold?
15     A      That's correct.
16     Q      But more specifically what were
17 your positions at that time prior to the
18 news event, immediately preceding the news
19 event?
20     A      I honestly can't recall the
21 specific positions. I do remember that there
22 was a credit in the account and I do
23 remember how they reacted to the volatility
24 shock.
25     Q      Were your positions options on

Page 32

1        Walczak
2  S&P futures?
3      A      Yes, they were.
4      Q      Exclusively?
5      A      Yes.
6      Q      And how did those -- why was it
7  that those positions reacted so poorly to
8  the market movement?
9      A      Well, because they were also net
10 short volatility, they had a short
11 volatility exposure, and in particular they
12 had a short volatility exposure below the
13 market. So --
14     Q      What does that mean, "short
15 volatility exposure below the market"?
16     A      Meaning these were -- I had --
17 again, I'm not certain of the exact nature
18 of the position, but I did have put options
19 long and short below the market and the net
20 volatility exposure of those put options --
21 I mean, each option has a well defined
22 sensitivity to volatility that can be
23 expressed, it's a Greek called vega. So I
24 remember this because I did a lot of
25 analysis after the fact that the net of

Page 33

Walczak

1
2 those -- the sum of the vega positions both
3 longs and shorts ended up being short vega
4 or short volatility, meaning you would
5 expect them, the position, to decline in
6 value as volatility went higher.
7        MR. SHANK:  You said you did
8 that analysis after the fact back in
9 2007?
10        THE WITNESS:  Correct.
11        MR. SHANK:  Did you make it a
12 practice to monitor vega of your
13 portfolio?
14        THE WITNESS:  At that time, I
15 did monitor it. Going forward I monitor
16 it a lot more closely, but, yes, I did
17 monitor the vega exposure.
18 Q     Going forward after the event in
19 2007?
20 A     Correct.
21        MR. SHANK:  Did that event in
22 2007 crystalize for you the importance
23 of vega?
24        THE WITNESS:  Yes, exactly.
25        MR. SHANK:  How quickly did that

Page 34

Walczak

1
2 spike from ten to 17 or 18 happen?
3        THE WITNESS:  There was a
4 single-day event, there were a few
5 aftershocks. Again, I'm just going from
6 memory, but my best recollection is
7 that it was about a three-day period
8 where the VIX rose pretty rapidly and
9 then peaked.
10        MR. SHANK:  Was this event
11 something catastrophic or was it sort
12 of a normal market disruption?
13        THE WITNESS:  Well, it depends,
14 I guess, on how you define that. I
15 don't recall. It wasn't an act of war,
16 it wasn't a natural disaster. Again, it
17 was something that disrupted equity. I
18 do remember -- well, my best
19 recollection is that the market was
20 down roughly three percent on that day
21 with a ten VIX. So that, if you do the
22 math on that, that's a, you know,
23 that's a four sigma, five sigma kind of
24 move. So the move, what precipitated
25 that, again, I don't remember, but the

Page 35

Walczak

1
2 move itself was certainly a major,
3 major shock.
4 Q     What is "sigma"?
5 A     Standard deviation.
6 Q     When you say that that's a four
7 sigma, five sigma move, what exactly do you
8 mean?
9 A     That means that based on
10 volatility priced into options, you can
11 determine -- so ten VIX means there is a
12 certain level of volatility priced into the
13 30 days options. You can figure it out for
14 all different options. Once you know what
15 volatility is priced in the options, you can
16 calculate standard deviation moves. And on a
17 normal distribution, which is at least a
18 close approximation for how options and
19 markets behave, you can say, look, one
20 percent or a one sigma move will happen
21 two-thirds of the time, a two sigma move
22 will happen 95 percent of the time or five
23 percent of the time, sorry, and three sigma
24 one percent of the time. So when you talk
25 about moves greater than three sigma, that

Page 36

Walczak

1
2 means they have a very tiny, less than one
3 percent chance theoretically of occurring.
4 Q     When you are talking about
5 theoretical likelihood of occurring, that's
6 based on past market performance, correct?
7 A     It is and that's an important
8 distinction because the first thing that
9 happens is you'll get people saying, look,
10 there is a ten VIX, this is a four sigma,
11 five sigma move. On the other hand, three
12 days later, the VIX is at 18. Now, if you
13 plug in 18, it's no longer a four sigma
14 move. So it becomes, you know, what's the
15 right sigma to use and that's always -- and
16 so you can use historical realized
17 volatility in the market and then you say do
18 I use 30 day volatility, do I use the last
19 year, so it's all over the map. But the
20 importance of the VIX is the VIX reflects
21 what actual market participants are pricing
22 into options. So the marketplace believes
23 that the right sigma to use is based on a
24 ten VIX, for example.
25 Q     In the 2007 drawdown that you

Page 37

1          Walczak
2  referred to earlier, what was the magnitude
3  of that for Harbor Assets?
4     A      Peak to valley, I don't remember
5  exactly, so I can't quote you exact numbers.
6  It was greater than 20 percent.
7     Q      What was the size of the fund at
8  that time?
9     A      I don't remember that number
10  either.
11     Q      Can you approximate before and
12  after that 20-plus percent move?
13     A      Well, it was certainly less than
14  $2 million.
15     Q      Before?
16     A      And after.
17     Q      Well, right, obviously, but and
18  at that time of the 20-plus percent
19  drawdown, had you taken on outside money?
20     A      Yes.
21     Q      What happened after the drawdown
22  in 2007?
23     A      Could you be more specific?
24     Q      Before you mentioned that you
25  looked at things differently after the

Page 38

1          Walczak
2  drawdown, you reevaluated things, how did
3  you do that?
4     A      All right. So common practice, I
5  think, for most traders or managers, if you
6  have a drawdown, you have to look and say
7  what caused this, is there something I need
8  to change about what I'm doing, is this
9  simply a normal noise in my trading results.
10  So to me that's a normal reaction, that was
11  my reaction, to look and say, look, we had a
12  drawdown does something need to be done.
13  Now, pretty quickly, you say this is a big
14  enough drawdown that it's probably not
15  noise. So a couple of things. I looked at,
16  first and foremost, risk management and said
17  at this point what happened, how do I
18  prevent this from happening again just from
19  a pure risk standpoint. And then also, even
20  if I put risk metrics in place, how can I
21  modify some of the techniques I'm using in
22  terms of what option spreads I'm using to do
23  a better job of preventing this from
24  happening even independent of a risk
25  trigger. So I did all those things and made

Page 39

1          Walczak
2  some modifications to the types of options
3  spreads that I use and set in place a risk
4  framework that really, you know, wasn't
5  formally in place prior.
6     Q      So you mentioned two pieces
7  there, let's start with the first. What
8  modifications did you make to the options
9  spreads you were using?
10     A      So the first thing I determined
11  was that this decline had caused a severe
12  adverse reaction in my positions. So I
13  further broke that down and said why was
14  that. And, for example, it wasn't the delta,
15  I looked and said, obviously it's not theta,
16  it happened in a day, so time decay is not
17  hurting me. Is it the price movement, pretty
18  significant price movement? But I used the
19  model I was using at the time and said well,
20  price movement was probably a relatively
21  minor part of this.
22     Q      That three percent S&P drop?
23     A      Exactly.
24     Q      Was relatively a minor part of
25  what?

Page 40

1          Walczak
2     A      Of the overall drawdown
3  producing event. In other words, when I
4  looked at my position and it went under
5  water by 20 percent, when I looked at it, I
6  said, well, the delta may be, you know,
7  maybe that's a third of it or maybe even
8  less.
9     Q      For the record, what is delta?
10     A      Delta is how you expect an
11  options price to behave based on price
12  movement of the underlying security,
13  whatever the option is optionable on.
14     Q      In your case, the underlying
15  security is always S&P?
16     A      S&P 500, yes.
17     Q      So delta as applied to your
18  portfolio at the time would measure how your
19  portfolio would move given an X percent move
20  in the S&P?
21     A      That's correct, other than only
22  that I didn't. In this case, all I did was
23  look at the particular positions that got
24  hurt in this and after the fact. In other
25  words, I didn't come into it looking at

Page 41

1          Walczak
2  delta these options, this was kind of a post
3  drawdown analysis. I said all right, what
4  hurt me, did delta, did vega, did theta.
5  You know, theta, like I said, it's obviously
6  not theta. So that's where I looked and
7  said, well, the delta of this position
8  coming into this crash, if I apply the
9  market move against that delta, I shouldn't
10 have been hurting or near this bad. Then
11 when I applied the vega, I said okay, it's
12 vega, it's volatility.
13    Q    So what do you do --
14       MR. SHANK: Sorry.
15       MR. WASSERMAN: Go ahead.
16       MR. SHANK: But delta is always
17 changing, though, correct?
18       THE WITNESS: Yes, delta is
19 always changing.
20       MR. SHANK: So even accounting
21 for the fact that delta is changing,
22 you are saying that delta wasn't the
23 primary effect on your portfolio?
24       THE WITNESS: That was my
25 conclusion at the time, yes.

Page 42

1          Walczak
2       MR. SHANK: And just so we are
3  on the same page, what would a delta of
4  negative point five mean?
5       THE WITNESS: That means that
6  you would expect the option to move, if
7  the market moves ten points, you would
8  expect the option to move five.
9       MR. SHANK: The delta, say,
10 negative three?
11       THE WITNESS: If the market
12 moves five points, you would expect the
13 option to move 15 points.
14       MR. SHANK: Just --
15    Q    Just to clarify that, I believe
16 the question was if the delta was negative
17 five --
18       MR. SHANK: Negative three.
19    Q    I'm sorry, negative three. In a
20 negative delta scenario, are you expecting
21 your portfolio to move in the same direction
22 of the market or in the opposite direction
23 of the market?
24    A    The opposite direction.
25    Q    In a negative three delta

Page 43

1          Walczak
2  scenario, you would expect the portfolio to
3  move three times as much as the market in
4  the opposite direction?
5    A    Correct. And two points that are
6  relevant to that is, one, is delta always
7  changes and, second, back to my learning
8  from 2007, is volatility is very important
9  in that -- and in my experience, volatility
10 was far more important than delta.
11       MR. SHANK: So you defined delta
12 for us. Can you define vega as well?
13       THE WITNESS: Sure. Vega, and,
14 again, it depends on what kind of unit
15 of measure you want to use and so it's
16 a little less clean, but vega means for
17 a point of volatility movement, you
18 would expect, if your vega is two, you
19 would expect a two point move in the
20 underlying option.
21       MR. SHANK: So using your
22 example where volatility jumped from
23 ten to 17, if your vega was two, what
24 would you expect to happen to your
25 portfolio?

Page 44

1          Walczak
2       THE WITNESS: Again, I'm not
3  able to really clarify as you asked me
4  that, you know, because I used a model
5  and plugged it in, so it's difficult
6  for me to say -- to get my units of
7  measure correct, to be honest. So --
8       MR. SHANK: But vega is
9  measuring amount of percentage point
10 moves in your portfolio relative to
11 each point change in volatility?
12       THE WITNESS: Yes, I mean that's
13 what vega is measuring. So if I'm
14 looking at my modeling software, using
15 the VIX as an example, now the VIX is
16 an index, but every option has a
17 certain number in there that
18 corresponds to its volatility, so if I
19 plug in plus five for a particular
20 option, the software will tell me what
21 happens to that option.
22    Q    If you plug in plus five what?
23    A    Again, it's a unit to measure
24 things. So volatility is often expressed in
25 percentages and I don't want to get --

Page 45

1          Walczak
2     Q     I'm just trying to make sure we
3 are clear. When you say plug in plus five,
4 what is the plus five, plus five vega, plus
5 five delta?
6     A     It's a plus five vega, right.
7 Again, I apologize but I'm not able
8 coherently, I guess, to express what units.
9 Delta is very easy to express in units. It's
10 simply a decimal. Vega has a percentage
11 number. So if vega is up, you know, five and
12 volatility goes up by five, I don't want to
13 say an option change in value by 25 because
14 I'm not sure we are talking apples to
15 apples.
16    Q     You mentioned that you use a
17 program. Were you using a program in 2007?
18    A     Yes.
19    Q     What program were you using?
20    A     I would have to go back and
21 check my records. I think it would have been
22 Option View. I have been using Option View
23 for a very long time, but I haven't always
24 used Option View, so I would have to go back
25 and check. I can't tell you exactly which

Page 46

1          Walczak
2 one, but I was using an option pricing
3 software.
4     Q     In 2007 when you were doing your
5 postmortem on what happened to the portfolio
6 and measuring things like delta and vega to
7 evaluate the cause of the drawdown, were you
8 calculating delta and vega on individual
9 options or on the portfolio as a whole?
10    A     Individual options in that case.
11         MR. SHANK:  Did you ever take a
12    look at the portfolio as a whole?
13    Q     At that time.
14    A     At that time, I don't recall
15 doing it, no.
16         MR. SHANK:  Can I follow-up on
17    one thing you said about a four sigma
18    event and you said something less than
19    one percent? How frequently would you
20    expect, say, a half percent event to
21    occur in the market?
22         THE WITNESS:  I can look that up
23    in a stats book, but I don't know off
24    the top of my head what sort of sigma
25    corresponds to a half percent.

Page 47

1          Walczak
2         MR. SHANK:  Put aside sigma for
3 a second, but say you have a half
4 percent type of event, how frequently
5 would you expect that to happen in the
6 marketplace?
7         THE WITNESS:  I really don't
8 know. I don't really have any basis to
9 figure that out.
10        MR. WASSERMAN:  Half percent S&P
11 move, half percent VIX move?
12        MR. SHANK:  No, a half percent
13 move based on a standard deviation
14 probability event. So there are about
15 252 trading days in a year, correct?
16        THE WITNESS:  250, 256,
17 something like that.
18        MR. SHANK:  Give or take, right?
19        THE WITNESS:   Right.
20        MR. SHANK:  So a half percent
21 event, would you expect that to happen
22 more frequently than annually?
23        THE WITNESS:  Again, statistics
24 isn't really linear, so, you know,
25 it's -- when you talk about sigma, you

Page 48

1          Walczak
2 should talk about bell curve, it's not
3 linear. You got to look it up in the
4 book and say all right -- I happen to
5 know off the top of my head that
6 roughly a one percent thing is three
7 sigma just from memory, but if you go
8 to a half percent, it's not automatic
9 to be able to determine what that is. I
10 would go look it up if I needed to know
11 that.
12        MR. SHANK:  I'm not worried
13 about what sigma that relates to. I'm
14 just saying, if you have an event that
15 happens about a half percent of the
16 time, that would be about once every
17 200 trading days?
18        THE WITNESS:  All right, so you
19 are telling me there is an event that
20 happens once in 200 occurrences, right?
21        MR. SHANK:  Which would be a
22 half percent, right?
23        THE WITNESS:  That's what I
24 mean. Just to clarify, yes.
25        MR. SHANK:  You would expect

Page 49

Walczak

1          Walczak
2    that to happen more frequently than
3    annually, correct?
4        THE WITNESS:  Again, I don't
5    want to try to become a statistics
6    professor, because I'm not, but stats
7    and probabilities don't work that way.
8    On average over a long period of time,
9    you can look back and say, wow, this
10   thing happened once every 200
11   occurrences, but it can be extremely
12   irregular. It can go, you know, 500
13   times without happening and then happen
14   twice in a hundred occurrences and over
15   time you say that's a half percent.
16      MR. SHANK:  Fair enough. But on
17   average, you would expect that to
18   happen about every 200 trading days?
19      THE WITNESS:  You know, I'm
20   certainly not trying to be wonky about
21   this, but it's an important point,
22   things are not regular in statistical
23   distribution. So I would say that's an
24   occasion where you say on average it
25   happens every 200 occurrences and now

Page 50

Walczak

1          Walczak
2    we have gone 400 occurrences without
3    happening, now I think maybe it's more
4    likely that it's about to happen. But
5    in the meantime, it's almost like, you
6    know, I don't know if it's going to
7    happen because an average -- you have
8    to look at statistics because an
9    average can be, like I mentioned, you
10   can look and see it's distributed where
11   you go 500 times without it happening
12   and then you have three occurrences and
13   then you look back and say there is an
14   average. I wouldn't draw any conclusion
15   from something like that.
16      MR. SHANK:  Okay.
17  BY MR. WASSERMAN:
18   Q    Mr. Walczak, can you further
19   explain how you changed your trading
20   strategy after your 2007 drawdown?
21   A    Sure. What have I told you
22   already?
23   Q    Actually, what was your trading
24   strategy after the 2007 drawdown?
25   A    Sure. So as I mentioned, the

Page 51

Walczak

1          Walczak
2    principal learning from this drawdown was
3    that I had to incorporate even more
4    volatility analytics in what I was doing.
5    And what I mean by that is, in my postmortem
6    I discovered that the primary cause -- the
7    primary cause of the impact, the great
8    impact on positions below the market was
9    volatility. Secondary causes were the number
10   of positions I had on. So I made -- and
11   really encapsulating that is the issue of
12   not having a formal risk management
13   structure in place. So two things going
14   forward. Primarily, I took volatility
15   characteristics of my positions and set some
16   stricter guidelines about when, where, how
17   to put on positions with respect to
18   volatility. For example, I learned that the
19   positions I had below the market, underneath
20   the market put positions, were net short
21   volatility and that was a major cause, I
22   generally understood that going in, I didn't
23   fully understand the magnitude of the impact
24   of a sudden rare volatility event. So going
25   forward, I did -- I cut -- I set risk

Page 52

Walczak

1          Walczak
2    parameters in place and at the same time
3    modified positions so that when I put on
4    positions below the market, they would be at
5    least neutral to volatility and ideally
6    positive, but at least neutral. And then I
7    also looked at positions above the market
8    and discovered I had short exposure above
9    the market as well, however, there was no
10   need to modify those positions because of
11   the inverse relationship between volatility
12   and price. I could expect volatility to
13   decline if the market rose, therefore, it
14   didn't present an additional risk to my
15   positions on the top of the market. So those
16   positions were okay from that standpoint.
17   Q    What was the strategy?
18   A    So the strategy in 2007 was
19   focused on premium collection with a
20   secondary consideration of volatility. And
21   coming out of 2007 it really became focused
22   on volatility, premium collection was put
23   aside. Premium collection is really another
24   way to account for theta. So --
25   Q    When you say the strategy was

Page 53

1          Walczak
2 focused on volatility, what does that mean
3 in terms of what you are buying and selling?
4     A     All right. So it's a complex
5 subject, so let me try to figure out where
6 to start. So in periods of low volatility,
7 the risk and the opportunities of volatility
8 increases and vice versa in periods of high
9 volatility. So I was always buying and
10 selling options and trying to put together
11 spreads that took advantage of those
12 relationships. And that means that I can use
13 a combination of long and short put options
14 below the market that have at least a
15 neutral exposure to volatility and over time
16 that neutral exposure, as the longs and
17 shorts move through time, becomes a long
18 exposure to volatility. So that's an example
19 of how I focused my positions on volatility.
20          MR. SHANK:  How did you go about
21     measuring whether you were neutral or
22     positive volatility?
23          THE WITNESS:  Again, then I
24     would use my software on a particular
25     motion to determine what the volatility

Page 54

1          Walczak
2     exposure was.
3     Q     What specifically would you look
4 at?
5     A     I would look at the sum of the
6 vegas on all the different parts of the legs
7 in the position and determine whether it was
8 positive or negative.
9     Q     What other aspects of your
10 strategy were there?
11     A     So the other aspect is sort of
12 the contra aspect of it, meaning neutral to
13 volatility below the market, short
14 volatility above the market. So above the
15 market I wanted to put on positions, again,
16 that were short volatility and had the
17 opportunity to profit as volatility
18 declined.
19     Q     What specifically did that
20 entail?
21     A     An example of a position?
22     Q     Yes.
23     A     So above the market we -- the
24 same positions that I'm using today, for
25 example, could do really two things, could

Page 55

1          Walczak
2 do, again, a simple sell one buy one or a
3 buy one sell two or a buy one sell three.
4 Again, it depended on the analysis of
5 volatility in that moment.
6     Q     How did it depend on the
7 analysis of volatility in that moment?
8     A     Well, it depended on -- you can
9 look at, in a particular expiration month,
10 what is the volatility in that expiration
11 month at the money and then you could look
12 at individual options and determine what
13 their volatility -- what volatility is built
14 into them as well, which is different.
15     Q     How are those two things
16 different?
17     A     Well, the volatility of at the
18 money options, again, the VIX, for example,
19 is an index and it's a calculation to
20 approximate the volatility of an at the
21 money S&P 500 option with 30 days to go. If
22 you look at any individual option, the
23 Black-Scholes model will tell up, based on
24 the market price, will back you into what
25 volatility is built into that option. So --

Page 56

1          Walczak
2     Q     Just with the first piece you
3 mentioned about the VIX telling you the
4 volatility of options 30 days out, am I
5 articulating that correctly?
6     A     Correct. At the money is an
7 important part of this.
8     Q     At the money options 30 days
9 out?
10     A     Right.
11     Q     That's an aggregate measurement,
12 correct?
13     A     I believe so.
14     Q     And it's giving you the implied
15 volatility of, in aggregate, of the market
16 for at the money options 30 days out?
17     A     Again, I don't know the exact
18 calculations, but that's what it's meant to
19 represent.
20     Q     The second piece, the difference
21 with the second piece is that there is
22 implied volatility -- there is volatility
23 implied in the pricing of individual
24 options, correct?
25     A     Correct.

Page 57

1        Walczak
2    Q     So given those two pieces that
3 you've described, how do you implement your
4 strategy?
5    A     So a couple of things. We look
6 at something called the term structure of
7 volatility and that means that we just
8 talked about the VIX being at 30 days to
9 expiration, you can get an aggregate number
10 for options with 60 days to expiration and
11 with 90 days to expiration. And you can also
12 look at the VIX futures curve as well for
13 kind of a shorthand of what volatility
14 built into -- what assumptions or what the
15 actual pricing on VIX futures is going out.
16 So at any rate, the term structure of
17 volatility functions very much like a yield
18 curve in fixed income. You look at different
19 durations of fixed income securities, they
20 have different yields and how those things
21 change is important to a fixed income
22 manager in terms of how he structures a
23 portfolio. So I look at the equivalent
24 options curve, meaning the VIX is at ten,
25 the 60 day version of the VIX might be at 11

Page 58

1        Walczak
2 or it might also be at ten. The 90 day VIX,
3 same thing. So you can plot that curve and
4 that's instructive to me in terms of what
5 type of option spreads to put on, how I
6 expect them to behave and, in fact, where to
7 put them on.
8    Q     How is that instructive to you
9 and how exactly does it help you determine
10 where to put positions on?
11    A     Sure. So in most options
12 strategies, the one I use is part of this,
13 more volatility is better. Meaning more
14 volatility means higher options pricing,
15 that allows me within my strategy to
16 construct more favorable options spreads.
17 And so if I see that the VIX is at ten and
18 the 120 day version of the VIX is at 13,
19 which is -- that's actually typical numbers
20 when the VIX is at ten, then I automatically
21 want to be in the 13 side of things because
22 there is more volatility. There are also
23 some other advantages, but I'm looking for
24 volatility along that curve and when I see
25 that I get a high enough volatility -- and

Page 59

1        Walczak
2 there's real world considerations, too. I
3 might want to trade a particular month where
4 there is, you know, theoretically there is
5 volatility out there according to the VIX
6 futures, but options don't trade or CME
7 options don't trade that month, but at any
8 rate, I look and find the highest level of
9 volatility that I can trade to put on my
10 spreads and I use that curve to tell me
11 where that is.
12    Q     So the options that have a
13 higher implied volatility are more
14 expensive, correct?
15    A     Yes.
16    Q     All other things being equal
17    A     Yes, it's kind of the other way
18 around -- no, you are right, options with
19 higher implied volatility are expensive,
20 more expensive, correct.
21    Q     So why are you looking at that
22 exclusively?
23    A     Well, it's not exclusive, it's a
24 fundamental part of what we do. In fact,
25 it's the building block, the first place we

Page 60

1        Walczak
2 start because when options are more
3 expensive, then you can construct spreads --
4 I've found that you can construct option
5 spreads that have a better probability of
6 making money.
7    Q     So I apologize, I'm trying to
8 get some concrete examples of the strategy.
9 What exactly is the strategy that you are
10 implementing following your 2007 drawdown,
11 what exactly are you buying and selling,
12 where are you buying and selling it and
13 what -- let's start with that?
14    A     Good. So now I understand the
15 question. So two things, when the volatility
16 curve -- I'll describe the strategy as I do
17 when people ask the nuts and bolts behind
18 it. So I mentioned that we have this
19 volatility curve and we like higher
20 volatility, the strategy above the market is
21 to buy a call option and sell multiple other
22 call options usually at or near the same net
23 premium. Meaning as I mentioned, we don't
24 collect premium as a means of earning a
25 return, we will collect it if we have long

Page 61

1          Walczak
2  premium in a portfolio and we want to offset
3  in new positions that we are adding, but
4  generally we are not out trying to collect
5  net option premium. We do from time to time.
6  Like I said, there are circumstances that we
7  do. So we will buy a long call option above
8  the market, we will sell two or three. In
9  recent years, we have done some research, we
10  used to do one by two, now we do one by
11  three, same concept, though, and the concept
12  is we don't want to just go out and buy
13  options because they decline with time. So
14  you buy options, nothing happens in the
15  marketplace, you are going to lose money
16  slowly over time. So what we do is we buy an
17  option, we sell options further away from
18  the market using a ratio of one to two or in
19  recent years one to three, again, based on
20  some research that we have done. And the net
21  of it is we don't spend capital on that
22  position. If the market goes sideways, we
23  can actually make some money because that
24  position is short volatility and it will
25  come down that curve. So we are out in a

Page 62

1          Walczak
2  region where the volatility is 13, for
3  example, and over the life of that position
4  it comes to, you know, near to expiration
5  and the VIX is now ten, so the 13 comes down
6  to ten. It's a short volatility position, we
7  can make money that way. Even if that
8  doesn't happen, the only way it doesn't
9  happen is if the VIX spikes in the meantime.
10  If it doesn't happen and the market is flat,
11  typically those short options will decay a
12  little bit faster than the long options, so
13  something we didn't invest any money in, we
14  can sell. So we can come in at even and then
15  we sell it as it approaches expiration for
16  $2, $5 or something like that and make some
17  money that way. And that's another factor in
18  terms of looking for higher volatility
19  because we want it to drain down over time.
20  Thirdly, if the market actually starts to
21  advance towards our position, we can get to
22  a place where the long option is worth a
23  significant amount of money and the short
24  options are still away from the market and
25  declined in value or end up worthless.

Page 63

1          Walczak
2      Q     What are the risks to this
3  strategy?
4      A     There is another part of the
5  strategy if you want to hear, but I can talk
6  through the risks on this one as well.
7      Q     Yes. What are the risks of this
8  particular strategy?
9      A     The risk to this strategy is
10  that the market advances rapidly enough that
11  the short options increase in value faster
12  than the long option does.
13      Q     What are the limits to that
14  risk?
15      A     Initially when we put the
16  position on, the risks are theoretically
17  unlimited to the up side.
18      Q     Is the other strategy you were
19  just referring to, the put strategy that you
20  explained earlier?
21      A     Yes. I don't recall really
22  explaining it very well, but it is a put
23  strategy.
24      Q     Why don't you briefly explain
25  it.

Page 64

1          Walczak
2      A     Sure. So below the market we use
3  a different structure. Above the market all
4  our -- the legs of our position are in the
5  same expiration month. Below the market we
6  trade calendar spreads so that the different
7  legs of the position are in different
8  expiration months. And we do that because it
9  allows us to give -- to achieve a volatility
10  exposure with these options below the
11  market. And that is typically our goal, to
12  put on options below the market at least at
13  a neutral volatility level and then over
14  time we know they became long volatility, we
15  can add to positions, we can take back legs
16  on the position and manage our volatility
17  exposure by buying and selling options below
18  the market.
19      Q     Are you ever engaging in both of
20  these strategies at the same time?
21      A     They are dictated by market
22  conditions. So the norm is that we are doing
23  one or the other, but there are times when
24  we do both at the same time.
25      Q     And have these strategies as

Page 65

Walczak

2 you've described, have these generally been
3 the strategies of the fund from 2007 through
4 the present?
5    A    Yes, for the most part.
6    Q    You mentioned that in 2007 after
7 the major decline in Harbor Assets you
8 implemented certain risk parameters. What
9 were those risk parameters?
10    A    So the other part of our -- or
11 my analysis in terms of what happened was
12 that we had too many positions on. So what
13 does that really mean, you know? Again, as
14 I looked I said well, we had some delta
15 impact, but it wasn't a big one. You had
16 volatility impact, that was really big on a
17 per position basis and oh, by the way, we
18 also ran against margin limits and the
19 number of positions were part of the cause.
20 I mean, so if you had half the positions,
21 you had half the drawdown. So my analysis
22 suggested that we needed to decrease the
23 number of positions and, again, that's
24 instructive for both entry and risk, but I
25 put in as a risk parameter a quantifiable

Page 66

Walczak

2 limit of positions per unit of capital that
3 I would put on.
4    Q    How did you define positions for
5 that purpose?
6    A    Two different definitions I
7 used. One before the market in the call
8 ratio spreads, I counted a position as any
9 uncovered call option. So really another way
10 of describing it would be a risk position.
11 So if I have one long and three shorts, then
12 I have two risk positions on. And below the
13 market, to be conservative, I simply counted
14 any short put as a risk position, even if it
15 was covered by a long put.
16    Q    Do you recall in 2007, prior to
17 the drawdown of Harbor Assets, getting any
18 notification from an FCM about the level of
19 risk?
20    A    No.
21    Q    How did the fund grow from 2008
22 to 2013?
23    A    In terms of?
24    Q    In terms of assets under
25 management.

Page 67

Walczak

2    A    So size roughly?
3    Q    Yes.
4    A    By 2013 I think we were at about
5 $7 million roughly.
6    Q    What were you starting at in
7 2008, approximately?
8    A    I want to say approximately a
9 million dollars.
10    MR. CAZAKOFF:  After the
11 drawdown in 2007, do you remember what
12 your worth was approximately?
13    THE WITNESS:  What my what was?
14    MR. CAZAKOFF:  What the fund was
15 worth in 2007 after the drawdown.
16    THE WITNESS:  It was in the
17 million dollar neighborhood, again,
18 without looking at a statement.
19    MR. CAZAKOFF:  So did it get as
20 low as a million dollars in 2008 or do
21 you that think was --
22    THE WITNESS:  My recollection is
23 that I started in 2006 with a half
24 million dollars and in 2007 we did have
25 inflows from new investors. So, again,

Page 68

Walczak

2 without looking at the data, I can't
3 give you contact numbers, but it's in
4 that neighborhood.
5    Q    At some point in 2013 the fund
6 was brought under the Catalyst Capital
7 Advisors umbrella, correct?
8    A    Correct.
9    Q    Can you explain how that
10 happened?
11    A    Sure. I got a phone call one day
12 from George Amrhein at Catalyst, I think the
13 name is familiar to you, who had business
14 development responsibility, I believe. All I
15 knew is that he called and identified
16 himself as a representative of Catalyst
17 Capital Advisors and he was interested in
18 opening a dialogue about converting Harbor
19 Assets into a 40 Act mutual fund.
20    Q    Did you know him prior to him
21 calling you?
22    A    No.
23    Q    Complete cold call out of the
24 blue?
25    A    Correct.

Page 69

1           Walczak
2    Q     What was your response?
3    A     My response was that I didn't
4  have any idea about what that meant. I
5  didn't understand how a mutual fund
6  restructured -- my background was CFTC, NFA,
7  commodities stuff, so I didn't really have a
8  good handle on what that meant to convert to
9  a mutual fund. I had a lot of questions
10  about what does that mean to my strategy,
11  will the strategy operate in the same way
12  under the, you know, in the mutual fund
13  world. And most importantly it was
14  sufficient -- I do remember reacting not in
15  a real favorable way because there were too
16  many unknowns. I was reasonably comfortable
17  with what I was doing, so I put him off and
18  said I don't know anything about this stuff,
19  so let me do some homework and maybe I'll
20  talk to you later, that's kind of how the
21  conversation went.
22    Q     And then what happened?
23    A     Best I can recall -- and I think
24  that conversation took place, I'm sure it
25  took place not later than 2012. It was --

Page 70

1           Walczak
2  I'm pretty sure it was sometime in 2012
3  because there was a relatively long period
4  of time where we had some occasional
5  dialogue and I was trying to do some due
6  diligence about, you know, the mutual fund
7  environment and what that really meant to
8  the kind of trading I was doing. So George
9  periodically touched base with me, I would
10  ask questions, he would come back with some
11  answers. I consulted, you know, a few folks
12  to try to get a better understanding of the
13  40 Act world. I met at one point with Jerry
14  Szilagyi to get a better handle -- in other
15  words, so George and I dialogued and it
16  didn't move very fast and he suggested I
17  meet with Jerry who had business, I think,
18  in Milwaukee at some point. So I'm an hour
19  and a half from Milwaukee, so Jerry and I
20  met and talked through a little bit more the
21  mechanics of how this would work. Jerry and
22  Catalyst had just converted another, not
23  similar strategy, but similar vehicle into a
24  mutual fund. So after that conversation, I
25  remember being more comfortable with the

Page 71

1           Walczak
2  concept and tentatively agreed to go ahead.
3           MR. SHANK:  I think you
4  described before that there was a
5  significant shift in strategy in the
6  2007 time period after that drawdown
7  event, correct?
8           THE WITNESS:  Yes.
9           MR. SHANK:  And you went from
10  basically put selling focus to spread
11  trading?
12           THE WITNESS:  Well, I was always
13  doing spread trading and I was always
14  doing options -- I was doing the same
15  strategy with different option
16  structures. There were always spreads,
17  never doing anything with naked
18  options. The real difference was
19  putting in place a risk management
20  framework which included limiting
21  margin and position sizing and also
22  incorporating more volatility analytics
23  into the type of positions I put on and
24  whether each individual position had a
25  certain volatility exposure.

Page 72

1           Walczak
2           MR. SHANK:  I think you
3  described before, you changed your
4  focus from trading market movements to
5  trading volatility?
6           MR. MOYLE:  Object to form.
7           Go ahead, you can answer.
8           THE WITNESS:  Yes, I was never
9  really trading market movements. I have
10  always -- the strategy and that's why
11  it's really, again, it's more of a
12  similar strategy with modifications to
13  the types of spreads and the techniques
14  as opposed to, wow, I used to trade
15  market movements, now I'm trading
16  volatility, that's not the case at all.
17  I have always operated a strategy
18  neutral to market direction. In other
19  words, I have never felt comfortable
20  trying to identify where is the market
21  going tomorrow or next month or next
22  year.
23           MR. SHANK:  So the shift in
24  focus was more along the lines of how
25  you sized positions and how you exposed

Page 73

1          Walczak
2    yourself to volatility?
3          THE WITNESS:  Correct.
4          MR. SHANK:  Were there any other
5    significant changes to your strategy
6    between the post 2007 drawdown and when
7    you got to Catalyst in 2013?
8          MR. MOYLE:  Object to form.
9          THE WITNESS:  I would say,
10   again, I'm struggling to recall that
11   period of time, but I don't recall
12   making any significant or material
13   changes to strategy. Again, always
14   looking for ways to improve at the
15   margin in terms of where do we place
16   that spread, is it, you know, plus or
17   minus ten points, is it a 50 points
18   wide or 40 points wide. So those kind
19   of incremental improvement marginal
20   technique changes, but the goals, the
21   fundamentals around the volatility
22   analytics that we do have remained
23   pretty constant.
24         MR. SHANK:  So between 2007 and
25   2013, were there any changes that were

Page 74

1          Walczak
2    as big of a change as the one you
3    implemented in 2007?
4          THE WITNESS:   No, not at all.
5    Q      Did the conversion into a 40 Act
6    mutual fund cause your strategy to change at
7    all?
8    A      No, that was a fundamental
9    concern of mine and why it took -- again, I
10   don't have the dates, I do remember it was a
11   long period of due diligence on my part and
12   I suspect on Catalyst's part as well to try
13   and be assured that I could operate the
14   strategy as I had operated it in the past
15   going forward.
16         MR. WASSERMAN:  Let's go off the
17      record and take a five-minute break.
18         (Whereupon, a recess was taken.)
19   Q      Mr. Walczak, one last question
20   about your time at Harbor Financial. At
21   Harbor Financial, did you ever have anyone
22   devoted to risk management?
23   A      No, Harbor Financial is
24   basically a two-person LLC, myself and my
25   wife.

Page 75

1          Walczak
2    Q      And your wife?
3    A      And my wife.
4    Q      No other staff?
5    A      No.
6    Q      Did you have an office or was it
7    run out of your home?
8    A      Home.
9    Q      And that was the case up until
10   Catalyst took over the fund?
11   A      Correct.
12   Q      What was the name of the fund
13   once it was converted under the Catalyst
14   umbrella?
15   A      The Catalyst Hedged Futures
16   Strategy Fund.
17   Q      How did you come up -- were you
18   the one that came up with that name?
19   A      No.
20   Q      Who came up with that?
21   A      I don't know specifically who
22   did.
23   Q      Do you think it was a name that
24   accurately characterized the strategy?
25   A      I didn't have any objection to

Page 76

1          Walczak
2    the name. The name wasn't important to me,
3    to be honest.
4    Q      Do you think it accurately
5    characterized the strategy?
6    A      Well, I'm not really -- I mean,
7    I'm not a lawyer or regulator to understand.
8    Q      I'm not asking you to be a
9    lawyer. I'm just asking your view as to
10   whether the name of the fund accurately
11   characterized the strategy of the fund?
12   A      Sure.
13   Q      Your answer is yes?
14   A      Yes.
15   Q      The fund was converted in about
16   September 2013; is that correct?
17   A      Correct.
18   Q      So in late 2013, do you recall
19   whether you were engaging in the above
20   market call strategy or the below market put
21   strategy?
22   A      In what time frame, I'm sorry?
23   Q      Late 2013.
24   A      Honestly I don't recall.
25   Q      What about in 2014?

Page 77

1          Walczak
2     A     Again, years ago and I don't
3  know specifics. I don't want to give you a
4  bad answer.
5     Q     Do you recall whether at any
6  point in 2014 you were engaged in the above
7  the market call strategy?
8     A     Again, I don't want to -- again,
9  the strategy is driven by volatility market
10 conditions and so we can be doing lots of
11 different things. So when I think about past
12 periods, I think it would be -- I don't want
13 to give you bad information. So without
14 having a statement in front of me, I can't
15 talk about it.
16    Q     When you say "the strategy is
17 driven by volatility market conditions,"
18 what do you mean?
19    A     Well, a fundamental part of the
20 strategy, as I mentioned earlier, is to look
21 at the term structure of volatility and when
22 it's sloping from high on the right side,
23 meaning volatility built into options that
24 are longer dated to expiration, when that
25 volatility is higher than volatility built

Page 78

1          Walczak
2  into options with less time to expiration,
3  that is a preliminary trigger for us to
4  operate our call option strategy.
5          MR. SHANK:  Could you read the
6     last part?
7          MR. WASSERMAN:  Let's have the
8     answer read back.
9          (Whereupon, the record was read
10    as requested.)
11    Q     But you don't recall one way or
12 another whether in 2014 you were actually
13 engaging in that call strategy?
14    A     No, I don't.
15    Q     What about in 2015?
16    A     Again, any of these time frames,
17 without looking at it, I just can't tell you
18 what we were doing in that particular day or
19 month.
20         MR. MOYLE:  But is your question
21    at any point in the year did he engage
22    in that strategy; is that the question?
23         MR. WASSERMAN:  Yes.
24    A     I'm reasonably sure that at some
25 point during each of those years we engaged

Page 79

1          Walczak
2  in the call option strategy.
3          MR. SHANK:  Can you explain why,
4     when volatility is higher on the longer
5     dated, that is a trigger for you to use
6     the calls?
7          THE WITNESS:  Sure, because in
8     those types of conditions, we have a
9     couple of things we are trying to do.
10    In those types of condition, typically
11    volatility is overall on the low side
12    and that generally means a market
13    that's going to go sideways or higher.
14    And if it goes lower unexpectedly,
15    that's okay, too, but when a term
16    structure is that shape, we think that
17    there is some potential opportunity for
18    us to go out and take advantage of the
19    higher volatility in the longer dated
20    options. And when we put on a position,
21    we almost -- we are reasonably
22    comfortable that volatility will
23    decline and we can make some money with
24    a position like that.
25    Q     Why are you reasonably

Page 80

1          Walczak
2  comfortable that volatility is going to
3  decline in those scenarios?
4     A     In those scenarios because we
5  can see that in the particular market
6  conditions that occur. The longer dated
7  volatility, for example, is at 13 and the
8  VIX is at ten, we know that options we put
9  on with 120 days to go or a hundred days to
10 go will someday have 30 days to go and all
11 else being equal, the volatility built into
12 them will go from 13 to ten.
13         MR. SHANK:  So are you
14    suggesting, though, in that scenario,
15    you are short volatility?
16         THE WITNESS:  Yes.
17         MR. SHANK:  Maybe I
18    misunderstood your description of your
19    strategy before, I thought you were
20    positioning yourself to ensure that you
21    were at least neutral or positive
22    volatility with each of your positions?
23         THE WITNESS:  That is true for
24    positions below the market.
25         MR. SHANK:  So for your call

Page 81

Walczak

1       Walczak
2  strategy, that isn't true?
3       THE WITNESS:   Correct.
4       MR. SHANK:  So as far as your
5  call strategy, you need to be short
6  volatility?
7       THE WITNESS:   We want to be
8  short volatility.
9     Q    Is it accurate that that
10  manifests itself in establishing a net short
11  position for options that are approximately
12  90 days out?
13    A    Can you repeat that again?
14    Q    Does that manifest itself in
15  establishing -- in selling more calls than
16  you are buying for that longer dated
17  expiration?
18    A    That's what our positions
19  typically look like, yes.
20    Q    Do you recall whether in 2014
21  and 2015, to the extent you were engaged in
22  the call options strategy, whether the
23  typical ratio was buy one sell two or buy
24  one sell three?
25    A    I don't recall that specific,

Page 82

Walczak

1       Walczak
2  no.
3     Q    What about in 2016, same
4  question?
5     A    I just don't recall the
6  specifics because at various times we use
7  one by two's and one by three's.
8     Q    And in 2016 you were engaged, at
9  least by spring 2016, you were engaged
10  primarily, if not exclusively, in the call
11  option strategy, correct?
12    A    What period of time again?
13    Q    Spring 2016 forward.
14    A    I'm not certain that we were not
15  doing puts during that time.
16    Q    In the spring and summer of
17  2016, were you primarily engaged in the call
18  options strategy?
19    A    Again, without a broker's
20  statement in front of me, I can't tell you.
21    Q    Mr. Walczak, this is what you've
22  done every day for the least 12, 13 years,
23  right?
24    A    Yes, it is.
25    Q    I'm asking if you remember

Page 83

Walczak

1       Walczak
2  whether 15, 16 months ago you were engaged
3  primarily in the call option strategy?
4     A    And, again, not to evade the
5  question in any way, I honestly can't
6  remember without looking at the details of
7  what was going on.
8     Q    Do you recall what your
9  positions were in December of 2016?
10    A    Same thing. I mean, I don't know
11  how else to answer the question without
12  going back and looking at the records --
13    Q    You had a major drawdown in the
14  fund in early December of 2016, correct?
15    A    Yes.
16    Q    That was a significant event,
17  correct?
18    A    Oh, I'm sorry, I misheard your
19  time frame then. Yes, yes.
20    Q    You typically put positions on
21  how long in advance of expiry?
22    A    It depends, again, on the
23  volatility analytics, the typical time frame
24  is 90 to 120 days.
25    Q    So three to four months,

Page 84

Walczak

1       Walczak
2  correct?
3     A    Right.
4     Q    So you recall the drawdown in
5  December of 2016, correct?
6     A    I do.
7     Q    We will probably get to that in
8  more detail in a little while. But I'm
9  asking, at the time you put on those
10  positions, which would have been
11  approximately late summer of 2016, according
12  to your typical practice, do you recall
13  whether you were primarily engaged in the
14  call options strategy or the put options
15  strategy?
16    A    I can't tell you it wasn't both.
17    Q    Do you recall --
18       MR. SHANK:  If you reviewed the
19  portfolio, you would be able to tell
20  us?
21       THE WITNESS:  Absolutely.
22    Q    Do you recall whether the
23  positions you put on for December expiry
24  were primarily the call options strategy or
25  the put options strategy?

Page 85

1           Walczak
2       A     I don't recall if we had any put
3   options on. I do recall that we had call
4   options on into that December time frame.
5           MR. MOYLE:  Can I try to help
6   out?
7           MR. WASSERMAN:  One more
8   question.
9       Q     At the time that you put on
10  those call options positions for December
11  expiry, was your ratio one by two or one by
12  three?
13      A     I believe it was one by three.
14          MR. MOYLE:  When he's asking you
15      these questions, I don't think he's
16      trying to ask you with such specificity
17      that if you go to a particular date and
18      maybe the portfolio is a blend of the
19      two strategies or whatever, that it's
20      going to be a got-you moment. I think
21      he's just asking you more generally,
22      you know --
23          THE WITNESS:  Fair enough.
24          MR. MOYLE:  -- what would you
25      expect your focus was during this

Page 86

1           Walczak
2   period of time as opposed to maybe
3   there are days that are different, but
4   just generally speaking.
5       Is that correct, Sam?
6           MR. WASSERMAN:  That's right.
7       Q     So do you recall whether in the
8   summer of 2016 you were primarily engaging
9   in the call options strategy?
10      A     Yes. What I remember is that the
11  call option strategy was the source of the
12  drawdown in 2016. What I don't remember for
13  sure is whether we were also doing the put
14  option strategy in that time frame.
15      Q     More specifically your
16  recollection was that the call option
17  strategy at the time entailed a ratio of one
18  long to three short?
19      A     That's the best of my
20  recollection, yes.
21      Q     In 2016 to implement your call
22  option strategy, how did you determine where
23  to put the positions on?
24      A     So the first level of analytics,
25  as I had mentioned before, is to look at the

Page 87

1           Walczak
2   term structure of volatility and that tells
3   us a couple of things. It tells us whether
4   or not we should be looking at calls or
5   puts. Again, sometimes market fluctuation
6   cannot necessarily get us in both
7   simultaneously, but, for example, we might
8   put on a call position today, tomorrow you
9   get some sort of event that flattens the
10  curve sufficiently and then we put on a put
11  position. The event subsides, the curve goes
12  back this way and then we go to call. So
13  that's in practice how it can be that we do
14  both pretty much at once. But in direct
15  answer to your question, we look at the term
16  structure of volatility when it's steep,
17  then we go up the curve until we can find
18  the greatest volatility that has some real
19  world liquidity around us, meaning it's
20  tradable in the products we trade. And so
21  once we found that spot where -- and the way
22  the curve typically behaves is you get more
23  volatility and more volatility and more
24  volatility and then all of a sudden you
25  don't get much more, so the curve starts to

Page 88

1           Walczak
2   flatten.  We look for that spot because
3   that's where we are not going to get
4   significantly more volatility going further.
5   Once we find that spot, that determines an
6   expiration month for us. Now, within that
7   expiration month, we now want to place these
8   positions in such that we have -- we feel
9   like there is not a high chance that the
10  market will go past the short side of the
11  spread because that's where our risk is. How
12  do we determine that?  We don't use
13  statistics about market movement I think for
14  a little bit of the reason I described
15  earlier. In other words, we don't take a
16  volatility and say, gees, there is only a
17  five percent chance that the market goes
18  this high because markets behave, in my
19  experience, don't always conform to those
20  pure mathematical price movements. So we do
21  a couple different things. We try to project
22  market levels, potential market levels, on
23  the basis of some technical analysis,
24  technical analysis means things like trend
25  lines on a chart, trying to determine the

Page 89

1        Walczak
2 rough rate of advance of the market. We try
3 to marry those analytics up with things like
4 price earnings ratios and any other
5 fundamental calls, research from other
6 analysts in the marketplace who might make,
7 for example, a year-end call.
8     Q     What do you mean "a year-end
9 call"?
10    A     Meaning, so if we are sitting in
11 February of 2016 and we get a consensus view
12 from the top eight investment banks that,
13 you know, year-end 2016 price target for the
14 S&P is 2750, we will then assume a rate of
15 advance into that 2750 as sort of a best
16 approximation of the path the market may
17 take to get to year end. And that's one --
18 and so we try to marry the technical
19 analysis of looking at price patterns,
20 stock -- index charts and other metrics and
21 that allows us to place spreads in a place
22 where we have an opportunity that, if the
23 market follows a normal course, the position
24 will be profitable. If the market goes
25 sideways or even lower, the position is

Page 90

1        Walczak
2 likely to be a break-even and it gives us
3 that first approximation of where our risk
4 is and where our positions should be placed.
5     Q     Do you specifically draw a
6 straight line from the price today to the
7 bank's prediction of where the market is
8 going to be at the end of the year?
9     A     We will draw that -- we
10 typically draw multiple lines and then try
11 to resolve any discrepancies. Meaning,
12 that's one line we can draw. If we draw the
13 line and we discover the price action has
14 already pierced the line at some point, then
15 we have to adjust that line to account for
16 the fact that the market is doing something
17 that would tend to invalidate that line.
18    Q     Generally speaking you want to
19 place the strike price of your short calls
20 at any point below that line or where you
21 think that line is going to be; is that
22 accurate?
23    A     Actually above the line.
24    Q     I'm sorry, yes, I misspoke. So
25 you want to place the strike price of your

Page 91

1        Walczak
2 short calls above where you think that line
3 is going to be, correct?
4     A     Correct.
5     Q     Specifically because if the
6 market goes above that short strike price,
7 you start to lose money?
8     A     You actually don't lose money
9 until, in the case of a one by three, until
10 it's, you know -- we typically use something
11 around a 50 point strike spread, so the
12 actual point of loss at expiration on a one
13 by three is 25 points higher than the short
14 strike. I'm sorry -- yes, it is, 25 points.
15    Q     Wouldn't it be a third of 50?
16    A     No, 50 points on your one by
17 one, two options short eat up your 50 points
18 25 points later.
19    Q     If your spread is 50, in other
20 words, if your long strike is 2250 and your
21 short strike is 2300, at 2325, your long
22 strike has a profit of 75, right?
23    A     Right.
24    Q     And your short strikes have a
25 loss of 75, okay, I'm with you.

Page 92

1        Walczak
2     A     Okay.
3           MR. SHANK:  What, if anything,
4 have you historically done to test how
5 your positions will perform if the
6 market does take an unexpected turn?
7           THE WITNESS:  Well, we don't so
8 much test history so much as we have
9 lived history, we have operated the
10 strategy over time.
11          MR. SHANK:  I'm sorry, I didn't
12 mean testing history. I mean
13 historically how have you approached
14 analyzing how your positions will
15 perform if the market takes an
16 unexpected turn?
17          THE WITNESS:  Well, we have,
18 again, the risk framework in place and
19 we generally know how the strategy
20 works. So we know that if the market
21 unexpectedly rises very rapidly, then
22 we have to make adjustments to these
23 positions, so we know that's where we
24 have risk to the up side.
25    Q     Is there anything else you do,

Page 93

Walczak

1
2  aside from the items you mentioned, to
3  determine what strike prices to buy your
4  calls at, to buy and sell your calls at?
5      A      Well, the other thing we do --
6  well, among the other things we do is we
7  have -- it's a sifting process like a lot of
8  investment processes, so the first layer is
9  that shape of the term structure and that
10  gets us to an expiration month. We will then
11  look at our analytics around where we think
12  price might be, we will look at our general
13  rules around how that spread should look and
14  then we actually go into the marketplace.
15  And what I really mean before we actually go
16  to the marketplace and execute an order, we
17  go and we look at actual options pricing and
18  say now, all the models and theories have
19  pointed us here, can we actually execute
20  this trade given real prices in the market.
21  And we then also compare at that point -- we
22  have chosen an expiration month, however, we
23  typical use the two liquid expiration
24  periods in a month, the third Friday and the
25  end of month, so we can side by side look

Page 94

Walczak

1
2  and see whether we have a volatility
3  advantage one way or the other that's not
4  present in our top line at the money sort of
5  volatility analytics. So we will compare,
6  using our example of 2250 and 2300, and
7  let's say we have chosen a December
8  expiration, we will look at 2200, 2250, and
9  2300, A, is it above the line, all right, if
10  that box gets checked, then we look, what
11  kind of volatility are we getting for the
12  short options, what if we move this thing
13  out to end of December instead of third
14  Friday of December, do we get the same
15  volatility, do we get a nice pop in
16  volatility because each option has that kind
17  of unique characteristic.
18      Q      When you say do we get a pop in
19  volatility, does the price of that option in
20  the market reflect a greater volatility?
21      A      Correct.
22      Q      A greater implied volatility?
23      A      Greater implied volatility,
24  exactly.
25          MR. SHANK:  Is there a

Page 95

Walczak

1
2  mechanical approach to this where you
3  are actually doing some sort of data
4  analytics or is it more judgment-based?
5          THE WITNESS:  Well, we like to
6  describe the strategy as a 75 percent
7  systematic, 25 percent judgment because
8  so far, really what I have described to
9  you is very systematic. The judgment
10  part comes in really around adjusting
11  positions and taking profits. So we
12  have -- I mean when we look it, just as
13  I described to you, these are numbers
14  that we are looking at and we have
15  these trading entry rules that we use
16  to evaluate.
17      Q      What are the trading entry
18  rules?
19      A      Well, as I said, if the curve's
20  in contango, that's sloping down from right
21  to left on the chart.
22      Q      What curve?
23      A      The term structure of
24  volatility. So if -- that's when we
25  generally look for call positions and so

Page 96

Walczak

1
2  forth.
3      Q      I see. I thought you were
4  referring to trade entry rules specific to
5  the call option strategy after you have
6  already decided to engage in the call option
7  strategy?
8      A      No, that's, again, that's just
9  the end product of all these analytics that
10  we do.
11      Q      Engaging in the strategy itself
12  is the end product of all the analytics you
13  do?
14      A      The actual executing of a spread
15  order at exactly which strike price and
16  which expiration month is the end result of
17  this process.
18      Q      That you have described before?
19      A      Right.
20      Q      Why do you typically sell the
21  short strikes 50 points above where you buy
22  the long strikes?
23      A      So at various times, as I think
24  I mentioned, we had done one by two spreads
25  and it is kind of an experience-based thing

Page 97

Walczak

1          Walczak
2    as well as a research-based. In other words,
3    experientially, there are periods of time
4    where an adjustment technique we used was to
5    take a one by two, buy back one of the short
6    options, in some cases both of the short
7    options, and put another one by two, which
8    ended up making a one by four. We started
9    doing the one by two's at 25 points wide.
10   Again, that was some actual research that I
11   took away from one of the options seminars
12   that I attended way back when. So we started
13   at a 25 point basis, discovered that we were
14   often ending up with a one by four at 50
15   points wide and did a little research and
16   determined -- research meaning simply going
17   back in market history and identifying what
18   prices were available and what the risk
19   profile or the P&L profile of that position
20   looked like. And it's clear to me that a
21   one by three 50 points wide is better than a
22   one by four 50 points wide.
23   Q      And that's based on back-testing
24   it somehow?
25   A      Well, back-testing means --

Page 98

Walczak

1          Walczak
2    again, we aren't able to automate this and
3    do a Monte Carlo. We are able to go back
4    into market history and identify options
5    pricing and market pricing and it's a manual
6    back-test.
7    Q      I see. Manually identified
8    instances where a one by three would have
9    been more profitable than what you had been
10   doing before?
11   A      Correct.
12        MR. SHANK: Did you create any
13   documentation analyses like
14   spreadsheets or anything like that
15   analyzing that?
16        THE WITNESS: I did not.
17   Certainly prior to conversion, you
18   know, I was a one-man shop, so I
19   didn't.
20        MR. SHANK: So how did you go
21   about analyzing?
22        THE WITNESS: Well, I simply sat
23   down and went back in time and
24   identified, you know, on an option
25   model and fast forward to see how the

Page 99

Walczak

1          Walczak
2    position would perform, but I simply
3    didn't maintain any record of that.
4        MR. SHANK: At the time did you
5    record anything? I'm just trying to
6    understand how you would actually see
7    patterns without actually creating
8    spreadsheets or in some way recording
9    your analysis.
10        THE WITNESS: I don't recall
11   recording anything. I simply satisfied
12   myself through multiple repetitions of
13   this that it was a favorable strategy.
14   Q      How many points in time did you
15   look at to see whether the one by three
16   strategy was profitable or at least more
17   profitable than what you had been doing
18   previously with a one by two or one by four?
19   A      Again, and we still occasionally
20   use one by two's now and so a lot of it is
21   just pure experiential. Again, I didn't
22   record anything, so I don't have anything I
23   can tell you, well, I tested 11 times and it
24   always worked.
25   Q      Can you approximate on how many

Page 100

Walczak

1          Walczak
2    discrete historical dates you tested it on?
3    A      No.
4    Q      Would you say it was a half
5    dozen times, a dozen times?
6    A      At least that many. Maybe more.
7        MR. SHANK: I'm just trying to
8    understand what exactly you did. So you
9    went back historically and just picked
10   random positions and saw how they
11   played out?
12        THE WITNESS: Yes.
13        MR. SHANK: How many iterations
14   of that did you to?
15        THE WITNESS: Again, this is in
16   between sort of operating the fund,
17   doing lots of research, doing homework,
18   testing a wide variety of different
19   positions, not just those and so I just
20   don't really have any way of putting a
21   number to it.
22   Q      Were you using a computer
23   program to do it or were you just doing it
24   in your head and on paper?
25   A      Oh, no, at that point I would

Page 101

1          Walczak
2 have been doing Option View. Again, I don't
3 recall exactly when I started using Option
4 View, which is the software I use today, but
5 it was pretty early in the life of the fund.
6     Q     I'm sorry, at what point?  You
7 said you don't recall exactly at that point
8 what you were doing, what point were you
9 referring to?
10    A     Meaning when -- I think you
11 asked about what I was doing to do this test
12 and I was certainly using options analytic
13 software and it was likely Option View.
14    Q     So does Option View allow you to
15 do the type of back-testing that you are
16 referring to?
17    A     Yes, Option View retains option
18 pricing -- real-time option pricing going
19 back, I think, ten years.
20        MR. SHANK:  How far back did you
21 go when you were testing this?
22        THE WITNESS:  I didn't have a
23 specific -- in other words, remember,
24 our trade duration is, you know, 90,
25 120 days, so it's not really -- I

Page 102

1          Walczak
2 certainly didn't go back five years and
3 try to follow positions because they
4 turn. It's more a circumstance of when
5 we do research -- when I do research,
6 looking for specific market conditions
7 and say, all right, how do these two
8 compare in a market that was flat and
9 then there is a period of time, well, I
10 know this is a place where the market
11 went through the roof, how do they
12 behave in that environment. So I would
13 test just randomly selected market
14 environments where either I recalled
15 what the market was doing or I could
16 look at a chart and say this would be a
17 good place to see the difference in
18 these spreads.
19    Q     And this was always backwards
20 looking, correct?
21    A     Yes.
22    Q     When the strategy was under the
23 Catalyst umbrella as Hedged Futures Strategy
24 Fund, how did you monitor the risk
25 associated with the portfolio?

Page 103

1          Walczak
2    A     So when we converted the fund, I
3 had, again, coming out of 2007, I put
4 together a risk matrix. I added, deleted,
5 modified over time, but the main parts were
6 pretty constant since 2007. When we
7 converted the mutual fund, I continued to
8 use that risk matrix. At some point as the
9 fund grew, Catalyst elected to appoint a
10 chief risk officer, which they had not had
11 before and he and I collaborated. Basically
12 he asked what sort of risk matrix I used to
13 manage risk in the portfolio and I provided
14 him, you know, a -- really kind of a draft
15 of what I was using for his consideration.
16 And he and I went back and forth on it and
17 focused on a final product, which I think
18 you guys probably have.
19        MR. SHANK:  When did Catalyst
20 appoint that chief risk officer?
21        THE WITNESS:  That I don't
22 remember.
23        MR. SHANK:  Well, the fund
24 started in 2013, correct?
25        THE WITNESS:  Right.

Page 104

1          Walczak
2        MR. SHANK:  So it's about four
3 years?
4        THE WITNESS:  Right.
5        MR. SHANK:  Was it early on in
6 the life of the fund, was it in the
7 last year or two?
8        THE WITNESS:  It was -- honestly
9 I don't recall. It was probably not --
10 it certainly was not present when I
11 started the fund. The guy has been
12 around for more than a year.
13        MR. SHANK:  Who was it?
14        THE WITNESS:  George Amrhein.
15        MR. SHANK:  Prior to the
16 employment of the chief risk officer,
17 had anyone at Catalyst asked to see
18 your risk matrix or asked for an
19 explanation as to how you monitored
20 risk?
21        THE WITNESS:  I don't recall
22 specifically other than Jerry Szilagyi
23 and I have had discussions on risk.
24        MR. SHANK:  Well, do you
25 remember at any point early on in the

Page 105

1 Walczak
2 fund's life or even before its launch
3 having discussions or going over the
4 risk management program with Mr.
5 Szilagyi or with someone else?
6 THE WITNESS: The first time I
7 formally remember providing my risk
8 matrix was to George, whenever he was
9 appointed.
10 MR. CAZAKOFF: When George was
11 trying to get your fund under the
12 Catalyst umbrella, what was his role
13 with Catalyst at that point?
14 THE WITNESS: I believe he was
15 business development and business
16 development means looking for funds
17 like mine and strategies like mine that
18 might fit Catalyst's fund profile.
19 MR. CAZAKOFF: In your
20 discussions, did you have any high
21 level discussions about risk with
22 George during those phone calls when he
23 was trying to get your business?
24 THE WITNESS: I don't recall
25 that -- I don't recall having any.

Page 106

1 Walczak
2 MR. CAZAKOFF: Did you have any
3 insight into his familiarity -- into
4 his knowledge about risk when he got
5 the role of CRO?
6 THE WITNESS: No, I wasn't
7 completely familiar with his
8 background, however, I found him to be
9 a competent guy.
10 Q Aside from the parameters that
11 were in your risk metrics that you had
12 developed, what other tools did you use or
13 in what other ways did you monitor the risk
14 of the fund in the Catalyst period?
15 MR. MOYLE: Can you repeat that
16 question.
17 (Whereupon, the record was read
18 as requested.)
19 A The risk matrix was very
20 specifically and exclusively what I depended
21 on to monitor the risk. There weren't any
22 ancillary metrics.
23 MR. WASSERMAN: If we could mark
24 this document as Exhibit 4.
25 (Photocopy of risk guidelines,

Page 107

1 Walczak
2 dated December 2014 was marked
3 Commission Exhibit 4 for
4 identification, as of this date.)
5 Q Mr. Walczak, I have placed in
6 front of you a document Bates stamped
7 Catalyst 003 03055. Do you recognize this
8 document?
9 A I have seen similar documents.
10 I don't recognize this one specifically.
11 Q The document is titled "Hedged
12 Futures Strategy Fund risk guidelines,
13 December 2014." Could you take a moment to
14 review the contents of the document?
15 A Okay.
16 Q Are the risk parameters and
17 metrics listed on this sheet the same risk
18 parameters and metrics that you had
19 established at Harbor?
20 A They are similar. Some are the
21 same. This looks like potentially a work in
22 process because I recognize some of it and I
23 recognize that some of it is not what I
24 used.
25 Q There are only seven of them,

Page 108

1 Walczak
2 let's go through them. The first one is
3 titled "Strategy, Markets Traded" and the
4 metric is, "No positions in markets outside
5 of S&P 500 futures," was that one of your
6 risk parameters that you had developed?
7 A Let me answer it this way, I
8 didn't use that prior to Catalyst because I
9 was doing the trading and I wasn't going to
10 trade outside of these markets. So that was
11 something that was added.
12 Q Number two is, "Futures
13 Positions" and the metric is, "No futures
14 positions open overnight," was that
15 something that was part of the risk matrix
16 that you had developed?
17 A Same answer really, I didn't use
18 it prior to Catalyst, but I remember that
19 this was part of my proposal to them,
20 recognizing it was appropriate to centralize
21 risk oversight, not just me.
22 Q The third one is that margin,
23 defined as exchange minimum, to AUM ratio is
24 less than 80 percent, is that metric one
25 that was part of your risk matrix that you

Page 109

1          Walczak
2 had developed?
3     A    Yes.
4     Q    And what exactly does that mean?
5     A    That means that if we calculate
6 the collateral requirement or margin
7 requirement from our FCM's or FCM, we can't
8 allow it to or we get a trigger when it hits
9 80 percent, so we want to keep it less than
10 80 percent.
11    Q    Is it accurate to say that --
12 well, the margin as defined here, is that
13 the collateral that the FCM's are requiring
14 you to post in connection with your options
15 positions?
16    A    We define it as exchange
17 minimum, so some FCM's will require more
18 than exchange minimum, but for continuity
19 across these different kinds of
20 requirements, that is the collateral.
21    Q    So the metric didn't relate to
22 the margin that you actually had to post, it
23 related to the minimum that you had to post
24 according to exchange rules?
25    A    Correct, and it's not unusual

Page 110

1          Walczak
2 for that to be the same number.
3     Q    But it doesn't have to be?
4     A    But it doesn't have to be.
5     Q    So the theoretical minimum
6 amount that you would be required to post as
7 margin needed to be less than 80 percent of
8 your assets under management?
9     A    Correct.
10    Q    Then a signal would be triggered
11 if that margin was above 80 percent of your
12 assets under management?
13    A    Correct.
14    Q    And what action is required when
15 that signal is triggered?
16    A    Well, I'll answer this in a
17 moment, but to step back and recall that as
18 I look at this document, this is not a
19 document that -- a final document that I
20 felt like was in place, but consistent with
21 all of the risk matrix in the ultimate
22 document, when they are triggered, action
23 has to be taken to mitigate or to reduce the
24 margin to under the limit.
25    Q    But it doesn't say in this

Page 111

1          Walczak
2 document that action needs to be taken?
3     A    Again, it's a draft, but it
4 looks as though it does.
5     Q    The document speaks for itself,
6 but it doesn't say -- it says that the
7 corrective action is that the portfolio
8 manager is to give a written explanation,
9 correct, according to the document?
10    A    I think the --
11    Q    I'm sorry, that's my fault, I'm
12 looking at the wrong line.
13         The document says "PM reduces
14 ratio 24 hours," what does that mean?
15    A    That means that some action
16 should be taken so that the margin
17 requirement -- within 24 hours of the margin
18 requirement is reduced to under 80 percent.
19    Q    Does the margin risk metric,
20 specifically does the requirement that the
21 theoretical minimum margin be less than 80
22 percent of AUM, tell you anything about how
23 the fund will perform under certain market
24 conditions?
25    A    No.

Page 112

1          Walczak
2     Q    The fourth parameter is titled
3 "Open Options Premium Value," specifically
4 "Net call or put value less than eight
5 percent of AUM," was that metric one of the
6 metrics that you had come up with in your
7 own risk matrix?
8     A    Yes.
9     Q    What specifically did you intend
10 that risk parameter to mean?
11    A    Well, what that's a measure of
12 is, as I mentioned, it -- typically as we
13 enter positions, we are entering positions
14 somewhere close to even money. In other
15 words, we are not taking in, we are not
16 generically taking in, again, we do
17 sometimes, but this is meant to reflect a
18 circumstance where our open option premium,
19 something has happened in the marketplace
20 that inflates the open option premium in the
21 portfolio to a certain level, in this case,
22 eight percent of capital.
23    Q    And how specifically do you
24 measure open option premium value?
25    A    The important word here is that

Page 113

1          Walczak
2 it's net, meaning we will calculate the
3 value of long option positions and the value
4 of short option positions and net the two
5 and determine this number.
6     Q     So if you are long options worth
7 $5 million and short options worth $5
8 million, what's the number?
9     A     Zero.
10     Q     So in situations where you are
11 short options that are worth more than the
12 options that you are long, will this number
13 ever be positive?
14     A     Could you repeat that?
15     Q     If your portfolio is short
16 options that have a greater -- that in the
17 aggregate have a greater value than the
18 options that you are long, will this number
19 ever be positive?
20     A     The number will be expressed as
21 a positive number, because it's meant,
22 again, this is a draft, so it's not well
23 defined, but it is meant to reflect that net
24 short option premium.
25     Q     Well, let's take the

Page 114

1          Walczak
2 hypothetical that if you are long $5 million
3 worth of options and short $5 million worth
4 of options, this number is zero, correct?
5     A     Correct.
6     Q     And if you are only long $5
7 million worth of options, the number will be
8 five divided by AUM, right?
9     A     In that case, again, sure it
10 would be, but that's not really a risk
11 factor, that's not intended to measure net
12 long option premium.
13     Q     Let's take the hypothetical
14 because you are engaged in going long and
15 short options, correct?
16     A     (Indicating.)
17     Q     So let's take the hypothetical
18 where you have a $1 million portfolio?
19     A     (Indicating.)
20     Q     And you are long $5 million
21 worth of options, this risk metric number
22 would be five, right, your options value is
23 five percent of your overall assets under
24 management, correct?
25     A     I would report a number in that

Page 115

1          Walczak
2 circumstance as zero.
3     Q     Why?
4     A     Because this is meant to
5 identify a risk in the portfolio and net
6 long option positions, at least the way I
7 designed it, that's not a risk.
8     Q     Well, you have a risk of losing
9 all your premium, don't you?
10     A     Sure, but that's not the type of
11 risk we are measuring here.
12     Q     Well, did the risk metric that
13 you had in your rubric that you created
14 state that you would only measure short
15 exposure?
16     A     In how I used it, yes.
17     Q     I see. So in the metric that you
18 created and you used at Harbor, you were
19 only looking at the value of net short
20 exposure compared to assets under
21 management?
22     A     Short options value, not short
23 market exposure.
24     Q     Right. So if you were short
25 $9,000,000 worth of options in a hundred

Page 116

1          Walczak
2 million dollar portfolio, that would violate
3 this risk metric?
4     A     Yes.
5     Q     But as the risk metric is
6 written in this document, if you were short
7 $9 million worth of options and long $5
8 million worth of options, the risk metric
9 would not be triggered?
10          MR. MOYLE:  Object to form.
11     A     So you said short $9 million,
12 long $5 million?
13     Q     Long $5 million.
14     A     That would lead to a value in my
15 matrix, again, this document is a draft,
16 it's not well defined, of $4 million.
17     Q     And does this risk metric as
18 it's written differentiate between long and
19 short exposure?
20     A     As I read it, it does not.
21     Q     The next --
22          MR. SHANK:  I've got a couple of
23 questions about that.
24          MR. WASSERMAN:  Yes.
25          MR. SHANK:  That particular

Page 117

Walczak

1
2    metric was something that you came up
3    with?
4        THE WITNESS:  Yes.
5        MR. SHANK:  How did you come up
6    with eight percent of assets under
7    management?
8        THE WITNESS:  So it goes back to
9    the genesis of these metrics back in
10   '07 when I experienced a very large
11   drawdown and my desire was to restrict
12   drawdowns to something in the single
13   digits. And so if -- using an
14   adjustment trigger and recognizing that
15   even using an adjustment trigger is not
16   a stop loss, it's not a go to cash,
17   it's a signal to do something and so my
18   somewhat arbitrary belief at the time
19   was that by selecting an eight percent
20   number, slippage, market conditions,
21   whatever might go on in the real world
22   in terms of making adjustments would
23   allow me to restrict drawdowns to
24   single digits or close.
25       MR. SHANK:  So this is based on

Page 118

Walczak

1
2    the concept that, assuming you start
3    with a net zero position, this metric
4    would get triggered once you have had
5    an eight percent drawdown effectively?
6    Q    This metric doesn't have
7    anything to do with an eight percent
8    drawdown, correct?
9    A    Correct.
10       MR. WASSERMAN:  The specific
11   metric we are talking about is the net
12   call or put value being less than eight
13   percent of AUM.
14       MR. SHANK:  Right.
15       But if you start at net zero,
16   when you get to a point where your net
17   short position is eight percent of AUM,
18   you would have suffered approximately
19   an eight percent drawdown in the fund?
20       THE WITNESS:  There is a
21   relationship, but obviously, depending
22   on when that happens, you know, if it
23   happens over a period of three months,
24   we take profits on other positions,
25   maybe the fund has moved up and then it

Page 119

Walczak

1
2    goes down, so it's really not quite
3    that simple.
4    Q    And specifically, this metric
5    tells you nothing about how the portfolio is
6    going to perform under certain market
7    conditions, correct?
8    A    Correct.
9        MR. SHANK:  Once you are at a
10   net short position of eight percent,
11   what does that mean for the future risk
12   of the fund?
13       THE WITNESS:  Well, what it's
14   designed to mean is that when the net
15   premium gets to eight percent, that is
16   suggestive of a higher level of risk
17   for the fund. That's really why it's in
18   the matrix.
19   Q    But there is a whole host of
20   other things that would shed light on how
21   the fund would perform in a specific
22   environment, correct?
23   A    Exactly, in that --
24   Q    For example, how that $8 million
25   short position is going to perform depends

Page 120

Walczak

1
2    on how close to the money it is, correct?
3    A    That's right.
4    Q    And how far away from expiry it
5    is, correct?
6    A    There are a number of factors
7    that influence --
8    Q    But none of those factors are
9    reflected in that particular metric,
10   correct?
11   A    No, there are no other factors
12   in this metric and the reason for that and
13   in all of these metrics is, this is a signal
14   to do something and to your point, a whole
15   host of portfolio attributes, market
16   behavior, volatility behavior all have to be
17   evaluated to be determine what it is that we
18   need to do now that we've been triggered,
19   that risk has been heightened because we
20   have this eight percent open option premium.
21   Q    When you have a net short
22   $8 million position in a $100 million
23   portfolio, is there a limit to your losses,
24   if that's your only position?
25   A    No.

Page 121

1           Walczak
2       MR. SHANK:  When you suffered
3   your large drawdown in 2007 at Harbor
4   Assets, prior to that drawdown, did you
5   have a net short position greater than
6   eight percent of AUM?
7       THE WITNESS:  I don't recall. I
8   know it was larger afterwards.
9       MR. SHANK:  You don't recall
10  whether you were above eight percent at
11  the time?
12      THE WITNESS:  Right, I honestly
13  don't.
14  Q      The fifth risk metric is labeled
15  "Position Limits" and the metric
16  specifically says, "Calls and put contracts
17  independently three per $40,000 AUM each,"
18  is that a risk metric that you had come up
19  with?
20  A      I didn't -- I'm not sure that's
21  the exact risk metric. I did something like
22  that.
23  Q      What specifically do you recall
24  what you did?
25  A      I know that I had a specific

Page 122

1           Walczak
2   numbers of positions per unit of capital
3   metric.
4   Q      What did that tell you about
5   your portfolio?
6   A      That would tell me how many
7   positions -- how many units of risk I had
8   for the given size of my portfolio.
9   Q      Specifically how did you define
10  positions in this risk metric?
11  A      The way I define them and,
12  again, it's different than how it's
13  expressed here in this preliminary draft, I
14  defined a risk position as, for a call, and
15  the definition is different for calls and
16  puts, for a call, any call that's not
17  covered by a long call closer to the market.
18  And that's an important distinction because
19  if you have a credit spread, which we used
20  at various points during our strategy, that
21  would mean you are selling a call, say, if
22  the market is at 2200, you sell a call at
23  2300 and buy another call at 2350. Although
24  your calls are -- you have the same number
25  of shorts as you do longs, we would count

Page 123

1   that short call as a risk position because
2   it's the first position that's exposed to a
3   market advance not covered by a long call
4   below it. So that's a risk position
5   definition.
6
7       MR. WASSERMAN:  Can you read
8   that answer again?
9       (Whereupon, the record was read
10  as requested.)
11  Q      This metric as written in
12  Exhibit 4, does not differentiate between
13  covered and uncovered calls, correct?
14  A      No, it doesn't. In this
15  document, no, it doesn't.
16  Q      The sixth metric --
17      MR. SHANK:  One question on
18  that, is there a fixed position size
19  when you talk about number of positions
20  or can the size of the positions vary?
21      THE WITNESS:  Well, that's,
22  again, when you talk about -- if you
23  mean by position, you know, a spread,
24  that's what we are trying to define
25  here is not a spread or position so

Page 124

1           Walczak
2   much as an individual contract. So it's
3   the smallest common denominator unit of
4   measure. This refers to a call contract
5   and the definition tries to identify
6   this -- it really, for risk purposes,
7   doesn't matter if it's part of a one by
8   three or by itself or a one by one
9   spread, it's simply a call contract
10  that's not covered below it by a long
11  call contract.
12      MR. SHANK:  And by that, what I
13  mean is, does it distinguish in any way
14  from, say, having a hundred long and
15  300 short versus a thousand long and
16  3,000 short?
17      THE WITNESS:  Right, because
18  that's -- you have more contracts.
19      MR. SHANK:  So it's measured by
20  contracts rather than --
21      THE WITNESS:  Yes, lowest common
22  denominator, a single contract.
23  Q      The sixth risk metric is
24  "Maximum drawdown, five percent in one week,
25  eight percent in one month." Is that a risk

Page 125

Walczak

1
2  metric that you came up with?
3      A      It's not one that I used
4  preconversion.
5      Q      Is it one that you had come up
6  with?
7      A      Yes, again, in collaboration
8  with George. This was something -- some of
9  the metrics that I mentioned I used prior,
10  some I did not. This was one I did not use
11  prior, but in collaboration with Catalyst,
12  we agreed to it.
13      Q      The seventh is gamma risk, "The
14  fund is not to exceed a short to long
15  options position ratio of one to one," what
16  does that mean to you?
17      A      The first thing I'll say is that
18  I -- this item is misquoted, I believe, or
19  not written correctly against a metric that
20  I did use.
21      Q      What's incorrect about it?
22      A      The long to short option
23  position ratio is a metric I use for put
24  options exclusively.
25      Q      So you never used the risk

Page 126

Walczak

1
2  metric as it's defined in this document?
3      A      No.
4      Q      What does long to short option
5  position ratio have to do with gamma?
6      A      Nothing.
7      Q      Is this a metric that you came
8  up with as written in this document?
9      A      Not as written in this document,
10  no.
11      Q      Is there an analogous metric
12  that you did come up with?
13      A      Yes, the metric I came up with
14  was -- I don't remember how it's exactly
15  stated, but the put option -- the ratio of
16  short puts to long puts -- let me make sure
17  I get this terminology right, so I'm not
18  backwards. So the ratio of long puts to
19  short puts must be greater than or equal to
20  one.
21      Q      Was there any similar metric
22  that you used relating to the ratio of call
23  options in the portfolio?
24      A      No, the call metric was, as we
25  talked about, simply looking at uncovered

Page 127

Walczak

1
2  calls.
3          MR. SHANK:  So if I understand
4  correctly, does that ensure that you
5  never have any naked puts on in the
6  portfolio?
7          THE WITNESS:  That's correct,
8  that's the intent.
9          MR. SHANK:  To follow-up on the
10  maximum drawdown, so that was something
11  that you did not use prior to George's
12  involvement?
13          THE WITNESS:  That's correct, I
14  did not.
15          MR. SHANK:  Did you implement
16  that at some point?
17          THE WITNESS:  The final version
18  has those types of metrics in it. The
19  top of my head, the final version and
20  through some adjustments, I don't know
21  if it was exactly five or eight, but
22  that kind of metric is in there.
23          MR. SHANK:  When was the final
24  version published?
25          THE WITNESS:  The risk metrics

Page 128

Walczak

1
2  have been dynamic over time. They
3  haven't been changed every week, but
4  they have been changed a couple of
5  times since we put them in place
6  formally.
7          MR. SHANK:  When was the first
8  time there was a formal risk metric
9  guideline put into place?
10          THE WITNESS:  Yes, that I don't
11  know.
12          MR. SHANK:  You don't know?
13          THE WITNESS:  No.
14          MR. SHANK:  And prior to a
15  formal guideline being put in place
16  with George, did you have any formal
17  guidelines that were implemented?
18          THE WITNESS:  The guidelines I
19  used were the ones I developed in '07.
20  Again, as a sole proprietor, so to
21  speak, I didn't report them to anyone,
22  I didn't really keep records, I simply
23  had the guidelines in place and
24  followed them.
25          MR. SHANK:  How did you go about

Page 129

1        Walczak
2    ensuring that the maximum drawdown was
3    not breached?
4        THE WITNESS:  Well, again, this
5    is really not intended to be a maximum
6    drawdown, that's -- this is intended to
7    measure volatility in the fund. And
8    it's also not an objective, it's a
9    trigger for us to say, wow, we have
10   just moved five percent in a week, for
11   example, taking this number, we better
12   examine the fund and identify what
13   action may need to be taken
14   (indicating).
15       MR. SHANK:  So it's not a hard
16   rule that you need to limit losses to
17   that amount?
18       THE WITNESS:  Oh, no, definitely
19   not.
20       MR. SHANK:  It's a trigger to
21   have a conversation?
22       THE WITNESS:  Yes.
23   Q     So there were no metrics in
24   place to actually try to prevent an eight
25   percent drawdown from occurring?

Page 130

1        Walczak
2        MR. MOYLE:  Object to the form
3    of the question.
4    A     I mean, as a normal part of
5    operating the fund, one of my objectives is
6    to minimize drawdowns and if -- I mean, if
7    there were something that -- I mean, the
8    whole risk matrix is designed to alert us to
9    actions that we should consider to do just
10   that, but there is no stop loss or hard
11   number that we go after.
12   Q     In 2014, 2015, 2016, was there
13   any risk metric in place that was
14   specifically targeted at limiting the size
15   of a drawdown?
16       MR. MOYLE:  Object to the form
17   of the question. I'll tell you why I'm
18   objecting because of the phrase "risk
19   metric." When you use "risk metrics,"
20   are we talking about risk parameters
21   like these or are you using the phrase
22   differently, risk metric versus risk
23   parameters?
24   Q     Did you have any procedures in
25   place as the portfolio manager in 2014, 2015

Page 131

1        Walczak
2    or 2016 that specifically tried to limit the
3    size of any drawdown?
4    A     So, as I mentioned, in 2007, the
5    risk metric that I came up with was designed
6    to limit -- my goal was to limit the
7    drawdown to a single digit. So I put factors
8    in place based on my experience and based on
9    analytics of that drawdown that I felt would
10   help me limit the drawdown.
11   Q     But which one of these specific
12   metrics or which one of any metric that you
13   used was specifically targeted at limiting a
14   drawdown to a single digit?
15       MR. MOYLE:  Same objection.
16   A     All of the parameters were
17   targeted in concert. In other words --
18   Q     How were any of these parameters
19   specifically started at limiting drawdowns
20   to single digits?
21   A     When I looked at the source of
22   the drawdown in 2007, I identified position
23   size as a contributor, volatility as a
24   contributor, identified margin usage as a
25   contributor. So I took the things that I

Page 132

1        Walczak
2    felt had contributed to the large drawdown
3    and quantified each of them and put a
4    parameter in place that said if any of these
5    reach a certain level, then that has to
6    alert me to take some action. And in
7    concert, if any of these parameters reach
8    this sort of critical level or important
9    level, then that alerts me to take action.
10   And the net result of any of them or all of
11   them triggering would ideally help limit a
12   drawdown.
13   Q     Does any one of these risk
14   metrics shed any light in how the portfolio
15   is going to perform if the market goes up?
16       MR. MOYLE:  Same objection.
17   A     None of the metrics are designed
18   to presuppose or anticipate a market
19   condition. They are simply attributes of the
20   portfolio that in my analysis and experience
21   alert me to the need to take some sort of
22   action.
23   Q     So none of these metrics
24   specifically sheds any light on how the
25   portfolio is going to perform if the market

Page 133

1          Walczak
2 moves in a particular direction?
3          MR. MOYLE:  Same objection.
4    A    I mean, I guess I have to give
5 the same response to the same question.
6    Q    Which is?
7    A    Which is, none of these risk
8 parameters presupposes any market condition
9 or future market behavior. It simply informs
10 me that there is a condition present that
11 requires attention with the goal of limiting
12 drawdowns.
13          MR. SHANK:  Do any of the
14      parameters listed on this Exhibit 4
15      place hard limits on the positions you
16      can take in managing the fund?
17          THE WITNESS:  In terms of
18      numbers, again, this is not well stated
19      here, but there is an equivalent
20      metric. In terms of hard numbers,
21      really the answer is yes, we are
22      limited to the number of exposed risk
23      position that we can take.
24          MR. SHANK:  You are referring to
25      number five, position limits?

Page 134

1          Walczak
2          THE WITNESS:  Yes.
3          MR. SHANK:  Are there any other
4      parameters that are hard limits on the
5      position you can take?
6          THE WITNESS:  No.
7          MR. SHANK:  Okay.
8          MR. WASSERMAN:  We can go off
9      the record.
10          (Whereupon, a luncheon recess
11      was taken.)
12          AFTERNOON SESSION
13 BY MR. WASSERMAN:
14    Q    Mr. Walczak, prior to our break,
15 we talked about certain risk metrics
16 outlined in Exhibit 4 and risk metrics that
17 you used and came up with independently,
18 some of which overlap with each other,
19 correct?
20    A    Correct.
21    Q    We discussed specifically margin
22 ratios, net option value, position limits
23 and maximum drawdowns that would trigger
24 those metrics, correct?
25    A    That's what's on this page, yes.

Page 135

1          Walczak
2    Q    Aside from those, in 2014, 2015,
3 2016, were you using any other risk metrics?
4    A    Well, there is a whole variety
5 of things I look at in routine management of
6 the portfolio and certainly I access --
7 assess the risk characteristics of
8 individual position, I assess the risk
9 characteristics of options expiration
10 periods specifically. So a lot of different
11 things on the suite of things I look at to
12 manage the portfolio.
13    Q    What do you mean when you say
14 you look at risk characteristics of
15 individual positions?
16    A    That means if I put on a one by
17 three -- I mean, from experience, I know
18 what it looks like, but I can tell specific
19 strikes, specific volatility, specific
20 months. I can tell where, you know, whether
21 that position is preferable to a one by two
22 or some other structure relative to what I
23 have in the portfolio.
24    Q    What else do you do?  What other
25 risk metrics do you use?

Page 136

1          Walczak
2    A    Well, risk metrics per se,
3 again, we have got a lot of risk parameters
4 here and I think there is another more
5 formal list, in fact, I know there is, that
6 this was the antecedent for. So, again, it's
7 just a wide variety of stuff that I look at.
8    Q    Does the more formal list you
9 are referring to include metrics other than
10 the ones listed here?
11    A    They do.
12    Q    Which ones specifically?
13    A    I don't recall that.
14    Q    Do you know when that formal
15 risk metric list was put into place?
16    A    No, I don't recall that.
17    Q    In 2016, are you the one who's
18 actually making the calculations in
19 connection with the risk metrics?
20    A    Not me personally for sure in
21 2016 and I'm trying to recall who exactly
22 was doing the calculation. I'm not sure who.
23    Q    So in 2016 you are not
24 personally monitoring, for example, the
25 possible limits risk metric?

Page 137

1          Walczak
2    A    I'm monitoring it, I'm not doing
3 the calculation.
4    Q    How do you monitor it?
5    A    I look at the report that comes
6 out every morning.
7    Q    When did you start getting a
8 report every morning?
9    A    I don't recall that.
10   Q    What was the report that you
11 started getting?
12   A    The best I can recall is the
13 formal risk report that was the final
14 version of something like this at the time
15 (indicating).
16      MR. WASSERMAN:  If we could mark
17 this document Exhibit 5.
18      (Photocopy of risk guidelines,
19      dated April 1, 2016 was marked
20      Commission Exhibit 5 for
21      identification, as of this date.)
22   Q    This is a document Bates stamped
23 Catalyst 003 52514. Mr. Walczak, do you
24 recognize this document?
25   A    Yes.

Page 138

1          Walczak
2    Q    What it is?
3    A    This looks to me to be the final
4 version of the risk metrics or risk
5 parameters that we use.
6    Q    And is this a report that you
7 started getting every day?
8    A    Yes.
9    Q    And at what point do you recall
10 starting to get this report every day?
11   A    I don't recall that exactly.
12   Q    Was it prior to 2017?
13   A    Yes.
14   Q    Prior to 2016?
15   A    I'm not sure.
16   Q    Prior to the drawdown that the
17 fund had in early December?
18   A    Yes.
19   Q    Do you recall how long you had
20 been getting this type of report for prior
21 to the December drawdown?
22   A    No.
23   Q    If you could take a moment to
24 review the document.
25   A    Sure.

Page 139

1          Walczak
2    Q    Were you actually, were you
3 calculating any of the metrics reflected on
4 this spreadsheet?
5    A    No.
6    Q    Do you know who was calculating
7 them?
8    A    No, I don't.
9    Q    Do you know whether Mr. Amrhein
10 was calculating them?
11   A    I'm really not certain.
12   Q    Did you have an intern working
13 for you in or around mid 2016?
14   A    Yes.
15   Q    Who was the intern?
16   A    We have had three different
17 interns during that time frame or roughly
18 during that time frame, at least that I can
19 recall. We had a number of them.
20   Q    Do you know whether one of the
21 responsibilities of the intern is to
22 calculate these risk metrics?
23   A    There was a point in time at
24 which some of these risk metrics were
25 reported by either my associate, Kimberly

Page 140

1          Walczak
2 Rios, or the intern, but I'm not sure
3 whether George supplemented this or not.
4    Q    In 2016, are you using the
5 Option View tool?
6    A    Yes.
7    Q    How are you using it?
8    A    Well, it depends on exactly what
9 we needed to do, but generally speaking the
10 tool is used to evaluate different
11 positions, which one should we use, where
12 should we put it, identify individual
13 options volatilities, compare them to other
14 individual options volatilities.  A whole
15 plethora of all the things that we do to
16 manage our options positions in our
17 portfolio.
18   Q    How do you use the Option View
19 tool to decide which positions to put on?
20   A    First of all, we go back to our
21 analytics that I've mentioned about the term
22 structure of volatility. Once that generally
23 points us toward an expiration month, we
24 will then load some potential positions, and
25 again, we are also looking at the

Page 141

Walczak

1         Walczak
2 technicals, the fundamentals, the place in
3 which we think we want to put positions. We
4 will then go into Option View, we will look
5 at where we think we want to go with a
6 position and then evaluate individual
7 options or evaluate putting the position on
8 and model what it looks like, how it
9 behaves.
10    Q    So you can put a hypothetical
11 position into Option View and Option View
12 does what?
13    A    It will give us a graph of that
14 position value over time subject to certain
15 parameters that we can adjust.
16    Q    Subject to what type of
17 parameters?
18    A    Options Greeks, delta, gamma,
19 vega, theta, different time frames.
20    Q    We have talked about delta, vega
21 and theta, I believe, can you explain what
22 gamma is?
23    A    Gamma is the first derivative of
24 delta.
25    Q    So it's how quickly the delta

Page 142

1         Walczak
2 changes over a given time period?
3    A    Yes.
4    Q    What else, if anything, does
5 Option View tell or to clarify, does Option
6 View tell you how those individuals are
7 going to perform given certain inputs?
8    A    It gives us a graphical
9 representation of the value of either an
10 individual option, a position, a collection
11 of positions at different points in time,
12 which we can set, and at different levels of
13 any Greek we want to set, primarily
14 volatility.
15    Q    Does Option View calculate the
16 delta of a position?
17    A    It can. It does.
18    Q    Did you use it to calculate the
19 delta of a position?
20    A    Well, fundamental things you
21 should know about delta and it really
22 relates to the strategy, I think it's
23 important, we operate a market neutral
24 strategy and, in fact, that's different from
25 a delta neutral strategy. And my point is

Page 143

1         Walczak
2 when don't use deltas. When I talk about a
3 market neutral strategy, as I have been
4 describing, we enter positions based on
5 volatility. Once we enter those positions,
6 market movement, the entering of the
7 positions give, in fact, they obviously do
8 give us a particular delta that's not an
9 input to what we do. When I say market
10 neutral, we are not delta neutral, we are
11 not looking at the market and positioning
12 every day trying to get to neutral.
13    Q    What would delta neutral mean?
14    A    Delta of zero.
15    Q    Meaning that the -- what does a
16 delta of zero mean?
17    A    It means that, and this, I
18 think, illustrates how delta can be not
19 meaningful in many scenarios. A delta
20 neutral position, if delta is zero, that
21 would suggest that the position will not
22 move if the market moves, the value of the
23 position will not change if the market
24 moves.
25    Q    So the portfolio is completely

Page 144

1         Walczak
2 insensitive to market movement?
3    A    Right, which is -- which in the
4 real world cannot be, does not happen. So
5 just let me finish the description because I
6 think it sets a backdrop in answering your
7 question about delta. We operate a market
8 neutral strategy, not a delta neutral
9 strategy. Nothing about what we do takes a
10 perspective on market movement and I think
11 that's important. We are not using any -- we
12 are not using options to generate a
13 directional bias in the market. We don't
14 attempt to predict market direction, we
15 don't use -- we don't really use any sort of
16 predictions of what might happen in the
17 market to enter positions.
18    Q    Mr. Walczak, didn't you testify
19 before that you used bank estimates of where
20 the market was going to go in order to
21 decide what level of strikes to place your
22 positions at?
23    A    Yes, I did.
24    Q    And those positions' profit or
25 loss depends on whether those expectations

Page 145

1          Walczak
2    are fulfilled, correct?
3       A     The positions have the
4    opportunity to profit under a variety of
5    conditions. As I said, primarily we place
6    them there with a short volatility
7    perspective knowing that if the market goes
8    nowhere, we will make money as volatility
9    comes out of the position. Secondarily we
10   know that we will make money as time comes
11   out of the position if the market goes
12   nowhere and the placement of the position is
13   just designed to if the market goes higher,
14   and, again, we have no perspective on
15   whether it will, if the market goes higher,
16   we want to have an understanding of where it
17   might go. So we are not placing these
18   positions with a bias that says we think the
19   market is going higher and we think it's
20   going here and we place it. We place the
21   positions to say we have no idea if the
22   market is going higher or lower. If it goes
23   higher, this is a reasonable place it might
24   end up.
25      Q     The placement of your -- the

Page 146

1          Walczak
2    strike prices at which you decide to buy and
3    sell call options is dependent on where that
4    market projection is, correct?
5       A     Yes.
6       Q     Did you, in 2016, use Option
7    View at all to calculate delta?
8       A     I don't recall doing it, no.
9       Q     Is Option View capable of
10   calculating delta given a particular
11   portfolio of assets?
12      A     Yes.
13      Q     Is Option View capable of
14   calculating theta given a particular
15   portfolio of assets?
16      A     Yes.
17      Q     Did you ever use Option View to
18   calculate theta for your portfolio of
19   assets?
20      A     I observed the theta calculation
21   in Option View.
22      Q     So you did use Option View to
23   calculate a theta?
24      A     Option View does that, yes.
25      Q     And it did it for you?

Page 147

1          Walczak
2       A     Yes.
3       Q     Did you place any value on that
4    theta calculation?
5       A     The way we use theta, as I
6    mentioned before, we like to put on
7    positions at, most of the time, at even
8    money. When we start to accumulate long
9    option value in a portfolio, then we will
10   put them on at a credit. So we depend
11   primarily on keeping the net option value
12   close to zero as we are entering positions
13   recognizing that theta, like a lot of the
14   Greeks, depend on a whole lot of other
15   factors in the market. So that if you see,
16   similar to seeing a delta of zero, you know
17   right away that that's not true, because as
18   soon as the market moves, the portfolio
19   value will change. We look at theta and we
20   understand that if Option View says theta is
21   $1 million per day, tomorrow a day has
22   passed and it's highly unlikely that
23   $1 million is the value that the portfolio
24   gains from theta. So we depend on the
25   knowledge that if we are putting on

Page 148

1          Walczak
2    positions at a capital neutral or even
3    capital negative, meaning taking in some
4    money, then regardless of what the theta
5    calculation says, we are not exposed to
6    theta risk.
7       Q     Is that theta value important to
8    you in assessing your portfolio?
9       A     It's not a major factor.
10      Q     Are there theta levels that
11   would cause you to take -- that would raise
12   red flags for you?
13      A     Theta positive, we'll take a
14   look and it's not uncommon if we are --
15   meaning theta negative, I should say,
16   meaning we are losing money on time decay,
17   that would cause me to at least take a look
18   and see if I agree with the perspective. In
19   other words, I'll look at other factors and
20   try to identify whether that's true.
21      Q     Have you ever taken action in
22   your portfolio based on what the theta of
23   the portfolio is?
24      A     On occasion.
25      Q     On what occasions?

Page 149

1          Walczak
2     A    I don't remember specifically. I
3 do remember that -- I can't tell you, no, I
4 have never done it.
5     Q    What would be the circumstances
6 under which you would do it?
7     A    Well, generally speaking, if I
8 noticed a negative theta number in the
9 calculation, I would look at specific
10 positions and specific expiration months and
11 identify whether or not what was the premium
12 value in those positions, was it reasonable
13 to expect that we were actually negative
14 theta or is this again a Greek calculation
15 that will change tomorrow. So under certain
16 circumstances, I would look at some of those
17 scenarios and decide to make an adjustment
18 to the portfolio.
19    Q    What type of adjustment would
20 you make?
21    A    It's a, again, really depends on
22 the market circumstances at the time.
23 Obviously I would be looking to do something
24 that would help me from a theta standpoint,
25 but there is such a wide variety of

Page 150

1          Walczak
2 alternatives available.
3     Q    Like what?
4     A    Like entering a new position at
5 a credit instead of a even money, for
6 example.
7     Q    What do you mean at a credit
8 instead of even money?
9     A    Meaning taking in more money
10 selling the short side of the option spreads
11 than we spend on the long side.
12    Q    How does that address your theta
13 risk?
14    A    Well, that puts -- again, if you
15 take in money, then if all the options
16 expire worthless, you clearly have no time
17 decay or negative time decay.
18    Q    Does Option View allow you to
19 calculate vega for a particular portfolio?
20    A    Yes.
21    Q    Have you ever used Option View
22 to calculate vega for a particular
23 portfolio?
24    A    Yes.
25    Q    Did you in 2016 use Option View

Page 151

1          Walczak
2 to calculate vega for a particular
3 portfolio?
4     A    Yes.
5     Q    Was this something that you
6 regularly did?
7     A    Yes, we focus on the vega.
8     Q    How specifically do you focus on
9 vega?
10    A    The two primary things that are
11 important to us are that, when we look at
12 our call positions, we want to be short vega
13 and when we look at our put positions, we
14 want to be long or neutral to vega, not
15 short.
16    Q    So in 2016, it was your practice
17 to input your portfolio into Option View and
18 have it calculate theta; is that correct?
19 I'm sorry, and have it calculate vega; is
20 that correct?
21    A    Yes.
22    Q    How often would you do that?
23    A    Daily.
24    Q    What levels of vega did you
25 consider appropriate for the portfolio?

Page 152

1          Walczak
2     A    Specific levels of vega we
3 didn't monitor. We really don't look, again,
4 at specific Greeks, we really look more
5 directional, meaning are we positive or
6 negative theta, are we positive or negative
7 vega, but the absolute value is less
8 important. What we generally do and, again,
9 you know, it's a very complex thing that we
10 are running here, so I have to be very
11 general about answers because each time we
12 look at something, market conditions are
13 different, portfolio structure is different.
14 So there is a whole number of things that
15 could be done. But, for example, if we
16 discover that we are -- somehow, I can't
17 exactly imagine how it would happen, but
18 somehow we flipped negative vega underneath
19 the market, then I would immediately look
20 for adjustments and structures to correct
21 that, but I don't have a vega goal or a
22 number that I look for.
23    Q    But you generally want it to be
24 positive vega and not negative vega?
25    A    Below the market.

Page 153

1        Walczak
2    Q    What about above the market?
3    A    Above the market, we want the
4 opposite, we want it to always be negative
5 vega.
6    Q    In your call ratio strategy,
7 your goal is to have your vega be negative?
8    A    Yes.
9    Q    And specifically that means that
10 for any volatility decrease in the market,
11 your portfolio is going to go up?
12   A    Yes.
13   Q    And for any volatility increase
14 in the market, your portfolio is going to go
15 down in value?
16   A    Again, all else being equal.
17 And the point of that comment is why we
18 don't look at numerical Greeks. What we do
19 is we look at the graphical portrayal of an
20 options price and then we move the Greeks
21 around to understand how they are -- its
22 impact.
23   Q    I don't quite follow that. Can
24 you explain what you mean?
25   A    Sure. So Option View has the

Page 154

1        Walczak
2 capability to portray on a graph over time
3 the value of an option, a collection of
4 options, et cetera and to allow us to look
5 at different time frames, which has the
6 impact of seeing what is theta doing to the
7 portfolio and the ability to flex
8 volatility. So we can say what happens if
9 volatility goes up five points or down five
10 points.
11   Q    Specifically how that would
12 affect your portfolio?
13   A    Yes.
14       MR. SHANK:  Why didn't the
15   magnitude of the Greek measurements
16   matter to you?
17       THE WITNESS:  Why didn't they
18   matter?
19       MR. SHANK:  Yes.
20       THE WITNESS:  Well, again,
21   because in my delta example, I found
22   that the complexity of a single option,
23   let alone a collection of options and a
24   collection of option spreads is such
25   that each of the Greeks by themselves

Page 155

1        Walczak
2 is, for the most part, meaningless
3 because it's impacted by all the other
4 Greeks. The option prices are impacted
5 by other Greeks. And not only that, if
6 everything stays constant, the market
7 doesn't move and you change vega, it
8 also changes delta and theta. So the
9 interaction of these things is what's
10 important to us rather than the
11 absolute number.
12       MR. SHANK:  But wouldn't a very
13   large delta or very large vega in
14   either direction suggest a significant
15   exposure to either the market or to
16   volatility?
17       THE WITNESS:  A very large on
18   either one of those could. Again, it's
19   not something that I experienced in
20   running the fund all these years, but
21   it could.
22       MR. SHANK:  But didn't vega burn
23   you in 2007?
24       THE WITNESS:  It did.
25       MR. SHANK:  Was it a meaningful

Page 156

1        Walczak
2 vega exposure in 2007?
3       THE WITNESS:  The important part
4   was it was a negative vega exposure and
5   that's why my corrective action was
6   don't be negative. The answer is not be
7   only a little negative, it's don't be
8   negative. It's an on or off switch.
9       MR. SHANK:  Doesn't the
10   magnitude matter in addition to the
11   direction?
12       THE WITNESS:  It can.
13       MR. SHANK:  For example, if you
14   were just barely negative vega, your
15   exposure to volatility would be quite
16   limited, right?
17       THE WITNESS:  Well, again, the
18   problem with that is, if you are barely
19   negative vega, it's not unusual for a
20   market decline to cause your vega to
21   accelerate. I won't get into the first
22   derivative of vega in terms of Greeks,
23   but if you start with a negative vega
24   and the market declines, you can go
25   dramatically more negative on the way

Page 157

1          Walczak
2     down. Again, all the Greeks interact
3     with one another, which is why it's, in
4     my experience, it's hazardous to rely
5     on the specific number of that Greek.
6     Q     Thinking about vega in
7     isolation, though, a vega of negative two
8     means that for every percentage volatility
9     increase, the portfolio is going to decline
10    two percent, correct?
11    A     I'm not certain of that.
12    Q     Well, but that's what the
13    measurement is used for, right?
14    A     I honestly don't think it's that
15    simple.
16    Q     Well, so how is it more
17    complicated?
18    A     Well, it doesn't have a linear
19    relationship. So I just don't think that's
20    factually correct to say that if vega is up
21    two, the portfolio is down two, that's not
22    the relationship.
23    Q     What's the correct way to
24    factually define vega?
25    A     Honestly, I can't quote that to

Page 158

1          Walczak
2     you. I have been using the software so long,
3     I can't quote back to you the underlying
4     equation.
5     Q     What is your understanding of
6     what vega means?
7     A     It means sensitivity to
8     volatility.
9     Q     And a low vega number means a
10    relatively low sensitivity to volatility,
11    correct?
12    A     If you define "low" --
13    Q     All other things be equal.
14    A     Right.
15    Q     A low vega indicates a
16    relatively low sensitivity to volatility,
17    correct?
18    A     Whatever "low" means.
19    Q     Is it correct that a higher vega
20    means a higher sensitivity to a particular
21    move in volatility?
22    A     Than a correspondingly lower
23    vega, yes, it does.
24    Q     And what's your understanding of
25    delta?

Page 159

1          Walczak
2     A     I think I answered that before,
3     but delta means the sensitivity at that
4     moment in time, all else being equal,
5     nothing changing, the sensitivity of an
6     options price to a market move.
7     Q     And a higher delta means a
8     higher sensitivity to a particular market
9     movement, correct?
10    A     All else being equal, yes.
11         MR. SHANK: Are you familiar
12    with the concept of delta adjusted
13    exposure?
14         THE WITNESS: Yes. It's not
15    something I have used, but I think I
16    understand what it means.
17         MR. SHANK: Can you explain what
18    your understanding of it is?
19         THE WITNESS: Okay, then I guess
20    I maybe don't understand it. I don't
21    understand it honestly well enough to
22    explain it to anyone.
23         MR. SHANK: Do you understand
24    how it's calculated?
25         THE WITNESS: No, that I

Page 160

1          Walczak
2     definitely don't know.
3         MR. SHANK: Do you understand
4     what it's attempting to do?
5         THE WITNESS: I think so.
6         MR. SHANK: What is it that you
7     understand that it's attempting to do?
8         THE WITNESS: Say the name of it
9     again?
10         MR. SHANK: Delta adjusted
11    exposure.
12         THE WITNESS: No, I'm sorry, I
13    honestly don't know.
14         MR. SHANK: Do you know whether
15    a delta adjusted exposure is a metric
16    regularly used by options traders to
17    measure exposure of option positions?
18         THE WITNESS: I know that delta
19    is. Delta adjusted exposure, it's not
20    something that I use or have ever used,
21    so I'm just not familiar with it.
22    Q     Have you ever used a program
23    called Model Alpha?
24    A     I haven't personally used it,
25    but I get -- well, actually that's not true.

Page 161

Walczak

1  I do look at portfolio values on line
2  through Model Alpha, yes.
4  Q    What do you mean by that?
5  A    Model Alpha will generate an
6  intraday, you know, settlement price. It's
7  an aggregator software. It basically takes
8  data from different FCM's and aggregates it.
9  Q    And how have you used Model
10  Alpha?
11  A    Personally all I have done with
12  Model Alpha is, either at the end of the day
13  or during the day, during the day is not
14  especially reliable, but end of day to look
15  at what the change in settlement price for
16  all the different FCM's are aggregated
17  across the portfolio.
18  Q    But for what asset, for your
19  particular portfolio?
20  A    Yes.
21  Q    So you use Model Alpha to
22  potentially calculate the value of your
23  portfolio at the end of the day?
24  A    From time to time. That's not
25  the primary tool that I use, that's simply

Page 162

Walczak

1  
2  our Gemini accounting report that comes out.
3  But as a quick look, recognizing it's not
4  always accurate, that's how I use it.
5  Q    When you say "not the primary
6  tool," you mean not the primary tool for
7  calculating the value of the portfolio?
8  A    Right.
9  Q    You mean there are other tools
10  the company uses to calculate the value of
11  the portfolio?
12  A    Like fund accounting by Gemini.
13  Q    Is there any other way in which
14  you use Model Alpha?
15  A    Again, I don't personally use
16  it, but I know that Model Alpha --
17  Q    I thought you just said that you
18  use Model Alpha to roughly calculate your
19  portfolio value; is that incorrect?
20  A    Right, no, that's correct, I
21  click on a button and the value looks at me.
22  That's the only way in which I actually
23  interact with the software other than to
24  read output from the software that someone
25  hands to me.

Page 163

Walczak

1  
2  Q    What output do you read from the
3  software?
4  A    There's a number of reports that
5  I don't look at every day and some that I
6  do. There is the risk report we put onto
7  Model Alpha, there are trade tickets that
8  come from Model Alpha, there are reports on
9  margin at the various FCM's, just off the
10  top of my head to name a few.
11  Q    In 2016 prior to the December
12  drawdown of the fund, what types of outputs
13  did you look at through Model Alpha, if any?
14  A    I mean, I can't remember
15  specific days or periods, what was I looking
16  at. Like I said, I know what reports are
17  available. I generally --
18  Q    But what reports were available
19  to you through Model Alpha prior to the
20  December drawdown?
21  A    Again, the time frame, I don't
22  know. I know what I look at or I roughly
23  know what reports are available today and I
24  don't remember which of those were available
25  or not available in advance of December.

Page 164

Walczak

1  
2  Q    Do you recall using Model Alpha
3  for any other -- any purpose other than --
4  do you recall using Model Alpha prior to the
5  December drawdown at all?
6  A    I'm pretty sure that I was using
7  it prior to December, but like I said, I
8  just don't remember specifically which
9  reports I happened to be looking at.
10  Q    Do you recall using Model Alpha
11  in any way to assess the risk in the
12  portfolio prior to December of 2016?
13  A    If -- by assessing the risk,
14  Model Alpha does generate a version of this
15  report (indicating).
16  Q    Did this Model Alpha generate a
17  version of this report that you are pointing
18  to in Exhibit 5 prior to your December
19  drawdown in 2016?
20  A    I believe it did, yes.
21  Q    Do you recall Model Alpha being
22  used in any other way prior to the December
23  drawdown in 2016?
24  A    As I mentioned, at various
25  points we've been working for a long time

Page 165

1       Walczak
2  with Model Alpha to try to automate against
3  an aggregator software across multiple
4  FCM's. So we have been working to put trade
5  blotters on it, to put risk report on it, to
6  put margin from FCM on it, to put a lot of
7  information to save us the trouble of
8  aggregating that information manually from
9  each individual FCM statement. So along the
10 way, sometimes there are reports I would
11 look at, sometimes there are new reports
12 generated, sometimes the reports are in beta
13 form, et cetera.
14    Q     Can Model Alpha be used to
15 calculate option Greeks for the portfolio?
16    A     If it can, and I don't know
17 whether it can or not, I don't look at it
18 for that reason.
19    Q     In 2016, did you ever calculate
20 value at risk for the portfolio?
21    A     I did not.
22    Q     To your knowledge, did anyone
23 calculate value at risk for the portfolio in
24 2016?
25    A     The reason I'm hesitating, I

Page 166

1       Walczak
2  know it's done now and I don't recall
3  exactly when someone at Catalyst may have
4  started calculating it.
5     Q     Have you ever taken a value at
6  risk number into account in making trading
7  decisions in your portfolio?
8     A     I haven't because my
9  understanding of the value at risk
10 calculation is not -- it's not something
11 that would be meaningful to our particular
12 portfolio.
13       MR. SHANK:  Can you explain what
14 you understand value at risk to be?
15       THE WITNESS:  My understanding
16 of value at risk is that it attempts
17 to, in a number of different ways,
18 which gets back to difficult for our
19 portfolio, but a number of different
20 way or computational methods attempts
21 to estimate what a -- what loss a
22 portfolio might experience under a one
23 in a hundred or one in 20 type of --
24 some kind of rare, whatever the actual
25 numbers are, some kind of rare

Page 167

1       Walczak
2  occurrence in the market.
3       MR. SHANK:  Why is that
4  calculation not useful to what you do.
5       THE WITNESS:  Again, I have a
6  limited understanding of value at risk,
7  but I mean, I'm not sure how you would
8  take a portfolio and perform the
9  calculation in a meaningful way on an
10 options portfolio.
11       MR. SHANK:  Couldn't you run
12 various simulations based on
13 probabilities to estimate potential
14 results for your portfolio?
15       THE WITNESS:  Again, if that's a
16 value at risk calculation, I'm not
17 familiar with it.
18       MR. SHANK:  Did you do any other
19 kind of calculations during 2016 to
20 estimate the total potential loss
21 exposure of your portfolio at any given
22 time?
23       THE WITNESS:  Again, I'm not
24 sure that's a meaningful calculation. I
25 mean, I can answer the question

Page 168

1       Walczak
2  directly and say that I look at, you
3  know, again, individual options
4  positions, placement. I look at these
5  risk parameters and again not just
6  looking to say, wow, it hit a trigger
7  I've got to do something, but just to
8  identify, you know, what levels are we
9  at, what is the potential risk in the
10 portfolio because these are the things
11 that I have depended on for a long
12 period of time (indicating).
13    Q     For the record, you are pointing
14 to the risk parameters in Exhibit 5?
15    A     Yes.
16       MR. SHANK:  So none of the risk
17 parameters in Exhibit 5 attempt to
18 estimate or calculate the potential
19 risk exposure in the portfolio; is that
20 right?
21       THE WITNESS:  Let me take
22 another look before I answer the
23 question.  No, none of these are
24 attempting to forecast what loss might
25 happen under certain conditions.

Page 169

1          Walczak
2          MR. SHANK:  So were you doing
3   anything to attempt to estimate what
4   your potential portfolio exposure was
5   at any given time?
6          THE WITNESS:  Well, the way in
7   which I think about portfolio exposure,
8   and it gets, I think, back to value at
9   risk is, we know, based on the type of
10  options positions we put on, we know
11  where our risk is, we know that losses
12  will occur under certain conditions.
13  And what I do is depend on these
14  parameters to give me that signal that
15  suggests we are getting close to a
16  place or we are at a place where some
17  action should be taken to avoid, again,
18  the goal being a less than or a single
19  digit drawdown. These tell me when
20  action need to be taken, that's been my
21  experience in operating this type of
22  portfolio (indicating).
23     Q     Are you aware at any given point
24  of the magnitude of the potential losses of
25  your portfolio given a particular market

Page 170

1          Walczak
2   movement?
3     A     When -- I mean, as I said, I
4   know that if the market goes up five percent
5   tomorrow, that we are exposed to large
6   losses.
7     Q     But in 2016, you are sitting at
8   your desk with a particular portfolio, the
9   Hedged Futures Strategy Fund has a
10  particular portfolio, are you aware of the
11  magnitude of gains or losses given a
12  particular market movement?
13    A     Over a particular time frame, we
14  can project that and look at it.
15    Q     How do you project that?
16    A     We look at Option View's graph
17  and say, look, here's where our -- you know,
18  again, the thing to it is it's not new or
19  especially meaningful in terms of I have
20  confidence and have relied on these types of
21  metrics to tell me when action needs to be
22  taken.
23    Q     The metrics in Exhibit 5?
24    A     The metrics in Exhibit 5, so I'm
25  not wanting to be responsive -- I mean,

Page 171

1          Walczak
2   there is always a scenario where if the
3   market is up five percent tomorrow, it's a
4   large loss. My reaction to that cannot be to
5   manage for tomorrow's possibility of a five
6   percent loss. My reaction to that has to be
7   to rely on the strategy as I have operated
8   over the years, to rely on my risk triggers
9   and to know that over a long period of time
10  they have proven to be effective in limiting
11  loss.
12    Q     I'm simply asking, in 2016, was
13  it your practice to be aware of how much
14  money the portfolio would gain or lose given
15  a particular market movement the following
16  day?
17    A     I did not focus on that metric.
18    Q     Was it your practice to be aware
19  of how much money the portfolio would gain
20  or lose given a particular market movement
21  over the following week?
22    A     I looked at portfolio values
23  across different time frames as I will
24  always do, but, again, the answer is always
25  the same, it's not telling me anything new.

Page 172

1          Walczak
2     Q     But are you aware of what the
3   magnitude of the gains or losses would be
4   given a particular market movement over a
5   particular period of time?
6          MR. SHANK:  It's a yes or no
7   question.
8     A     If I choose to look at that
9   analysis, yes. It's not something that I
10  look at every day.
11    Q     Do you recall looking at that
12  analysis in 2016?
13    A     Somewhere in 2016 certainly I
14  looked at it.
15    Q     And by that analysis, what type
16  of analysis did you look at, do you recall
17  looking at, sometime in 2016?
18    A     I would look at an Option View
19  portfolio value graph.
20    Q     What would that tell you
21  specifically?
22    A     It would tell me things about --
23  and the context in which I would look at
24  these would be on options expiration
25  specific months because that would tell me

Page 173

1          Walczak
2  how to manage the particular upcoming
3  options expiration slice of the portfolio
4  and that's typically how we managed the
5  portfolio.
6    Q    What specifically would Option
7  View tell you about the positions you had
8  for that contract month?
9    A    It would tell me at various
10 market levels, holding things equal, or on
11 occasion -- more than on occasion, I would
12 typically adjust parameters like volatility
13 to understand the impact. I would look at a
14 price level and what the risk or opportunity
15 was around that price level, meaning if the
16 market moved in one direction or the other,
17 is that where I want it to be or do I need
18 to make some adjustments.
19   Q    But would Option View
20 specifically tell you for that particular
21 expiry how much money the portfolio stood to
22 gain or lose?
23   A    Yes, it would.
24   Q    And do you recall specifically
25 using Option View to calculate the potential

Page 174

1          Walczak
2  gains or losses for your position in a
3  particular contract month in 2016?
4    A    In 2016, certainly from time to
5  time, I did that.
6    Q    How often?
7    A    A clarifying answer to that is
8  I'm not managing the portfolio to say, you
9  know, X gain or loss, I'm managing a profit
10 region to understand how to manage the
11 portfolio and when I'm leaving the region I
12 want to be in, do I need to take some action
13 that's subservient to this. These are the
14 metrics that tell me when I need to take
15 some action from a risk standpoint
16 (indicating).
17   Q    "These" being the metrics in
18 Exhibit 5?
19   A    Yes.
20   Q    I know it's --
21        MR. SHANK:  I don't think we got
22 an answer on the last question --
23        MR. WASSERMAN:  That's what I
24 was going to ask.
25        MR. SHANK:  -- of how frequently

Page 175

1          Walczak
2  you used Option View to make such
3  calculations regarding exposure on a
4  given option position.
5        THE WITNESS:  As often as
6  needed.
7        MR. SHANK:  What does that mean,
8  how frequently during the 2016 time
9  period would you do it?
10        THE WITNESS:  So I'm using
11 Option View on a daily basis primarily
12 to evaluate new entry --
13   Q    Mr. Walczak, I'm sorry to
14 interrupt, but I don't want you to have to
15 be here longer than you need to.
16   A    Sure.
17   Q    The specific question is, how
18 often do you recall using Option View in
19 2016 for the purposes of evaluating
20 potential gains and losses on a particular
21 contract?
22        MR. MOYLE:  And since he
23 interrupted your last answer, I think
24 you need to be clear, give him the
25 number that he's looking for, if you

Page 176

1          Walczak
2  know it. Or if you don't know, say you
3  don't know.
4    A    I guess that's the point, I
5  don't keep tick marks or track of I used,
6  you know, X number of times did I use Option
7  View to calculate portfolio value.
8        MS. ALOISI:  You said "from time
9  to time," though, so what does that
10 mean to you?  How are we supposed to
11 interpret that in terms of the
12 frequency?  You obviously have some
13 sense of the frequency.
14        MR. MOYLE:  If that's the
15 question you were answering when you
16 were interrupted, go ahead and finish
17 that answer.
18   A    From time to time would mean
19 once a week, a couple times a month. It's a
20 little bit like on average. Again, Option
21 View is not the primary tool I'm using to
22 understand the portfolio value. I'm really
23 understanding the --
24   Q    Not the portfolio value, the
25 potential change in portfolio value given a

Page 177

Walczak

1      Walczak
2 movement in the market. Are you using it for
3 that purpose?
4   A    Directionally.
5   Q    What does that mean?
6   A    That means that I can tell
7 whether the portfolio is going to increase
8 in value or decrease in value based on what
9 volatility does, what price does.
10   Q    But are you paying attention to
11 how much it would increase or decrease?
12   A    Yes, and typically in a
13 particular options expiration period, yes.
14   Q    So at the risk of asking the
15 same question again, how often would you use
16 Option View to calculate the potential gains
17 or losses of the portfolio's position on a
18 particular contract month?
19   A    I don't have a routine that says
20 I do it every day or I do it every week. I
21 do it as needed.
22   Q    And as needed in 2016 meant what
23 exactly?
24   A    Once a week, once every couple
25 of days. Again, I don't know how to

Page 178

1      Walczak
2 characterize it.
3   Q    Did you ever use Option View to
4 calculate the potential gains or losses of
5 the entire portfolio, not simply the
6 portfolio's position on a particular
7 contract expiry?
8   A    Yes.
9   Q    How often did you do that in
10 2016?
11   A    As needed. Again, I didn't have
12 a structured routine, I didn't have rules or
13 periodic -- it's a complex portfolio. There
14 is subjectivity to adjustment and management
15 of the existing positions, that's what --
16 that's how my process works. So, again, I
17 can't say that I come in every Tuesday
18 morning and do it. I do it as needed. There
19 are days that I know from experience that,
20 no matter what is going on in the
21 marketplace, there is no need to check
22 portfolio values or anything else about the
23 positions.
24      MR. SHANK:  In June of 2017, did
25   you sit for an interview with the SEC

Page 179

1      Walczak
2 exam staff?
3      THE WITNESS:  Yes.
4      MR. SHANK:  During that
5 interview, did you tell the exam staff
6 that you used Option View to examine
7 individual positions, but not the
8 portfolio as a whole?
9      MR. MOYLE:  I have to jump in
10 here for a second. I don't think he's
11 ever sat for an interview with the SEC
12 exam staff.
13      MR. SHANK:  You did, didn't you?
14 Weren't you interviewed by the SEC exam
15 staff?
16      THE WITNESS:  I thought so.
17      MR. ZILIAK:  Exam?
18      MR. MOYLE:  I don't know if you
19 are speaking of an open meeting that
20 took place.
21      MR. SHANK:  I wasn't there, I'm
22 not on the exam staff.
23      MS. ALOISI:  Why don't we let
24 him testify about it.
25      MR. SHANK:  In June of 2017, did

Page 180

1      Walczak
2 you meet with certain individuals of
3 the SEC examination staff in connection
4 with your management of the Catalyst
5 funds?
6      THE WITNESS:  Yes.
7      MR. SHANK:  What was the
8 structure of that meeting?
9      THE WITNESS:  From what I recall
10 is the exam staff had questions about
11 how various pieces of software,
12 including primarily, I guess, Option
13 View, were used in managing the
14 portfolio and how they functioned.
15      MR. SHANK:  During that
16 interview, did you walk the exam staff
17 through how you used Option View?
18      THE WITNESS:  I walked them
19 through all the different functionality
20 and some of the things that I typically
21 did when I used Option View, yes.
22      MR. SHANK:  During that meeting,
23 did you tell the exam staff that you
24 used Option View to examine individual
25 positions, but not the portfolio as a

Page 181

Walczak
1
2  whole?
3      THE WITNESS:  I don't recall
4  making that statement, but, again, I
5  don't recall.
6      MR. SHANK:  So did you use
7  Option View to evaluate the total risk
8  of the portfolio as a whole rather than
9  just individual positions?
10      THE WITNESS:  From time to time
11  I did.
12      MR. SHANK:  Coming back to "from
13  time to time," same answer as before,
14  you are talking about maybe weekly,
15  maybe a couple of times a month?
16      THE WITNESS:  Yes.
17      MR. CAZAKOFF:  What market
18  factors would make you want to look at
19  Option View to view the portfolio value
20  or what changes in market factors?
21      THE WITNESS:  Primary the risk
22  guidelines or, again, using a judgment
23  about some event that may have
24  occurred, a volatility spike.
25      MR. SHANK:  Can you take me

Page 182

1      Walczak
2  through how you would go about
3  evaluating the total loss exposure of
4  your portfolio in Option View?
5      THE WITNESS:  Well, again, I'm
6  not coming at it from a total loss
7  exposure, I'm looking at portfolio
8  value and how the portfolio value is
9  impacted by passage of time,
10  volatility, et cetera.
11      MR. SHANK:  But Mr. Wasserman's
12  questions were specifically about your
13  evaluation of the magnitude of
14  potential loss in the portfolio as a
15  whole. Did you use Option View to
16  evaluate the potential magnitude of
17  loss of the portfolio as a whole?
18      THE WITNESS:  No.
19      MR. SHANK:  Did you use any
20  other tools to evaluate the potential
21  magnitude of total loss for the
22  portfolio?
23      THE WITNESS:  No.
24      Q    Mr. Walczak, I would like to put
25  in front of you a document Bates stamped

Page 183

1      Walczak
2  Catalyst 003 02301.
3      MR. WASSERMAN:  Can we mark this
4  as Exhibit 6, please?
5      (Photocopy of slide deck was
6  marked  Commission Exhibit 6 for
7  identification, as of this date.)
8      Q    Mr. Walczak, if you could take a
9  moment to flip through this document,
10  please?  Does this document look familiar to
11  you?
12      A    Yes.
13      Q    What is it?
14      A    It's -- I believe it's a
15  marketing piece or presentation on the
16  strategy and how it operates.
17      Q    Specifically the strategy of the
18  Hedged Futures Strategy Fund?
19      A    Correct.
20      Q    Can I turn your attention to
21  page 11?
22      MR. SHANK:  Maybe I missed it,
23  did you say who the audience was for
24  this?
25      THE WITNESS:  No, I think it

Page 184

1      Walczak
2  says on here something about registered
3  investment professionals only, but I
4  don't have any understanding of where
5  it was used.
6      Q    Do you recall whether this
7  document was posted on the Catalyst website?
8      A    I don't know.
9      Q    Are you familiar with the
10  Catalyst website?
11      A    Yes.
12      Q    Are you familiar with a page
13  within the Catalyst website that allows
14  anybody to view Catalyst publications?
15      A    Yes.
16      Q    Are you aware whether this type
17  of presentation is made available on that
18  website every quarter?
19      A    That I honestly don't know.
20      Q    Have you ever seen a
21  presentation like this on the website?
22      A    No.
23      Q    If I could turn your attention
24  to page 11?
25      A    Okay.

Page 185

Walczak

2  Q  There are three paragraphs on
3  that page, one that states a risk management
4  strategy. It states, "A risk management
5  strategy explicitly focused on limiting
6  losses by hedging individual positions at
7  initiation." Is this an accurate statement?
8  A  Yes, we do hedge individual
9  positions at initiation.
10  Q  How do you hedge individual
11  positions at initiation?
12  A  We have a combination of
13  offsetting positions, so long and short
14  positions. So the short positions, which
15  represent the risk, are offset in some way
16  by the long positions.
17  Q  In the call ratio strategy, you
18  described the strategy at least in the past
19  couple of years being a buy one call, sell
20  three call strategy, correct?
21  A  Correct.
22  Q  So is that position hedged at
23  initiation?
24  A  It is. The long call acts as a
25  hedge on the risk of the short calls.

Page 186

Walczak

2  Q  What are the potential losses in
3  that position?
4  A  Theoretically the potential
5  losses are unlimited.
6  Q  Are the two remaining short
7  calls hedged in any way?
8  A  The spread structure itself is a
9  single position, so we treat it as such, so
10  it has a hedge component and a risk
11  component.
12  Q  And as we discussed earlier, if
13  the long and short calls are 50 points
14  apart, once you get 25 points above your
15  short call, the position starts to lose
16  money, correct?
17  A  Correct.
18  Q  And as the market continues to
19  go up, do those losses ever mitigate in that
20  particular position?
21  A  Not without corrective action on
22  our part, no.
23  Q  If I could turn your attention
24  to page eight, could you take a moment to
25  read the second bullet?  Specifically where

Page 187

Walczak

2  it says, "We use a specific set of rules and
3  tactics focused on limiting losses." By the
4  way, were you involved at all in drafting
5  this presentation?
6  A  Yes, I was.
7  Q  Did you draft it?
8  A  I provided parts of the dialogue
9  to it.
10  Q  Which parts do you recall
11  providing?
12  A  I'm not certain which exact
13  parts.
14  Q  Do you recall providing the
15  parts about risk management?
16  A  Yes, I provided these.
17  Q  Who did you provide them to?
18  A  I'm trying to recall who was
19  putting this document together.
20  Q  This is from Q3 or it states Q3
21  2016.
22  A  Yes, I think Kimberly Rios and I
23  jointly worked on this.
24  Q  Did anyone else work on it?
25  A  I'm not certain if anyone at

Page 188

Walczak

2  Catalyst worked on it after we submitted it
3  to them.
4  Q  To whom did you submit it?
5  A  I don't recall exactly.
6  Q  Somebody at Catalyst?
7  A  Yes.
8  Q  Was it Jerry Szilagyi?
9  A  I don't know. I didn't
10  personally submit it.
11  Q  Who personally submitted it, to
12  your knowledge?
13  A  It likely would have been
14  Kimberly.
15  Q  This bullet point I'm referring
16  to that starts, "The fund employs a distinct
17  risk management strategy," is that something
18  that you specifically recall drafting?
19  A  Yes.
20  Q  When you are stating, "We use a
21  specific set of rules and tactics focused on
22  limiting losses," what specific rules and
23  tactics are you referring to?
24  A  So that's meant to describe
25  the -- all of the things that I do in

1       Walczak
2 selecting positions, in identifying which
3 positions are the right ones to use or more
4 favorable ones to use at the time. It
5 incorporates our overall risk metrics
6 (indicating).
7     Q      For the record, you just lifted
8 up Exhibit 5. You have to pretend she
9 doesn't see anything.
10    A      Oh, all right. So back to the
11 question.
12    Q      What, quote, specific set of
13 rules and tactics focused on limiting
14 losses, end quote, do you use?
15    A      So the bullets here reflect some
16 of those tactics, perhaps all of them, but
17 the specific rules and tactics are things
18 like we optimize position sizing, meaning we
19 don't put on too many positions. We enter
20 trades not all at once, but over time,
21 scaling, which diversifies the risk of a
22 single bad trade. We enter trades in
23 different strike prices and expiration
24 periods, which, again, diversifies the risk
25 of a single bad trade. Dynamic hedging of

1       Walczak
2 option structures, to your point about
3 unlimited risk, that the call hedge in the
4 position we put on hedges risk to a point
5 when -- one of our dynamic hedging is that
6 we will often buy hedge calls to further
7 hedge the risk when the situation requires
8 it. Limiting overall risk refers to the
9 metrics we have in place that trigger
10 actions.
11    Q      Which metrics did you have in
12 place to limit overall risk?
13    A      The entirety of the risk
14 parameters signal that action is necessary
15 to --
16    Q      Which specific risk parameter
17 was targeted toward limiting overall risk?
18    A      There is not a specific risk
19 parameter. There is a whole collection of
20 risk parameters --
21    Q      Which specific parameter was
22 focused on limiting overall losses?
23    A      Again, there is no specific
24 parameter that acts as a stop loss or a loss
25 limitation. We can't tell people that there

1       Walczak
2 is a guaranteed limit to loss.
3     Q      Well, you said in this document
4 that you are limiting overall risk and
5 limiting overall loss and that you have
6 specific rules and tactics focused on
7 limiting losses. I'm asking, what are those
8 specific rules and tactics?
9     A      Right. So I have described some
10 of the things I use on a daily basis in our
11 our positions are constructed and then I'm
12 referring to Exhibit 5, the collection of
13 risk parameters that signal us to take
14 action when action is appropriate and the
15 goal is to limit loss and limit risk.
16    Q      Which one of these parameters in
17 Exhibit 5 actually limits loss?
18    A      There isn't a single parameter
19 that limits loss. The functioning of the
20 risk parameters as a collective signal or
21 signals to take action has the effect, the
22 goal and in my experience, the effect of
23 limiting loss.
24    Q      But the measurement of total
25 option premium value doesn't tell you

1       Walczak
2 anything about potential losses, correct?
3     A      It doesn't quantify the losses,
4 no.
5     Q      And the number of position
6 limits doesn't tell you anything about
7 potential losses, correct?
8     A      It does not quantify the extent
9 of loss, no.
10    Q      It doesn't tell you what the
11 magnitude of your losses could be, correct?
12    A      That's correct.
13    Q      None of these metrics tell you
14 what the magnitude of your losses could be,
15 correct?
16    A      Correct.
17    Q      So how does any one of these
18 risk metrics limit loss if none of them is
19 telling you what the magnitude of the losses
20 could be?
21       MR. MOYLE:  Objection. You have
22    asked him this five times, you
23    answered it five times and I don't
24    think it's fair for you to continue
25    asking him hoping that he's going to

Page 193

1       Walczak
2   say something different. He's answered
3   the question.
4       MR. WASSERMAN:  I'm asking for a
5   truthful answer to the question.
6       MR. MOYLE:  You are getting a
7   truthful answer to the question, you
8   get don't like the answer, Sam.
9   Q    If none of these metrics tell
10  you anything about the potential magnitude
11  of the losses, how does any of them tell you
12  anything about limiting loss?
13      MR. MOYLE:  Same objection.
14  A    In our document that says we are
15  limiting loss, we also don't quantify what
16  that loss is, we just say that we have
17  tactics and rules in place to limit loss.
18  And what I'm referring to is how we
19  structure our positions and the risk metrics
20  or risk parameters, sorry, that we have in
21  Exhibit 5 that signal action, that, in turn,
22  leads to a limiting of loss.
23      MS. ALOISI:  So would it be your
24  testimony that if you reduce the
25  potential loss from a hundred percent

Page 194

1       Walczak
2   to 99 percent, then this is a truthful
3   statement because you've limited
4   potential loss?
5       THE WITNESS:  It would,
6   technically speaking, be a truthful
7   statement, yes.
8       MR. SHANK:  So your limits on
9   positions, what was the limit again
10  that ultimately got implemented and was
11  in effect in 2016?
12      MR. MOYLE:  Which one again?
13      MR. SHANK:  The limit on number
14  of positions.
15      THE WITNESS:  I'm looking at
16  Exhibit 5, which is April 1st, and it
17  is 60 positions per million.
18  Q    Per million of assets under
19  management?
20  A    Yes.
21      MR. SHANK:  So the fund had
22  about four billion under management in
23  late 2016; is that right?
24      THE WITNESS:  Yes.
25      MR. SHANK:  So the position

Page 195

1       Walczak
2   limit would be -- would be 240,000 of
3   contracts that were not covered?
4       THE WITNESS:  At the risk of
5   doing math in public, I think that is
6   correct.
7       MR. SHANK:  It was four billion
8   divided by a million is 4,000, right?
9       THE WITNESS:  Yes.
10      MR. SHANK:  4,000 times 60 is
11  240,000.
12      THE WITNESS:  That was the hard
13  part.
14      MR. SHANK:  Does that sound
15  right?
16      THE WITNESS:  Yes.
17      MR. SHANK:  So the limit you put
18  in place regarding positions was you
19  could have 240,000 uncovered call
20  contracts in place, right?
21      THE WITNESS:  Correct.
22      MR. SHANK:  Did you ever do
23  anything to attempt to quantify what
24  kind of exposure 240,000 contracts
25  could be to the portfolio?

Page 196

1       Walczak
2       THE WITNESS:  I don't recall
3   doing that calculation.
4       MR. SHANK:  So how can you come
5   up with that limit, the 60 per million?
6       THE WITNESS:  Both of the limits
7   were based on the position sizing that
8   was in place in '07 and significantly
9   reducing that position sizing and these
10  are limits, again, that carried across
11  ten years of market conditions. And
12  while we can certainly talk about, wow,
13  that sounds like a really big number,
14  we went through a lot of market
15  conditions and it's not a target
16  either, it's something we operate
17  significantly lower than most of the
18  time, this is simply meant to make sure
19  that under some kind of unusual
20  circumstance we don't get too high. So
21  it's really an experienced-based, as is
22  much of the strategy, an
23  experience-based strategy.
24      MR. SHANK:  And that limit in no
25  way limits the value of those

Page 197

Walczak

1
2  particular shorts, right?
3      THE WITNESS:  Correct, that's
4  the other parameter that talks about
5  eight percent.
6      MR. SHANK:  So under the
7  position limit, you could effectively
8  have 240,000 in the money short calls
9  that did not have a long position
10  covering it; is that right?
11     THE WITNESS:  Without doing the
12  math, I would expect you could not have
13  240,000 short calls in the money
14  without dramatically exceeding the
15  eight percent value of those calls.
16     MR. SHANK:  But that individual
17  parameter wouldn't limit you from doing
18  that, correct?
19     THE WITNESS:  Correct.
20     MR. SHANK:  And the eight
21  percent of NAV was not a hard rule,
22  correct, there was nothing forcing you
23  to sell and not bridge that goal?
24     THE WITNESS:  Well, all of the
25  risk parameters have a metric that says

Page 198

Walczak

1
2  you should look and take action. In
3  fact, I think we have got it on here
4  that says we need to do something when
5  that happens.
6      MR. SHANK:  Right, but I think
7  you said before that that meant before
8  a conversation that considered taking
9  action rather than require action; is
10  that right?
11     THE WITNESS:  The corrective
12  action on our risk parameter says
13  reduces the value within 24 hours.
14     MR. MOYLE:  I think he's talking
15  about the other eight percent NAV.
16     THE WITNESS:  Well, I was
17  referring, when I was talking about the
18  240,000 calls, I was referring -- you
19  say you could have 240,000 in the money
20  calls, I can't imagine that you could
21  have that and still not have far
22  exceeded a long time ago your eight
23  percent rule. I guess the real point
24  behind this is this is, again, it's a
25  market neutral strategy, it's not

Page 199

Walczak

1
2  directional or delta-based. Traditional
3  risk metrics like value at risk don't
4  have a strong predictive value in terms
5  of calling something to action. We know
6  where the risk is and we use a set of
7  risk metrics that allow us to get early
8  warning or appropriate warning that
9  action may be required and that's how
10  we managed over ten or 11 years of
11  market conditions, managed it
12  successfully.
13     MR. SHANK:  I asked you before
14  whether you ever attempted to quantify
15  the potential exposure from that
16  position limit, did you ever attempt to
17  quantify the amount of exposure to the
18  fund of being short eight percent of
19  NAV?
20     THE WITNESS:  No.
21  Q     Mr. Walczak, do you communicate
22  about the fund with people outside of
23  Catalyst?
24  A     Yes.
25  Q     Who do you communicate with

Page 200

Walczak

1
2  outside of Catalyst?
3  A     Particularly the way our
4  distribution cycle works is Catalyst
5  wholesalers, salespeople will contact
6  financial advisers and present information
7  on the fund. It's not uncommon with a
8  complex derivative strategy like this that
9  the salesperson is unable to answer the
10  adviser's questions. In that situation, they
11  would typically ask for a phone call with me
12  to go a little bit deeper into how the
13  strategy works. So that was a typical -- a
14  phone call with a financial adviser set up
15  by the salesperson would typically be my
16  interaction outside the company.
17  Q     Can you tell us a little more
18  about the typical financial adviser that
19  deals with Catalyst?
20  A     I don't have a sense for exactly
21  really how to characterize financial
22  advisers, other than I know that these guys
23  are fairly sophisticated guys that often
24  have discretionary authority over client
25  money and are, you know, typical -- one of

Page 201

Walczak

2 the skills they bring to the party is to
3 understand a portfolio composition, to
4 understand -- and that's the point of
5 explaining the strategy, understanding where
6 a strategy like this might fit into a
7 client's portfolio and risk tolerance.
8 That's what I know about financial advisers.
9     Q     Do you recall in 2016
10 representing to any financial advisers that
11 you had a goal of limiting fund losses to
12 eight percent of AUM?
13     A     I can't speak to any individual
14 calls because there were a lot of them. I
15 can tell you that the typical call did not
16 include a discussion of risk management. On
17 occasion, because -- on occasion, advisers
18 would inquire about risk management and I
19 told them the same story that I've told here
20 today, that I put risk management in place,
21 we have modified it in -- in 2007, we have
22 modified it to some extent over time. We now
23 use it, there is oversight at Catalyst level
24 and when I put it in place and it continues
25 to be a goal of a single digit drawdown,

Page 202

Walczak

2 that there is no -- and I refer them to the
3 risk statement and to the performance
4 record, which includes periods where we
5 didn't hold a drawdown to ten percent, but I
6 said that's our goal, single digit.
7     Q     Specifically do you recall
8 telling advisers that the goal was to limit
9 a drawdown to eight percent?
10     A     No. The eight percent reference
11 is always used to refer to the two
12 volatility -- I'm sorry, the two risk
13 parameters that talk about volatility
14 excursion of eight percent and at the time,
15 we modified, but at the time an eight
16 percent open option premium number. So by
17 setting those eight percent goals, and it's
18 the same narrative that I have delivered
19 here today, by setting those eight percent
20 goals on those parameters, we hoped that we
21 could achieve a single digit drawdown.
22     MR. WASSERMAN:  Can I mark this
23 as Exhibit 7.
24     (Photocopy of email chain, dated
25 January 2, 2017, was marked Commission

Page 203

Walczak

2     Exhibit 7 for identification, as of
3     this date.)
4     Q     Mr. Walczak, this is a document
5 Bates stamped Catalyst 003 001923, if you
6 could take a moment to review this document.
7     A     Sure.
8     Q     And for clarity, there is text
9 on the back of the page although it appears
10 to be some signature blocks.
11     A     Okay.
12     Q     Do you recognize this document?
13     A     I do.
14     Q     What is it?
15     A     It's an email that I wrote to
16 one of our wholesalers.
17     Q     Is Brandon Schwulst a
18 wholesaler?
19     A     Yes.
20     Q     Kimberly, you mentioned, is your
21 assistant portfolio manager; is that
22 correct?
23     A     Correct.
24     Q     The document is dated January 2,
25 2017. Does this document refresh your

Page 204

Walczak

2 recollection as to whether you have
3 represented that your goal is to limit
4 downside to eight percent?
5     MR. MOYLE:  Object to the form
6 of the question.
7     A     So what the document says is, "I
8 wish I could provide a rock solid max
9 drawdown, but obviously I can't guarantee
10 anything," and it says, "As we always have a
11 goal to limit downside to eight percent
12 daily noise notwithstanding," again, to my
13 point that we are trying to keep it to
14 single digit, we use eight percent numbers
15 knowing that there could be slippage beyond
16 that.
17     Q     But as represented in this
18 document, your goal -- you've stated that
19 your goal is to limit drawdowns to eight
20 percent?
21     A     Yes, that's what was stated
22 here, however, the eight percent number is
23 done with a mindset that we know there can
24 be, under different market conditions, they
25 could certainly, in fact, expect slippage.

Page 205

Walczak

2 So by setting a goal of our eight percent,
3 our real-world achievable objective is
4 single digit.
5    Q    Are you suggesting that you only
6 start to actually do anything about limiting
7 risk after the fund has already lost eight
8 percent?
9    A    No, that eight percent
10 volatility parameter is one of the things
11 that calls us to action.
12    Q    But you mentioned "slippage,"
13 what do you mean by slippage?
14    A    So when we get a risk parameter
15 that suggests we have to take action, market
16 conditions may dilute the action we take
17 and when we get a trigger at eight percent
18 or any of these other parameters, it may not
19 be possible. In fact, that's what I state,
20 it's not possible to put an immediate halt
21 to the decline.
22    Q    Right. So as I understand it,
23 the metric doesn't require you to do
24 anything until after you've had the eight
25 percent drawdown, correct?

Page 206

Walczak

2    A    That particular --
3    Q    In Exhibit 5?
4    A    In Exhibit 5, that particular
5 metric and, by the way, refers to an eight
6 percent drawdown -- I'll leave it at that,
7 it refers to an eight percent drawdown as
8 one of the metrics that would cause us to
9 take action.
10    Q    To be clear, the metric itself
11 in Exhibit 5 doesn't require you to do
12 anything before you've already lost eight
13 percent?
14    A    That single metric does not, but
15 there are others that do.
16    Q    This email suggests something
17 slightly different, does it not?
18 Specifically that your goal is to limit
19 downside to eight percent as opposed to
20 start to try to limit downside after you've
21 already lost eight percent?
22    A    I don't think this changes our
23 goal.
24    Q    Are you stating in this email
25 that your goal is to limit downside to eight

Page 207

Walczak

2 percent?
3    A    "Daily noise notwithstanding,"
4 that's correct.
5    Q    That's different than waiting
6 until you've lost eight percent and then
7 trying to do something, correct?
8    A    On that particular metric, we
9 could be at an eight percent drawdown before
10 we take action.
11    Q    I'm asking about what you said
12 in this email.
13    A    Right.
14    Q    The statement, "A goal to limit
15 downside to eight percent" is different than
16 waiting until you've lost eight percent and
17 then trying to limit downside?
18    A    And our goal to limit it to
19 eight percent is affected by the entirety of
20 the risk parameters, not by a single metric.
21 So I would argue or I would dispute --
22    Q    Is that clear from your email?
23    A    Let me finish for a moment. I
24 would dispute the answer that that's the
25 only metric that's driving the train, it's a

Page 208

Walczak

2 single metric.
3    Q    I understand that point. I'm
4 asking whether your statement in this
5 particular email suggests that you are doing
6 things prior to actually losing eight
7 percent to try to limit the drawdown to
8 eight percent?
9    A    And in my experience, that would
10 typically be the case.
11        MR. SHANK:  What metric would
12    you expect to be triggered before you
13    got to an eight percent loss?
14        THE WITNESS:  In my experience,
15    the most common metric that triggers is
16    the open call premium.
17        MR. SHANK:  The open -- say that
18    again?
19        THE WITNESS:  The open call
20    premium of eight percent.
21        MR. SHANK:  The eight percent of
22    NAV?
23        THE WITNESS:  Yes.
24        MR. MOYLE:  He said the eight
25    percent of NAV?

Page 209

1          Walczak
2          THE WITNESS:  Yes, eight percent
3    is a percentage of assets in the fund
4    open call, if that's what -- to be
5    clear, that's what NAV or you could
6    call it AUM. And we should be clear on
7    that because there is a volatility
8    number in here that Sam has been
9    referring to is an eight percent
10   drawdown in NAV, that call premium
11   number is eight percent open call
12   premium as a percentage of assets.
13         MR. SHANK:  That's net call
14   premium?
15         THE WITNESS:  Yes.
16   Q     Does the open option premium
17   metric tell you anything about the
18   portfolio's sensitivity to market movement?
19   A     No.
20   Q     Does the open option premium
21   metric tell you anything about the magnitude
22   of potential losses?
23   A     What the open option premium
24   tells us is that the combination of market
25   movement, volatility movement, time decay,

Page 210

1          Walczak
2    Greeks have created a situation where we
3    should take action to prevent large losses.
4    Q     I believe you testified before
5    that the open option premium collection
6    looks solely at the market value of your
7    options positions, correct?
8    A     Yes.
9    Q     What does the market value of
10   your options positions tell you, if
11   anything, about the sensitivity of your
12   portfolio to market movement?
13   A     What it tells us is that some
14   combination, not a single metric that
15   changes on a daily basis or may or may not
16   be relevant, but the overall market
17   condition, be it passage of time, be it
18   volatility, be it market movement of the
19   underlying or other Greek factors, that
20   tells us that that has created a situation
21   where there is risk in the portfolio that we
22   have to address.
23   Q     Mr. Walczak, respectfully, you
24   are not answering my question. I'm asking
25   what the market value of your options tells

Page 211

1    you about your portfolio's sensitivity to
2    market movement.
3    A     It doesn't tell us anything
4    about sensitivity to market movement.
5          MR. SHANK:  In your email in
6    Exhibit 7, you wrote "D-E-C," that's
7    the third line in your email, "D-E-C
8    printed roughly a four percent drawdown
9    and we are currently down a little over
10   six percent from our high-water mark."
11   Do you see that?
12         THE WITNESS:  Yes.
13         MR. SHANK:  Does "D-E-C" mean
14   December?
15         THE WITNESS:  Yes.
16         MR. SHANK:  So you said, "These
17   numbers are well within the norm of our
18   11-year track record." So was a four
19   percent drawdown in one month well
20   within the norm of what you've
21   historically seen happen with your
22   strategy?
23         THE WITNESS:  Yes.
24         MR. SHANK:  What would you

Page 212

1          Walczak
2    describe as the norm, the limit of the
3    norm for drawdowns in a month using
4    your strategy?
5          THE WITNESS:  Well, we have the
6    statistics on largest drawdown, which
7    was February of '07. My recollection is
8    that we have several other high single
9    digit drawdowns and one at least that
10   was slightly into double digits as
11   well, but, again, that's a top of my
12   head recollection.
13         MR. SHANK:  Can we go back to
14   Exhibit 6 for a minute?
15         MR. WASSERMAN:  The
16   presentation.
17         MR. SHANK:  Page 2303 under,
18   "Fund Objective," it says, "To preserve
19   capital and provide consistent returns
20   with low volatility regardless of
21   market direction by investing in long
22   and short positions on the S&P
23   500 Index," do you agree that that's
24   what the fund's objective was?
25         THE WITNESS:  Yes.

Page 213

1          Walczak
2      MR. SHANK:  Do you consider
3  single month drawdowns of high single
4  digits percent to be consistent with
5  preservation of capital?
6      THE WITNESS:  I do and the
7  reason I answer that way is because,
8  two things, we are attempting to
9  preserve capital across a reasonable
10 investment time horizon, so there will
11 be some volatility in the fund on a
12 monthly basis. Secondarily, the fund
13 has consistently exhibited far lower
14 drawdowns in even its underlying index
15 across even in a short time frame as a
16 month. So capital preservation is
17 certainly our objective and there is
18 nothing in the historical record that
19 suggests to me that that's
20 inappropriate.
21     MR. SHANK:  I think you
22 described within the range of norm high
23 single digit drawdowns in a month; is
24 that correct?
25     THE WITNESS:  Correct.

Page 214

1          Walczak
2      MR. SHANK:  What about on the
3  upside, what's within the norm of your
4  upside in a given month?
5      THE WITNESS:  Off the top of my
6  head, one percent, two percent.
7  Sometimes there have been periods of
8  time where -- we had a 20 percent month
9  in '08. It's basically volatility
10 dependent, so...
11     MR. SHANK:  There were times
12 that you had up to 20 percent you said,
13 right?
14     THE WITNESS:  Right.
15     MR. SHANK:  Do you consider from
16 high single digit negative returns to
17 20 percent positive returns to be low
18 volatility?
19     THE WITNESS:  Again, you know, I
20 can't comment on what's low volatility,
21 high volatility. It doesn't immediately
22 strike me as not low volatility.
23     MR. SHANK:  Well, as the
24 portfolio manager, what did low
25 volatility in the fund objective mean

Page 215

1          Walczak
2  to you?
3      THE WITNESS:  It meant that by
4  operating my strategy consistently as I
5  have had in the past, the strategy
6  would generate a return stream that,
7  when looked at across a normal time
8  horizon, that was relatively low
9  volatility.
10     MR. SHANK:  What's a normal time
11 horizon?
12     THE WITNESS:  Well, across the
13 life of the fund.
14     MR. SHANK:  So when you are
15 saying low volatility, you mean over
16 multiple years?
17     THE WITNESS:  That's a
18 reasonable time frame, sure.
19     MR. SHANK:  So it might have
20 high volatility within -- year to year?
21     THE WITNESS:  I think for any
22 investment strategy, including an asset
23 index fund, you can select a time frame
24 and say, wow, it was really volatile
25 here and I can particular a time frame

Page 216

1          Walczak
2  and say it was really low over here. So
3  to me, you want to look at as long a
4  time frame as you can, which in this
5  case would be the life of the fund.
6      MR. SHANK:  Have you ever seen
7  an equity index fund claim to be a low
8  volatility investment?
9      THE WITNESS:  I'm not familiar
10 with their prospectuses.
11     MR. SHANK:  Your goal as
12 portfolio manager wasn't to necessarily
13 manage low volatility within a given --
14 from year to year?
15     THE WITNESS:  Well, my goal is
16 to execute the fund objective,
17 absolutely, and in my experience, the
18 methodology, tactics, instruments we
19 used produced a relatively low volatile
20 performance record.
21     MR. SHANK:  Relative to what?
22     THE WITNESS:  Relative to its
23 underlying.
24     MR. SHANK:  What's its
25 underlying?

Page 217

```
1          Walczak
2      THE WITNESS:  The S&P 500.
3      MR. SHANK:  Do you think the S&P
4  500 is the appropriate benchmark for
5  your fund?
6      THE WITNESS:  It is in the sense
7  that that's the underlying instrument
8  that the options we trade are -- that's
9  the underlying for our options. It
10  also -- we know from how the fund is
11  used that it's typically a component of
12  an equity portfolio, so the S&P 500 is
13  certainly an appropriate index from
14  that standpoint.
15     Q    Mr. Walczak, would you
16  acknowledge that there is a difference
17  between targeting a maximum drawdown of
18  eight percent and taking precautions after
19  the fund has lost eight percent?
20     A    Again, you know, I am very
21  reluctant to go outside the framework and
22  focus on an individual number and say, wow,
23  we are only taking action when the fund is
24  down eight percent.
25     Q    I'm just asking the question in
```

Page 218

```
1  isolation. There is a difference between
2  targeting a maximum drawdown of X and only
3  doing something to limit losses after you've
4  lost X, correct?
5      A    If that's your only criteria, I
6  would say that's correct.
7      Q    I'm simply asking if there is a
8  difference between those two statements?
9      A    There certainly can be, but,
10  again, there could also be a circumstance
11  where if you had an individual security that
12  had a good tight liquidity and you say I
13  have my stop loss at eight percent, then
14  there is no difference in that.
15     Q    I'm asking a simple question. Is
16  there a difference between telling somebody
17  that you are trying to limit losses to eight
18  percent on the one hand and telling somebody
19  that once you lose eight percent, then you
20  will try to limit losses?
21     A    There is a difference. I can say
22  that I have never heard those differences
23  expressed in the same situation or in the
24  same conversation.
```

Page 219

```
1          Walczak
2      Q    But you acknowledge that there
3  is a difference?
4      A    There is a difference.
5      Q    Because in the latter scenario
6  you are not really trying to limit losses to
7  eight percent, you are only trying to limit
8  losses after eight percent, correct?
9      A    No, I disagree. An eight percent
10  stop loss in an individual security may very
11  well be the way to limit losses to eight
12  percent.
13     Q    In an individual security that's
14  liquid that you can guarantee that you are
15  going to be able to execute at a particular
16  point in time, correct?
17     A    That's one example.
18     Q    Do you recall specifically
19  telling investment advisers that your goal
20  was to limit losses in the fund to eight
21  percent?
22     A    Yes. Yes, I do.
23     Q    Do you recall saying that to
24  investment advisers on multiple occasions?
25     A    Certainly more than once.
```

Page 220

```
1          Walczak
2      MR. WASSERMAN:  Should we take a
3  five-minute break?
4      MR. SHANK:  Can I ask one more
5  question about Exhibit 6?
6      MR. WASSERMAN:  Sure.
7      MR. SHANK:  Page six, are you
8  familiar with this chart?
9      THE WITNESS:  Yes.
10     MR. SHANK:  Does this reflect
11  the daily investment process for your
12  management of the fund?
13     THE WITNESS:  Let me take a look
14  to make sure it does describe that.
15  Yes.
16     MR. SHANK:  So the first step on
17  a daily basis before making investments
18  is to stress the fund --
19     THE WITNESS:  I'm sorry, I'm
20  looking at the wrong page.
21     MR. SHANK:  The back of that.
22     MR. CAZAKOFF:  The page before
23  it, page six.
24     MR. SHANK:  Does this graph
25  reflect your daily investment process
```

Page 221

1          Walczak
2   for managing the fund?
3          THE WITNESS:  Yes.
4          MR. SHANK:  So step one is to
5   stress the fund for risk before making
6   any investments?
7          THE WITNESS:  Yes.
8          MR. SHANK:  What does that mean?
9          THE WITNESS:  For me, what I
10  would typically do is examine the
11  parameters on the risk statement to see
12  were we approaching or even at a high
13  middle range, where were we on all of
14  these different parameters, especially
15  open option premium, margin and number
16  of positions.
17         MR. SHANK:  So you used the
18  parameters in Exhibit 5 to see if you
19  were approaching the limits there?
20         THE WITNESS:  Correct, it gave
21  me a sense for whether -- obviously
22  nothing would have been triggered,
23  otherwise that's a full stop and we are
24  moving on to taking action, but it also
25  gives me a sense for where on the

Page 222

1          Walczak
2   continuum of risk are each of these
3   metrics.
4          MR. SHANK:  Did stress the fund
5   for risk mean anything other than
6   looking at the metrics in Exhibit 5?
7          THE WITNESS:  I mean, again,
8   back to my response earlier about using
9   Option View to look out into the
10  future, we would take a look at
11  portfolio positioning across different
12  option expiration months and across
13  really the whole portfolio and
14  identify, again, you know, what does it
15  look like.
16         MS. ALOISI:  You were pretty
17  clear you didn't do that daily, though,
18  if I recall your earlier testimony; is
19  that right?
20         THE WITNESS:  We didn't use
21  Option View daily.
22         MS. ALOISI:  So that's not
23  another one of the things you did to
24  stress the fund for risk on a daily
25  basis?

Page 223

1          Walczak
2          THE WITNESS:  Not on a daily
3   basis, no. On a daily basis, we relied
4   on the risk parameters.
5          MR. WASSERMAN:  We can go off
6   the record.
7          (Whereupon, a recess was taken.)
8   Q     Mr. Walczak, to the best of your
9   recollection, can you describe to the best
10  of your recollection what the fund's
11  portfolio looked like at the end of November
12  of 2016?
13  A     I can generally characterize it
14  with a couple of caveats, one, I don't
15  remember if there were puts in the portfolio
16  or not. At the end of November of 2016, it's
17  likely it had a reasonable number of call
18  ratio spreads.
19  Q     Call ratio spreads for which
20  expiries?
21  A     At the end of November, probably
22  December, end of December, January, end of
23  January and February, maybe even end of
24  February, that's where I get a little
25  unclear, but most expirations going forward.

Page 224

1          Walczak
2   Q     To be clear, when you are
3   referring to the month generally, you mean
4   the third week expiry?
5   A     The third Friday, yes.
6   Q     So you had call ratios for third
7   week December, end of December, third week
8   January, end of January, third week
9   February, end of February, correct?
10  A     Again, without looking that's
11  what's likely there.
12  Q     That was your practice, to have
13  call ratio spreads at those expiries going
14  out about 90 days, correct?
15  A     That would be normal, right.
16  Q     So at the end of November, that
17  would likely be your position?
18  A     Correct. And again, there are
19  periods of time where that didn't happen.
20  For example, we might look at the end of
21  December and discover that nothing fit our
22  criteria to not have one there, but, again.
23  Q     Do you recall whether at the end
24  of November of 2016 your call ratio
25  positions over the ensuing three months were

Page 225

Walczak

1 larger than your typical position size?
2
3    A    I don't recall precisely. I
4 suspect that I would recall if they were.
5        MR. SHANK:  You said you would
6    recall if they were larger?
7        THE WITNESS:  In other words, if
8    they were pushing against the limits, I
9    would likely remember that. So my best
10    guess, again, a guess without looking,
11    my best guess is they were not.
12    Q    Do you recall whether your
13 positions in the February expiry were larger
14 than your typical positions for a particular
15 month?
16    A    I don't recall.
17    Q    Do you recall whether at the end
18 of November of 2016 you had at all started
19 to butterfly out any of the ratio spreads?
20    A    At the end of November, I don't.
21 I believe there was a period of time where
22 we did, but I don't know when we started.
23    Q    Do you recall at the end of
24 November 2016 being aware of what the delta
25 of the portfolio was?

Page 226

Walczak

1
2    A    No.
3    Q    Do you recall the first week in
4 December of 2016 being aware of what the
5 delta of the portfolio was?
6    A    No.
7        MR. SHANK:  To be clear, you
8    don't think you were aware?
9        THE WITNESS:  I don't recall.
10    Q    Do you recall there being a
11 significant loss to the fund in early
12 December of 2016?
13    A    Yes.
14    Q    Do you know what caused that
15 loss?
16    A    I don't remember the specific
17 market action, so just generally speaking --
18 well, actually, thinking about it, the
19 market went dramatically higher post
20 election in November and I think that
21 continued into the first part of December,
22 so that's likely the reason.
23    Q    Specifically because the call
24 ratio spreads, as you enter them, start to
25 lose money when the market moves beyond a

Page 227

Walczak

1
2 certain level, correct?
3    A    It's really a combination of
4 level and time. So in this case, I don't
5 recall the basis for the loss. In other
6 words, I can't tell you for sure whether the
7 market went too high or went high too fast.
8    Q    Do you recall whether in the
9 first week of December the portfolio had any
10 short calls options for which the strike
11 price was in the money?
12    A    That I don't recall, no.
13    Q    As the options get closer to the
14 expiry, they become much more sensitive to
15 market movement, correct?
16    A    Yes.
17    Q    Do you recall paying attention,
18 in early December of 2016, do you recall
19 paying attention to whether the third week
20 December contracts were in the money or out
21 of the money?
22    A    Again, I don't recall the
23 specifics of what was going on. That would
24 have been something that I would have
25 observed.

Page 228

Walczak

1
2    Q    Would you have a general sense
3 of, in the beginning of December 2016, would
4 it be your practice to have a general sense
5 of how the portfolio would perform given a
6 certain movement in the S&P?
7    A    What I would have been looking
8 at, what I would typically look at as we
9 approach that period of time is what's
10 happening with the December options, where
11 is my -- where is the market relative to
12 my -- the maximum profit area of that
13 particular position.
14    Q    Do you recall thinking to
15 yourself or do you recall there being any
16 red flags that came to your attention in the
17 first half of December of 2016?
18    A    I recall that something
19 occurred, I don't recall the specifics. I
20 don't remember whether it was a particular
21 risk parameter that triggered or certainly
22 volatility in the fund's NAV, but there
23 was -- our risk committee did discuss the
24 fund's performance during that time and
25 evaluate options or alternatives.

Page 229

1          Walczak
2     Q      Did the risk committee have
3 those discussions before or after the
4 drawdown in the first week of December?
5     A      That I don't remember, whether
6 it was just before or just after, during. I
7 don't remember exactly, but I do know it was
8 the first part of December.
9     Q      I believe the drawdown started
10 on December 7th. Does that sound
11 approximately right to you?
12     A      It was certainly in the first
13 half of December, that's what I can say for
14 sure.
15     Q      Do you recall in the days
16 leading up to December 7th noticing any red
17 flags in your portfolio?
18     A      I don't recall specifically.
19     Q      What tools were you using at
20 that time to evaluate risk in the portfolio?
21     A      The same tools that I always
22 use, which is on our Exhibit 5 risk matrix.
23     Q      Were any of those risk metrics
24 triggered in the days before December 7th?
25     A      I don't recall that.

Page 230

1          Walczak
2     Q      You don't recall whether they
3 were or not?
4     A      That's right.
5     Q      Mr. Walczak, I'm going to put in
6 front of you an exhibit that's Bates stamped
7 Catalyst 1.13, could we please mark this as
8 Exhibit 8.
9          (Photocopy of trade log, dated
10     December 2016, was marked Commission
11     Exhibit 8 for identification, as of
12     this date.)
13     Q      Mr. Walczak, do you recognize
14 this document?
15     A      I know what it is. I don't know
16 that I have specifically looked at this
17 before, but I know what it is.
18     Q      What is it?
19     A      It's a trade log for December of
20 2016.
21     Q      Do you notice on this trade log
22 whether there are any trades that occur in
23 your portfolio on December 7th or 8th?
24     A      I do not see any.
25     Q      There is maybe a dozen trades

Page 231

1          Walczak
2 that appear to be made on December 9th,
3 could you walk us through what those appear
4 to be? For example, the first trade on
5 December 9th appears to be the purchase of a
6 December third week option with a strike of
7 2255. What role would that trade play in
8 your portfolio?
9          MR. MOYLE:  What date are you on
10     again?
11          MR. WASSERMAN:  December 9th.
12     A      What I'm trying to do is
13 identify whether -- you see in the trade
14 log, if I did a spread trade, it would
15 appear as two lines, so I have to take a
16 look to see whether or not there is a
17 potential spread trade in there or whether
18 this was a unique purchase. The one thing I
19 can tell, it appears as though it may be
20 part of a -- one part of a rolled
21 transaction, that's one guess from looking
22 at the log and -- yes, that looks like, in
23 fact, I see three trades on here that look
24 similar.
25     Q      What three trades are those?

Page 232

1          Walczak
2     A      Well, three collections of
3 trades that appear to me to be a spread.
4     Q      Can you identify those?
5     A      The thousand lot that you
6 referred to followed by the next six lines
7 look like I purchased a thousand calls and
8 offset that with the sale of 500 at a higher
9 strike price at a further expiration month.
10 So this was an effort to derisk the
11 portfolio by doing two things, by basically
12 cutting in half the number of open calls and
13 moving --
14     Q      How do you get cutting in half
15 the number of open calls?
16     A      We bought a thousand and sold
17 500.
18     Q      Okay. Well, for you, but that's
19 not half of the overall portfolio?
20     A      No, no.
21     Q      You just happen to buy, on this
22 particular day in this series of seven
23 transactions that you've identified, you
24 just happen to buy a thousand and sell 500?
25     A      Well, I wouldn't characterize it

Page 233

Walczak

1
2 as just happen to, but that's a spread
3 technique that we use to take risk off.
4     Q     You reduced the number of short
5 calls in the aggregate of your portfolio by
6 500 contracts?
7     A     Correct. And it looks as though
8 we did that three times that day at the same
9 strike, so we did a total of -- we reduced a
10 total of 1,500 calls.
11    Q     So you appeared to have rolled
12 some exposure from the third week December
13 to the third week January by buying back
14 3,000 worth of short calls and selling 1,500
15 worth of calls in the January expiry?
16    A     That's correct, and that's also
17 a typical technique for us. If we have a one
18 by three and the three strike is either
19 causing us too much risk or too close to the
20 money or for some reason, our typical
21 methodology to deal with that is essentially
22 buying back one of the three's outright and
23 then moving the second of the three to a
24 further out strike, further out month and
25 this is how it gets accomplished.

Page 234

Walczak

1
2     Q     Do you recall what percentage of
3 your overall short portfolio risk exposure
4 3,000 contracts was?
5     A     No.
6     Q     Do you think it was a large
7 percentage or a small percentage?
8     A     It was likely a material
9 percentage of the December option
10 expiration.
11    Q     What about a percentage of the
12 overall portfolio?
13    A     That I don't know.
14    Q     Can you go back and can we do
15 the same exercise for December 5th and 6th?
16 Starting with the first December 5, 2016
17 trade, you appear to be selling a thousand
18 third week December contracts with a strike
19 price of 2210, do you see that?
20    A     Yes.
21    Q     Followed by the purchase of a
22 thousand end of month contracts at 2220, can
23 you explain those trades, specifically what
24 purpose they would have served in your
25 portfolio, if you can recall?

Page 235

Walczak

1
2     A     I'm going to take a second to
3 look at the balance of the trades on that
4 day.
5     Q     Sure.
6     A     I can't offer an explanation on
7 that trade. Buying the December 2210 or
8 selling the 2210, buying the end of month
9 2220. Yes, without -- I would have to wonder
10 where the market is. I think that was,
11 again, it really is a guess, but my guess
12 would be that that was moving a long
13 position from December to the end of
14 December.
15    Q     Those two trades represented
16 moving a long position from the third week
17 expiry to the end of month expiry?
18    A     Yes. In other words, selling a
19 long and establishing a new long same
20 quantity further out.
21    Q     And then the next two trades
22 appear to be the combined selling of a
23 thousand contracts at the end of month
24 expiry in December at the strike price of
25 2250, correct?

Page 236

Walczak

1
2     A     Yes.
3     Q     So that would be establishing a
4 shorter position for the end of month
5 December contract?
6     A     Yes. So that means that we moved
7 a long from December to end of December and
8 the equivalent number of shorts as well.
9     Q     Well, not that you moved shorts,
10 you just purchased an additional thousand
11 contracts of shorts for the end of December
12 expiry?
13    A     Or sold.
14    Q     I'm sorry, sold an additional
15 thousand contracts for the December expiry?
16    A     Sure. And, again, I can't really
17 put that one in context. It's certainly
18 possible that I had established longs at
19 some point prior and this represented an
20 opportunity to establish shorts. It would be
21 unusual to establish shorts by themselves
22 without a corresponding set of longs. In
23 other words, as you can see, moving longs
24 and shorts, my best guess was that I was
25 doing something to rebalance the net long

Page 237

1          Walczak
2  and short positions in the two December
3  expiration months.
4     Q    Would it have been your practice
5  in December of 2016 to go further short in
6  one expiry so that you could buy higher call
7  protection in another expiry?
8     A    Yes.
9     Q    In other words, to generate
10  revenue to buy the additional call options
11  in another expiry?
12    A    Yes, that's something we,
13  again -- a typical tactic we use for risk
14  management would be to sell one buy two and
15  they might be in the same expiration, they
16  might be across expirations.
17         MR. SHANK:  How common was it
18      for you to take a step like this of
19      selling one buying two?
20         THE WITNESS:  I would say it's
21      not a common element of strategy except
22      when risk mitigation is needed. It's a
23      risk mitigation tool.
24         MR. SHANK:  How frequently would
25      you say over the years you've used that

Page 238

1          Walczak
2  risk mitigation tool?
3         THE WITNESS:  Across all the
4      instances where risk mitigation tools
5      were necessary, very common.
6         MR. SHANK:  How often is that?
7      Is this something you've done three
8      times in 13 years or 300 times?
9         THE WITNESS:  I mean, I'm not
10      trying to avoid the answer, but the
11      answer is it's a risk mitigation tool,
12      so unless there is some kind of even
13      moderate risk measure, this is not
14      something we go out and do as part of
15      the strategy. But when risk is present,
16      depending on -- I mean, what that does
17      is it caps the unlimited upside risk by
18      putting on a position like that for at
19      least some quantity of the calls. So in
20      answer to your question, again, it's
21      one of these questions where it's a
22      common tool we use, but it's not a
23      common situation, so I'm struggling a
24      little bit to tell you that it's once a
25      year or whatever.

Page 239

1          Walczak
2         MR. WASSERMAN:  Can we mark this
3      as Exhibit 9, please.
4         (Photocopy of email chain, dated
5      December 9, 2016, was marked Commission
6      Exhibit 9 for identification, as of
7      this date.)
8     Q    Mr. Walczak, I have put a
9  document in front of you Bates stamped
10  Catalyst 003 00168. There is a text on the
11  back as well. Could you take a moment to
12  review it, please, in particular the texts
13  from Kimberly to yourself that goes onto the
14  back of the email.
15    A    Okay.
16    Q    Just for the record, the
17  document reflects that the initial email in
18  the chain is sent on Friday, December 9,
19  2016 at 12:57 p.m., it's from Kimberly Rios
20  to Ed Walczak, Jeremy O'Keefe and Paul
21  Rieger. Mr. Walczak, who is Jeremy O'Keefe?
22    A    He is our floor broker. In other
23  words, the guy who executes trades for us in
24  my direction.
25    Q    In the pit?

Page 240

1          Walczak
2     A    In the pit.
3     Q    Who is Paul Rieger?
4     A    He is our introducing broker.
5  You guys know what that means.
6     Q    Do you recall Kimberly sending
7  you this email?
8     A    I mean, not this specific email,
9  but I understand it.
10    Q    What does it mean?
11    A    So this is a small example of
12  the types of things that we look at to
13  identify, you know, potential for mean
14  reversion and what we might need to do in a
15  very short term. So she's alerting me to a
16  couple of technical factors that she's noted
17  and how that might influence short-term
18  market behavior.
19    Q    What specific technical factors
20  has she identified?
21    A    She talks about RSI, which
22  stands for relative strength index.
23    Q    What are BB moves?
24    A    Bollinger Band.
25    Q    What is a Bollinger Band?

Page 241

1           Walczak
2     A     A Bollinger Band is a band
3   that's drawn two standard deviations away
4   from the 20-day average price.
5     Q     So there is a 20-day moving
6   average price line, correct?
7     A     Right.
8     Q     And the Bollinger Band consists
9   of two lines around that 20-day moving
10  average, correct?
11    A     Actually -- yes, two lines, one
12  above and one below, right.
13    Q     And specifically one two
14  standard deviations above and one two
15  standard deviations below?
16    A     Correct.
17    Q     How do you use Bollinger Bands?
18    A     Well, in this circumstance --
19  well, really in most circumstances it's a
20  measure on whatever time frame you are
21  using. So if it's a daily, it's a measure
22  that on a daily basis price is extended,
23  it's gone to a place that is two standard
24  deviations away from its recent average,
25  last monthly average. That is suggestive

Page 242

1           Walczak
2   that price will flatten or at least slow
3   down and not continue to advance rapidly.
4     Q     Why?
5     A     Because the meaning of a
6   Bollinger Band means that price only hits it
7   whenever the two sigma standard is, I think,
8   five percent of the time.
9     Q     When Kimberly says, "It is
10  extremely rare to have the SPX close outside
11  the BB on a weekly basis," what does that
12  mean?
13    A     That means that it's extremely
14  rare if you plot that same 20-day moving
15  average and standard deviation, but instead
16  use weekly data instead of daily data.
17  She's commenting on a weekly basis, it's
18  extremely rare.
19    Q     Why is that important to you as
20  the portfolio manager?
21    A     Well, again, it informs me on
22  the likelihood of future market behavior, in
23  this case a little bit longer term, over the
24  next several weeks as opposed to the next
25  several days.

Page 243

1           Walczak
2     MR. SHANK:  At this point you
3   are trying to predict market movement?
4     THE WITNESS:  We are trying to
5   identify probabilities and likelihoods
6   of mean reversion.
7     Q     Based on prior market behavior?
8     A     Yes.
9     Q     She says, "It actually happened
10  twice, though, in the tech bubble and both
11  times the next week was down three plus
12  percent." She continues on, "There was a
13  time, though, in 2012 which you can see in
14  the chart attached is an outlier. The move
15  did pause, but continued to climb. This is
16  the best example I could find for worse-case
17  scenario actually seen in history since
18  1999." Are you using the Bollinger Bands to
19  try to evaluate what your worst-case
20  scenario is?
21    A     The Bollinger bands and other
22  things that we look at combine to form an
23  overall perspective on probabilities going
24  forward.
25    Q     Probabilities of what going

Page 244

1           Walczak
2   forward?
3     A     Probability of different market
4   scenarios.
5     Q     Specifically probability of the
6   market going up versus down?
7     A     Yes.
8     Q     Why is that important to you as
9   a portfolio manager?
10    A     Well, in most cases, it's not.
11  In a case where we are preparing to make
12  adjustments, it can inform me about how
13  aggressive or not aggressive I should be
14  with those adjustments.
15    Q     Specifically you are trying to
16  figure -- well, your intention is to draw a
17  conclusion as to what the probability is of
18  the market moving up or down over the next
19  few days, correct?
20    A     Right, in a very short term.
21    Q     Isn't that important to you
22  because if the market moves up in the days
23  after December 9th, the portfolio is going
24  to suffer?
25    A     That's possible. I don't really

Page 245

Walczak

1     know, again, without looking at the chart or
2
3     the portfolio where we were, but...
4     Q      Do you recall where December 9th
5     was in relation to the drawdown you were
6     having in December?
7     A      I don't unless you just
8     mentioned it previously.
9     Q      Unfortunately I'm not testifying
10    here. Do you recall when the drawdown was?
11    A      I don't recall a specific day.
12    Certainly somewhere right around there.
13    Q      Does this email refresh your
14    recollection as to what had been happening
15    over the days prior to December 9th?
16    A      This email suggests to me that
17    we were in a position that we would benefit
18    from the market retreating, that's probably
19    the reason why she surfaced the analysis.
20    Q      And lose from the market
21    advancing?
22    A      Yes, probably.
23    Q      So in order to assess what steps
24    you were going to take going forward, you
25    wanted to know the probability of the market

Page 246

Walczak

1
2     moving up or down over the following days?
3     A      Yes, that's a factor, yes.
4     Q      And to try to assess the
5     probability of the market moving up and down
6     over the following days, you looked at
7     historical market data?
8     A      Yes.
9     Q      Did you look at anything else?
10    A      I don't recall specifically, but
11    there are other things that I typically look
12    at. I mean, she's got RSI, which we look at,
13    and Bollinger Bands, which we look at. We
14    look at price patterns, technical data.
15    When I talk about price patterns, for
16    example, we pay for research from a number
17    of sources that identify certain
18    statistically predictive patterns of price
19    and breadth combinations, of market
20    sentiment. And in point of fact, we use
21    those far more often to help us optimize our
22    entries then to really mitigate risk.
23    Q      Is there anything else you are
24    considering in this period on or around
25    December 9th?

Page 247

Walczak

1
2     A      I don't recall specifically
3     other than to say I mentioned a whole suite
4     of things that I look at very routinely. So
5     it's likely that I was looking at other
6     things as well.
7     Q      Does this or the previous
8     exhibit we looked at refresh your
9     recollection as to the magnitude of the
10    fund's positions at that time?
11    A      No.
12    Q      Do they refresh your
13    recollection as to more detail about the
14    character of the fund's position at that
15    time?
16    A      I think I testified that it's
17    likely -- the drawdown was in there
18    somewhere, it's very likely that it was
19    here. It's very likely that we were in call
20    ratio positions and in the middle of a
21    reasonable severe drawdown.
22    Q      Do you recall taking any
23    specific measures in the first days of
24    December to limit your downside to eight
25    percent?

Page 248

Walczak

1
2     A      No, I don't recall that.
3     MR. SHANK:  Whose idea was it to
4     take these defensive trades?
5     THE WITNESS:  That would be me.
6     MR. SHANK:  Did anyone else have
7     input into that decision?
8     THE WITNESS:  We did have, at
9     some point, again, relative to the
10    trades we just spoke about, I don't
11    remember the exact timing, but we did
12    our risk committee get together and
13    review alternative actions. But, you
14    know, ultimately if there is a trade on
15    the log, I made the trade and whether
16    or not it was with input from the risk
17    committee is a question of timing and I
18    don't remember exactly.
19    MR. SHANK:  Who's on the risk
20    committee.
21    THE WITNESS:  In December it was
22    David Miller, George Amrhein, Jerry
23    Szilagyi, Mike Schoonover and then, of
24    course, Kimberly and I participated.
25    We are not formal members of the

Page 249

Walczak

1
2 standing risk committee, but we
3 participated.
4      MR. SHANK:  How common was it to
5 have meetings with the risk committee
6 on management of the fund?
7      THE WITNESS:  It was very
8 uncommon.
9      MR. SHANK:  Can you describe for
10 me what was discussed at this meeting?
11      THE WITNESS:  Again, I don't
12 recall the specifics, but I certainly
13 can characterize the nature of the
14 discussion and that is, again, whether
15 it was -- you know, the drawdown, I
16 recall, was high single digits in the
17 first part of December. So whether the
18 committee came together after the first
19 four percent, the first day of three,
20 four, whatever it was, I don't really
21 know those details, but whatever
22 prompted the committee to come
23 together. The nature of the discussion
24 was around what does the portfolio look
25 like, what actions can we take to

Page 250

Walczak

1
2 mitigate risk and there was a general
3 discussion, you know, largely with my
4 input around, I could do this, I could
5 do that, here's the pros and cons,
6 suggestions that I have to everyone. So that's a
7 typical, you know, type of dialogue.
8      MR. SHANK:  Did anyone express
9 any opinions in this meeting as to the
10 amount of exposure in the fund at that
11 time?
12      THE WITNESS:  It's possible. I
13 don't recall exactly. I don't know if
14 minutes were taken or not.
15      MR. SHANK:  Do you remember
16 anyone expressing concern or anger
17 regarding the amount of exposure the
18 fund had at that time?
19      THE WITNESS:  I don't recall.
20 Again, unfortunately we have had
21 very -- quite a few risk meetings
22 subsequent to that, so the individual
23 meetings are not really clear and
24 separate in my mind, so...
25      Q      To be clear for the record, you

Page 251

Walczak

1
2 are referring to a meeting that you recall
3 during or immediately after the December
4 drawdown, correct?
5      A      Yes.
6      Q      Do you think at that meeting
7 that Mr. Szilagyi had an understanding of
8 what your portfolio strategy was?
9      A      Yes.
10      Q      Do you think that Mr. Szilagyi
11 at that meeting had an understanding of the
12 market conditions under which the fund would
13 lose money?
14      A      Yes.
15      Q      Do you think at that meeting
16 that Mr. Szilagyi had an understanding of
17 the magnitude of potential losses in the
18 portfolio?
19      A      That I'm not sure of.
20      Q      At that meeting, did you have an
21 understanding of the magnitude of the
22 potential losses of the portfolio?
23      A      Well, I think I've sort of
24 commented on this before. It's not -- we are
25 not going to act differently on the basis of

Page 252

Walczak

1
2 a specific number. It's more about being in
3 a position where we have to take significant
4 action.
5      Q      In the days leading up to the
6 drawdown, and to be clear, the drawdown
7 consisted of a series of four or five
8 trading days in which the fund's NAV
9 consistently decreased, correct?
10      A      I don't remember for sure, but
11 that's a likely path.
12      Q      And that it significantly
13 decreased approximately ten percent?
14      A      That sounds approximately
15 correct.
16      Q      In the days before that drawdown
17 occurred, do you recall whether you had an
18 understanding of the potential losses that
19 the portfolio could face?
20      A      Again, I think -- I responded to
21 that question in a lot of different
22 circumstances and I have to elaborate. It's
23 not as though any of us, myself included,
24 are ignoring risk. We are balancing risk, we
25 are doing things we have done for ten years

Page 253

1          Walczak
2    and by taking premature action in those
3    situations, you expose the fund to risk as
4    well.
5       Q      Let me ask it another way. At
6    the beginning of December, you have call
7    ratios on for the third week December
8    expiry?
9       A    Right.
10      Q      The end of month December
11   expiry, the third week of January expiry,
12   end of month January expiry, third week
13   February expiry an end of month February
14   expiry, correct?
15      A    Correct.
16      Q      For your positions in each of
17   those expiries, there is an S&P range within
18   which that specific part of the portfolio
19   makes money, correct?
20      A    Yes.
21      Q      And there is a maximum amount of
22   money that can be made in the call ratio
23   spreads for a particular expiry, right?
24      A    Right.
25      Q      Did you know at that point in

Page 254

1          Walczak
2    time, at the beginning of December, what
3    that maximum amount of money was?
4       A    It's routine for me to look at
5    that. In other words, as I mentioned
6    particularly as we approach an expiration
7    month, then I focus on that expiration month
8    to manage those positions with more detail.
9    In other words, I'm looking at those pretty
10   much all day long watching how they are
11   moving. And it's also normal for me to look
12   at each expiration month occasionally to
13   understand what the reward potential is, but
14   in terms of saying, adding it all up,
15   there's certainly times I have done that. I
16   can't say that I did it on this time or not.
17      Q      And on the call ratios, as we
18   discussed, there is potential unlimited
19   downside, correct?
20      A    Yes, there is.
21      Q      And in some circumstances, it
22   was your practice to place additional calls
23   above your short strikes to butterfly out
24   some of the ratio spreads, correct?
25      A    Yes.

Page 255

1          Walczak
2       Q      And butterfly options in those
3    circumstances have a maximum loss, correct?
4       A    Yes. They limit the risk, yes.
5       Q      If you have an equal number of
6    long calls and short calls, there is a
7    maximum loss, correct?
8       A    If they are placed correctly,
9    that's right.
10      Q      But it was your practice, at
11   least for a piece of the portfolio, to cap
12   some of the call ratio spreads, correct?
13      A    Well, again, that depends on the
14   market conditions. There were a whole set of
15   defensive tools in the tool kit and the
16   butterfly impact was one of them. Again, my
17   judgment was based on the local market
18   conditions and the location, I mean, the
19   whole complexity of the portfolio, whether
20   that was the right tool to use. So it was a
21   tool available, it was something that I did,
22   not always. Sometimes we rolled them,
23   sometimes we took them off, you know, for
24   example, of other tools.
25      Q      Was it your practice in early

Page 256

1          Walczak
2    December 2016 to understand the maximum loss
3    for the piece of the portfolio that was
4    butterflied?
5       A    That's not how -- that's just
6    not how I looked at it. I didn't look and
7    say well, I have got some butterflies here,
8    so now my loss is capped at X.
9       Q      So it wasn't your practice to
10   know what the maximum losses were on a piece
11   of the portfolio that was butterflied?
12      A    I don't recall specifically
13   making that calculation, no.
14      Q      And there is a piece of your
15   portfolio that's not butterflied, correct?
16      A    Yes.
17      Q      Specifically there are call
18   ratios that are not capped and have
19   unlimited losses, correct?
20      A    Yes.
21      Q      And that was the case in early
22   December of 2016, correct?
23      A    As far as I know, right, without
24   looking at the portfolio.
25      Q      Were you paying any attention to

Page 257

1          Walczak
2  how quickly those losses could accumulate if
3  the market were to move, for example, one or
4  two points to the upside?
5      A    One or two points to the upside?
6      Q    Yes.
7      A    I mean --
8          MR. CAZAKOFF:  Percent.
9      Q    I'm sorry, one or two percent to
10 the upside.
11     A    Again, I mean, I certainly
12 looked at the numbers at various points in
13 times, I think I have testified to that
14 effect. And, again, that certainly -- you
15 know, it's a part of the valuation about is
16 some other risk trigger in play, do I have
17 to make an adjustment on that basis, what is
18 the overall trade-off between making an
19 adjustment too soon and, again --
20     Q    What specific types of
21 adjustments are you referring to?
22     A    Risk adjustments.
23     Q    Specifically what?
24     A    Butterfly is one tool that I
25 have talked about.

Page 258

1          Walczak
2      Q    And specifically for the
3  purposes of your portfolio, that means
4  buying calls with strikes above your short
5  strikes?
6      A    Yes.
7      Q    Okay.
8      A    Another tool is to roll options
9  further out in time further away from the
10 market. That decreases the risk in the
11 nearby market move. Sometimes just taking a
12 position off, which we did as well. So,
13 again, in the context of how the fund
14 operates, I have to keep coming back to the
15 fact that we operate against a set of risk
16 parameters that have served us well and I'm
17 just not certain that the reacting to a
18 potential loss under unpredictable market
19 conditions, that's just not something that I
20 incorporated into my practice, it's not a
21 part of that --
22     Q    Specifically it wasn't your
23 practice to understand the dollar amount of
24 potential losses to your portfolio under
25 specific market conditions?

Page 259

1          Walczak
2      A    It wasn't a part of my practice
3  to react to those losses other than reacting
4  to the --
5      Q    The question is, I'm sorry, Mr.
6  Walczak, the question is whether it was your
7  practice to understand the potential dollar
8  amount of gains or losses to your portfolio
9  given certain movement in the market?
10     A    Yes, actually, it was a practice
11 to do that.
12     Q    So in early December of 2016
13 prior to the December drawdown, do you
14 recall having an understanding of what the
15 fund's potential losses were if the market
16 were to move up two percent?
17     A    I remember on at least some
18 occasions, as I have testified, looking at
19 the Options graph.
20     Q    What Options graph?
21     A    In Option View, the portfolio
22 value.
23     Q    You recall specifically looking
24 at something that told you the aggregate
25 potential losses to the portfolio?

Page 260

1          Walczak
2      A    Yes.
3      Q    At that time in early December?
4      A    I'm certain I did it at least
5  once.
6      Q    Do you recall what it told you?
7      A    No.
8      Q    Do you recall reacting to it in
9  any way?
10     A    Not to the value -- not to the
11 specific value of the number, no.
12     Q    Do you recall reacting to it at
13 all?
14     A    My typical practice would be to
15 at least understand the magnitude so that I
16 could understand how to react should one of
17 our other risk metrics trigger.
18         MS. ALOISI:  Did you share that
19 information with anyone?
20         THE WITNESS:  I don't recall
21 whether I did or not. I can't say that
22 that would be my practice.
23         MR. SHANK:  What was the amount
24 of exposure that you observed?
25         THE WITNESS:  I don't recall.

Page 261

Walczak

2 MR. SHANK: Do you have any
3 sense?
4 THE WITNESS: No.
5 MR. SHANK: What were your
6 parameters that you were using in
7 evaluating the potential exposure?
8 Like assumptions for market movements
9 or the like.
10 THE WITNESS: Well, what I would
11 normally do is in Option View, again,
12 it's aggregating all the impacts on the
13 portfolio value, which include time, so
14 I'm looking at five different time
15 frames and I can vary those. I'm going
16 to look out and say what if the market
17 moves X -- and, again, it's more you
18 are looking conceptually at the graph
19 and identifying numbers up and down,
20 varying volatility. It's really not as
21 easy as saying what if the market moves
22 one or two percent because if it moves
23 one or two percent tomorrow and
24 volatility moves, it's a different
25 answer than if it moves one or two

Page 262

Walczak

2 percent next week and volatility moves.
3 Q Maybe you misunderstood my
4 question. You can input your portfolio
5 positions into Option View, correct?
6 A Yes.
7 Q Given your portfolio, is Option
8 View capable of telling you, for example,
9 how much money the portfolio will lose if
10 the S&P declines one percent the next day,
11 if the S&P goes up one percent the next day?
12 A Yes, it is, given the other
13 inputs that I have to put in, what will
14 happen to volatility, what will happen to
15 the volatility across different points in
16 the curve.
17 Q So do you recall using Option
18 View in that way in the days leading up to
19 the December drawdown?
20 A I use Option View, as I said,
21 every day for lots of different purposes, so
22 I don't have any way of recalling
23 specifically what I did on those days.
24 Q Do you recall Option View in
25 early December 2016 telling you that given a

Page 263

Walczak

2 one or two percent up move in the S&P, your
3 portfolio would decline in value?
4 A It's very likely that I saw
5 something that showed that it would decline
6 in value on an up move. That's the typical.
7 Q Do you recall Option View
8 telling you at that time how much it would
9 decline in value given a two percent up move
10 in the market?
11 A As I said, I'm certain that I
12 looked at it, I don't recall magnitudes or
13 numbers.
14 MR. SHANK: Do you actually have
15 a specific recollection of looking and
16 seeing potential exposure for your
17 entire portfolio in Option View in the
18 December 2016 time frame?
19 THE WITNESS: I don't have a
20 specific time I can point to.
21 MR. SHANK: So you are surmising
22 that you did?
23 THE WITNESS: Yes. As I said, I
24 use Option View for a wide variety of
25 things every day, most often evaluating

Page 264

Walczak

2 position entry and maybe as important
3 evaluating position adjustment and how
4 that impacts the portfolio.
5 MR. WASSERMAN: Can we mark
6 this --
7 MR. SHANK: Sorry, one last
8 follow-up. The risk committee meeting
9 that you referred to before, was that
10 an in-person meeting?
11 THE WITNESS: No, that was on
12 the phone.
13 MR. SHANK: Were all the members
14 of the risk committee on the call?
15 THE WITNESS: Well, again, I
16 don't even know that there was a formal
17 risk committee prior to this. So this
18 was perhaps the formation of the risk
19 committee. The names I mentioned are
20 people I recall being on the call and
21 that's pretty much the risk committee.
22 MR. SHANK: Did you take notes?
23 THE WITNESS: I didn't, no.
24 MR. SHANK: Do you know if
25 anyone else took notes?

Page 265

1        Walczak
2        THE WITNESS:  I don't know.
3        MR. SHANK:  Were any notes or
4    summaries of the call distributed?
5        THE WITNESS:  I don't recall,
6    but there may have been some emails,
7    but I don't know for sure.
8        MR. SHANK:  Sorry, Sam.
9        MR. WASSERMAN:  Can we mark this
10   as Exhibit 10, please.
11       (Photocopy of email chain was
12   marked  Commission Exhibit 10 for
13   identification, as of this date.)
14   Q     This is a document Bates stamped
15   Catalyst 003 17309. Mr. Walczak, if you
16   could take a moment to read the earliest in
17   time email on this chain, which goes onto
18   the second page. This is an email dated
19   December 11, 2016, Sunday, from Larry Milder
20   to a whole lot of people with Catalyst from
21   their email address, but what I want to draw
22   your attention to is that you are cc'd on
23   the email at the bottom; is that correct?
24   A     Yes.
25   Q     And the subject of the email is

Page 266

1        Walczak
2    "HFXAX communications." The second paragraph
3    of Mr. Milder's email reads, "We have had
4    calls with the portfolio, trading and
5    management team over the weekend." Do you
6    recall whether one of those calls he was
7    referring to is the risk team call you were
8    just discussing?
9    A     Certainly if there were multiple
10   calls, it was probably all calls with the
11   risk team.
12   Q     And he says, "And there is a
13   plan in place to manage the risk of the
14   fund." Do you recall this email?
15   A     I don't remember the email,
16   but...
17   Q     Do you recall coming out of one
18   of those calls that he's referring to and
19   there being a plan in place to manage the
20   risk of the fund?
21   A     Yes.
22   Q     What was that plan in place?
23   A     I don't remember, again, the
24   exact details of the plan, but we formulated
25   the plan as usual. I described to the group

Page 267

1        Walczak
2    some alternatives that I felt were
3    appropriate, which were the typical tools
4    that I use, and I recall generally that we
5    had a discussion around which of those
6    alternatives or which combination made the
7    most sense and in what speed and size to do
8    them.
9    Q     What alternatives are you
10   referring to?
11   A     Butterflying call spreads,
12   closing positions, moving positions.
13   Q     Were you given any direction on
14   any of those calls?
15   A     Well, typically Catalyst
16   management convened the call and I would
17   say, as in any business process, everyone's
18   voice was heard and at the end of the day we
19   agreed. And if there are -- so I don't want
20   to characterize it as we got on the phone
21   and Catalyst said Ed, you should immediately
22   do this. This was a collaborative discussion
23   and there was general agreement on what to
24   do and we went off and executed it.
25   Q     What was their agreement?

Page 268

1        Walczak
2    A     On the type of tactics to employ
3    in mitigating risk.
4    Q     Specifically to enter into
5    butterfly spreads?
6    A     I don't recall if we got into
7    specific agreement, for example, on only do
8    that or do some combination of all of the
9    above. I just don't recall how specific it
10   got, but discussion of alternatives and
11   there was some agreement on generally what
12   to do.
13   Q     What do you recall specifically
14   there was agreement on?
15   A     The general strategy about what
16   to do. In other words, it may have been a
17   situation where I said I can do all three of
18   these things, let me use my judgment on how
19   to apply them or it may have been a
20   situation where we agreed that I would do
21   one of the things and that only.
22   Q     What specifically do you recall
23   that there was agreement to do?
24   A     I don't recall the specifics
25   other than we agreed on how to manage the

Page 269

1        Walczak
2 situation.
3    Q    Specifically what?
4    A    What -- at least what types of
5 trade adjustments to the portfolio were
6 necessary.
7    Q    You agreed to enter into certain
8 types of trades?
9    A    Again, I don't remember the
10 specifics, but I do remember that we came up
11 with a plan, a strategy.
12    Q    What was the plan?
13    A    I don't remember the plan. The
14 plan would involve executing the
15 alternatives we discussed, among them would
16 have been some of the techniques I could
17 use.
18    Q    Do you recall what was agreed to
19 on that phone call?
20    A    I'm certain we agreed on a path
21 forward, certain types of activity and
22 trades that I would take on Monday morning.
23    Q    Do you recall what specific
24 patterns and trades you agreed to enter
25 into?

Page 270

1        Walczak
2    A    No.
3        MR. MOYLE:  Sam, if you are
4 going to move on to something new, can
5 we take a break?
6        MR. WASSERMAN:  Can we go over
7 one more document?
8        MR. MOYLE:  Sure.
9        MR. WASSERMAN:  Can we mark this
10 as Exhibit 11. This is that a document
11 Bates stamped Catalyst 003 16118, two
12 pages.
13        (Photocopy of email chain, dated
14 December 9, 2016, was marked Commission
15 Exhibit 11 for identification, as of
16 this date.)
17    Q    Mr. Walczak, can you take a
18 moment to read this document?
19    A    Okay.
20    Q    Do you recall receiving this
21 email from Jerry on December 9, 2016?
22    A    Again, I don't remember the
23 specific email, but I'm on it.
24    Q    Do you recall Jerry telling you
25 on or about December 9th that one of his

Page 271

1        Walczak
2 friends in the market had become aware of a
3 fund that had very large positions in the
4 S&P index options?
5    A    No. Again, look, I don't recall
6 specific emails or conversations on this
7 item, but here it is, so clearly I did see
8 it.
9    Q    Well, do you recall being
10 notified by Jerry in or around December 9th
11 that somebody in the market was aware of the
12 large positions that you had in your
13 portfolio?
14    A    It was very possibly a
15 discussion at the risk committee.
16    Q    Were you generally aware that
17 market participants were aware of the size
18 of your positions?
19    A    What I'm aware of is that you
20 can see this sort of speculation almost
21 every day in the marketplace.
22    Q    What type of speculation?
23    A    The speculation about a big
24 player that needs to liquidate or has this
25 position or that position. That's floor

Page 272

1        Walczak
2 trader gossip.
3    Q    Were you aware that on or about
4 December 9th such speculation was being made
5 about your portfolio?
6    A    When I got this email, it looked
7 like it was me.
8        MR. SHANK:  Did you have a sense
9 at the time how big of a player you
10 were in the S&P futures options market?
11        THE WITNESS:  Yes.
12        MR. SHANK:  How big?
13        THE WITNESS:  We did monitor our
14 volumes on the floor and we ranged -- I
15 think we averaged maybe 15 percent of
16 the volume, 15, 18 percent of the
17 volume.
18    Q    Were you the largest individual
19 player on the floor in this particular
20 product?
21    A    I don't know for sure. I am told
22 subjectively that there are maybe two others
23 that are similar sized.
24    Q    Who are the two others?
25    A    I didn't ask for names.

Page 273

1          Walczak
2    Q    Do you recall in the first half
3 of December of 2016 whether there were any
4 issues with your execution quality in the
5 pit?
6    A    I don't recall any issues. No,
7 not during this period of time.
8    Q    Do you recall at any period of
9 time there being issues with your execution
10 quality in the pit?
11   A    We did have some concerns in the
12 February period.
13   Q    Specifically what were those
14 concerns?
15   A    Concerns that we were getting a
16 less than ideal execution price on our
17 transactions because we were doing higher
18 volume than we had done in the past.
19        MR. WASSERMAN:  We can take a
20 quick break.
21        (Whereupon, a recess was taken.)
22   Q    Mr. Walczak, after the December
23 drawdown, or more specifically between the
24 December drawdown and the beginning of
25 February, did you at any point begin to use

Page 274

1          Walczak
2 delta as a metric for evaluating risk in
3 your portfolio?
4    A    We began to monitor delta and
5 I'll characterize that as informal. I don't
6 remember exactly when. I do remember
7 certainly by the 1st of February and perhaps
8 prior.
9        MR. SHANK:  To be clear, you
10       were not monitoring delta before that
11       late January/early February time
12       period, correct?
13       THE WITNESS:  We certainly
14       weren't monitoring it before the
15       December drawdown, that's what I can
16       say for certain. Somewhere between the
17       December drawdown and the 1st of
18       February, we began to look at it.
19       MR. WASSERMAN:  Can we mark this
20       as Exhibit 12, please.
21       (Photocopy of email chain was
22       marked  Commission Exhibit 12 for
23       identification, as of this date.)
24   Q    This is a document Bates stamped
25 Catalyst 003 00237. It's a chain of emails

Page 275

1          Walczak
2 dated January 26th and January 27th of 2017.
3 Could you please take a moment to review the
4 document?  Do you recall around these dates
5 Mr. Szilagyi sending you text messages?
6    A    I don't. It looks like he did,
7 but I don't recall specifically.
8    Q    Does this document refresh your
9 recollection as to when exactly you started
10 to use delta as a metric to evaluate risk in
11 the portfolio?
12   A    I mean, it's, I guess -- what I
13 remember, this is January 27th, so somewhere
14 in there is likely when we started to look
15 at delta.
16   Q    In Jerry's email to you on
17 January 26th at 3:35 p.m., this document
18 reflects, "We need to discuss risk
19 management for the fund. Only looking at
20 number of positions per million does not
21 appear to be an adequate way of measuring
22 risk based on our experience, particularly
23 the last two months." Do you agree with his
24 statement?
25   A    At that time, I did agree as you

Page 276

1          Walczak
2 see from my reply that it was reasonable to
3 consider some addition to our risk matrix.
4    Q    To be clear, in your reply you
5 don't say that you agree with his statement.
6 I'm asking, do you agree with his statement?
7    A    On its face, I don't
8 automatically agree. My sense was, look, I
9 haven't used a delta-based metric in the
10 life of the fund, it's a neutral strategy,
11 it's not a delta-dependent strategy, all
12 those reasons that we have talked about, but
13 I agreed with his -- the sense of his
14 paragraph that said the fund has exhibited
15 too much volatility relative to the market,
16 we should look at something new, that I
17 agreed with.
18   Q    Where does it say the fund has
19 exhibited too much volatility relative to
20 the market?
21   A    Well, in Jerry's paragraph.
22   Q    You are paraphrasing?
23   A    Yes.
24   Q    I'm talking specifically about
25 the statement, "Only looking at the number

Page 277

Walczak

1      Walczak
2 of positions per million does not appear to
3 be an adequate way of measuring risk based
4 on our experience, particularly the last two
5 months," do you agree with that statement?
6     A     At this time I had no data to
7 agree or disagree. That's why I agreed to
8 consider it. I wasn't going to say, wow,
9 that's correct, I'm going to say let's take
10 a look and see if there is something we can
11 do.
12    Q     Sitting here today, do you agree
13 with that?
14    A     Sitting here today, we have
15 implemented and I do agree with a delta
16 gamma metric.
17    Q     There is no reference to gamma
18 in here. Sitting here today, do you agree
19 with this statement as it's written in Mr.
20 Szilagyi's email?
21        MR. MOYLE:  Just the one
22    sentence he's talking about, only
23    looking at that.
24    A   Yes, I agree with that.
25    Q     Next he says, "The net delta

Page 278

Walczak

1      Walczak
2 adjusted exposure based on our calculations
3 seems to be around negative 500, which
4 explains better why the fund was down
5 negative five X the market movement on a
6 pretty minor market move. I know you say you
7 do not use this type of risk measure, but
8 recent history seems to show it may be a
9 better measure of risk or at least worth
10 looking at." Do you recall whether at the
11 time of this email you were using delta as a
12 measure of risk for the fund?
13    A     I don't.
14    Q     Do you recall whether, after
15 this email, you started to use delta as a
16 measure of risk for the fund?
17        MR. MOYLE:  Can I just jump in
18    here for a second?  Do you mean him
19    personally or are you using him for
20    Catalyst?
21    Q     I mean you, Mr. Walczak.
22    A     I remember looking at delta
23 certainly by the 1st of February.
24    Q     And what specifically, in
25 looking at delta, what specifically were you

Page 279

Walczak

1      Walczak
2 looking for?
3     A     I was trying to evaluate, as I
4 think we might have had a conversation, we
5 being the risk committee, about was delta
6 appropriate and, if so, what level. And my
7 recollection says our agreement was let's
8 monitor the delta and use our experience to
9 determine what might be a reasonable measure
10 to use as a risk control parameter.
11    Q     Did you draw any conclusions by
12 the 1st of February as to what an acceptable
13 level of delta would be for the fund?
14    A     I did not personally draw any
15 conclusions. I think I do recall that others
16 on the risk committee had an idea.
17    Q     Do you recall what their idea
18 was of what an acceptable level of delta was
19 for them?
20    A     It was less than three, two and
21 a half. I don't recall specifically, but it
22 was in that neighborhood.
23    Q     To clarify, do you mean, when
24 you say "less than three," do you mean that
25 the portfolio would move in no greater than

Page 280

Walczak

1      Walczak
2 three times the move of the S&P?
3     A     Yes, by the delta metric alone,
4 yes.
5        MR. SHANK:  You said you didn't
6    use delta because the fund was a
7    market-neutral strategy, but how is a
8    market-neutral strategy consistent with
9    a delta of negative 500 percent?
10       THE WITNESS:  Well, again,
11    because the way our neutral strategy
12    operates is back and forth in the
13    market and at certain extremes can
14    exhibit that kind of delta. But, again,
15    over years and years and years without
16    even looking at it, I'm fairly
17    confident we had that delta and higher.
18       MR. SHANK:  But delta also
19    measures the marginal change, right, at
20    the point where you are, not at the
21    extremes, right?
22       THE WITNESS:  Right.
23       MR. SHANK:  So a one point move
24    in the market moves you five percent
25    the other way, right?

Page 281

Walczak

2     THE WITNESS:  Potentially, yes.
3     MR. SHANK:  So isn't your
4  strategy significantly dependent on the
5  movement of the market?
6     THE WITNESS:  Only at the
7  extremes. And remember when I talk
8  about a market-neutral strategy, I made
9  that point earlier, it's not a
10  delta-neutral strategy, no effort is
11  made to neutralize delta exposure. The
12  point of being a neutral strategy is to
13  say we don't take any perspective on
14  where the market is going to move. We
15  don't go long or short the market.
16     MR. SHANK:  But you are going
17  short in the market if you have a delta
18  negative 500 percent, aren't you?
19     THE WITNESS:  We are as a result
20  of market activity, not as a result of
21  our bias one way or the other.
22     MR. SHANK:  As far as you said
23  only at the extremes, but, again, we
24  are only talking about a one percent
25  move in the market moves you five

Page 282

Walczak

2  percent, that's -- a one percent move
3  in the market is not extreme, is it?
4     THE WITNESS:  It's only occurred
5  two or three times all year this year.
6     MR. SHANK:  A one percent daily
7  move?
8     THE WITNESS:  Yes.
9     MR. SHANK:  But over a couple of
10  days, that wouldn't be extreme at all,
11  would it?
12     THE WITNESS:  That's a good
13  point because I would expect over a
14  couple of days that some other portion
15  of our risk profile would trigger and
16  we would adjust.
17  Q     By the first day of February,
18  you wouldn't have any January positions
19  left, correct?
20  A     That's right. That's correct,
21  yes.
22  Q     And at the risk of asking an
23  obvious question, you wouldn't have any
24  December positions left, right?
25  A     Correct.

Page 283

Walczak

2  Q     The first day of February, do
3  you recall having call ratio spreads on for
4  the third week February expiry?
5  A     No.
6  Q     On the first day of February,
7  did you have call ratio spreads on for the
8  end of February expiry?
9  A     Yes.
10  Q     Do you recall on February 1,
11  2017 what the approximate size of those call
12  ratio spreads were?
13  A     No.
14  Q     Does having a total number of
15  short contracts in the ballpark of 50,000
16  sound about right to you?
17  A     I don't know.
18  Q     This is your portfolio?
19  A     Right.
20  Q     That you've run for many, many
21  years?
22  A     True.
23  Q     This is a major -- this February
24  expiry was a major event for your fund,
25  right?

Page 284

Walczak

2  A     Right.
3  Q     This is six, seven, eight months
4  ago now, right?
5  A     Yes.
6  Q     Do you recall the size of the
7  position that you were holding in the
8  February expiries on February 1st?
9  A     I don't and the reason is as
10  a -- positions relative to portfolio against
11  the metrics we monitor were not anywhere
12  near our risk limits. So this was not
13  something that was, you know, first and
14  foremost blinking red lights saying oh, my
15  gosh, you've got too many positions, so as a
16  result, there isn't a number that sticks in
17  my mind.
18  Q     Sitting here in retrospect, in
19  hindsight, was there a lot of risk in your
20  portfolio on February 1st?
21  A     In hindsight, yes.
22  Q     But the risk metrics that you
23  had in place did not capture that risk?
24  A     For the first time in 12 years,
25  that's correct.

Page 285

Walczak

2  Q    Well, they didn't capture it in
3  early December, correct?
4  A    In December, the fund performed
5  as it has throughout its history.
6  Q    Well, were any of the those risk
7  metrics flagged in early December?
8  A    I don't recall whether they were
9  or not.
10 Q    Do you recall any of the risk
11 metrics ever being flagged?
12 A    I know they have been, but,
13 again, I don't recall specifics. You get a
14 signal, you deal with it and move on.
15 Q    So how do you know it works if
16 they've never been flagged?
17 A    They were flagged -- I know they
18 have been flagged.
19 Q    When have they been flagged?
20 A    I think it was July. The summer
21 of 2016 they were flagged.
22 Q    What specifically was flagged?
23 A    I think it was number of
24 positions and it may also have been margin.
25 Q    Do you recall any other instance

Page 286

Walczak

2  prior to March of 2017 when the risk metrics
3  in Exhibit 5 were flagged?
4  A    I don't recall specifically. It
5  wouldn't surprise me if you look at
6  drawdowns on the portfolio, for example, in
7  Q4 of '14 maybe, but I can't specifically
8  say that I remember.
9  Q    But they were definitely not
10 flagged in early February of 2017?
11 A    They were.
12 Q    What risk metric in Exhibit 5
13 was flagged in early February of 2017?
14 A    Open call premium.
15 Q    How specifically was that
16 flagged?
17 A    We went over at the time, I
18 think we had reduced it to six percent and
19 we went, in one day, we went up to a little
20 over seven and that's exactly what triggered
21 us to begin to adjust.
22 Q    Let's take a look at February.
23      MR. WASSERMAN:  Can we mark this
24 as Exhibit 13, please.
25      (Photocopy of trade log, dated

Page 287

Walczak

2  February 2017, was marked Commission
3  Exhibit 13 for identification, as of
4  this date.)
5  Q    Do you recall when exactly in
6  February the fund started to lose money?
7  A    If I had a calendar, I could
8  probably recall it, but I can't off the top
9  of my head.
10 Q    A calendar, like literally a
11 calendar in front of you?
12 A    Right.
13 Q    Do you want to take a moment to
14 pull out a phone or have one of your lawyers
15 pull out a phone and look at a calendar for
16 February 2017?
17 A    So I would have expected it to
18 be Thursday would be my best recollection,.
19 Q    Thursday, what?
20 A    The 9th.
21 Q    To the best of your
22 recollection, Thursday, February 9th was the
23 beginning of a major February drawdown,
24 correct?
25 A    Yes. Again, it could have been

Page 288

Walczak

2  Wednesday, most likely Thursday, so that's
3  my best guess.
4  Q    To be clear, it could have been
5  Wednesday, February 8th, was likely
6  Thursday, February 9th?
7  A    Right.
8  Q    Do you recall how long that
9  drawdown lasted?
10 A    Well, by definition we are still
11 in it.
12 Q    So let me rephrase the question.
13 Do you recall how much the fund lost over
14 the course of the next five trading days?
15 A    Probably about 15 percent I
16 think.
17 Q    I'm sorry?
18 A    About 15 percent is what I
19 remember.
20 Q    I have put a document in front
21 of you Bates stamped Catalyst 1.15. Do you
22 recognize this document?
23 A    It's the February trade log.
24 Q    Specifically it documents all of
25 the trades that the fund entered into in

Page 289

Walczak

1          Walczak
2  February 2017?
3     A     Correct.
4     Q     Do you want to take a moment to
5  look at it?
6     A     Sure.
7     Q     Mr. Walczak, did you enter into
8  any trades for the fund between February 1st
9  and February 8th?
10    A     No.
11    Q     Do you recall whether any of the
12 risk metrics in Exhibit 5 were triggered
13 between February 1st and February 8th?
14    A     I don't believe so.
15    Q     Do you recall on February 1st,
16 on or about February 1st, being aware of the
17 risks associated with the portfolio?
18    A     I recall at that time beginning
19 to focus on the February expiration having
20 just traded through the January end of month
21 expiration.
22    Q     Do you recall being aware of the
23 risks associated with the portfolio on
24 February 1st?
25    A     I certainly recall looking at

Page 290

1          Walczak
2  what the February expiration risk profile
3  looked like in terms of price levels and
4  potential declines.
5     Q     On February 1st, what did the
6  risk profiles of the February expiries look
7  like?
8     A     Again, what I recall is that it
9  looked as though -- see, I struggle with
10 specific levels. I can describe what I was
11 looking at, meaning, my recollection is it
12 looked like about a 20, 25 point S&P move
13 would cause a reasonably large drawdown, so
14 I had that in my mind.
15    Q     What's a 25 point S&P move in
16 percentage terms at that point?
17    A     One percent.
18    Q     And specifically as you
19 understood it on February 1st, how large a
20 drawdown would a one percent move in the S&P
21 cause the portfolio --
22    A     I don't remember the specific
23 number and that's, again, how I think I have
24 testified, the way I look at it is large
25 versus not so large. So this was in the

Page 291

1          Walczak
2  large category, so this merited attention.
3     Q     So let's ballpark it. What's
4  large?
5     A     Five percent of the fund.
6     Q     So on February 1st, you are
7  aware that a one percent up move in the S&P
8  is going to result in about five percent
9  losses for the fund?
10         MR. MOYLE:  Objection.
11    A     I don't recall the exact -- you
12 asked me to define large, so large is five
13 percent. And, again, at that point, I'm
14 likely looking out, again, not recalling the
15 specifics unfortunately, but I'm likely
16 looking out at different time frames between
17 February 1st and expiration. So a one
18 percent move the next day was probably more
19 severe than a one percent move into
20 expiration.
21    Q     But you didn't enter into any
22 trades on February 1st?
23    A     No.
24    Q     You didn't enter into trades on
25 February 2nd?

Page 292

1          Walczak
2     A     No.
3     Q     I'm going to miss what's the
4  weekend here, but you said the 9th was a
5  Thursday?
6     A     Yes.
7     Q     And you didn't enter into any
8  trades on February 3rd?
9     A     No.
10    Q     And you didn't enter into any
11 trades on February 6th?
12    A     No.
13    Q     On February 6th, do you recall
14 having an idea of how much the portfolio
15 would lose if the S&P went up one percent
16 over the following week?
17    A     I don't recall specifics other
18 than it was less than the loss that would
19 have been experienced on February 1st
20 because time had passed and I believe the
21 market was fairly flat.
22    Q     Well, where was the market
23 relative to your short strikes for the third
24 week February expiry?
25    A     I don't remember that exactly.

Page 293

1          Walczak
2     Q      If the market were above your
3 short strikes for the third week February
4 expiry, would what you just said be true?
5     A      Yes.
6     Q      That the potential losses to the
7 portfolio would be less than they were on
8 February 1st?
9     A      If I'm correct that the market
10 was flat during that time, yes.
11    Q      As you get closer to expiry, the
12 options become more sensitive to price
13 movement; do they not?
14    A      Yes.
15    Q      Specifically your S&P options on
16 S&P futures become more sensitive to
17 movements in the underlying asset, correct?
18    A      All options do.
19    Q      But you did not enter into any
20 trades on February 6th?
21    A      No.
22    Q      You did not enter into any
23 trades on February 7th?
24    A      No.
25    Q      And you did not enter into any

Page 294

1          Walczak
2 trades on February 8th?
3     A      No.
4     Q      Why not?
5     A      According to my process, there
6 was no reason to enter trades.
7     Q      What was your process that
8 wasn't giving you any reason to enter
9 trades?
10    A      We are coming into expiration,
11 the positions were slightly closer to the
12 market, but we were still well above our
13 expiration break-even with about a week and
14 a half to go.
15    Q      What does that mean, you were
16 well above your expiration break-even?
17    A      I should say well below. In
18 other words, again, I don't remember the
19 specific market level, but I do remember
20 that where the market was was below the
21 break-even point for the February positions.
22    Q      For the third week February
23 positions?
24    A      Yes.
25    Q      What about for the end of

Page 295

1          Walczak
2 February positions?
3     A      Again, my recollection is that
4 those were further away from the market.
5     Q      Do you recall whether, at any
6 time on February 6th, 7th or 8th, you had an
7 understanding of how the portfolio would
8 perform given a certain degree of upward
9 movement in the S&P?
10    A      I remember looking at the graph,
11 yes.
12    Q      And what did it tell you?
13    A      It told me what I think I just
14 described, is that we were in a good spot
15 going into expiration, that there was risk
16 to the upside, significant, so I was
17 prepared to take action.
18    Q      Specifically what was that risk
19 to the upside?
20    A      It's normal risk in the
21 portfolio. Again, I don't remember dollar
22 amounts.
23    Q      Do you remember being aware of
24 the dollar amount at the time prior to
25 February 9th?

Page 296

1          Walczak
2     A      Honestly I don't remember.
3          MR. WASSERMAN:  Can we mark this
4 as Exhibit 14, please?
5          (Photocopy of spreadsheet was
6 marked  Commission Exhibit 14 for
7 identification, as of this date.)
8     Q      This is a document Bates stamped
9 Catalyst 003 23755. Mr. Walczak, do you
10 recognize this document?
11    A      I don't know that I have seen it
12 before, but I understand what it's telling
13 us.
14    Q      Were you ever given a document
15 like this prior to February 9th of 2017?
16    A      I don't recall that I was given
17 a document that looked like this. I do
18 recall the delta information on here. I
19 don't remember for sure if it was this
20 document.
21    Q      So you recall being given the
22 delta information for the portfolio in the
23 days leading up to February 9th?
24    A      Yes, I remember, as I mentioned
25 before, that certainly beginning the 1st of

Page 297

Walczak

1      Walczak
2  February I recall looking at deltas.
3      Q      And do you recall what exactly
4  the delta was on those first days in
5  February?
6      A      Well, I can see them here, but I
7  also do recall that the deltas were in the
8  mid three's. And as I mentioned, my
9  recollection says that our goal initially
10  was to get it down under three somewhere and
11  that was my goal going into February
12  expiration.
13      Q      Did you succeed in that goal
14  from February 1st to February 8th?
15      A      No. What I mean by the goal, the
16  goal was to come out of February expiration
17  with a delta under three.
18      Q      But isn't the important thing
19  what delta is going into the February
20  expiration?
21      A      I can only repeat that delta is
22  not something used to manage the portfolio
23  even to this day, we use it as a risk
24  trigger.
25      Q      Say that again?

Page 298

1      Walczak
2      A      Delta is not something we use to
3  manage the portfolio even today, after we
4  formally adopted a metric, we use it as a
5  risk trigger, not as a portfolio management
6  tool.
7      Q      But you were aware on February
8  3rd, for example, that the delta of the
9  portfolio was approximately negative three
10  and a third?
11      A      Yes, I recall roughly those
12  numbers.
13      Q      And do you recall that on
14  February 7th, it was approximately negative
15  4.4?
16      A      Yes.
17      Q      And that on February 8th, it was
18  approximately negative 4.7?
19      A      Again, I'm certain I was looking
20  at these numbers, yes.
21      Q      You are certain that you were
22  looking at these numbers on those particular
23  dates in early February?
24      A      That's my general recollection,
25  that I was looking at delta on a daily basis

Page 299

1      Walczak
2  then.
3      Q      But you weren't entering into
4  any trades on these days?
5      A      No.
6      Q      Were these delta numbers a cause
7  of any concern for you?
8      A      As I mentioned, you don't manage
9  the fund to delta. I had no history to
10  determine whether or not these deltas should
11  be a cause of certain.
12      Q      What about the vega numbers,
13  were you aware of the vega numbers reflected
14  on the spreadsheet in the first days of
15  February 2017?
16      A      No.
17      Q      Were you at all paying attention
18  to vega from February 1st to February 8th
19  2017?
20      A      No.
21      MR. SHANK:  What do these vega
22  numbers mean?
23      THE WITNESS:  I don't know. I
24  don't really understand how to
25  translate that into anything.

Page 300

1      Walczak
2      MR. SHANK:  Were you getting
3  these reports daily?
4      THE WITNESS:  I remember getting
5  a delta number. I don't remember
6  specifically this particular report.
7      Q      Do you remember calculating the
8  delta yourself or receiving it from
9  somebody?
10      A      Receiving it.
11      Q      Who do you recall receiving it
12  from?
13      A      I'm going to guess Mike
14  Schoonover.
15      Q      Who is Mike Schoonover?
16      A      He's currently chief operating
17  officer for Catalyst, but at the time he was
18  a portfolio manager who also did analytical
19  support for George Amrhein, I believe.
20      Q      At this point in early -- from
21  February 1st to February 8th, what's the
22  approximate size of the fund in assets under
23  management?
24      A      Under four billion by a little
25  bit maybe. That's a guess.

Page 301

Walczak

1          Walczak
2     Q     Under four billion by a little
3 bit you said?
4     A     That's a guess, yes.
5     Q     How much is "a little bit"?
6     A     How much is my guess tolerance?
7     Q     Is it greater than 3.7 billion?
8     A     Probably.
9     Q     Do you recall what you were
10 looking at from February 1st to February 8th
11 to evaluate risk in the portfolio?
12     A     Yes, I looked at my position
13 size and saw that it was low in the range
14 and well under the limit. I looked at my
15 open call premium, saw the same thing. I
16 looked at my margin, saw the same thing.
17     Q     Did you look at anything else?
18     A     That's what I remember looking
19 at. I mean, as I have testified, I certainly
20 at some point in this period looked at the
21 risk profile for the February expiration.
22     Q     Do you recall anything in that
23 period of February 1st to February 8th
24 giving you cause for concern?
25     A     I was certainly concerned about

Page 302

Walczak

1          Walczak
2 how to manage the February expiration period
3 positions, if the market became -- started
4 to rise.
5     Q     Did the market start to rise?
6     A     It did on the 9th.
7     Q     What happened when it started to
8 rise on the 9th?
9     A     My recollection is I took action
10 as well as the risk metric triggered -- the
11 open call premium I think is what triggered
12 on the 9th.
13     Q     And did that prompt you to take
14 any action?
15     A     Yes.
16     Q     What action did you take?
17     A     The trades that are on the trade
18 log, which, again, constitute some
19 repurchase of short options and reselling of
20 them and I don't remember whether it was the
21 9th or the 10th. And, again, I'm not sure
22 exactly which of those days the risk metric
23 triggered, but we took action on the 9th and
24 then continued on the 10th and on the
25 11th -- the 13th and so on.

Page 303

Walczak

1          Walczak
2     Q     Do you recall at that time
3 having any issues with your execution
4 quality in the pit?
5     A     There was -- quality issues came
6 up, I would -- it's a guess because I'm
7 trying to remember what days of the week and
8 what we were doing, but my best recollection
9 would be on the Monday, the 13th.
10     Q     That execution quality issues
11 came up?
12     A     Yes.
13     Q     Specifically what were those
14 execution quality issues?
15     A     Well, our floor broker reported
16 that he felt like there was some visibility
17 or expectation on the floor that we were
18 going to offset a large number of positions,
19 so he was experiencing poorer than normal
20 fill prices.
21     Q     Did that exacerbate your losses?
22     A     To some degree. I would say it's
23 a fairly minor part of the equation, but
24 certainly if we are -- execution quality is
25 always difficult to measure, but

Page 304

Walczak

1          Walczak
2 subjectively I would say, sure, that was a
3 very tiny contribution.
4     Q     Specifically the amount of
5 position -- the size of the position you had
6 to cover was causing the execution issues?
7     A     Yes, a combination of the size
8 and the expectation on the floor that there
9 was size there.
10     Q     Because people on the floor knew
11 generally what your position was?
12     A     Well, they know who the broker
13 is and when he starts doing size, their
14 expectation even today is there is more
15 coming. Sometimes they are disappointed and
16 in this case they weren't.
17     Q     And specifically in those
18 instances, knowing your size, they could
19 take advantage by forcing you to pay higher
20 prices than you otherwise would if you were
21 doing less size?
22     A     Yes.
23     Q     Mr. Walczak, I'm going to play
24 for you a document that's Bates stamped
25 Catalyst 003 23506 and the title of it as it

Page 305

1          Walczak
2 been as it's been produced to us is National
3 Open House Call, HFX CFH call, February 7,
4 2017, so this falls right in that period
5 that we were discussing earlier between
6 February 1st and February 8th where, if I
7 understand your testimony correctly, you
8 were not entering into any trades, correct?
9     A    Correct.
10        MR. WASSERMAN:  We are starting
11    the call a few seconds before a minute
12    31 for the record.
13     Q    Before we play the call, what
14 are these open house calls?
15     A    So I don't know if this
16 particular one is different and relative to
17 this period of time, it sounds like perhaps
18 not, but I mentioned earlier that I was
19 often called upon by Catalyst salespeople to
20 help explain the mechanics of the strategy
21 on phone calls. And as those phone calls
22 became more frequent, we elected to do a
23 national call for efficiency and consistency
24 of the message that was delivered. I mean,
25 this whole thing is all about transparency

Page 306

1          Walczak
2 and telling people like it is, so that's
3 what we are trying to do here.
4     Q    Who is on the receiving end of
5 these calls by you?
6     A    These would be financial
7 advisers.
8     Q    And is it your understanding
9 that at least some of these financial
10 advisers have discretion over their clients'
11 portfolios?
12     A    Sure, I think so.
13     Q    And the financial advisers can
14 ask questions on the call, correct?
15     A    Yes.
16     Q    And you answer those questions,
17 correct?
18     A    Yes.
19        (Audio file was played.)
20     Q    Mr. Walczak, on February 7th at
21 the time of this call, what were you doing
22 to limit yourself to an eight percent
23 drawdown?
24     A    I think it came across on the
25 call, we were doing the same thing we have

Page 307

1          Walczak
2 always done in the history of the fund, is
3 paying attention to our risk metrics.
4     Q    But which of those risk metrics
5 specifically are designed to limit you to an
6 eight percent drawdown?
7     A    None of the risk metrics in and
8 of themselves are designed to limit the
9 drawdown. It's an aspirational goal using
10 these metrics in concert, which across 11
11 years of market history were successful in
12 limiting to at least close to our eight
13 percent goal.
14     Q    But trying to -- you admit that
15 you represent on this call that you are
16 trying to limit yourself to an eight percent
17 drawdown, correct?
18     A    Yes. Again, it's a goal, not at
19 promise and the audience is sophisticated
20 investors and I had that in mind when I
21 spoke that way on the call.
22        MR. SHANK:  That was you
23    speaking on the phone?
24        THE WITNESS:  Yes, it was.
25     Q    But you are representing that

Page 308

1          Walczak
2 that's your goal?
3     A    Yes.
4     Q    In order to have a goal of
5 limiting yourself to any particular amount
6 of loss, you would have to be looking at a
7 metric that measures potential loss,
8 correct?
9     A    No.
10     Q    Why not?
11     A    Because my experience with
12 processes both in this business and prior,
13 you set a framework to control a process and
14 when you stick to that framework, you either
15 get the results you desire or you don't and
16 then you come back and measure the process.
17 So if I'm filling Coke bottles at a thousand
18 a minute and I want to get an output for a
19 day, I know how I have to adjust the
20 machine, but I have no metric about the goal
21 at the end of the day. I know the process
22 parameters that yield that result over time
23 and that's what we have in place here.
24     Q    But, Mr. Walczak, in order to
25 have a specific goal of limiting yourself to

Page 309

Walczak

1
2 an eight percent drawdown, don't you need to
3 have a way of understanding what would cause
4 an eight percent drawdown?
5     A     And I think I do, that was the
6 original analysis and subsequent experience
7 with the fund. Any number of these things,
8 and especially putting them in concert, can
9 lead to a greater drawdown if they are not
10 adhered to.
11     Q     But what specifically are you
12 doing to measure what a potential drawdown
13 could be?
14     A     What I --
15     Q     Let me say that again. What
16 specifically are you doing to measure the
17 magnitude of what a potential drawdown could
18 be?
19     A     That's in the monthly
20 performance chart.
21     Q     That's backward-looking. What
22 are you specifically doing to measure the
23 magnitude of potential losses going forward?
24     A     I honestly don't consider that
25 to be a prerequisite for something like

Page 310

Walczak

1
2 this.
3     Q     But if you are not measuring the
4 magnitude of potential losses, how are you
5 achieving a goal to have a limit on the
6 magnitude of those losses?
7     A     By putting in place the risk
8 metric. All of these parameters, when
9 adhered to, have delivered over time in real
10 time the desired goal or certainly close to
11 it.
12     Q     But you have acknowledged
13 previously today that none of those metrics
14 in Exhibit 5 measures potential losses of
15 the portfolio?
16     A     That's correct.
17     Q     So how can you achieve a goal of
18 limiting potential losses to the portfolio
19 if you are not even measuring potential
20 losses to the portfolio?
21     A     By adhering to this framework of
22 risk parameters.
23     Q     But you've said that none of
24 those risk parameters measures potential
25 losses.

Page 311

Walczak

1
2     A     I don't understand why that's a
3 prerequisite.
4     Q     Would you agree that in order to
5 try to achieve a limit on potential losses,
6 that you would need to have a tool for
7 measuring potential losses?
8     A     No, I don't. What I would
9 suggest is that you have to have a risk
10 framework in place such that when you adhere
11 to it and measure the results, the results
12 fall into your desired goal.
13     Q     But your measurements were all
14 backward-looking, correct?
15     A     They were -- well, they were the
16 results of adhering in real time to these
17 metrics and they represent not a
18 hypothetical, what could happen if in the
19 worst-case scenario, they represent what did
20 happen across 11 or 12 years of market
21 history by adhering to these metrics in real
22 time. Again, not what if this is or what if
23 that is, not a hypothetical, but a
24 real-world example of whether or not this
25 works.

Page 312

Walczak

1
2     Q     Does what happened in the past
3 predict what's going to happen in the
4 future?
5     A     It's the best forecast basis
6 that I'm aware of.
7     Q     Why is that?
8     A     I can't explain it other than in
9 terms of forecasting the future, I'm not
10 sure there is a technique that's used other
11 than to take data from the past and apply it
12 to what might happen in the future.
13     Q     There is a metric for measuring
14 how your portfolio will respond to a variety
15 of future market conditions, correct?
16     A     Yes.
17     Q     And what is that metric?
18     A     Well, there are a number of
19 metrics. I can look at Option View. I mean,
20 that's what I would use.
21     Q     But none of those metrics were
22 the ones that you were paying attention to
23 in Exhibit 5?
24         MR. MOYLE:   Objection to the
25 form of the question.

Page 313

Walczak

2  A  No --
3  Q  Do any of the metrics that you
4  were using to try to limit yourself to an
5  eight percent drawdown look at the potential
6  performance of your portfolio or the
7  predicted performance of your portfolio
8  given certain movements in the market?
9  A  No.
10  MR. SHANK:  You were working off
11  of a history of about ten years, right?
12  THE WITNESS:  (Indicating.)
13  MR. SHANK:  Is that a yes?
14  THE WITNESS:  Yes, sorry.
15  MR. SHANK:  Is it fair to say
16  that any kind of market condition that
17  didn't occur over the last ten years
18  were not considered in your conclusion
19  that your risk metrics were sufficient?
20  THE WITNESS:  In hindsight,
21  that's -- I can agree with that.
22  MR. SHANK:  You never took any
23  steps to test to see how your risk
24  metrics would perform in other market
25  conditions other than what was actually

Page 314

Walczak

2  occurring over the ten years that you
3  were using it, correct?
4  THE WITNESS:  That's correct.
5  And it gets back to the discussion of
6  the value at risk is how you apply a
7  back-testing of these sorts of metrics
8  to a different environment, the same as
9  how do you calculate a value at risk on
10  this portfolio other than using
11  historical methods, which is the same
12  problem we are in in the discussion.
13  MR. SHANK:  Did you believe that
14  ten years was a sufficient amount of
15  time to draw conclusions that your risk
16  metrics would limit losses to eight
17  percent?
18  THE WITNESS:  Yes, I did.
19  MR. SHANK:  During that ten-year
20  period, how often were you at or near
21  your risk limits?
22  THE WITNESS:  Well, as I said,
23  just from a recency standpoint, I know
24  it occurred in 2016. I know that in
25  2007 that was the source of these

Page 315

Walczak

2  things, that a number of them would
3  have triggered and prevented the large
4  drawdown in 2007. And in between,
5  without going back and studying a chart
6  and a performance record, I can't say.
7  MR. SHANK:  Is it fair to say
8  that most of the time during that
9  ten-year period you were not near your
10  risk limits?
11  THE WITNESS:  Yes, that's fair.
12  MR. SHANK:  So for most of your
13  ten-year history that you were working
14  with, you didn't have positions on to
15  the degree that you were pushing the
16  limits of your risk metrics, correct?
17  THE WITNESS:  I would like to
18  say that a different way because during
19  that ten-year period, it was uncommon
20  for market conditions to drive the
21  portfolio to trigger a risk parameter,
22  that would be a true statement.
23  MR. SHANK:  Can we just talk for
24  one second?
25  MR. WASSERMAN:  Off the record.

Page 316

Walczak

2  (Whereupon, a discussion was
3  held off the record.)
4  Q  Just a couple of additional
5  questions, Mr. Walczak. Are you aware of
6  whether sometime in 2015 investors were told
7  that the fund would be implementing a soft
8  close?
9  A  Yes. I don't remember exact time
10  frame, but somewhere in there. I don't know
11  if it's 2015, but there was a soft close
12  that was talked about at some point.
13  Q  Were you involved in those
14  discussions?
15  A  I didn't do anything -- I was
16  aware that Catalyst wanted to soft close the
17  fund and I was in agreement that it was a
18  good thing to do, but I wasn't involved in
19  the mechanics of communicating or making it
20  happen.
21  Q  In late 2015, you were in
22  agreement that a soft close was a good thing
23  to do?
24  A  Yes.
25  Q  Why did you think it was a good

Page 317

1         Walczak
2 thing to do?
3     Q     We were looking at FCM capacity
4 in terms of collateral and margin and the
5 FCM onboarding process is a fairly long
6 process, so we were concerned that the
7 growth rate of the fund would outstrip our
8 margin capability with our FCM's. So while
9 we weren't critical yet, I thought it was a
10 good idea to test the impact of a soft close
11 on those inputs.
12     Q     Did you have any concerns in
13 late 2015 that implementing the strategy of
14 the fund would be increasingly risky as the
15 assets under management grew?
16     A     I didn't perceive a risk around
17 the size other than execution quality, so we
18 did certainly monitor execution quality as
19 our trade sizes got bigger.
20     Q     Do you know whether a soft close
21 was ever actually implemented?
22     A     My recollection was that there
23 was an attempt to implement it, meaning
24 certain distribution platforms had the
25 capability mechanically to do it, certain

Page 318

1         Walczak
2 did not. So there was a soft close that for
3 some was on the honor system and that didn't
4 work very well. So that's what I remember
5 about the implementation of it.
6     Q     So, to your knowledge, there was
7 never an actual soft close; is that correct?
8     A     No, I believe there was. As I
9 said, some platforms had the ability to do
10 that, some did not. I think, again, I wasn't
11 in the middle of this, but I think it was
12 announced and I think there was an attempt
13 to implement it and then it wasn't possible
14 based on that platform issue to do it
15 uniformly.
16     Q     What do you mean by "platforms"?
17     A     Distribution platforms and this
18 is way out of my expertise, but where
19 advisers can invest client money in the fund
20 or make investments.
21     Q     Vehicles through which clients
22 can invest money in the fund?
23     A     Right. I guess an adviser is
24 going to be -- he's got to do his business
25 on a particular platform.

Page 319

1         Walczak
2     Q     Are you involved at all in
3 Alpha-Centric?
4     A     No.
5         MR. WASSERMAN:  I have no
6     further questions.
7         Jeff, do you have additional
8     questions?
9 EXAMINATION BY
10 MR. SHANK:
11     Q     Mr. Walczak, just curious, do
12 you believe you appropriately managed the
13 fund's risk throughout 2016 and early 2017?
14     A     Yes, I do.
15     Q     Do you believe you took an
16 appropriate amount of risk consistent with
17 the fund's objective and the representation
18 made to investors?
19     A     I do.
20     Q     Is there anything about your
21 trading decisions that with hindsight you
22 believe were not good decisions?
23     A     With hindsight, I recognize that
24 the addition of the new risk metric accounts
25 for conditions we hadn't seen before in

Page 320

1         Walczak
2 terms of doing a better job of managing
3 risk. However, without that hindsight, as I
4 have said, my experience with how we manage
5 risk was appropriate and my responsibility
6 was to stick with what -- manage the fund
7 both from a risk standpoint and a nonrisk
8 standpoint, to manage the fund in the same
9 way that I had consistently done for ten or
10 11 years.
11     Q     Were the market movements from
12 December to February 2016/2017 unprecedented
13 to what you had previously seen?
14     A     Along certain dimensions, yes.
15     Q     How so?
16     A     The absence of mean reversion
17 and the degree of advance in the market.
18     Q     The degree of advance in the
19 market was unprecedented over the last ten
20 years?
21     A     Not unprecedented. Close in
22 terms of rates of advance over certain time
23 periods, they were certainly extremely rare.
24     Q     And as far as volatility mean
25 reverted, was it your experience that

Page 321

1          Walczak
2 volatility typically mean reverted over a
3 period of weeks or even a month or two?
4     A    Well, actually what I meant was
5 price mean reversion and that goes to the
6 absence of any material pull-backs in the
7 market.
8          MR. WASSERMAN:  You mean the
9     price of the S&P?
10         THE WITNESS:  Yes.
11    Q    Can you provide us with any
12 specifics as to how the market movements in
13 early 2017 were unprecedented in your
14 experience?
15    A    I don't have that data in front
16 of me, but I think I can come up with some
17 stats. We have got some things put together.
18    Q    Did you previously look at that?
19 Did you previously analyze whether any of
20 the things that happened were unprecedented
21 in your experience?
22    A    I'm still not sure I understand.
23    Q    I'm trying to get a sense, when
24 you say things are close to unprecedented,
25 whether you are just going of off your

Page 322

1          Walczak
2 feeling or hunch or whether that's something
3 you actually analyzed?
4     A    No, we have some analytical data
5 on that, yes.
6     Q    Who has that?
7     A    I mean, Kimberly and our analyst
8 put it together. I think we actually may
9 even have given it to Catalyst.
10         MR. SHANK:  Obviously we would
11    like to make a request for production.
12         MR. MOYLE:  It has already been
13    produced.
14         MR. SHANK:  Maybe you can get a
15    Bates number.
16         MR. MOYLE:  Now you are asking
17    for a lot. We will talk.
18         MR. SHANK:  Is there anything
19    else you would like to add --
20         MR. WASSERMAN:  Can I ask?
21         MR. SHANK:  Sure.
22 FURTHER EXAMINATION
23 BY MR. WASSERMAN:
24    Q    In light of your answer, in the
25 period of February 1st to February 8th, are

Page 323

1          Walczak
2 you expecting mean reversion in the market?
3     A    Yes. As I mentioned, I think we
4 had one of the exhibits, the email
5 demonstrates the type of thing -- that was
6 an unsolicited email from Kimberly about the
7 type of thing we look at a daily basis, she
8 pointed out a few things. So the market
9 during that period of time was essentially
10 flat. Our expectation was flat to lower
11 based on things like she commented on. So
12 that was the expectation we were operating
13 under.
14         MR. SHANK:  But a flat market is
15    generally not unprecedented, right?
16         THE WITNESS:  Right. You are
17    correct, we did not anticipate the
18    unprecedented.
19    Q    In the days prior to February
20 9th, were you and Kimberly using historical
21 data to try to make an assessment of the
22 probability of how the market would move
23 over the next few days?
24    A    That's generally what we do. So
25 we were certainly looking at things like the

Page 324

1          Walczak
2 ones she described and others.
3         MR. WASSERMAN:  Can we mark this
4    as Exhibit 15?
5         (Photocopy of email, dated
6    January 13, 2017, was marked Commission
7    Exhibit 16 for identification, as of
8    this date.)
9     Q    This is a document Bates stamped
10 Catalyst 003 00222. Mr. Walczak, can you
11 take a moment and review the document?
12         MR. WASSERMAN:  While he is
13    reviewing it, for the record, the
14    document reflects an email dated
15    January 13, 2017 from Mr. Walczak to
16    Kimberly Rios with the subject line
17    "Market Tells."
18    A    Okay.
19    Q    Mr. Walczak, do you recall
20 sending this email to Kimberly?
21    A    I don't recall it specifically,
22 but certainly I did.
23    Q    What's VXO?
24    A    VXO is the implied volatility
25 calculation for the S&P 100 as opposed to

Page 325

Walczak

1        Walczak
2 the S&P 500. It's also the predecessor to
3 the VIX. So when historical numbers are
4 looked at, prior to the VIX being
5 calculated, you look at the VXO. There is a
6 calculation change. Anyway, that's what it
7 is currently today.
8     Q    The email states, "Thursday
9 marked the 42nd consecutive session VXO
10 closed under the 15 level. That's only
11 occurred on a dozen other occasions since
12 1990. The S&P was twice as likely to fall by
13 the time the VXO rose back above the 15
14 level." And Kimberly indicates that of the
15 12, four were up and eight were down.
16    A    Well, if I can just interrupt so
17 you understand this email, this is a cut and
18 paste done by me from one of our research
19 providers.
20    Q    Do you recall which research
21 provider?
22    A    Market Tells. So this is not
23 either Kimberly or I making these
24 statements.
25    Q    Is this the type of information

Page 326

Walczak

1        Walczak
2 that, as you testified a few minutes ago,
3 you were looking at to try to determine the
4 probability of the market moving up or down
5 over the following couple of days?
6     A    Yes.
7     Q    What was this paragraph telling
8 you?
9     A    Well, the paragraph -- the first
10 paragraph was not especially relevant to the
11 near future because the first paragraph
12 refers to a study on a much longer time
13 horizon. However, it still casts a somewhat
14 negative outlook going forward even on that
15 longer time frame. The second paragraph
16 refers to January options expiration week,
17 so that was the really valuable piece of
18 this.
19    Q    And in that particular
20 paragraph, you say, "Next week is options
21 expiration week and it's interesting to note
22 that since 2000, January Op Ex weeks have
23 had a decidedly negative tone." Would that
24 be a signal to you that in the week before
25 the January expiry, the market was likely to

Page 327

Walczak

1        Walczak
2 go down?
3     A    Yes. Again, for clarity, none of
4 this is my words, it's cut and paste from
5 our research provider.
6     Q    And these are the type of data
7 points that you were looking at in the first
8 week of February to draw a conclusion as to
9 the probability of the market going up or
10 down?
11    A    This is an example, as I
12 mentioned in a previous part of the
13 testimony, this is an example of what I'm
14 calling price patterns. We use other
15 research providers for sentiment data and
16 then some very mechanical technical measures
17 like the Bollinger Bands and RSI.
18    Q    And were those types of metrics
19 influencing your decision to trade or not to
20 trade in early February?
21    A    Yes, I take these into account
22 when I do make trading decisions.
23        MR. WASSERMAN:  I have no
24 further questions.
25    Q    Is there anything you would like

Page 328

Walczak

1        Walczak
2 to clarify for the record?
3     A    No.
4        MR. WASSERMAN:  The guys on the
5 phone, do you guys have something you
6 need to add.
7        MR. BENSON:  My name is David
8 Benson, I'm an attorney in the
9 enforcement division.  We don't have
10 anything to offer, to add, but I just
11 want to read Mr. Walczak our standard
12 conclusion paragraph.
13        THE WITNESS: Sure.
14        MR. BENSON:  I can do that now
15 or I can wait.
16        MR. WASSERMAN:  No, please go
17 ahead.
18        MR. BENSON:  So, Mr. Walczak, we
19 have no further questions for you at
20 this time. We may, however, call you
21 again in connection with this
22 investigation. Should this be
23 necessary, we will contact your
24 counsel.
25        Before we close the record, from

Page 329

```
 1          Walczak
 2    our perspective, do you wish to clarify
 3    anything or add anything to the
 4    statements that you have made today,
 5    Mr. Walczak?
 6          THE WITNESS:  No.
 7          MR. BENSON:  Thank you very
 8    much.
 9          Counsel, do you wish to ask any
10    clarifying questions of your client,
11    Mr. Walczak?
12          MR. MOYLE:  Not at this time,
13    thank you.
14          MR. WASSERMAN:  Mr. Walczak, as
15    a final note, we would request that you
16    not discuss the contents of our
17    conversation here today with anybody
18    else. Our investigations are
19    confidential and so we make that
20    request.
21          MR. MOYLE:  Outside of counsel.
22          MR. WASSERMAN:  Outside of
23    counsel, thank you. We can go off the
24    record.
25          (Whereupon, a discussion was
```

Page 330

```
 1    held off the record.)
 2          MR. WASSERMAN:  Just a brief
 3    administrative note for the record.
 4    The February 7th open house call that
 5    we played, Bates stamped Catalyst 003
 6    23506, we will mark as Exhibit 16.
 7          (Photocopy of CD containing an
 8    audio file was marked Commission
 9    Exhibit 16 for identification, as of
10    this date.)
11          MR. WASSERMAN:  We can close the
12    record.
13          (Time noted:  5:45 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 331

```
 1
 2          A C K N O W L E D G E M E N T
 3
 4    UNITED STATES OF AMERICA)
              ss:
 5    COMMODITY FUTURES TRADING COMMISSION)
 6
 7          I, EDWARD WALCZAK, hereby
 8    certify that I have read the transcript
 9    of my testimony taken under oath in my
10    deposition of October 27, 2017; that
11    the transcript is a true, complete and
12    correct record of what was asked,
13    answered and said during this
14    deposition, and that the answers on the
15    record as given by me are true and
16    correct.
17          _____
18                EDWARD WALCZAK
19
20
      Subscribed and sworn to
21    before me this _____ day
      of _____, 2017.
22
      _____
23    NOTARY PUBLIC
24
25
```

Page 332

```
 1
 2
 3
 4          I N D E X
 5    WITNESS        EXAMINATION BY      PAGE
 6    E. WALCZAK        Mr. Wasserman       3
                                          322
 7
 8          Mr. Shank        319
 9
10        E X H I B I T S
11    COMMISSION'S EXHIBITS
      FOR IDENTIFICATION              PAGE
12
13    1     Statement to persons        4
14    2     Supplemental information
            for persons                4
15  3     Supplemental information
            for entities               4
16
17    4     Copy of risk guidelines
            December 2014       106
18  5     Copy of risk guidelines
            dated April 1, 2016    137
19
20    6     Copy of slide deck       183
21    7     Copy of email chain
            dated 1/2/17       202
22  8     Copy of trade log
            dated December 2016     230
23
24    9     Copy of email chain
            dated 12/9/16     239
25 10     Copy of email chain     265
```

Page 333

```
 1
 2
 3           E X H I B I T S
 4  COMMISSION'S EXHIBITS
    FOR IDENTIFICATION              PAGE
 5
 6  11    Copy of email chain
          dated 12/9/16          270
 7
    12    Copy of email chain     274
 8
    13    Copy of trade log
 9        dated February 2017     286
10  14    Copy of spreadsheet     296
11  15    Copy of email
          dated 1/13/17          324
12
    16    CD containing an audio file   330
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 335

```
 1
 2          E R R A T A   S H E E T
 3  DEPOSITION OF: EDWARD WALCZAK
    RE: CATALYST CAPITAL ADVISERS
 4  DATE TAKEN: October 30, 2017
 5  PAGE   LINE #    CORRECTION    REASON
 6  _____  _____  _____  _____
 7  _____  _____  _____  _____
 8  _____  _____  _____  _____
 9  _____  _____  _____  _____
10  _____  _____  _____  _____
11  _____  _____  _____  _____
12  _____  _____  _____  _____
13  _____  _____  _____  _____
14  _____  _____  _____  _____
15  _____  _____  _____  _____
16  _____  _____  _____  _____
17  _____  _____  _____  _____
18  _____  _____  _____  _____
19  _____  _____  _____  _____
20  _____
              EDWARD WALCZAK
21
    Subscribed and sworn to
22  before me this _____ day
    of _____, 2017.
23
24  _____
              NOTARY PUBLIC
25
```

Page 334

```
 1
 2           C E R T I F I C A T E
 3  STATE OF NEW YORK)
               ss:
 4  COUNTY OF SUFFOLK)
 5        I, CATHERINE J. BERKERY, a
 6  Shorthand Reporter and Notary Public in
 7  and for the State of New York, do hereby
 8  certify:
 9        That the testimony of EDWARD
10  WALCZAK was held before me at the
11  aforesaid time and place. That said
12  witness was duly sworn before the
13  commencement of the testimony and that the
14  testimony was taken stenographically by me
15  and is a true and accurate transcription
16  of my stenographic notes.
17        I further certify that I am not
18  related to any of the parties to the
19  action by blood or marriage and that I am
20  in no way interested in the outcome of
21  this matter.
22        IN WITNESS WHEREOF, I have hereunto
23  set my hand this 3rd day of November 2017.
24  _____
              Catherine J. Berkery
25
```

# Transcript Word Index

**[& - 2303]**

### &

**&**
   2:16 6:25 7:5

### 0

**00168**
   239:10
**001923**
   203:5
**00222**
   324:10
**00237**
   274:25
**003**
   107:7 137:23 183:2 203:5
   239:10 265:15 270:11
   274:25 296:9 304:25
   324:10 330:6
**02301**
   183:2
**03055**
   107:7
**07**
   29:22 117:10 128:19 196:8
   212:7
**08**
   214:9

### 1

**1**
   4:4,6 114:18 137:19 147:21
   147:23 283:10 332:12,18
**1,500**
   233:10,14
**1.13**
   230:7
**1.15.**
   288:21
**1/13/17**
   333:11
**1/2/17**
   332:21
**10**
   265:10,12 332:25
**100**
   120:22 324:25
**10007**
   2:5
**10022**
   2:18
**106**
   332:17
**10th**
   302:21,24
**11**
   57:25 99:23 183:21 184:24
   199:10 211:19 265:19

**11 (cont.)**
   270:10,15 307:10 311:20
   320:10 333:6
**11th**
   302:25
**12**
   26:9 82:22 274:20,22
   284:24 311:20 325:15
   333:7
**12/9/16**
   332:24 333:6
**12:57**
   239:19
**120**
   58:18 80:9 83:24 101:25
**13**
   58:18,21 62:2,5 80:7,12
   82:22 238:8 286:24 287:3
   324:6,15 333:8
**137**
   332:18
**13th**
   302:25 303:9
**14**
   286:7 296:4,6 333:10
**140**
   1:9 2:4
**141**
   2:22
**1450**
   2:10
**15**
   42:13 83:2 272:15,16
   288:15,18 324:4 325:10,13
   333:11
**16**
   83:2 324:7 330:7,10 333:12
**16118**
   270:11
**1661**
   4:16
**1662**
   4:10
**17**
   30:20 34:2 43:23
**17309**
   265:15
**175**
   2:10
**18**
   30:20 34:2 36:12,13 272:16
**183**
   332:19
**19**
   11:12

**1977**
   8:12
**1983**
   8:14
**1985**
   11:13 13:16
**1990**
   325:12
**1995**
   13:16
**1999**
   11:12 243:18
**19th**
   2:5
**1st**
   21:16 194:16 274:7,17
   278:23 279:12 284:8,20
   289:8,13,15,16,24 290:5,19
   291:6,17,22 292:19 293:8
   296:25 297:14 299:18
   300:21 301:10,23 305:6
   322:25

### 2

**2**
   4:14,19 37:14 62:16 202:25
   203:24 332:13
**20**
   37:6,12,18 40:5 166:23
   214:8,12,17 241:4,5,9
   242:14 290:12
**200**
   48:17,20 49:10,18,25
**2000**
   11:18 17:21 326:22
**2005**
   18:8,25 19:5 20:8
**2006**
   21:11,14 22:9 67:23
**2007**
   21:17 27:21 29:15 30:5,6
   30:10 33:9,19,22 36:25
   37:22 43:8 45:17 46:4
   50:20,24 52:18,21 60:10
   65:3,6 66:16 67:11,15,24
   71:6 73:6,24 74:3 103:3,6
   121:3 131:4,22 155:23
   156:2 201:21 314:25 315:4
**2008**
   25:23 66:21 67:7,20
**2012**
   69:25 70:2 243:13
**2013**
   66:22 67:4 68:5 73:7,25
   76:16,18,23 103:24
**2014**
   76:25 77:6 78:12 81:20

**2014 (cont.)**
   107:2,13 130:12,25 135:2
   332:17
**2015**
   78:15 81:21 130:12,25
   135:2 316:6,11,21 317:13
**2016**
   82:3,8,9,13,17 83:9,14 84:5
   84:11 86:8,12,21 89:11,13
   130:12 131:2 135:3 136:17
   136:21,23 137:19 138:14
   139:13 140:4 146:6 150:25
   151:16 163:11 164:12,19
   164:23 165:19,24 167:19
   170:7 171:12 172:12,13,17
   174:3,4 175:8,19 177:22
   178:10 187:21 194:11,23
   201:9 223:12,16 224:24
   225:18,24 226:4,12 227:18
   228:3,17 230:10,20 234:16
   237:5 239:5,19 256:2,22
   259:12 262:25 263:18
   265:19 270:14,21 273:3
   285:21 314:24 319:13
   332:18,22
**2016/2017**
   320:12
**2017**
   1:12 25:21,23 26:5,6,8,16
   30:13 138:12 178:24
   179:25 202:25 203:25
   275:2 283:11 286:2,10,13
   287:2,16 289:2 296:15
   299:15,19 305:4 319:13
   321:13 324:6,15 331:10,21
   333:9 334:23 335:4,22
**202**
   332:21
**22**
   17:16
**2200**
   94:8 122:22
**2210**
   234:19 235:7,8
**2220**
   234:22 235:9
**2250**
   91:20 94:6,8 235:25
**2255**
   231:7
**230**
   332:22
**2300**
   91:21 94:6,9 122:23
**2303**
   212:17

**[2325 - accumulate]**

**2325**
91:21
**2350**
122:23
**23506**
304:25 330:7
**23755**
296:9
**239**
332:24
**24**
111:14,17 198:13
**240,000**
195:2,11,19,24 197:8,13
198:18,19
**25**
45:13 91:13,14,18 95:7
97:9,13 186:14 290:12,15
**250**
47:16
**252**
47:15
**256**
47:16
**265**
332:25
**26th**
275:2,17
**27**
1:12 331:10
**270**
333:6
**274**
333:7
**2750**
89:14,15
**27th**
275:2,13
**28**
2:18
**286**
333:9
**296**
333:10
**2nd**
291:25

**3**

**3**
4:15,23 332:6,15
**3,000**
124:16 233:14 234:4
**3.7**
301:7
**3:35**
275:17

**30**
26:11 35:13 36:18 55:21
56:4,8,16 57:8 80:10 335:4
**300**
124:15 238:8
**31**
305:12
**319**
332:8
**322**
332:6
**324**
333:11
**330**
333:12
**3rd**
292:8 298:8 334:23

**4**

**4**
106:24 107:3 116:16
123:12 133:14 134:16
332:12,14,15,16
**4,000**
195:8,10
**4.4**
298:15
**4.7**
298:18
**40**
68:19 70:13 73:18 74:5
**40,000**
121:17
**400**
50:2
**4048**
2:23
**42nd**
325:9

**5**

**5**
28:23 62:16 113:7,7 114:2
114:3,6,20 116:7,12,13
137:17,20 164:10 168:14
168:17 170:23,24 174:18
189:8 191:12,17 193:21
194:16 206:3,4,11 221:18
222:6 229:22 234:16 286:3
286:12 289:12 310:14
312:23 332:18
**5:45**
330:14
**50**
21:8 73:17 91:11,15,16,17
91:19 96:21 97:14,21,22
186:13

**50,000**
283:15
**500**
20:9 40:16 49:12 50:11
55:21 108:5 212:23 217:2,4
217:12 232:8,17,24 233:6
278:3 280:9 281:18 325:2
**52514**
137:23
**5th**
234:15

**6**

**6**
28:23 183:4,6 212:14 220:5
332:19
**60**
57:10,25 194:17 195:10
196:5
**60604**
2:11,23
**6th**
234:15 292:11,13 293:20
295:6

**7**

**7**
67:5 202:23 203:2 211:7
305:3 332:20
**75**
91:22,25 95:6
**7th**
229:10,16,24 230:23
293:23 295:6 298:14
306:20 330:5

**8**

**8**
119:24 120:22 230:8,11
332:22
**80**
108:24 109:9,10 110:7,11
111:18,21
**80's**
15:12
**875**
2:17
**8th**
230:23 288:5 289:9,13
294:2 295:6 297:14 298:17
299:18 300:21 301:10,23
305:6 322:25

**9**

**9**
116:7,11 239:3,5,6,18
270:14,21 332:23

**9,000,000**
115:25
**9:30**
1:12
**90**
57:11 58:2 81:12 83:24
101:24 224:14
**90s**
15:15 16:5
**90's**
15:16 17:20
**95**
35:22
**99**
194:2
**9th**
231:2,5,11 244:23 245:4,15
246:25 270:25 271:10
272:4 287:20,22 288:6
292:4 295:25 296:15,23
302:6,8,12,21,23 323:20

**a**

**a.m.**
1:12
**ability**
154:7 318:9
**able**
17:25 19:21 44:3 45:7 48:9
84:19 98:2,3 219:15
**absence**
320:16 321:6
**absolute**
152:7 155:11
**absolutely**
84:21 216:17
**academic**
22:22
**accelerate**
156:21
**acceptable**
279:12,18
**access**
135:6
**accomplished**
233:25
**account**
13:12 15:18 16:3 30:22
31:10,22 52:24 90:15 166:6
327:21
**accounting**
41:20 162:2,12
**accounts**
319:24
**accumulate**
147:8 257:2

**[accurate - anger]**

**accurate**
81:9 90:22 109:11 162:4
185:7 334:15
**accurately**
75:24 76:4,10
**achievable**
205:3
**achieve**
64:9 202:21 310:17 311:5
**achieved**
18:4
**achieving**
310:5
**acknowledge**
217:16 219:2
**acknowledged**
310:12
**act**
5:9 34:15 68:19 70:13 74:5
251:25
**action**
90:13 110:14,22 111:2,7,15
129:13 132:6,9,22 148:21
156:5 169:17,20 170:21
174:12,15 186:21 190:14
191:14,14,21 193:21 198:2
198:9,9,12 199:5,9 205:11
205:15,16 206:9 207:10
210:3 217:23 221:24
226:17 252:4 253:2 295:17
302:9,14,16,23 334:19
**actions**
130:9 190:10 248:13
249:25
**active**
15:18,20 17:22
**activity**
15:17,25 269:21 281:20
**acts**
185:24 190:24
**actual**
14:12 36:21 57:15 91:12
93:17 96:14 97:10 166:24
318:7
**acuity**
12:5,18 13:5
**add**
64:15 322:19 328:6,10
329:3
**added**
29:24 103:4 108:11
**adding**
61:3 254:14
**addition**
156:10 276:3 319:24

**additional**
52:14 236:10,14 237:10
254:22 316:4 319:7
**address**
150:12 210:22 265:21
**adequate**
275:21 277:3
**adhere**
311:10
**adhered**
309:10 310:9
**adhering**
310:21 311:16,21
**adjust**
90:15 141:15 173:12
282:16 286:21 308:19
**adjusted**
159:12 160:10,15,19 278:2
**adjusting**
95:10
**adjustment**
97:4 117:14,15 149:17,19
178:14 257:17,19 264:3
**adjustments**
29:25 30:24 92:22 117:22
127:20 152:20 173:18
244:12,14 257:21,22 269:5
**administration**
8:8
**administrative**
7:9 330:4
**admit**
307:14
**adopted**
298:4
**advance**
62:21 83:21 89:2,15 123:4
163:25 242:3 320:17,18,22
**advances**
63:10
**advancing**
245:21
**advantage**
24:20 53:11 79:18 94:3
304:19
**advantages**
58:23
**adverse**
39:12
**adviser**
200:14,18 318:23
**advisers**
200:6,22 201:8,10,17 202:8
219:19,24 306:7,10,13
318:19 335:3

**adviser's**
200:10
**advisors**
1:5 5:6 68:7,17
**affect**
154:12
**aforesaid**
334:11
**afternoon**
134:12
**aftershocks**
34:5
**aggregate**
56:11,15 57:9 113:17 233:5
259:24
**aggregated**
161:16
**aggregates**
161:8
**aggregating**
165:8 261:12
**aggregator**
161:7 165:3
**aggressive**
244:13,13
**ago**
9:2 30:13 77:2 83:2 198:22
284:4 326:2
**agree**
148:18 212:23 275:23,25
276:5,6,8 277:5,7,12,15,18
277:24 311:4 313:21
**agreed**
71:2 125:12 267:19 268:20
268:25 269:7,18,20,24
276:13,17 277:7
**agreement**
267:23,25 268:7,11,14,23
279:7 316:17,22
**ahead**
41:15 71:2 72:7 176:16
328:17
**alert**
130:8 132:6,21
**alerting**
240:15
**alerts**
132:9
**allow**
101:14 109:8 117:23
150:18 154:4 199:7
**allows**
58:15 64:9 89:21 184:13
**aloisi**
2:7 3:4 176:8 179:23
193:23 222:16,22 260:18

**alpha**
160:23 161:3,5,10,12,21
162:14,16,18 163:7,8,13,19
164:2,4,10,14,16,21 165:2
165:14 319:3
**alternate**
17:17
**alternative**
248:13
**alternatives**
150:2 228:25 267:2,6,9
268:10 269:15
**america**
1:2 331:4
**amount**
44:9 62:23 110:6 129:17
199:17 250:10,17 253:21
254:3 258:23 259:8 260:23
295:24 304:4 308:5 314:14
319:16
**amounts**
295:22
**amrhein**
68:12 104:14 139:9 248:22
300:19
**analogous**
126:11
**analyses**
98:13
**analysis**
32:25 33:8 41:3 55:4,7
65:11,21 88:23,24 89:19
99:9 132:20 172:9,12,15,16
245:19 309:6
**analyst**
322:7
**analysts**
89:6
**analytic**
101:12
**analytical**
300:18 322:4
**analytics**
51:4 71:22 73:22 83:23
86:24 89:3 93:11 94:5 95:4
96:9,12 131:9 140:21
**analyze**
321:19
**analyzed**
322:3
**analyzing**
92:14 98:15,21
**ancillary**
106:22
**anger**
250:16

**[announced - backdrop]**

**announced**
318:12
**annually**
47:22 49:3
**answer**
5:16,18,18 6:3 29:9 72:7
76:13 77:4 78:8 83:11
87:15 108:7,17 110:16
123:8 133:21 156:6 167:25
168:22 171:24 174:7,22
175:23 176:17 181:13
193:5,7,8 200:9 207:24
213:7 238:10,11,20 261:25
306:16 322:24
**answered**
159:2 192:23 193:2 331:13
**answering**
144:6 176:15 210:24
**answers**
70:11 152:11 331:14
**antecedent**
136:6
**anticipate**
132:18 323:17
**anybody**
184:14 329:17
**anyway**
325:6
**apart**
186:14
**apologize**
11:20 45:7 60:7
**appear**
231:2,3,15 232:3 234:17
235:22 275:21 277:2
**appeared**
233:11
**appears**
203:9 231:5,19
**apples**
45:14,15
**applied**
40:17 41:11
**applies**
5:23
**apply**
41:8 268:19 312:11 314:6
**appoint**
103:9,20
**appointed**
105:9
**approach**
95:2 228:9 254:6
**approached**
92:13

**approaches**
62:15
**approaching**
221:12,19
**appropriate**
108:20 151:25 191:14
199:8 217:4,13 267:3 279:6
319:16 320:5
**appropriately**
319:12
**approximate**
11:15 37:11 55:20 99:25
283:11 300:22
**approximately**
17:6 18:24 67:7,8,12 81:11
84:11 118:18 229:11
252:13,14 298:9,14,18
**approximation**
35:18 89:16 90:3
**april**
137:19 194:16 332:18
**arbitrary**
117:18
**area**
228:12
**argue**
207:21
**articulating**
56:5
**arts**
8:6
**asian**
30:8,15
**aside**
47:2 52:23 93:2 106:10
135:2
**asked**
44:3 101:11 103:12 104:17
104:18 192:22 199:13
291:12 331:12
**asking**
76:8,9 82:25 84:9 85:14,21
171:12 177:14 191:7
192:25 193:4 207:11 208:4
210:24 217:25 218:8,16
276:6 282:22 322:16
**aspect**
54:11,12
**aspects**
54:9
**aspirational**
307:9
**assess**
135:7,8 164:11 245:23
246:4

**assessing**
148:8 164:13
**assessment**
323:21
**asset**
161:18 215:22 293:17
**assets**
18:23 19:3,9 21:3 30:22
37:3 65:7 66:17,24 68:19
110:8,12 114:23 115:20
117:6 121:4 146:11,15,19
194:18 209:3,12 300:22
317:15
**assistant**
203:21
**associate**
139:25
**associated**
102:25 289:17,23
**assume**
89:14
**assuming**
118:2
**assumptions**
57:14 261:8
**assured**
74:13
**atlanta**
11:19
**attached**
243:14
**attempt**
144:14 168:17 169:3
195:23 199:16 317:23
318:12
**attempted**
199:14
**attempting**
160:4,7 168:24 213:8
**attempts**
166:16,20
**attended**
97:12
**attention**
19:22 29:17,19 133:11
177:10 183:20 184:23
186:23 227:17,19 228:16
256:25 265:22 291:2
299:17 307:3 312:22
**attorney**
328:8
**attorneys**
2:17
**attributes**
30:2 120:15 132:19

**assessing**
**audience**
183:23 307:19
**audio**
306:19 330:9 333:12
**aum**
108:23 111:22 112:5 114:8
118:13,17 121:6,17 201:12
209:6
**authority**
200:24
**automate**
98:2 165:2
**automatic**
48:8
**automatically**
58:20 276:8
**available**
97:18 150:2 163:17,18,23
163:24,25 184:17 255:21
**avenue**
2:17
**average**
49:8,17,24 50:7,9,14
176:20 241:4,6,10,24,25
242:15
**averaged**
272:15
**avoid**
169:17 238:10
**aware**
169:23 170:10 171:13,18
172:2 184:16 225:24 226:4
226:8 271:2,11,16,17,19
272:3 289:16,22 291:7
295:23 298:7 299:13 312:6
316:5,16

**b**

**bachelor's**
8:5
**back**
16:5 18:13 25:4 27:18 33:8
43:7 45:20,24 49:9 50:13
55:24 64:15 70:10 78:8
83:12 87:12 97:5,12,17,23
97:25 98:3,6,23 100:9
101:15,19,20 102:2 103:16
110:17 117:8,9 140:20
158:3 166:18 169:8 181:12
189:10 203:9 212:13
220:21 222:8 233:13,22
234:14 239:11,14 258:14
280:12 308:16 314:5,7
315:5 325:13
**backdrop**
144:6

[background - business]

**background**
8:3 69:6 106:8
**backs**
9:22 321:6
**backward**
309:21 311:14
**backwards**
102:19 126:18
**bad**
41:10 77:4,13 189:22,25
**balance**
235:3
**balancing**
252:24
**ballpark**
283:15 291:3
**band**
240:24,25 241:2,2,8 242:6
**bands**
241:17 243:18,21 246:13
327:17
**bank**
144:19
**banks**
89:12
**bank's**
90:7
**barely**
156:14,18
**base**
29:24 70:9
**based**
16:17,20 26:18 35:9 36:6
36:23 40:11 47:13 55:23
61:19 95:4 96:25 97:2,23
117:25 131:8,8 143:4
148:22 167:12 169:9 177:8
196:7,21,23 199:2 243:7
255:17 275:22 276:9 277:3
278:2 318:14 323:11
**basically**
12:13,23 13:11,21 16:10
71:10 74:24 103:11 161:7
214:9 232:11
**basics**
21:25
**basis**
14:10 15:23 47:8 65:17
88:23 97:13 175:11 191:10
210:15 213:12 220:17
222:25 223:3,3 227:5
241:22 242:11,17 251:25
257:17 298:25 312:5 323:7
**basketball**
20:17

**bates**
107:6 137:22 182:25 203:5
230:6 239:9 265:14 270:11
274:24 288:21 296:8
304:24 322:15 324:9 330:6
**bb**
240:23 242:11
**began**
27:22 274:4,18
**beginning**
17:20 228:3 253:6 254:2
273:24 287:23 289:18
296:25
**behave**
20:23 22:19 24:13 35:19
40:11 58:6 88:18 102:12
**behaved**
22:21 24:12,13
**behaves**
25:11 27:7,16 87:22 141:9
**behavior**
120:16,16 133:9 240:18
242:22 243:7
**belief**
117:18
**believe**
23:12 42:15 56:13 68:14
85:13 105:14 125:18
141:21 164:20 183:14
210:4 225:21 229:9 289:14
292:20 300:19 314:13
318:8 319:12,15,22
**believes**
36:22
**bell**
48:2
**benchmark**
217:4
**benefit**
25:10 245:17
**benson**
2:13 3:13 328:7,8,14,18
329:7
**berkery**
6:9 334:5,24
**best**
15:16 34:6,18 69:23 86:19
89:15 137:12 223:8,9 225:9
225:11 236:24 243:16
287:18,21 288:3 303:8
312:5
**beta**
165:12
**better**
25:22 38:23 58:13 60:5
70:12,14 97:21 129:11

**better (cont.)**
278:4,9 320:2
**beyond**
204:15 226:25
**bias**
17:3 144:13 145:18 281:21
**biases**
16:18
**big**
29:20 38:13 65:15,16 74:2
196:13 271:23 272:9,12
**bigger**
317:19
**billion**
194:22 195:7 300:24 301:2
301:7
**bit**
15:2 17:9 18:9 22:5 62:12
70:20 88:14 176:20 200:12
238:24 242:23 300:25
301:3,5
**black**
17:13 23:6,8,10 55:23
**blend**
85:18
**blinking**
284:14
**block**
59:25
**blocks**
203:10
**blood**
334:19
**blotters**
165:5
**blue**
68:24
**bollinger**
240:24,25 241:2,8,17 242:6
243:18,21 246:13 327:17
**bolts**
60:17
**book**
46:23 48:4
**books**
22:17
**bottles**
308:17
**bottom**
265:23
**bought**
31:12 232:16
**boulevard**
2:10,22
**box**
94:10

**boy**
11:20
**brach's**
9:5 10:11,13 11:7,17,24
13:17,22
**brandon**
203:17
**brands**
12:5
**breached**
129:3
**breadth**
246:19
**break**
74:17 90:2 134:14 220:3
270:5 273:20 294:13,16,21
**bridge**
197:23
**brief**
330:3
**briefly**
63:24
**bring**
201:2
**broadway**
1:9 2:4
**broke**
39:13
**broker**
239:22 240:4 303:15
304:12
**broker's**
82:19
**brothers**
19:23
**brought**
11:10 68:6
**bubble**
243:10
**building**
59:25
**built**
55:13,25 57:14 77:23,25
80:11
**bullet**
186:25 188:15
**bullets**
189:15
**burn**
155:22
**business**
8:8,20,21,22 10:15 12:23
13:2,3 14:13 16:14 17:8
68:13 70:17 105:15,15,23
267:17 308:12 318:24

**[butterflied - change]**

**butterflied**
256:4,11,15
**butterflies**
256:7
**butterfly**
225:19 254:23 255:2,16
257:24 268:5
**butterflying**
267:11
**button**
162:21
**buy**
16:9 55:2,3,3 60:21 61:7,12
61:14,16 81:23,23 93:3,4
96:21 97:5 122:23 146:2
185:19 190:6 232:21,24
237:6,10,14
**buying**
53:3,9 60:11,12 64:17
81:16 233:13,22 235:7,8
237:19 258:4

**c**

**calculate**
35:16 109:5 113:2 139:22
142:15,18 146:7,18,23
150:19,22 151:2,18,19
161:22 162:10,18 165:15
165:19,23 168:18 173:25
176:7 177:16 178:4 314:9
**calculated**
159:24 325:5
**calculating**
46:8 139:3,6,10 146:10,14
162:7 166:4 300:7
**calculation**
55:19 136:22 137:3 146:20
147:4 148:5 149:9,14
166:10 167:4,9,16,24 196:3
256:13 324:25 325:6
**calculations**
56:18 136:18 167:19 175:3
278:2
**calendar**
21:11 64:6 287:7,10,11,15
**call**
60:21,22 61:7 66:7,9 68:11
68:23 76:20 77:7 78:4,13
79:2 80:25 81:5,22 82:10
82:17 83:3 84:14,24 85:3
85:10 86:9,11,16,21 87:8
87:12 89:7,9 95:25 96:5,6
112:4 118:12 122:14,16,16
122:17,21,22,23 123:2,4
124:4,9,11 126:22,24 146:3
151:12 153:6 185:17,19,20
185:24 186:15 190:3

**call (cont.)**
195:19 200:11,14 201:15
208:16,19 209:4,6,10,11,13
223:17,19 224:6,13,24
226:23 237:6,10 247:19
253:6,22 254:17 255:12
256:17 264:14,20 265:4
266:7 267:11,16 269:19
283:3,7,11 286:14 301:15
302:11 305:3,3,11,13,23
306:14,21,25 307:15,21
328:20 330:5
**called**
12:5,16 32:23 57:6 68:15
160:23 305:19
**calling**
68:21 199:5 327:14
**calls**
79:6 81:15 87:4 89:5 90:19
91:2 93:4,4 105:22 121:16
122:15,24 123:13 127:2
185:25 186:7,13 190:6
197:8,13,15 198:18,20
201:14 205:11 227:10
232:7,12,15 233:5,10,14,15
238:19 254:22 255:6,6
258:4 266:4,6,10,10,18
267:14 305:14,21,21 306:5
**candice**
2:7 3:4
**candy**
9:5 10:11,13 11:8,17,24
13:17,22,23
**cap**
255:11
**capability**
154:2 317:8,25
**capable**
146:9,13 262:8
**capacity**
317:3
**capital**
1:5 5:6 9:22,25 18:10,20
19:7 20:3 61:21 66:2 68:6
68:17 112:22 122:2 148:2,3
212:19 213:5,9,16 335:3
**capped**
256:8,18
**caps**
238:17
**capture**
284:23 285:2
**career**
12:11
**carlo**
98:3

**carried**
196:10
**case**
40:14,22 46:10 72:16 75:9
91:9 112:21 114:9 208:10
216:5 227:4 242:23 243:16
243:19 244:11 256:21
304:16 311:19
**cases**
97:6 244:10
**cash**
117:16
**casts**
326:13
**catalyst**
1:5 5:5 7:18 68:6,12,16
70:22 73:7 75:10,13,15
102:23 103:9,19 104:17
105:12,13 106:14 107:7
108:8,18 125:11 137:23
166:3 180:4 183:2 184:7,10
184:13,14 188:2,6 199:23
200:2,4,19 201:23 203:5
230:7 239:10 265:15,20
267:15,21 270:11 274:25
278:20 288:21 296:9
300:17 304:25 305:19
316:16 322:9 324:10 330:6
335:3
**catalyst's**
74:12 105:18
**catastrophic**
34:11
**category**
291:2
**catherine**
6:9 334:5,24
**cause**
46:7 51:6,7,21 65:19 74:6
148:11,17 156:20 206:8
290:13,21 299:6,11 301:24
309:3
**caused**
13:8 29:24 30:21,23 38:7
39:11 226:14
**causes**
51:9
**causing**
233:19 304:6
**caveats**
223:14
**cazakoff**
2:7 3:5 67:10,14,19 105:10
105:19 106:2 181:17
220:22 257:8

**cc'd**
265:22
**cd**
330:8 333:12
**centralize**
108:20
**centric**
319:3
**certain**
5:7 7:20 14:20 24:10 27:3
32:17 35:12 44:17 65:8
71:25 82:14 111:23 112:21
119:6 132:5 134:15 139:11
141:14 142:7 149:15
157:11 168:25 169:12
180:2 187:12,25 227:2
228:6 246:17 258:17 259:9
260:4 263:11 269:7,20,21
274:16 280:13 295:8
298:19,21 299:11 313:8
317:24,25 320:14,22
**certainly**
26:24 27:15 35:2 37:13
49:20 98:17 101:12 102:2
104:10 135:6 172:13 174:4
196:12 204:25 213:17
217:13 218:10 219:25
228:21 229:12 236:17
245:12 249:12 254:15
257:11,14 266:9 274:7,13
278:23 289:25 296:25
301:19,25 303:24 310:10
317:18 320:23 323:25
324:22
**certify**
331:8 334:8,17
**cetera**
12:3 22:18 154:4 165:13
182:10
**cfh**
305:3
**cftc**
3:21 19:13 69:6
**chain**
10:19,20 11:2 12:13,20,22
13:18 17:15 202:24 239:4
239:18 265:11,17 270:13
274:21,25 332:20,23,25
333:6,7
**chance**
3:21 36:3 88:9,17
**change**
38:8 44:11 45:13 57:21
74:2,6 143:23 147:19
149:15 155:7 161:15
176:25 280:19 325:6

[changed - conclusion]

**changed**
50:19 72:3 128:3,4
**changes**
12:3 23:2,19,21 43:7 73:5
73:13,20,25 142:2 155:8
181:20 206:22 210:15
**changing**
41:17,19,21 159:5
**character**
247:14
**characteristic**
94:17
**characteristics**
51:15 135:7,9,14
**characterize**
178:2 200:21 223:13
232:25 249:13 267:20
274:5
**characterized**
75:24 76:5,11
**chart**
88:25 95:21 102:16 220:8
243:14 245:2 309:20 315:5
**charts**
89:20
**check**
45:21,25 178:21
**checked**
94:10
**chemical**
12:24
**chicago**
2:11,23 11:11,12,13
**chief**
103:10,20 104:16 300:16
**choose**
5:17 172:8
**chose**
20:10
**chosen**
93:22 94:7
**circumstance**
102:4 112:18 115:2 196:20
218:11 241:18
**circumstances**
61:6 149:5,16,22 241:19
252:22 254:21 255:3
**civil**
5:12 7:24
**claim**
216:7
**clarify**
42:15 44:3 48:24 142:5
279:23 328:2 329:2
**clarifying**
174:7 329:10

**clarity**
203:8 327:3
**clean**
43:16
**clear**
21:9 45:3 97:20 175:24
206:10 207:22 209:5,6
222:17 224:2 226:7 250:23
250:25 252:6 274:9 276:4
288:4
**clearly**
150:16 271:7
**click**
162:21
**client**
21:18 200:24 318:19
329:10
**clients**
19:25 306:10 318:21
**client's**
201:7
**climb**
243:15
**close**
22:2 35:18 112:14 117:24
120:2 147:12 169:15
233:19 242:10 307:12
310:10 316:8,11,16,22
317:10,20 318:2,7 320:21
321:24 328:25 330:12
**closed**
325:10
**closely**
33:16
**closer**
122:17 227:13 293:11
294:11
**closing**
267:12
**cme**
59:6
**cocoa**
13:21 15:2
**coherently**
45:8
**coke**
308:17
**cold**
68:23
**collaborated**
103:11
**collaboration**
125:7,11
**collaborative**
267:22

**collateral**
109:6,13,20 317:4
**collect**
60:24,25 61:4
**collection**
22:7 29:13,16 52:19,22,23
142:10 154:3,23,24 190:19
191:12 210:5
**collections**
232:2
**collective**
191:20
**college**
8:7
**combination**
31:7 53:13 185:12 209:24
210:14 227:3 267:6 268:8
304:7
**combinations**
246:19
**combine**
243:22
**combined**
235:22
**comfortable**
20:20,24 23:14 69:16 70:25
72:19 79:22 80:2
**coming**
41:8 52:21 103:3 181:12
182:6 258:14 266:17
294:10 304:15
**commencement**
334:13
**comment**
153:17 214:20
**commented**
251:24 323:11
**commenting**
242:17
**commission**
1:2,18 2:3,9 3:7 4:6,19,22
107:3 137:20 183:6 202:25
230:10 239:5 265:12
270:14 274:22 287:2 296:6
324:6 330:9 331:5
**commission's**
332:11 333:4
**committee**
228:23 229:2 248:12,17,20
249:2,5,18,22 264:8,14,17
264:19,21 271:15 279:5,16
**commodities**
69:7
**commodity**
1:2,17 2:3 3:6 5:8 13:25
14:18,20,22 15:7 331:5

**common**
22:7 27:25 28:5 38:4 124:3
124:21 208:15 237:17,21
238:5,22,23 249:4
**communicate**
199:21,25
**communicating**
316:19
**communications**
266:2
**companies**
18:7
**company**
9:7 12:2,4,5 13:10,22
162:10 200:16
**company's**
13:23
**compare**
93:21 94:5 102:8 140:13
**compared**
115:20
**competent**
106:9
**complete**
29:9 68:23 331:11
**completely**
106:7 143:25
**complex**
20:22 53:4 152:9 178:13
200:8
**complexity**
20:14 154:22 255:19
**complicated**
157:17
**component**
22:25 186:10,11 217:11
**composition**
201:3
**computational**
166:20
**computer**
100:22
**concept**
61:11,11 71:2 118:2 159:12
**conceptually**
261:18
**concern**
74:9 250:16 299:7 301:24
**concerned**
19:19 301:25 317:6
**concerns**
273:11,14,15 317:12
**concert**
131:17 132:7 307:10 309:8
**conclusion**
41:25 50:14 244:17 313:18

[conclusion - creating]

**conclusion (cont.)**
327:8 328:12
**conclusions**
27:6 279:11,15 314:15
**concrete**
60:8
**condition**
79:10 132:19 133:8,10
210:17 313:16
**conditions**
64:22 77:10,17 79:8 80:6
102:6 111:24 117:20 119:7
145:5 152:12 168:25
169:12 196:11,15 199:11
204:24 205:16 251:12
255:14,18 258:19,25
312:15 313:25 315:20
319:25
**confidence**
170:20
**confident**
280:17
**confidential**
329:19
**conform**
88:19
**connection**
109:14 136:19 180:3
328:21
**cons**
250:5
**consecutive**
325:9
**consensus**
89:11
**conservative**
66:13
**consider**
25:15 26:4 130:9 151:25
213:2 214:15 276:3 277:8
309:24
**consideration**
52:20 103:15
**considerations**
59:2
**considered**
198:8 313:18
**considering**
246:24
**consisted**
252:7
**consistency**
305:23
**consistent**
15:25 18:5 110:20 212:19
213:4 280:8 319:16

**consistently**
213:13 215:4 252:9 320:9
**consists**
241:8
**constant**
73:23 103:6 155:6
**constitute**
5:11 7:23 302:18
**construct**
58:16 60:3,4
**constructed**
191:11
**consulted**
70:11
**contact**
68:3 200:5 328:23
**containing**
330:8 333:12
**contango**
95:20
**contents**
107:14 329:16
**context**
172:23 236:17 258:13
**continuation**
18:10
**continue**
192:24 242:3
**continued**
103:7 226:21 243:15
302:24
**continues**
186:18 201:24 243:12
**continuity**
109:18
**continuous**
15:25
**continuum**
222:2
**contra**
54:12
**contract**
124:2,4,9,11,22 173:8
174:3 175:21 177:18 178:7
236:5
**contracts**
121:16 124:18,20 195:3,20
195:24 227:20 233:6 234:4
234:18,22 235:23 236:11
236:15 283:15
**contributed**
132:2
**contribution**
304:3
**contributor**
131:23,24,25

**control**
7:10 279:10 308:13
**convened**
267:16
**conversation**
69:21,24 70:24 129:21
198:8 218:25 279:4 329:17
**conversations**
271:6
**conversion**
74:5 98:17
**convert**
69:8
**converted**
70:22 75:13 76:15 103:2,7
**converting**
68:18
**coordinate**
9:20
**copy**
332:16,18,19,20,22,23,25
333:6,7,8,10,11
**corn**
13:21 14:25 17:4
**corporation**
8:23
**correct**
8:17 13:3 19:8,10 26:12,13
28:18,20 29:8 31:15 33:10
33:20 36:6 40:21 41:17
43:5 44:7 47:15 49:3 56:6
56:12,24,25 59:14,20 68:7
68:8,25 71:7 73:3 75:11
76:16,17 81:3 82:11 83:14
83:17 84:2,5 86:5 91:3,4
94:21 98:11 102:20 103:24
109:25 110:9,13 111:9
114:4,5,15,24 118:8,9
119:7,8,22 120:2,5,10
123:13 127:7,13 134:19,20
134:24 145:2 146:4 151:18
151:20 152:20 157:10,20
157:23 158:11,17,19 159:9
162:20 183:19 185:20,21
186:16,17 192:2,7,11,12,15
192:16 195:6,21 197:3,18
197:19,22 203:22,23
205:25 207:4,7 210:7
213:24,25 218:5,7 219:8,16
221:20 224:9,14,18 227:2
227:15 233:7,16 235:25
241:6,10,16 244:19 251:4
252:9,15 253:14,15,19
254:19,24 255:3,7,12
256:15,19,22 262:5 265:23
274:12 277:9 282:19,20,25

**correct (cont.)**
284:25 285:3 287:24 289:3
293:9,17 305:8,9 306:14,17
307:17 308:8 310:16
311:14 312:15 314:3,4
315:16 318:7 323:17
331:12,16
**correction**
335:5
**corrective**
111:7 156:5 186:21 198:11
**correctly**
30:19 56:5 125:19 127:4
255:8 305:7
**corresponding**
236:22
**correspondingly**
158:22
**corresponds**
44:18 46:25
**costs**
13:23
**counsel**
2:22 3:19,22 6:20,22
328:24 329:9,21,23
**count**
122:25
**counted**
66:8,13
**county**
334:4
**couple**
15:13 18:7 30:12 38:15
57:5 79:9 87:3 88:21
116:22 128:4 176:19
177:24 181:15 185:19
223:14 240:16 282:9,14
316:4 326:5
**course**
89:23 248:24 288:14
**cover**
304:6
**covered**
66:15 122:17 123:4,13
124:10 195:3
**covering**
197:10
**crash**
41:8
**create**
98:12
**created**
18:22 115:13,18 210:2,20
**creating**
99:7

[credit - derisk]

**credit**
31:4,10,22 122:19 147:10
150:5,7
**criminal**
5:12 7:24
**criteria**
218:6 224:22
**critical**
132:8 317:9
**cro**
106:5
**crop**
16:24
**crystalize**
33:22
**curious**
319:11
**currently**
211:10 300:16 325:7
**curve**
48:2 57:12,18,24 58:3,24
59:10 60:16,19 61:25 87:10
87:11,17,22,25 95:22
262:16
**curve's**
95:19
**cut**
51:25 325:17 327:4
**cutting**
232:12,14
**cycle**
200:4

**d**

**daily**
151:23 175:11 191:10
204:12 207:3 210:15
220:11,17,25 222:17,21,24
223:2,3 241:21,22 242:16
282:6 298:25 300:3 323:7
**data**
68:2 95:3 161:8 242:16,16
246:7,14 277:6 312:11
321:15 322:4 323:21 327:6
327:15
**date**
4:7,20,23 19:3 85:17 107:4
137:21 183:7 203:3 230:12
231:9 239:7 265:13 270:16
274:23 287:4 296:7 324:8
330:11 335:4
**dated**
77:24 79:5,19 80:6 81:16
107:2 137:19 202:24
203:24 230:9 239:4 265:18
270:13 275:2 286:25 324:5
324:14 332:18,21,22,24

**dated (cont.)**
333:6,9,11
**dates**
74:10 100:2 275:4 298:23
**david**
2:13 3:13 248:22 328:7
**day**
15:21,24 26:11 30:17 34:4
34:7,20 36:18 39:16 57:25
58:2,18 68:11 78:18 82:22
138:7,10 143:12 147:21,21
161:12,13,13,14,23 163:5
171:16 172:10 177:20
232:22 233:8 235:4 241:4,5
241:9 242:14 245:11
249:19 254:10 262:10,11
262:21 263:25 267:18
271:21 282:17 283:2,6
286:19 291:18 297:23
308:19,21 331:21 334:23
335:22
**days**
11:22 30:19 35:13 36:12
47:15 48:17 49:18 55:21
56:4,8,16 57:8,10,11 80:9,9
80:10 81:12 83:24 86:3
101:25 163:15 177:25
178:19 224:14 229:15,24
242:25 244:19,22 245:15
246:2,6 247:23 252:5,8,16
262:18,23 282:10,14
288:14 296:23 297:4 299:4
299:14 302:22 303:7
323:19,23 326:5
**deal**
233:21 285:14
**deals**
200:19
**decade**
17:21
**decay**
22:8 27:23 28:3,7,11,21,24
29:4,4,16 30:4 39:16 62:11
148:16 150:17,17 209:25
**december**
19:5 83:9,14 84:5,23 85:4
85:10 94:7,13,14 107:2,13
138:17,21 163:11,20,25
164:5,7,12,18,22 211:15
223:22,22 224:7,7,21 226:4
226:12,21 227:9,18,20
228:3,10,17 229:4,8,10,13
229:16,24 230:10,19,23
231:2,5,6,11 233:12 234:9
234:15,16,18 235:7,13,14
235:24 236:5,7,7,11,15

**december (cont.)**
237:2,5 239:5,18 244:23
245:4,6,15 246:25 247:24
248:21 249:17 251:3 253:6
253:7,10 254:2 256:2,22
259:12,13 260:3 262:19,25
263:18 265:19 270:14,21
270:25 271:10 272:4 273:3
273:22,24 274:15,17
282:24 285:3,4,7 320:12
332:17,22
**decide**
16:9 17:7 140:19 144:21
146:2 149:17
**decided**
13:11 18:11 96:6
**decidedly**
326:23
**decimal**
45:10
**decision**
17:10 248:7 327:19
**decisions**
166:7 319:21,22 327:22
**deck**
183:5 332:19
**decline**
24:21 33:5 39:11 52:13
61:13 65:7 79:23 80:3
156:20 157:9 205:21 263:3
263:5,9
**declined**
54:18 62:25
**declines**
156:24 262:10 290:4
**decrease**
28:17 65:22 153:10 177:8
177:11
**decreased**
252:9,13
**decreases**
28:15 258:10
**deeper**
200:12
**defensive**
248:4 255:15
**define**
34:14 43:12 66:4 109:16
122:9,11 123:24 157:24
158:12 291:12
**defined**
32:21 43:11 108:23 109:12
113:23 116:16 122:14
126:2
**definitely**
129:18 160:2 286:9

**definition**
122:15 123:6 124:5 288:10
**definitions**
66:6
**degree**
8:6,8 295:8 303:22 315:15
320:17,18
**deleted**
103:4
**delivered**
202:18 305:24 310:9
**delta**
39:14 40:6,9,10,17 41:2,4,7
41:9,16,18,21,22 42:3,9,16
42:20,25 43:6,10,11 45:5,9
46:6,8 65:14 141:18,20,24
141:25 142:16,19,21,25
143:8,10,13,14,16,18,19,20
144:7,8 146:7,10 147:16
154:21 155:8,13 158:25
159:3,7,12 160:10,15,18,19
199:2 225:24 226:5 274:2,4
274:10 275:10,15 276:9,11
277:15,25 278:11,15,22,25
279:5,8,13,18 280:3,6,9,14
280:17,18 281:10,11,17
296:18,22 297:4,17,19,21
298:2,8,25 299:6,9 300:5,8
**deltas**
143:2 297:2,7 299:10
**demand**
16:25
**demonstrates**
323:5
**denominator**
124:3,22
**department**
13:19,20
**depend**
55:6 147:10,14,24 169:13
**dependable**
24:3
**depended**
55:4,8 106:20 168:11
**dependent**
146:3 214:10 276:11 281:4
**depending**
118:21 238:16
**depends**
25:18 34:13 43:14 83:22
119:25 140:8 144:25
149:21 255:13
**deposition**
1:16 331:10,14 335:3
**derisk**
232:10

**[derivative - drain]**

**derivative**
23:7 141:23 156:22 200:8
**describe**
60:16 95:6 188:24 212:2
220:14 223:9 249:9 290:10
**described**
57:3 65:2 71:4 72:3 88:14
95:8,13 96:18 185:18 191:9
213:22 266:25 295:14
324:2
**describing**
66:10 143:4
**description**
80:18 144:5
**designed**
115:7 119:14 130:8 131:5
132:17 145:13 307:5,8
**desire**
117:11 308:15
**desired**
310:10 311:12
**desk**
170:8
**detail**
84:8 247:13 254:8
**details**
83:6 249:21 266:24
**determine**
5:6 7:19 35:11 48:9 53:25
54:7 55:12 58:9 86:22
88:12,25 93:3 113:5 120:17
279:9 299:10 326:3
**determined**
22:23 39:10 97:16
**determines**
88:5
**determining**
29:7
**developed**
5:10 7:22 18:17 21:21
24:14 106:12 108:6,16
109:2 128:19
**development**
27:20 68:14 105:15,16
**deviation**
35:5,16 47:13 242:15
**deviations**
241:3,14,15,24
**devoted**
74:22
**dialogue**
68:18 70:5 187:8 250:7
**dialogued**
70:15
**dictated**
64:21

**difference**
56:20 71:18 102:17 217:16
218:2,9,15,17,22 219:3,4
**differences**
218:23
**different**
23:8 24:15 25:25 26:25
27:4 28:8,9 35:14 54:6
55:14,16 57:18,20 64:3,6,7
66:6 71:15 77:11 86:3
88:21 100:18 109:19
122:12,15 135:10 139:16
140:10 141:19 142:11,12
142:24 152:13,13 154:5
161:8,16 166:17,19 171:23
180:19 189:23 193:2
204:24 206:17 207:5,15
221:14 222:11 244:3
252:21 261:14,24 262:15
262:21 291:16 305:16
314:8 315:18
**differentiate**
116:18 123:12
**differently**
37:25 130:22 251:25
**difficult**
44:5 166:18 303:25
**digging**
22:16
**digit**
131:7,14 169:19 201:25
202:6,21 204:14 205:4
212:9 213:23 214:16
**digits**
117:13,24 131:20 212:10
213:4 249:16
**diligence**
70:6 74:11
**dilute**
205:16
**dimensions**
320:14
**direct**
7:11 14:5,7 17:10 87:14
**direction**
42:21,22,24 43:4 72:18
133:2 144:14 155:14
156:11 173:16 212:21
239:24 267:13
**directional**
144:13 152:5 199:2
**directionally**
177:4
**directly**
168:2

**director**
9:12 10:17,18
**disagree**
219:9 277:7
**disappointed**
304:15
**disaster**
34:16
**disclosure**
4:17 7:15 19:14
**discover**
90:13 152:16 224:21
**discovered**
51:6 52:8 97:13
**discrepancies**
90:11
**discrete**
100:2
**discretion**
306:10
**discretionary**
200:24
**discuss**
228:23 275:18 329:16
**discussed**
134:21 186:12 249:10
254:18 269:15
**discussing**
266:8 305:5
**discussion**
201:16 249:14,23 250:3
267:5,22 268:10 271:15
314:5,12 316:2 329:25
**discussions**
104:23 105:3,20,21 229:3
316:14
**dispute**
207:21,24
**disrupted**
34:17
**disruption**
34:12
**distinct**
188:16
**distinction**
36:8 122:18
**distinguish**
124:13
**distributed**
50:10 265:4
**distribution**
12:24 35:17 49:23 200:4
317:24 318:17
**diversifies**
189:21,24

**divided**
114:8 195:8
**division**
2:4 3:5,11,14 12:17,18
328:9
**document**
19:14 106:24 107:6,8,11,14
110:18,19,22 111:2,5,9
111:13 116:6,15 123:15
126:2,8,9 137:17,22,24
138:24 182:25 183:9,10
184:7 187:19 191:3 193:14
203:4,6,12,24,25 204:7,18
230:14 239:9,17 265:14
270:7,10,18 274:24 275:4,8
275:17 288:20,22 296:8,10
296:14,17,20 304:24 324:9
324:11,14
**documentation**
98:13
**documents**
107:9 288:24
**doing**
15:9 17:12,16,23 18:2 20:8
29:25 38:8 46:4,15 51:4
64:22 69:17 70:8 71:13,14
71:14,17 77:10 78:18 82:15
86:13 90:16 95:3 97:9
98:10 99:17 100:17,17,23
101:2,8,11 102:15 108:9
136:22 137:2 146:8 154:6
169:2 195:5 196:3 197:11
197:17 208:5 218:4 232:11
236:25 252:25 273:17
303:8 304:13,21 306:21,25
309:12,16,22 320:2
**dollar**
67:17 116:2 258:23 259:7
295:21,24
**dollars**
67:9,20,24
**double**
212:10
**downside**
204:4,11 206:19,20,25
207:15,17 247:24 254:19
**dozen**
100:5,5 230:25 325:11
**draft**
103:14 111:3 113:22
116:15 122:13 187:7
**drafting**
187:4 188:18
**drain**
62:19

**[dramatically - environment]**

**dramatically**
156:25 197:14 226:19
**draw**
50:14 90:5,9,10,12,12
244:16 265:21 279:11,14
314:15 327:8
**drawdown**
30:22 36:25 37:19,21 38:2
38:6,12,14 40:2 41:3 46:7
50:20,24 51:2 60:10 65:21
66:17 67:11,15 71:6 73:6
83:13 84:4 86:12 117:11
118:5,8,19 121:3,4 124:24
127:10 129:2,6,25 130:15
131:3,7,9,10,14,22 132:2
132:12 138:16,21 163:12
163:20 164:5,19,23 169:19
201:25 202:5,9,21 204:9
205:25 206:6,7 207:9 208:7
209:10 211:9,20 212:6
217:17 218:3 229:4,9 245:5
245:10 247:17,21 249:15
251:4 252:6,6,16 259:13
262:19 273:23,24 274:15
274:17 287:23 288:9
290:13,20 306:23 307:6,9
307:17 309:2,4,9,12,17
313:5 315:4
**drawdowns**
117:12,23 130:6 131:19
133:12 134:23 204:19
212:3,9 213:3,14,23 286:6
**drawing**
27:6
**drawn**
241:3
**drive**
315:20
**driven**
77:9,17
**drives**
24:13 26:24
**driving**
207:25
**drop**
39:22
**due**
70:5 74:11
**duly**
6:8 334:12
**duration**
101:24
**durations**
57:19
**dynamic**
29:23 128:2 189:25 190:5

**dynamics**
16:12

**e**

**earlier**
37:2 63:20 77:20 88:15
186:12 222:8,18 281:9
305:5,18
**earliest**
265:16
**early**
14:15 16:5 22:21 26:4,6,16
27:18 29:15 30:10 83:14
101:5 104:5,25 138:17
199:7 226:11 227:18
255:25 256:21 259:12
260:3 262:25 274:11 285:3
285:7 286:10,13 298:23
300:20 319:13 321:13
327:20
**earn**
19:21 25:12
**earning**
13:12 60:24
**earnings**
89:4
**easy**
45:9 261:21
**eat**
91:17
**economics**
8:6
**ed**
239:20 267:21
**education**
22:16
**educational**
8:4 27:13
**edward**
1:16 6:17 331:7,18 334:9
335:3,20
**effect**
41:23 191:21,22 194:11
257:14
**effective**
171:10
**effectively**
118:5 197:7
**efficiency**
305:23
**effort**
232:10 281:10
**eight**
89:12 112:4,22 117:6,19
118:5,7,12,17,19 119:10,15
120:20 121:6,10 124:25
127:21 129:24 186:24

**eight (cont.)**
197:5,15,20 198:15,22
199:18 201:12 202:9,10,14
202:15,17,19 204:4,11,14
204:19,22 205:2,7,9,17,24
206:5,7,12,19,21,25 207:6
207:9,15,16,19 208:6,8,13
208:20,21,24 209:2,9,11
217:18,19,24 218:14,18,20
219:7,8,9,11,20 247:24
284:3 306:22 307:6,12,16
309:2,4 313:5 314:16
325:15
**either**
29:2 37:10 102:14 139:25
142:9 155:14,15,18 161:12
196:16 233:18 308:14
325:23
**elaborate**
252:22
**elected**
103:9 305:22
**election**
226:20
**element**
237:21
**elements**
22:8
**email**
202:24 203:15 206:16,24
207:12,22 208:5 211:6,8
239:4,14,17 240:7,8 245:13
245:16 265:11,17,18,21,23
265:25 266:3,14,15 270:13
270:21,23 272:6 274:21
275:16 277:20 278:11,15
323:4,6 324:5,14,20 325:8
325:17 332:20,23,25 333:6
333:7,11
**emails**
265:6 271:6 274:25
**employ**
268:2
**employed**
8:22
**employment**
8:19 11:24 104:16
**employs**
188:16
**encapsulating**
51:11
**ended**
33:3 97:8
**enforcement**
2:4 3:6,12,14 328:9

**enforcer**
12:16
**engage**
78:21 96:6
**engaged**
77:6 78:25 81:21 82:8,9,11
83:2 84:13 114:14
**engaging**
15:6 64:19 76:19 78:13
86:8 96:11
**engineering**
9:14,17 10:16,22,23 11:2,3
**engineers**
9:19,20,24 11:4
**englander**
2:20 7:4,4
**enjoy**
22:13
**ensuing**
224:25
**ensure**
80:20 127:4
**ensuring**
129:2
**entail**
10:22 54:20
**entailed**
86:17
**enter**
112:13 143:4,5 144:17
189:19,22 226:24 268:4
269:7,24 289:7 291:21,24
292:7,10 293:19,22,25
294:6,8
**entered**
17:19 288:25
**entering**
112:13 143:6 147:12 150:4
299:3 305:8
**entire**
178:5 263:17
**entirety**
190:13 207:19
**entities**
4:17,22 332:15
**entity**
18:13,16,19,19,22 23:15
**entries**
246:22
**entry**
65:24 95:15,17 96:4 175:12
264:2
**environment**
24:18,19 70:7 102:12
119:22 314:8

**[environments - expiry]**

**environments**
24:16 102:14

**equal**
59:16 80:11 126:19 153:16
158:13 159:4,10 173:10
255:5

**equation**
158:4 303:23

**equipment**
9:21 10:2

**equities**
24:2 30:16

**equity**
14:15 15:7,10 17:24 34:17
216:7 217:12

**equivalent**
57:23 133:19 236:8

**especially**
17:14 161:14 170:19
221:14 309:8 326:10

**esq**
2:6,7,12,13,13,19,20,24

**essentially**
19:7 233:21 323:9

**establish**
18:15 24:10 236:20,21

**established**
107:19 236:18

**establishing**
81:10,15 235:19 236:3

**estimate**
166:21 167:13,20 168:18
169:3

**estimates**
144:19

**et**
12:3 22:18 154:4 165:13
182:10

**evade**
83:4

**evaluate**
9:22 46:7 95:16 140:10
141:6,7 175:12 181:7
182:16,20 228:25 229:20
243:19 275:10 279:3
301:11

**evaluated**
120:17

**evaluating**
175:19 182:3 261:7 263:25
264:3 274:2

**evaluation**
182:13

**event**
30:6,14 31:3,18,19 33:18
33:21 34:4,10 40:3 46:18

**event (cont.)**
46:20 47:4,14,21 48:14,19
51:24 71:7 83:16 87:9,11
181:23 283:24

**eventually**
26:20

**everyone's**
267:17

**evolution**
27:20

**evolved**
21:25

**ex**
326:22

**exacerbate**
303:21

**exact**
5:22 8:25 12:15 19:2 32:17
37:5 56:17 121:21 187:12
248:11 266:24 291:11
316:9

**exactly**
23:13 33:24 35:7 37:5
39:23 45:25 58:9 60:9,11
94:24 96:15 100:8 101:3,7
109:4 119:23 126:14
127:21 136:21 138:11
140:8 152:17 166:3 177:23
188:5 200:20 229:7 248:18
250:13 274:6 275:9 286:20
287:5 292:25 297:3 302:22

**exam**
3:15 179:2,5,12,14,17,22
180:10,16,23

**examination**
6:13 180:3 319:9 322:22
332:5

**examine**
129:12 179:6 180:24
221:10

**examined**
6:11

**example**
17:5 25:22,24 30:9 36:24
39:14 43:22 44:15 51:18
53:18 54:21,25 55:18 62:3
80:7 87:7 89:7 94:6 119:24
129:11 136:24 150:6
152:15 154:21 156:13
219:17 224:20 231:4
240:11 243:16 246:16
255:24 257:3 262:8 268:7
286:6 298:8 311:24 327:11
327:13

**examples**
60:8

**exceed**
125:14

**exceeded**
198:22

**exceeding**
197:14

**exchange**
2:9 5:8 108:23 109:16,18
109:24

**exclusive**
59:23

**exclusively**
32:4 59:22 82:10 106:20
125:24

**excursion**
202:14

**excuse**
8:24

**execute**
93:16,19 216:16 219:15

**executed**
267:24

**executes**
239:23

**executing**
96:14 269:14

**execution**
273:4,9,16 303:3,10,14,24
304:6 317:17,18

**exercise**
234:15

**exhibit**
4:4,6,14,15,19,22 106:24
107:3 123:12 133:14
134:16 137:17,20 164:18
168:14,17 170:23,24
174:18 183:4,6 189:8
191:12,17 193:21 194:16
202:23 203:2 206:3,4,11
211:7 212:14 220:5 221:18
222:6 229:22 230:6,8,11
239:3,6 247:8 265:10,12
270:10,15 274:20,22
280:14 286:3,12,24 287:3
289:12 296:4,6 310:14
312:23 324:4,7 330:7,10

**exhibited**
213:13 276:14,19

**exhibits**
323:4 332:11 333:4

**existing**
178:15

**exit**
18:9

**expect**
33:5 40:10 42:6,8,12 43:2

**expect (cont.)**
43:18,19,24 46:20 47:5,21
48:25 49:17 52:12 58:6
85:25 149:13 197:12
204:25 208:12 282:13

**expectation**
303:17 304:8,14 323:10,12

**expectations**
24:20 144:25

**expected**
287:17

**expecting**
26:19 42:20 323:2

**expensive**
59:14,19,20 60:3

**experience**
13:13 14:12,14 22:20,22
27:17 29:24 30:21 43:9
88:19 96:25 131:8 132:20
135:17 157:4 166:22
169:21 178:19 191:22
196:23 208:9,14 216:17
275:22 277:4 279:8 308:11
309:6 320:4,25 321:14,21

**experienced**
14:18,25 117:10 155:19
196:21 292:19

**experiencing**
29:21 303:19

**experiential**
22:23 99:21

**experientially**
97:3

**expertise**
318:18

**expiration**
55:9,10 57:9,10,11 62:4,15
64:5,8 77:24 78:2 81:17
88:6,7 91:12 93:10,22,23
94:8 96:16 135:9 140:23
149:10 172:24 173:3
177:13 189:23 222:12
232:9 234:10 237:3,15
254:6,7,12 289:19,21 290:2
291:17,20 294:10,13,16
295:15 297:12,16,20
301:21 302:2 326:16,21

**expirations**
223:25 237:16

**expire**
150:16

**expires**
223:20 224:13 253:17
284:8 290:6

**expiry**
28:15 83:21 84:23 85:11

**[expiry - flip]**

**expiry (cont.)**
120:4 173:21 178:7 224:4
225:13 227:14 233:15
235:17,17,24 236:12,15
237:6,7,11 253:8,11,11,12
253:13,14,23 283:4,8,24
292:24 293:4,11 326:25

**explain**
14:3 23:17 50:19 63:24
68:9 79:3 141:21 153:24
159:17,22 166:13 234:23
305:20 312:8

**explained**
19:20 63:20

**explaining**
63:22 201:5

**explains**
278:4

**explanation**
104:19 111:8 235:6

**explicitly**
185:5

**exploded**
30:18

**exponential**
23:22

**expose**
253:3

**exposed**
13:25 72:25 123:3 133:22
148:5 170:5

**exposure**
32:11,12,15,20 33:17 52:8
53:15,16,18 54:2 64:10,17
71:25 115:15,20,23 116:19
155:15 156:2,4,15 159:13
160:11,15,17,19 167:21
168:19 169:4,7 175:3 182:3
182:7 195:24 199:15,17
233:12 234:3 250:10,17
260:24 261:7 263:16 278:2
281:11

**express**
45:8,9 250:8

**expressed**
32:23 44:24 113:20 122:13
218:24

**expressing**
250:16

**extended**
241:22

**extent**
81:21 192:8 201:22

**extra**
18:9

**extreme**
282:3,10

**extremely**
49:11 242:10,13,18 320:23

**extremes**
280:13,21 281:7,23

**f**

**face**
252:19 276:7

**facilities**
9:14 10:17

**facility**
9:12,19,23 12:16

**fact**
14:6 19:24 32:25 33:8
40:24 41:21 58:6 59:24
90:16 136:5 142:24 143:7
198:3 204:25 205:19
231:23 246:20 258:15

**factor**
29:6,10 62:17 114:11 148:9
246:3

**factors**
120:6,8,11 131:7 147:15
148:19 181:18,20 210:19
240:16,19

**facts**
5:9 7:22

**factually**
157:20,24

**fair**
49:16 85:23 192:24 313:15
315:7,11

**fairly**
15:25 18:4 20:21 200:23
280:16 292:21 303:23
317:5

**fall**
311:12 325:12

**falls**
305:4

**familiar**
14:17 16:11 68:13 106:7
159:11 160:21 167:17
183:10 184:9,12 216:9
220:8

**familiarity**
16:23 106:3

**family**
19:16,23

**far**
43:10 81:4 95:8 101:20
120:4 198:21 213:13
246:21 256:23 281:22
320:24

**fast**
70:16 98:25 227:7

**faster**
62:12 63:11

**fault**
111:11

**favorable**
58:16 69:15 99:13 189:4

**fcm**
66:18 109:7 165:6,9 317:3
317:5

**fcm's**
109:7,13,17 161:8,16 163:9
165:4 317:8

**february**
89:11 212:7 223:23,24
224:9,9 225:13 253:13,13
273:12,25 274:7,11,18
278:23 279:12 282:17
283:2,4,6,8,10,23 284:8,8
284:20 286:10,13,22 287:2
287:6,16,22,23 288:5,6,23
289:2,8,9,13,13,15,16,19
289:24 290:2,5,6,19 291:6
291:17,22,25 292:8,11,13
292:19,24 293:3,8,20,23
294:2,21,22 295:2,6,25
296:15,23 297:2,5,11,14,14
297:16,19 298:7,14,17,23
299:15,18,18 300:21,21
301:10,10,21,23,23 302:2
305:3,6,6 306:20 320:12
322:25,25 323:19 327:8,20
330:5 333:9

**federal**
5:11 7:21,24

**feel**
22:15 88:8

**feeling**
322:2

**felt**
18:3 20:13,17,19 24:10
72:19 110:20 131:9 132:2
267:2 303:16

**fifth**
121:14

**figure**
35:13 47:9 53:5 244:16

**file**
306:19 330:9 333:12

**fill**
303:20

**filling**
308:17

**final**
103:17 110:19 127:17,19

**final (cont.)**
127:23 137:13 138:3
329:15

**financial**
27:19 74:20,21,23 200:6,14
200:18,21 201:8,10 306:6,9
306:13

**find**
59:8 87:17 88:5 243:16

**fine**
11:16

**finish**
144:5 176:16 207:23

**first**
6:8 12:13 19:25 20:4 21:3
21:17,20,22 22:10 23:23
36:8 38:16 39:7,10 56:2
59:25 86:24 90:3 93:8
105:6 108:2 123:3 125:17
128:7 140:20 141:23
156:21 220:16 226:3,21
227:9 228:17 229:4,8,12
231:4 234:16 247:23
249:17,18,19 273:2 282:17
283:2,6 284:13,24 297:4
299:14 326:9,11 327:7

**fit**
105:18 201:6 224:21

**five**
34:23 35:7,22 36:11 42:4,8
42:12,17 44:19,22 45:3,4,4
45:5,6,11,12 74:17 88:17
102:2 114:8,22,23 124:24
127:21 129:10 133:25
154:9,9 170:4 171:3,5
192:22,23 220:3 242:8
252:7 261:14 278:5 280:24
281:25 288:14 291:5,8,12

**fixed**
57:18,19,21 123:18

**flagged**
285:7,11,16,17,18,19,21,22
286:3,10,13,16

**flags**
148:12 228:16 229:17

**flat**
62:10 102:8 292:21 293:10
323:10,10,14

**flatten**
88:2 242:2

**flattens**
87:9

**flex**
154:7

**flip**
183:9

**[flipped - george's]**

**flipped**
152:18
**floor**
2:5,18 239:22 271:25
272:14,19 303:15,17 304:8
304:10
**fluctuation**
87:5
**focus**
29:15 30:2 71:10 72:4,24
85:25 151:7,8 171:17
217:22 254:7 289:19
**focused**
29:12,19 52:19,21 53:2,19
103:17 185:5 187:3 188:21
189:13 190:22 191:6
**folks**
20:21 70:11
**follow**
46:16 102:3 127:9 153:23
264:8
**followed**
128:24 232:6 234:21
**following**
8:19,22 60:10 171:15,21
246:2,6 292:16 326:5
**follows**
6:12 89:23
**foods**
8:23 9:2,9,10 10:25 11:13
**foot**
20:17
**forcing**
197:22 304:19
**forecast**
168:24 312:5
**forecasting**
312:9
**foremost**
38:16 284:14
**form**
4:10,11,13,16,17 28:6 72:6
73:8 116:10 130:2,16
165:13 204:5 243:22
312:25
**formal**
5:25 51:12 128:8,15,16
136:5,8,14 137:13 248:25
264:16
**formally**
39:5 105:7 128:6 298:4
**formation**
264:18
**formed**
23:15

**forms**
4:25
**formulate**
17:3
**formulated**
266:24
**formulating**
22:10
**forth**
10:3 16:13 19:24 96:2
103:16 280:12
**forward**
7:13 33:15,18 51:14,25
74:15 82:13 98:25 223:25
243:24 244:2 245:24
269:21 309:23 326:14
**found**
60:4 87:21 106:8 154:21
**four**
9:18,24 20:17 34:23 35:6
36:10,13 46:17 83:25 97:8
97:14,22 99:18 104:2
194:22 195:7 211:9,19
249:19,20 252:7 300:24
301:2 325:15
**fourth**
112:2
**frame**
25:20 26:2 76:22 83:19,23
85:4 86:14 139:17,18
163:21 170:13 213:15
215:18,23,25 216:4 241:20
263:18 316:10 326:15
**frames**
78:16 141:19 154:5 171:23
261:15 291:16
**framework**
39:4 71:20 92:18 217:21
308:13,14 310:21 311:10
**frequency**
176:12,13
**frequent**
305:22
**frequently**
15:8 46:19 47:4,22 49:2
174:25 175:8 237:24
**friday**
93:24 94:14 224:5 239:18
**friends**
19:16 271:2
**front**
77:14 82:20 107:6 182:25
230:6 239:9 287:11 288:20
321:15
**fulfilled**
145:2

**full**
6:16 221:23
**fully**
51:23
**function**
8:24 10:7,25
**functionality**
180:19
**functioned**
180:14
**functioning**
191:19
**functions**
9:11 11:6 57:17
**fund**
7:18 20:2 21:24 37:7 65:3
66:21 67:14 68:5,19 69:5,9
69:12 70:6,24 74:6 75:10
75:12,16 76:10,11,15 83:14
100:16 101:5 102:24 103:2
103:7,9,23 104:6,11 105:11
105:18 106:14 107:12
111:23 118:19,25 119:12
119:17,21 125:14 129:7,12
130:5 133:16 138:17
155:20 162:12 163:12
170:9 183:18 188:16
194:21 199:18,22 200:7
201:11 205:7 209:3 212:18
213:11,12 214:25 215:13
215:23 216:5,7,16 217:5,10
217:19,23 219:20 220:12
220:18 221:2,5 222:4,24
226:11 249:6 250:10,18
251:12 253:3 258:13
266:14,20 271:3 275:19
276:10,14,18 278:4,12,16
279:13 280:6 283:24 285:4
287:6 288:13,25 289:8
291:5,9 299:9 300:22 307:2
309:7 316:7,17 317:7,14
318:19,22 320:6,8
**fundamental**
59:24 74:8 77:19 89:5
142:20
**fundamentally**
16:17,20
**fundamentals**
16:12 73:21 141:2
**funds**
105:16 180:5
**fund's**
105:2 212:24 223:10
228:22,24 247:10,14 252:8
259:15 319:13,17

**further**
39:13 50:18 61:17 88:4
190:6 232:9 233:24,24
235:20 237:5 258:9,9 295:4
319:6 322:22 327:24
328:19 334:17
**future**
119:11 133:9 222:10
242:22 312:4,9,12,15
326:11
**futures**
1:2,18 2:3 3:7 7:18 13:21
13:21 14:2,21,22 15:4
16:16 32:2 57:12,15 59:6
75:15 102:23 107:12 108:5
108:12,13 170:9 183:18
272:10 293:16 331:5

---

**g**

**gain**
171:14,19 173:22 174:9
**gains**
147:24 170:11 172:3 174:2
175:20 177:16 178:4 259:8
**gamma**
125:13 126:5 141:18,22,23
277:16,17
**gees**
88:16
**gemini**
162:2,12
**general**
8:23 9:2,8,10 10:25 11:13
93:12 152:11 228:2,4 250:2
267:23 268:15 298:24
**generally**
51:22 59:13 61:4 65:2
79:12 85:21 86:4 90:18
92:19 95:25 140:9,22 149:7
152:8,23 163:17 223:13
224:3 226:17 267:4 268:11
271:16 304:11 323:15,24
**generate**
17:18 18:4 144:12 161:5
164:14,16 215:6 237:9
**generated**
31:9,13 165:12
**generically**
112:16
**genesis**
117:9
**george**
68:12 70:8,15 104:14 105:8
105:10,22 125:8 128:16
140:3 248:22 300:19
**george's**
127:11

**[getting - hedging]**

**getting**
12:12 66:17 94:11 137:7,11
138:7,20 169:15 193:6
273:15 300:2,4

**giacovas**
2:16 6:25 7:5

**give**
8:18 47:18 64:9 68:3 77:3
77:13 111:8 133:4 141:13
143:7,8 169:14 175:24

**given**
16:14 28:20 40:19 57:2
93:20 122:8 142:2,7 146:10
146:14 167:21 169:5,23,25
170:11 171:14,20 172:4
175:4 176:25 214:4 216:13
228:5 259:9 262:7,12,25
263:9 267:13 295:8 296:14
296:16,21 313:8 322:9
331:15

**gives**
90:2 142:8 221:25

**giving**
56:14 294:8 301:24

**go**
7:11 17:7,12 24:4 25:7 28:6
41:15 45:20,24 48:7,10
49:12 50:11 53:20 55:21
61:12 71:2 72:7 74:16
79:13,18 80:9,10,12
85:17 87:12,17 88:10 93:14
93:15,17 98:3,20 101:21
102:2 108:2 117:16,21
128:25 130:11 134:8
140:20 141:4,5 144:20
145:17 153:11,14 156:24
176:16 182:2 186:19
200:12 212:13 217:21
223:5 234:14 237:5 238:14
270:6 281:15 294:14 327:2
328:16 329:23

**goal**
17:19 64:11 131:6 133:11
152:21 153:7 169:18
191:15,22 197:23 201:11
201:25 202:6,8 204:3,11,18
204:19 205:2 206:18,23,25
207:14,18 216:11,15
219:19 297:9,11,13,15,16
307:9,13,18 308:2,4,20,25
310:5,10,17 311:12

**goals**
73:20 202:17,20

**goes**
28:23 45:12 61:22 79:14
87:11 88:17 89:24 91:6

**goes (cont.)**
117:8 119:2 132:15 145:7
145:11,13,15,22 154:9
170:4 239:13 262:11
265:17 321:5

**going**
14:12 25:7 27:18 28:17
30:8 33:15,18 34:5 50:6
51:13,22,24 57:15 61:15
72:21 74:15 79:13 80:2
83:7,12 85:20 88:3,4 90:8
90:21 91:3 97:16 101:18
105:3 108:9 114:14 119:6
119:25 132:15,25 142:7
144:20 145:19,20,22
153:11,14 157:9 174:24
177:7 178:20 192:25
219:15 223:25 224:13
227:23 230:5 235:2 243:23
243:25 244:6,23 245:24,24
251:25 261:15 270:4 277:8
277:9 281:14,16 291:8
292:3 295:15 297:11,19
300:13 303:18 304:23
309:23 312:3 315:5 318:24
321:25 326:14 327:9

**good**
3:2 15:3 18:14 60:14 69:8
102:17 218:13 282:12
295:14 316:18,22,25
317:10 319:22

**gosh**
11:14 284:15

**gossip**
272:2

**gotten**
19:15

**government**
16:25

**graduate**
8:10

**graduation**
8:19

**grains**
14:25 16:22,22

**graph**
141:13 154:2 170:16
172:19 220:24 259:19,20
261:18 295:10

**graphical**
142:8 153:19

**gravitate**
17:24

**gravitated**
20:8,24

**great**
4:14 51:7

**greater**
35:25 37:6 94:20,22,23
113:16,17 121:5 126:19
279:25 301:7 309:9

**greatest**
23:2 87:18

**greek**
32:23 142:13 149:14
154:15 157:5 210:19

**greeks**
28:21 141:18 147:14 152:4
153:18,20 154:25 155:4,5
156:22 157:2 165:15 210:2

**grew**
103:9 317:15

**group**
14:9 250:6 266:25

**grow**
66:21

**growth**
317:7

**guarantee**
204:9 219:14

**guaranteed**
191:2

**guess**
34:14 45:8 133:4 159:19
176:4 180:12 198:23
225:10,10,11 231:21
235:11,11 236:24 275:12
288:3 300:13,25 301:4,6
303:6 318:23

**guideline**
128:9,15

**guidelines**
51:16 106:25 107:12
128:17,18,23 137:18
181:22 332:16,18

**guy**
104:11 106:9 239:23

**guys**
103:18 200:22,23 240:5
328:4,5

| h |
|---|

**half**
46:20,25 47:3,10,11,12,20
48:8,15,22 49:15 65:20,21
67:23 70:19 100:4 228:17
229:13 232:12,14,19 273:2
279:21 294:14

**halt**
205:20

**hand**
36:11 218:19 334:23

**handle**
69:8 70:14

**hands**
162:25

**happen**
34:2 35:20,22 43:24 47:5
47:21 48:4 49:2,13,18 50:4
50:7 62:8,9,10 144:4,16
152:17 168:25 211:22
224:19 232:21,24 233:2
262:14,14 311:18,20 312:3
312:12 316:20

**happened**
9:3 19:11 29:2 30:5 37:21
38:17 39:16 46:5 49:10
65:11 68:10 69:22 112:19
164:9 243:9 302:7 312:2
321:20

**happening**
38:18,24 49:13 50:3,11
228:10 245:14

**happens**
36:9 44:21 48:15,20 49:25
61:14 118:22,23 154:8
198:5

**happy**
17:15

**harbor**
18:23 19:3,9 21:3 27:19
30:22 37:3 65:7 66:17
68:18 74:20,21,23 107:19
115:18 121:3

**hard**
129:15 130:10 133:15,20
134:4 195:12 197:21

**harvard**
8:9,13

**hazardous**
157:4

**head**
46:24 48:5 100:24 127:19
163:10 212:12 214:6 287:9

**hear**
63:5

**heard**
218:23 267:18

**hedge**
13:22,22 185:8,10,25
186:10 190:3,6,7

**hedged**
7:18 75:15 102:23 107:11
170:9 183:18 185:22 186:7

**hedges**
190:4

**hedging**
185:6 189:25 190:5

[heightened - individual]

**heightened**
120:19
**held**
1:18 316:3 330:2 334:10
**help**
58:9 85:5 131:10 132:11
149:24 246:21 305:20
**hereunto**
334:22
**hesitating**
165:25
**hfx**
305:3
**hfxax**
266:2
**high**
20:13 24:17 25:3,23 26:23
27:5 53:8 58:25 77:22 88:9
88:18 105:20 196:20
211:11 212:8 213:3,22
214:16,21 215:20 221:12
227:7,7 249:16
**higher**
25:7 33:6 58:14 59:13,19
60:19 62:18 77:25 79:4,13
79:19 91:13 119:16 145:13
145:15,19,22,23 158:19,20
159:7,8 226:19 232:8 237:6
273:17 280:17 304:19
**highest**
59:8
**highly**
147:22
**hindsight**
284:19,21 313:20 319:21
319:23 320:3
**historical**
36:16 100:2 213:18 246:7
314:11 323:20 325:3
**historically**
26:7,15 92:4,13 100:9
211:22
**history**
8:4,19 25:5,19 92:8,9,12
97:17 98:4 243:17 278:8
285:5 299:9 307:2,11
311:21 313:11 315:13
**hit**
168:6
**hits**
109:8 242:6
**hold**
202:5
**holding**
173:10 284:7

**home**
75:7,8
**homework**
69:19 100:17
**honest**
44:7 76:3
**honestly**
31:20 76:24 83:5 104:8
121:12 157:14,25 159:21
160:13 184:19 296:2
309:24
**honor**
318:3
**hoped**
202:20
**hoping**
192:25
**horizon**
213:10 215:8,11 326:13
**host**
119:19 120:15
**hour**
70:18
**hours**
111:14,17 198:13
**house**
305:3,14 330:5
**hunch**
322:2
**hundred**
49:14 80:9 115:25 124:14
166:23 193:25
**hurt**
40:24 41:4
**hurting**
39:17 41:10
**hypothetical**
114:2,13,17 141:10 311:18
311:23

**i**

**idea**
69:4 145:21 248:3 279:16
279:17 292:14 317:10
**ideal**
273:16
**ideally**
52:5 132:11
**identification**
4:7,20,23 107:4 137:21
183:7 203:2 230:11 239:6
265:13 270:15 274:23
287:3 296:7 324:7 330:10
332:11 333:4
**identified**
68:15 98:7,24 131:22,24
232:23 240:20

**identify**
6:23 72:20 98:4 115:5
124:5 129:12 140:12
148:20 149:11 168:8
222:14 231:13 232:4
240:13 243:5 246:17
**identifying**
22:21 97:17 189:2 261:19
**ignoring**
252:24
**illinois**
2:11,23
**illustrates**
143:18
**imagine**
152:17 198:20
**immediate**
205:20
**immediately**
31:18 152:19 214:21 251:3
267:21
**impact**
23:2,22 27:14 51:7,8,23
65:15,16 153:22 154:6
173:13 255:16 317:10
**impacted**
155:3,4 182:9
**impacts**
261:12 264:4
**implement**
57:3 86:21 127:15 317:23
318:13
**implementation**
318:5
**implemented**
65:8 74:3 128:17 194:10
277:15 317:21
**implementing**
60:10 316:7 317:13
**implied**
56:14,22,23 59:13,19 94:22
94:23 324:24
**importance**
33:22 36:20
**important**
22:24 29:10,18 36:7 43:8
43:10 49:21 56:7 57:21
76:2 112:25 122:18 132:8
142:23 144:11 148:7
151:11 152:8 155:10 156:3
242:19 244:8,21 264:2
297:18
**importantly**
69:13
**improve**
73:14

**improvement**
73:19
**inappropriate**
213:20
**include**
136:9 201:16 261:13
**included**
13:18 71:20 252:23
**includes**
202:4
**including**
9:12 180:12 215:22
**income**
17:18 18:5,10 19:21 31:13
57:18,19,21
**incorporate**
51:3
**incorporated**
19:3 258:20
**incorporates**
189:5
**incorporating**
71:22
**incorrect**
125:21 162:19
**increase**
63:11 153:13 157:9 177:7
177:11
**increases**
53:8
**increasingly**
317:14
**incremental**
73:19
**independent**
17:2 38:24
**independently**
121:17 134:17
**index**
17:24 44:16 55:19 89:20
212:23 213:14 215:23
216:7 217:13 240:22 271:4
**indicates**
158:15 325:14
**indicating**
114:16,19 129:14 137:15
164:15 168:12 169:22
174:16 189:6 313:12
**individual**
14:16 46:8,10 55:12,22
56:23 71:24 124:2 135:8,15
140:12,14 141:6 142:10
165:9 168:3 179:7 180:24
181:9 185:6,8,10 197:16
201:13 217:22 218:12
219:10,13 250:22 272:18

**individuals**
7:7 142:6 180:2
**industrial**
12:25
**inflates**
112:20
**inflows**
67:25
**influence**
120:7 240:17
**influencing**
327:19
**inform**
244:12
**informal**
7:17 274:5
**information**
3:20 4:18,21 77:13 165:7,8
200:6 260:19 296:18,22
325:25 332:13,15
**informs**
133:9 242:21
**initial**
239:17
**initially**
22:3 28:10 29:12 63:15
297:9
**initiation**
185:7,9,11,23
**input**
13:23 143:9 151:17 248:7
248:16 250:4 262:4
**inputs**
142:7 262:13 317:11
**inquire**
201:18
**inquiries**
19:16
**inquiry**
7:17
**insensitive**
144:2
**insight**
106:3
**inspired**
15:5
**installation**
9:21
**instance**
285:25
**instances**
98:8 238:4 304:18
**instructive**
58:4,8 65:24
**instrument**
217:7

**instruments**
216:18
**insurance**
9:6
**intend**
112:9
**intended**
114:11 129:5,6
**intent**
127:8
**intention**
244:16
**interact**
157:2 162:23
**interaction**
14:4,9 155:9 200:16
**interested**
68:17 334:20
**interesting**
19:18 25:18 326:21
**intern**
139:12,15,21 140:2
**interns**
139:17
**interpret**
176:11
**interrupt**
175:14 325:16
**interrupted**
175:23 176:16
**interview**
3:18 178:25 179:5,11
180:16
**interviewed**
179:14
**intraday**
161:6
**introduce**
3:10
**introducing**
240:4
**invalidate**
90:17
**inverse**
52:11
**invest**
62:13 318:19,22
**investigation**
5:5,10,25 7:22 328:22
**investigations**
329:18
**investigator**
2:7
**investing**
212:21

**investment**
2:14 13:7 14:13 17:7,12
20:3 89:12 93:8 184:3
213:10 215:22 216:8
219:19,24 220:11,25
**investments**
9:22,25 10:2 220:17 221:6
318:20
**investors**
67:25 307:20 316:6 319:18
**involve**
28:2 269:14
**involved**
187:4 316:13,18 319:2
**involvement**
127:12
**irregular**
49:12
**isolation**
157:7 218:2
**issue**
51:11 318:14
**issues**
273:4,6,9 303:3,5,10,14
304:6
**item**
125:18 271:7
**items**
93:2
**iterations**
100:13

## j

**jackson**
2:10,22
**jacob**
2:20 7:4
**jake**
2:13 3:12
**james**
2:19 6:24
**january**
21:17 202:25 203:24
223:22,23 224:8,8 233:13
233:15 253:11,12 274:11
275:2,2,13,17 282:18
289:20 324:6,15 326:16,22
326:25
**jeez**
28:24
**jeff**
3:11 319:7
**jeffrey**
2:12
**jeremy**
239:20,21

**jerry**
70:13,17,19,21 104:22
188:8 248:22 270:21,24
271:10
**jerry's**
275:16 276:21
**job**
8:25 12:15 19:20 38:23
320:2
**jointly**
187:23
**judgment**
95:4,7,9 181:22 255:17
268:18
**juice**
15:3,4
**july**
285:20
**jump**
5:21 179:9 278:17
**jumped**
43:22
**june**
178:24 179:25
**junior**
14:8

## k

**keep**
109:9 128:22 176:5 204:13
258:14
**keeping**
147:11
**kimberly**
139:25 187:22 188:14
203:20 239:13,19 240:6
242:9 248:24 322:7 323:6
323:20 324:16,20 325:14
325:23
**kind**
15:22 16:17 17:3 19:17
34:23 41:2 43:14 57:13
59:17 69:20 70:8 73:18
94:11,16 96:25 103:14
127:22 166:24,25 167:19
195:24 196:19 238:12
280:14 313:16
**kinds**
109:19
**kit**
255:15
**knew**
68:15 304:10
**know**
11:4 16:11,16 17:19,25
18:8,17,18 19:4,25 20:2,15
20:16,18 23:23 24:14 34:22

**[know - long]**

know (cont.)
35:14 36:14 39:4 40:6 41:5
44:4 45:11 46:23 47:8,24
48:5,10 49:12,19 50:6,6
56:17 59:4 62:4 64:14
65:13 68:20 69:12,18 70:6
70:11 73:16 75:21 77:3
80:8 83:10 85:22 89:13
91:10 92:19,20,23 98:18,24
101:24 102:10 103:14
118:22 121:8,25 123:23
127:20 128:11,12 135:17
135:20 136:5,14 139:6,9,20
142:21 145:10 147:16
152:9 160:2,13,14,18 161:6
162:16 163:16,22,22,23
165:16 166:2 168:3,8 169:9
169:10,11 170:4,17 171:9
174:9,20 176:2,2,3,6
177:25 178:19 179:18
184:8,19 188:9 199:5
200:22,25 201:8 204:23
214:19 217:10,20 222:14
225:22 226:14 229:7
230:15,15,17 234:13 240:5
240:13 245:2,25 248:14
249:15,21 250:3,7,13
253:25 255:23 256:10,23
257:15 264:16,24 265:2,7
272:21 278:6 283:17
284:13 285:12,15,17
296:11 299:23 304:12
305:15 308:19,21 314:23
314:24 316:10 317:20

knowing
145:7 204:15 304:18

knowledge
106:4 147:25 165:22
188:12 318:6

known
12:6

**I**

l.l.c.
2:21

labeled
121:14

large
29:21,22 30:22 117:10
121:3 132:2 155:13,13,17
170:5 171:4 210:3 234:6
271:3,12 290:13,19,24,25
291:2,4,12,12 303:18 315:3

largely
250:3

larger
121:8 225:2,6,13

largest
212:6 272:18

larry
265:19

lasted
288:9

late
21:14 76:18,23 84:11
194:23 274:11 316:21
317:13

launch
105:2

law
2:21 7:3 19:23

laws
5:12 7:21,25

lawyer
76:7,9

lawyers
287:14

layer
93:8

lazare
2:16 6:25 7:5

lead
116:14 309:9

leading
229:16 252:5 262:18
296:23

leads
193:22

learned
51:18

learning
43:7 51:2

leave
6:4 206:6

leaving
174:11

left
11:12,17 17:20 95:21
282:19,24

legs
54:6 64:4,7,15

level
14:3 20:14 35:12 59:8
64:13 66:18 86:24 105:21
112:21 119:16 132:5,8,9
144:21 173:14,15 201:23
227:2,4 279:6,13,18 294:19
325:10,14

levels
88:22,22 142:12 148:10
151:24 152:2 168:8 173:10
290:3,10

life
9:6 10:5,6,9 62:3 101:5
104:6 105:2 215:13 216:5
276:10

lifted
189:7

light
119:20 132:14,24 322:24

lights
284:14

liked
19:18

likelihood
36:5 242:22

likelihoods
243:5

limit
66:2 110:24 120:23 129:16
131:2,6,6,10 132:11 190:12
191:2,15,15 192:18 193:17
194:9,13 195:2,17 196:5,24
197:7,17 199:16 202:8
204:3,11,19 206:18,20,25
207:14,17,18 208:7 212:2
218:4,18,21 219:6,7,11,20
247:24 255:4 301:14
306:22 307:5,8,16 310:5
311:5 313:4 314:16

limitation
190:25

limited
133:22 156:16 167:6 194:3

limiting
71:20 130:14 131:13,19
133:11 171:10 185:5 187:3
188:22 189:13 190:8,17,22
191:4,5,7,23 193:12,15,22
201:11 205:6 307:12 308:5
308:25 310:18

limits
63:13 65:18 121:15 133:15
133:25 134:4,22 136:25
191:17,19 192:6 194:8
196:6,10,25 221:19 225:8
284:12 314:21 315:10,16

line
13:6 90:6,12,13,14,15,17
90:20,21,23 91:2 94:4,9
111:12 161:2 211:8 241:6
324:16 335:5

linear
23:22 47:24 48:3 157:18

lines
72:24 88:25 90:10 231:15
232:6 241:9,11

liquid
93:23 219:14

liquidate
271:24

liquidity
15:3 87:19 218:13

list
136:5,8,15

listed
107:17 133:14 136:10

literally
287:10

little
15:2 17:9 18:9,10 22:5 25:6
43:16 62:12 70:20 84:8
88:14 97:15 156:7 176:20
200:12,17 211:10 223:24
238:24 242:23 286:19
300:24 301:2,5

lived
92:9

living
13:12

llc
1:5 74:24

llp
2:16

load
140:24

local
255:17

location
255:18

log
230:9,19,21 231:14,22
248:15 286:25 288:23
302:18 332:22 333:8

logistics
11:2

long
8:25 11:7,22,22 17:4 25:8
31:8 32:19 45:23 49:8
53:13,17 60:25 61:7 62:12
62:22 63:12 64:14 66:11,15
70:3 74:11 83:21 86:18
91:20,21 96:22 113:3,6,12
113:18 114:2,6,12,14,20
115:6 116:7,12,13,18
122:17 123:4 124:10,14,15
125:14,22 126:4,16,18
138:19 147:8 150:11
151:14 158:2 164:25
168:11 171:9 185:13,16,24
186:13 197:9 198:22
212:21 216:3 235:12,16,19
235:19 236:7,25 254:10

**[long - marked]**

long (cont.)
255:6 281:15 288:8 317:5
longer
36:13 77:24 79:4,19 80:6
81:16 175:15 242:23
326:12,15
longs
33:3 53:16 122:25 236:18
236:22,23
look
16:24,24 25:20,25 28:22
35:19 36:9 38:6,11,11
40:23 46:12,22 48:3,10
49:9 50:8,10,13 54:3,5 55:9
55:11,22 57:5,12,18,23
59:8 77:20 81:19 86:25
87:15 88:2 93:11,12,13,17
93:25 94:8,10 95:12,25
99:15 102:16 110:18 135:5
135:11,14 136:7 137:5
141:4 147:19 148:14,17,19
149:9,16 151:11,13 152:3,4
152:12,19,22 153:18,19
154:4 161:2,14 162:3 163:5
163:13,22 165:11,17 168:2
168:4,22 170:14,16,17
172:8,10,16,18,23 173:13
181:18 183:10 198:2 216:3
220:13 222:9,10,15 224:20
228:8 231:16,23 232:7
235:3 240:12 243:22 246:9
246:11,12,13,14 247:4
249:24 254:4,11 256:6
261:16 271:5 274:18
275:14 276:8,16 277:10
286:5,22 287:15 289:5
290:6,24 301:17 312:19
313:5 321:18 323:7 325:5
looked
37:25 38:15 39:15 40:4,5
41:6 52:7 65:14 97:20
131:21 171:22 172:14
215:7 223:11 230:16 246:6
247:8 256:6 257:12 263:12
272:6 290:3,9,12 296:17
301:12,14,16,20 325:4
looking
17:17 27:8,10 40:25 44:14
58:23 59:21 62:18 67:18
68:2 73:14 78:17 83:6,12
87:4 89:19 95:14 102:6,20
105:16 111:12 115:19
126:25 140:25 143:11
149:23 163:15 164:9 168:6
172:11,17 175:25 182:7
194:15 220:20 222:6

looking (cont.)
224:10 225:10 228:7
231:21 245:2 247:5 254:9
256:24 259:18,23 261:14
261:18 263:15 275:19
276:25 277:23 278:10,22
278:25 279:2 280:16
289:25 290:11 291:14,16
295:10 297:2 298:19,22,25
301:10,18 308:6 309:21
311:14 317:3 323:25 326:3
327:7
looks
107:21 111:4 135:18 138:3
141:8 162:21 210:6 231:22
233:7 275:6
lose
61:15 91:7,8 171:14,20
173:22 186:15 218:20
226:25 245:20 251:13
262:9 287:6 292:15
losing
115:8 148:16 208:6
loss
91:12,25 117:16 130:10
144:25 166:21 167:20
168:24 171:4,6,11 174:9
182:3,6,14,17,21 190:24,24
191:2,5,15,17,19,23 192:9
192:18 193:12,15,16,17,22
193:25 194:4 208:13
218:14 219:10 226:11,15
227:5 255:3,7 256:2,8
258:18 292:18 308:6,7
losses
120:23 129:16 169:11,24
170:6,11 172:3 174:2
175:20 177:17 178:4 185:6
186:2,5,19 187:3 188:22
189:14 190:22 191:7 192:2
192:3,7,11,14,19 193:11
201:11 209:22 210:3 218:4
218:18,21 219:6,8,11,20
251:17,22 252:18 256:10
256:19 257:2 258:24 259:3
259:8,15,25 291:9 293:6
303:21 309:23 310:4,6,14
310:18,20,25 311:5,7
314:16
lost
205:7 206:12,21 207:6,16
217:19 218:5 288:13
lot
20:21 22:16,16 25:25 28:8
28:8 32:24 33:16 69:9 93:7
99:20 135:10 136:3 147:13

lot (cont.)
147:14 165:6 196:14
201:14 232:5 252:21
265:20 284:19 322:17
lots
77:10 100:17 262:21
low
24:18 25:6,8,15,16,21,23
26:4,7,8,8,15,15 27:2 30:10
30:12,13,13 53:6 67:20
79:11 158:9,10,12,15,16,18
212:20 214:17,20,22,24
215:8,15 216:2,7,13,19
301:13
lower
79:14 89:25 145:22 158:22
196:17 213:13 323:10
lowest
124:21
luncheon
134:10

m

machine
308:20
machinery
10:3
magnitude
37:2 51:23 154:15 156:10
169:24 170:11 172:3
182:13,16,21 192:11,14,19
193:10 209:21 247:9
251:17,21 260:15 309:17
309:23 310:4,6
magnitudes
263:12
main
103:5
maintain
99:3
maintenance
9:12 10:17,18
major
35:2,3 51:21 65:7 83:13
148:9 283:23,24 287:23
making
60:6 73:12 97:8 117:22
136:18 166:6 181:4 220:17
221:5 256:13 257:18
316:19 325:23
man
98:18
manage
64:16 103:13 135:12
140:16 171:5 173:2 174:10
216:13 254:8 266:13,19
268:25 297:22 298:3 299:8

manage (cont.)
302:2 320:4,6,8
managed
9:18 12:15 173:4 199:10,11
319:12
management
10:6 12:20 13:7 14:13 17:7
17:12 38:16 51:12 66:25
71:19 74:22 105:4 110:8,12
114:24 115:21 117:7 135:5
178:14 180:4 185:3,4
187:15 188:17 194:19,22
201:16,18,20 220:12
237:14 249:6 266:5 267:16
275:19 298:5 300:23
317:15
manager
9:13 57:22 111:8 130:25
203:21 214:24 216:12
242:20 244:9 300:18
managers
38:5
managing
21:24 133:16 174:8,9
180:13 221:2 320:2
manifest
81:14
manifests
81:10
manual
98:5
manually
98:7 165:8
manufacturing
9:19 12:7,16,24
map
36:19
march
286:2
margin
65:18 71:21 73:15 108:22
109:6,12,22 110:7,11,24
111:16,17,19,21 131:24
134:21 163:9 165:6 221:15
285:24 301:16 317:4,8
marginal
73:19 280:19
mark
4:3,14,15 106:23 137:16
183:3 202:22 211:11 230:7
239:2 264:5 265:9 270:9
274:19 286:23 296:3 324:3
330:7
marked
4:5,19,22 107:2 137:19
183:6 202:25 230:10 239:5

[marked - metric]

marked (cont.)
265:12 270:14 274:22
287:2 296:6 324:6 325:9
330:9
market
16:17,18 17:4 20:25 23:25
27:17 31:5 32:8,13,15,19
34:12,19 36:6,17,21 41:9
42:7,11,22,23 43:3 46:21
51:8,19,20 52:4,7,9,13,15
53:14 54:13,14,15,23 55:24
56:15 60:20 61:8,18,22
62:10,20,24 63:10 64:2,3,5
64:11,12,18,21 66:7,13
72:4,9,15,18,20 76:20,20
77:7,9,17 79:12 80:5,24
87:5 88:10,13,17,22,22
89:2,16,23,24 90:7,16 91:6
92:6,15,20 93:20 94:20
97:17 98:4,5 102:6,8,10,13
102:15 111:23 115:23
117:20 119:6 120:15
122:17,22 123:4 132:15,18
132:25 133:8,9 142:23
143:3,6,9,11,22,23 144:2,7
144:10,13,14,17,20 145:7
145:11,13,15,19,22 146:4
147:15,18 149:22 152:12
152:19,25 153:2,3,10,14
155:6,15 156:20,24 159:6,8
167:2 169:25 170:4,12
171:3,15,20 172:4 173:10
173:16 177:2 181:17,20
186:18 196:11,14 198:25
199:11 204:24 205:15
209:18,24 210:6,9,12,16,18
210:25 211:3,5 212:21
226:17,19,25 227:7,15
228:11 235:10 240:18
242:22 243:3,7 244:3,6,18
244:22 245:18,20,25 246:5
246:7,19 251:12 255:14,17
257:3 258:10,11,18,25
259:9,15 261:8,16,21
263:10 271:2,11,17 272:10
276:15,20 278:5,6 280:7,8
280:13,24 281:5,8,14,15,17
281:20,25 282:3 292:21,22
293:2,9 294:12,19,20 295:4
302:3,5 307:11 311:20
312:15 313:8,16,24 315:20
320:11,17,19 321:7,12
323:2,8,14,22 324:17
325:22 326:4,25 327:9
marketing
183:15

marketplace
22:20 36:22 47:6 61:15
89:6 93:14,16 112:19
178:21 271:21
markets
16:13,15 17:23 24:4 30:8
30:15,16 35:19 88:18 108:3
108:4,10
marks
176:5
marriage
334:19
marry
89:3,18
master's
8:8
material
73:12 234:8 321:6
materials
27:13
math
20:14 34:22 195:5 197:12
mathematical
88:20
matrix
103:4,8,12 104:18 105:8
106:19 108:15,25 110:21
112:7 116:15 119:18 130:8
229:22 276:3
matter
1:4 5:5,24 7:9,17 124:7
154:16,18 156:10 178:20
334:21
max
204:8
maximum
124:24 127:10 129:2,5
134:23 217:17 218:3
228:12 253:21 254:3 255:3
255:7 256:2,10
mba
8:15
mean
9:16 10:2 11:3,17 16:19
22:11 23:17 24:8 25:2,4
26:18 28:16 31:6 32:14,21
35:8 42:4 44:12 48:24 51:5
53:2 65:13,20 69:10 76:6
77:18 83:10 89:8 92:12,12
93:15 95:12 109:4 111:14
112:10 119:11,14 122:21
123:23 124:13 125:16
130:4,6,7 133:4 135:13,17
143:13,16 150:7 153:24
161:4 162:6,9 163:14 167:7
167:25 170:3,25 175:7

mean (cont.)
176:10,18 177:5 205:13
211:14 214:25 215:15
221:8 222:5,7 224:3 238:9
238:16 240:8,10,13 242:12
243:6 246:12 255:18 257:7
257:11 275:12 278:18,21
279:23,24 294:15 297:15
299:22 301:19 305:24
312:19 318:16 320:16,24
321:2,5,8 322:7 323:2
meaning
15:11,20 25:2 32:16 33:4
54:12 57:24 58:13 60:23
77:23 87:19 89:10 90:11
97:16 101:10 113:2 143:15
148:3,15,16 150:9 152:5
173:15 189:18 242:5
290:11 317:23
meaningful
143:19 155:25 166:11
167:9,24 170:19
meaningless
155:2
means
31:7 35:9,11 36:2 42:5
43:16 53:12 57:7 58:14
60:24 79:12 88:24 97:25
105:16 109:5 111:15
135:16 143:17 153:9 157:8
158:6,7,9,18,20 159:3,7,16
177:6 236:6 240:5 242:6,13
258:3
meant
56:18 69:4,8 70:7 112:17
113:21,23 115:4 177:22
188:24 196:18 198:7 215:3
321:4
measure
40:18 43:15 44:7,23 112:11
112:24 114:11 115:14
124:4 129:7 160:17 238:13
241:20,21 278:7,9,12,16
279:9 303:25 308:16
309:12,16,22 311:11
measured
124:19
measurement
56:11 157:13 191:24
measurements
154:15 311:13
measures
247:23 280:19 308:7
310:14,24 327:16
measuring
26:11 44:9,13 46:6 53:21

measuring (cont.)
115:11 275:21 277:3 310:3
310:19 311:7 312:13
mechanical
95:2 327:16
mechanically
317:25
mechanics
70:21 305:20 316:19
meet
70:17 180:2
meeting
179:19 180:8,22 249:10
250:9 251:2,6,11,15,20
264:8,10
meetings
249:5 250:21,23
member
19:13
members
3:8 19:23 248:25 264:13
memory
34:6 48:7
mentioned
15:8 22:13 26:22 27:12
37:24 39:6 45:16 50:9,25
56:3 60:18,23 65:6 77:20
86:25 93:2 96:24 112:12
125:9 131:4 140:21 147:6
164:24 203:20 205:12
245:8 247:3 254:5 264:19
296:24 297:8 299:8 305:18
323:3 327:12
merger
18:6
mergers
12:3
merited
291:2
message
305:24
messages
275:5
met
10:4,6,9 70:13,20
methodology
216:18 233:21
methods
166:20 314:11
metric
26:10 108:4,13,24 109:21
111:19 112:5 114:21
115:12,17 116:3,5,8,17
117:2 118:3,6,11 119:4
120:9,12 121:14,15,18,21
122:3,10 123:11,16 124:23

**metric (cont.)**
125:2,19,23 126:2,7,11,13
126:21,24 127:22 128:8
130:13,19,22 131:5,12
133:20 136:15,25 160:15
171:17 197:25 205:23
206:5,10,14 207:8,20,25
208:2,11,15 209:17,21
210:14 274:2 275:10 276:9
277:16 280:3 286:12 298:4
302:10,22 308:7,20 310:8
312:13,17 319:24
**metrics**
38:20 89:20 106:11,22
107:17,18 112:6 117:9
120:13 125:9 127:18,25
129:23 130:19 131:12
132:14,17,23 134:15,16,24
135:3,25 136:2,9,19 138:4
139:3,22,24 170:21,23,24
174:14,17 189:5 190:9,11
192:13,18 193:9,19 199:3,7
206:8 222:3,6 229:23
260:17 284:11,22 285:7,11
286:2 289:12 307:3,4,7,10
310:13 311:17,21 312:19
312:21 313:3,19,24 314:7
314:16 315:16 327:18
**metropolitan**
9:6
**michael**
2:7
**mid**
15:12 139:13 297:8
**middle**
221:13 247:20 318:11
**middlebury**
8:7,11
**mike**
3:4 248:23 300:13,15
**milder**
265:19
**milder's**
266:3
**miller**
248:22
**million**
37:14 67:5,9,17,20,24
113:7,8 114:2,3,7,18,20
116:2,7,8,11,12,13,16
119:24 120:22,22 147:21
147:23 194:17,18 195:8
196:5 275:20 277:2
**milwaukee**
70:18,19

**mind**
18:13 250:24 284:17
290:14 307:20
**mindful**
29:13
**mindset**
204:23
**mine**
74:9 105:17,17
**minimize**
130:6
**minimum**
108:23 109:17,18,23 110:5
111:21
**minor**
39:21,24 278:6 303:23
**minus**
73:17
**minute**
74:17 212:14 220:3 305:11
308:18
**minutes**
250:14 326:2
**misheard**
83:18
**misquoted**
125:18
**missed**
183:22
**misspoke**
90:24
**misunderstood**
80:18 262:3
**mitigate**
110:23 186:19 246:22
250:2
**mitigating**
268:3
**mitigation**
237:22,23 238:2,4,11
**mix**
22:3,5
**model**
23:11 39:19 44:4 55:23
98:25 141:8 160:23 161:3,5
161:9,12,21 162:14,16,18
163:7,8,13,19 164:2,4,10
164:14,16,21 165:2,14
**modeling**
23:6,9 44:14
**models**
16:4,6 23:7 93:18
**moderate**
238:13
**modifications**
39:2,8 72:12

**modified**
52:3 103:5 201:21,22
202:15
**modify**
38:21 52:10
**moment**
55:5,7 85:20 107:13 110:17
138:23 159:4 183:9 186:24
203:6 207:23 239:11
265:16 270:18 275:3
287:13 289:4 324:11
**monday**
269:22 303:9
**money**
18:21 20:5 21:12,15,20,23
37:19 55:11,18,21 56:6,8
56:16 60:6 61:15,23 62:7
62:13,17,23 79:23 91:7,8
94:4 112:14 120:2 145:8,10
147:8 148:4,16 150:5,8,9
150:15 171:14,19 173:21
186:16 197:8,13 198:19
200:25 226:25 227:11,20
227:21 233:20 251:13
253:19,22 254:3 262:9
287:6 318:19,22
**monitor**
33:12,15,15,17 102:24
106:13,21 137:4 152:3
272:13 274:4 279:8 284:11
317:18
**monitored**
104:19
**monitoring**
136:24 137:2 274:10,14
**monte**
98:3
**month**
15:21 55:9,11 59:3,7 64:5
72:21 78:19 88:6,7 93:10
93:22,24,25 96:16 124:25
140:23 173:8 174:3 176:19
177:18 181:15 211:20
212:3 213:3,16,23 214:4,8
224:3 225:15 232:9 233:24
234:22 235:8,17,23 236:4
253:10,12,13 254:7,7,12
289:20 321:3
**monthly**
213:12 241:25 309:19
**months**
64:8 83:2,25 118:23 135:20
149:10 172:25 222:12
224:25 237:3 275:23 277:5
284:3

**moran**
2:14 3:15
**morning**
3:2 137:6,8 178:18 269:22
**motion**
53:25
**move**
7:13 34:24,24 35:2,7,20,21
36:11,14 37:12 40:19,19
41:9 42:6,8,13,21 43:3,19
47:11,11,13 53:17 70:16
94:12 143:22 153:20 155:7
158:21 159:6 243:14 257:3
258:11 259:16 263:2,6,9
270:4 278:6 279:25 280:2
280:23 281:14,25 282:2,7
285:14 290:12,15,20 291:7
291:18,19 323:22
**moved**
29:2,3 118:25 129:10
173:16 236:6,9
**movement**
32:8 39:17,18,20 40:12
43:17 88:13 143:6 144:2,10
159:9 170:2,12 171:15,20
172:4 177:2 209:18,25,25
210:12,18 211:3,5 227:15
228:6 243:3 259:9 278:5
281:5 293:13 295:9
**movements**
72:4,9,15 88:20 261:8
293:17 313:8 320:11
321:12
**moves**
35:16,25 42:7,12 44:10
133:2 143:22,24 147:18
226:25 240:23 244:22
261:17,21,22,24,25 262:2
280:24 281:25
**moving**
10:11 11:19 221:24 232:13
233:23 235:12,16 236:23
241:5,9 242:14 244:18
246:2,5 254:11 267:12
326:4
**moyle**
2:16,19 6:24,24,25 7:5 72:6
73:8 78:20 85:5,14,24
106:15 116:10 130:2,16
131:15 132:16 133:3
175:22 176:14 179:9,18
192:21 193:6,13 194:12
198:14 204:5 208:24 231:9
270:3,8 277:21 278:17
291:10 312:24 322:12,16
329:12,21

[multiple - offsetting]

**multiple**
60:21 90:10 99:12 165:3
215:16 219:24 266:9
**mutual**
68:19 69:5,9,12 70:6,24
74:6 103:7

**n**

**naked**
71:17 127:5
**name**
3:3 6:16,18 12:3 68:13
75:12,18,23 76:2,2,10
160:8 163:10 328:7
**names**
264:19 272:25
**narrative**
202:18
**national**
3:15 305:2,23
**natural**
34:16
**nature**
32:17 249:13,23
**nav**
197:21 198:15 199:19
208:22,25 209:5,10 228:22
252:8
**near**
41:10 60:22 62:4 284:12
314:20 315:9 326:11
**nearby**
258:11
**necessarily**
28:16 87:6 216:12
**necessary**
190:14 238:5 269:6 328:23
**need**
5:16 6:3 38:7,12 52:10 81:5
120:18 129:13,16 132:21
169:20 173:17 174:12,14
175:15,24 178:21 198:4
240:14 275:18 309:2 311:6
328:6
**needed**
48:10 65:22 110:7 140:9
175:6 177:21,22 178:11,18
237:22
**needs**
111:2 170:21 271:24
**negative**
42:4,10,16,18,19,20,25
54:8 148:3,15 149:8,13
150:17 152:6,6,18,24 153:4
153:7 156:4,6,7,8,14,19,23
156:25 157:7 214:16 278:3
278:5 280:9 281:18 298:9

**negative (cont.)**
298:14,18 326:14,23
**neighborhood**
30:11 67:17 68:4 279:22
**net**
31:9 32:9,19,25 51:20
60:22 61:5,20 81:10 112:4
113:2,4,23 114:11 115:5,19
118:3,11,15,16 119:10,14
120:21 121:5 132:10
134:22 147:11 209:13
236:25 277:25
**neutral**
52:5,6 53:15,16,21 54:12
64:13 72:18 80:21 142:23
142:25 143:3,10,10,12,13
143:20 144:8,8 148:2
151:14 198:25 276:10
280:7,8,11 281:8,10,12
**neutralize**
281:11
**new**
1:9,9,20 2:5,5,18,18 6:11
61:3 67:25 150:4 165:11
170:18 171:25 175:12
235:19 270:4 276:16
319:24 334:3,7
**news**
30:14 31:3,18,18
**nfa**
19:13 69:6
**nice**
94:15
**noise**
38:9,15 204:12 207:3
**nonrisk**
320:7
**norm**
64:22 211:18,21 212:2,3
213:22 214:3
**normal**
34:12 35:17 38:9,10 89:23
130:4 215:7,10 224:15
254:11 295:20 303:19
**normally**
261:11
**notary**
1:19 6:10 331:23 334:6
335:24
**note**
326:21 329:15 330:4
**noted**
1:19 240:16 330:14
**notes**
264:22,25 265:3 334:16

**notice**
230:21
**noticed**
149:8
**noticing**
229:16
**notification**
66:18
**notified**
271:10
**notwithstanding**
204:12 207:3
**november**
223:11,16,21 224:16,24
225:18,20,24 226:20
334:23
**number**
12:2 37:9 44:17 45:11 51:9
57:9 65:19,23 100:21
108:12 110:2 113:5,8,12,18
113:20,21 114:4,7,21,25
117:20 120:6 122:24
123:19 129:11 130:11
133:22,25 139:19 149:8
152:14,22 155:11 157:5
158:9 163:4 166:6,17,19
175:25 176:6 192:5 194:13
196:13 202:16 204:22
209:8,11 217:22 221:15
223:17 232:12,15 233:4
236:8 246:16 252:2 255:5
260:11 275:20 276:25
283:14 284:16 285:23
290:23 300:5 303:18 309:7
312:18 315:2 322:15
**numbers**
37:5 58:19 68:3 95:13
122:2 133:18,20 166:25
204:14 211:18 257:12
261:19 263:13 298:12,20
298:22 299:6,12,13,22
325:3
**numerical**
153:18
**nuts**
60:17

**o**

**oath**
331:9
**object**
72:6 73:8 116:10 130:2,16
204:5
**objecting**
130:18
**objection**
75:25 131:15 132:16 133:3

**objection (cont.)**
192:21 193:13 291:10
312:24
**objective**
129:8 205:3 212:18,24
213:17 214:25 216:16
319:17
**objectives**
130:5
**observed**
146:20 227:25 260:24
**obvious**
282:23
**obviously**
22:19 37:17 39:15 41:5
118:21 143:7 149:23
176:12 204:9 221:21
322:10
**occasion**
49:24 148:24 173:11,11
201:17,17
**occasional**
70:4
**occasionally**
99:19 254:12
**occasions**
148:25 219:24 259:18
325:11
**occur**
46:21 80:6 169:12 230:22
313:17
**occurred**
30:14 181:24 228:19
252:17 282:4 314:24
325:11
**occurrence**
167:2
**occurrences**
48:20 49:11,14,25 50:2,12
**occurring**
36:3,5 129:25 314:2
**october**
1:12 331:10 335:4
**offer**
235:6 328:10
**office**
75:6
**officer**
103:10,20 104:16 300:17
**offset**
61:2 185:15 232:8 303:18
**offsets**
29:3
**offsetting**
185:13

**[oh - part]**

**oh**
11:20 65:17 83:18 100:25
129:18 189:10 284:14

**okay**
8:21 41:11 50:16 52:16
79:15 91:25 92:2 107:15
134:7 159:19 184:25
203:11 232:18 239:15
258:7 270:19 324:18

**o'keefe**
239:20,21

**onboarding**
317:5

**once**
35:14 48:16,20 49:10 75:15
87:14,21 88:5 118:4 119:9
140:22 143:5 176:19
177:24,24 186:14 189:20
218:20 219:25 238:24
260:5

**ones**
27:4 128:19 136:10,12
189:3,4 312:22 324:2

**onward**
27:21

**op**
326:22

**open**
108:14 112:3,18,20,24
120:20 179:19 202:16
208:16,17,19 209:4,11,16
209:20,23 210:5 221:15
232:12,15 286:14 301:15
302:11 305:3,14 330:5

**opened**
19:25

**opening**
68:18

**operate**
69:11 74:13 78:4 142:23
144:7 196:16 258:15

**operated**
72:17 74:14 92:9 171:7

**operates**
183:16 258:14 280:12

**operating**
10:14 100:16 130:5 169:21
215:4 300:16 323:12

**operations**
8:23 9:11 12:20,21

**opinions**
250:9

**opportunities**
18:8 53:7

**opportunity**
4:11 18:6 54:17 79:17

**opportunity (cont.)**
89:22 145:4 173:14 236:20

**opposed**
20:11 72:14 86:2 206:19
242:24 324:25

**opposite**
42:22,24 43:4 153:4

**optimize**
189:18 246:21

**option**
27:24,25 28:5,7,17,21,22
29:7 32:21 38:22 40:13
42:6,8,13 43:20 44:16,20
44:21 45:13,22,22,24 46:2
55:21,22,25 58:5 60:4,21
61:5,7,17 62:22 63:12 66:9
71:15 78:4 79:2 82:11 83:3
86:11,14,16,22 94:16,19
96:5,6 98:24 101:2,3,13,14
101:17,17,18 112:18,20,24
113:3,4,24 114:12 115:6
120:20 125:22 126:4,15
134:22 140:5,18 141:4,11
141:11 142:5,5,10,15 146:6
146:9,13,17,21,22,24 147:9
147:11,20 150:10,18,21,25
151:17 153:25 154:3,22,24
155:4 160:17 165:15
170:16 172:18 173:6,19,25
175:2,4,11,18 176:6,20
177:16 178:3 179:6 180:12
180:17,21,24 181:7,19
182:4,15 190:2 191:25
202:16 209:16,20,23 210:5
212:22 221:15 222:9,12,21
231:6 234:9 259:21 261:11
262:5,7,17,20,24 263:7,17
263:24 312:19

**optionable**
40:13

**options**
13:15 14:2,15,16,21,23
15:7,7,10 16:2,4,16 17:24
20:9,11,15,18,21,25 22:8
22:14,19 23:2,8,11,18,22
24:5,13 25:12 27:13,14
28:2,20 29:5 30:3,3 31:8,12
31:25 32:18,20 35:10,13,14
35:15,18 36:22 39:2,8
40:11 41:2 46:9,10 53:10
53:13 55:12,18 56:4,8,16
56:24 57:10,24 58:11,14,16
59:6,7,12,18 60:2,22 61:13
61:14,17 62:11,12,24 63:11
64:10,12,17 71:14,18 77:23
78:2 79:20 80:8 81:11,22

**options (cont.)**
82:18 84:14,14,24,25 85:3
85:4,10 86:9 91:17 93:17
94:12 97:6,7,11 98:4
101:12 109:14 112:3 113:6
113:7,11,12,16,18 114:3,4
114:7,15,21,22 115:22,25
116:7,8 125:15,24 126:23
135:9 140:13,14,16 141:7
141:18 144:12 146:3
150:15 153:20 154:4,23
159:6 160:16 167:10 168:3
169:10 172:24 173:3
177:13 210:7,10,25 217:8,9
227:10,13 228:10,25
237:10 255:2 258:8 259:19
259:20 271:4 272:10
293:12,15,18 302:19
326:16,20

**option's**
22:25

**orange**
15:2,4

**order**
5:25 93:16 96:15 144:20
245:23 308:4,24 311:4

**original**
29:9 309:6

**outcome**
334:20

**outlier**
243:14

**outlined**
134:16

**outlook**
326:14

**output**
162:24 163:2 308:18

**outputs**
163:12

**outright**
233:22

**outside**
18:21 20:2 21:15,18,20,23
37:19 108:4,10 199:22
200:2,16 217:21 242:10
329:21,22

**outstrip**
317:7

**overall**
40:2 79:11 114:23 189:5
190:8,12,17,22 191:4,5
210:16 232:19 234:3,12
243:23 257:18

**overlap**
134:18

**overnight**
108:14

**oversight**
108:21 201:23

---

**p**

**p&l**
97:19

**p.m.**
239:19 275:17 330:14

**package**
13:10 18:9

**page**
42:3 134:25 183:21 184:12
184:24 185:3 186:24 203:9
212:17 220:7,20,22,23
265:18 332:5,11 333:4
335:5

**pages**
270:12

**paid**
31:12

**paper**
100:24

**paragraph**
266:2 276:14,21 326:7,9,10
326:11,15,20 328:12

**paragraphs**
185:2

**parameter**
65:25 112:2,10 132:4
190:16,19,21,24 191:18
197:4,17 198:12 205:10,14
228:21 279:10 315:21

**parameters**
52:2 65:8,9 106:10 107:16
107:18 108:6 130:20,23
131:16,18 132:7 133:8,14
134:4 136:3 138:5 141:15
141:17 168:5,14,17 169:14
173:12 190:14,20 191:13
191:16,20 193:20 197:25
202:13,20 205:18 207:20
221:11,14,18 223:4 258:16
261:6 308:22 310:8,22,24

**paraphrasing**
276:22

**part**
3:15 5:4 7:16 13:18 29:20
39:21,24 56:7 58:12 59:24
63:4 65:5,10,19 74:11,12
77:19 78:6 95:10 108:15,19
108:25 124:7 130:4 155:2
156:3 186:22 195:13
226:21 229:8 231:20,20
238:14 249:17 253:18
257:15 258:21 259:2

[part - plugged]

**part (cont.)**
303:23 327:12
**partially**
28:19
**participants**
36:21 271:17
**participated**
248:24 249:3
**particular**
16:6 21:21 32:11 40:23
44:19 53:24 55:9 59:3 63:8
78:18 80:5 85:17 116:25
120:9 133:2 143:8 146:10
146:14 150:19,22 151:2
158:20 159:8 161:19
166:11 169:25 170:8,10,12
170:13 171:15,20 172:4,5
173:2,20 174:3 175:20
177:13,18 178:6 186:20
197:2 206:2,4 207:8 208:5
215:25 219:15 225:14
228:13,20 232:22 239:12
253:23 272:19 298:22
300:6 305:16 308:5 318:25
326:19
**particularly**
23:25 200:3 254:6 275:22
277:4
**parties**
334:18
**parts**
54:6 103:5 187:8,10,13,15
**party**
201:2
**passage**
28:4 182:9 210:17
**passed**
147:22 292:20
**paste**
325:18 327:4
**path**
89:16 252:11 269:20
**patterns**
24:10,22,24 25:11 89:19
99:7 246:14,15,18 269:24
327:14
**paul**
239:20 240:3
**pause**
243:15
**pay**
9:22 29:17 246:16 304:19
**paying**
177:10 227:17,19 256:25
299:17 307:3 312:22

**peak**
37:4
**peaked**
34:9
**people**
19:19 36:9 60:17 190:25
199:22 264:20 265:20
304:10 306:2
**perceive**
317:16
**percent**
21:8 30:17 34:20 35:20,22
35:23,24 36:3 37:6,12,18
39:22 40:5,19 46:19,20,25
47:4,10,11,12,20 48:6,8,15
48:22 49:15 88:17 95:6,7
108:24 109:9,10 110:7,11
111:18,22 112:5,22 114:23
117:6,19 118:5,7,13,17,19
119:10,15 120:20 121:6,10
124:24,25 129:10,25
157:10 170:4 171:3,6
193:25 194:2 197:5,15,21
198:15,23 199:18 201:12
202:5,9,10,14,16,17,19
204:4,11,14,20,22 205:2,8
205:9,17,25 206:6,7,13,19
206:21 207:2,6,9,15,16,19
208:7,8,13,20,21,25 209:2
209:9,11 211:9,11,20 213:4
214:6,6,8,12,17 217:18,19
217:24 218:14,19,20 219:7
219:8,9,12,21 242:8 243:12
247:25 249:19 252:13
257:8,9 259:16 261:22,23
262:2,10,11 263:2,9 272:15
272:16 280:9,24 281:18,24
282:2,2,6 286:18 288:15,18
290:17,20 291:5,7,8,13,18
291:19 292:15 306:22
307:6,13,16 309:2,4 313:5
314:17
**percentage**
44:9 45:10 157:8 209:3,12
234:2,7,7,9,11 290:16
**percentages**
44:25
**perform**
92:5,15 99:2 111:23 119:6
119:21,25 132:15,25 142:7
167:8 228:5 295:8 313:24
**performance**
27:8 36:6 202:3 216:20
228:24 309:20 313:6,7
315:6

**performed**
285:4
**period**
12:21,22 15:19 22:9 25:8
30:18 34:7 49:8 70:3 71:6
73:11 74:11 82:12 86:2
102:9 106:14 118:23 142:2
168:12 171:9 172:5 175:9
177:13 225:21 228:9
246:24 273:7,8,12 274:12
301:20,23 302:2 305:4,17
314:20 315:9,19 321:3
322:25 323:9
**periodic**
178:13
**periodically**
70:9
**periods**
18:2 53:6,8 77:12 93:24
97:3 135:10 163:15 189:24
202:4 214:7 224:19 320:23
**person**
74:24 264:10
**personal**
8:3 14:11,14,20 15:6 16:3
20:3
**personally**
13:16 136:20,24 160:24
161:11 162:15 188:10,11
278:19 279:14
**persons**
3:20 4:5,19 332:12,14
**perspective**
144:10 145:7,14 148:18
243:23 281:13 329:2
**perspectives**
26:2
**phone**
3:9 68:11 105:22 200:11,14
264:12 267:20 269:19
287:14,15 305:21,21
307:23 328:5
**photocopy**
106:25 137:18 183:5
202:24 230:9 239:4 265:11
270:13 274:21 286:25
296:5 324:5 330:8
**phrase**
130:18,21
**physics**
8:6
**picked**
100:9
**piece**
56:2,20,21 183:15 255:11
256:3,10,14 326:17

**pieces**
39:6 57:2 180:11
**pierced**
90:14
**pit**
239:25 240:2 273:5,10
303:4
**place**
1:19 38:20 39:3,5 51:13
52:2 59:25 62:22 69:24,25
71:19 73:15 88:7 89:21,21
90:19,25 92:18 102:10,17
110:20 128:5,9,15,23
129:24 130:13,25 131:8
132:4 133:15 136:15 141:2
144:21 145:5,20,20,23
147:3 169:16,16 179:20
190:9,12 193:17 195:18,20
196:8 201:20,24 241:23
254:22 266:13,19,22
284:23 308:23 310:7
311:10 334:11
**placed**
90:4 107:5 255:8
**placement**
145:12,25 168:4
**places**
15:5
**placing**
145:17
**plan**
266:13,19,22,24,25 269:11
269:12,13,14
**platform**
318:14,25
**platforms**
317:24 318:9,16,17
**play**
20:16,17 231:7 257:16
304:23 305:13
**played**
100:11 306:19 330:6
**player**
271:24 272:9,19
**please**
4:4 6:16,23 183:4,10 230:7
239:3,12 265:10 274:20
275:3 286:24 296:4 328:16
**plethora**
140:15
**plot**
58:3 242:14
**plug**
36:13 44:19,22 45:3
**plugged**
44:5

[plus - preferable]

**plus**
37:12,18 44:19,22 45:3,4,4
45:4,6 73:16 243:11

**pm**
111:13

**point**
10:15,16,18 13:6,14 14:6
18:3,14 21:19 38:17 42:4
43:17,19 44:9,11 49:21
68:5 70:13,18 77:6 78:21
78:25 90:14,20 91:11,12
93:21 97:13 100:25 101:6,7
101:8 103:8 104:25 105:13
118:16 120:14 127:16
138:9 139:23 142:25
153:17 169:23 176:4
188:15 190:2,4 198:23
201:4 204:13 208:3 219:16
236:19 243:2 246:20 248:9
253:25 263:20 273:25
280:20,23 281:9,12 282:13
290:12,15,16 291:13
294:21 300:20 301:20
316:12

**pointed**
93:19 323:8

**pointing**
164:17 168:13

**points**
42:7,12,13 43:5 73:17,17
73:18 91:13,14,16,17,18
96:21 97:9,15,21,22 99:14
122:20 140:23 142:11
154:9,10 164:25 186:13,14
257:4,5,12 262:15 327:7

**poorer**
303:19

**poorly**
32:7

**pop**
94:15,18

**portfolio**
21:4 33:13 40:18,19 41:23
42:21 43:2,25 44:10 46:5,9
46:12 57:23 61:2 84:19
85:18 102:25 103:13 111:7
112:21 113:15 114:18
115:5 116:2 119:5 120:15
120:23 122:5,8 126:23
127:6 130:25 132:14,20,25
135:6,12,23 140:17 143:25
146:11,15,18 147:9,18,23
148:8,22,23 149:18 150:19
150:23 151:3,17,25 152:13
153:11,14 154:7,12 157:9
157:21 161:2,17,19,23

**portfolio (cont.)**
162:7,11,19 164:12 165:15
165:20,23 166:7,12,19,22
167:8,10,14,21 168:10,19
169:4,7,22,25 170:8,10
171:14,19,22 172:19 173:3
173:5,21 174:8,11 176:7,22
176:24,25 177:7 178:5,13
178:22 179:8 180:14,25
181:8,19 182:4,7,8,14,17
182:22 195:25 201:3,7
203:21 210:12,21 214:24
216:12 217:12 222:11,13
223:11,15 225:25 226:5
227:9 228:5 229:17,20
230:23 231:8 232:11,19
233:5 234:3,12,25 242:20
244:9,23 245:3 249:24
251:8,18,22 252:19 253:18
255:11,19 256:3,11,15,24
258:3,24 259:8,21,25
261:13 262:4,7,9 263:3,17
264:4 266:4 269:5 271:13
272:5 274:3 275:11 279:25
283:18 284:10,20 286:6
289:17,23 290:21 292:14
293:7 295:7,21 296:22
297:22 298:3,5,9 300:18
301:11 310:15,18,20
312:14 313:6,7 314:10
315:21

**portfolios**
306:11

**portfolio's**
177:17 178:6 209:18 211:2

**portion**
282:14

**portray**
154:2

**portrayal**
153:19

**position**
10:8,22 11:3,23 12:14 31:2
32:18 33:5 40:4 41:7 54:7
54:21 61:22,24 62:3,6,21
63:16 64:4,7,16 65:17 66:8
66:10,14 71:21,24 79:20,24
81:11 87:8,11 89:23,25
97:19 99:2 118:3,17 119:10
119:25 120:22,24 121:5,15
122:14 123:2,3,5,18,23,25
125:15,23 126:5 131:22
133:23,25 134:5,22 135:8
135:21 141:6,7,11,14
142:10,16,19 143:20,21,23
145:9,11,12 150:4 174:2

**position (cont.)**
175:4 177:17 178:6 185:22
186:3,9,15,20 189:18 190:4
192:5 194:25 196:7,9 197:7
197:9 199:16 224:17 225:2
228:13 235:13,16 236:4
238:18 245:17 247:14
252:3 258:12 264:2,3
271:25,25 284:7 301:12
304:5,5,11

**positioning**
80:20 143:11 222:11

**positions**
10:14 12:19 16:17 25:9,12
27:3 30:25 31:9,17,21,25
32:7 33:2 39:12 40:23 51:8
51:10,15,17,19,20 52:3,4,7
52:10,15,16 53:19 54:15,24
58:10 61:3 64:15 65:12,19
65:20,23 66:2,4,12 71:23
72:25 80:22,24 81:18 83:9
83:20 84:10,23 85:10 86:23
88:8 90:4 92:5,14,23 95:11
95:25 100:10,19 102:3
108:4,13,14 109:15 112:13
112:13 113:3,4 115:6
118:24 122:2,7,10 123:19
123:20 133:15 135:15
140:11,16,19,24 141:3
142:11 143:4,5,7 144:17,22
144:24 145:3,18,21 147:7
147:12 148:2 149:10,12
151:12,13 160:17 168:4
169:10 173:7 178:15,23
179:7 180:25 181:9 185:6,9
185:11,13,14,16 189:2,3
189:19 191:11 193:19
194:9,14,17 195:18 210:7
210:10 212:22 221:16
224:25 225:13,14 237:2
247:10,20 253:16 254:8
262:5 267:12,12 271:3,12
271:18 275:20 277:2
282:18,24 284:10,15
285:24 294:11,21,23 295:2
302:3 303:18 315:14

**positive**
52:6 53:22 54:8 80:21
113:13,19,21 148:13 152:5
152:6,24 214:17

**possibility**
171:5

**possible**
136:25 205:19,20 236:18
244:25 250:12 318:13

**possibly**
271:14

**post**
41:2 73:6 109:14,22,23
110:6 226:19

**posted**
184:7

**postmortem**
46:5 51:5

**potential**
79:17 88:22 140:24 167:13
167:20 168:9,18 169:4,24
173:25 175:20 176:25
177:16 178:4 182:14,16,20
186:2,4 192:2,7 193:10,25
194:4 199:15 209:22
231:17 240:13 251:17,22
252:18 254:13,18 258:18
258:24 259:7,15,25 261:7
263:16 290:4 293:6 308:7
309:12,17,23 310:4,14,18
310:19,24 311:5,7 313:5

**potentially**
107:21 161:22 281:2

**potter**
2:16 6:25 7:5

**practice**
33:12 38:4 84:12 87:13
151:16 171:13,18 224:12
228:4 237:4 254:22 255:10
255:25 256:9 258:20,23
259:2,7,10 260:14,22

**precautions**
217:18

**preceding**
31:18

**precipitated**
34:24

**precisely**
225:3

**preconversion**
125:4

**predecessor**
325:2

**predict**
144:14 243:3 312:3

**predicted**
313:7

**prediction**
90:7

**predictions**
144:16

**predictive**
199:4 246:18

**preferable**
135:21

[preliminary - put]

**preliminary**
78:3 122:13

**premature**
253:2

**premium**
22:4,7 28:7 29:12,16 52:19
52:22,23 60:23,24 61:2,5
112:3,18,20,24 113:24
114:12 115:9 119:15
120:20 149:11 191:25
202:16 208:16,20 209:10
209:12,14,16,20,23 210:5
221:15 286:14 301:15
302:11

**prepared**
19:14 295:17

**preparing**
244:11

**prerequisite**
309:25 311:3

**present**
3:8 29:4,17 52:14 65:4 94:4
104:10 133:10 200:6
238:15

**presentation**
183:15 184:17,21 187:5
212:16

**preservation**
213:5,16

**preserve**
212:18 213:9

**president**
10:16,19,21

**presuppose**
132:18

**presupposes**
133:8

**pretend**
189:8

**pretty**
14:10 21:10 22:2 29:14
30:21 34:8 38:13 39:17
70:2 73:23 87:14 101:5
103:6 164:6 222:16 254:9
264:21 278:6

**prevent**
38:18 129:24 210:3

**prevented**
315:3

**preventing**
38:23

**previous**
247:7 327:12

**previously**
99:18 245:8 310:13 320:13
321:18,19

**price**
20:22 23:11 24:2 29:2
31:11,13 39:17,18,20 40:11
40:11 52:12 55:24 88:20
89:4,13,19 90:6,13,19,25
91:6 93:12 94:19 96:15
153:20 159:6 161:6,15
173:14,15 177:9 227:11
232:9 234:19 235:24 241:4
241:6,22 242:2,6 246:14,15
246:18 273:16 290:3
293:12 321:5,9 327:14

**priced**
27:14 35:10,12,15

**prices**
93:3,20 97:18 146:2 155:4
189:23 303:20 304:20

**pricing**
16:4 23:3,9,23 24:5 36:21
46:2 56:23 57:15 58:14
93:17 98:5,5 101:18,18

**primarily**
29:19 51:14 82:10,17 83:3
84:13,24 86:8 142:13 145:5
147:11 175:11 180:12

**primary**
17:19 41:23 51:6,7 151:10
161:25 162:5,6 176:21
181:21

**principal**
51:2

**printed**
211:9

**prior**
4:8 12:11 13:14 14:12 20:8
31:3,17 39:5 66:16 68:20
98:17 104:15 108:8,18
121:4 125:9,11 127:11
128:14 134:14 138:12,14
138:16,20 163:11,19 164:4
164:7,12,18,22 208:6
236:19 243:7 245:15
259:13 264:17 274:8 286:2
295:24 296:15 308:12
323:19 325:4

**probabilities**
49:7 167:13 243:5,23,25

**probability**
47:14 60:5 244:3,5,17
245:25 246:5 323:22 326:4
327:9

**probably**
16:22 25:22 38:14 39:20
84:7 103:18 104:9 223:21
245:18,22 266:10 287:8
288:15 291:18 301:8

**problem**
156:18 314:12

**procedures**
130:24

**process**
93:7 96:17 107:22 178:16
220:11,25 267:17 294:5,7
308:13,16,21 317:5,6

**processes**
93:8 308:12

**produced**
216:19 305:2 322:13

**producing**
40:3

**product**
96:9,12 103:17 272:20

**production**
9:13,21 322:11

**products**
12:17 87:20

**professionals**
184:3

**professor**
49:6

**profile**
97:19,19 105:18 282:15
290:2 301:21

**profiles**
290:6

**profit**
54:17 91:22 144:24 145:4
174:9 228:12

**profitable**
89:24 98:9 99:16,17

**profiting**
28:3

**profits**
95:11 118:24

**program**
3:16 45:17,17,19 100:23
105:4 160:22

**progression**
17:14

**project**
9:18,20 88:21 170:14,15

**projection**
146:4

**promise**
307:19

**prompt**
302:13

**prompted**
249:22

**proposal**
108:19

**proprietary**
18:20

**proprietor**
128:20

**pros**
250:5

**prospectuses**
216:10

**protection**
237:7

**proven**
171:10

**provide**
187:17 204:8 212:19
321:11

**provided**
3:18 4:9 103:13 187:8,16

**provider**
325:21 327:5

**providers**
325:19 327:15

**providing**
3:20 105:7 187:11,14

**provisions**
5:8 7:20

**public**
1:20 6:10 12:4 195:5
331:23 334:6 335:24

**publications**
184:14

**published**
127:24

**pull**
287:14,15 321:6

**purchase**
231:5,18 234:21

**purchased**
232:7 236:10

**purchasing**
13:19,19

**pure**
38:19 88:20 99:21

**purpose**
66:5 164:3 177:3 234:24

**purposes**
124:6 175:19 258:3 262:21

**pursuant**
5:13

**pushing**
225:8 315:15

**put**
25:9 32:18,20 38:20 47:2
51:17,20 52:3,22 53:10,13
54:15 58:5,7,10 59:9 63:15
63:19,22 64:12 65:25 66:3
66:14,15 69:17 71:10,23

**put (cont.)**
76:20 79:20 80:8 83:20
84:9,14,23,25 85:2,9 86:13
86:23 87:8,10,10 97:7
103:3 112:4 118:12 121:16
125:23 126:15 128:5,9,15
131:7 132:3 135:16 136:15
140:12,19 141:3,10 147:6
147:10 151:13 163:6 165:4
165:5,6,6 169:10 182:24
189:19 190:4 195:17
201:20,24 205:20 230:5
236:17 239:8 262:13
288:20 321:17 322:8

**puts**
82:15 87:5 122:16 126:16
126:16,18,19 127:5 150:14
223:15

**putting**
31:9 71:19 100:20 141:7
147:25 187:19 238:18
309:8 310:7

**puzzle**
22:14

**q**

**q3**
187:20,20

**q4**
286:7

**quality**
273:4,10 303:4,5,10,14,24
317:17,18

**quantifiable**
65:25

**quantified**
132:3

**quantify**
192:3,8 193:15 195:23
199:14,17

**quantity**
235:20 238:19

**quarter**
184:18

**question**
25:18 28:14 29:10 42:16
60:15 74:19 78:20,22 82:4
83:5,11 85:8 87:15 106:16
123:17 130:3,17 133:5
144:7 167:25 168:23 172:7
174:22 175:17 176:15
177:15 189:11 193:3,5,7
204:6 210:24 217:25
218:16 220:5 238:20
248:17 252:21 259:5,6
262:4 282:23 288:12
312:25

**questions**
3:25 4:25 5:17,18 6:4 69:9
70:10 85:15 116:23 180:10
182:12 200:10 238:21
306:14,16 316:5 319:6,8
327:24 328:19 329:10

**quick**
162:3 273:20

**quickly**
33:25 38:13 141:25 257:2

**quite**
30:12 119:2 153:23 156:15
250:21

**quote**
37:5 157:25 158:3 189:12
189:14

**r**

**raise**
148:11

**ran**
65:18

**random**
100:10

**randomly**
102:13

**range**
213:22 221:13 253:17
301:13

**ranged**
272:14

**rapidly**
22:2 29:14 34:8 63:10
92:21 242:3

**rare**
51:24 166:24,25 242:10,14
242:18 320:23

**rate**
57:16 59:8 89:2,14 317:7

**rates**
320:22

**ratio**
61:18 66:8 81:23 85:11
86:17 108:23 111:14
125:15,23 126:5,15,18,22
153:6 185:17 223:18,19
224:13,24 225:19 226:24
247:20 253:22 254:24
255:12 283:3,7,12

**ratios**
89:4 134:22 224:6 253:7
254:17 256:18

**rattled**
30:15

**reach**
132:5,7

**react**
259:3 260:16

**reacted**
31:23 32:7

**reacting**
69:14 258:17 259:3 260:8
260:12

**reaction**
38:10,11 39:12 171:4,6

**read**
17:2 78:5,8,9 106:17
116:20 123:7,9 162:24
163:2 186:25 265:16
270:18 328:11 331:8

**reads**
266:3

**real**
19:20 29:23 59:2 69:15
71:18 87:18 93:20 101:18
117:21 144:4 198:23 205:3
310:9 311:16,21,24

**realized**
36:16

**really**
15:10,23 17:10,18 22:24
25:18,24 39:4 44:3 47:7,8
47:24 51:11 52:21,23 54:25
63:21 65:13,16 66:9 69:7
70:7 72:9,11 76:6 93:15
95:8,10 100:20 101:25
103:14 108:17 114:10
119:2,17 124:6 128:22
129:5 133:21 139:11
142:21 144:15 149:21
152:3,4 176:22 196:13,21
200:21 215:24 216:2 219:6
222:13 227:3 235:11
236:16 241:19 244:25
246:22 249:20 250:23
261:20 299:24 326:17

**reason**
20:10 88:14 120:12 165:18
165:25 213:7 226:22
233:20 245:19 284:9 294:6
294:8 335:5

**reasonable**
145:23 149:12 213:9
215:18 223:17 247:21
276:2 279:9

**reasonably**
15:17 69:16 78:24 79:21,25
290:13

**reasons**
276:12

**rebalance**
236:25

**recall**
16:6 21:6 30:7,19 31:20
34:15 46:14 63:21 66:16
69:23 73:10,11 76:18,24
77:5 78:11 81:20,25 82:5
83:8 84:4,12,17,22 85:2,3
86:7 99:10 101:3,7 104:9
104:21 105:24,25 110:17
121:7,9,23 136:13,16,21
137:9,12 138:9,11,19
139:19 146:8 164:2,4,10,21
166:2 172:11,16 173:24
175:18 180:9 181:3,5 184:6
187:10,14,18 188:5,18
196:2 201:9 202:7 219:18
219:23 222:18 224:23
225:3,4,6,12,16,17,23
226:3,9,10 227:5,8,12,17
227:18,22 228:14,15,18,19
229:15,18,25 230:2 234:2
234:25 240:6 245:4,10,11
246:10 247:2,22 248:2
249:12,16 250:13,19 251:2
252:17 256:12 259:14,23
260:6,8,12,20,25 262:17,24
263:7,12 264:20 265:5
266:6,14,17 267:4 268:6,9
268:13,22,24 269:18,23
270:20,24 271:5,9 273:2,6
273:8 275:4,7 278:10,14
279:15,17,21 283:3,10
284:6 285:8,10,13,25 286:4
287:5,8 288:8,13 289:11,15
289:18,22,25 290:8 291:11
292:13,17 295:5 296:16,18
296:21 297:2,3,7 298:11,13
300:11 301:9,22 303:2
324:19,21 325:20

**recalled**
102:14

**recalling**
262:22 291:14

**receiving**
270:20 300:8,10,11 306:4

**recency**
314:23

**recess**
74:18 134:10 223:7 273:21

**recognize**
107:7,10,22,23 137:24
203:12 230:13 288:22
296:10 319:23

**recognizing**
27:2 108:20 117:14 147:13
162:3

[recollection - restructured]

**recollection**
14:24 15:11,16 34:6,19
67:22 86:16,20 204:2 212:7
212:12 223:9,10 245:14
247:9,13 263:15 275:9
279:7 287:18,22 290:11
295:3 297:9 298:24 302:9
303:8 317:22
**record**
6:16 7:10,11 18:16,17 40:9
74:17 78:9 99:3,5,22
106:17 123:9 134:9 168:13
189:7 202:4 211:19 213:18
216:20 223:6 239:16
250:25 305:12 315:6,25
316:3 324:13 328:2,25
329:24 330:2,4,13 331:12
331:15
**recording**
99:8,11
**records**
45:21 83:12 128:22
**red**
148:12 228:16 229:16
284:14
**reduce**
110:23 193:24
**reduced**
111:18 233:4,9 286:18
**reduces**
111:13 198:13
**reducing**
196:9
**reevaluated**
38:2
**refer**
23:16 202:2,11
**reference**
202:10 277:17
**referred**
37:2 232:6 264:9
**referring**
23:5,20 24:23 63:19 96:4
101:9,16 133:24 136:9
188:15,23 191:12 193:18
198:17,18 209:9 224:3
251:2 257:21 266:7,18
267:10
**refers**
124:4 190:8 206:5,7 326:12
326:16
**refine**
17:23
**reflect**
94:20 112:17 113:23
189:15 220:10,25

**reflected**
120:9 139:3 299:13
**reflects**
36:20 239:17 275:18
324:14
**refresh**
203:25 245:13 247:8,12
275:8
**regarding**
4:25 175:3 195:18 250:17
**regardless**
148:4 212:20
**regime**
30:10
**region**
62:2 174:10,11
**registered**
18:16 19:13 184:2
**regular**
14:10 49:22
**regularly**
151:6 160:16
**regulated**
4:17
**regulations**
5:9
**regulator**
76:7
**relate**
109:21
**related**
109:23 334:18
**relates**
48:13 142:22
**relating**
126:22
**relation**
245:5
**relationship**
24:3 52:11 118:21 157:19
157:22
**relationships**
53:12
**relative**
44:10 135:22 216:21,22
228:11 240:22 248:9
276:15,19 284:10 292:23
305:16
**relatively**
29:22 39:20,24 70:3 158:10
158:16 215:8 216:19
**relevant**
43:6 210:16 326:10
**reliable**
24:11 25:6 26:22 28:5
161:14

**relied**
25:3 170:20 223:3
**reluctant**
217:21
**rely**
157:4 171:7,8
**remained**
73:22
**remaining**
186:6
**remember**
8:25 9:4 11:9 12:15 19:2
23:12 31:21,23 32:24 34:18
34:25 37:4,9 67:11 69:14
70:25 74:10 82:25 83:6
86:10,12 101:23 103:22
104:25 105:7 108:18
126:14 149:2,3 163:14,24
164:8 223:15 225:9 226:16
228:20 229:5,7 248:11,18
250:15 252:10 259:17
266:15,23 269:9,10,13
270:22 274:6,6 275:13
278:22 281:7 286:8 288:19
290:22 292:25 294:18,19
295:10,21,23 296:2,19,24
300:4,5,7 301:18 302:20
303:7 316:9 318:4
**repeat**
81:13 106:15 113:14
297:21
**repeatable**
24:11
**repetitions**
99:12
**rephrase**
28:14 288:12
**reply**
276:2,4
**report**
14:7 114:25 128:21 137:5,8
137:10,13 138:6,10,20
162:2 163:6 164:15,17
165:5 300:6
**reported**
14:8 139:25 303:15
**reporter**
334:6
**reports**
16:24 163:4,8,16,18,23
164:9 165:10,11,12 300:3
**represent**
56:19 185:15 307:15
311:17,19
**representation**
142:9 319:17

**representative**
68:16
**represented**
6:19 204:3,17 235:15
236:19
**representing**
7:7 201:10 307:25
**repurchase**
302:19
**request**
7:12 322:11 329:15,20
**requested**
7:16 78:10 106:18 123:10
**require**
109:17 198:9 205:23
206:11
**required**
110:6,14 199:9
**requirement**
109:6,7 111:17,18,20
**requirements**
109:20
**requires**
133:11 190:7
**requiring**
109:13
**research**
17:2 27:15 61:9,20 89:5
97:2,10,15,16 100:17 102:5
102:5 246:16 325:18,20
327:5,15
**reselling**
302:19
**resolve**
90:11
**respect**
51:17
**respectfully**
210:23
**respond**
312:14
**responded**
252:20
**response**
69:2,3 133:5 222:8
**responsibilities**
10:24 14:19 139:21
**responsibility**
68:14 320:5
**responsive**
170:25
**restrict**
117:11,23
**restructured**
69:6

**[result - schmidt]**

**result**
18:6 96:16 132:10 281:19
281:20 284:16 291:8
308:22
**results**
38:9 167:14 308:15 311:11
311:11,16
**resume**
11:10,21
**retail**
12:25
**retains**
101:17
**retreating**
245:18
**retrospect**
284:18
**return**
21:6 25:13 60:25 215:6
**returns**
212:19 214:16,17
**revenue**
237:10
**reversion**
26:19 240:14 243:6 320:16
321:5 323:2
**reverted**
320:25 321:2
**reverting**
25:2
**review**
3:21 4:11 11:21 107:14
138:24 203:6 239:12
248:13 275:3 324:11
**reviewed**
84:18
**reviewing**
324:13
**reward**
254:13
**rieger**
239:21 240:3
**right**
24:9 28:12 36:15,23 37:17
38:4 41:3 45:6 47:18,19
48:4,18,20,22 53:4 56:10
59:18 77:22 82:23 84:3
86:6 91:22,23 94:9 95:20
96:19 102:7 103:25 104:4
114:8,22 115:24 118:14
120:3 121:12 124:17
126:17 144:3 147:17
156:16 157:13 158:14
162:8,20 168:20 189:3,10
191:9 194:23 195:8,15,20
197:2,10 198:6,10 205:22

**right (cont.)**
207:13 214:13,14 222:19
224:15 229:11 230:4 241:7
241:12 244:20 245:12
253:9,23,24 255:9,20
256:23 280:19,21,22,25
282:20,24 283:16,19,25
284:2,4 287:12 288:7 305:4
313:11 318:23 323:15,16
**rios**
140:2 187:22 239:19
324:16
**rise**
24:20 25:10 26:20 302:4,5
302:8
**rises**
92:21
**risk**
38:16,19,20,24 39:3 51:12
51:25 52:14 53:7 63:9,14
65:8,9,24,25 66:10,12,14
66:19 71:19 74:22 88:11
90:3 92:18,24 97:18 102:24
103:4,8,10,12,13,20 104:16
104:18,20,23 105:4,7,21
106:4,11,13,19,21,25
107:12,16,17 108:6,15,21
108:25 110:21 111:19
112:7,10 114:10,21 115:5,7
115:8,11,12 116:3,5,8,17
119:11,16 120:19 121:14
121:18,21 122:7,10,14
123:2,5 124:6,23,25 125:13
125:25 127:25 128:8 130:8
130:13,18,19,20,22,22
131:5 132:13 133:7,22
134:15,16 135:3,7,8,14,25
136:2,3,15,19,25 137:13,18
138:4,4 139:22,24 148:6
150:13 163:6 164:11,13
165:5,20,23 166:6,9,14,16
167:6,16 168:5,9,14,16,19
169:9,11 171:8 173:14
174:15 177:14 181:7,21
185:3,4,15,25 186:10
187:15 188:17 189:5,21,24
190:3,4,7,8,12,13,16,17,18
190:20 191:4,13,15,20
192:18 193:19,20 195:4
197:25 198:12 199:3,3,6,7
201:7,16,18,20 202:3,12
205:7,14 207:20 210:21
221:5,11 222:2,5,24 223:4
228:21,23 229:2,20,22,23
233:3,19 234:3 237:13,22
237:23 238:2,4,11,13,15,17

**risk (cont.)**
246:22 248:12,16,19 249:2
249:5 250:2,21 252:24,24
253:3 255:4 257:16,22
258:10,15 260:17 264:8,14
264:17,18,21 266:7,11,13
266:20 268:3 271:15 274:2
275:10,18,22 276:3 277:3
278:7,9,12,16 279:5,10,16
282:15,22 284:12,19,22,23
285:6,10 286:2,12 289:12
290:2,6 295:15,18,20
297:23 298:5 301:11,21
302:10,22 307:3,4,7 310:7
310:22,24 311:9 313:19,23
314:6,9,15,21 315:10,16,21
317:16 319:13,16,24 320:3
320:5,7 332:16,18
**risks**
63:2,6,7,16 289:17,23
**risky**
317:14
**rock**
204:8
**role**
12:12 13:18 17:15 105:12
106:5 231:7
**roll**
258:8
**rolled**
231:20 233:11 255:22
**roof**
102:11
**rose**
34:8 52:13 325:13
**rough**
89:2
**roughly**
9:23 11:14,18 13:16 17:21
21:8 30:17 34:20 48:6 67:2
67:5 139:17 162:18 163:22
211:9 298:11
**routine**
135:5 177:19 178:12 254:4
**routinely**
247:4
**rsi**
240:21 246:12 327:17
**rubric**
115:13
**rule**
129:16 197:21 198:23
**rules**
93:13 95:15,18 96:4 109:24
178:12 187:2 188:21,22
189:13,17 191:6,8 193:17

**run**
75:7 167:11 283:20
**running**
152:10 155:20

**s**

**s&p**
20:9 30:9,16 32:2 39:22
40:15,16,20 47:10 55:21
89:14 108:5 212:22 217:2,3
217:12 228:6 253:17
262:10,11 263:2 271:4
272:10 280:2 290:12,15,20
291:7 292:15 293:15,16
295:9 321:9 324:25 325:2
325:12
**sale**
232:8
**sales**
10:7
**salespeople**
200:5 305:19
**salesperson**
200:9,15
**sam**
3:3 86:5 193:8 209:8 265:8
270:3
**samuel**
2:6
**sat**
98:22 179:11
**satisfied**
99:11
**save**
165:7
**saw**
100:10 263:4 301:13,15,16
**saying**
31:11 36:9 41:22 48:14
215:15 219:23 254:14
261:21 284:14
**says**
111:6,13 121:16 145:18
147:20 148:5 177:19 184:2
187:2 193:14 197:25 198:4
198:12 204:7,10 212:18
242:9 243:9 266:12 277:25
279:7 297:9
**scaling**
189:21
**scenario**
42:20 43:2 80:14 171:2
219:5 243:17,20 311:19
**scenarios**
80:3,4 143:19 149:17 244:4
**schmidt**
2:13 3:13

scholes
23:6,8,10 55:23
school
8:20,21,22
schoonover
248:23 300:14,15
schwulst
203:17
se
29:16 136:2
sec
3:8 4:10,16 178:25 179:11
179:14 180:3
second
23:24 43:7 47:3 56:20,21
179:10 186:25 233:23
235:2 265:18 266:2 278:18
315:24 326:15
secondarily
145:9 213:12
secondary
51:9 52:20
seconds
305:11
securities
2:9 7:21 14:16 20:12 57:19
security
40:12,15 218:12 219:10,13
seeing
147:16 154:6 263:16
seen
107:9 184:20 211:22 216:6
243:17 296:11 319:25
320:13
select
215:23
selected
102:13
selecting
117:19 189:2
sell
16:9 28:6 55:2,3,3 60:21
61:8,17 62:14,15 81:23,24
93:4 96:20 122:22 146:3
185:19 197:23 232:24
237:14
selling
22:4 28:2 53:3,10 60:11,12
64:17 71:10 81:15 122:21
150:10 233:14 234:17
235:8,18,22 237:19
seminars
22:17 97:11
sending
240:6 275:5 324:20

senior
2:14 14:7
sense
176:13 200:20 217:6
221:21,25 228:2,4 261:3
267:7 272:8 276:8,13
321:23
sensitive
227:14 293:12,16
sensitivity
32:22 158:7,10,16,20 159:3
159:5,8 209:18 210:11
211:2,5
sent
239:18
sentence
277:22
sentiment
246:20 327:15
separate
250:24
september
76:16
sequence
9:4
series
232:22 252:7
served
9:11 234:24 258:16
session
134:12 325:9
set
18:16 28:20 39:3 51:15,25
142:12,13 187:2 188:21
189:12 199:6 200:14
236:22 255:14 258:15
308:13 334:23
sets
144:6
setting
202:17,19 205:2
settlement
161:6,15
seven
11:20 107:25 232:22 284:3
286:20
seventh
125:13
severe
39:11 247:21 291:19
shank
2:12 3:11,11 4:8,13,24 5:21
7:14 21:9,14 25:14 26:3,14
26:18 33:7,11,21,25 34:10
41:14,16,20 42:2,9,14,18
43:11,21 44:8 46:11,16

shank (cont.)
47:2,12,18,20 48:12,21,25
49:16 50:16 53:20 71:3,9
72:2,23 73:4,24 78:5 79:3
80:13,17,25 81:4 84:18
92:3,11 94:25 98:12,20
99:4 100:7,13 101:20
103:19,23 104:2,5,13,15,24
116:22,25 117:5,25 118:14
119:9 121:2,9 123:17
124:12,19 127:3,9,15,23
128:7,12,14,25 129:15,20
133:13,24 134:3,7 154:14
154:19 155:12,22,25 156:9
156:13 159:11,17,23 160:3
160:6,10,14 166:13 167:3
167:11,18 168:16 169:2
172:6 174:21,25 175:7
178:24 179:4,13,21,25
180:7,15,22 181:6,12,25
182:11,19 183:22 194:8,13
194:21,25 195:7,10,14,17
195:22 196:4,24 197:6,16
197:20 198:6 199:13
208:11,17,21 209:13 211:6
211:14,17,25 212:13,17
213:2,21 214:2,11,15,23
215:10,14,19 216:6,11,21
216:24 217:3 220:4,7,10,16
220:21,24 221:4,8,17 222:4
225:5 226:7 237:17,24
238:6 243:2 248:3,6,19
249:4,9 250:8,15 260:23
261:2,5 263:14,21 264:7,13
264:22,24 265:3,8 272:8,12
274:9 280:5,18,23 281:3,16
281:22 282:6,9 299:21
300:2 307:22 313:10,13,15
313:22 314:13,19 315:7,12
315:23 319:10 322:10,14
322:18,21 323:14 332:8
shape
79:16 93:9
share
260:18
shed
119:20 132:14
sheds
132:24
sheet
107:17
shift
71:5 72:23
shifted
22:5 29:15

shock
29:21,22 31:24 35:3
shop
98:18
short
17:4 31:8 32:10,10,12,14
32:19 33:3,4 51:20 52:8
53:13 54:13,16 61:24 62:6
62:11,23 63:11 66:14 80:15
81:5,8,10 86:18 88:10
90:19 91:2,6,13,17,21,24
94:12 96:21 97:5,6 113:4,7
113:11,15,24 114:3,15
115:14,19,22,22,24 116:6
116:11,19 118:17 119:10
119:25 120:21 121:5 123:2
124:15,16 125:14,22 126:4
126:16,19 145:6 150:10
151:12,15 185:13,14,25
186:6,13,15 197:8,13
199:18 212:22 213:15
227:10 233:4,14 234:3
237:2,5 240:15,17 244:20
254:23 255:6 258:4 281:15
281:17 283:15 292:23
293:3 302:19
shorter
236:4
shorthand
57:13 334:6
shorts
33:3 53:17 66:11 122:25
197:2 236:8,9,11,20,21,24
show
278:8
showed
263:5
side
10:14 26:15 58:21 63:17
77:22 79:11 88:10 92:24
93:25,25 150:10,11
sideways
61:22 79:13 89:25
sifting
93:7
sigma
34:23,23 35:4,7,7,20,21,23
35:25 36:10,11,13,15,23
46:17,24 47:2,25 48:7,13
242:7
signal
110:15 117:17 120:13
169:14 190:14 191:13,20
193:21 285:14 326:24
signals
191:21

[signature - spreads]

**signature**
203:10
**significant**
39:18 62:23 71:5 73:5,12
83:16 155:14 226:11 252:3
295:16
**significantly**
88:4 196:8,17 252:12 281:4
**similar**
10:24 21:23 70:23,23 72:12
107:9,20 126:21 147:16
231:24 272:23
**simple**
30:3 55:2 119:3 157:15
218:16
**simply**
23:18 28:6 38:9 45:10
66:13 97:16 98:22 99:2,11
124:9 126:25 128:22
132:19 133:9 161:25
171:12 178:5 196:18 218:8
**simulations**
167:12
**simultaneously**
87:7
**single**
34:4 117:12,24 124:22
131:7,14,20 154:22 169:18
186:9 189:22,25 191:18
201:25 202:6,21 204:14
205:4 206:14 207:20 208:2
210:14 212:8 213:3,3,23
214:16 249:16
**sit**
178:25
**sitting**
89:10 170:7 277:12,14,18
284:18
**situation**
190:7 200:10 210:2,20
218:24 238:23 268:17,20
269:2
**situations**
113:10 253:3
**six**
11:20 20:16 211:11 220:7
220:23 232:6 284:3 286:18
**sixth**
123:16 124:23
**size**
13:9 37:7 67:2 122:8
123:18,20 130:14 131:3,23
225:2 267:7 271:17 283:11
284:6 300:22 301:13 304:5
304:7,9,13,18,21 317:17

**sized**
72:25 272:23
**sizes**
317:19
**sizing**
13:10 71:21 189:18 196:7,9
**skill**
18:4 20:14
**skills**
201:2
**slice**
173:3
**slide**
183:5 332:19
**slightly**
206:17 212:10 294:11
**slippage**
117:20 204:15,25 205:12
205:13
**sloping**
77:22 95:20
**slow**
242:2
**slowly**
61:16
**small**
14:9 234:7 240:11
**smallest**
124:3
**soft**
316:7,11,16,22 317:10,20
318:2,7
**software**
23:13 44:14,20 46:3 53:24
101:4,13 158:2 161:7
162:23,24 163:3 165:3
180:11
**sold**
28:17,22 31:14 232:16
236:13,14
**sole**
128:20
**solely**
210:6
**solid**
204:8
**somebody**
188:6 218:17,19 271:11
300:9
**someday**
80:10
**somewhat**
14:17 117:18 326:13
**soon**
147:18 257:19

**sophisticated**
200:23 307:19
**sorry**
26:9 35:23 41:14 42:19
76:22 83:18 90:24 91:14
92:11 101:6 111:11 151:19
160:12 175:13 193:20
202:12 220:19 236:14
257:9 259:5 264:7 265:8
288:17 313:14
**sort**
17:22 25:19 34:11 46:24
54:11 87:9 89:15 94:4 95:3
100:16 103:12 132:8,21
144:15 251:23 271:20
**sorts**
314:7
**sound**
195:14 229:10 283:16
**sounds**
196:13 252:14 305:17
**source**
86:11 131:21 314:25
**sources**
246:17
**space**
14:2,18
**speak**
128:21 201:13
**speaking**
86:4 90:18 140:9 149:7
179:19 194:6 226:17
307:23
**speaks**
111:5
**specialist**
2:14
**specific**
31:21 37:23 81:25 96:4
101:23 102:6 118:10
119:21 121:25 131:11
135:18,19,19 149:9,10
152:2,4 157:5 163:15
172:25 175:17 187:2
188:21,22 189:12,17
190:16,18,21,23 191:6,8
226:16 240:8,19 245:11
247:23 252:2 253:18
257:20 258:25 260:11
263:15,20 268:7,9 269:23
270:23 271:6 290:10,22
294:19 308:25
**specifically**
11:3,5 20:11 31:16 54:3,19
75:21 86:15 90:5 91:5
104:22 106:20 107:10

**specifically (cont.)**
111:20 112:3,9,23 119:4
121:16,23 122:9 130:14
131:2,13,19 132:24 134:21
135:10 136:12 149:2 151:8
153:9 154:11 164:8 172:21
173:6,20,24 182:12 183:17
186:25 188:18 202:7
206:18 219:18 226:23
229:18 230:16 234:23
241:13 244:5,15 246:10
247:2 256:12,17 257:23
258:2,22 259:23 262:23
268:4,13,22 269:3 273:13
273:23 275:7 276:24
278:24,25 279:21 285:22
286:4,7,15 288:24 290:18
293:15 295:18 300:6
303:13 304:4,17 307:5
309:11,16,22 324:21
**specificity**
85:16
**specifics**
77:3 82:6 227:23 228:19
249:12 268:24 269:10
285:13 291:15 292:17
321:12
**speculation**
271:20,22,23 272:4
**speed**
267:7
**spell**
6:16
**spelled**
6:18
**spend**
61:21 150:11
**spent**
19:6
**spike**
34:2 181:24
**spikes**
25:3 62:9
**spoke**
248:10 307:21
**sport**
20:16
**spot**
87:21 88:2,5 295:14
**spread**
71:10,13 73:16 88:11 91:11
91:19 93:13 96:14 122:19
123:23,25 124:9 186:8
231:14,17 232:3 233:2
**spreads**
30:3 31:4 38:22 39:3,9

[spreads - suffered]

**spreads (cont.)**
53:11 58:5,16 59:10 60:3,5
64:6 66:8 71:16 72:13
89:21 96:24 102:18 150:10
154:24 223:18,19 224:13
225:19 226:24 253:23
254:24 255:12 267:11
268:5 283:3,7,12

**spreadsheet**
139:4 296:5 299:14 333:10

**spreadsheets**
98:14 99:8

**spring**
82:9,13,16

**spx**
242:10

**ss**
331:4 334:3

**staff**
3:5,8 7:16 75:4 179:2,5,12
179:15,22 180:3,10,16,23

**stamped**
107:6 137:22 182:25 203:5
230:6 239:9 265:14 270:11
274:24 288:21 296:8
304:24 324:9 330:6

**standard**
35:5,16 47:13 241:3,14,15
241:23 242:7,15 328:11

**standing**
249:2

**standpoint**
22:17,23 38:19 52:16
149:24 174:15 217:14
314:23 320:7,8

**stands**
240:22

**stanley**
6:17

**start**
8:2 39:7 53:6 60:2,13 91:7
118:2,15 137:7 147:8
156:23 205:6 206:20
226:24 302:5

**started**
15:14 17:21,22 19:4 23:13
67:23 97:8,12 101:3 103:24
104:11 131:19 137:11
138:7 166:4 225:18,22
229:9 275:9,14 278:15
287:6 302:3,7

**starting**
67:6 138:10 234:16 305:10

**starts**
62:20 87:25 186:15 188:16
304:13

**state**
1:20 6:10,15 7:24 115:14
205:19 334:3,7

**stated**
126:15 133:18 204:18,21

**statement**
3:19 4:5 67:18 77:14 82:20
165:9 181:4 185:7 194:3,7
202:3 207:14 208:4 221:11
275:24 276:5,6,25 277:5,19
315:22 332:12

**statements**
218:9 325:24 329:4

**states**
1:2 2:3,9 185:3,4 187:20
325:8 331:4

**stating**
188:20 206:24

**statistical**
49:22

**statistically**
246:18

**statistics**
16:25 47:23 49:5 50:8
88:13 212:6

**stats**
46:23 49:6 321:17

**stays**
155:6

**steep**
87:16

**stenographic**
334:16

**stenographically**
334:14

**step**
110:17 220:16 221:4
237:18

**steps**
245:23 313:23

**stick**
308:14 320:6

**sticking**
22:9

**sticks**
284:16

**stimulated**
17:15

**stock**
89:20

**stood**
173:21

**stop**
17:11 117:16 130:10
190:24 218:14 219:10
221:23

**stopped**
15:14

**story**
19:18 201:19

**straight**
90:6

**strategies**
27:24,25 58:12 64:20,25
65:3 85:19 105:17

**strategy**
7:18 21:21 22:11 27:21,22
50:20,24 52:17,18,25 54:10
57:4 58:15 60:8,9,16,20
63:3,5,8,9,18,19,23 69:10
69:11 70:23 71:5,15 72:10
72:12,17 73:5,13 74:6,14
75:16,24 76:5,11,20,21
77:7,9,16,20 78:4,13,22
79:2 80:19 81:2,5,22 82:11
82:18 83:3 84:14,15,24,25
86:9,11,14,17,22 92:10,19
95:6 96:5,7,11 99:13,16
102:22,23 107:12 108:3
122:20 142:22,24,25 143:3
144:8,9 153:6 170:9 171:7
183:16,17,18 185:4,5,17,18
185:20 188:17 196:22,23
198:25 200:8,13 201:5,6
211:23 212:4 215:4,5,22
237:21 238:15 251:8
268:15 269:11 276:10,11
280:7,8,11 281:4,8,10,12
305:20 317:13

**stream**
215:6

**strength**
240:22

**stress**
220:18 221:5 222:4,24

**stricter**
51:16

**strictly**
28:3

**strike**
90:19,25 91:6,11,14,20,21
91:22 93:3 96:15 146:2
189:23 214:22 227:10
231:6 232:9 233:9,18,24
234:18 235:24

**strikes**
91:24 96:21,22 135:19
144:21 254:23 258:4,5
292:23 293:3

**strong**
24:3 199:4

**structure**
51:13 57:6,16 64:3 77:21
79:16 87:2,16 93:9 95:23
135:22 140:22 152:13
180:8 186:8 193:19

**structured**
178:12

**structures**
57:22 71:16 152:20 190:2

**struggle**
290:9

**struggling**
73:10 238:23

**study**
24:25 326:12

**studying**
315:5

**stuff**
12:13 69:7,18 136:7

**sub**
18:12

**subject**
53:5 141:14,16 265:25
324:16

**subjectively**
272:22 304:2

**subjectivity**
178:14

**submit**
188:4,10

**submitted**
188:2,11

**subpoena**
5:14,24

**subscribed**
331:20 335:21

**subsequent**
9:2 12:18 250:22 309:6

**subservient**
174:13

**subsides**
87:11

**subsidiary**
12:6

**succeed**
297:13

**successful**
21:2 307:11

**successfully**
199:12

**sudden**
51:24 87:24

**suffer**
244:24

**suffered**
118:18 121:2

**[sufficient - theories]**

**sufficient**
69:14 313:19 314:14
**sufficiently**
87:10
**suffolk**
334:4
**suggest**
143:21 155:14 311:9
**suggested**
65:22 70:16
**suggesting**
80:14 205:5
**suggestions**
250:6
**suggestive**
119:16 241:25
**suggests**
169:15 205:15 206:16
208:5 213:19 245:16
**suite**
2:10,23 135:11 247:3
**sum**
33:2 54:5
**summaries**
265:4
**summer**
82:16 84:11 86:8 285:20
**sunday**
265:19
**supervised**
13:24
**supervising**
10:25
**supervisor**
9:14,17 14:6
**supplemental**
4:18,21 332:13,15
**supplemented**
140:3
**supply**
10:19,20 11:2 12:13,20,22
13:18 16:24 17:15
**support**
300:19
**supposed**
176:10
**sure**
8:5 23:19 27:22 43:13 45:2
45:14 50:21,25 58:11 64:2
68:11 69:24 70:2 76:12
78:24 79:7 86:13 114:9
115:10 121:20 126:16
136:20,22 138:15,25 140:2
153:25 164:6 167:7,24
175:16 196:18 203:7
215:18 220:6,14 227:6

**sure (cont.)**
229:14 235:5 236:16
251:19 252:10 265:7 270:8
272:21 289:6 296:19
302:21 304:2 306:12
312:10 321:22 322:21
328:13
**surfaced**
245:19
**surmising**
263:21
**surprise**
286:5
**suspect**
74:12 225:4
**switch**
17:13 156:8
**sworn**
6:9 331:20 334:12 335:21
**system**
318:3
**systematic**
95:7,9
**szilagyi**
70:14 104:22 105:5 188:8
248:23 251:7,10,16 275:5
**szilagyi's**
277:20

**t**

**tactic**
237:13
**tactics**
187:3 188:21,23 189:13,16
189:17 191:6,8 193:17
216:18 268:2
**taken**
1:17 37:19 74:18 110:23
111:2,16 129:13 134:11
148:21 166:5 169:17,20
170:22 223:7 250:14
273:21 331:9 334:14 335:4
**talk**
35:24 47:25 48:2 63:5
69:20 77:15 123:19,22
143:2 196:12 202:13
246:15 281:7 315:23
322:17
**talked**
57:8 70:20 126:25 134:15
141:20 257:25 276:12
316:12
**talking**
36:4 45:14 118:11 130:20
181:14 198:14,17 276:24
277:22 281:24

**talks**
197:4 240:21
**target**
89:13 196:15
**targeted**
130:14 131:13,17 190:17
**targeting**
217:17 218:3
**team**
9:23 266:5,7,11
**tech**
243:10
**technical**
88:23,24 89:18 240:16,19
246:14 327:16
**technically**
194:6
**technicals**
141:2
**technique**
28:5 73:20 97:4 233:3,17
312:10
**techniques**
22:18 23:5 24:15 28:8
29:11 38:21 72:13 269:16
**telephone**
2:15
**tell**
19:18 44:20 45:25 55:23
59:10 78:17 82:20 84:16,19
99:23 111:22 122:4,6
130:17 135:18,20 142:5,6
149:3 169:19 170:21
172:20,22,25 173:7,9,20
174:14 177:6 179:5 180:23
190:25 191:25 192:6,10,13
193:9,11 200:17 201:15
209:17,21 210:10 211:4
227:6 231:19 238:24
295:12
**telling**
48:19 56:3 171:25 192:19
202:8 218:17,19 219:19
262:8,25 263:8 270:24
296:12 306:2 326:7
**tells**
87:2,3 119:5 209:24 210:13
210:20,25 324:17 325:22
**ten**
30:11,20 34:2,21 35:11
36:10,24 42:7 43:23 57:24
58:2,17,20 62:5,6 73:17
80:8,12 101:19 196:11
199:10 202:5 252:13,25
313:11,17 314:2,14,19
315:9,13,19 320:9,19

**tend**
90:17
**tends**
28:4
**tentatively**
71:2
**term**
57:6,16 77:21 79:15 87:2
87:15 93:9 95:23 140:21
240:15,17 242:23 244:20
**terminology**
126:17
**terms**
20:22 24:11,24 25:7,11
38:22 53:3 57:22 58:4
62:18 65:11 66:23,24 73:15
117:22 133:17,20 156:22
170:19 176:11 199:4
254:14 290:3,16 312:9
317:4 320:2,22
**terrence**
2:14
**terry**
3:14
**test**
92:4,8 98:6 101:11 102:13
313:23 317:10
**tested**
99:23 100:2
**testified**
6:11 210:4 247:16 257:13
259:18 290:24 301:19
326:2
**testify**
144:18 179:24
**testifying**
245:9
**testimony**
4:9 5:4,12 7:15 193:24
222:18 305:7 327:13 331:9
334:9,13,14
**testing**
92:12 97:23,25 100:18
101:15,21 314:7
**text**
203:8 239:10 275:5
**texts**
239:12
**thank**
329:7,13,23
**theoretical**
36:5 110:5 111:21
**theoretically**
36:3 59:4 63:16 186:4
**theories**
93:18

**[theta - traded]**

**theta**
39:15 41:4,5,6 52:24
141:19,21 146:14,18,20,23
147:4,5,13,19,20,24 148:4
148:6,7,10,13,15,22 149:8
149:14,24 150:12 151:18
152:6 154:6 155:8

**thing**
5:22,22 15:11 23:23,24
36:8 39:10 46:17 48:6
49:10 58:3 83:10 93:5
94:12 96:25 125:17 152:9
170:18 231:18 297:18
301:15,16 305:25 306:25
316:18,22 317:2 323:5,7

**things**
9:4,20 26:25 37:25 38:2,15
38:25 44:24 46:6 49:22
51:13 54:25 55:15 57:5,20
58:21 59:16 60:15 77:11
79:9 87:3 88:21,24 89:3
93:6 119:20 131:25 135:5
135:11,11 140:15 142:20
151:10 152:14 155:9
158:13 168:10 172:22
173:10 180:20 188:25
189:17 191:10 205:10
208:6 213:8 222:23 232:11
240:12 243:22 246:11
247:4,6 252:25 263:25
268:18,21 309:7 315:2
321:17,20,24 323:8,11,25

**think**
17:16 30:7 38:5 45:21 50:3
67:4,21 68:12 69:23 70:17
71:3 72:2 75:23 76:4 77:11
77:12 79:16 85:15,20 88:13
90:21 91:2 93:11 96:23
101:10,19 103:17 111:10
136:4 141:3,5 142:22
143:18 144:6,10 145:18,19
157:14,19 159:2,15 160:5
169:7,8 174:21 175:23
179:10 183:25 187:22
192:24 195:5 198:3,6,14
206:22 213:21 215:21
217:3 226:8,20 234:6
235:10 242:7 247:16 251:6
251:10,15,23 252:20
257:13 272:15 279:4,15
285:20,23 286:18 288:16
290:23 295:13 302:11
306:12,24 309:5 316:25
318:10,11,12 321:16 322:8
323:3

**thinking**
157:6 226:18 228:14

**third**
2:17 40:7 91:15 93:24
94:13 108:22 211:8 224:4,5
224:6,7,8 227:19 231:6
233:12,13 234:18 235:16
253:7,11,12 283:4 292:23
293:3 294:22 298:10

**thirdly**
62:20

**thirds**
35:21

**thought**
18:14 80:19 96:3 162:17
179:16 317:9

**thousand**
124:15 232:5,7,16,24
234:17,22 235:23 236:10
236:15 308:17

**three**
7:6 9:18,24 30:17,19 34:7
34:20 35:23,25 36:11 39:22
42:10,18,19,25 43:3 48:6
50:12 55:3 61:8,11,19
66:11 81:24 83:25 85:12,13
86:18 91:9,13 97:21 98:8
99:15 118:23 121:17 124:8
135:17 139:16 185:2,20
224:25 231:23,25 232:2
233:8,18,18,23 238:7
243:11 249:19 268:17
279:20,24 280:2 282:5
297:10,17 298:9

**three's**
82:7 233:22 297:8

**thursday**
287:18,19,22 288:2,6 292:5
325:8

**tick**
176:5

**tickets**
163:7

**tight**
218:13

**time**
1:19 6:4 9:2 10:23 12:21,22
13:24 15:19 18:2,12,12
22:5,7 23:11,15 25:8,20,25
27:15,23 28:3,4,15,18,24
29:4,4,16 30:3 31:3,17
33:14 35:21,22,23,24 37:8
37:18 39:16,19 40:18 41:25
45:23 46:13,14 48:16 49:8
49:15 52:2 53:15,17 61:5,5
61:13,16 62:19 64:14,20,24

**time (cont.)**
70:4 71:6 73:11 74:20
76:22 78:2,16 82:12,15
83:19,23 84:9 85:4,9 86:2
86:14,17 92:10 97:3 98:23
99:4,14 101:18 102:9 103:5
105:6 117:18 121:11 128:2
128:8 137:14 139:17,18,23
141:14,19 142:2,11 145:10
147:7 148:16 149:22
150:16,17 152:11 154:2,5
159:4 161:24,24 163:21
164:25 167:22 168:12
169:5 170:13 171:9,23
172:5 174:4,5 175:8 176:8
176:9,18,18 181:10,10,13
181:13 182:9 189:4,20
196:18 198:22 201:22
202:14,15 209:25 210:17
213:10,15 214:8 215:7,10
215:18,23,25 216:4 219:16
224:19 225:21 227:4 228:9
228:24 229:20 241:20
242:8 243:13 247:10,15
250:11,18 254:2,16 258:9
260:3 261:13,14 263:8,18
263:20 265:17 272:9 273:7
273:9 274:11 275:25 277:6
278:11 284:24 286:17
289:18 291:16 292:20
293:10 295:6,24 300:17
303:2 305:17 306:21
308:22 310:9,10 311:16,22
314:15 315:8 316:9 320:22
323:9 325:13 326:12,15
328:20 329:12 330:14
334:11

**times**
29:18 43:3 49:13 50:11
64:23 82:6 96:23 99:23
100:5,5 128:5 176:6,19
181:15 192:22,23 195:10
214:11 233:8 238:8,8
243:11 254:15 257:13
280:2 282:5

**timing**
248:11,17

**tiny**
36:2 304:3

**title**
12:15 304:25

**titled**
107:11 108:3 112:2

**titles**
8:25

**today**
5:4,13 6:20 7:7,15 12:5
21:24 30:12 54:24 87:8
90:6 101:4 163:23 201:20
202:19 277:12,14,18 298:3
304:14 310:13 325:7 329:4
329:17

**told**
50:21 201:19,19 259:24
260:6 272:21 295:13 316:6

**tolerance**
201:7 301:6

**tomorrow**
72:21 87:8 147:21 149:15
170:5 171:3 261:23

**tomorrow's**
171:5

**tone**
326:23

**tool**
140:5,10,19 161:25 162:6,6
176:21 237:23 238:2,11,22
255:15,20,21 257:24 258:8
298:6 311:6

**tools**
106:12 162:9 182:20
229:19,21 238:4 255:15,24
267:3

**top**
46:24 48:5 52:15 89:12
94:4 127:19 163:10 212:11
214:5 287:8

**total**
167:20 181:7 182:3,6,21
191:24 233:9,10 283:14

**touched**
70:9

**track**
18:15,17 176:5 211:19

**tradable**
87:20

**trade**
13:11 14:25 18:11 59:3,6,7
59:9 64:6 72:14 87:20
93:20 96:4 101:24 108:10
163:7 165:4 189:22,25
217:8 230:9,19,21 231:4,7
231:13,14,17 234:17 235:7
248:14,15 257:18 269:5
286:25 288:23 302:17
317:19 327:19,20 332:22
333:8

**traded**
13:15,20 15:12 16:14 18:19
108:3 289:20

[trader - upward]

**trader**
14:7,8 272:2

**traders**
13:20 14:4 16:13 38:5
160:16

**trades**
189:20,22 230:22,25
231:23,25 232:3 234:23
235:3,15,21 239:23 248:4
248:10 269:8,22,24 288:25
289:8 291:22,24 292:8,11
293:20,23 294:2,6,9 299:4
302:17 305:8

**trading**
1:2,18 2:3 3:7 13:14 14:12
14:15,20 15:5,6,18,20,21
16:2 17:25 18:18 19:4,6,22
20:5,6,7 21:3,11 22:4,6,8
22:12 23:17,18,25 25:21
26:24 38:9 47:15 48:17
49:18 50:19,23 70:8 71:11
71:13 72:4,5,9,15 95:15,17
108:9 166:6 252:8 266:4
288:14 319:21 327:22
331:5

**traditional**
199:2

**train**
207:25

**trainee**
10:7

**transaction**
231:21

**transactions**
232:23 273:17

**transcript**
331:8,11

**transcription**
334:15

**transition**
13:8

**transitioned**
13:7

**translate**
299:25

**transparency**
305:25

**treat**
186:9

**treated**
30:24

**trend**
88:24

**tried**
131:2

**tries**
124:5

**trigger**
38:25 78:3 79:5 109:8
117:14,15 129:9,20 134:23
168:6 190:9 205:17 257:16
260:17 282:15 297:24
298:5 315:21

**triggered**
110:10,15,22 116:9 118:4
120:18 208:12 221:22
228:21 229:24 286:20
289:12 302:10,11,23 315:3

**triggering**
132:11

**triggers**
27:2 171:8 208:15

**trouble**
165:7

**true**
20:20 28:25 80:23 81:2
147:17 148:20 160:25
283:22 293:4 315:22
331:11,15 334:15

**truthful**
193:5,7 194:2,6

**truthfully**
5:19

**try**
28:10 49:5 53:5 70:12
74:12 85:5 88:21 89:2,18
90:10 102:3 129:24 148:20
165:2 206:20 208:7 218:21
243:19 246:4 311:5 313:4
323:21 326:3

**trying**
9:3 45:2 49:20 53:10 60:7
61:4 70:5 72:20 79:9 85:16
88:25 99:5 100:7 105:11,23
123:24 136:21 143:12
187:18 204:13 207:7,17
218:18 219:6,7 231:12
238:10 243:3,4 244:15
279:3 303:7 306:3 307:14
307:16 321:23

**tuesday**
178:17

**turn**
92:6,16 102:4 183:20
184:23 186:23 193:21

**twice**
49:14 243:10 325:12

**two's**
82:7 97:9 99:20

**type**
23:11 47:4 58:5 71:23

**type (cont.)**
101:15 115:10 138:20
141:16 149:19 166:23
169:9,21 172:15 184:16
250:7 268:2 271:22 278:7
323:5,7 325:25 327:6

**types**
14:22 16:8 23:4 24:15,22
39:2 72:13 79:8,10 127:18
163:12 170:20 240:12
257:20 269:4,8,21 327:18

**typical**
27:24,25 58:19 81:23 83:23
84:12 93:23 200:13,18,25
201:15 225:2,14 233:17,20
237:13 250:7 260:14 263:6
267:3

**typically**
24:4 25:3 62:11 64:11
79:10 81:19 83:20 87:22
90:10 91:10 96:20 112:12
173:4,12 177:12 180:20
200:11,15 208:10 217:11
221:10 228:8 246:11
267:15 321:2

**u**

**u.s.**
30:15

**ultimate**
110:21

**ultimately**
194:10 248:14

**umbrella**
12:4 68:7 75:14 102:23
105:12

**unable**
200:9

**unclear**
223:25

**uncommon**
148:14 200:7 249:8 315:19

**uncovered**
66:9 123:13 126:25 195:19

**underlying**
20:12 40:12,14 43:20 158:3
210:19 213:14 216:23,25
217:7,9 293:17

**underneath**
51:19 152:18

**understand**
5:15,20 6:2,6 22:15 51:23
60:14 69:5 76:7 99:6 100:8
127:3 147:20 153:21
159:16,20,21,23 160:3,7
166:14 173:13 174:10
176:22 201:3,4 205:22

**understand (cont.)**
208:3 240:9 254:13 256:2
258:23 259:7 260:15,16
296:12 299:24 305:7 311:2
321:22 325:17

**understanding**
13:25 16:15 24:14 70:12
145:16 158:5,24 159:18
166:9,15 167:6 176:23
184:4 201:5 251:7,11,16,21
252:18 259:14 295:7 306:8
309:3

**understood**
20:19 51:22 290:19

**unexpected**
92:6,16

**unexpectedly**
79:14 92:21

**unfortunately**
245:9 250:20 291:15

**uniformly**
318:15

**unique**
94:17 231:18

**unit**
43:14 44:23 66:2 122:2
124:3

**united**
1:2 2:3,9 331:4

**units**
44:6 45:8,9 122:7

**university**
8:9

**unknowns**
69:16

**unlimited**
63:17 186:5 190:3 238:17
254:18 256:19

**unprecedented**
320:12,19,21 321:13,20,24
323:15,18

**unpredictable**
258:18

**unsolicited**
323:6

**unusual**
109:25 156:19 196:19
236:21

**upcoming**
173:2

**upside**
214:3,4 238:17 257:4,5,10
295:16,19

**upward**
295:8

[usage - walczak]

**usage**
131:24
**use**
21:24 24:15 28:10 29:11
36:15,16,18,18,23 39:3
43:15 45:16 53:12,24 58:12
59:10 64:2 79:5 82:6 88:12
91:10 93:23 95:15 99:20
101:4 103:8 106:12 108:8
108:17 125:10,20,23
127:11 130:19 135:25
138:5 140:11,18 142:18
143:2 144:15,15 146:6,17
146:22 147:5 150:25
160:20 161:21,25 162:4,14
162:15,18 176:6 177:15
178:3 181:6 182:15,19
187:2 188:20 189:3,4,14
191:10 199:6 201:23
204:14 222:20 229:22
233:3 237:13 238:22
241:17 242:16 246:20
255:20 262:20 263:24
267:4 268:18 269:17
273:25 275:10 278:7,15
279:8,10 280:6 297:23
298:2,4 312:20 327:14
**useful**
167:4
**uses**
162:10
**usual**
266:25
**usually**
15:17 60:22

**v**

**valley**
37:4
**valuable**
326:17
**valuation**
22:18 23:4 257:15
**value**
22:25 28:16,21 29:7 33:6
45:13 62:25 63:11 112:3,4
112:24 113:3,3,17 114:22
115:19,22 116:14 118:12
134:22 141:14 142:9
143:22 147:3,9,11,19,23
148:7 149:12 152:7 153:15
154:3 161:22 162:7,10,19
162:21 165:20,23 166:5,9
166:14,16 167:6,16 169:8
172:19 176:7,22,24,25
177:8,8 181:19 182:8,8
191:25 196:25 197:15

**value (cont.)**
198:13 199:3,4 210:6,9,25
259:22 260:10,11 261:13
263:3,6,9 314:6,9
**valued**
20:23
**values**
161:2 171:22 178:22
**variety**
100:18 135:4 136:7 145:4
149:25 263:24 312:14
**various**
9:11 10:13 12:19 31:4 82:6
96:23 122:20 163:9 164:24
167:12 173:9 180:11
257:12
**vary**
123:20 261:15
**varying**
261:20
**vega**
32:23 33:2,3,12,17,23 41:4
41:11,12 43:12,13,16,18,23
44:8,13 45:4,6,10,11 46:6,8
141:19,20 150:19,22 151:2
151:7,9,12,14,19,24 152:2
152:7,18,21,24,24 153:5,7
155:7,13,22 156:2,4,14,19
156:20,22,23 157:6,7,20,24
158:6,9,15,19,23 299:12,13
299:18,21
**vegas**
54:6
**vehicle**
70:23
**vehicles**
318:21
**vermont**
8:7
**versa**
24:6 25:5 53:8
**version**
57:25 58:18 127:17,19,24
137:14 138:4 164:14,17
**versus**
124:15 130:22 244:6
290:25
**vice**
10:16,19,21 24:6 25:5 53:8
**view**
45:22,22,24 76:9 89:11
101:2,4,13,14,17 140:5,18
141:4,11,11 142:5,6,15
146:7,9,13,17,21,22,24
147:20 150:18,21,25
151:17 153:25 172:18

**view (cont.)**
173:7,19,25 175:2,11,18
176:7,21 177:16 178:3
179:6 180:13,17,21,24
181:7,19,19 182:4,15
184:14 222:9,21 259:21
261:11 262:5,8,18,20,24
263:7,17,24 312:19
**view's**
170:16
**violate**
116:2
**violations**
5:7,11 7:20,23
**visibility**
303:16
**vix**
26:9,10 30:10,18 34:8,21
35:11 36:10,12,20,20,24
44:15,15 47:11 55:18 56:3
57:8,12,15,24,25 58:2,17
58:18,20 59:5 62:5,9 80:8
325:3,4
**voice**
267:18
**volatile**
24:17,19 30:10 215:24
216:19
**volatilities**
140:13,14
**volatility**
22:4,6,11,24 23:16,20,21
23:24 24:2,5,12,12,16,21
24:21,25,25 25:2,10,11,15
26:4,7,8,11,11,14 27:5,7,8
27:16,23 29:3,11,13,20,21
29:22 30:2,18,24 31:23
32:10,11,12,15,20,22 33:4
33:6 35:10,12,15 36:17,18
41:12 43:8,9,17,22 44:11
44:18,24 45:12 51:4,9,14
51:18,21,24 52:5,11,12,20
52:22 53:2,6,7,9,15,18,19
53:22,25 54:11,16,16,17
55:5,7,10,13,13,17,20,25
56:4,15,22,22 57:7,13,17
58:13,14,22,24,25 59:5,9
59:13,19 60:15,19,20 61:24
62:2,6,18 64:9,13,14,16
65:16 71:22,25 72:5,16
73:2,21 77:9,17,21,23,25
77:25 79:4,11,19,22 80:2,7
80:11,15,22 81:6,8 83:23
87:2,16,18,23,23,24 88:4
88:16 94:2,5,11,15,16,19
94:20,22,23 95:24 120:16

**volatility (cont.)**
129:7 131:23 135:19
140:22 142:14 143:5 145:6
145:8 153:10,13 154:8,9
155:16 156:15 157:8 158:8
158:10,16,21 173:12 177:9
181:24 182:10 202:12,13
205:10 209:7,25 210:18
212:20 213:11 214:9,18,20
214:21,22,25 215:9,15,20
216:8,13 228:22 261:20,24
262:2,14,15 276:15,19
320:24 321:2 324:24
**volume**
272:16,17 273:18
**volumes**
272:14
**voluntarily**
5:16 6:2
**vp**
10:23 12:21,22
**vxo**
324:23,24 325:5,9,13

**w**

**wait**
328:15
**waiting**
207:5,16
**walczak**
1:16 3:3,17 5:3,14 6:1,15
6:17,19 7:1,10 8:1,2 9:1
10:1 11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1 49:1
50:1,18 51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1 74:1,19
75:1 76:1 77:1 78:1 79:1
80:1 81:1 82:1,21 83:1 84:1
85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1
104:1 105:1 106:1 107:1,5
108:1 109:1 110:1 111:1
112:1 113:1 114:1 115:1
116:1 117:1 118:1 119:1
120:1 121:1 122:1 123:1
124:1 125:1 126:1 127:1

[walczak - working]

**walczak (cont.)**
128:1 129:1 130:1 131:1
132:1 133:1 134:1,14 135:1
136:1 137:1,23 138:1 139:1
140:1 141:1 142:1 143:1
144:1,18 145:1 146:1 147:1
148:1 149:1 150:1 151:1
152:1 153:1 154:1 155:1
156:1 157:1 158:1 159:1
160:1 161:1 162:1 163:1
164:1 165:1 166:1 167:1
168:1 169:1 170:1 171:1
172:1 173:1 174:1 175:1,13
176:1 177:1 178:1 179:1
180:1 181:1 182:1,24 183:1
183:8 184:1 185:1 186:1
187:1 188:1 189:1 190:1
191:1 192:1 193:1 194:1
195:1 196:1 197:1 198:1
199:1,21 200:1 201:1 202:1
203:1,4 204:1 205:1 206:1
207:1 208:1 209:1 210:1,23
211:1 212:1 213:1 214:1
215:1 216:1 217:1,15 218:1
219:1 220:1 221:1 222:1
223:1,8 224:1 225:1 226:1
227:1 228:1 229:1 230:1,5
230:13 231:1 232:1 233:1
234:1 235:1 236:1 237:1
238:1 239:1,8,20,21 240:1
241:1 242:1 243:1 244:1
245:1 246:1 247:1 248:1
249:1 250:1 251:1 252:1
253:1 254:1 255:1 256:1
257:1 258:1 259:1,6 260:1
261:1 262:1 263:1 264:1
265:1,15 266:1 267:1 268:1
269:1 270:1,17 271:1 272:1
273:1,22 274:1 275:1 276:1
277:1 278:1,21 279:1 280:1
281:1 282:1 283:1 284:1
285:1 286:1 287:1 288:1
289:1,7 290:1 291:1 292:1
293:1 294:1 295:1 296:1,9
297:1 298:1 299:1 300:1
301:1 302:1 303:1 304:1,23
305:1 306:1,20 307:1 308:1
308:24 309:1 310:1 311:1
312:1 313:1 314:1 315:1
316:1,5 317:1 318:1 319:1
319:11 320:1 321:1 322:1
323:1 324:1,10,15,19 325:1
326:1 327:1 328:1,11,18
329:1,5,11,14 331:7,18
332:6 334:10 335:3,20

**walk**
180:16 231:3

**walked**
180:18

**want**
7:11 17:11 18:15 25:19
30:16 43:15 44:25 45:12
49:5 58:21 59:3 61:2,12
62:19 63:5 67:8 77:3,8,12
81:7 88:7 90:18,25 109:9
141:3,5 142:13 145:16
151:12,14 152:23 153:3,4
173:17 174:12 175:14
181:18 216:3 265:21
267:19 287:13 289:4
308:18 328:11

**wanted**
16:9 54:15 245:25 316:16

**wanting**
170:25

**war**
34:15

**warning**
199:8,8

**wasserman**
2:6 3:2,3,17,24 4:3 5:3 6:14
6:22 41:15 47:10 50:17
74:16 78:7,23 85:7 86:6
106:23 116:24 118:10
123:7 134:8,13 137:16
174:23 183:3 193:4 202:22
212:15 220:2,6 223:5
231:11 239:2 264:5 265:9
270:6,9 273:19 274:19
286:23 296:3 305:10
315:25 319:5 321:8 322:20
322:23 324:3,12 327:23
328:4,16 329:14,22 330:3
330:12 332:6

**wasserman's**
182:11

**watch**
28:7

**watching**
254:10

**water**
40:5 211:11

**ways**
28:9 73:14 106:13 166:17

**website**
184:7,10,13,18,21

**wednesday**
288:2,5

**week**
15:21 28:23 124:24 128:3
129:10 171:21 176:19

**week (cont.)**
177:20,24 224:4,7,7,8
226:3 227:9,19 229:4 231:6
233:12,13 234:18 235:16
243:11 253:7,11,12 262:2
283:4 292:16,24 293:3
294:13,22 303:7 326:16,20
326:21,24 327:8

**weekend**
266:5 292:4

**weekly**
15:23 181:14 242:11,16,17

**weeks**
30:13 242:24 321:3 326:22

**went**
9:3,4 11:25 12:2 17:14,25
30:20 33:6 40:4 69:21 71:9
98:23 100:9 102:11 103:16
196:14 226:19 227:7,7
267:24 286:17,19,19
292:15

**west**
2:10,22

**we've**
120:18 164:25

**whereof**
334:22

**white**
17:13

**wholesaler**
203:18

**wholesalers**
200:5 203:16

**wide**
73:18,18 97:9,15,21,22
100:18 136:7 149:25
263:24

**wife**
74:25 75:2,3

**wish**
6:5 204:8 329:2,9

**witness**
1:17 2:17,22 3:23 4:2,12
5:2,20 6:6,7 21:13,16 25:17
26:6,17,21 33:10,14,24
34:3,13 41:18,24 42:5,11
43:13 44:2,12 46:22 47:7
47:16,19,23 48:18,23 49:4
49:19 53:23 67:13,16,22
71:8,12 72:8 73:3,9 74:4
79:7 80:16,23 81:3,7 84:21
85:23 92:7,17 95:5 98:16
98:22 99:10 100:12,15
101:22 103:21,25 104:4,8
104:14,21 105:6,14,24
106:6 117:4,8 118:20

**witness (cont.)**
119:13 121:7,12 123:21
124:17,21 127:7,13,17,25
128:10,13,18 129:4,18,22
133:17 134:2,6 154:17,20
155:17,24 156:3,12,17
159:14,19,25 160:5,8,12,18
166:15 167:5,15,23 168:21
169:6 175:5,10 179:3,16
180:6,9,18 181:3,10,16,21
182:5,18,23 183:25 194:5
194:15,24 195:4,9,12,16,21
196:2,6 197:3,11,19,24
198:11,16 199:20 208:14
208:19,23 209:2,15 211:13
211:16,24 212:5,25 213:6
213:25 214:5,14,19 215:3
215:12,17,21 216:9,15,22
217:2,6 220:9,13,19 221:3
221:7,9,20 222:7,20 223:2
225:7 226:9 237:20 238:3,9
243:4 248:5,8,21 249:7,11
250:12,19 260:20,25 261:4
261:10 263:19,23 264:11
264:15,23 265:2,5 272:11
272:13 274:13 280:10,22
281:2,6,19 282:4,8,12
299:23 300:4 307:24
313:12,14,20 314:4,18,22
315:11,17 321:10 323:16
328:13 329:6 332:5 334:12
334:22

**wonder**
235:9

**wonky**
49:20

**word**
112:25

**words**
16:21 24:16 26:25 28:2
40:3,25 70:15 72:19 88:15
91:20 97:2 101:23 112:15
131:17 148:19 225:7 227:6
235:18 236:23 237:9
239:23 254:5,9 268:16
294:18 327:4

**work**
9:5 11:2,25 14:19 16:11
49:7 70:21 107:21 187:24
318:4

**worked**
9:6,24 12:6 99:24 187:23
188:2

**working**
13:17 28:25 139:12 164:25
165:4 313:10 315:13

**[works - ziliak]**

**works**
24:17,18 92:20 178:16
200:4,13 285:15 311:25
**world**
20:24 29:23 59:2 69:13
70:13 87:19 117:21 144:4
205:3 311:24
**worried**
48:12
**worse**
243:16
**worst**
243:19 311:19
**worth**
28:23 62:22 67:12,15 113:6
113:7,11 114:3,3,7,21
115:25 116:7,8 233:14,15
278:9
**worthless**
62:25 150:16
**wow**
49:9 72:14 129:9 168:6
196:12 215:24 217:22
277:8
**written**
111:8 116:6,18 123:11
125:19 126:8,9 277:19
**wrong**
111:12 220:20
**wrote**
203:15 211:7

**y**

**year**
8:10 9:7 10:7 11:18,18 17:6
17:21 18:20 19:6,12,15
20:4 21:3,10 36:19 47:15
72:22 78:21 89:7,8,13,17
90:8 104:7,12 211:19
215:20,20 216:14,14
238:25 282:5,5 314:19
315:9,13,19
**years**
11:8,20 15:13,14 17:16
27:18 61:9,19 77:2 78:25
82:22 101:19 102:2 104:3
155:20 171:8 185:19
196:11 199:10 215:16
237:25 238:8 252:25
280:15,15,15 283:21
284:24 307:11 311:20
313:11,17 314:2,14 320:10
320:20
**yield**
57:17 308:22
**yields**
57:20

**york**
1:9,9,20 2:5,5,18,18 6:11
334:3,7

**z**

**zachary**
2:24 7:2
**zep**
12:6,17 13:4,5
**zep's**
13:2,3
**zero**
113:9 114:4 115:2 118:3,15
143:14,16,20 147:12,16
**ziliak**
2:21,24 7:2,2,3 179:17