Page 1

1      UNITED STATES DISTRICT COURT
2      WESTERN DISTRICT OF WISCONSIN
3
4  UNITED STATES SECURITIES    ) Case No.
   AND EXCHANGE COMMISSION,    ) 3:20-cv-00076(WMC)
5                              )
         Plaintiff,            )
6                             )
   v.                          )
7                             )
   EDWARD S. WALCZAK,          )
8                             )
         Defendant.           )
9  _____)
10
11
12
13
14      REMOTE VIDEOTAPED DEPOSITION OF EDWARD WALCZAK
15           Tuesday, July 27, 2021
16
17
18
19
20
21
22
23
24  Reported By:
    Vanese Killingbeck, RPR
25  JOB No. 210727VK

Page 2

1  APPEARANCES:
2  For Plaintiff:
3     UNITED STATES SECURITIES AND EXCHANGE
      COMMISSION
4     BY:  MICHAEL D. FOSTER
      Attorney at Law
5     175 West Jackson Boulevard, Suite 1450
      Chicago, Illinois 60604
6     (312) 353-7390  (312) 353-7398  FAX
      fostermi@sec.gov
7
          - and -
8
      UNITED STATES SECURITIES AND EXCHANGE
9     COMMISSION
      BY:  JAKE SCHMIDT
10    Attorney at Law
      175 West Jackson Boulevard, Suite 1450
11    Chicago, Illinois 60604
      (312) 353-7390  (312) 353-7398  FAX
12    schmidtj@sec.gov
13
   For Defendant Edward S. Walczak:
14
      ZILIAK LAW, LLC
15    BY:  ZACHARY ZILIAK
      Attorney at Law
16    141 West Jackson Boulevard, Suite 4048
      Chicago, Illinois 60604
17    (312) 462-3353  (312)277-7347  FAX
      zachary@ziliak.com
18
          - and -
19
20    ZILIAK LAW, LLC
      BY:  STEVE BYLINA
21    Attorney at Law
      141 West Jackson Boulevard, Suite 4048
22    Chicago, Illinois 60604
      (312) 462-3353  (312)277-7347  FAX
23    sbylina@ziliak.com
24
25

Page 3

1  APPEARANCES (Continued):
2
3  For Defendant Edward S. Walczak:
4     KOPECKY SCHUMACHER ROSENBURG, LLC
      BY:  JAMES L. KOPECKY
5     Attorney at Law
      120 North LaSalle Street, Suite 2000
6     Chicago, Illinois 60602
      (312) 380-6552
7     jkopecky@ksrlaw.com
8
   Videographer:
9
      Rashad Hunter
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              INDEX
2  WITNESS:                EXAMINATION
3  EDWARD WALCZAK
4     BY MR. FOSTER              7
5
              EXHIBITS
6
7  EXHIBIT NO.    DESCRIPTION         PAGE
8  Exhibit1     Notice of Deposition    9
9  Exhibit2     03/05/07 E-mail        93
10 Exhibit3     11/04/14-Transcriptof
               Open House Call       147
11
   Exhibit4     10/13/15-Transcriptof
12             Open House Call       171
13 Exhibit5     03/01/16-Transcriptof
               Open House Call       187
14
   Exhibit6     03/29/16-Transcriptof
15             Open House Call       196
16 Exhibit7     06/07/16-Transcriptof
               Open House Call       202
17
   Exhibit8     12/13/16-Transcriptof
18             Open House Call       206
19 Exhibit9     10/25/16-Transcriptof
               Open House Call       217
20
   Exhibit10    08/24/14-
21             E-mail exchange with
               Chip Hano             221
22
   Exhibit11    08/26/14E-mailexchange
23             with Erina Ford       233
24 Exhibit21    E-mailexchangewith
               Ms. Rios             270
25

Page 5

EXHIBITS CONT'D

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 25 | 01/02/17 E-mail Exchange with Brandon Schwulst | 228 |
| Exhibit 28 | 02/14/17 E-mail Exchange with Mr. Szilagyi | 240 |
| Exhibit 29 | 12/10/16 E-mail Exchange with Ms. Rios | 242 |
| Exhibit 34 | 02/27/17 Transcript of Open House Call | 261 |
| Exhibit 36 | Answer to SEC's Complaint | 279 |

Page 6

1      Remote Proceedings
2      10:38 a.m. to 7:18 p.m.
3      - - - - -
4      VIDEOGRAPHER:  Good morning, everyone.
5  Here begins the videotaped deposition of
6  Edward Walczak, testifying in the matter of
7  SEC versus Walczak.  Today's date is
8  July 27th, 2021.  The time on the record is
9  9:38 a.m.
10      My name is Rashad Hunter, the
11  videographer.  Our court reporter today is
12  Vanese Killingbeck.
13      Counsel, will you please introduce
14  yourselves for the record and the witness will be
15  sworn.
16      MR. FOSTER:  Mike Foster on behalf of
17  Securities and Exchange Commission.
18      MR. SCHMIDT:  Hi.  Jake Schmidt on behalf
19  of the Securities and Exchange Commission.
20      MR. KOPECKY:  We have Jim Kopecky,
21  Steve Bylina, and Zachary Ziliak on behalf of
22  Ed Walczak.
23  ///
24  ///
25  ///

Page 7

1      EDWARD WALCZAK,
2  having been first duly sworn, was examined and
3  testified as follows:
4      EXAMINATION
5  BY MR. FOSTER:
6      Q.  Good morning, Mr. Walczak.  Again, we met
7  sometime ago briefly, but I'm one of the attorneys
8  for the SEC in this litigation.  And before we get
9  started, I'm just going to cover a few
10  preliminaries.  I'd ask that if all attendees who
11  are not actively involved in the -- in the
12  questioning or stating objections mute their
13  microphones, unless -- until they speak.  That will
14  help with the audio quality.  I'd also ask that the
15  parties and counsel identify on the record if other
16  individuals are present with them physically at any
17  time during the deposition.  I don't believe that's
18  the case.
19      Mr. Walczak, you and Mr. Kopecky are in
20  separate locations?
21      A.  Correct.
22      Q.  Is that correct?
23      A.  Correct.
24      Q.  Okay.  You're by yourself -- you're by
25  yourself, then, in an office?

Page 8

1      A.  I am.
2      Q.  Okay.  This deposition is being recorded
3  by a videographer.  So no other participants should
4  record or otherwise capture the images on the screen
5  during the deposition.
6      And the oath that was just administered
7  was given remotely.  Mr. Walczak, just to confirm
8  that you consent to taking an oath to swear to tell
9  the truth remotely via audio-visual means rather
10  than in person?
11      A.  I do.
12      Q.  And you agree that it has the same --
13  same -- the oath has the same effect as if it was
14  administered in person, correct?
15      A.  I agree.
16      Q.  Thank you.  And you're represented today
17  by Mr. Kopecky, among other counsel, correct?
18      A.  That's correct.
19      Q.  The notice of deposition for your
20  testimony was served on Mr. Kopecky.  I've already
21  marked that amended notice of deposition as
22  Exhibit 1.  And I've moved that into the marked
23  exhibit folder in Egnyte.
24      Given that we are conducting this
25  testimony via Webex, I'd also want to ask you to

Page 9

1  confirm a few other things before we -- we get into
2  the substance.
3       Do you agree that you will not review or
4  rely on any documents, including notes or websites
5  or e-mails outside of the exhibits during testimony,
6  unless you so identify and make that part of the
7  record?
8       A.  I agree.
9       (Exhibit 1 was marked for identification.)
10 BY MR. FOSTER:
11      Q.  Do you agree that you will not have any
12 other applications open on your computer, other than
13 the video conferencing application for the
14 deposition for Egnyte, or presumably you have, you
15 know, a viewer that you're using to -- to view the
16 exhibits outside of Egnyte.  So outside of those
17 applications, you agree not to have any other
18 applications open?
19      A.  I agree.  I should close some down now, if
20 that's a constraint.
21      Q.  Why don't you give -- give me the favor
22 and do that just so we'll get as far as that goes.
23      A.  All right.  Everything is closed.  I
24 feared that I had also closed the meeting, but it
25 looks like we're still here.

Page 10

1       Q.  Okay.  Thank you.
2       Two -- two last points on -- on sort of
3  the Webex format that we're -- we're using.  Will
4  you agree not to engage in any communications,
5  including not limited to e-mails, texts, chats, et
6  cetera, pertaining to the subject matter of this
7  testimony with anyone other than the SEC and counsel
8  today?
9       A.  I agree.
10      Q.  And will you alert the SEC if and when you
11 and your counsel are communicating privately while
12 the testimony session is taking place?
13      A.  Yes.
14      Q.  Okay.  Obviously, you know, if you and
15 your counsel -- if you want to have a discussion
16 with your counsel, that's a separate issue.
17 We'll -- and we can go off the record at an -- an
18 appropriate time and you can have -- you can have
19 that discussion offline.
20      You provided testimony, obviously, during
21 the SEC's presuit investigation, so I know you have
22 some familiarity with the process, but a few last
23 reminders sort of before we get started.  Please
24 answer verbally, since our dialogue is being
25 transcribed into a written transcript as well as

Page 11

1  being recorded.  And to further help the reporter
2  out, let's try not to speak over one another.  So
3  allow me to finish a question before beginning your
4  answer, and I'll do my best to reciprocate, and that
5  will help the court reporter take down what's being
6  said.  If you don't understand a question, please
7  let me know.  I'll try to restate it or rephrase it.
8  If you answer a question, I'll assume you heard it
9  and understood it; is that fair?
10      A.  It is.
11      MR. KOPECKY:  Standard objection as it
12 doesn't mean he understood it the way you intended
13 it.
14 BY MR. FOSTER:
15      Q.  If you need a break at anytime,
16 Mr. Walczak, let me know, we'll take one.  I would
17 just ask that you bear with me if a question was
18 pending, and we'll first finish that particular
19 question and answer, and then we can -- we can take
20 a break.  And we'll take -- we'll take a few breaks,
21 I'm sure, as we go forward.
22      If there's anything you want to clarify,
23 or if you remember something, please let me know,
24 and we'll revisit that issue at the appropriate
25 time.  And is there anything that will grant you

Page 12

1  from giving full and complete answers here today?
2       A.  Not that I'm aware of, no.
3       Q.  Is there anything that might impair your
4  ability to understand the questions that I -- that I
5  ask?  For example, are you sick, taking medication,
6  any other reason that you can think of that would
7  cause you not to be able to answer my questions
8  fully?
9       A.  No.
10      Q.  All right.  As I mentioned, I think
11 everybody's aware, that you provided testimony
12 over -- over several days during the -- the presuit
13 investigation in this matter.  You're also a
14 defendant in a lawsuit filed by the CFTC.  Are you
15 otherwise involved in any legal proceedings since
16 this case was filed in -- in January 2020?
17      A.  Have I been, or am I currently?  Which is
18 your question?
19      Q.  Sure.  How about have you been?
20      A.  I have been.
21      Q.  Okay.  And were any of those matters that
22 you were -- you've been involved in, are those --
23 any of those still pending?
24      A.  Not at this time, no.
25      Q.  Okay.  And what -- was there one matter?

Page 13

1 More than one matter?
2     A.   There was one matter, an arbitration
3 between myself and my previous contract employer.
4     Q.   Okay.  And I assume you're referring to
5 Catalyst Capital Advisors?
6     A.   Correct.
7     Q.   Okay.  And so you were -- you were a party
8 to an arbitration with Catalyst, and that
9 arbitration has -- has wrapped up?
10     A.   It has.
11     Q.   Okay.  As -- as we go forward today, if I
12 refer to Catalyst, you'll understand that I'm
13 referring to Catalyst Capital Advisors?
14     A.   Yes.  Mr. Foster, if I make -- if I can
15 make one quick note on video.  Your audio and video
16 is -- appears to me on my end to be a little out of
17 sync.  It's not a problem now.  But I just want to
18 alert you that if it becomes a problem, I'll mention
19 it.
20     Q.   Okay.  Sure.  No problem.  If the problem
21 persists --
22         MR. KOPECKY:  You look like a bad movie.
23 You look like a poorly dubbed movie.
24         MR. FOSTER:  Okay.  I can -- why don't
25 we -- why don't we pause for one second, and I'll

Page 14

1 just re -- try to reconnect my audio.
2         Okay.  How is that?  Is that any better?
3         THE WITNESS:  Again, I'm not having any
4 trouble hearing the audio.  It's just a little
5 distracting with the disconnect.  I didn't know if
6 there was any -- with the disconnect, it seems
7 better.
8         MR. FOSTER:  Okay.  All right.  Well, when
9 we -- when we take a break, I'll try to -- I'll try
10 to -- I can reconnect the -- the video as well and
11 see if that fixes the problem.
12 BY MR. FOSTER:
13     Q.   All right.  So you previously were
14 affiliated with -- with Catalyst, that's right?
15     A.   I was employed under a contract with them,
16 yes.
17     Q.   Okay.  And that began in approximately
18 August of 2013?
19     A.   Yes, approximately then.
20     Q.   Okay.  And that was when the
21 Hedged Futures Strategy Fund was launched as a
22 Catalyst advised mutual fund?
23     A.   Correct.
24     Q.   Okay.  So today when I refer to the head
25 futures -- the Hedged Futures Strategy Fund, I'll

Page 15

1 simply refer to it as Hedged Futures or the Fund,
2 and you'll understand what I mean?
3     A.   Yes.
4     Q.   Okay.  And you were previously the
5 portfolio manager for that fund?
6     A.   Yes.
7     Q.   Okay.  And so starting in approximately
8 August 2013 until -- until when did that no longer
9 hold true?
10     A.   I was terminated on January 27th of 2020.
11     Q.   And were you given a reason for your
12 termination?
13     A.   No.
14     Q.   Who -- who informed you that you were
15 terminated?
16     A.   I received an e-mail from Jerry Szilagyi.
17     Q.   And what did that e-mail say?
18     A.   The e-mail, without recalling exact
19 language, said that I was terminated effective
20 immediately for cause.
21     Q.   And did Mr. Szilagyi identify the reasons
22 that you were terminated for cause?
23     A.   He did not.
24     Q.   Did you subsequently ask him?
25     A.   I did.

Page 16

1     Q.   Okay.  Soon after receiving that e-mail?
2     A.   Yes.
3     Q.   How did you -- was that via e-mail or
4 phone communication?
5     A.   Via e-mail.
6     Q.   And did he respond to you?
7     A.   No.
8     Q.   So at any point did you ask whether --
9 over via e-mail, text, chat, or phone communication,
10 did you have any discussion with Mr. Szilagyi as to
11 why he informed you that you were terminated for
12 cause?
13     A.   No.
14     Q.   Did you have that discussion with anyone
15 else at Catalyst?
16     A.   No.
17     Q.   Did you come to learn at any point what --
18 what Catalyst's basis for terminating you for cause
19 was?
20     A.   They did not specify to me any cause as
21 defined by my employment agreement, no.
22     Q.   Whether -- whether -- in your view defined
23 by your employment agreement or otherwise, did
24 you -- did you come to learn in any way, shape, or
25 form, what Catalyst's position was, why they

Page 17

1 informed you that you were terminated for cause?
2     A.   I don't recall exactly.  We had no
3 communication until the arbitration proceedings, so
4 a great deal of testimony during an arbitration
5 or -- proceedings.  I don't honestly recall a
6 specific agent of cause.  Lots of -- lots of, as I
7 said, testimony.  But, again, I can't -- can't
8 recall a specific cause, again, as defined in the
9 employment agreement.
10     Q.   What was it -- was there a written
11 statement or claim submitted by Catalyst in the
12 arbitration proceeding?
13     A.   I think they -- they had -- best of my
14 recollection is they had several counter claims --
15 to initiate the arbitration, they had several
16 counter claims.
17     Q.   Okay.  And there -- there was a document
18 reflecting what their counter claims were?
19     A.   Yes.
20     Q.   Okay.  And did you review that document?
21     A.   I did.
22     Q.   Okay.  And did that -- that document
23 provide an explanation from Catalyst's viewpoint as
24 to why they terminated you for cause?
25     A.   My recollection of their counter claims

Page 18

1 didn't involve cause, rather, they were seeking
2 monetary damages from me for various matters.
3     Q.   Okay.  And are you able to say why -- why
4 they were seeking monetary damages from you?
5     A.   Well, I can recall the -- the -- one of
6 the claims was that they wanted me to share in their
7 settlement with your agency and with the CFTC.  One
8 of their claims was that they wanted me to share in
9 their settlement of a private, civil lawsuit against
10 them.  And I think the third claim was related to --
11 to their belief that I had damaged their business
12 subsequent to the regulatory investigation.
13     Q.   And you mentioned that the arbitration is
14 no longer pending.  So was there -- was there a
15 decision by the arbitrator or arbitration panel
16 that -- that concluded the proceeding?
17     A.   Yeah.  And I -- and I guess to -- to be
18 completely correct, there is still -- there's still
19 an awards phase of the arbitration is pending.  The
20 claims have been adjudicated -- again, I apologize
21 for my lack of precision in some of the legal terms,
22 but the arbitrator awarded in my favor on my claims
23 and filed against Catalyst on their claims.
24         And as I said, we're -- there's still a
25 final determination of the award amount, but they --

Page 19

1 the decision on the claims themselves has been
2 concluded.
3     Q.   Okay.  And so you -- you mentioned that
4 the arbitrator ruled in your favor on your claims.
5         I'm sorry, I missed what -- what was the
6 ruling with respect to Catalyst's counterclaims?
7     A.   He -- he denied their counterclaims.
8     Q.   And when was the -- if you can remind me,
9 when was the arbitration hearing?
10     A.   Roughly a month ago, I think.
11     Q.   And did you testify in that proceeding?
12     A.   I did.
13     Q.   Okay.  And let me be a little more
14 specific.  So in advance of the actual hearing
15 itself, did you provide any sworn testimony in a --
16 in a setting similar to today's deposition?
17     A.   I did.
18     Q.   And then I take it -- I understand you to
19 say that you also testified at the hearing itself?
20     A.   Yes.
21     Q.   Okay.  And did you do that in person?
22     A.   Yes.  Well, to be -- to be clear, I gave a
23 video deposition in advance of the hearing.  The
24 hearing was conducted in person.
25     Q.   And where was the hearing held?

Page 20

1     A.   In Chicago.
2     Q.   And did you testify just in -- on one
3 given day or over multiple days?
4     A.   I believe I testified on two different
5 days.
6     Q.   All right.  So just circling back for a
7 moment.  The -- the e-mail from Mr. Szilagyi
8 informing you that you were being terminated for
9 cause, that was in January of 2020?
10     A.   I believe it was January 27th, yes.
11     Q.   So just prior to that message from
12 Mr. Szilagyi, you were -- you were still the
13 portfolio manager for the Hedged Futures Fund?
14     A.   Yes.
15     Q.   And were you the portfolio manager for any
16 other Catalyst-advised fund at that time?
17     A.   Not at that time, no.
18     Q.   What about outside of Catalyst?  Were
19 you -- were you managing any other funds or
20 portfolios besides the Hedged Futures Fund?
21     A.   Only private accounts, no -- no publicly
22 available funds.
23     Q.   Okay.  How many private accounts were you
24 managing at the time that Catalyst terminated your
25 contract?

Page 21

1    A.   I don't recall if there were multiple
2 accounts at that time there are today.  Again,
3 multiple accounts, meaning proprietary exempt
4 accounts.
5    Q.   Sure.  Why don't you just tell me, as best
6 you can, what you're referring to when you -- when
7 you told me you were managing private accounts?
8 Who -- who were the -- who were the account -- the
9 account holders, and were you doing this through
10 some other vehicle or corporation?
11    A.   Yeah.  A number of entity accounts,
12 essentially controlled by -- controlled by myself
13 and my wife.
14    Q.   So was there a corporate entity or form
15 through which you were --
16    A.   Yes.  Several.  I managed a -- again, an
17 exempt pool, which consisted mostly of family
18 members and myself and my wife.  I managed -- again,
19 at that time I don't know if I had -- I don't recall
20 specifically back in January '20.  In fact, I don't
21 think I had other accounts open today.  I do have
22 accounts open under other entities.
23    Q.   And --
24    A.   You know, I -- yeah.  And, again, my
25 memory's just not completely clear about that

Page 22

1 specific date.  I could certainly tell you what I
2 have going now.
3    Q.   Sure.  One -- we'll get to that in one
4 second.
5         So the account that you believe that you
6 recall, your best recollection there was -- there
7 was one account you were managing at that time.
8 What was the name of the -- the entity?
9    A.   It was called the -- it's called
10 Arlington Holdings.
11    Q.   And you -- were you the sole sort of
12 decisionmaker for the -- the investments for that --
13 the Arlington Holdings account?
14    A.   Well, I was certainly the trader.  There's
15 a -- it's managed by an entity, again, controlled by
16 myself and my wife.  There are others who contribute
17 opinion and business advice, minority shareholders,
18 a cousin, et cetera.
19    Q.   Okay.  Is the managing entity controlled
20 by you and your wife, Arlington Holdings, or is that
21 a different --
22    A.   That's the -- that's the Fund.  The -- the
23 managing partner for that fund is
24 Arlington Capital Management.
25    Q.   So since you were terminated or informed

Page 23

1 by Mr. Szilagyi that your contract was terminated in
2 late January 2020, what have you been doing for
3 employ -- employment, if anything?
4    A.   I have not been formally employed.
5    Q.   Are you earning income through some
6 activity?
7    A.   I trade.
8    Q.   Trade for yourself, or you're -- it sounds
9 like you're managing accounts for -- for yourself
10 and other people?
11    A.   Again, I have -- still manage the exempt
12 fund, but I don't take any income from it.  My
13 income is derived from personal accounts, my wife's
14 account, an entity controlled by myself and my wife.
15    Q.   So how many different accounts are you
16 trading through currently?
17    A.   Currently, three.
18    Q.   Okay.  And just -- we're not belaboring,
19 but just run those down for me.  So one would be the
20 Arlington Holdings, and the other two are?
21    A.   A trust account in my wife's name, and
22 another entity by the name of Preservation Holdings.
23    Q.   And, I'm sorry, I didn't catch that last
24 name, Preservation Holdings?
25    A.   Preservation Holdings.

Page 24

1    Q.   And did you have an interest in -- in the
2 funds held by Preservation Holdings?
3    A.   Yes.  It's a -- I don't remember the exact
4 split, but it's myself and my wife.
5    Q.   Besides your wife -- so it's
6 Preservation Holdings, it's just you and your wife.
7 The other account you mentioned was a trust for -- a
8 trust for the benefit of your wife or the name of
9 your wife?
10    A.   Correct.
11    Q.   And did she -- who's the beneficiary of
12 that trust?
13    A.   Honestly, I don't -- don't recall if she's
14 the beneficiary or I'm the beneficiary.  I don't
15 recall how the trust was set up.
16    Q.   Fair enough.  But it's either you or her
17 or both?
18    A.   Correct.
19    Q.   Okay.  Then with respect to
20 Arlington Holdings, are there any other sort of
21 interested investors in the Fund, other than you
22 and/or your wife?
23    A.   There are.
24    Q.   Okay.  Other family members?
25    A.   Some family members, some -- and, again,

Page 25

1 the legal definition of family member, for example,
2 I have a cousin in there. But, again, it's -- it's
3 commodity pool that is exempt from regulation under
4 an exemption whose name and number I can't quote.
5     Q.   Okay. And across these three accounts,
6 can you ballpark how much the -- an asset that
7 you're managing?
8     A.   $3 million currently.
9     Q.   And how much of that capital is you or --
10 and/or your wife's?
11     A.   Probably about myself and my wife
12 specifically, maybe 2 million or 3.
13     Q.   Okay. Let's turn back to the time when
14 you were the portfolio manager for the
15 Hedged Futures Fund. And, specifically, for the
16 moment anyway, I may alter the time period, but I'm
17 talking about basically the period from the Fund's
18 formation as a mutual fund in or about August of
19 2013 through February 2017.
20     During that period, the -- the Fund held a
21 portfolio of money market funds, short-term notes
22 and bonds, and other low-risk fixed income
23 instruments; is that fair?
24     A.   Sure. Sure. During the life of the Fund,
25 the -- I can say, with some certainty, we always

Page 26

1 held those types of instruments to some degree.
2     Q.   And then in addition, the Fund held a
3 large portfolio of options based on S&P 500 Index
4 future contracts; is that right?
5     A.   That's the other instrument that we traded
6 in, yes.
7     Q.   And the futures -- the futures option
8 portfolio was responsible for virtually all of the
9 Fund's risk; is that -- is that accurate?
10     A.   I would say, yes, the risk and the
11 appreciation potential. That's the instrument we
12 used.
13     Q.   And I know you testified regarding that
14 the strategies that you employed in trading the
15 options futures to earn a return for the Fund, but
16 there were -- there were two strategies; is that
17 right?
18     A.   Well, there were many different elements
19 to the strategy. I often tried to carve them up and
20 explain the strategy into a -- a call side strategy
21 and put side strategy.
22     Q.   Okay. And so on the call side strategy,
23 that was an above-the-market in call strategy; is
24 that right?
25     A.   Correct.

Page 27

1     Q.   And on the put side, it was a
2 below-the-market put strategy?
3     A.   Yes.
4     Q.   Okay. Was there another, you know, sort
5 of strategy that you would, you know, refer to other
6 than those two in describing the overall strategy of
7 the Fund?
8     A.   Those -- and, again, to try to simplify a
9 more complex option strategy, I did try to carve it
10 up into those two strategies. There were -- there
11 were times when we traded some options after money,
12 so it was a -- it's a, you know -- a minor
13 distinction to say, Well, sometimes we have
14 after-money calls, sometimes we have in-the-money
15 calls. But there was -- it was generally employed a
16 call side strategy and a put side strategy, as you
17 described. Not always, but most of the time, the
18 calls were above-the-market, puts were below the
19 market, sometimes out of the money, sometimes even a
20 little bit in the money.
21     Q.   With respect to the above-the-market call
22 strategy, would you, then, purchase out-of-the-money
23 call options as part of that strategy?
24     A.   We very rarely, if -- on entry, as opposed
25 to risk management or adjustment, we didn't often

Page 28

1 simply go out and purchase call options. That was,
2 in fact, not a part of the strategy.
3     Q.   Right. I'm sorry. So I should say you
4 purchased out-of-the-money call options and sold
5 options with strike prices even further above the
6 market price of the purchased call options?
7     A.   Correct. And that -- that was done as a
8 single transaction, commonly known as a spread.
9     Q.   And so the strike prices of both were --
10 were above the current market price of the
11 underlying asset, correct?
12     A.   The majority of the time, that's true,
13 yes.
14     Q.   At least upon initiation, right?
15     A.   Yes.
16     Q.   And if the market moved up into that range
17 between the -- the long position and the options you
18 had purchased and the short positions, meaning the
19 options that were sold, the Fund would make money;
20 is that correct?
21     A.   Depending on the time frame, that's an
22 area where we would like the market to be at
23 expiration, in fact, even beyond the short strength.
24 Again, it depends on the time frame in terms of how
25 long the options had to expiration.

Page 29

1    Q.  All right.  But is that -- did that range
2  between the -- the strike prices of the -- of the
3  purchased options versus the options that were
4  written or sold that -- that generates the profit?
5  There was -- there was a target range between the
6  two that would result in the Fund making money?
7    A.  Well, the Fund could make money in a lot
8  of different ways.  And at expiration, expiring in
9  that range was one of those ways, yes.
10    Q.  All right.  Why don't -- why don't you
11  just tell me how -- how the Fund would make a profit
12  from the above -- the market call strategy?
13    A.  So the way you describe is one way, but,
14  again, you could be in that range.  And if you were
15  in that range with a long enough time to expiration,
16  you probably be -- not making money.  You'd be
17  losing money.  As time passes, you start to make
18  money in that range, and certainly an expiration,
19  you would make money in that range.  And, in fact,
20  as I said, that expiration, you make money on the
21  short option strength.
22      The other way you can make money is simply
23  because the further out the money, short options
24  tend to detain in value faster than the long
25  options.  So even if the market never approached

Page 30

1  that ideal profit range, the spread would gradually
2  become profitable and could be exited at profit.
3      Sometimes changes in volatility,
4  independent of price, would have a different impact
5  and a lot of different ways on the long and short
6  options, and that would also result in profit.
7  Those -- you know, top of my head for the sake of
8  answering your questions as succinctly as possible,
9  those are three ways you could do it.
10    Q.  And how would -- or how did the Fund lose
11  money from the above-the-market call strategy?
12    A.  Well, again, a couple different ways.  One
13  is the most common way is if the market advanced too
14  rapidly, relative to the decay in the -- the short
15  options position.  That was the most -- the most
16  common risk that -- that is inherent in those types
17  of structures.
18    Q.  So if the market reaches a certain point
19  above the range of the -- between the -- the long
20  options and the short options, the Fund could lose
21  money?
22    A.  Sure.  But, again, it's important to know
23  that you could -- you could certainly make money
24  well beyond the short option that the -- the maximum
25  profit occurs right at the short option strike, but

Page 31

1  it's symmetrical.  There's equal profit ten points
2  below as there is ten points above an expiration.
3  So the -- the issue is in managing positions is
4  really the element of time.  In expiration, that's
5  where you would like to be prior to expiration.  You
6  would rather not be up that high relative to the
7  position in strength.
8    Q.  And there's -- there's a -- there's a
9  point, though, above the strikes where -- where both
10  the long and short options are with the money that
11  an expiration would cause the Fund to lose money on
12  those -- on those trades, correct?
13    A.  Correct.
14    Q.  Okay.  And was that true in part because
15  you sold more options than you purchased?
16    A.  At initiation, it was -- it was typical
17  to -- you know, these were called -- again, not to
18  become too technical, unless you would like me to,
19  but these are called ratio spreads.  Sometimes we
20  did one long for two shorts.  Sometimes one long for
21  three shorts.  Generally speaking, at initiation,
22  you would sell more than the purchase.  As we
23  identified, the need to further hedge those
24  positions, we'd then go back in and buy additional
25  on call options or exit some of the shorts.

Page 32

1      But in initiations, it's fair to say that
2  we sold more than we bought.
3    Q.  So talking specifically about the
4  above-the-market call strategy, what were the risks
5  of -- of that strategy to the Fund?
6    A.  The two primary risks were a rapid price
7  appreciation to the upside.  Again, rapid could mean
8  a lot of different things.  It depends on our kind
9  of the environment, it depends on the structure,
10  and, importantly, the time of expiration of the
11  position.  So rapid means outpacing the -- the time
12  decay of the short option.
13      And, secondarily, in the very, very
14  unusual circumstance that volatility built into the
15  options, either increased overall or increased due
16  to a shift in the pricing of the short options.  So
17  sometimes further out the money options increased
18  the volatility and yours -- the money ones don't
19  increase as rapidly, that's called a skew.
20      If the skew shifts, that's something that
21  I -- I paid attention to when I was at risk.  So
22  primarily rapid price appreciation, and to a lesser
23  degree, because it was very rare, an increase in
24  volatility.  Volatility in the options.
25    Q.  And how did you assess or attempt to

Page 33

1 measure those risks that you just described for the
2 above-the-call market strategy for the
3 Hedged Futures Fund?
4    A.   Well, for -- for the entire fund, we used
5 a menu of risk tools.  A set of metrics, really
6 operating metrics, but important part of operating
7 the Fund was managing risks.  So they were designed
8 to identify the profile of the portfolio that --
9 that sort of out of balance on the risk side.
10    Q.   Well, did you -- was there anything else
11 you did to assess the risks of the portfolio future
12 options --
13    A.   Sure.
14    Q.   Held by the Fund besides --
15    A.   We modeled the -- we modeled the portfolio
16 and, you know, similar to an equity portfolio where
17 you can use various models to understand whether an
18 equity is fairly priced and it's a set of an
19 appreciation target or so forth.  We used options
20 models to try to and -- under various scenarios,
21 understand how the portfolio might perform.
22    Q.   Okay.  And when you say -- when you're
23 referring to modeling, in other words, did you use a
24 computer program to assess the risk of the portfolio
25 future options?

Page 34

1    A.   Yes.
2    Q.   Okay.  And was that computer program
3 called OptionVue?
4    A.   Yes.
5    Q.   Was there any other computer program that
6 you used for that purpose?
7    A.   That's the --
8    Q.   OptionVue --
9    A.   That's the only option pricing modeling
10 software that I used.
11    Q.   Okay.  And you used OptionVue on --
12 throughout the August 2013 through February 2017
13 time period?
14    A.   Yes.
15    Q.   Okay.  Could you describe OptionVue for
16 me?
17    A.   I -- I don't know as a basis on your
18 familiarity with options modeling software, but
19 it -- it has -- again, in my somewhat limited
20 experience with watching other options modeling
21 software, I would say that OptionVue has all the
22 basic elements of the ability to model pricing
23 behavior based on several different options pricing
24 models, including the most famous Black-Scholes, but
25 others, as well as being able to model changes in,

Page 35

1 again, a skew that I talked about where different
2 options, series, expiration series, strike prices
3 can change independent of a -- a general sense of
4 what's happening in two options pricing in the
5 marketplace.
6         So, again, it's the tool I used.  I'm
7 reasonably sure that it has many of the same tools
8 as other modeling software.
9         I guess a good analogy would be, you know,
10 if you say -- I mean, there's a car.  Different cars
11 have different features.  Most cars have an
12 accelerator, a brake pedal, a speedometer,
13 et cetera.  So it was a options modeling software,
14 lots of different features.
15    Q.   Okay.  To be able to use the OptionVue
16 tool, however, you first had to input information
17 into OptionVue on the -- on the trade that you made?
18    A.   Correct.  I would have -- you would need
19 to input whatever it is you want to model, correct.
20    Q.   And then based on the trades you inputted,
21 the program would then determine the portfolio's
22 holdings at a given point in time?
23    A.   Well, I'm not sure what you mean by
24 determine the holdings.  But if you input a
25 portfolio, you could then use the software to do all

Page 36

1 sorts what-if scenarios, modeling, calculations on
2 various attributes to the portfolio.
3    Q.   Well, meaning with respect to determining
4 the portfolio's holding, if you enter a bunch of
5 disparate trades with the -- with the program based
6 on the aggregate that information on a -- on a --
7 and informing of the value of -- of those holdings?
8    A.   Sure.  Now, again, it would -- this is a
9 modeling software, so it's telling you a value based
10 on whatever assumptions you would like it to model.
11 So -- and what time frame and what expiration series
12 and so forth.  So -- so it's not a -- it's not a
13 artificial intelligence or ammo of any kind.  It
14 tells you what you ask it.
15    Q.   Right.  So based -- based on the trades
16 that were -- were entered into the program,
17 OptionVue could estimate future values of the
18 portfolio at different time horizons?
19    A.   Yeah.  Again, not solely dependent on
20 trades or positions, but on assumptions that the
21 operator -- again, it's tools.  It's a golf club,
22 not a golfer.  So it's -- it's the trader telling
23 the program, Here's what I'm holding.  Here's my
24 expectation about volatility.  Here's what time
25 frame I'd like to look at.  And then it would give

Page 37

1 you an estimate of what might happen to options
2 prices over that period of time.
3      Again, similar to equities where you're
4 going to create a discounted cash flow model, if
5 that's what you're using, that's a common one, about
6 what might happen, stock prices in the future.
7 Maybe -- maybe its a good model, maybe it's not.
8      Q.  Okay.  Right.  So then, I guess, make sure
9 I understand you.  So the OptionVue could estimate
10 future values of the portfolio at different time
11 horizons based on assumptions about price of the
12 options, underline asset, in this case, the S&P 500
13 futures index contracts and -- as well as option
14 volatilities?
15      A.  Yes.
16      Q.  So it's based on those assumptions --
17      A.  That's -- that's correct.  But, again,
18 it's -- it's a model, and often pricing is
19 ultimately determined by agreement between a buyer
20 and seller, an exchange.  And, again, similar --
21 similar equities, models to models, and prices
22 determined in an auction environment.  So -- so
23 that -- and that's the caveat that I always
24 understood in using models as a tool.
25      Q.  Did you use OptionVue to help you select

Page 38

1 which options to buy and sell?
2      A.  I did.
3      Q.  Did you use OptionVue to forecast possible
4 future values of the options portfolio held by the
5 Fund?
6      A.  Again, I used it to model what might
7 happen, if a given set of assumptions came to pass.
8      Q.  And you did that in OptionVue to assess
9 the risk of the options portfolio held by the Fund?
10      A.  That was one -- one thing I used OptionVue
11 for, yes.  It was not primarily a -- the primary
12 risk management tool, but it was an important tool
13 that I used to assess risks.
14      Q.  All right.  So let me just break that down
15 a little bit.
16      OptionVue -- OptionVue was an important
17 tool that you used to assess risk to the Fund, but
18 it was not -- not the primary tool?
19      A.  Yeah.  I wouldn't say it was the primary,
20 because we used -- as I had mentioned, we used a
21 whole suite of indicators and metrics.  OptionVue is
22 certainly an important model of how the portfolio
23 might perform, but not the only thing that I used.
24      Q.  Okay.  What's the other suite of metrics
25 that you're talking about?

Page 39

1      A.  Well, again, I -- early on prior to the
2 formation of mutual fund, I traded the strategy
3 where -- in a commodity pool.  And at that time I
4 developed a series of really of operating
5 parameters, which later became ways to control risk.
6 You know, it's -- it's hard to sometimes decouple
7 risk from opportunity, because they go hand in hand,
8 and it's balanced.  So these are operating
9 parameters designed to allow a -- a reasonable
10 greater return, as well as trying to control
11 volatility and risking the Fund.  So these suites --
12 or this suite of metrics included things like
13 looking at how many positions we had on a normalized
14 and size would be column and scope.  So in other
15 words, positions per million dollars is how we
16 normalized it.  Obviously, twice as many positions
17 come.  Twice the size is essentially the same level
18 of position of funds, so we normalized it.
19      We identified, as you may be familiar,
20 when you trade a derivative security like this, we
21 traded at the CME.  Our clearing brokers required a
22 collateral department, or collateral deposit to
23 secure the potential risk in the portfolio.  And,
24 again, that's called margin.
25      Margin has a different connotation

Page 40

1 sometimes in the securities business.  But the
2 margins are collateral deposit to the secured risk,
3 protect the broker from risk so we wouldn't be -- we
4 had -- we monitored and had limitations on the
5 amount of the funds capital we were willing to
6 devote to this collateral requirement.
7      And -- and, again, the -- the broker
8 standard requirements are a very good risk tool,
9 because it's a very sophisticated algorithm.  They
10 run a Monte Carlo simulation.  And so we -- I'm not
11 always a very good risk measure for that reason.
12 This was more sophisticated than -- than a simple
13 options pricing model.  It measured different
14 scenarios around price and volatility and -- and
15 determined a bond amount necessary to secure the
16 portfolio.
17      So we used the position sizing.  We used
18 margin.  We used open option premium.  One of the
19 things that I -- I learned in turn -- in the type of
20 options spread and option training I do is that
21 volatility's very important.  Many of the Greeks
22 contributed in many different ways, and this is the
23 market groups.  All the Greek values change.  So I
24 tried not to rely on any one specific Greek, and
25 instead we monitored our -- the total value of our

Page 41

1 open option premium. That was basically the sum
2 total of the interaction of all the Greeks on the
3 portfolio, and what's at risk was -- was inherent in
4 the position. So those are the three legs on the
5 stool: Positions, margin, open option premium.
6       Later on in running the mutual fund, the
7 advisor and I agreed to -- begin to monitor just
8 simple changes. We did not ask the value of the
9 Fund, and to react to certain levels of changes
10 drawn on from there.
11     Q.   Any of the risk metrics that you just
12 described that -- or sort of you were saying are
13 separate outside of OptionVue, did you use any of
14 those risk metrics to stress test the portfolio?
15     A.   No. The -- the -- those are metrics that
16 intended to be, you know, end-of-day values. You
17 know, we didn't use a value at-risk calculation,
18 but -- but a similar scenario where you could take a
19 snapshot of the portfolio and identify whether
20 this -- whether the portfolio was in a potentially
21 risky situation based on those values. The stress
22 testing I did with -- with the OptionVue software.
23     Q.   Stress testing you did exclusively through
24 OptionVue, correct?
25     A.   Yeah. I mean, again, when you talk about

Page 42

1 stress testing and modeling, that was my modeling
2 tool, so that's what I did.
3     Q.   Did the risk -- the risk metrics that you
4 just gave an overview of, did any of those provide
5 information about either potential future losses or
6 about how the portfolio would perform under certain
7 market conditions?
8     A.   Yeah. I think all of them, one way or the
9 other were designed to do that. In other words,
10 each of them were a measure of the current
11 elevated -- elevated -- the current level of risk in
12 the portfolio. So if you -- if you're looking at
13 these metrics and they're at the low end of the
14 scale, then -- then you can have some confidence
15 that the moving forward risk in the portfolio is
16 lower than if they're right at the top of their
17 scale, which the scales were driven by my experience
18 and the advisor's experience and the Fund's
19 performance and its performance relative to the
20 levels he's indicated.
21       So they -- they weren't modeling tools,
22 but they did certainly indicate whether there was --
23 to what extent there was an elevated risk in the
24 portfolio on any given day. And if there's an
25 elevated risk, then moving forward, you're -- you're

Page 43

1 likely to have a higher possibility of loss than if
2 they're a reduced risk. That's how their design
3 image is.
4     Q.   But the risk metrics would inform you if
5 there was elevated risk present in the portfolio,
6 but they -- did they tell you whether -- based on if
7 the market changed in certain ways, whether --
8 what -- what -- how that risk might change in one
9 direction or the other?
10     A.   They -- they didn't, but if the market
11 changed, then I would expect to observe that the
12 levels indicated by those metrics will also change.
13     Q.   So those metrics, those risk metrics
14 you're talking about described or purported to
15 capture what the existing risk level in the Fund was
16 as opposed to what the -- what risk might be
17 presented based on changes in market conditions; is
18 that right?
19     A.   Correct.
20     Q.   I want to talk about -- let's go back
21 to -- and I appreciate you walking me through that.
22 With respect to stressing the portfolio in
23 OptionVue, let's circle back to that topic now.
24       And when you say stressing the portfolio,
25 we're referring to, you know, considering --

Page 44

1 consideration of hypothetical scenarios, such as an
2 increase in the S&P 500 that might cause losses or
3 gains and examining the magnitude of those losses or
4 gains from that market movement; is that right?
5     A.   That's fair.
6     Q.   Okay. So you used OptionVue to stress the
7 futures options portfolio. What exactly were you
8 stressing for? Can you walk me through what you
9 were -- what your -- the nature of your stress
10 testing?
11     A.   Sure. So -- so typically an important
12 thing to note is the stress test -- the actual
13 attributes to the stress testing that I did were
14 based both on whatever the market conditions were at
15 the time. That's the extreme example from -- from
16 what recent history is. You would do a different
17 price extension.
18       In other words, if I wanted to look --
19 well, a couple characteristics. So the stress tests
20 are dependent on what are the market conditions and
21 what's the portfolio. So if I've got a large
22 concentration of options in expirations three months
23 from today, then I'm looking at what might happen
24 over the course of three months, and do I need to do
25 something about this under various scenarios. Then

Page 45

1 I consider what -- what's the current market
2 condition. Are we in October of 2008? Are we in
3 March of 2020? Or are we in January or
4 February 2017. Very, very different market
5 conditions.
6        So in March of 2020, since it's fresher
7 in -- in our memories, it would be very reasonable
8 to say, I better find out what's going to happen
9 to -- if the market is limit down to 7 percent at
10 the open tomorrow. In February of 2017, a 7-percent
11 move. That's a reasonable year out based on
12 voluntary -- volatility conditions.
13        So, first, I would try to assess the
14 volatility in the marketplace largely based on pure
15 math about how volatile the market has been and the
16 calculation. In fact, it gets done by -- by index
17 as you can look up or you can do it yourself as well
18 easily. So what's the volatility conditions in the
19 market? How's it behaving? Is it flat? Is it
20 trending higher? Trending lower? What's it doing?
21 And I would then try to make a determination
22 about -- then I would look at the portfolio and say,
23 Where is my risk? What expiration period? How
24 spread out am I? Where do I need to look? How far
25 do I need to extend price? Or do I need to do a

Page 46

1 volatility section?
2        So a lot of environmental considerations
3 and some -- some judgment on my part as well about
4 how to stress the portfolio with some areas to apply
5 to it. I would plug those scenarios into the --
6 into the OptionVue model. It would give me results.
7 Again, the results would be on multiple time frames.
8 I would use my experience and judgment to evaluate
9 those results, A, from a pure litmus test. Is that
10 making sense? Is the model behaving correctly? Is
11 there -- is there a hiccup in it somewhere? Is this
12 reasonable based on real world experience? And
13 based on the sort of digestion of all these factors,
14 I would decide whether or not there was a need to
15 make some sort of risk adjustment.
16        I did the same thing in terms of entries
17 and in terms of considering trades. Only the trade
18 scenario was less about risk and more about if I put
19 this on, what are the circumstances under which it's
20 gonna make money? Is it a reasonable trade? What
21 does it do to the portfolio profile? So -- so
22 everything I've described to you in a little bit of
23 a lengthy manor is a decision process of how I use a
24 tool to help me make a judgment out of what to do.
25    Q.  So the scenario that you were -- you said

Page 47

1 you were plugging into OptionVue or considering in
2 OptionVue, those scenarios were -- were some
3 combination of price -- price -- potential price
4 movement, volatility, and a particular time horizon;
5 is that -- is that right?
6    A.  Correct.
7    Q.  And so were there -- were there scenarios
8 that -- you know, involving those three factors that
9 you typically considered in stressing the portfolio?
10    A.  I mean, there's some generic scenarios. I
11 think, you know, when I would explain to people what
12 I was doing, sometimes it's hypothetical, so I throw
13 out numbers. But they really -- as I said, this
14 didn't make a lot of sense to stress a portfolio
15 three months out, if I didn't have options three
16 months out. It didn't -- it didn't make sense to
17 stress a portfolio in a very low vol environment for
18 a 10-percent move. It didn't make sense to stress a
19 high volatility environment for only a 10-percent
20 move.
21        So if -- if there were -- you know, in
22 a -- in the average market, you know, I would fire
23 up OptionVue. It actually gives you five different
24 time frames. I can adjust those or take them. But
25 it was really fairly market dependent.

Page 48

1    Q.  You mentioned that there were -- when you
2 were describing in that -- in that response, you
3 mentioned when you're describing how to stress the
4 portfolio that, you know, there were occasions when
5 you threw out numbers. Can I focus on that for a
6 second? When -- when you're -- when -- who did you
7 mean when you're describing that portfolio to whom?
8    A.  So during -- during my time managing the
9 Fund, the advisor asked me to, from time to time,
10 answer questions about how this whole thing worked.
11 It's a fairly complicated subject for many, so we
12 held -- I think you're probably aware. We held
13 some -- some calls in which I took questions and
14 answers about how was the Fund positioned at that
15 particular time? What was I looking at? What was I
16 doing? Lots of calls, no real set script or agenda,
17 then give a general overview of what was going on in
18 the Fund.
19        And I would take questions, and from time
20 to time, people would ask about -- you know, about
21 risk and about what I did to look at risk. It
22 wasn't really common, but it -- you know, in terms
23 of the number of calls and how often those questions
24 came up, but they did come up.
25        Oftentimes they were more generic

Page 49

1 questions about how do you manage a portfolio like
2 this, and I would explain or what's the strategy.
3 Much more common really to describe the strategy as
4 you started your inquiries with regard to the call
5 strategy, put strategy. As I mentioned, that's a --
6 you know, that's a good way to carve it up to help
7 people have a more generic kind of understanding of
8 what's going on.
9     Q.   Okay.  So these -- these -- half these
10 calls here that you mentioned, are these -- what --
11 you know, have they been referred to as open house
12 calls?  Are you familiar with that -- that name for
13 those -- those calls?
14     A.   Yeah.
15     Q.   And these were -- these were telephonic
16 calls in which you -- you gave an overview of the
17 strategy at a given time, and answered the questions
18 from interested financial advisors; is that right?
19     A.   Yeah.  I mean, you know, I have a -- to
20 this day, honestly, I have a limited -- limited
21 understanding of -- really of the persistence of the
22 advisors to say, Hey, look just give them a call.
23 We're going to bring some financial advisors in and
24 ask them questions about options.  It's not a
25 subject everyone's comfortable with.  So -- so I

Page 50

1 did.  So I -- you know, like I said, I have a
2 limited understanding of the audience other than I
3 was told they were financial advisor.  I think
4 that's true.  And I got on the phone when I was
5 asked to.
6     Q.   Okay.  And in that response, sir, you said
7 that you were asked by advisors to -- to give these
8 presentations to financial advisors.  Did you mean
9 wholesalers?  Did you?
10     A.   No, I'm sorry.  I'm using the advisor in
11 my terminology for Catalyst.  I'll start over again.
12         Catalyst asked me to get on calls with --
13 as I said, I -- I never saw an invitation list.  I
14 have no reason to think otherwise.  But I was told
15 this was a collection of financial advisors.  I
16 don't know how they were invited or who was invited
17 or what.  I was told that that's the audience, so
18 that I could be, you know, a little more comfortable
19 with being transparent about what I did, and, for
20 example, if it were direct retail investors.
21     Q.   But you understood the financial advisors
22 that participated in those calls were, in turn,
23 making investments on behalf of investors; is that
24 right?
25     A.   Honestly, I don't know very much about the

Page 51

1 financial advisor community.  I don't know whose got
2 discretionary authority or what.  It certainly
3 seemed reasonable.  All I knew is that -- the
4 important fact to me was these guys were -- were
5 purported to be sophisticated people who
6 understood -- honestly, you know, they understood to
7 read documents and disclosure statements and to ask
8 questions if they weren't certain.  And that's how
9 I -- again, that's how I managed the transparence of
10 my -- my remarks.  But, honestly, I don't know what
11 they did with client money or what -- what might be
12 going on behind the scenes.
13     Q.   Sure.  But you were -- you were portfolio
14 manager of a public mutual fund.  And you had -- you
15 had a general understanding of what a financial
16 advisor does, right?
17     A.   Sure.
18     Q.   And so these -- these calls that you
19 mentioned, how often did you participate in -- in a,
20 you know, so-called house call of that nature?
21     A.   That varied over time.  I want to say
22 there was a time -- and the genesis of this was that
23 some of the wholesalers were -- were becoming a
24 little more insistent in their asking for some
25 explanation.  I was pretty well known for -- for not

Page 52

1 wanting to be involved in sales marketing.  I enjoy
2 what I do as a portfolio manager.  So I began to
3 decline to take phone calls.  So the compromise
4 between myself and Catalyst was that they would hold
5 periodic group calls to accomplish some of the
6 Q and A.
7         At any rate, again, the frequency varied
8 once a month, twice a month, somewhere in that
9 neighborhood for most of the time that I was doing
10 them, best of my memory.
11     Q.   Okay.  So when you -- a few answers prior
12 when you mentioned that you threw out numbers on
13 those house calls related to the scenarios that you
14 examined an OptionVue, what were you talking about?
15 What numbers did you throw out in the -- in the
16 context of one or more of those open house calls?
17     A.   So what -- again, you know, a lot of calls
18 I have not done any particular review.  I've heard
19 some sound bytes played back to me in this process,
20 but I've not done a thorough listen myself.  A lot
21 of calls.  A lot of different questions and answers.
22         I remember talking about the risk metrics,
23 as I explained them to you.  In particular, the open
24 option premium number, at the time, of 80 percent
25 that we controlled to or tried to control to.

Page 53

1 Meaning, that was something that, you know, if we
2 hit that number, we've got to take some action, or
3 at least consider what action to take.  But that was
4 a pretty strict number for us to react to.  I talked
5 about stressing volatility in the Fund, particularly
6 on the down side.  Talked about, you know, taking
7 some volatility through these assumptions.
8      I think I talked about multiples of -- of
9 price movement, 5 and 10 percent maybe.  But, again,
10 my memory is not great.  Lot of calls, lot of
11 different questions.  And -- and many of the
12 questions were around strategy, some on risk.  And
13 sometimes I think those numbers change.
14    Q.  All right.  Well, putting -- putting aside
15 what you -- what you may or may not have said on a
16 particular call, let's focus on what -- what you, in
17 fact, did, what your practice was in stressing the
18 portfolio.  And so were there -- again, we talk
19 about the fact that, you know, for a particular
20 combination of time horizon and -- and volatility
21 change, OptionVue would compute and display the
22 option portfolio value for a range of prices
23 specified by the user; is that right?
24    A.  Yeah.  It would -- it would model --
25 again, it would model what the portfolio value might

Page 54

1 look like if all the assumptions came through.  And,
2 again, my experience is that at the end of the day,
3 it's -- it's an option process in terms of option
4 prices.  So the option models are very useful, but
5 they're -- they're -- they're not set in stone.  So
6 you have to have some judgment over time to
7 understand how to use them, like any -- any model.
8    Q.  But were there -- were there particular
9 scenarios, default scenarios that you considered
10 when stressing a portfolio in the ordinary course of
11 managing the Fund?
12    A.  There were default scenarios that the
13 software would open up to, and that was typically
14 determined by the furthest out expiration in the
15 portfolio.  But that's -- again, that's something I
16 adjusted.  I would typically look at individual
17 expiration periods.  I would -- very, very
18 importantly, in OptionVue, it will actually compute
19 the -- the current market volatility and give you
20 a -- some stats on that, like a one-standard
21 deviation move or a two-standard deviation move.
22 Those are very helpful in understanding the current
23 environment in a snapshot.  Oftentimes I would look
24 at them.
25      Again, always -- with any model, I think

Page 55

1 you have to do kind of a sniff test, I would call
2 it.  Say, Does this make sense?  Does it got the
3 right data?  Can I check an ultimate source?  So --
4 so default scenarios really depended on market
5 conditions.  Again, not -- some of the numbers I
6 threw out in the calls were based on, you know, over
7 a five-year period of time.  Options volatility is
8 15 to 20.  That means that a 5- or 10-percent move
9 is a pretty good move on a 90-day period of time,
10 and 90 days is a -- is a good portfolio.  You know,
11 that would be a typical excursion.  We would -- we
12 would -- the positions on as far as 90 days out.  So
13 it was a good example to use, trying to give people
14 a sense for how I managed the Fund.  But on any
15 given day, I had to be a little more precise about
16 where am I living right now?  What's the portfolio
17 look like?  What's the market look like.
18    Q.  Did you -- did you stress the portfolio in
19 OptionVue on a daily basis?
20    A.  I opened up OptionVue every day.  There
21 were some days in which -- not frequent, but there
22 were some days, especially in a low volatility
23 environment, where you could tell, I mean, the
24 market was mostly unchanged.  Yesterday the NIX was
25 mostly unchanged.  OptionVue is not going to give

Page 56

1 you a whole lot of different -- you open it up, you
2 look at it, and there wasn't a need to go through,
3 what I would call, a rigorous stress test with ten
4 different scenarios.
5      But I opened it up when I looked at the
6 curve, and I understood where the market was and
7 used my judgment about what sort of in-depth stress
8 testing I needed to do.  But the portfolio, you
9 know, graph was -- like I said, I didn't -- I didn't
10 come to work on opening a budget.
11    Q.  And so, you know, whether you did in-depth
12 stress testing or you were opening OptionVue, and --
13 and you're looking at the curve, let me -- let me
14 stop there.
15      You mentioned, you know, looking at the
16 curve or the graph in OptionVue.  What are you
17 talking about?  What is being graphed?  Or what
18 curve are you referring to?
19    A.  It's the model prediction of -- of, in
20 this case, if I open up OptionVue -- which I did,
21 every day I looked at it.  And, you know, the extent
22 to which I did a stress test, again, depending on
23 the environment.  But I could look at it and
24 immediately see under -- under whatever assumptions
25 it opened up, what the -- what the portfolio value

Page 57

1 would look like across different time horizons going
2 forward.
3     Q.   Okay.  And if you opened OptionVue -- come
4 into work, first thing in the morning, you open
5 OptionVue, what -- where is OptionVue picking up
6 from?  What is it going to display to you?
7     A.   Depends on what the portfolio looks like.
8 Meaning, it will cue -- it's the follow-up cue off
9 of typically the furthest out expiration in the
10 portfolio.  And, again, sometimes that -- that's the
11 right thing to look at, sometimes not so much.
12         So, again, I would have to take a look --
13 and as I said, you know, that's -- that was my
14 process.  I would certainly take a look at it.  But
15 I would know coming in, in the morning, you know,
16 what's our environment.  You know, again, are we
17 March of 2020?  Are we in February of 2017?  Or are
18 we someplace in between?  And that would determine
19 how much time I put into, all right, am I managing
20 risks today?  Am I putting on new positions?  Or --
21 or maybe I'm going to let time decay work for me,
22 and today's a very good day to do very little or
23 nothing.
24     Q.   One of the things that OptionVue would
25 display would be the impact on the -- on the

Page 58

1 portfolio from increases and decreases in the level
2 of the S&P 500 Index; is that right?
3     A.   Yeah, the OptionVue screen would show you
4 plus or minus, wherever you want to look really, in
5 terms of S&P pricing, yes.
6     Q.   Okay.  And where would you look in terms
7 of S&P pricing?  Were there -- were there particular
8 percentage increases or decreases in the S&P 500
9 that you were -- you were examining and considering
10 in the ordinary course?
11     A.   Well, I don't know if there is an ordinary
12 course.  In the -- the -- the current market
13 conditions and portfolio composition are absolutely
14 what drives that.  Like I said, if I've got a big
15 chunk of positions 90 days out, I'm looking 90 days
16 out.  If I have nothing out in 90 days, I'm probably
17 not looking out 90 days, so depending on the
18 portfolio composition.  And then, again, if we're in
19 a volatility environment where the likelihood of a
20 5-percent move in a week is one in a million, then
21 I'm probably not looking at that scenario.  So it's
22 absolutely market environment and portfolio
23 composition driven.  And there's a big, big chunk of
24 my judgment and experience rolled into that as well.
25     Q.   Um --

Page 59

1     A.   It's simply not a mechanical system.
2     Q.   All right.  So with respect to increases
3 and decreases in a level of S&P 500 Index, are you
4 saying that what you looked at just changed from
5 day to day, you didn't have any particular scenarios
6 that you were looking for?
7     A.   It didn't necessarily change day to day,
8 because my experience is two things.  Market
9 environments don't change radically from day to day.
10 In fact, it's rarely changed radically from
11 day to day.  Every once in a great while they do,
12 but it's not the basic scenario.  So in a particular
13 market environment, you kind of expect that to
14 persist.
15         And so if -- if there's a low vol or a
16 high vol -- volatility market environment, then I
17 would start looking at similar things every day
18 until either the weight of evidence or the -- the
19 statistics in marketplace would cause me to say,
20 Hey, I better -- I better throw a different scenario
21 in here now, because things are different.  So -- so
22 not every day.  But -- and, again, the portfolio as
23 well.  Portfolio didn't change dramatically every
24 day.  But there were ebbs and flows in the material
25 over time.

Page 60

1         So on any given day, I would have to
2 assess, all right, you know what, I've -- I've been
3 scaling into positions in that 90-day expiration.
4 I've got -- I've got what I would consider a full
5 position out there.  I've got to change some of my
6 time frame scenarios.  So, again, it's a very, very
7 fluid situation.  And it is a lot of analytics to
8 determine what to do, but a lot of judgment in terms
9 of how to use models and tools.
10     Q.   Well, just sticking with -- with price for
11 a moment.  The scenarios that you examined, did they
12 include 5-percent and 10-percent increases and
13 decreases in the level of the S&P 500 Index?
14     A.   Yes, I -- I recall on a couple occasions
15 talking about those levels.  Again, not wanting to
16 in -- I don't know if it's effective in answering
17 questions to go where my answer's designed to be a
18 comprehensive and detailed manual for how I manage
19 the Fund.  It's -- again, it's not a mechanical
20 fund.  So those are very good approximations of the
21 type of scenarios I looked at in a -- in the -- the
22 average scenario for the Fund, but, again, it's only
23 an average.
24         So it's -- it's not something I did in the
25 low volatility environment, nor high volatility

Page 61

1 environment.  It's something I did maybe in an
2 average environment where the Fund had positions
3 where that was appropriate.  So that was a good --
4 you know, I think those were good tools to explain
5 to people in a general sense what I was doing.  But
6 on any given day, it really depended on the position
7 of the Fund and the market conditions.
8     Q.   All right.  So depending on the position
9 of the Fund, depending on the current market
10 conditions, you may or may not have examined what --
11 what the impact to the portfolio would be from --
12 from a 5-percent and 10-percent increase in the
13 S&P 500?
14     A.   Yeah, if there was a -- if there was a
15 scenario where I felt like a -- looking at 5 or
16 10 percent out over -- you know, over a week.  Did
17 that make sense?  Did the information tell me
18 anything?
19          There was some -- there were times when
20 that's not a scenario that's -- that's informative
21 to me.  And there were many times when it was a
22 scenario that I didn't look at.  But -- but, again,
23 in aggregate, if you want to explain something to
24 someone and use some general terms to give them a
25 feel for what you're doing, those are good numbers.

Page 62

1     Q.   But if I understand your testimony, those
2 are not scenarios that you considered every day?
3     A.   That's correct.  I didn't consider those
4 precise scenarios I wrote every day, no.
5     Q.   Okay.  Were there any -- were there any
6 scenarios, whether on the price side or the
7 volatility side that you considered every day or on
8 a routine basis?
9     A.   Yeah.  I -- again, I've always considered
10 price and volatility excursions that I felt were
11 reasonable based on current market environment,
12 current fund portfolio.  Am I experienced with how
13 options and -- options in my particular -- options
14 spread behaved in those scenarios.  So -- so, again,
15 I apply my judgment in how I use the tool, which --
16 which plug to pull out of the bag based on which way
17 the wind was blowing and how long a drive I needed.
18     Q.   Yeah, and I hear you.  But you're saying
19 what was reasonable or what was judgment.  And I'm
20 trying to get a better sense of that.  So was there
21 a club that you pulled out of your bag every day or
22 almost every day that you used, you know, that club
23 being the analogy for a scenario, whether it be a
24 price increase or decrease scenario or a volatility
25 increase or decrease scenario?  Or were there -- was

Page 63

1 there a particular club or particular clubs that
2 every day you reached into your bag and you pulled
3 out and you used in stressing the portfolio?  That's
4 what I'm asking.
5     A.   Yeah, I think the -- the better way to put
6 it is every day I pulled out a club, and every day I
7 had my bag.  Every day I had a swing at golf.  I had
8 my bag and I had a club, and I pulled one out that I
9 felt was the right one for the situation.
10          So if you -- if you ask me -- again,
11 I'm -- I'm a little uncertain why I'm going down the
12 golfing analogy, because I don't golf.  But I know
13 that, you know, I -- when I step up to the tee, I'll
14 use a driver of some kind, I guess.  But depending
15 on the hole, depending on the -- the conditions, I
16 might use a different driver than the day before.
17          And if someone asks me, I would say, Yeah,
18 you know, a lot of times this one's -- this one's a
19 good one.  And just to have you understand that I
20 use the driver when I'm off the tee.
21     Q.   Okay.  Well, I'm not going to go down the
22 golf analogy further.  It sounds like neither one of
23 us are big golfers.  But focusing -- what I really
24 want to drill down on, sir, is whether there were
25 particular percentages.  We talked about 5 percent,

Page 64

1 10 percent, and upper increase or decrease in the
2 S&P 500 Index.  And on the ball side, were there
3 particular point increases or decreases that you
4 considered on a daily basis in OptionVue?
5     A.   I mean, the best answer I can give you
6 is -- is no.  At the risk of being overly
7 repetitive, I don't mean to be, it's -- it's
8 absolutely -- I mean, I don't think it would serve
9 anyone to have a mechanical locked in set of
10 parameters like that that don't make sense in a
11 particular environment.
12          Like I said, if -- if I said to you, I'm
13 gonna stress a 1-percent move every day, and all of
14 a sudden we're into COVID, that would be foolish.
15 That would be the absolute wrong stress test to use.
16 And if I said to you, Well, we just came out of
17 COVID, I'm stressing 5 percent down tomorrow, well,
18 then that would be a treasure the whole time.  I
19 would never look at anything.  So you -- I think
20 it's -- as a portfolio manager, it's irresponsible
21 not to select the right -- the right methodology.
22 At least to the best of my experience, the right
23 methodology to use, given the portfolio composition,
24 given the market environment, and that's what I did.
25     Q.   Okay.  So to circle back, you gave me --

Page 65

1 you gave me your explanation for -- for why your
2 answer's no. But the answer's no, if I understand
3 your testimony. There was not a -- there were not
4 particular increases or decreases in the
5 S&P 500 Index or a particular point decreases or
6 increases in options volatility that you considered
7 regularly or on a daily basis?
8        MR. KOPECKY: Objection. Form.
9 Foundation. Mischaracterizes the testimony. And
10 it's been asked and answered. But particularly with
11 the use of particular, because there was always a
12 particular number, just not the same particular
13 number the way I understood.
14        Go ahead and answer then.
15    A. Sure. So, again, I mean, I -- I have to
16 give you some context about -- around the answer. I
17 don't want to be misinterpreted. Each day I would
18 use --
19 BY MR. FOSTER:
20    Q. Yeah, if I could stop you there.
21        I think you gave me the context, and I'm
22 asking if you can answer the question yes or no. If
23 you can't, then I guess you can't. So my question
24 would be --
25    A. I --

Page 66

1    Q. My question would be -- and I'll -- let me
2 know if you want me to restate it.
3        My question would be, yes or no, were
4 there particular increases or decreases in a level
5 of the S&P 500 Index that you considered every day
6 in -- in looking at the portfolio in OptionVue?
7        MR. KOPECKY: Same objections.
8    A. And I -- I have to repeat the same thing.
9 I -- you know, I -- honestly, I want --
10 BY MR. FOSTER:
11    Q. Don't repeat -- don't -- sir, don't repeat
12 what you said.
13        Just are you able to answer my question,
14 yes or no?
15    A. Mr. Foster, I -- I -- again, I apologize.
16 I'm doing my best to be cooperative, but I cannot
17 take the chance that I give you a misleading sound
18 byte kind of response here when your question
19 requires the context I've given you, and I have to
20 repeat that.
21    Q. No, you don't have to repeat it, because
22 I've -- you don't have to repeat it, because I've
23 heard it. I've heard it several times now. And --
24 but what I haven't heard is an answer to my
25 question, which is whether or not -- so I have the

Page 67

1 context, but it's simply whether you did or did not
2 do something. So did you look at particular
3 increases and decreases in the level of the
4 S&P 500 Index in OptionVue every day --
5    A. Every day -- every day I did look at
6 particular increases and decreases, and --
7    Q. Okay. When I say particular -- when I
8 just say particular, I mean the same. So a common
9 percentage. So 5 percent -- let's be very specific.
10        Did you, on a daily or regular basis,
11 examine a scenario that included a 5-percent
12 increase or decrease in the level of the
13 S&P 500 Index? Did you do that in OptionVue either
14 on a day -- every day or almost every day when you
15 were stressing a portfolio?
16        MR. KOPECKY: Objection. Form.
17    A. On some days, that -- the level that I
18 looked at was 5 percent. On other days, it was not.
19 BY MR. FOSTER:
20    Q. And what about the 10 percent level? Did
21 you -- was that a level that you looked at every
22 day?
23    A. On some days, 10 percent was the level --
24 level I chose, because it was the appropriate one.
25 But on other days, it was not.

Page 68

1    Q. Okay. What -- you said some days. Are
2 you more or more often than not? Are you able to --
3 are you able to tell me how often you looked at
4 either the 5-percent increase or decrease or the
5 10-percent increase or decrease in the level of the
6 S&P 500 Index?
7    A. I -- I can't speculate on a particular,
8 you know, percentage of the time. Those numbers
9 were the right numbers.
10    Q. Were those numbers -- whether you were
11 focused on them or not, were those numbers -- was
12 that information graphically displayed on the
13 OptionVue graph curve that you -- that was -- that
14 was visible to you when you opened OptionVue?
15    A. I'm not sure what you mean by whether
16 those levels were graphically displayed.
17    Q. Well, you open -- tell me, sir, what
18 happened? You opened OptionVue, what -- what's the
19 first screen that pops up when you open it?
20    A. Well, the first screen that pops up is
21 a -- I think OptionVue calls it a matrix. It's
22 basically a, quote, listing of all the different
23 markets and indexes and securities that I've
24 selected to appear.
25    Q. The matrix screen -- I'm sorry. The

Page 69

1 matrix screen is the screen that allows you to enter
2 information about trades that you've made or that
3 you're considering making; is that right?
4     A.   No.   The -- the initial screen you asked
5 about -- and I may be incorrect labeling as matrix,
6 but it's simply a listing of quotations, some
7 volumes test.
8     Q.   How do you get to a screen that includes
9 the graph, the curve that you're referring to?
10     A.   So if I -- if I wanted to look at options
11 related to any of the securities or instruments that
12 were on that initial page, I would click on it.
13 I -- you can click on the particular instrument.   In
14 this case, it would be S&P futures.
15     Q.   Okay.   But would you -- would you view the
16 graph every day?   Would you click on it every day?
17     A.   Yes.   Every day.
18     Q.   Okay.   When we're talking about increases
19 or decreases in the level S&P 500 Index or changes
20 in volatility, again, the -- when you're accepting
21 that -- those -- those factors, you're accepting how
22 they would impact at a given level, how they would
23 impact the portfolio, correct?
24     A.   I'm sorry.   Can you repeat that?
25     Q.   Sure.   The scenario -- on a day when you

Page 70

1 considered or examined, you know, what would happen
2 if the S&P 500 Index increased 5 percent, right,
3 what -- what you're -- what you're looking for is
4 how that move in the S&P 500 Index would impact the
5 portfolio holdings, the option futures holdings that
6 you -- were in the portfolio, correct?
7     A.   Yes.   So I'd look and see what, again, the
8 standard you asked about the -- what screen pops up.
9 Well, the screen would typically pop up with five
10 different time frames.   And so I would look out
11 and -- and -- and the X axis, if you can visualize
12 this, was simply the price levels on the S&P.   And
13 the typical pop-up screen, I don't know, I would
14 have to go in and set how wide an X axis I want it.
15 And, again, that would be dependent on how far out
16 the portfolio's positioned.   So I could look at
17 whatever I wanted, and the X axis would basically --
18 S&P futures, front month futures pricing.
19     Q.   What you're looking at is how -- how these
20 potential change -- how the potential change in
21 market conditions might impact the -- the value of
22 the portfolios, correct?
23     A.   Well, I would look and see what the --
24 again, what -- what the curve looked like at various
25 points, plus or minus where the mark was today,

Page 71

1 pricing the S&P futures, yes.
2     Q.   All right.   But in looking at the curve,
3 what are you looking for?   Are you looking for
4 anything in particular?
5     A.   Well, remember, there's -- the default is
6 the five words.   So I'm -- I'm first selecting which
7 of the five, if any of the five, make sense to me.
8 And each of them would have a different result or
9 different prices on the S&P and -- and would give me
10 a model value of where the portfolio might be at
11 that price.   If nothing about the model inputs
12 change, which, you know, on its face, that's --
13 that's kind of an impossibility, because -- well, at
14 least I've never seen a market move without some of
15 the inputs to the model changing, sometimes pretty
16 dramatically.   So snapshot of -- of five different
17 time frames, five different curves, as many prices
18 as I want to look at for -- for wherever the
19 portfolio might be, or where a particular expiration
20 series might be.   Anything I want to look at.
21 Again, it's -- it's a tool with a lot of different
22 uses.
23     Q.   Each -- each curve, each line, you mention
24 five lines, so essentially there's five curves by
25 default, correct?

Page 72

1     A.   Correct.
2     Q.   And each -- so each -- each curve
3 represents a range -- or forecasts a range of
4 portfolio values based on a range of -- of moves
5 in -- in -- or based on a particular scenario of
6 price and volatility, correct?
7     A.   Yeah.   I mean, maybe the technical
8 language you used isn't quite correct.   But each
9 curve matches up a point of value of S&P price and
10 time.   And, again, with the underlying assumptions
11 around skew and aggregate volatility, which are
12 either set by me or default to the model or some or
13 both.
14     Q.   So each one of those curves represents a
15 particular scenario of time, volatility, and -- and
16 potential price increases, right?
17     A.   Yes, or decreases.
18     Q.   Or decreases.   Right.
19       And so for each one of those scenarios
20 that the -- that the five lines depicted, did you
21 consider whether that scenario involved the loss of
22 more than 8 percent of the Fund's value?
23     A.   Well, typically the first thing I did was
24 try to determine if I had the correct scenarios
25 displayed before just looking at them.   Meaning, was

Page 73

1 I looking at the right time frames across those
2 curves?  Did I have the scaling set so that I can
3 see, you know, the right range of S&P prices?  And
4 then it gets back to what I've talked about.  I
5 apologize for beating it to death, but it's just I
6 don't know how to explain what I did other than to
7 keep repeating what I did.  And that is I'd take a
8 look -- and OptionVue helps you.
9        In other words, at the bottom of this
10 exact S&P prices, it will give you a display of
11 current market volatility and standard deviation
12 movement.  First thing I have to view is double
13 check that it's got a reasonable input number to
14 display that.  And then it gave me a decent guide
15 for price ranges.  But, again, it's timed to it.
16        So I look at my portfolio.  Say, where --
17 where are my positions?  Where -- where is my risk?
18 Where is my opportunity?  What time frame should I
19 look at?  So I would then go in and adjust all of
20 those parameters to make sure that they were
21 reflecting something useful, some useful outputs.  I
22 can't -- you know, my experience with this made it
23 at least a little bit easier to -- to come to that
24 point.  But I can't just open up OptionVue and look
25 at something if it's not giving me useful

Page 74

1 information.
2        Q.  Mr. Walczak, did you use -- did you ever
3 use the OptionVue software to estimate whether there
4 was a scenario that involved a loss of more than
5 8 percent of the Fund NAV?
6        A.  Yes.
7        Q.  How often did you do that?
8        A.  Again, most every day.  And I'm going to
9 qualify with most, because, as I said, in certain
10 environments, there was very little change
11 day to day.  So if I saw something yesterday, I
12 could pretty immediately tell that nothing material
13 had changed.  So I continue to act on whatever I had
14 seen.  But for the most part, I looked each day, and
15 I -- I looked at that level that's a level that I
16 chose long ago and talked about both primarily in
17 terms of OptionVue.
18        And that's what OptionVue is -- is telling
19 me.  Really the way I used it is what's the open
20 option premium value in the Fund?  So I looked
21 for -- for scenarios where that 8 percent number was
22 triggered.
23        Q.  Okay.  So just so I -- I want to try to
24 really drill down on that to make sure that we're --
25 we're clear, that your testimony's clear.  When you

Page 75

1 talk about, you know, that 8 percent number, that's
2 the number that you used, you used OptionVue to
3 estimate whether there was a potential -- whether
4 there was a scenario that involved a loss of more
5 than 8 percent.  My question -- I said 8 percent of
6 the Fund NAV, but correct me if I'm wrong.  When you
7 say 8 percent, what are you referring to?  8 percent
8 of what?
9        A.  So I used the 8 percent option --
10        MR. KOPECKY:  Sorry, I don't want to cut
11 you off.  I just want to make sure we know in what
12 context you're speaking.
13        When he just answered your question, what
14 do you mean when he said 8 percent?  What context
15 are you talking about?  Is there a specific time?
16 You said 8 percent.  You can ask him about that.
17 What he meant when he -- when he used the term then.
18 But let's not just generally decide that every time
19 he said 8 percent it meant the same thing.  That
20 wouldn't be true.
21        MR. FOSTER:  I'm not sure I understand
22 your objection, but I'll --
23        MR. KOPECKY:  In what context do you
24 mean -- when are you asking, What did you mean you
25 used the term 8 percent?  Like, you told us, I'm

Page 76

1 talking about 8 percent --
2 BY MR. FOSTER:
3        Q.  Sure.  I mean -- I mean -- I mean right
4 now.  I mean when you just said that you knew that
5 that was the number you arrived at long ago.  That's
6 the number that you -- you looked at that you --
7 that most every day you were looking and assessing
8 this 8 percent number.  What -- 8 percent of what?
9 What are you talking about?
10        A.  Yeah, the primary number I used, because I
11 felt -- you know, again, I've been using this for a
12 long time.  It's a -- it's a good simple number that
13 doesn't involve lots of more complex calculations.
14 It's simply how much open option premium exists in
15 the Fund.  And that means this is what you have to
16 spend in terms of fund assets to -- to go to cash
17 essentially.
18        And so the 8 percent number in OptionVue,
19 I used the setting that had OptionVue displayed a
20 value of options instead of P&L.  The value of
21 options, and I looked -- you can always find the
22 scenario where there's an 8 percent loss on some
23 time frame or some pricing.  So the question then
24 becomes:  Is that even a scenario you should
25 consider?  And, like I said, if you expect

Page 77

1  1987 Black Monday to happen tomorrow, then you
2  better be in treasuries all day long.
3        So you have to consider, again, based on a
4  marketing environment, what is likely.  And that was
5  the judgment on my part about likelihood based on
6  market environment and based on portfolio
7  composition.  So, sure, I would look in most cases
8  to see where there was an 8 percent potential.  And
9  most of the time I could immediately throw that
10  scenario out the window and say, This is the one in
11  a hundred.  And I'm not going to react in this
12  moment's one in a hundred, like --
13        MR. FOSTER:  So we've been going about an
14  hour and 45.  I don't know how you're doing, Ed, how
15  the court reporter is holding up.  What -- what do
16  you think?
17        THE WITNESS:  I could probably take a
18  bathroom break at this point.
19        MR. FOSTER:  Okay.  Let's do that.  What
20  do you folks want?  Ten minutes or so?
21        THE WITNESS:  Sure.
22        MR. KOPECKY:  How about let's stick to
23  the -- to the ten solid, and try to make -- try to
24  keep it that way.  I was joking earlier that every
25  time we take a 5-minute break, it's 10.  When it's

Page 78

1  10, it's 20.  Let's -- let's say 10 minutes solid,
2  we'll be back?
3        MR. FOSTER:  Sounds good.
4        MR. KOPECKY:  All right.  Thank you.
5        VIDEOGRAPHER:  We're going off the record
6  at 11:22 a.m.
7        (Recess taken.)
8        VIDEOGRAPHER:  We're going back on the
9  record at 11:34 a.m.  Okay.  You may proceed.
10        MR. FOSTER:  Thank you.
11  BY MR. FOSTER:
12    Q.  Mr. Walczak, a few moments ago, we were
13  discussing the fact you had a practice of looking in
14  OptionVue for an 8 percent figure.  And I just want
15  to better understand what you're talking about, what
16  that 8 percent relates to.  Is it -- is it a
17  8-percent decrease in the value of the options
18  portfolio?  Is that what you were referring to?
19    A.  No.  When I -- when I look at OptionVue is
20  the value of the options position, and I'm looking
21  for a net short options value of roughly 8 percent
22  of the portfolio.
23    Q.  And you mention an 8 percent as it related
24  to open option premium.  Is that -- is that
25  something different, or is that the same thing as

Page 79

1  you just described?
2    A.  That's the same.
3    Q.  All right.  So maybe just indulge me a
4  little more.  Just -- when you say open option
5  premium, can you sort of break down, tell me,
6  explain to me what you mean?
7    A.  So open means positions that are open, not
8  closed out.  They're existing positions.  And the
9  sum of the value of those positions, if they're
10  short options, which is the scenario we're looking
11  at, that means they have a negative value.  It cost
12  money to close them out.  When that value -- the
13  scenario I'm looking for is when that value is going
14  to be 8 percent or greater than the total assets in
15  the Fund.
16    Q.  Okay.  So does that mean you're looking
17  for a scenario where there's -- there would be an
18  8-percent drawdown of the Fund, or is that something
19  else entirely?
20    A.  I thought over my experience that the two
21  were very similar, because it was typical for me to
22  enter positions, what's called an at even.  Meaning,
23  I would spend a certain amount of money on the long
24  side of the position and take in a roughly equal
25  amount on the short side of the position so that at

Page 80

1  the end of the day, if there were -- if the Fund
2  were all in cash, and I put a position on it, you
3  would see a zero net open option premium.  And if
4  that open option premium grew to 8 percent, that was
5  a pretty good approximation of decline in P&L on the
6  Fund.  And as I said, for -- for risk control
7  purposes and for monitoring the Fund's posture, that
8  was a good aggregate, relatively simple to model
9  measurement that I used.
10    Q.  Okay.  So the -- the 8-percent drawdown,
11  when we were just talking about drawdown, what --
12  how do you define drawdown?
13    A.  So the way Catalyst suggested that we
14  define it was 8 -- 8 percent change on a rolling
15  months basis, I think, is the way that they set up
16  the risk metrics.
17    Q.  Okay.  But in OptionVue, when you're
18  looking for 8 percent, if I understand it, you're
19  looking -- you were considering, you know, scenarios
20  that would result in an 8-percent negative net
21  decrease in -- in the value of the Fund, right?
22    A.  I was -- I was looking for scenarios
23  that -- that would cause the Fund to have 8 percent
24  or greater in open option premium.
25    Q.  But, again, how -- open option premium.

Page 81

1  How is that different than what I'm
2  saying?  If I'm -- if I'm saying that you and
3  Mr. Walczak were looking or considering scenarios
4  that would result in a 8-percent decrease in the
5  Fund's NAV, am I wrong?
6   A.  Well, all I can say is I didn't do fund
7  P&L calculations in OptionVue or at all for that
8  matter.  So I can only look at the next day's print
9  and assume it was correct.  Occasionally if it
10  looked off, I would raise a flag, but I didn't do
11  fund P&L coverages.
12   Q.  But I think I heard you to say that the
13  8 percent open option premium would be -- would --
14  would translate -- would typically translate roughly
15  to -- in 8 percent.  If it was in excess of
16  8 percent open option premium, that would translate
17  roughly to an 8-percent decrease in NAV?
18   A.  Yeah, it should be somewhere in that
19  neighborhood.  Again, because we entered positions
20  at zero.  So, again, a lot of other things went into
21  NAV, but it was good portfolio management level risk
22  control I thought at the time.
23   Q.  Did OptionVue measure open option premium
24  as -- as a default setting?
25   A.  It -- it measured the value of the

Page 82

1  positions that I entered, which were the positions
2  of the funds.  It measured the current value based
3  on either a settlement price or it would take the
4  bid offer in marketplace and calculate the value of
5  the open option positions.
6   Q.  Okay.  So it -- would it calculate it for
7  you, or is this something you had to adjust or do an
8  OptionVue to measure open option premium?
9   A.  Well, again, it goes back to -- I mean, it
10  would calculate it in -- in real time based on
11  whatever settings I put in, which there were a role
12  handful of settings about how you wanted to
13  calculate it.  Because, again, even the model
14  recognizes that option pricing is based on an option
15  market.  So you have to say, Do I want to take the
16  last price, trade it?  Do I want to take the bid
17  price currently, the offer price currently, some
18  combination of all those things?  So I happen to
19  choose the midpoint between the bid and the offer.
20  In those settings, OptionVue would add up all of
21  the -- the option prices in that aggregate value of
22  the portfolio in terms of open option premium.
23   Q.  Okay.  You identified a scenario that
24  involved a -- if I'm -- if I'm saying this right, a
25  net -- a net short open option premium value of an

Page 83

1  excess of 8 percent?
2   A.  Well, as I said, every day I open
3  OptionVue, sometimes immediately see one of those.
4  And then I would have to decide whether that was a
5  reasonable scenario.  As I said, if it -- if it was
6  a look if we decline 10 percent tomorrow, we would
7  be down 8 percent in the Fund, I would say, Well,
8  that's not meaningful to me.  I'm not going to look
9  at that.  So -- so that was how I used the model is
10  to identify meaningful scenarios based on market
11  conditions and further -- further construction.
12   And if one of those scenarios was in
13  excess of 8 percent, I would then figure out what's
14  the best course of action, sometimes nothing, but
15  what's the best course of action to take in light of
16  that identified risk.  But 8 per -- 8 percent was
17  the line that I -- I used to even take a look at it
18  and say, Do I need to do something here.
19   Q.  Okay.  And then in what -- in what
20  conditions would need to exist for you to take some
21  action based on that 8 percent number?
22   A.  If --
23   Q.  Versus -- versus not taking action?
24   A.  Well, it would have to be a scenario that
25  I felt that in -- again, in my judgment was likely

Page 84

1  enough, and it's to a large degree of a judgment
2  call.  But I like to use probabilities and -- and
3  ranges of potential market movement to determine,
4  look, is this a -- you know, a -- is this a conflict
5  that we're going to get there?  Is this a 1 in 10?
6  Is it a 1 in 100?  You know, a 1-in-100 scenario,
7  likely throw it out.  I would not even look at it.
8  1 in 10, I'd -- I'd take a closer look.
9   And, again, this is a -- this is a -- a --
10  this is a very judgmental thing.  It's a -- it's a
11  model that -- and my judgment gets taken into
12  account in terms of what -- all these factors I keep
13  repeating, portfolio composition, market conditions.
14  And -- and some likelihood -- it's a risk-and-reward
15  balance, which is I think what, at least what I do,
16  as a portfolio manager.
17   Q.  So were there times that OptionVue should
18  have lost more than 8 percent of portfolio value at
19  stress points, and you were considering and you did
20  not adjust the portfolio composition to eliminate
21  that -- that risk?
22   A.  Yes.  As I mentioned, every single day,
23  you can find a time and price combination that would
24  give you -- many time and price combinations that
25  will give you an 8 percent or greater loss.  And so

Page 85

1 there were many times when I determined that
2 was a highly, highly unlikely scenario. And at
3 least unlikely in terms of my judgment of risk and
4 reward and that I would elect to, either nothing
5 specific about that risk, or do nothing knowing that
6 over time the risk comes off, or, you know, that no
7 specific risk mitigation action was necessary in
8 that particular time frame or in that particular
9 scenario.
10    Q.   Did OptionVue give you information about
11 how probable a particular scenario was?
12    A.   Well, as I -- as I said, I took into
13 account current market volatility. So there are --
14 you can do some fairly easy statistics on, you know,
15 standard deviations of movement based on volatility
16 levels and standard deviations to give you
17 probabilities that's a, you know, status one-on-one
18 kind of textbook table you can find in a lot of
19 places. One -- one standard deviation carries a
20 certain probability that whatever you're measuring
21 will stay within a certain range. So that's the
22 kind of the thing I used, so it wasn't a pure, Hey,
23 how do I feel about this? There's certainly some
24 math involved as well. And I depended on that to --
25 to be a guide.

Page 86

1    Q.   Well, walk me through the steps there that
2 you would -- you would undertake to determine
3 whether a particular scenario that involved a loss
4 in excess of 8 percent in portfolio value was likely
5 or unlikely.
6    A.   Well, the first step was to -- you know,
7 you open up a -- you open up a chart saying, Is the
8 market then trending higher? Trending sideways?
9 Trending lower? And then you say, How -- what kind
10 of range of movement have we been experiencing?
11 That's where you can measure market volatility. So
12 I would -- OptionVue calculates this. It -- it
13 assembles a 20-day, 20-trading day lookback period,
14 which is fairly typical, in my experience. And
15 would compute a, you know, statistical distribution
16 on that. And -- and, like I said, then you use --
17 you've got a one sigma, two sigma, and you can --
18 you can kind of tell it will give you a probability.
19 And there's no certainties obviously, but it will
20 give you a mathematical guide that helps.
21    Q.   Okay. Was there a particular probability
22 in OptionVue that -- that would, you know -- that
23 would prompt you, then, to take action?
24    A.   Yeah. I mean, again, just a rule of thumb
25 that I liked to use was a one-sigma move or what --

Page 87

1 whatever time frame I was looking at for a couple of
2 reasons. My -- my experience with -- with actual
3 options behavior as opposed to simple models is that
4 upside movement tends to be bounded in -- in the
5 vast majority of cases by a one-sigma upside move.
6 Again, that's my experience and my judgment. But
7 that's -- that's what I use.
8         And downside, actually, two sigma or
9 sometimes greater, so a fat left tail. So -- so I
10 use those kind of guide. It helps. So whatever
11 time frame I was looking at, you know, what's a
12 one-sigma move. Now, even in a random scenario, a
13 one-sigma move to the upside is a 1-in-5 kind of
14 probability, maybe a 1-in-6, maybe a 1-in-7. I
15 can't remember the stats off the top of my head.
16 But in my experience, again, the -- that upside
17 boundary was a pretty good level to look at.
18    Q.   When you say one-sigma move, does that --
19 does that equate to one standard deviation?
20    A.   Yeah.
21    Q.   And in determining or assessing the
22 8 percent, if there's an 8-percent decrease in
23 portfolio value, 8 percent of what number? Where
24 did you get the number every day to determine
25 whether that 8 percent threshold was exceeded or

Page 88

1 not?
2    A.   Basically at 8 you'll have one of the Fund
3 or whatever account I'm trading.
4    Q.   Okay. OptionVue showed that there was a
5 scenario that resulted in a decrease of an excess of
6 8 percent of portfolio value. That's something you
7 would have been aware of that that was -- that was
8 visually presented to you in OptionVue?
9    A.   Yeah. Again, every day I could see
10 multiple examples of that scenario. I could adjust
11 the input settings and see more or less those
12 scenarios. I had to choose whether or not those
13 scenarios were likely enough to -- to take action.
14 That's really what the stress test was about.
15    Q.   Okay. And when we're talking about the
16 standard deviation, the one -- one-sigma move or
17 two-sigma move, are you -- were you using OptionVue
18 to make that calculation, or were you calculating
19 that -- that standard deviation by some other
20 method?
21    A.   Sometimes both. As I said, OptionVue
22 collects the data, as with any model. As I
23 mentioned before, you would have to take a look and
24 say, Does that seem right? And, again, in a -- in a
25 low volatility stagnant-type of condition, you know,

Page 89

1 you know kind of what to expect. And especially you
2 don't -- if OptionVue, for example, changed their
3 number dramatically from one day to the next, I
4 would be suspicious and perhaps there was a little
5 bit of a data hiccup or the calculation lookback
6 period was incorrect. So as I also mentioned, go
7 back and it was publicly traded or publicly
8 published indexes of realized volatility trailing 20
9 days, as I said, that's a standard period. And so
10 that's a good sort of litmus test to make sure
11 OptionVue is doing the number right.
12    Q. All right. Can you take me through the
13 specific steps, including the data that you used
14 when calculating the standard deviation outside of
15 OptionVue?
16    A. Well, again, most of the time I would
17 simply go to a published index. But it's
18 essentially you assemble a -- you do it with Excel.
19 I haven't done it in a while, but an analyst do it
20 for me. It's just like in the world of calculators
21 where you forget how to do math in your head. I
22 don't know that -- that here today I can quote a
23 calculation or an Excel formula, but it's a
24 statistical distribution of closing prices on, in
25 this case, the S&P. And oftentimes we use the cash,

Page 90

1 because the data's a little cleaner than a future's
2 contract, and they're related. They're ultimately
3 funded obviously. So you do -- you simply do a
4 database of 20 observations, and you do a standard
5 deviation calculation. And then once you -- once
6 you understand the standard deviation, you have your
7 sigma, and you do one sigma, two sigma, three sigma.
8        And, you know, the standard probabilities,
9 which, top of my head, a one sigma is a 66 or
10 67 percent of the distribution, which, when you do
11 it in one direction, it -- you essentially have a
12 16-percent chance on the upside of receiving one
13 standard deviation. And 16 percent on the downside.
14 So you have these standard mathematically sound
15 calculations that can be performed. That's related
16 typically. As I said, that's -- that's with
17 OptionVue would actually put a range at the bottom
18 of the chart. And my job was just to -- just to
19 make sure there didn't seem like there was something
20 off with the OptionVue calculations, so I would
21 periodically check outside sources.
22    Q. How often would you do that? How often
23 would you try to verify or audit the information in
24 OptionVue with respect to the standard deviation?
25    A. Whenever something didn't seem right to

Page 91

1 me.
2    Q. And how often was that?
3    A. I can't really put a -- can't really
4 characterize it. I don't know. Again, I hope on
5 OptionVue, if -- if a number had changed
6 dramatically and I didn't see a reason for it to
7 change or something just looked a little bit off to
8 me, I would double check. And that's -- that's the
9 same with any of the inputs to the models -- to the
10 model.
11    Q. But if something didn't seem off to you,
12 you wouldn't -- you wouldn't undertake that
13 exercise; is that right?
14    A. Right.
15    Q. When you mentioned -- in doing the
16 calculation outside of OptionVue, you talk about,
17 you know, 20 different data points. Does that mean
18 the last 20 closing prices of the S&P, or what were
19 you referring to?
20    A. Yeah, less -- 20 closing prices of the S&P
21 would be a typical -- as I said, a 20-day lookback,
22 which is essentially a month. I think maybe some --
23 to be more precise, the average month might be 21
24 one day. So it's -- the idea is to have a month
25 lookback to say, Here's -- here's our environment

Page 92

1 over the last month.
2    Q. How did you typically stress the portfolio
3 in a -- in a low volatility environment?
4    A. Well, I -- I stress the portfolio pretty
5 much using the same techniques I described,
6 regardless of the environment. The environment was
7 important. So if it was a high volatility
8 environment, your standard deviation of price
9 movement is -- is going to be much larger than a low
10 volatility environment.
11        In a high volatility environment, you can
12 start to make some assumptions about changes in
13 volatility. Low volatility environments tend to
14 persist. High volatility environments tend to mean
15 or hurt to lower volatility environments. That's my
16 experience in terms of equity markets. I think
17 there's some -- some kind of -- but it's my
18 experience.
19        So the environment is what it is. And I
20 would stress it from a price standpoint accordingly.
21 From a volatility standpoint, you know, high
22 volatility environment tends to mean reverse. You
23 want to stress or decline volatility. But high
24 volatility environments, especially to the downside,
25 can get even higher. You know, so it's like trying

Page 93

1 to bottom pick in an equity decline. You don't want
2 to top pick a volatility.
3      So if volatility's high, you're actually
4 stressed to get even higher. If volatility is low,
5 in my experience, you probably assume no change.
6 And if volatility's high on the upside, you -- my
7 technique was to stress a decline in volatility and
8 see if that had an adverse effect.
9    Q.   Okay. Then how would -- what would you
10 consider defined to be a low volatility environment?
11    A.   Oh, I would say -- I don't know if you
12 want to use the stats. Annual -- annual volatility
13 of 15 and less, maybe, is a low volatility
14 environment. 15 and higher -- maybe 20 and higher
15 is high. Normally it lands at 15 to 20. Those are
16 good ballpark numbers, but...
17    Q.   All right. Why don't we -- why don't we
18 circle back for a moment to a little bit of the
19 nitty-gritty of how OptionVue works. So I'm going
20 to move into the marked -- you marked exhibit
21 folder. Well, I guess you have -- you have the
22 documents outside of Egnyte, so let's look at the
23 next exhibit, Exhibit 2.
24    (Exhibit 2 was marked for identification.)
25    A.   Right. Here's my first test.

Page 94

1 BY MR. FOSTER:
2    Q.   All right. Bear with me for one moment as
3 I am going to move it into Egnyte as well. So we're
4 not so -- do you have Exhibit 2 in front of you,
5 sir?
6    A.   I do.
7    Q.   Okay. And this is an e-mail from -- the
8 first e-mail at the top of the document of the
9 exhibit is from you to Mr. Schoonover and others,
10 dated March 5th, 2017. Do you see that?
11    A.   Yes.
12    Q.   Okay. And just for the record, Exhibit 2
13 has a -- first page Bates stamped SEC_01_0000524.
14    Do you recognize this document?
15    A.   I can't say I recognize it. I have no
16 reason to believe this is not an e-mail from me, but
17 I don't remember it.
18    Q.   Okay. Well, take a moment to look at it.
19 And this is -- this e-mail includes several
20 attachments, correct?
21    A.   Several attachments to the documents I'm
22 looking at, yes.
23    Q.   Okay. And are -- are two of those
24 attachments examples of the graph in OptionVue?
25    A.   Let's see. It's flown all the way down.

Page 95

1 I see the side points -- I still recognize them to
2 be -- at least four of them to be it looks like
3 OptionVue.
4    Q.   Okay. And I don't want -- I'm not
5 focusing on -- this is on the -- on the particular
6 date in which these were sent or the information on
7 these particular OptionVue graphs. But, you know,
8 if I'm understanding the e-mail, this OptionVue
9 graph reflects -- there's two different graphs. And
10 in the attachment line, one's -- one's labeled,
11 Existing Mar 3rd close, and the other -- the other
12 is, Graph Proposed Mar 3 close.
13    Do you see that on the first page of the
14 document?
15    A.   Are you talking about in the e-mail?
16    Q.   In the e-mail, yeah. If you have the
17 header information, there's descriptors for the
18 attachments.
19    A.   Okay. Yeah, I see the descriptors. I'm
20 not good at figuring out pings and images, so I'm
21 not sure what it refers to, but there's some
22 attachments there.
23    Q.   Okay. Well, take -- read your e-mail and
24 see if you can tell me what you were writing to
25 Mr. Schoonover, what you understand this e-mail to

Page 96

1 be sent.
2    A.   I think -- let's see, if this is in
3 March -- you know, it's back in December when
4 Catalyst became pretty active in, you know, managing
5 the Fund. So we were doing a lot of collaborative
6 stuff where I was asked to provide some scenarios
7 back to the Catalyst risk team investment committee
8 about -- you know, basically, share with them some
9 what-if scenarios. So it looks like that's what I'm
10 doing.
11    Q.   Well, just to orient you the way we put
12 this Exhibit 2, it's -- so the -- there is -- as you
13 can see, there is -- in the header, there's two PDFs
14 that -- that, you know, say risk graph. Or one that
15 says, Risk Graph Existing Mar 3 close. The other
16 one says, Graph Proposed Mar 3 close. If you scroll
17 down to the bottom of the document, those two
18 attachments are -- are sort of repeated, because
19 the -- for ease of this discussion, we included the
20 native color version. So with respect to -- if you
21 go to Bates number SEC_01_0000528, the next page is
22 in the exhibit. The same -- it's the same graph.
23 It's just now in color.
24    A.   Okay.
25    Q.   Do you see that?

Page 97

1      All right.  So let's focus on -- let's
2 focus on that page of the exhibit for a moment.
3     A.  They --
4     Q.  You can color --
5     A.  The color graph, is that what you mean?
6     Q.  Yeah.  Page 8.
7     A.  Okay.  Page 8, okay.
8     Q.  Of the -- of the PDF, yes.
9     A.  Yep.  Got it.
10     Q.  All right.  And if you would -- you should
11 be able to rotate it clockwise, so you can --
12     A.  Okay.
13     Q.  Okay.  Does the information displayed
14 on -- on this page of the exhibit of 2, does this
15 look familiar to you?
16     A.  Honestly, no.
17     Q.  Well, not -- not the precise data.  But
18 I'm talking about the OptionVue screen.
19     A.  Sure.  The screen is -- certainly looks
20 like an OptionVue screen.
21     Q.  Okay.  Is this the screen that you
22 would -- you would typically see in OptionVue when
23 you used OptionVue?
24     A.  This is what our screen looks like, yes.
25     Q.  Okay.  And is this the -- is this the

Page 98

1 screen that would -- would pop up when -- when you
2 first opened OptionVue in the morning, this
3 particular screen?
4     A.  No.
5     Q.  Okay.  What screen would -- would open up
6 for you when you go on OptionVue?
7     A.  The one -- the one whose name I think I'm
8 miscalling securities of -- securities and index
9 quotations is what pops up.
10     Q.  But this is the screen that you would --
11 you would access as well?
12     MR. KOPECKY:  Are you looking at the
13 vertical -- the risk of vertical access profit loss?
14 And if I understood his testimony earlier, maybe I
15 didn't, so you can ask him that, but, no.  When you
16 show him something that quick and he doesn't have
17 time to review each of the different options
18 selected, I just -- I object to that.
19     So, Ed, take your time.  Check all the
20 different ECXs you typically used, you talked about,
21 et cetera, et cetera.
22     A.  Yeah.  Sure.  I mean, as I said, this
23 is -- this is the screen I look at every day.  So
24 the format is exactly what I look at in terms of the
25 visual representation of curves.  This one happens

Page 99

1 to have four curves instead of five.  Typically it
2 opened up to five, and I would decide if I needed
3 one, two, three, four, five, depending on what I was
4 looking at.  This one, also, I noticed is using
5 profit and loss, which is not something I used,
6 because, as I said, I didn't keep up P&L in
7 OptionVue.  I'd look at values.  So I'm guessing
8 that, again, Catalyst had asked me to model some --
9 some scenarios.  And, I do recall, they -- like
10 profit loss statements and books, so apparently,
11 upon speculating, looking at some of the parameters
12 here that this is something they asked me to do.
13 And I did it and shot it back to them, because I --
14 I don't think they used OptionVue.  It looks like --
15 I think they used the first.
16     But these settings are a little different
17 than what I would look at.  Most predominantly the
18 profit and loss, because that's not -- not
19 without keeping the accounting, that's not actually
20 accurate.  It's more a generic, you know, here's a
21 general direction of the Fund.
22 BY MR. FOSTER:
23     Q.  Well, can you tell me what the vertical
24 green line represents on the graph?
25     A.  Vertical green line is current market

Page 100

1 price.  And, again, depending on -- this thing looks
2 like -- oh, it's in -- well, it's in a back trader
3 mode.  I can see that at the top.  And that means
4 it's looking back in time at some point.  So
5 whatever time it's looking at, the green vertical
6 line is today or current time.  Or, I'm sorry,
7 current -- current price at whatever time you've set
8 the -- the model for.
9     Q.  Okay.  Is the model here set for
10 March 3rd, 2017?
11     A.  By looking back per year, it's set for
12 11:30 in the morning on -- on March 3rd.
13     Q.  Okay.  Describe -- can you tell me what
14 back trader is?  What is that?
15     A.  So OptionVue -- one of its features is it
16 collects -- let's see, today I think it does a
17 15-minute interval.  Back at that time, maybe
18 30-minute intervals.  It collects actual market
19 prices, bid offer prices on options, and stores them
20 so that if you want to go back and say, What would
21 have happened if I did X, Y, or Z six months ago,
22 knowing there was a big market crash or something
23 you want to test, you could go back and test that
24 and model it using actual market prices for whatever
25 you were testing.

Page 101

1    Q.   Okay.  So you --
2    A.   Still a model.  But you were using actual
3 options prices, for example, to enter a position at
4 that moment in time.
5    Q.   So using the back trader function, you
6 could go back to a past date and time and analyze
7 the position or portfolio using the market data as
8 of that date?
9    A.   Yes.
10   Q.   And OptionVue includes historical market
11 price data, then, I assume?
12   A.   Well, if you buy it, which I did, yes, it
13 does.
14   Q.   And how far back does OptionVue's
15 historical market price data extend?
16   A.   You know, I don't recall.  They change
17 data sources over time, just did a change recently.
18 So that changes, you know.  I want to say they go
19 back at least ten years, but I'm not certain.
20   Q.   And here the -- the back trader date of
21 March 3rd is the same date as the e-mail, right?
22 The e-mail is actually March 5th, right?  So this
23 was -- and the e-mail is as of -- is Sunday, so this
24 is the prior Friday.  Does that seem right to you?
25   A.   Yeah, it's -- it's hard to tell from

Page 102

1 looking at this estimate.
2    Q.   Okay.  And the vertical green line, that's
3 something you would see when you opened OptionVue
4 and looked at this -- this type of graph.  That's
5 something that's always there?
6    A.   Yeah.  I think there's -- again, as much
7 as I use this, sometimes I forget what settings are
8 there and what settings aren't.  I think you can
9 remove it.  But in a typical I would use it, you
10 would open it up and get a vertical green line.  You
11 have to be a little bit careful if you're opening up
12 a futures contract, because a futures contract --
13 each contract month is separated by as much as 10
14 bucks, so sometimes OptionVue will prematurely grab
15 the next contract.  So you have to watch out, as I
16 mentioned.  There's a number of things that you have
17 to watch out for with any model to make sure it's
18 giving you what you think it's giving you.
19       But short answer is yes.  That's a --
20 that's a typical way to designate where, I would
21 say, market price.  And today being whatever time
22 you set it for if you're going historical.
23   Q.   Okay.  And does -- does the box that -- on
24 the -- towards the bottom left of the screen that
25 says, WAND, does that correspond to the green

Page 103

1 vertical line?  Does that represent the same
2 information?
3    A.   I guess it does.  That will tell you
4 precisely.  Rather than squinting at the graph, it
5 would tell you precisely where you have the green
6 box located, because you can remove that green box.
7    Q.   Okay.  And there's -- there's a large
8 black dot that sits on the point where the green
9 vertical line meets one of the dotted lines.
10      Do you see that?
11   A.   Yes.
12   Q.   And what -- can you tell me what that --
13 the black dot represents?
14   A.   That's typically the market price of
15 whatever set of positions you have loaded in there.
16 And that's an important number, because that's the
17 actual -- if you're using real data in OptionVue,
18 that is the actual market price.  And sometime --
19 and the curves are the model's estimate of what's
20 going on.  So sometimes there's a -- and it's one of
21 the -- one of the ways I would use to -- to check
22 the model.  If that black dot is not sitting on the
23 curve, that would suggest that the model is
24 predicting something right now, right here, that's
25 different than what prices people are agreeing to on

Page 104

1 the exchange.  And so that suggests maybe you've got
2 bad inputs to the model, or the real people trading
3 are -- are -- their behavior is different than what
4 Black-Scholes thinks it should be.  That kind of
5 thing.  So the black dot is -- is actual prices.
6 The curves are what the model thinks they should be.
7    Q.   Okay.  So here in this exhibit, it would
8 be the current value of the portfolio, the -- this
9 March 3rd, 2017, date where it meets the T+0 dotted
10 line?
11   A.   Well, I -- my portfolio, I don't know
12 what's -- what's in here.  I'm guessing it's some --
13   Q.   The -- yeah.  So -- so let me back up
14 there, then.  What's the -- the information in
15 the -- the box immediately above the -- the graph?
16   A.   It's not all displayed, because there's
17 too much of it, but that tells you exactly what
18 positions are -- are being modeled.
19   Q.   Okay.
20   A.   So that might be an old portfolio.  It
21 might be a single expiration period, for example.
22 But whatever you've selected to model will appear --
23 the positions will appear up in that box.
24   Q.   When you view this graph, were you -- were
25 you -- was it your practice to view it for the whole

Page 105

1 portfolio?

2    A.   Sometimes the whole portfolio.  Sometimes
3 an individual position.  Sometimes a position that I
4 was contemplating putting on.  Sometimes a portfolio
5 plus that position.  Some -- you know, any scenario
6 that I wanted to model, that's what I would look at
7 and I would select that with the -- the parameters I
8 was able to select in all.

9    Q.   Okay.  Understood.  But would you -- would
10 you look at this graph for the -- the -- for all the
11 positions you had on in the ordinary course every
12 day?

13    A.   Yeah.  That would be what I would
14 typically open up to.  And then just I sort of
15 drilled down what I needed to do or what else I
16 needed to model.  So that -- that's typically what I
17 would open up to, to look at.

18    Q.   Okay.  And then -- so there -- as you
19 noted, there are four different lines here.  And do
20 those lines correspond with the -- the legend or the
21 box that's overlaid the graph; is that right?

22    A.   Oh, yeah, you mean the -- the two dotted
23 lines, the dashed line and the solid line?

24    Q.   Yeah.

25    A.   Okay.  They correspond to different time

Page 106

1 frames, yeah.  And the legend is there in the lower
2 left.

3    Q.   Okay.  And what -- and what -- the time
4 frames are -- can you explain what they are in this
5 example?

6    A.   This example, it says T+0, which means
7 right now.  T+5 is 5 days from now.  And that's by
8 the way of calendar day.  Option's models are built
9 on calendar days, oddly enough.  T+9 is 9 days from
10 now.  And T+14 is 14 days.

11    Q.   Okay.  The -- the T+0 line that -- the
12 dotted line that goes through the black dot shows --
13 does that show OptionVue's estimate, the March 3rd
14 value for these positions over a range of futures
15 prices?

16    A.   Well, this case, it's showing a P&L,
17 because, as I said, Catalyst liked the P&L view.
18 But I didn't keep an accurate P&L, so I wouldn't
19 assign any meaning.  You know, this -- this says on
20 the right-hand side minus, you know, 55 or 60
21 percent.  So the Fund never had a loss that big, so
22 I can't really interpret exactly what it's looking
23 at.  But I do know this thing's set on P&L.  So I
24 can't tell you exactly what it's looking at.  This
25 is simply Catalyst's files, so...

Page 107

1    Q.   Okay.  Do the numbers below at the bottom
2 of the graph -- well, what -- tell me what are the
3 numbers at -- at the bottom of the graph on the
4 bottom horizontal access.

5       What do they -- what do they reflect?

6    A.   Well, they were talking about the Greeks.
7 And I -- in my use of OptionVue was to use the value
8 setting, to use the dollar value.  So in -- in these
9 terms, I don't know the unit of measure.  So it's
10 giving -- if, for example, 1.215 million delta, I
11 don't want to guess what that means, but it's a
12 delta measure.

13       Similarly, gamma, similarly theta, and
14 similarly Vega.  So their -- their option's Greek,
15 but I'm not certain of the unit of measure settings
16 on this particular graph.

17    Q.   Could you control the range of future
18 prices for its OptionVue display, the projected
19 values or P&L in this example?

20    A.   Yes, you can -- in other words, the X axis
21 in this case plus or minus, it looks like roughly 5,
22 5-and-a-half percent.  You can make that pretty much
23 as big or small as you want.

24    Q.   Okay.  Then the other three lines, they
25 display projections of P&L over -- over the other

Page 108

1 time periods specified, the 5, 9, and 14 days right
2 after March 3rd?

3    A.   Yeah.  Again, with the caveat that I had
4 no idea of what the P&L calculation is based on.  I
5 can tell that the right-hand side percentage numbers
6 suggests that it's not meaningful in terms of actual
7 P&L, but they're designed to display something at
8 those different time frames.

9    Q.   Okay.  And what is the star -- what is the
10 star next to the T+9 line in the -- in the box
11 indicate -- or asterisk?

12    A.   Well, my -- my guess is, because I've not
13 paid attention to that, that's the -- that's the
14 line that's highlighted, which I could tell from the
15 colors, so it -- honestly, I've not known this.
16 Perhaps OptionVue highlights with an asterisk.  But
17 it's highlighted is what I pay attention to, so I
18 know what time frame I'm looking at.  And whatever
19 these numbers below -- whatever any of the numbers
20 on the page refer to, refers to whatever -- you can
21 click on a time frame you want to specifically look
22 at.

23       And, like I said, you can tell it's
24 highlighted.  That's what I use.  I don't recall
25 what the asterisk may mean.  This is a -- in this

Page 109

1 version of OptionVue, this is four years old, so I
2 don't remember what the asterisk means. I just know
3 the highlighted is what I use.
4    Q.  Okay.  So when you used OptionVue in the
5 time period we're talking about, again, September or
6 August 2013 through February 2017, you had a graph
7 with four or five lines in front of you like this,
8 you would do -- if you clicked on a particular line
9 or curve, that would -- that would change which
10 information is displayed at the bottom of the
11 screen?
12    A.  Yes.
13    Q.  Okay.  So if you are looking at, you know,
14 this example, again, you described that it's
15 displaying P&L information or the active or chosen
16 line, which is the T+9.  But in your use of Option,
17 that would -- that would be value numbers, correct?
18    A.  Yes.
19    Q.  Okay.  Then what -- so, again, in this
20 example, immediately at the bottom of the graph, the
21 axis, which you see there, there's a range of
22 prices.  Then underneath those, there's -- there's
23 percentage points, correct?
24    A.  Yes.
25    Q.  Okay.  As you go along out on -- that

Page 110

1 axis, it's just describing, you know -- it
2 quantifies, you know, what the price is if you go
3 up, you know, .7 percent, 1.3 percent.  It's giving
4 you a percentage from the current price, both --
5 both numerically and in a percentage, correct?
6    A.  Correct.
7    Q.  So then immediately below that, there's --
8 there's a purple line, colored line, which is one of
9 the reasons, you know, we had this printed in color.
10 And below that, there's a -- there's another colored
11 line underneath it.  What is the -- what does the
12 purple line indicate?
13    A.  So the magenta -- I'm a color purist.
14 Magenta, I'm sorry, is -- is the plus or minus one
15 standard deviation line that I talked about before.
16 And the teal below that is plus or minus two
17 standard deviations.  And, again, this is one of
18 those parameters where I would have to do in my
19 colloquial, calling it a sniff test, to see whether
20 that -- whether that made sense.
21         And there's a field without -- if you
22 click on this line, there's a field where you can go
23 in and double check what data OptionVue has
24 collected to display those lines.  And, again, I
25 would look at it.  And typically if it changed or --

Page 111

1 or if there was some reason, in my understanding, of
2 market conditions that made it seem unlikely that
3 those lines were correct, I would go in and check
4 what's -- what's the data that OptionVue's collect.
5 But the -- the short answer is those are the lines
6 that tell you a plus -- plus or minus one standard
7 deviation, plus or minus two standard deviation move
8 over the time frame select.
9    Q.  Okay.  Going back to the next projected
10 date for a moment.  That -- that controls the
11 projection horizon that's displayed, correct?
12    A.  I'm sorry.  Which --
13    Q.  The box, the mass -- mass projected date
14 in -- it looks like it's --
15    A.  Yeah.  Okay.  I see it.  Sure.
16 Absolutely.  And there's a -- there's a drop-down.
17 You can also manually enter a date.  And that's
18 typically the -- it will typically default to --
19 actually, the -- the nearby options expiration.  And
20 it will have drop-downs for every options ex --
21 expiration that are -- that contain positions.
22    Q.  Okay.  So based on the position -- the
23 positions entered in OptionVue, the box where you
24 select one of the different expirations --
25    A.  Yes.

Page 112

1    Q.  -- that apply in the positions or -- or
2 you can manually enter a different date?
3    A.  Yes.
4    Q.  And then I take it the number of lines
5 displayed is controlled by entering a value in the
6 box labeled number line?
7         Do you see that --
8    A.  Yeah.  That one is -- is a simple
9 drop-down of 1 through 5.  I don't think -- yeah,
10 it's 1 through 5.  So there's not -- you can't put
11 in each.  So 1 through 5, you can select.
12    Q.  Was there -- I'm sorry.  I think you may
13 have told me there was a default number of lines in
14 OptionVue that would be populated?
15    A.  It typically defaults to five, unless
16 there's less than five days to expiration, in which
17 case you can only have the number of days to
18 expiration, so...
19    Q.  Was it your practice to use the default
20 number of lines?
21    A.  Again, in -- in all the ways I used the
22 tool, I selected based on what it was I was trying
23 to use the tool for.  So if I was looking at options
24 with 90 days' expiration, it's likely I would use
25 all five, because that's a long time frame.  And a

Page 113

1  shorter time frame, I might use three lines.  If I'm
2  comparing two positions on the before and after on
3  the portfolio, which can be done, sometimes that
4  gets messy, because now you got five lines where you
5  can compare two or three positions.  It gets very
6  messy.  You might reduce the number of lines.  So
7  once again, I didn't have -- I had -- my practice
8  was specific to what I was trying to use the tool
9  for.
10     Q.  Okay.  Well, quickly going through -- I
11  think I'm following you.  Quickly going through some
12  of the other information in here, there's -- under
13  the number of lines on the left-hand side of the
14  screen, there's a box for -- it's called -- it's
15  checked, called, Step through date.  And then
16  there's an unchecked box, that's, Step through
17  volatilities?
18     A.  Yes.
19     Q.  Can you tell -- can you tell me what
20  those -- what information's indicated there?
21     A.  So step through dates is what we've been
22  talking about, simply means that if you choose four
23  lines or five lines or three lines, it will step
24  through date intervals from today or the current
25  time is to equal zero.  In equal increments or at

Page 114

1  least as equal as we can make it, as you can see,
2  14 day -- it goes 5, 9, 14, so it's roughly equal to
3  increments on four lines.  But it's stepping through
4  time frames.  If you switch the volatility, it will
5  simply display the -- the static curve, and it will
6  step through volatility increments, plus 1, plus 2,
7  plus 3, or whatever increment.
8        And that's the next one, volatility
9  changing points, which is a misnomer, but it's --
10  it's labeled points.
11        So if you set the volatility change to two
12  points and you say step through volatilities and you
13  choose four lines, it will say volatility plus 2,
14  plus 4, plus 6, plus 8.  And it will show you what
15  that does to the model values for -- for a single
16  time frame.  So it would say T=0, but volatility
17  plus 2 at four lines.  In this case, volatility plus
18  2, plus 4, plus 6, plus 8.  And you can do minus --
19     Q.  And -- okay.  Thank you.
20        You said that the points for volatility
21  change was a misnomer.  What did you mean?
22     A.  Well, volatility is typically expressed in
23  percentages.  So, I mean, you can call it percentage
24  points.  It's not -- so volatility goes from 10 to
25  11.  Some people might say that's a 10-percent

Page 115

1  increase.  The reality is, in this case, it's a one
2  volatility point increase, even though the measure
3  is percentage.
4     Q.  Okay.  And for the -- going next to step
5  through dates, so there's -- I thought it would be
6  five lines, as I understand it here.  Four lines
7  have been selected.  So then would OptionVue just
8  divide the time between the current date and the
9  mass projected date and sort of chop that up by
10  four?
11     A.  That's correct.  And, obviously, sometimes
12  it has to approximate.  It's not equally divisible
13  by four, but that's the concept, yes.
14     Q.  Okay.  In your -- your daily use of
15  OptionVue, would you adjust those -- those sort of
16  default step through dates, or would you use the --
17  the way that OptionVue sort of divided them up
18  across the five or four lines, or whatever lines you
19  were looking at?
20     A.  Yes.  So, again, it all depended on what I
21  was trying to look at.  By looking at the entire
22  portfolio, and does the portfolio contain positions
23  out of a long enough time frame?  Is it short dated?
24  Because it -- again, if you're looking at a one-week
25  period with five lines, it can get messy.  Those

Page 116

1  lines don't move much.  So you say, Let's go down to
2  three lines.  It's a clearer picture of what you're
3  trying to model.  If you're looking at a particular
4  position, when's the expiration?
5        So, again, I'm sorry to be as repetitive
6  as this, but what -- whatever I want to use the tool
7  for would determine how I would set some of those
8  parameters.
9     Q.  Okay.  And so if you're going to switch to
10  the step through volatility function.  So if the --
11  if the highlighted line was, you know, T+9 and you
12  click on the step through wall, it would -- it would
13  give you those different -- it would give you
14  volatility for that particular date?
15     A.  Well, it would fix that date in terms of
16  time.  It wouldn't give you other time frame.  So it
17  fixed that date in time and assumed that that time
18  didn't move.  And then it would say -- it would give
19  you step throughs on movement in volatility.
20     Q.  Okay.  Under the Volatility Change section
21  where there's a drop-down menu for that, there's
22  another box that says, Amount Provided.  And then in
23  that drop down box, it says equal, Orig.  It seems
24  to say original requirement.  Do you know what
25  inform -- what that means?

1    A.  I -- I don't use that.  Again, one of --
2 OptionVue has some -- some pretty decent accounting
3 features and reporting features that I generally
4 don't use.  And so this -- you can go in and say,
5 Hey, I'm opening an account, and I'm going to
6 deposit $100,000.  And it will then compute, you
7 know, your P&L based on that as long as you do the
8 accounting, which I -- that's just not what I use
9 the tool for.  So that's not a feature of OptionVue
10 I use the amount provided, required, et cetera.
11    Q.  Okay.  And you testified that you use
12 OptionVue during -- in a particular time period
13 we're talking about to this point, 2013
14 through 2017.
15       But I think I hear you to say that you
16 still use OptionVue --
17    A.  I do.
18    Q.  -- is that correct?
19    A.  Yes.
20    Q.  Okay.  You use that in connection with
21 the -- the accounts that you manage currently?
22    A.  Yes.
23    Q.  Do you know what version of OptionVue that
24 is?
25    A.  I don't.

1    Q.  The -- okay.  So then there's a box
2 under -- directly under that one, Vertical Axis,
3 with -- you know, the profit and loss.  But I take
4 it that's where you could -- you could change the
5 settings to value, and that would change the
6 vertical axis?
7    A.  Correct.
8    Q.  And then underneath that, there's a
9 horizontal access with a sort of button LR, and
10 under that, another button plus, minus.
11       Do you know what those do?
12    A.  Those allow you to -- to move where the
13 center of the graph is back and forth, and plus or
14 minus makes it bigger or smaller.  It actually has a
15 feature you can right click and do it a lot simpler
16 with a mouse.  So I can use those as well.  But
17 that's what they do.  They -- they adjust the
18 scaling on the graph.
19    Q.  Okay.  And what about under, Results?
20 There's information -- or there's the words, Target,
21 in one little box, and then, Curr Bell, in another
22 box.  Do you know what those represent?
23    A.  I don't -- I don't use that, so -- and I
24 can't speculate that.
25    Q.  And what about the two boxes that are --

1 that are checked below that, Show BEs, and,
2 Show Obj.Stp?
3    A.  Yeah, again, I don't -- I don't use those.
4    Q.  Okay.  So you don't -- you don't use them.
5       Do you know what they -- they mean?
6    A.  No.  Again, I don't -- I don't use them.
7 I don't want to guess.
8    Q.  Okay.  We're almost done with this
9 exhibit.  If you go to the top, back up to the top
10 of the -- the screen, if you will, you know,
11 there's -- there's several tabs:  File, Home, Tools,
12 Data, Settings, Help.
13       Do you see that?
14    A.  Are we on the same screen?  I'm sorry, I
15 started to scroll up and down.
16    Q.  Yeah.
17    A.  Okay.  All right.
18    Q.  No, I'm sorry.  Same screen.
19    A.  Okay.  Which tabs?
20    Q.  So there's -- you see where it says File
21 and then Home, then Tools, Data, Settings, Help?
22    A.  Yes.
23    Q.  All right.  So the home tab is currently
24 selected.  And then underneath that, there's --
25 there's, you know, Option.  There -- there's Matrix,

1 Price, Volatility.  What -- what are -- what are
2 those in that box that says, Asset Specific?
3    A.  Well, if I had my software open, I could
4 tell you with a lot more certainty.  But typically
5 the matrix, I believe, will open into the actual
6 display of options to strike prices and quotes.  The
7 price will give you a price grab from the underline.
8       OptionVue does have some -- you know, it's
9 got -- it's got graphing capability.  I want to say
10 they've got some, but not a full fledged charting
11 suite, if you're a technical chartist.  The
12 volatility will display a graph of the underlining
13 volatility.  So the matrix will give you pricing.
14 The pricing will give you price of the underline
15 graph of the tools.
16       The volatility will give you a graph of
17 how volatility is behaved all the time.  Information
18 will give you -- info gives you set -- a bunch of
19 settings about how you want your account to behave.
20       And, again, I don't use those.  Those are
21 P&L reporting-type stuff.  And I just use this for
22 modeling, not reporting.  The trade log will have a
23 record of more -- as I suggest, trades.
24       So when you enter a trade, it will record
25 it in a log form.  And, once again, in managing the

Page 121

1 Fund, this was a good tool to ensure that we had the
2 right positions in. But it wasn't -- we actually
3 just double-checked with the official accounting
4 record when we periodically checked. We, meaning
5 myself, Catalyst, and my analyst, basically. I
6 don't recall what status means. I don't use that.
7        Instead, I'll use the reporting. I don't
8 use trade finder or survey. Some of those
9 features -- the OptionVue is built for individual
10 equity options trades. And so there's a lot of
11 features that help -- to my understanding is to help
12 people that trade options that an individual
13 equities -- to scan the universe of option and
14 stocks and look for earnings and look for lots of
15 different things. So some of these have those
16 features, which I don't use.
17    Q.   With respect to trade law when you -- when
18 you mentioned that -- that you were an analyst,
19 someone would -- would check the information against
20 the official accounting record. What are you
21 referring to?
22    A.   So we -- we periodically -- essentially I
23 would ask my analyst, because I would enter the
24 trades personally as I made them. And then I'd ask
25 my analyst a couple of times a week usually to --

Page 122

1 basically, I would go get a sandwich and tell him to
2 take over my screen and compare the positions in
3 OptionVue to what the -- the official portfolio
4 record from an accounting showed just to make sure
5 that we weren't missing a position. I mean,
6 normally I could tell by looking at, again, kind of
7 a split test in the graph. But we did go through
8 that line. We wanted to have a second set of eyes
9 instead of me staring at it. I stared at it enough
10 as well to make sure thing's correct. But I would
11 let my analyst just take over and spend an hour
12 doing a comparison just to make sure we had good
13 apps.
14        And the trade log was helpful, because if
15 there was a discrepancy, we could see was that a
16 double entry in the OptionVue? Was it a -- you
17 know, it was rare. Every once in a while it might
18 have been a mistake in how it was picked up by the
19 accounting -- fund accounting.
20        So -- so we checked all those things in
21 the trade. The trade launch showed us what was
22 going on in -- in OptionVue. Not -- not the
23 official record, because sometimes if we did find an
24 error, we'd enter a correcting transaction. So you
25 would see something in OptionVue that wasn't an

Page 123

1 actual trade, but rather an adjustment entry to
2 bring OptionVue back in line officially. We
3 submitted each day the official trade record, trade
4 log, which was kept. And we submitted that to -- to
5 Catalyst and to fund accounting. So this is just a
6 log of what got entered into OptionVue.
7    Q.   Would OptionVue allow you to -- so using
8 this -- this screen in Exhibit 2 as an example,
9 the -- the four lines displayed the graph and the
10 data corresponding to the active line, would -- did
11 OptionVue allow you to output this information,
12 these values and save them in a computer file?
13    A.   I don't know. I've not done it. I didn't
14 have a -- I didn't ever find a value in doing that,
15 so I'm not certain.
16    Q.   Okay.
17    A.   I mean, as you can see, you can print a
18 screenshot. That's typically -- that's -- that's
19 most of the outputting we did. If we wanted to
20 share a view like this, we do a screen print. But I
21 didn't use it to output any data.
22    Q.   Okay. You never practiced -- have some
23 form of practice of saving or recording the analyses
24 that were from day to day reflected in OptionVue?
25    A.   No. Not -- not the modeling. I mean, we

Page 124

1 certainly did studies in which we used OptionVue to,
2 you know, walk through a trading test, and then we
3 recorded results from OptionVue. But we did that,
4 you know, basically manually using OptionVue as the
5 tool. But there wasn't a good way to -- to -- in
6 other words, it's not really a strategy testing tool
7 that you can test a strategy and have OptionVue
8 output tabular results. That was a manual process.
9 We did that, you know, from time to time over
10 certain periods, if we wanted to test the
11 performance of a particular methodology.
12    Q.   Okay. So absent a printout of a screen
13 or -- or some other output of the OptionVue graph or
14 analysis, could -- could you use OptionVue's back
15 trader functionality to -- to go back and determine
16 what -- essentially replicate what -- what an
17 OptionVue analysis would have looked like on a
18 particular day?
19    A.   Yes. That's how we use back trader. You
20 can back to any point in time that they have data
21 for, and there's holes in data. But, you know,
22 ideally you go back to a point in time where data
23 was available. If you want to test a particular
24 position, how it would move through time, or a
25 collection of positions through a particular market

Page 125

1 environment and say how would it behave, then, yeah,
2 that's -- that's essentially what back trader's used
3 for.
4    Q.   Okay.  And that would be based on the
5 portfolio composition during that prior time period,
6 correct?
7    A.   Well, again, it didn't save prior
8 portfolios.  You would have to go back and say,
9 Here's a collection of positions I'd like to test.
10 And so typically, you know, it was -- it was
11 burdensome to go back.  So if you wanted to test
12 something, we generally test a generic strategy as
13 opposed to trying to reconstruct pretty complex
14 portfolio from some recent history.  It was more
15 around a particular type of position or collection
16 of positions where we entered a simplified version
17 and use that to kind of see how it behaved.
18    Q.   Okay.  You could reconstruct the portfolio
19 for a prior time period, but -- correct?
20    A.   You could if you wanted to, you could put
21 anything you want.
22    Q.   Okay.  In the box -- for this exhibit,
23 again, the screen we're looking at, the volatility
24 change, you know, it's set to 0.0 percent.
25       What does that -- what does that mean?

Page 126

1    A.   That means we're assuming that whatever
2 the current volatility level is doesn't change.  And
3 we're just -- we're looking at how essentially price
4 as the only input to changes in the value of the
5 portfolio.
6    Q.   And if this -- if this box contained a
7 nonzero value, then what would OptionVue do?
8    A.   So, for example, if you put a 1 in there,
9 it would adjust all the curves to assume that the
10 implied volatility of the options had increased by
11 one point.
12    Q.   And then OptionVue would compute the
13 option prices using that adjusted volatility
14 estimate?
15    A.   Yes.  You'd see each of these curves
16 change position and possibly, likely, in fact, the
17 shape.
18    Q.   Okay.  Were there volatility scenarios
19 that you typically considered?
20    A.   Again, in the low volatility environment,
21 typically I would leave that alone.  In a high
22 volatility environment, I would stress the downside
23 by increasing even further.  And then also look at
24 scenarios in which volatility declined back to more
25 of a norm.

Page 127

1    Q.   Okay.  Did you -- did you stress vol
2 points -- volume points or volume percentage?
3    A.   Well, I -- I used what OptionVue gives me.
4 I -- I know that what OptionVue does is, as I said,
5 if -- if volatility is 10 and I want to stress to
6 11, I'm putting a 1 in there.  So that's a
7 10-percent increase in volatility, which is a decent
8 size increase.  But the way OptionVue models it,
9 it's a lot.
10    Q.   Is there a way to enter the AUM of the
11 Fund in OptionVue?
12    A.   There -- as I said, I know that there's a
13 way to enter account values, but that's not how I
14 use -- use the tool.
15    Q.   In the way that you use OptionVue, would
16 you determine -- even though you had -- as I
17 understand it, the vertical axis set to value, would
18 you determine, on a percentage basis, you know, the
19 impact to that portfolio, given price and volatility
20 assumptions?
21    A.   I'm sorry.  I don't think I understand.
22    Q.   Well, would you -- would you determine --
23 so if you were to set the value and you see that a
24 particular, you know, increase -- you know, for one
25 of the -- the graphs had a particular price, you

Page 128

1 know, increase in the S&P 500, for example, by
2 5 percent, would that have -- you know, result in a
3 particular dollar value impact on the portfolio,
4 would you calculate a percentage by the AUM to
5 determine that on a percentage basis?
6    A.   Yeah.  I mean, as I mentioned, about our
7 suite of risk metrics, we had a report that came out
8 every day that -- that measured both on the call
9 side independently, the level of open option.  So I
10 had a pretty good -- I had an exact calculation to
11 look at beginning the day.  So I knew within the
12 level of precision, I needed to graph where that
13 8 percent level was in terms of dollars, what dollar
14 level to look at option.
15    Q.   Would you personally -- did you undertake
16 any steps to determine the percentage impact on the
17 portfolio from a projected loss in option --
18 OptionVue, for example, a hundred million?
19    A.   I don't understand that -- what you're
20 asking.
21    Q.   Well, if you have a value OptionVue's not
22 telling you -- and I think in the way you use
23 OptionVue.  OptionVue's not telling you in and of
24 itself that there's, for example, a different
25 scenario that the portfolio would -- would expect

Page 129

1  to, say, have an 8 percent, you know, drawdown in
2  NAV, how would you -- how would you calculate that
3  from the information in OptionVue?
4      A.  Well, again, I'm trying to say it as
5  consistently as I can.  We enter positions at even.
6  So the 8 percent of NAV number is significant,
7  because it's some indication, a pretty close
8  indication, in my experience, that you are
9  experiencing a drawdown in NAV and AUM.
10         Now, again, every day you have a report
11 showing where we stood against that drawdown number
12 anyway.  That was, again, a number Catalyst wanted
13 to add to it.  For me at the portfolio manager
14 level, I'm controlling to what I'm seeing in
15 OptionVue in terms of open option premium.  And so
16 I'm controlling to that 8 percent line, which alerts
17 me to, all right, here's an 8 percent number.
18         Now, is that a scenario that is meaningful
19 in terms of the portfolio composition and market
20 environment from the NAV.  So -- so, again, within
21 the tolerances of the -- you know, of the -- in
22 other words, for a million-dollar fund, if I'm
23 accurate to a million dollars or $10 million,
24 that's -- that's good enough.  That's better than
25 the accuracy of the model, probably significantly.

Page 130

1  So I know the number that I need to look at on this
2  chart.  And then I evaluate whether that's a likely
3  enough scenario to take some action.
4      Q.  On this chart where the volatility, is
5  that referring to the VIX or something else?
6      A.  The -- this is referring -- this
7  volatility is the volatility in the options pricing
8  volatile options using to do its estimate of options
9  or values of different points.
10     Q.  Okay.
11     A.  Each option has its own volatility built
12 into it.
13         MR. FOSTER:  Okay.  I'm gonna move on from
14 this onto something else.
15         Do you want to take a quick lunch break?
16         THE WITNESS:  Sure.
17         MR. FOSTER:  Okay.
18         MR. KOPECKY:  Yeah, up to you guys.  So
19 it's 1:00.  What do you want?  Half hour?  Say 1:30?
20         MR. FOSTER:  Yes.
21         THE WITNESS:  That's fine.
22         MR. KOPECKY:  Okay.  Great.  Back here at
23 1:30.
24         MR. FOSTER:  All right.  Thanks.
25         VIDEOGRAPHER:  We're going off the record

Page 131

1  at 12:58 p.m.
2         (Recess taken.)
3         VIDEOGRAPHER:  Okay.  We're going back on
4  the record at 1:34 p.m.
5  BY MR. FOSTER:
6      Q.  Okay, Mr. Walczak, circling back to a
7  topic we talked about earlier in the day, the -- the
8  periodic open house telephone conference calls.  You
9  participated in such calls during the period from
10 January 2014 through February 2017; is that correct?
11     A.  I -- I can't swear to the exact window
12 when it began, but certainly they were around for a
13 period of time.
14     Q.  And that period of time spanned several
15 years, correct?
16     A.  Again, I don't know if it was several
17 years, a year, year and a half.  They went on for a
18 period of time.  What endpoint do you want to use?
19 If you say until the time I left Catalyst, then,
20 yes, several years.  If you want to say till 2017,
21 then I'm not sure how long prior.
22     Q.  And during -- during those open house
23 calls, you provided updates -- updates and answered
24 questions from financial advisors, correct?
25     A.  Correct.

Page 132

1      Q.  Those calls were recorded; is that right?
2      A.  Yeah.  I found out after the fact that
3  they were.  Yeah, they were recorded.
4      Q.  You were unaware at the time that the
5  calls were being recorded?
6      A.  I was unaware of the use of recordings,
7  but they announced at the beginning of the call --
8  of each call that they would be recorded, but I
9  thought for internal records.  It turned out for
10 different purposes, I later discovered.
11     Q.  What -- for what purpose did you think
12 they were being recorded at the time?
13     A.  I thought for simple recordkeeping for
14 some sort of compliance requirement.
15     Q.  And for what purpose did you come to learn
16 later in time that they were being recorded?
17     A.  Well, very much later in time, I learned
18 that they were being distributed as a marketing
19 tool.
20     Q.  Okay.  You were -- you were not aware of
21 the fact that -- what do you mean by -- I'm sorry.
22 Let me back up.
23         They were being used as a marketing tool
24 how?
25     A.  Well, they were being distributed to

Page 133

1 audiences that have -- unknown to me, but they were
2 being distributed, I later discovered.
3     Q.   You -- you weren't aware at the time that
4 if someone missed the call that there was a
5 recording available that someone could listen to
6 after the fact?
7     A.   No.  I was very surprised to understand
8 that -- that the calls were available after the fact
9 to others.
10     Q.   Well, others, they were available after
11 the fact to financial advisors or interested
12 investors in the Fund, right?
13     A.   Again, I have absolutely no idea who
14 Catalyst made those calls available to.  My
15 understanding for the time I provided them was that
16 they were being recorded and just kept internally.
17 And I had a phone conversation that -- which I
18 learned otherwise.
19     Q.   What -- based on -- what was the basis for
20 your understanding or belief that the calls were
21 being recorded merely for internal recordkeeping
22 purposes?
23     A.   That's an assumption I made, because
24 no one told me otherwise.
25     Q.   Did you ever ask anybody why they were

Page 134

1 being recorded?
2     A.   No.
3     Q.   And why did it surprise you to learn that
4 the recordings were made available after the fact to
5 financial advisors?
6     A.   Because I never contemplated that
7 beforehand, so it came as a surprise.
8     Q.   But you understand in real time the
9 information you were communicating was -- was
10 reaching financial advisors, correct?
11     A.   Certainly.  I was communicating to people
12 on the call, yes.
13     Q.   What's your understanding of -- of how
14 people received invitations or gained access to --
15 to listen to those calls?
16     A.   I have absolutely no idea.
17     Q.   Did you ever ask anybody --
18     A.   No.
19     Q.   -- anything about that topic?
20     A.   No.
21     Q.   Are you familiar, generally, with the
22 nature and type of information you provided on the
23 open house call?
24     A.   I'm not sure what you mean by nature and
25 type of information on open house calls.  I mean, I

Page 135

1 was on them.
2     Q.   Okay.  What -- what -- what type of
3 information would you share about the Fund during a
4 typical open house call?
5     A.   I would start with a very high level of
6 general overview of how the Fund's positioning -- or
7 positioned.  In other words, you know, were we doing
8 cliffs (Phonetically) calls.  You know, where did we
9 stand relative to potential, you know, changes in
10 the market, environment changes in volatility, just
11 a -- kind of a general overview of what our
12 strategy -- where our strategy had led us at that
13 point in time.  And generally to questions, which I
14 think was the purpose of the call, was to just
15 describe a little bit more about, well, how do you
16 trade these types of calls.  So that's the type of
17 information that's typically provided.
18     Q.   During those open house calls from time to
19 time, would you describe how you used OptionVue to
20 assess and manage fund risk?
21     A.   Yeah.  There was -- there was a reasonably
22 minor part of the calls in the aggregate.  There
23 were a lot of calls.  So I didn't -- I certainly
24 didn't get a lot of questions, nothing like what we
25 talked about today, for example, about the detail of

Page 136

1 the option software.  It was more about the
2 strategy.
3     Q.   I'm not sure, then -- I'm not sure I
4 totally understand your answer.  From time to time,
5 would you describe how you used a computer program
6 to assess and manage fund risk?
7     A.   Yeah.  My sense was that was a small part
8 of the conversations.  That's my recollection.
9 But -- but certainly that came up.
10     Q.   And even if you didn't mention OptionVue
11 by name, you described stress testing that you
12 conducted on the portfolios; is that fair?
13     A.   Yeah.  Again, when they asked which was a
14 minor part of the -- the information that I was
15 providing.  When asked, I -- I responded to the
16 questions about stress testing.
17     Q.   In responding to such questions, did you
18 describe how you used a software program to project
19 portfolio value over several time horizons for range
20 of assumptions about changes in the level of
21 S&P 500 Index future's prices and option volatility?
22     A.   Yeah.  I did -- I did offer a -- sort of a
23 generic explanation to give people a feel for the --
24 the way I used the tool, yes, that's correct.
25     Q.   Did you ever, in sum or substance,

1 represent that an option that was a computer program
2 results showed that one or more of those scenarios
3 involved a loss in excess -- excess of 8 percent of
4 the Fund's NAV that you would hedge the portfolio to
5 eliminate that possibility?
6    A.  Yeah.  I did talk about -- because that is
7 the -- the metric that I used.  So -- so when asked,
8 again, I don't remember that it was more than a
9 handful of times over the years of doing the calls.
10 But when asked specifically about risk management,
11 I -- I think I very truthfully answered that when I
12 saw a scenario that, in my judgment, would lead to a
13 loss, I took steps to -- to mitigate that potential,
14 at least to the best of my judgment.
15    Q.  Did you ever represent in sum or substance
16 that if OptionVue or a computer program, if you
17 didn't name OptionVue specifically -- let me start
18 over.
19        Did you ever represent in sum or substance
20 that if the option software you were utilizing
21 showed that one or more scenarios that you were
22 stressing involved a drawdown of more than 8 percent
23 that you would hedge the portfolio to eliminate the
24 possibility of that drawdown?
25    A.  Again, it's -- I have to, again, provide

1 the context.  It's kind of rare, so it's difficult
2 for me to remember the specifics.  But I do remember
3 having at least a handful of conversations about how
4 I managed risk and how I stressed the portfolio.
5 And, again, it's never -- again, context, never
6 intended to provide a detailed explanation of all
7 the actions I took managing the Fund, but I did talk
8 about being aware -- using an 8 percent number,
9 using a computer model, and mitigating risk when I
10 saw those scenarios appear that I felt were valid
11 ones in which to react to.
12    Q.  Okay.  And when you did that, you
13 understood it was important that whatever you said,
14 whether it was at a general or a detailed level that
15 the information you conveyed needed to be accurate,
16 you understood that, right?
17    A.  I understood my audience, and I gave, I
18 think, a truthful account of how I managed the Fund.
19 But, once again, the important context is that these
20 were a group of sophisticated investors.  They, in
21 my belief at least, you to -- and were advised
22 beginning of the calls not to take my remarks as a
23 comprehensive description of the risks of the
24 investment, not to take my remarks as a detailed
25 description of all the tools and all the actions I

1 took to manage the funds.
2        So in that context, I absolutely -- I -- I
3 didn't say anything that I didn't believe not to be
4 accurate and truthful.  But I do think the context
5 is important.  That's why I've taken some time to
6 make sure it gets on the record.
7    Q.  Okay.  What I really want you to do, sir,
8 is to answer my questions and not put in the record
9 what you think is important.  So I -- I got your
10 context.  I understood what you're saying.
11        But I'm just asking when you spoke on
12 these calls, did you understand that it was
13 important that whatever you -- information you
14 conveyed needed to be truthful and accurate?  You
15 understood that, right?
16    A.  Mr. Foster, all my responses -- and,
17 again, I'm not trying to be difficult here by any
18 means.  I simply want to make sure that I'm giving
19 you the whole truth.  From my oath, the whole truth.
20 And I can't afford to give you yes-or-no questions
21 that, without context, could be misinterpreted.
22 This is a video deposition.  It's going to be
23 replayed.  And I must ensure that I'm giving you an
24 accurate contextual response, rather than a simple
25 yes or no.  It might be misread -- misleading.

1    Q.  Mr. Walczak, can you answer my question
2 yes or no?  Did you understand it was important to
3 be truthful and accurate when speaking on the open
4 house calls?  Can you answer that yes or no?
5    A.  Of course.  Yes.
6    Q.  Okay.  Please do.  And what's your answer?
7    A.  I'm sorry.  I meant that to be my answer.
8 Yes, it was important to be truthful and accurate,
9 yes.
10    Q.  You understood at the time, right?
11    A.  Yes.
12    Q.  Now, there came a point when you told me
13 that you learned that the house calls were -- well,
14 you knew the house calls were recorded, and then
15 later in time you learned what use was being made of
16 those recordings.
17        Have you ever listened to any of the
18 recordings of the -- of the open house calls in
19 which you spoke?
20    A.  I've had sound bytes played for me, but
21 outside of those sound bytes, I've not -- I've
22 definitely not listened to any of the calls in their
23 entirety.
24    Q.  In what context did you have sound bytes
25 played for you?

Page 141

1    A.   At depositions like this.
2    Q.   Outside of -- of a setting where you were
3  providing sworn testimony, have you ever listened to
4  any of the recordings of the open house calls?
5    A.   The sworn testimony, including my recent
6  arbitration, the ones I recall very vividly.  So if
7  I heard recordings of others, the only other context
8  I could think of would be my attorneys, my counsel
9  playing them for me.
10    Q.   Okay.  Well, did that occur?  Did you
11  listen to a recording that an attorney played for
12  you?
13    A.   Again, I -- I don't recall that for sure.
14  I recall that I heard sound bytes played for me,
15  depositions and testimony, and, again, arbitration
16  proceeding.  And I -- I think my attorneys may have
17  in -- in attorney-client discussions, played sound
18  bytes for me.  But in general, I haven't listened
19  to -- I know I haven't listened to an entire -- any
20  of the entire recordings.
21    Q.   Have you ever read a transcript that was
22  prepared of any of the recordings of the open house
23  calls?
24    A.   The same -- same response.  I've read
25  sound bytes which, again, drives my desire for

Page 142

1  context, because I recognize the sound bytes to be
2  small clips from very, very large conversation,
3  degrees of conversation and volumes of conversation.
4  So the only transcripts I've seen are, once again,
5  sound bytes.
6    Q.   Meaning, you've never sat down with a full
7  transcript of a particular recording and read it
8  from front to back?
9    A.   That's correct.  I've not done that.
10    Q.   And you've been shown, I take it, in
11  your -- in deposition or other testimony setting,
12  you've been shown portions of a transcript.  Is that
13  what you mean when you refer to sound bytes?
14    A.   I -- I have been shown what I do recognize
15  to be very, very, very small portions of individual
16  calls.  And in some of all the calls, I would go to
17  put maybe 100 varies in front of the small.
18    Q.   Well, typically how long would these house
19  calls last?
20    A.   Let's see.  So most the house calls
21  included myself and my colleague, Kimberly Rios who
22  managed the Hedged Commodity Futures Fund, so I
23  would typically provide a -- I don't know, maybe a
24  10, 15-minute overview of the Fund.  Sometimes she
25  would then do an overview.  And then we take

Page 143

1  questions.  I think sometimes I might take questions
2  before the overview.  I don't recall.
3        In total, depending on the level of
4  interest, which varied, it could be anywhere between
5  20 minutes and 45 minutes maybe, maybe some longer.
6  But that's my best guess and recollection.
7    Q.   Sir, have you read the SEC's complaint in
8  this case?
9    A.   I have not -- not recently, but I have.
10    Q.   And the complaint allegations include
11  references to and quotations of certain portions of
12  the open house calls, correct?
13    A.   I believe that's right, yes.
14    Q.   Okay.  Have you at any point since the
15  filing of the complaint in late January of 2020
16  listened to those cited or quoted calls or read
17  transcripts of the same?
18    A.   I don't remember that I matched up, as I
19  said that certainly in that time, particularly with
20  regard in my recent arbitration.  And I don't recall
21  specific other occasions, but certainly there have
22  been occasions where I heard, again, the sound
23  bytes, audio sound bytes.  Again, I didn't make any
24  effort to match them to the ones quoted in the
25  complaint.

Page 144

1    Q.   Well, the complaint -- the complaint
2  alleges that you said certain things in the house
3  calls.  Did you ever go and check out a transcript
4  or recording to see if what the SEC alleged was --
5  was true?  Did you ever do that?
6    A.   I didn't personally do that.
7    Q.   If someone did it for you, how would
8  you -- how would you -- did someone do it for you,
9  if you say you didn't do it personally?
10    A.   Again, I -- as I sit here today, I don't
11  know that I ever asked my counsel, Hey, did you make
12  sure that this was correct or not correct?  It's
13  just not come up.
14    Q.   So the recordings that -- of those open
15  house calls, do you understand those have been
16  provided to you in discovery in this case?
17    A.   I believe they probably have been.
18    Q.   Without listening to the house calls or
19  reading transcripts of the same, are you able to
20  admit or deny what you said during those house
21  calls?
22    A.   I guess if -- I guess I'm relying on the
23  fact that, you know, I don't see anything that
24  sounds like something I didn't say.  Like, Oh, my
25  gosh, I don't remember ever saying that.  So, again,

Page 145

1 in consultation with my attorneys, no one said to
2 me, Ed, did you really say this, or, We listened to
3 the calls and we didn't hear this. So I didn't
4 really see a reason to personally go listen to the
5 house calls.
6    Q. Well, just to be clear, sir, in these
7 questions and in any question that I may pose to
8 you, I don't want to know anything about what
9 conversations you -- you have or -- or, you know,
10 didn't have with your attorneys or what you may have
11 said to your attorneys or they may have said to you.
12 Just want to let you know that. So I'm just asking
13 really if you personally ever went back, listened to
14 the calls, or read the transcripts to see if what
15 the SEC was alleging about what you said matched
16 with what was in the recording or in the transcript.
17 Did you ever do that yourself?
18    MR. KOPECKY: Asked and answered three
19 times now.
20    Go ahead and answer it again.
21    A. No, I did not personally do that.
22 BY MR. FOSTER:
23    Q. Have you sought at any time to determine
24 what you said concerning an 8-percent drawdown limit
25 or threshold in connection with the

Page 146

1 Hedged Futures Fund on those house calls?
2    A. I'm sorry. I didn't understand the first
3 part of your question.
4    Did I -- could you ask it again?
5    Q. Sure. Given what you told me about --
6 about the fact that you haven't gone back and
7 listened to the full call -- the full house calls or
8 read the full transcripts, is it fair to say you've
9 never gone back and looked to determine what you
10 said during the open house calls about an 8-percent
11 drawdown limit or threshold in connection with
12 managing the Hedged Futures Fund?
13    A. Again, I've been shown the transcripts
14 of -- of, you know, brief sentence fragments and
15 sound bytes recorded from those calls. The words
16 don't immediately concern me in terms of, Oh, my
17 gosh, I probably never said that. So from that
18 context, you know -- again, in conversations in
19 reading the complaint, in conversations with
20 counsel, I've -- I've seen what was said.
21    Q. Okay. Well, let's -- let's -- I promise
22 I'll show you more than sentence fragments. So
23 let's look at a transcript of one of the open house
24 calls. So if you turn to what's been premarked as
25 Exhibit 3, which is a transcript prepared by a court

Page 147

1 reporting service of a house call from
2 November 4th, 2014. And while you're getting that
3 in front of you, sir, I'm going to move it to the
4 marked exhibit folder in Egnyte.
5    All right. Do you have that exhibit in
6 front of you, Mr. Walczak?
7    A. I do.
8    (Exhibit 3 was marked for identification.)
9 BY MR. FOSTER:
10    Q. Could you turn to page 15 of the
11 transcript?
12    A. As numbered on the -- so not the PDF, 15
13 on the transcript. I've got it, I think.
14    Q. Yeah, that's correct. Each page of the
15 PDF essentially captures four pages of the
16 transcript. And those page numbers are in sort of
17 small right-hand numbers.
18    A. Okay.
19    Q. At the top. All right. So page --
20 page 15, just to make sure we're on the same page,
21 is page 4 of the PDF.
22    A. Okay.
23    Q. Do you see that starting at around line 13
24 of page 15?
25    A. Yes.

Page 148

1    Q. Okay. All right. You're responding to a
2 question, and you said, Sure. You said, I'll talk
3 about risk management. That's a few lines before.
4 But I want to specifically draw your attention to
5 the sentence that begins, I use risk management, on
6 line 13.
7    A. Yes.
8    Q. So particularly the sentence that -- that
9 is going on from there, it reads: I use risk
10 management to control losses to roughly 8 percent.
11 That's the number I use in stress testing. It's
12 larger than the largest drawdown the Fund has had in
13 the last seven years. And that's been a period of
14 time over which the risk management system I use now
15 has been placed. The largest drawdown is a little
16 over 7 percent. As I said, I control it to 8.
17 8 percent is not a hard number, simply because of
18 slippage and so forth in execution. But that's the
19 number I control to when I do stress the portfolio.
20    All right. So I want to pause there and
21 focus on the -- on that commentary for a moment.
22    When you said you control losses roughly
23 8 percent, does that mean 8 percent reduction in
24 NAV, or an 8-percent drawdown from high water mark,
25 or what do you mean when you said that you control

Page 149

1 losses to roughly 8 percent, or you manage -- use
2 risk managements to control losses to roughly
3 8 percent?
4     A.  Well, again, my goal was -- and -- and I
5 talked about it earlier today in testimony, my goal
6 was controlling that open option value to 8 percent,
7 which for -- in my experience, translated to
8 controlling drop-downs to, as I said, somewhere
9 around 8 percent.  Even though 8 percent is not a
10 hard number, there can be slippage and other factors
11 involved.  But that was my intention.  So that's --
12 it's exactly what I told you earlier today.
13     Q.  Okay.  But we -- an 8-percent reduction in
14 NAV is not the same thing as an 8-percent drawdown
15 from a high water mark, right?
16     A.  Say that again.
17     Q.  What I'm trying to understand is the
18 reference to controlling loss is 8 percent, and
19 using that number in stress testing, I'm trying to
20 understand if that 8 percent is -- it corresponds to
21 stress testing that would show an 8-percent
22 reduction in NAV or an 8-percent drawdown from a
23 high water mark?  Which are you referring to?
24     A.  Well, the goal is to try and limit draw
25 downs to -- in the neighborhood of 8 percent, as

Page 150

1 I -- as I mentioned here.  And the tool I used was
2 to control that open option value.  Because in my
3 experience, that allowed me to control draw downs to
4 8 percent -- or in the neighborhood of 8 percent.
5     Q.  Right.  When you say drawdown, I want to
6 make sure I understand what you mean.  What do you
7 mean drawdown?  Are you talking from a high water
8 mark of the Fund or just a drawdown in -- in the
9 NAV?
10     A.  A drawdown in the NAV.  You know, it's --
11 the -- the 8 percent number apparently was used in a
12 lot of different context, a lot of different marks.
13 My hard and fast rule was to control the option's
14 premium value.  My experience was that a monthly
15 time frame -- and I think that's why Catalyst put
16 the explicit 8 percent number in our internal risk
17 metrics -- was simply control of, you know, a
18 relatively short time frame drawdown to 8 percent,
19 so there's -- that's all I can say about that.  I
20 guess I'm a little confused by what you're asking.
21     Q.  Sure.  We'll -- we'll -- let me -- it
22 might become clearer.  But focus for the minute on
23 the references here in this house call is stress
24 testing.
25     Does that -- does that refer to stressing

Page 151

1 the portfolio in OptionVue?
2     A.  Yeah.  That's what we talked about today,
3 so, yeah.
4     Q.  When you talk about stress testing or
5 stressing the portfolio in a open house call, you're
6 referring to OptionVue, correct?
7     A.  That's the tool I used, yes.
8     Q.  All right.  If we could scroll forward to
9 page 17 of the transcript.  And specifically in
10 line 11, starting at line 11.
11     So you can follow along with me.  I'm
12 gonna read some of the -- what's reflected here from
13 page 17 over the next page, page 18.
14     So starting only page 17, line 11.  You
15 state:  Second, once I put on positions, and I do --
16 obviously within a mutual found portfolio I put on
17 positions every day, pretty soon I accumulate
18 relatively complicated options positions or an
19 options portfolio, so that even if you understand
20 options fairly well, if you look at the portfolio
21 listing it for the Fund, it will be difficult for
22 you to understand where do these things come from
23 and what are they designed to do and how will they
24 be affected by the market?
25     So the good news is I have very

Page 152

1 sophisticated options pricing models.  I plug the
2 portfolios into these models each day.  I stress the
3 portfolio for a series of price movements up to 10
4 percent.  I stress the portfolio for volatility
5 movements.  Remember that volatility is the most
6 important component of options pricing.  So I have
7 to understand what will happen to the portfolio if
8 one day you see the VIX go from 14 to 25 or 20 to 40
9 or something like that.  So I stress the portfolio
10 for volatility, I stress it for price movement, and
11 then I look over five different time frames.  A
12 month from today, two months from today, and several
13 time frames in between.  I'll vary those time frames
14 to match up to different times that are important to
15 options, expiration for part of the portfolio, for
16 example.
17     So I stress the portfolio.  I identify
18 what's the impact on the portfolio value at these
19 stress points.  And if the impact is greater than my
20 8 percent limit, then I'll go in and I'll hedge the
21 portfolio to bring it back in line.
22     Okay.  So in this portion of -- the
23 November 2014 -- November 4, 2014, house call, what
24 I just read, again, the sophisticated option was
25 pricing models.  That's a reference to OptionVue; is

Page 153

1 that right?
2     A.  That's correct.
3     Q.  And this is an explanation of how you --
4 how you control to 8 percent when stress testing, as
5 referenced earlier in the call; is that -- that
6 fair?
7         MR. KOPECKY:  Objection.  Form.
8 Foundation.  Mischaracterizes the transcript.
9         Go ahead, Ed.  Try to answer that.
10     A.  So when you say this --
11 BY MR. FOSTER:
12     Q.  Sure.  Well -- here we go.
13         We just looked at page 15, right?  And on
14 page 15 you said you would use risk management to
15 control losses to roughly 8 percent.  You say that's
16 the number you use on stress testing.
17         Okay.  Now on page 17, over to page 18,
18 you're describing that stress testing, correct, and
19 how you use it to control to an 8 percent number?
20     A.  MR. KOPECKY:  Objection.  Form.
21 Foundation mischaracterizes the transcript itself
22 even.  Go ahead, Ed.
23         MR. FOSTER:  That -- that's a question.
24 He can answer it -- he can answer it yes or no.  If
25 that's not what he's doing, he can tell me what he's

Page 154

1 doing.
2         MR. KOPECKY:  It's an objection of a
3 question.  You're combining parts of the large
4 transcript.  You've taken the world control losses
5 on one page.  He's giving -- the thing you read is
6 the second of one, two, three, that he was
7 explaining.  Right there he says stressing for
8 volatility.  You're combining things that should not
9 be combined.  That's what you're doing.  And that's
10 objectionable.  He can answer the question and will
11 obviously, but your question is objectionable.
12         MR. FOSTER:  I got your objection.  It's
13 oceans away.  And I have your --
14         MR. KOPECKY:  Good.
15         MR. FOSTER:  It's not even remotely --
16 it's not even remotely what I'm doing.  Not even
17 remotely.
18         MR. KOPECKY:  Mike, you tried to argue
19 with me about --
20 BY MR. FOSTER:
21     Q.  Mr. -- Mr. Walczak -- Mr. Walczak,
22 page 17, line 11 to page 18, 14 -- line 14 that I
23 just read, okay?  Is that what you did?  Is this --
24 this information accurate, what you said in this
25 portion of the house call?  Is that what you did in

Page 155

1 the portfolio?
2     A.  I think that's -- that's exactly how I
3 described it to you before.  In particular we can
4 look at -- up there in the time frames to match up
5 the different time frames, important options
6 expiration, what part of the portfolio.  I stress
7 the portfolio if I see something that's greater than
8 8 percent limit.  I'll go ahead and hedge the
9 portfolio to bring it back in line.
10         I think that's how I described my process,
11 so I don't have a big objection with that.  But I
12 also will agree that, you know, you want to take
13 this in context and with -- and probably in context
14 with all the other times in 2014 that I discussed
15 risk management on these calls, which you probably
16 did, too.
17     Q.  So when you say hedge the portfolio
18 here -- hedge the portfolio to bring it back in
19 line, what does -- what does that mean?
20         What do you mean by hedge the portfolio?
21     A.  That means if I see a likely scenario, as
22 I described earlier today, if I see a scenario that
23 I believe to be likely enough to take action, that
24 shows an 8-percent drop down, I'll go in and do any
25 number of hedging procedures, including taking

Page 156

1 positions off, exiting positions, buying additional
2 options as a hedge, buying and selling options to
3 reduce the exposure by one expiration selling
4 another.  So a lot of different hedging techniques
5 that I'll use to satisfy myself that I've taken a
6 likely 8-percent loss and made it less likely or
7 unlikely.
8     Q.  So -- so hedge the portfolio would mean to
9 execute trades, right?
10     A.  Not necessarily.
11     Q.  Okay.  How would you hedge the portfolio
12 without -- without executing any trades?
13     A.  Well, if -- if options are wasting assets.
14 So the risk of an option detains as time passes,
15 generally speaking, all else equal.  So in some
16 scenarios, particularly short dated options, you
17 look, you identify a potential risk point, and you
18 know that that risk is deteriorating rapidly over
19 time and no action's necessary.
20     Q.  So here you're describing stressing the
21 portfolio at -- at given points, and you describe
22 price movements and volatility movements, right?
23     A.  Correct.
24     Q.  And you say that you identify the impact
25 on the portfolio value at the stress points.

Page 157

1 That's -- that's what you would do in stressing the
2 portfolio as described?
3   A.   Yeah, which line are you referring to?  I
4 don't remember the specific statement.
5   Q.   Sure.  On page 18, that's towards the end
6 of what I quoted.  Right --
7   A.   That's what I mean, the open option value,
8 sure.
9   Q.   So when you reference, My 8 percent limit,
10 what are -- what are you referencing?
11   A.   Well, I think I -- I talked about that
12 earlier in this -- in this call.  And that was to
13 say, Look, it's -- it's not a hard number.  There's
14 lots of other factors.  But that's, you know, a
15 guideline I use.  That's a number I'm looking for in
16 terms of open option premium.  And if I see a
17 scenario where I'm uncomfortable with how likely it
18 is that that happens, then I'll go in, and I'll take
19 whatever action necessary.  Or I'll identify that
20 the scenario is unlikely and I won't do anything.
21 Or I'll identify the fact that doing nothing is also
22 a lot of risk to come off, because of the nature of
23 the options.
24   Q.   Okay.  Well, I understand that's what you
25 told me earlier.  But I'm asking you very more

Page 158

1 specifically about what you said on this house call,
2 and -- and the page we're looking at, you said
3 impact was greater than 8 percent limit.  And so
4 right now I'm just asking you what 8 percent limit
5 are you referring to?  8 percent of what?
6   A.   What I always look at for -- for that
7 number is described in OptionVue.  If the open
8 option value is greater than 8 percent of the
9 portfolio.
10   Q.   And if it is, you say here that, I'll go
11 in and I'll hedge the portfolio to bring it back in
12 line.  That's what you said here, right?
13   A.   Yeah.  And -- and, again, not to be
14 misleading in --
15   Q.   I'm -- I'm asking you -- I'm just asking
16 you that's what's reflected in the transcript,
17 correct?
18   A.   Well, again, reflected in the transcript,
19 I -- I mean, this is --
20       MR. KOPECKY:  No.  It misstates what is
21 said in there.  It identifies the impact and the
22 portfolio these various stress points, then if it's
23 greater than a percent, he goes in and hedges to
24 bring it back in line.  You're picking and
25 choosing -- you're unfairly picking and choosing

Page 159

1 sound bytes.  I object to it.  It's objectionable.
2 Form.  Foundation.  Mischaracterization.
3 Mischaracterizes the transcript.
4       Go ahead, Ed, and do your best.
5   A.   So, again, you know, I don't object to the
6 accuracy of this transcript, but I think it's
7 important that you understand, and especially
8 anybody who might view this record, that the intent
9 here is we have a sophisticated audience.  I'm
10 describing what I do not in complete form, that's
11 what perspectives is for, but I'm trying to give
12 them a flavor for what I do and what I said at this
13 time was certainly accurate.  But implicit in all of
14 my remarks are use of my professional judgment about
15 what -- what needs to be done and when it needs to
16 be done.  These are certainly the techniques that I
17 use, as I described to you earlier today.
18 BY MR. FOSTER:
19   Q.   Okay.  But what you say here, sir, is that
20 if the impact of this the stress testing described
21 is greater than your 8 percent limit, you'll go in
22 and hedge the portfolio to bring it back in line.
23 That's what you state here in this house call,
24 correct?
25       MR. KOPECKY:  Objection.  Form.

Page 160

1 Foundation.  Mischaracterizes the entire house call.
2       Go ahead, Ed, try again -- oh, and asked
3 and answered three times now.
4       MR. FOSTER:  None of those are valid
5 objections.  You may -- you can answer.
6       MR. KOPECKY:  Your question's --
7   A.   I'm not writing an offering document, and
8 I'm not describing either verbally or in this
9 transcript, a comprehensive, detailed --
10 BY MR. FOSTER:
11   Q.   Sir, that's not my question.  That's not
12 my question.  My question, Are --
13   A.   Yeah, I understand.
14   Q.   Are the words -- the words that appear on
15 the page, did I read them correctly?  Are those the
16 words that appear on the page of the transcript?
17   A.   Mr. Foster, I -- I apologize.  We -- I
18 think we agreed not to talk over one another at the
19 beginning of the testimony, so if you allow me to
20 answer your question as completely and truthfully as
21 I can, that's all I ask.
22   Q.   Well, sir, unfortunately, I don't have all
23 day.  And you're taking up more than -- than the
24 time that's -- that's appropriate to answer these
25 questions.  I've listened to all your

Page 161

1 contextualizations at this point. And at this
2 point, I really just want you to listen very closely
3 to the question I'm asking and answer that question
4 and that question only.
5    A.   I'm doing the best I can, but I -- I
6 can't --
7       MR. KOPECKY:  Ed, I'm sorry, let's reset.
8       Go ahead, Mike, ask a question.
9 BY MR. FOSTER:
10   Q.   So, Mr. Walczak, you say in this
11 transcript that if the stress testing that you
12 identify and explain here over pages 17 and 18, if
13 that stress testing reveals an impact on the
14 portfolio greater than your 8 percent limit, that
15 you'll go in and you'll hedge the portfolio to bring
16 it back in line.  That -- that's what you said here,
17 correct?
18      MR. KOPECKY:  Objection.  That
19 mischaracterizes what that says, so form,
20 foundation, and mischaracterizes that transcript.
21      But go ahead, Ed.  Is that what you say
22 there?
23   A.   That's what I said, and I'll -- I have to
24 complete -- I have to continue to provide the
25 context in which I said that.

Page 162

1 BY MR. FOSTER:
2    Q.   And you don't say -- you don't say that
3 you may go in and hedge the portfolio depending on
4 your assessment of the likelihood or probability of
5 that scenario materializes, right?  You don't say
6 that.  That's not what you say here, is it?
7       MR. KOPECKY:  Objection.  Again, in the --
8 through this whole transcript and in with the
9 beginning of it referring to the prospectus, and as
10 he says about the stress points, yes, he does.  So
11 you're mischaracterizing the transcript.  I object.
12      Go ahead, Ed.
13      MR. FOSTER:  Just state your objections.
14 I'm not asking you the questions, Jim, so you're --
15 it's not your turn to testify about what it does or
16 doesn't do.
17      MR. KOPECKY:  You -- you continue --
18 you --
19      MR. FOSTER:  No, I don't.  No, I don't.
20      MR. KOPECKY:  You continue to misrepresent
21 what this says and that's --
22      MR. FOSTER:  No.  No.
23 BY MR. FOSTER:
24   Q.   It's a very simple question, Mr. Walczak.
25      Do you say that?  Show me where in this

Page 163

1 exhibit you say that you may, if your stress testing
2 reveals a impact on the portfolio that's in excess
3 of your percent limit, that depending on your
4 assessment of the likelihood or probability of the
5 scenario that you stressed, then you may go in and
6 hedge.
7       Where do you see that in this transcript?
8    A.   So --
9       MR. KOPECKY:  Well, you haven't read the
10 whole transcript, have you, Ed?  Do you want him to
11 pause and read all the pages?
12      MR. FOSTER:  I think he's had ample
13 opportunity to read this transcript at this point.
14      MR. KOPECKY:  He has not.  You just asked
15 him if it said anywhere in this transcript.  I'm
16 going to have him go back, and we're gonna read this
17 entire transcript.
18      Do you want to do that?
19      MR. FOSTER:  Yeah, I wanted you to do that
20 when I -- when I served you interrogatories on this
21 very subject, that's what I wanted you to do.
22      MR. KOPECKY:  Well, you got answers to
23 those interrogatories.  If you want him to spend the
24 time here right now reading the whole transcript,
25 we'll do it.

Page 164

1       MR. FOSTER:  Well, my -- I want him -- I
2 want him to answer the question.  If you later,
3 outside of this deposition, can confine that for me
4 where you say that in here, I'm all ears.  But I'm
5 asking you about this particular portion that we
6 just read through on pages 17 and 18.
7       MR. KOPECKY:  Again --
8       MR. FOSTER:  That's my question.
9       MR. KOPECKY:  That's a different question,
10 and I object to that.
11      MR. FOSTER:  That's the question -- that's
12 the question I'm asking.  That's the question I'm
13 asking, so please answer that question.
14      MR. KOPECKY:  Okay.  So want to repeat
15 that question again?
16      MR. FOSTER:  All my questions right now
17 are focused on page 17 and page 18.
18      MR. KOPECKY:  Okay.  So, for the record,
19 then, you're agreeing that you're ignoring
20 everything else that's said in this transcript.
21      MR. FOSTER:  Nope.  No.  Nope.  That's --
22 that's not at all what I'm saying.  I'm just asking
23 a question about these particular pages.  I don't
24 need to ask about the entire transcript.  That's not
25 my question.  So my question is about these -- this

1 content, so --
2     MR. KOPECKY:  Just to make sure we're
3 understanding.
4     MR. FOSTER:  Mr. Walczak, please -- no --
5     THE REPORTER:  I'm sorry.  If you want a
6 clear record, I advise you to speak one at a time.
7     MR. FOSTER:  Stop interrupting.
8     MR. KOPECKY:  I need to understand the
9 question before I can let him answer.
10     So do you want to try asking --
11     MR. FOSTER:  How do you not understand the
12 question?  How do you not understand the question?
13 What's there not to understand?
14     MR. KOPECKY:  Because the question --
15 you're saying you're not ignoring all of them, but
16 then you're saying, I'm only focusing on 17, 18, and
17 19.
18     MR. FOSTER:  Jim, I don't have -- I don't
19 have time to debate.  You -- you -- you are putting
20 in argumentative and speaking objections.  Just
21 state your objection.  It's noted for the record,
22 and then I want the witness to answer my question.
23     MR. KOPECKY:  Ask your question.  I'll
24 state my objection.
25     MR. FOSTER:  I've already asked my

1 question five times.  I'll ask it again.
2     MR. KOPECKY:  Okay.  Can you read the
3 question back?
4     MR. FOSTER:  Well, I'm not gonna -- I will
5 read it again so the court reporter doesn't have to
6 dig back past all your commentary.
7     THE REPORTER:  Please hold.
8     Question:  So, Mr. Walczak, you say in
9 this transcript that if the stress testing that you
10 identify and explain here over pages 17 and 18, if
11 that stress testing reveals an impact on the
12 portfolio greater than your 8 percent limit, that
13 you'll go in and you'll hedge the portfolio to bring
14 it back in line.
15     That -- that's what you said here,
16 correct.
17     MR. KOPECKY:  Objection.  Form.
18 Foundation.  Mischaracterizes the transcript.
19 Assumes facts not in evidence, and argumentative.
20     Ed.
21     A.  Again, no, sir.  My words and truthful and
22 accurate in the context of the fact that I spoke in
23 an informal question-and-answer session.  I was not
24 writing a prospectus.  I was not attempting to
25 provide a comprehensive and detailed description of

1 everything I did mention in the portfolio, and
2 implicit in my remarks were -- are the metrics that
3 I used.  But the transcript words are correct in
4 terms of the what I said, as far as I remember.
5 BY MR. FOSTER:
6     Q.  And anywhere on page 17 or 18 of this
7 transcript, do you say or explain that you're going
8 to use discretion or judgment about the likelihood
9 or probability of a scenario before deciding whether
10 you go in and hedge the portfolio?
11     Do you explain that here?
12     MR. KOPECKY:  Objection.  Form.
13     A.  I believe those disclosures are contained
14 in the prospectus, but, again, I'm not an expert.
15 But the assumption -- my assumption in making these
16 statements was that I did not need to pile on this
17 disclosure about judgment and opportunities.
18 BY MR. FOSTER:
19     Q.  Again, I'm not -- I'm not asking about
20 the -- about the prospectus.  I'm asking about the
21 words you said on this particular house call.  And
22 you would agree with me, sir, you don't say or
23 explain that if the impact is greater than your
24 8 percent limit that you'll exercise discretion and
25 decide whether or not to hedge the portfolio.

1 Rather, you say that if it exceeds your 8 percent
2 limit, that you will go in and hedge the portfolio
3 to bring it back in line, right, that's what you
4 said?
5     MR. KOPECKY:  Objection.  Form.
6 Foundation.  Mischaracterizes his testimony.  Asked
7 and answered.  Argumentative.
8     Go ahead, Ed.
9     A.  Again, I described my process, and I think
10 this is a truthful and accurate reflection of my
11 process.  My intent here was to provide a flavor for
12 how I managed the Fund, recognizing that in
13 everything I did, I used my judgment, which I
14 described to you earlier.  Even in using these
15 words, I was referring to scenarios past that
16 judgment screen so that if I -- if I saw a scenario
17 that was 8 percent and it was in my judgment likely,
18 then I wouldn't go in and hedge it.  And I didn't
19 believe at the time, given the audience and the
20 context of this call and others, that it was
21 necessary to say that explicitly.  I wasn't writing
22 a prospectus.
23 BY MR. FOSTER:
24     Q.  But, again, I'm not asking you about --
25 I'm not asking about what was in your mind or what

Page 169

1  you thought or why you did what you did.  I'm asking
2  you about the words you spoke.  And you say here
3  that you -- the words are, I'll go in and I'll hedge
4  the portfolio to bring it back in line, not I'll --
5  I may go in and hedge the portfolio to bring it back
6  in line, right?
7       MR. KOPECKY:  Same objection.
8    A.  The words are --
9  BY MR. FOSTER:
10   Q.  I'll -- I'll --
11   A.  I can't help you with the words.  And so
12  I'm not going to tell you they're my words.  But I
13  think the context is important.  Otherwise, I can't
14  provide you misleading testimony, and that's the
15  only reason why I continue to try and provide
16  this -- this context, because the words are --
17   Q.  Mr. --
18   A.  But the context is --
19   Q.  Mr. Walczak, I'll -- the word, I
20  apostrophe L, that's an abbreviation for I will,
21  correct?
22   A.  Yes, it is.
23   Q.  Okay.  So it's not an abbreviation for I
24  might or I may, right?
25   A.  As far as I know, it's not.

Page 170

1    Q.  The stress testing that you describe over
2  pages 17 and 18 of the transcript of this house
3  call, how often did you do that?
4    A.  I did that on a daily basis.
5    Q.  And you did that -- you did that on a
6  daily basis over -- over what time period?
7    A.  I think I described my process to you
8  earlier today, so, again, I'm sorry to take up your
9  time, but -- but to repeat it to get your question
10  answered, each day I opened up OptionVue.  Depending
11  on what was going on in the market and the
12  portfolio, some days I spent a lot of time on stress
13  testing, sometimes it was a pretty quick exercise to
14  understand that nothing had changed requiring my
15  action.  In all cases, I looked at a market and
16  portfolio appropriate excursion of price and
17  volatility and made a judgment on whether there was
18  a likely scenario that required immediate action.
19   Q.  Did the stress testing that you described
20  here in the -- in the house call, did you perform
21  that stress testing all the way over this -- the
22  time period of September 2013 to February 2017?
23   A.  To the best of my recollection, as I said,
24  every day I came to work and upgraded the Fund.  I
25  opened OptionVue and went through that process.

Page 171

1    Q.  Sir, if you could turn your attention to
2  what's been premarked as Exhibit 4.
3    A.  Okay.  Got it.
4    (Exhibit 4 was marked for identification.)
5  BY MR. FOSTER:
6    Q.  All right.  And Exhibit 4 is a transcript
7  of a open house call from October 13, 2015.  And if
8  you could turn your attention, starting at page 14,
9  lines --
10   A.  Okay.
11   Q.  Line 23.  So reading on from where, you
12  state that:  In other words, we'll take a snapshot
13  of our portfolio within our options modeling
14  software and then we stress that portfolio against
15  price, volatility, and across time, because
16  obviously time is an important element to waste an
17  asset like an option.  So we're on a daily basis,
18  we'll -- the portfolio in aggregate is plugged into
19  our options modeling software, and we'll stress
20  price moves of plus 5 and plus 10 percent on the
21  S&P, and minus 5, minus 10, and minus 15 percent on
22  the S&P.
23       We'll then -- we'll have snapshots of the
24  portfolio value at those P&L, basically at those
25  stress points.  We will then stress volatility in

Page 172

1  the current environment where we got a sub 20 VIX.
2  We stress the volatility to a 30 and to a 45.  In
3  those environments where VIX is already above 30,
4  we'll stress an additional level up to 60.
5       So now we have price and volatility
6  stresses on the portfolio.  We look at that across
7  five different time frames and what we're looking
8  for is a drawdown of greater than 8 percent in the
9  portfolio value.  If we find that at any one of
10  those price and volatility stress points, we'll
11  identify whether it, for example, it's price or
12  volatility, which are the two major impacts.  On the
13  portfolio we'll identify what is it that's causing
14  that potential 8 percent drawdown or greater than 8,
15  I'm sorry, that's our line in the sand, so to speak.
16       We'll identify what is it.  Is it price?
17  Is it volatility?  We'll then identify what hedging
18  transactions we need to put in place, and normally
19  there's a variety of choices.  Via put, via put
20  spread, via call, via call spread, buy back a short
21  call, buy back a short put.  Lots and lots of
22  alternatives, but we'll model the most effective
23  alternative to remove that risk excursion and then
24  we'll implement that position on the portfolio.  So
25  that's what we do internally to manage the

Page 173

1 portfolio.
2     All right. So I want to ask you some
3 questions about that language in the house call
4 transcript. Again, is the options modeling software
5 being referenced, that's OptionVue?
6     A. Yes.
7     Q. In what I just read, at one point you
8 said, We looked across -- looking at it across five
9 different time frames, what we're looking for is a
10 drawdown of greater than 8 percent in the portfolio
11 value.
12     So, again, what are you referring to when
13 you say, Drawdown of greater than 8 percent in the
14 portfolio value?
15     A. Again, I always use the open option
16 premium. That's what I look at in OptionVue.
17 Drawdown value, negative option premium. To me, the
18 language is critical. At least how I looked at it.
19     Q. So measured from when or from what, a
20 drawdown from what, the prior date's close? High
21 water mark? What?
22     A. Again, I didn't have -- that was the
23 nature of these calls. I wasn't trying to provide a
24 precise set of metrics or language. I was trying to
25 say how I managed the portfolio, and that -- and how

Page 174

1 I managed the portfolio as, again, I described is
2 when I saw 8 percent open option premium knowing
3 that I entered spreads per cost, that meant there
4 was risk in the portfolio that I needed to -- to
5 manage again, as long as there was a scenario that
6 had some level of likelihood. And that's my
7 judgment.
8     Q. Yeah, I'm really just focused on those
9 words, The drawdown of greater than 8 percent in the
10 portfolio value. It had -- that 8 percent had to be
11 measured from something. So I'm asking measured
12 from what? What were you measuring it from?
13     A. Well, I -- I've -- again, I apologize for
14 repeating it. Maybe I'm not being -- sorry if I'm
15 not expressing myself. That's negative 8 percent
16 option. That's what I meant when I said it. I
17 don't know if later in the transcript somebody asked
18 me, What do you mean by that? I don't know. I
19 haven't read the whole transcript. But that's what
20 I meant when I said it, because that's how I always
21 managed the Fund to the 8 percent open option value.
22     Q. So when you -- when you said you're
23 looking for a drawdown of greater than 8 percent
24 portfolio value, you meant -- you meant what
25 exactly? You meant in excess of 8 percent of open

Page 175

1 option premium?
2     A. Correct.
3     Q. And how -- how did you know -- from what
4 point -- from what date to what date?
5     A. I didn't measure from date to date. I
6 looked at -- you know, as I described, we looked at
7 scenarios. We said where in price, time, and
8 volatility is -- is there an 8 percent drawdown?
9 Lots of places. Are any of them likely enough to
10 take action? Yes, no. And take action if
11 necessary. So I was simply -- and that is the
12 reason why I use that measure. I didn't have to get
13 tangled up in from when to where to how. But
14 rather, if I -- my experience from a process
15 standpoint. If I -- if I hold and react to a likely
16 8 percent open option premium number, that's good
17 risk control. It limits my drawdown.
18     Q. Is an 8 percent open option premium valued
19 the same as -- as an 8 percent drawdown in portfolio
20 value? Are those the same things?
21     A. I would say no.
22     Q. What's the difference between the two?
23     A. Whatever -- again, I didn't do fund
24 accounting. So my experience was that if I control
25 to the open option premium, it's -- it's effective

Page 176

1 in controlling my drawdown.
2     Q. So if you're at 8 percent of open option
3 premium, then -- then what -- what is the total open
4 option premium? Where -- where is that number?
5 From which to take the 8 percent?
6     A. Well, that -- the open option premium
7 value is what I measure using OptionVue, all the
8 prior testimony that we went through about how
9 OptionVue works and the values I look at.
10     Q. Okay. Well, where in OptionVue do you
11 find the total open option premium?
12     A. That's what OptionVue tells. We talked
13 pretty extensively about this. You asked me about
14 screens. You asked me about curves and time frames
15 and volatility. That's what OptionVue is modeling.
16 How I use it, it's modeling the open option value
17 contained in the portfolio or whatever positions I
18 put them in. So that's why I'm looking for the
19 8 percent number.
20     Q. Okay. So is that different than say --
21 would that number be different -- that number be
22 depicted on the horizontal or vertical axis?
23     A. On the vertical axis, yes.
24     Q. Okay.
25     A. It wouldn't calculate the percentage. It

Page 177

1 would -- it would be depicted in dollar terms.
2    Q.   Okay.  On the -- on the left vertical or
3 right vertical axis?
4    A.   Top of my head without looking at the
5 screen, I can't tell.  I can't remember.
6    Q.   So how do you get to a percentage from
7 that open option premium value?
8    A.   Dollars divided by AUM.
9    Q.   So net dollar value of whatever positions
10 you're modeling divided by AUM?
11    A.   Correct.
12    Q.   When you say that the 8 percent is -- you
13 say that you'll -- on the portfolio will -- will
14 identify what is it that's causing the potential
15 8 percent drawdown or greater than 8, I'm sorry,
16 that's our line in the sand so to speak, what did
17 you mean when you said, Line in the sand?
18    A.   I meant that the 8 percent was the -- the
19 line that I looked for -- in other words, so I had
20 an objective test that I could look for if I found
21 a scenario -- a likely scenario that's causing the
22 drawdown, that's the level I used.  So 7 percent,
23 okay.  9 percent, not okay.
24    Q.   In your prior answer when you said
25 dollars, you referenced dollars divided by AUM.  AUM

Page 178

1 as of what date?
2    A.   The current AUM in the Fund.  Whatever I
3 was -- whatever day I was doing stress tests.
4    Q.   Okay.  If there was a 2-percent loss a
5 week prior, does the 8 percent reset?
6    A.   Not in terms of open option value, no.
7    Q.   All right.  So here you're stating you
8 identified any of the stress points.  You identify
9 price, volatility scenarios, and depicted loss of
10 more than 8 percent.  You modeled potential trades
11 and implement a trade or series of trade so that
12 OptionVue would no longer show loss or show that --
13 that scenario in excess of 8 percent; is that right?
14    A.   Which -- which lines are you referring to?
15    Q.   Well, again, you're talking -- if you look
16 here, you're talking about the five different time
17 frames.  We looked at that across five different
18 time frames.  We're looking for a drawdown of
19 greater than 8 percent in a portfolio value.  If we
20 find that at any one of the those price volatility
21 stress points, we'll identify whether it, for
22 example, it's price and volatility, which are the
23 two major impacts.  And then you say, On a portfolio
24 we'll identify what -- what is it that's causing
25 that potential 8 percent or greater than 8, I'm

Page 179

1 sorry, line in our sand, so to speak.  And identify
2 what is -- what is it in the price of volatility
3 that will identify what hedging transaction would
4 put in place.  And then you go on to say that, We'll
5 model the most effective alternative to remove that
6 risk of excursion, and then we'll implement that
7 position on the portfolio, right?
8    A.   Again, if you can -- I wasn't following
9 along.  So if you want me to confirm the words, just
10 give me lines.  I'll read them to double check.  It
11 looks like page 15.  To be conscious of your time,
12 I'm finding those words on page 15.  And so I'm
13 agreeing that those are the correct words.
14        Again, find a scenario, there's a
15 likelihood and judgment test always.  And so that's
16 accurate.  That's exactly what I would do in this
17 particular environment, probably those levels were
18 appropriate.  I don't recall the portfolio
19 composition or the market environment at this
20 particular moment of this house call, but that's --
21 that's my process.  That's consistent with what I
22 testified.
23    Q.   Okay.  Again, so on that page -- on 15
24 over 16, you say, We'll model the most effective
25 alternative to remove that risk excursion.  I'm now

Page 180

1 on page 16, starting at line 5:  We'll model the
2 most effective alternative to remove that risk
3 excursion, and then we'll implement that position on
4 the portfolio.
5        Do you see that?
6    A.   Yes.
7    Q.   Again, will -- will implement that
8 portfolio, W -- that position on the portfolio.
9 W-e, apostrophe, l-l, is an abbreviation for we
10 will, correct?
11    A.   Yes.
12    Q.   It's not an abbreviation for we may or we
13 might, right?
14    A.   No.  But, again, to -- to remind you the
15 context of the words, it's not unusual to find a
16 scenario and decide it's either unlikely and there's
17 no action required.  It's also not unusual to find a
18 scenario to notice that the next T+7 timeline
19 removes the risk stress, and to make the judgment
20 that taking no action, wasting nature time decay and
21 options would solve the problem.  So that's also --
22 that's one of the risks mitigation opportunities.
23 It was certainly my intent when I gave this
24 description that that was implied.
25    Q.   The information that we read from page 14

Page 181

1 over to page 16 of this open hall -- open house call
2 transcript, do you believe these are accurate
3 statements?
4     A.  Well, on page 14, there's an odd
5 looking -- must have been a typo, so I'm not sure
6 what it meant, it's got more mature prophecies in
7 place.  That's what that means.
8         So what was your question again?  I'm
9 sorry.
10     Q.  Are the statements that you made between
11 pages 14 and 16 of this house call transcript
12 accurate?
13     A.  Again, I have to remind you the context in
14 my meeting, but I -- as I described, this is a --
15 this is a very accurate, generic, and truthful
16 description of my process.
17     Q.  Okay.  You refer to it as generic, and I
18 think you used that language about the prior house
19 calls.  Was -- was there a form in which you
20 provided more, you know, specific and less generic
21 information to interested financial advisors or
22 investors about your stress testing process?
23     A.  Yeah.  I mean, across all these house
24 calls, including the one out of -- I don't know how
25 many that you selected here.  All of them had the

Page 182

1 opportunity for follow-up question if there was some
2 question or need for more specifics by the audience.
3         And, again, I mentioned that I understand
4 they were distributed or available.  So even with --
5 if someone had a question, What did you mean by
6 that, I was certainly open to it, but I don't recall
7 receiving any.
8     Q.  Yeah, I'm not asking about whether you
9 received questions about -- about what you said on
10 house calls.  You're describing these -- the words
11 you used as generic descriptions of the stress
12 testing process.  I'm asking if -- if in any form,
13 whether it be on a house call or otherwise, you
14 provided a more detailed, what you would consider to
15 be less generic description of how you stressed the
16 portfolio in OptionVue?
17     A.  I don't recall.  As I said, the
18 descriptions of this were fairly few and far
19 between.  So there were a lot of house calls, a lot
20 of advisor calls.  So did my description move
21 according to what I was doing at the time and the
22 portfolio marketing conditions, it may have, but I
23 don't remember for sure what words I used.  Again,
24 not providing a prospectus or providing a detailed
25 description of all the activities involved in

Page 183

1 managing the portfolio.
2     Q.  How would someone listening to the house
3 call know whether your description was generic or
4 not?  How would they know that?
5     A.  I think they would probably ask if they
6 wondered.  That would be my expectation, at least
7 from a group of reasonably sophisticated investors.
8     Q.  How did you know the -- the audience of
9 the open house calls were sophisticated investors?
10     A.  Catalyst told me that they were.
11     Q.  Who did?
12     A.  Catalyst.
13     Q.  Catalyst.  Who at Catalyst told you that?
14     A.  Well, when Catalyst asked me to do the
15 calls, they said they were only financial advisors
16 they had on this call.  And they were qualified,
17 sophisticated investors.
18     Q.  And who at Catalyst asked you to
19 participate in the open house calls?
20     A.  Jerry Szilagyi, you know.  In principal
21 meeting, he said, Ed, I need you to do these.  And
22 specific scheduling was done by a whole variety of
23 people in marketing.
24     Q.  When you -- when using -- AUM stands for
25 assets under management, right?

Page 184

1     A.  I'm sorry.  I didn't -- I didn't hear that
2 word.
3     Q.  Sure.  I apologize.  The acronym AUM.
4     A.  Yes.
5     Q.  That means assets under management,
6 correct?
7     A.  Yes.
8     Q.  So when using AUM to determine the
9 8-percent drawdown limit, did you ever measure that
10 8 percent from the Fund's historic high water mark?
11     A.  First of all, I don't know that there's
12 really an 8-percent drawdown limit.  As I said, I
13 managed to an 8 percent open option premium number.
14         Catalyst, including their risk, controls
15 an 8-percent 30-day rolling trigger to ensure that
16 if the 8 percent open option premium or something
17 else wasn't working, my judgment, for example, if
18 that was incorrect and we saw an 8-percent rolling
19 drawdown, that would get an all-hands-on-deck
20 situation to figure out if there was a problem, what
21 to do.  But there wasn't a limit at all.  That's --
22 yeah, that's not a good word.
23     Q.  What's not a good word?  Limit?
24     A.  Correct.
25     Q.  My question's a little different.

Page 185

1     When you're using AUM to calculate 8
2 percent open option value that you measured from the
3 Fund's historic high water mark.  That's my
4 question.
5     A.  No.  My measurement was current AUM,
6 current open option premium, or projected open
7 option premium.  But current AUM was the number I
8 used.
9     Q.  All right.  And so when I was referencing
10 8-percent drawdown limit, you told me that's not a
11 good phrase.
12    A.  We've got some audio feedback happening.
13 Okay.
14       MR. BYLINA:  I'm sorry, guys.  That was
15 me.  I had to shut the -- Steve Bylina.  I had to
16 shut off my computer and go to my phone.  So I
17 apologize for that.  But that's the phone I have.
18 That's me.
19       THE WITNESS:  All right.  So, I'm sorry,
20 your question was, again?
21 BY MR. FOSTER:
22    Q.  You corrected me in response to one of my
23 questions when I referenced an 8-percent drawdown
24 limit.  You said limit was not a good word, not a
25 correct phrasing.  Is that what you told me?

Page 186

1     A.  Correct.
2     Q.  Okay.  But isn't that the word you used --
3 you didn't use the word limit in just the prior
4 house call we looked at -- or one of the ones,
5 November 4, 2014 house call?
6     A.  I don't remember.  If so -- again,
7 context, and the reason I objected to the word is
8 there's, as I said, on a number -- I think I said on
9 a number of those calls, there were no guarantees.
10 Even on that -- this transcript or the other one,
11 there was definitely my saying that there was no
12 guarantee, because it's important.  It's a goal.
13    Q.  Right.  So to that point, I mean, in --
14 when you're seeing in these house calls statements
15 by you that you modeled 8 percent, right, but that
16 doesn't mean -- that doesn't mean in the real world,
17 in the actual market conditions, that draw won't
18 exceed 8 percent, correct?
19    A.  That's correct.
20    Q.  Okay.  But what you're conveying is that
21 you're taking proactive steps in an attempt to avoid
22 such a drawdown by modeling to an 8 percent
23 threshold, correct?
24    A.  By modeling the old option preview, but
25 that's correct.

Page 187

1       MR. FOSTER:  Okay.  I'm gonna mark through
2 a couple more of these.  Let me take a five-minute
3 break.
4       VIDEOGRAPHER:  Going off the record at
5 2:59 p.m.
6       (Recess taken.)
7       VIDEOGRAPHER:  We're going back on the
8 record at 3:14 p.m.
9 BY MR. FOSTER:
10    Q.  Sir, if you could take a look at what's
11 been premarked Exhibit 5.  And that's the transcript
12 of March 1st, 2016, open house call.
13    A.  All right.  I have it here.
14    (Exhibit 5 was marked for identification.)
15 BY MR. FOSTER:
16    Q.  All right.  If I could direct your
17 attention to the discussion on page 27 over to
18 page 28.  In particular, starting at line 5 on
19 page 27.  Let me know when you've had a chance to
20 read that.
21    A.  Just page 27?
22    Q.  I'm sorry, 27 to 28.
23    A.  Okay.  Okay.
24    Q.  So this is the house call.  Again, you're
25 discussing how the stress -- the portfolio for

Page 188

1 changes in price moves and volatility movements?
2     A.  I see that, yes.
3     Q.  And after describing that process, and you
4 give examples of, you know -- if markets of
5 5 percent or 10 percent and stress points related to
6 volatility declines or increases in saying, We have
7 a collection of stress points.  And after that, you
8 say, And what we are looking for at each of those
9 stress points is an 8-percent drawdown in the value
10 of the Fund.
11       So, again, there you -- you're referring
12 to -- when you say 8-percent drawdown in the value
13 of the Fund, what are you referring to?
14    A.  Yeah, as I've mentioned before, I thought
15 numbers were a pretty good correlation with the
16 value of the Fund and value of the open option.  So
17 that's what I opened in OptionVue.
18    Q.  So just so when we get an 8-percent
19 drawdown and the value, you're looking for those
20 stress points, an 8-percent drawdown in the value of
21 the Fund -- okay.  And you described -- I think you
22 described what that means.  That's not a reference
23 to a drawdown from the high water mark?
24    A.  That's not what I meant when I said this,
25 because I -- like I said, I looked at open option

Page 189

1 premium, so...
2    Q.   Do you know what the Fund's high water
3 mark was?
4    A.   No.
5    Q.   Do you know when it achieved its high
6 water mark?
7    A.   No.
8    Q.   Was that -- was that a data point that you
9 were familiar with on a day-to-day basis in managing
10 the Fund?
11    A.   No, I didn't look at it on a day-to-day
12 basis.
13    Q.   Did you look at -- look at it at all for
14 any purpose?
15    A.   I don't recall.  It wasn't something I
16 paid a lot of attention to.
17    Q.   And why was that?
18    A.   I'm not sure how to answer that.  There
19 were a lot of things I paid close attention to.
20    Q.   Did you ever tell people that you were
21 monitoring the funds from a perspective of where
22 it's good with respect to its high water mark?
23    A.   I don't -- I don't remember if I talked a
24 lot about high water mark.  I used to pay attention
25 to high water mark in the Fund's predecessor.  But I

Page 190

1 don't remember if I talked much about high water
2 marks in a mutual fund context.
3    Q.   Whether you talked -- whether you recall
4 talking about it or not, if I understand your
5 testimony, you're telling me it was not a data point
6 that was important to you in managing the Fund?
7    A.   Not on a day-to-day basis, no.
8    Q.   Well, if not on a day-to-day basis, over
9 any other time period, was an important data point
10 for you in managing the Fund?
11    A.   I would say that, you know, when I went to
12 a period where we had some downside volatility, we
13 start to look at the, you know -- the depths of
14 where we were from a recent high period of time.
15    Q.   If you turn over to -- jump over to
16 page 29 around line 19, the transcript states that:
17 We stress the portfolio across a number of different
18 dimensions.  We look for where, what conditions
19 might cause a greater than 8 percent drawdown.
20       If I understand that when you use those
21 words, 8-percent drawdown, you're, again, referring
22 to this open option premium that we've discussed?
23    A.   Well, in this case, it's more talking
24 about -- as you can see in the context, it's more
25 talking about investor kind of fund at a bad time

Page 191

1 and find his personal investment down 8 percent, or
2 fund down 8 percent from whenever it came in.  So,
3 yeah, this refers to some kind of high water mark.
4 I mean, I was trying to explain the genesis of how I
5 set the risk parameters, which is back in the
6 predecessor fund days where we monitor draw downs on
7 a monthly basis.
8       But my response to you is that it's not
9 something that changes every morning and looked and
10 said, Where are we in a relation to our high water
11 mark?  When was our last high water mark?  Unless we
12 got into a period of difficulty where that became
13 important.
14    Q.   Right.  So on page 29, reading on, you
15 know, 19, you say:  We stress the portfolio across
16 number of different dimensions.  We look for where,
17 what conditions might cause a greater than 8 percent
18 drawdown.  We then model hedging techniques, meaning
19 the purchase and sale of additional options
20 contracts, either ones we already hold -- taking
21 positions off is one thing we model, adding
22 additional positions as hedges is another thing that
23 we model and that's our most common adjustment.
24 We'll model adjustments.  We'll choose the most
25 economical and effective adjustment to bring us back

Page 192

1 in bounds so that we can no -- so that we can no
2 longer find a stress point that will result in
3 greater than an 8 percent drawdown.
4       That's what those lines in the transcript
5 say, right?
6    A.   Yes.
7    Q.   All right.  So it's actually stated pretty
8 clearly in here that if you find a stress point that
9 will result in a greater-than-8-percent drawdown,
10 you will buy and/or sell options so that the
11 negative impact to the Fund's value at that stress
12 point will no longer exceed 8 percent?
13    A.   Again, I apologize for being repetitive.
14 But it's obviously a scenario at least to me and my
15 attentiveness where you can always find a scenario
16 where there was an 8-percent drawdown.  So implicit
17 my remarks are a scenario that, in my judgment in
18 market conditions and portfolio conditions, it's
19 like a -- likely enough to do so.
20    Q.   Yeah, the scenarios, you -- would you
21 agree the scenarios there that are being talked
22 about are not just any scenario.  They're the
23 specific scenarios that you're describing that you
24 stress for, you know, given -- given increments of
25 increases or decreases in price, and -- and

Page 193

1 increases or decreases in volume, and you're
2 specifying what those -- what those increments are
3 that you model to, correct?
4    A.  Yeah, and as I -- I think I mentioned
5 earlier, here's my goal is to give a flavor and generic
6 description of the process.  So those are very good
7 scenarios in a normal, average portfolio composition
8 and in some kind of general market conditions.  But,
9 again, not appropriate to apply these kinds of
10 things to every single market condition, appropriate
11 to provide an explanation in terms that are
12 hopefully understandable to the audience, in terms
13 of -- rather than talk about sigmas and VIXs and
14 Greeks, this is a good way to -- for them to
15 understand the techniques I used, and I did use
16 these techniques.
17    Q.  All right.  But you would agree with me
18 when you're not in these house calls or the other
19 ones we looked at, you're not talking about, you
20 know, whether you confined any 8-percent drawdown at
21 any, you know, possible scenario.  You're talking
22 about particular scenarios of volatility combined
23 with -- with price that -- that you were considering
24 in stressing the Fund, right?
25    A.  But most importantly in these house calls,

Page 194

1 I was not providing a prospectus or disclosure
2 document.  I was providing, as transparently as I
3 could to sophisticated investors, the description of
4 the techniques I used to stress the portfolio.  I
5 didn't feel like anyone was depending on the exact
6 10, 15, 30 percent, because I didn't think it was
7 actually meaningful to them.
8    Q.  And according to the discussion here,
9 right, the crux of the issue was what your stress
10 test shows, right?  I mean, you're stating that you
11 modeled the 8 percent.  That's the number you used
12 in stressing the portfolio, right?
13    A.  As I described, that's -- that's the
14 number I looked for, and then identify whether
15 that's a number which you can host -- that is a
16 reasonable scenario, given the --
17    THE REPORTER:  I'm sorry.  The last part
18 of your answer cut out.  That's a reasonable
19 scenario given the --
20    THE WITNESS:  Portfolio composition and
21 market conditions.
22    THE REPORTER:  Thank you.
23 BY MR. FOSTER:
24    Q.  So, you know, on page 30, you say, We'll
25 model adjustments.  You say, We'll choose the most

Page 195

1 economical and effective adjustments to bring us
2 back in bounds so that we can no longer find a
3 stress point that would result in greater than an
4 8 percent drawdown, right?
5    A.  That's right.  That's what the transcript
6 says, yes.
7    Q.  So you're speaking in terms of what is --
8 what is reflected in OptionVue, not a -- not what is
9 probable or likely in your own judgment, right?
10    A.  Well, again, OptionVue is a tool.  So I'm
11 using my judgment how I apply the tool.  So it's not
12 a mechanical system.  It's not driven by OptionVue.
13 It's me making judgments using OptionVue as a tool
14 to help me with those judgments.  And, again, I
15 think that's why I, as the portfolio manager in the
16 house call, describing how I use this judgment and
17 what tools you would, I guess, to -- to make the
18 risk return trade-off.
19    Q.  Isn't the whole point of modeling to model
20 for somewhat extreme events and estimate how the
21 Fund will perform?
22    A.  That wasn't how I used the tool.  At least
23 not extreme in the sense of highly unlikely.
24    Q.  Were you using the tool to model what
25 would happen in a worst-case scenario?

Page 196

1    A.  Not a worst-case scenario, no.
2    Q.  All right.  Let's take a look at
3 Exhibit 6.  And Exhibit 6 is a transcript of a house
4 call that occurred on March 29th, 2016.  If I could
5 direct your attention to page 18 of the exhibit,
6 Mr. Walczak, starting at about line 19.
7       Have you found that line?
8    A.  Yes.
9    (Exhibit 6 was marked for identification.)
10 BY MR. FOSTER:
11    Q.  Okay.  Thank you.
12       So on page 18, beginning on line 19, you
13 stated:  Many of you on the phone have heard my
14 description of our risk management.  Our risk
15 management is designed to control our drawdowns to
16 8 percent.  And, in fact, our largest drawdown since
17 2007 has been a little bit higher than 8 percent.  I
18 want to say it might have been 8.5.
19       But that's what we do -- that's what we
20 control to, and we do that with fairly extensive
21 modeling stress testing -- I'm sorry, with fairly
22 extensive portfolio stress testing and modeling.
23 Meaning, we'll stress the impact on a portfolio on a
24 daily basis for 5, 10, 15, and sometimes 20 percent
25 price moves, for volatility moves as high as a VIX

Page 197

1 of 45, and we do that across many time frames.  And
2 our intention is to, in this case, we do like to
3 front run risk and that is to anticipate if --
4 what's the worst possible scenario we might
5 experience and are we sufficiently hedged to limit
6 the drawdown in that scenario to 8 percent.
7        Do you see that?
8     A.  I do.
9     Q.  Is that an accurate description of how you
10 stressed the portfolio using OptionVue?
11    A.  Absolutely.  My goal here -- and this is
12 starting to sound a little more familiar.  My goal
13 here is to demonstrate the flexibility of how stress
14 could apply 5, 10, 15, sometimes 20, if things are
15 volatile.  Sometimes as high as a VIX of 45, lots of
16 time frames.  And what's the worst possible scenario
17 we might experience, given the current market
18 environment.  And, again, that's not the worst
19 possible scenario that might happen,
20 Black Monday 1987.  That's the worst possible with
21 a -- with any kind of likelihood in my estimation
22 that makes some sense to take action of.  And that's
23 the intent of this type of description.
24        Again, I have to continue to emphasize the
25 context here.  This is informal Q&A with

Page 198

1 sophisticated investors.  And I'm open to follow-up
2 questions, if there's some lack of clarity in their
3 minds when they hear me say these things.  But
4 that's -- I intended -- I think I accurately
5 described my process.
6     Q.  Right after you say, Our management is --
7 our risk management is designed to control our
8 drawdowns to 8 percent.  You say, And, in fact, our
9 largest drawdown since 2007 has been a little higher
10 than 8 percent.
11       When you reference your largest drawdown
12 since '07, what were you referring to?
13    A.  I don't recall where the
14 8-and-a-half percent number came from, but my
15 attempt there was to also make people understand
16 that we were managing to a goal, not a hard line in
17 the sand that they could certainly see 8 percent.
18 But over time we've been recently successful.
19 Fingers crossed that we were able to continue.
20    Q.  When you say that, Our largest drawdown
21 since 2007 is a little higher than 8 percent,
22 were -- are you referring to open option premium, or
23 are you referring to something else there?
24    A.  I don't remember what I was referring to
25 there.  It's likely to be an action performance

Page 199

1 number, but I don't remember where or how it was
2 computed.
3     Q.  Again, fairly extensive portfolio stress
4 testing and modeling is the reference to OptionVue?
5     A.  Correct.
6     Q.  And here you say that, We'll stress the
7 impact on a portfolio on a daily basis for 5, 10,
8 15, and sometimes 20 percent price -- price moves.
9 Is that true?  Did you do that on a daily basis in
10 the period of 2013 to 2017?
11    A.  I did on a daily basis, as I mentioned,
12 several times now.  How -- I apologize.  I don't
13 want to be impatient.  It's getting late in the
14 afternoon.  On a daily basis, I opened up OptionVue.
15 Sometimes there's a need to spend a lot of time on
16 stress testing.  Sometimes there was -- based on the
17 portfolio composition and market conditions.  But
18 all or nothing could change.  So it was a
19 perfunctory sort of look, a quick look, and then on
20 to other business related to the Fund.  On a daily
21 basis, I did some form of stress testing.
22    Q.  And you referenced here that the intention
23 is to front run risk and anticipate what's the worst
24 possible scenario that you might experience.
25        Those are the words you used, right?

Page 200

1     A.  Again, I apologize for the language, but I
2 had to describe to what I meant.
3     Q.  Okay.  Why are you apologizing for the
4 language?
5     A.  Well, I didn't draft this in advance.  As
6 I said, I wasn't writing a prospectus.  I wasn't
7 choosing my words from a legal or regulatory
8 context.  I was just doing my best in a
9 conversational question and answer to describe my
10 techniques.
11    Q.  So in your testimony, what you were
12 actually doing was -- was trying to determine
13 what -- what the worst-probable scenario you might
14 experience?
15    A.  Yeah, again --
16    Q.  Worst possible?
17    A.  You could choose a lot of different words.
18 My intent and my -- process was to evaluate
19 scenarios, use suggestion about the likelihood of a
20 particular scenario, which resulted in 8 percent
21 open option premium.  And if I felt that the risk or
22 tradeoff requirement takes some action at that
23 8 percent level, then I did.  And many times I did.
24 Or many times I took the course of action.  So, you
25 know, I think there's some accurate description in

Page 201

1 the process. Again, the language was not subject to
2 compliance review or -- or meant to be a full
3 description of -- of the Fund or -- or the highest
4 level detail in my process.
5    Q.   Why would a -- I'm not sure I get your
6 reference to a compliance review. Did -- was --
7 who -- who was the individual at Catalyst that was
8 most familiar with how you ran the strategy? You,
9 right?
10    A.   Well, I wasn't the Catalyst. That was
11 just the guy that hired them on the options --
12    Q.   Well, you're the portfolio manager, right?
13    A.   Yes.
14    Q.   You were the portfolio of the
15 Hedged Futures Strategy Fund at all times relevant
16 to this lawsuit, right?
17    A.   Yes, that's correct.
18    Q.   No one knew the strategy better than you,
19 correct? There was no one at Catalyst, either in
20 compliance or otherwise, that was more familiar than
21 how you ran the Fund than you, right?
22    A.   I would say that's fair, yeah.
23    Q.   What's -- let's see if we can keep
24 marching on here. If you go to -- pull up
25 Exhibit 7, what was premarked as Exhibit 7, which is

Page 202

1 a house call transcript for a call that occurred on
2 June 7, 2016. And directing your attention to
3 page 23. While you're getting there, I'm going to
4 publish this in Egnyte.
5    A.   Sorry, what page did you ask me to go to?
6    (Exhibit 7 was marked for identification.)
7 BY MR. FOSTER:
8    Q.   Sure. Mr. Walczak, it's page 23.
9    A.   Okay.
10    Q.   Starting on -- starting on line 1. If you
11 could take a moment to review lines 1 through 24.
12    A.   Okay.
13    Q.   Would you agree there's another house call
14 in which you're discussing how you stress the
15 portfolio in OptionVue?
16    A.   Yeah. This is a good example of stressing
17 to the downside. So it's -- yeah. So I agree it's
18 definitely a description finally of downsiders.
19    Q.   Okay. And I'll just -- this one's maybe
20 not as long as some of other ones we have been
21 looking at. So let me just quickly read those
22 lines, starting on page 23, line 1: We're stressing
23 the portfolio using some pretty sophisticated
24 modeling tools, and then, when we find an
25 out-of-bounds situation, so to speak, we then jump

Page 203

1 right back in. We have a whole tool set of risk
2 management antidotes, so to speak, in the form of
3 options, contracts, and positions we already use to
4 try and make some money. So we jump in and we move
5 our strikes around, and we buy and sell different
6 put options until that risk goes away. And that's
7 what we do as kind of a risk management overview.
8       So we like to be in a position and, in
9 fact, we are -- I can't remember, since 2007 that we
10 were not in this position. There's never a scenario
11 where we wake up one day and there's a panic in the
12 market, and we scratch our heads and say, oh, my
13 gosh, we've got to get out of that position. We've
14 got to do something.
15       We try to be a couple chess moves ahead of
16 that part of the portfolio management, because we
17 modeled that scenario a week ago, and we already
18 took steps so that if the market is down 5 percent
19 tomorrow that was part of our model from a week ago,
20 and either didn't cause us a problem in the model,
21 so we're fine, or it did cause us a problem, and
22 it's already fixed before it happens. That's the
23 type of approach we like to take.
24       So is that -- is that description of how
25 you stress the portfolio accurate?

Page 204

1    A.   Yeah, absolutely. As I said, it's a
2 description of how we prepare for downside
3 volatility. In this particular one, referencing the
4 drawdown of 2007, which is the downside drawdown,
5 panic in the market, and down 5 percent tomorrow.
6 So that's -- I think someone must have asked -- I
7 don't see what the question was, but someone must
8 have asked about what happens if there's a crash,
9 and that was my response.
10    Q.   The reference to out-of-bounds situation,
11 what does that -- what does that mean?
12    A.   Yeah, again, I'm just talking about
13 looking at, once again, open option premium. This
14 one would be on the good side probably, but -- and
15 talking about exceeding that open option premium
16 metric that we pay attention to.
17    Q.   And so when you say you'll jump right back
18 in, you're describing adjusting the portfolio
19 through trading, correct?
20    A.   Yeah. This -- in this example, yes.
21    Q.   And moving strikes around, in particular,
22 is one thing you mentioned?
23    A.   Yes.
24    Q.   All right. Is that the same basic
25 process -- is that the same basic process described

Page 205

1  in the other calls we reviewed?
2      A.  Like I said, this is the downside
3  scenario.  And, again, I know that we've been, once
4  again, taking small portions of 30-page or 25-page
5  documents, so context is everything.  I don't know
6  what question was asked.  I don't know what the tone
7  of the conversation was.  But this is a good example
8  of describing what would happen in the market panic,
9  which must have been the question someone --
10  somewhere in here.
11      Q.  Well, for the above-the-market call
12  strategy, was -- did this same basic sentiment ring
13  true?  Did you try to be a couple chess moves ahead
14  from a risk management perspective?
15      A.  Yeah, that was my intention -- it was
16  my -- that was my goal for sure.
17      Q.  And you -- and you -- and you did that
18  by -- via modeling scenarios in OptionVue that could
19  result in a drawdown in excess of 8 percent,
20  correct?
21      A.  The open option premium is what I modeled
22  as I testified, yes.
23      Q.  Okay.  Let's go to the next exhibit, sir,
24  Exhibit 8.  I'm sorry.  Hold on.  I think -- let me
25  make sure I have the right one.  Okay.  It looks

Page 206

1  we're -- I'm sorry, I have Exhibit 7.
2      A.  Oh, did you want -- I'm not sure.  I think
3  I've got 8.  Did you say you say 7?
4      Q.  Yeah, sorry.  Bear with me one moment.
5          MR. KOPECKY:  We were just on 7, I think.
6          THE WITNESS:  That's what I thought, too.
7          MR. FOSTER:  Okay.  We have 7.  All right.
8  Good.  Sorry, I just haven't moved it into the
9  marked exhibits folder.  So, yeah, let's focus on 8,
10  please.
11          THE WITNESS:  Okay.  I've got 8.
12      (Exhibit 8 was marked for identification.)
13  BY MR. FOSTER:
14      Q.  Okay.  8 -- 8 is a house call -- a
15  transcript of a house call dated December 13, 2016.
16  And if you direct your attention beginning --
17  beginning on page 40, line 23 of the transcript.
18  And at -- starting at about line 23 on page 40,
19  there's -- there's a question posed by a listener,
20  someone that's called in, and then your response.
21          Do you see that?
22      A.  Yes.
23      Q.  And it says -- the question reads:  A
24  couple of times you've mentioned that, you know,
25  you're always worried about capital preservation,

Page 207

1  and you've mentioned like an 8-percent loss.  If you
2  hit an 8-percent loss at any point in time, you
3  know, I'm just interested in what exactly would
4  happen.
5          And then your response follows.  Do you
6  see that?
7      A.  Yes.
8      Q.  Okay.  And you -- you know, the first part
9  of your response reads:  Yeah, what we generally do
10  is we model our exposure.  We stress both portfolios
11  looking out at various price points and volatility
12  changes up and down in -- certainly in the S&Ps, and
13  then in each of the commodity markets that we trade
14  in with the goal of holding that loss to 8 percent.
15          And we do that by identifying where -- you
16  know, that's the one predictive thing we do.  It's
17  on the risk side.  We continue to talk about how we
18  react to the markets -- to markets in terms of
19  entering positions and adjusting positions.
20          We do try to anticipate market moves in
21  terms of the risk presented to the portfolio.  And
22  what that amounts to is we do have a hard stop at
23  8 percent.  We would flatten the portfolio roughly
24  at 8 percent.  The portfolio at 8 percent.
25          I want to stop there for a second.  When

Page 208

1  you say that, We have a hard stop at 8 percent, what
2  do you mean?
3      A.  Yeah, you know, again, this is a little
4  bit back in time, but there's -- the other way we
5  use the 8 percent number is if -- if we somehow
6  aren't successful on being forward looking
7  adjustments and we do hit that 8 percent open option
8  premium, then we do our best to flatten the
9  portfolio.  I think I mentioned some -- some
10  slippage and, you know, talk about 8-and-a-half,
11  9 percents or thereabouts, with the goal of
12  achievements.  So 8 percent is the number that --
13  like, hard stop means, look, at 8 percent, we can't
14  start.  That's the point in which my judgment goes
15  out the window about likelihood, and then we have to
16  take very aggressive action.
17      Q.  Okay.  Well, you say here, We do try to
18  anticipate market moves in terms of the risk
19  presented to the portfolio, and what that amounts to
20  is we do have a hard stop at 8 percent.  So is the
21  hard stop at 8 percent referring to anticipating
22  market moves, or you're referring to what happens
23  when there is an actual move that results in an
24  8-percent drawdown.
25      A.  Well, again, this is a realtime off the

Page 209

1  cuff.  I didn't go back and edit words.  So did I
2  choose the right words?  I don't know.  What it
3  means is I think it's very consistent and still is.
4  If we hit the 8 percent open option premium, if we
5  hit an 8-percent drawdown, we are going to take some
6  pretty aggressive action.
7         Then, again, anticipating market moves,
8  it's back to the old scenario of looking forward and
9  saying, Let's likely -- let's try to anticipate what
10 they say.  Trying to sense in terms of modeling, if
11 we see something happening out there, we'll get in
12 and take action, if necessary.  Maybe -- maybe --
13 sometimes no action is action, sometimes it's
14 unlikely.  But at the end of the day, when we hit
15 the 8 percent, then we can't start talking about
16 likelihood anymore.  We've got to do something.
17    Q.  All right.  So then scrolling down in the
18 transcript, what -- what follows is some discussion
19 of why that -- that 8 percent figure was chosen.
20    Do you see that?
21    A.  Yes.
22    Q.  Okay.  So skipping ahead at -- to line --
23 page 42, line 22, you then go on to say:  But the
24 bottom line is we look ahead and stress the
25 portfolio and we identify a condition that is out of

Page 210

1  bounds, we'll hedge that right now.
2         And so as a result -- as you say what
3  happens if the market moves 10 percent -- whatever
4  market it is -- and if that gives us an
5  uncomfortably large loss, we'll go in and hedge that
6  thing.
7         Now that 10 percent move might never
8  occur, but if we even -- if we get even 3 percent in
9  that direction, then automatically we have that
10 additional cushioning.
11        And in that circumstance, then we'd look
12 again at the model and we'd say, oops, we still have
13 a problem.  We'll hedge some more.
14    So it's a very gradual type of hedging
15 scenario.  We've never really had to liquidate the
16 portfolio or to neutralize it because our ongoing
17 hedging techniques -- we use hedging instruments.
18 That's what we trade in.  That's what options are
19 really built for.
20        So our hedging techniques allow us to
21 cushion price movement and we're never in a
22 situation where we have sort of a hard stop loss,
23 and we're sitting just waiting for that 8 percent to
24 get triggered and then we get out because we're
25 constantly hedging.

Page 211

1         That's the first thing we do every day is
2  to identify risks and tune up our hedges if they're
3  not sufficient.
4         And that allows us to avoid that hard stop
5  and still maintain our drawdown discipline.
6         Okay.  Is that an accurate description of
7  how you stress the portfolio in OptionVue?
8     A.  Yeah, I think it absolutely is.  It's --
9  in fact, if we're looking ahead -- as I've described
10 all day today, we're looking ahead.  We hedge if we
11 see something that is a likely risk.
12        And -- and as I said, it's not sufficient
13 in my judgment, but I think that's kind of implicit,
14 then we'll go in and do some more.  I think that's
15 accurate.  That describes our process.
16    Q.  Okay.  But in what I just read, the word,
17 likely, appear anywhere?
18    A.  Again, I have to keep repeating this,
19 because you're asking about specific words, like
20 we're reading a disclosure document.  This is a
21 off-the-cuff description, which I -- certainly my
22 meaning is -- was very accurate.  I didn't parse
23 words.  I didn't rehearse it.  I didn't write it
24 out.  I didn't run it through compliance.
25        If the words were confusing, there was --

Page 212

1  there was -- no one asked for further explanation.
2  But that's what I meant.  I didn't mean to use
3  language that would fit in a prospectus, especially
4  when they were advised to look at it.
5     Q.  Right.  The -- whether you scripted it out
6  or not, I mean, the words that -- that reached the
7  listeners' ears, I mean, house calls, it was
8  important for those words to be accurate, correct?
9     A.  I think they were accurate.
10    Q.  I didn't ask you if they were accurate.  I
11 asked you if it was important that they -- that they
12 be accurate, correct?
13    A.  They accurately describe what -- what I
14 did in a general sense, and very specifically what I
15 was doing at the time of the call, because I was on
16 the call to talk about what we were today.  But in
17 general, I'm -- you know, this describes, I think,
18 very consistently my process.
19    Q.  All right.  But focusing on the beginning
20 of 40 -- page 42, line 22, when you say, when you
21 were talking about the bottom line, it's -- we look
22 ahead, stress the portfolio, and we identify if a
23 condition is out of bounds, you'll hedge that right
24 now, okay?
25        So when you say, Identify a condition that

Page 213

1 is out of bounds, what does that mean?  What are you
2 referring to?
3     A.  Well, I meant at the time, what I
4 consistently described, and, you know, we only
5 looked at, you know, very, very tiny samples of
6 house calls.  But in those calls where this topic
7 came up, I've identified that 8 percent open option
8 premium as the -- the number I use so that I had a
9 number, rather than just a gut feel.  And then I had
10 a number to look for in scenarios that made sense,
11 given the market conditions in the portfolio
12 composition.
13     Q.  And when you're talking about here, what
14 happens if the market moves to 10 percent, and that
15 gives us an uncomfortably large loss, we'll go in
16 and hedge that then.  You have knowledge that that
17 10-percent move never occurred, right?
18     A.  Yeah, that's -- yeah, that's what I said,
19 sure.
20     Q.  And you say in here that the first
21 thing -- strike that.
22         Yeah, you say in this page you say that
23 the first thing you do every day is to identify risk
24 and option reviews.
25         Do you see that?

Page 214

1     A.  Yes.
2     Q.  Okay.  Is that -- is that true?  Is that
3 the first thing you did every day in managing the
4 Hedged Futures Fund?
5     A.  Yeah.  So, again, I've got to repeat.  I
6 think -- so turn out on OptionVue every day.  First
7 thing I look at is the portfolio.  Some days market
8 conditions are quiet, nothing has changed in the
9 portfolio.  It doesn't take very long to take a
10 quick glance at the risk profile to see that it
11 hasn't moved.  Other times, it's volatile, so it
12 actually might be required.  I'll have to model a
13 lot of different scenarios to understand what action
14 and how urgent.  So the stress test occurs.
15 Sometimes it's very quick, sometimes it's more
16 lengthy.  Again, depending on the portfolio
17 deposition and market conditions.
18     Q.  From what you recall, the February 2017
19 time period, there was a large drawdown in the Fund,
20 correct?
21     A.  Correct.
22     Q.  Okay.  And that -- and that sort of
23 coalesced in mid -- midway through the month; is
24 that right?
25     A.  I think so, yes.

Page 215

1     Q.  So in the first part of February 2017, is
2 this -- was this your process?  As described here,
3 was the first thing you did every day to identify
4 risk to shoot out hedges, if they're not sufficient?
5         Did you do that in February -- early
6 February 2017?
7     A.  I do remember at that point in time our
8 risk was concentrated in nearby options.  That risk
9 didn't change.  The market was extremely quiet.  So
10 I certainly opened the Screen every day.  At that
11 point in time, I had just completed a multimonth
12 series of derisking the portfolio.  My choice at
13 that point was that with a short time to expiration
14 that the best risk return tradeoff was not to take
15 action.
16     Q.  All right.  And that -- that decision
17 proved to be a costly one, right?
18     A.  In -- in hindsight, that judgment turned
19 out to be incorrect.
20     Q.  The Fund held a lot of risk at that time,
21 true?
22     A.  I'm not sure what you mean by risk.
23     Q.  While there was -- given the concentration
24 that you described in the time the -- the positions
25 were sensitive to movement in the underlying -- the

Page 216

1 price in the underlying asset, the stock futures
2 contract, right?
3     A.  What I recall based on the metrics we used
4 to operate the Fund is that most of them, if not all
5 of them, were at the very low end of their range.
6     Q.  Well, I'm not -- put aside the risk
7 metrics.  I'm talking about what you -- what option
8 you shared.  Were you stressing a portfolio on
9 OptionVue?  What did -- what did OptionVue tell you
10 about potential risk of -- to the Fund?
11     A.  What I recall was in the -- the risk --
12 there was some concentration on the portfolio, and
13 there was some concentration of risk in the
14 portfolio when I did my evaluation, and it was in
15 options expiring in roughly two weeks.
16         And when I looked at the likelihood of
17 market move that would cause that 8 percent drop
18 down, it was very low.  And I also knew at the time
19 that with near-to-expiration options, the risk of
20 decline fairly rapidly day by day.  So these were
21 some of the judgments I made about how to manage
22 that risk.  But overall, the portfolios were at
23 variable level of positions critical margin
24 requirement from the collateral from the brokers,
25 and the option premium was low.

Page 217

1    Q.   Okay.  Why don't we -- can you pull up
2  what has been premarked as Exhibit 9, Mr. Walczak?
3  And this is a transcript of an October 25, 2016,
4  house call.
5    A.   Okay.
6    (Exhibit 9 was marked for identification.)
7  BY MR. FOSTER:
8    Q.   All right.  So if I could direct your
9  attention to page 30, line 6.
10   A.   Yep.
11   Q.   Let me just catch up with.  So starting
12 line 6, a participant asks:  Hi, Ed.  It's my
13 understanding that as a goal you shoot for about a
14 maximum drawdown of 8 percent.  Specifically what
15 happens to the Fund if that were to occur?
16      And you begin your response by saying:
17 So -- and you're correct, that is the goal of our
18 risk management process and protocols.
19      Do you see that?
20   A.   I do.
21   Q.   So that -- you agree that you manage the
22 Fund with a goal of -- of limiting any drawdown to
23 8 percent?
24   A.   Yeah.  I'm -- I'm pleased that for Jessica
25 who asked the question, I understood it was a goal,

Page 218

1  and I guaranteed it, because I'm trying to make
2  people understand there were no guarantees in this,
3  and there's all kinds of -- but he understands it's
4  a goal.  And absolutely repeating that, because that
5  was our goal of what we're doing.
6    Q.   Okay.  And it's -- it's a goal, not a
7  guarantee.  Because as you state further down at
8  line 13, We're not using a standard sort of
9  stop-loss, right?
10   A.   Correct.
11   Q.   Okay.  Was there -- whether standard or
12 not standard, did -- was there any form of stop-loss
13 that you're aware of that you see used in managing
14 the Hedged Futures Fund?
15   A.   We used a -- a concept of the stop-loss.
16 Meaning, when we hit that 8 percent, if my -- my
17 judgment in looking at scenarios and getting ahead
18 of risk turned out to be incorrect or flawed,
19 then -- and we hit an 8 percent number in that open
20 option premium, or even in a grueling 30-day
21 drawdown period, then that was our -- our trigger to
22 go in and do the best to flatten in the portfolio
23 that we could.
24   Q.   What's your -- how would you define the
25 term stop-loss?  What's your understanding of that

Page 219

1  term?
2    A.   It's a -- it's a trigger point.  I think
3  you'll find in most execution firms that allow you
4  to enter a stop-loss, there's a -- there's a pretty
5  good definition in there that says, Hey, when this
6  triggers hits, we'll enter the order, but it's a
7  market order, and there's no guarantee at what price
8  to be filled.  So I think that's a pretty good --
9  pretty good term here.  At least the same way, we
10 did it at a portfolio level.  There was -- there was
11 no way to enter a portfolio stop-loss order in the
12 marketplace.  But when we hit that level in the
13 Fund, then we would go in and treat it like a
14 stop-loss.  Meaning, we'd go in and start to very
15 aggressively exit positions and do a flatten risk
16 exposure as best we could.
17   Q.   But have you treated it like a stop-loss,
18 or was it, in fact, a stop-loss, or was -- you just
19 said -- as you state here there's no standard
20 stop-loss as you utilized with respect to this
21 portfolio, correct?
22   A.   I'm not sure exactly what you're asking.
23   Q.   Well, did you, in fact -- I mean, your
24 goal -- you made the point of -- of noting that in
25 this discussion that, look, 8 percent max drawdown

Page 220

1  is aspirational.  It's a goal.  Doesn't mean you're
2  going to be able to achieve it, right?  And, you
3  know, you didn't -- you didn't, in fact, have any
4  way of actually limiting losses to 8 percent, did
5  you?
6    A.   No.  We had no way of having a guaranteed
7  limit on the -- the lawsuit portfolio.
8    Q.   In February 2017, when you approached that
9  8 percent threshold, it wasn't just a little bit of
10 slippage, right?  There was substantial slippage
11 from that 8 percent number, right?
12   A.   Yes, there was.
13   Q.   And were you able to -- were you able to
14 go in and flatten risk at that time?
15   A.   We did our best, but we were unable to do
16 it.
17   Q.   Is that one illustration of how you -- in
18 fact, there were no stop losses that could control
19 or limit a loss to 8 percent?
20   A.   That's certainly an example.  As I said,
21 that's consistent with the concept of stop-loss
22 order.  And I think that's why -- that's why I used
23 the terminology.
24   Q.   Okay.  Did you -- did you use that
25 terminology?  I mean, here, in this house call,

Page 221

1 you're actually saying we're not using a sort of
2 standard for the stop-loss. So were there times
3 when you -- when you did, in speaking with financial
4 advisors or others, used some reference to a
5 stop-loss?
6    A. I think there was a investment process
7 document that talked about stop-loss in the
8 portfolio level.
9    Q. Okay. If you can turn to what's been
10 premarked as Exhibit 10, Mr. Walczak.
11    A. All right. I've got it.
12    (Exhibit 10 was marked for identification.)
13 BY MR. FOSTER:
14    Q. Okay. So Exhibit 10 for the record is
15 Bates number CFTC3_00032463. And there's an e-mail
16 dated August 24th, 2014, from you to Chip Hano.
17       Do you see that?
18    A. Yes.
19    Q. Okay. And who is Chip Hano?
20    A. He was a -- or is maybe still, I don't
21 know -- a Catalyst wholesaler.
22    Q. Okay. Was he an internal or external
23 wholesaler? Are you familiar with the difference?
24    A. I sort of understand the difference. I
25 believe he was external. So he actually went on the

Page 222

1 call.
2    Q. Okay. And take a moment to -- to review
3 the documents. I've got a couple questions.
4    A. Okay.
5    Q. So in this exhibit, is Mr. Hano -- Hano
6 forwarding some questions from a financial advisor
7 and asking you to weigh in?
8    A. Yes.
9    Q. Okay. And he forwarded this information
10 to -- to your -- to a Harbor Financial e-mail
11 address and a Catalyst Mutual Fund e-mail address.
12 Were those both e-mail addresses that you used in
13 this time period?
14    A. Yes.
15    Q. And then Mr. Hano writes that this is from
16 Shepherd Kaplan, 14 billion AUM.
17       Do you understand the reference to
18 Shepherd Kaplan?
19    A. I -- I -- I don't actually. I don't know
20 what that is, an individual, a fund. I'm not sure.
21    Q. Okay. In your response to Mr. Hano where
22 you say, See below. And then you also say, Attached
23 are examples of typical Fund called the butterfly
24 and put calendar spread.
25       And if we scroll down to the -- this

Page 223

1 e-mail to Vann Taylor on August 13 at 1:25 p.m.
2    A. Okay. Got it.
3    Q. Okay. And it goes -- and that goes from
4 sort of the bottom of the first page -- of the
5 second page of the exhibit -- of the PDF. And then
6 there's some -- there's some language that's typed
7 in red font.
8       Do you see that?
9    A. Yes.
10    Q. Okay. Are those your comments to the
11 inquiries being made by Mr. Taylor?
12    A. I really can't tell. As I read it,
13 they're consistent with things I've described, but I
14 can't tell from this e-mail chain who is writing
15 what, to be honest.
16    Q. Do you have -- was this something you
17 would do on occasion, you know, respond to questions
18 by going down as one of the underlying e-mails
19 and -- and sort of typing over in -- and editing
20 those in red essentially?
21    A. I mean, I didn't have a lot of back and
22 forth with individual salespeople or advisors.
23 That's not my thing to do certainly, so I can't say
24 there's a typical thing. Again, I just -- I can't
25 tell from looking at this document who did the red

Page 224

1 or -- to be honest. I mean, the body -- the body up
2 top is from me talking about some graphs they must
3 have sent.
4    Q. Well, the risk management structure --
5 down in the message from Mr. Taylor where there's
6 language that says, Risk management structure.
7 Maximum loss, worst case scenarios, and the
8 structure around trading, the commentary in red that
9 follows that, do you think those are your comments?
10    A. I mean, it looks to me like it's an e-mail
11 from Vann to Chip, so whoever Vann is. I don't
12 know. That name doesn't ring a bell. So it's --
13 it's clearly his response. Where he got it, I don't
14 know.
15    Q. Well, isn't Mr. Taylor writing that, We
16 need -- we need to understand, and then it says,
17 Risk management. Maximum loss, worst case scenario,
18 and the structure around trading. And then there's
19 information provided on those topics?
20    A. Again, I have no idea, looking at this
21 document, who is writing to who. The only thing
22 that looks weird to me is that I'm attaching --
23 somebody asks me for something, I'm attaching some
24 positions structures and explaining what they are.
25 That's all I have any confidence in looking at this.

Page 225

1   Q.  Okay.  It says that position risks are
2 identified and hedged at entry.  Portfolio risk
3 stressed daily for price excursion plus 5 percent,
4 plus 10 percent, minus 5 percent, minus 10 percent,
5 minus 20 percent, volatility excursion VIX equals
6 10, equals 20, equals 30, time horizons inclusive of
7 longest dated position expiration.  Portfolio stop
8 at 8 percent drawdown.  More detail needed on a
9 call.
10      Isn't that describing stress testing of
11 the nature that you did in OptionVue?
12   A.  Sure.  I mean, your question was did I
13 write it, I have no idea.  Did I write this response
14 and someone interpreted my comments, summarized
15 them, or whatever, I don't know.
16   Q.  All right.  Well, regardless of who wrote
17 it, is the information accurate?
18   A.  Again, this -- this marries some of the
19 questions I made and answered some question --
20 questions on the calls.  But, again, I mean, I think
21 I offered up a -- as I normally did, I would have
22 had ample time -- at least the opportunity to
23 discuss it in a little more detail, because I didn't
24 feel like you could get an accurate summary in a
25 short thing like this.  So I don't know if Vann

Page 226

1 impatient and summarized my comments, as well as my
2 offer for a call whether -- if it came from us.  I
3 just can't say.
4   Q.  Where it says that the strategy is on
5 average 75 percent model driven and 25 percent
6 discretion -- is that accurate?
7   A.  I do recall making that distinct -- I do
8 recall making that distinction when asked, you know,
9 emphasizing -- when I made the distinction, I made
10 it saying the 75 percent model driven was larger
11 than entry, and the 25 percent discretion was
12 profit-and-risk adjustment.  I do recall making
13 those comments at the time.
14   Q.  And you recall making those comments in
15 what -- what context?
16   A.  I don't remember whether it was a house
17 call, informal question from an advisor or
18 wholesaler.  I just remember that a -- that's a
19 split that I got asked about, and it's a common
20 question for people to say, Hey, is this a
21 mechanical system?  No.  Is it, you know -- what
22 percentage is it mechanical versus your discretion?
23 And I typically use that split and described further
24 that, again, entries were lots and lots of options
25 analytics.  Exits for both profit and risk were much

Page 227

1 more of my discretion.
2   Q.  Okay.  So understand that you made this
3 distinction.  And so is it your testimony, also,
4 that that -- that statement is -- this -- this
5 description of the strategy, is that accurate, in
6 terms of what -- what a ratio of model driven to
7 discretion?
8   A.  Yeah.  And, again, it's -- it's an
9 accurate conceptualization.  Is it precise, I don't
10 know how you define 75 and 25.  Once again, like a
11 lot of my comments, trying to give people a general
12 sense for how the Fund was run.  And so what this
13 really means is, yeah, the majority, and not 55, but
14 75, however you define that, use of model, pretty
15 great, big load of discretion involved as well.
16   Q.  Okay.  If you could turn to what's been
17 premarked as --
18      THE WITNESS:  I apologize, but the water's
19 catching up to me a little bit here.
20      MR. FOSTER:  Oh, yeah.  Let's take --
21 let's take a quick break.
22      THE WITNESS:  Okay.
23      MR. FOSTER:  Thanks.
24      VIDEOGRAPHER:  Going off the record at
25 4:25 p.m.

Page 228

1      (Recess taken.)
2      VIDEOGRAPHER:  We're going back on the
3 record at 4:37 p.m.
4 BY MR. FOSTER:
5   Q.  Mr. Walczak, if you could now look at
6 what's been premarked Exhibit 25.
7   A.  Okay.  Got it.
8   (Exhibit 25 was marked for identification.)
9 BY MR. FOSTER:
10   Q.  Okay.  This document, there's a
11 Bates stamp Catalyst_003_00192.  There's an e-mail
12 exchange dated January 2nd, 2017.  Between you and a
13 Mr. Brandon Schwulst, S-c-h-w-u-l-s-t?
14   A.  Yes.
15   Q.  And is -- was Brandon a external
16 wholesaler at Catalyst?
17   A.  Yes, he was.
18   Q.  Okay.  In this -- in this e-mail chain, is
19 Mr. Schwulst forwarding on a question from a
20 financial advisor out in the field?
21   A.  It looks that way, yeah.
22   Q.  And Mr. Schulst writes that this
23 individual, Mark, whom we went to the Red Rocks
24 concert with.
25      Did you go to a Red Rocks concert with

Page 229

1 Mr. Schwulst?
2    A.  I did.  I remember that.
3    Q.  Okay.  And when was that?
4    A.  That I don't remember, but I remember
5 going to -- Brandon was in Denver, and I remember
6 going to a Red Rocks concert with him.
7    Q.  Okay.  And who else was with you and
8 Brandon?
9    A.  I didn't remember who else was there, but
10 he refers to someone named Mark, and I guess he was
11 along.
12    Q.  And Brandon writes that he's -- that Mark
13 was on the call Tuesday and tried to ask a question,
14 but the line wouldn't unmute.  So if you could give
15 me some feedback for him, I really appreciate it.
16 And then you see the question here, which is:  If
17 the S&P 500 continued to rally 2400, for example, in
18 Q1, how would that negatively impact our current
19 position and what moves we would need to make to
20 manage risk?  What potential drawdowns could a move
21 like that cause?
22       Do you see that?
23    A.  Yes.
24    Q.  And in your response to Brandon, among
25 other things, you write that, We are in the market

Page 230

1 every day responding to movement and adjustment
2 positions.
3       Do you see that?
4    A.  Yes.
5    Q.  And then further on, you write, I wish I
6 could provide a rock solid max drawdown, but
7 obviously can't guarantee anything.  December
8 printed roughly a 4-percent drawdown and we are
9 currently drown a little over 6 percent from our
10 high water mark.  Do you see that?
11    A.  Yes.
12    Q.  Okay.  Did -- in December -- was there a
13 4-percent drawdown in December of 2016?
14    A.  I think December was a down month, you
15 know, channeling month, and that sounds about right
16 to me.
17    Q.  And when you write here that -- when
18 you're referring to a 4-percent drawdown in
19 December, I want to make sure I understand what --
20 what are we talking about when we're talking about
21 drawdown?
22    A.  Again, I don't know the specific measure,
23 but just recollection-wise, I'm guessing that was
24 the return for the month of December.
25    Q.  Okay.  Well, do you, you know, have any

Page 231

1 reason to doubt you wrote the words here, December
2 printed roughly a 4-percent drawdown?
3    A.  No.
4    Q.  Okay.  And have you made comments like
5 that in the course of managing the funds to
6 describe, you know -- referring to a drawdown in a
7 given month?
8    A.  To be honest, if you'd ask me if I made
9 this comment without showing me the e-mail, I
10 wouldn't have remembered it, so I -- I don't really
11 remember.
12    Q.  Well, not -- not this particular comment,
13 but just would you ever say that, Well, we have X
14 drawdown for -- in a given month?
15    A.  Again, I don't -- I don't remember.  Like
16 I said, if you'd ask me that question without
17 showing me this, I would tell you the same thing.  I
18 don't remember talking about December.  I don't know
19 if I made those comments before.  I just don't
20 remember.
21    Q.  Well, when you used the word drawdown, you
22 know, in managing a fund and talking with
23 wholesalers, what did you mean?
24    A.  Well, it meant -- it looks to me,
25 especially from this time, I could have meant

Page 232

1 different things at different times.  This context
2 sounds to me like I meant in December, we lost
3 4 percent for the month.
4    Q.  So from -- from of the beginning of the
5 month to the end of the month, there was a 4 percent
6 decline in the NAV in the Fund?
7    A.  Yeah, that's what I'm interpreting this to
8 be, yeah.
9    Q.  Okay.  And then you go on to say, We're
10 currently down a little over 6 percent from our high
11 water mark.  Do you see that?
12    A.  Yes.
13    Q.  Okay.  We were talking about high water
14 mark a little bit earlier.  And that refers to what?
15    A.  Well, it refers to the highest value of
16 the Fund's ever achieved.
17    Q.  Okay.  And you don't recall what the
18 Fund's high water mark was?
19    A.  No.
20    Q.  Earlier you told me that you didn't really
21 focus on where the Fund stood with respect to its
22 high water mark, but agree in this -- in this e-mail
23 you're given that data point?
24    A.  Yes.
25    Q.  Was -- the 8 percent, was there a

Page 233

1 significance to an 8 percent measurement from the
2 high water mark?  Did you manage the Fund to avoid
3 an 8-percent drawdown from the funds or
4 greater-than-8-percent drawdown from the Fund's high
5 water mark?
6        MR. KOPECKY:  Asked and answered.
7     A.  I have answered that before.  No, I didn't
8 manage an 8-percent drawdown from a high water mark.
9 BY MR. FOSTER:
10    Q.  Okay.  Let me go to an exhibit, which has
11 been premarked as Exhibit 11.  And Exhibit 11 refers
12 to Bates labeled number SEC300032436.  And this is
13 an e-mail chain, and e-mail on the top is from you,
14 Mr. Walczak, dated August 26, 2014, to
15 Mr. Jerry Szilagyi and an individual named
16 Erina Ford.
17        Do you see that?
18    A.  Yes.
19    (Exhibit 11 was marked for identification.)
20 BY MR. FOSTER:
21    Q.  And you write, See my comments below.
22 That's your message, right?
23    A.  Yes.
24    Q.  Okay.  And are your comments below the
25 ones in the red font?

Page 234

1     A.  I think probably so.  Again, I don't
2 remember.  So -- but that looks like what it is.
3     Q.  Okay.  And Erina Ford has an e-mail
4 address at raymondjames.com.
5        Do you see that?
6     A.  Yes.
7     Q.  Okay.  Do you -- do you know Ms. Ford?
8     A.  Don't recall the name, no.
9     Q.  And was -- in her e-mail to Mr. Szilagyi,
10 among other things, she writes that, I would like to
11 understand the strategy better so we can maybe
12 revisit our decision on whether or not we want to
13 offer the Fund in our platform.
14        Do you see that?
15    A.  Yes.
16    Q.  Okay.  Was the Hedged Futures Fund at some
17 point offered on the Erina James platform?
18    A.  I have no idea.
19    Q.  Were you, you know -- during the time you
20 were managing the Fund, were you familiar with what
21 platforms it was offered on?
22    A.  No.
23    Q.  She says that -- she writes, again to
24 Mr. Szilagyi on her call with Ed, He mentioned an
25 8-percent max drawdown limit that is carefully

Page 235

1 monitored.  Can you provide more details on the
2 nature of this risk mitigating tool and illustrate
3 how perform various marketing environments.
4        Do you see that question?
5     A.  Yes.
6     Q.  Okay.  And then you believe that you
7 provided the response in the red font, correct?
8     A.  Yeah, I think I -- I -- I probably sent
9 that -- it looks like I sent it straight to her,
10 which is unusual, but that's what the e-mail looks
11 like.
12    Q.  Okay.  And why do you say that would be
13 unusual?
14    A.  Well, typically, I -- you know, if there's
15 a question like that, I'd send it.  You can see it
16 came in to Jerry.  I would typically send it out
17 through Catalyst so they could pass judgment on
18 whether or not it was the right language and the
19 right thing to be saying.
20    Q.  Okay.  So then the response here in red is
21 that individual position risks are identified.  Then
22 in a parenthetical, it says, time price volatility,
23 closed paren.  And hedged with counter balancing
24 options at entry.  Individual positions are
25 aggregated to an options pricing tool that models

Page 236

1 portfolio value stress by plus 5 percent, plus
2 10 percent, minus 5 percent, minus 10 percent, minus
3 20 percent, price excursion, VIX plus 10, comma plus
4 20, across five times horizons extending to the
5 portfolio's longest dated options expiration.  And
6 there -- stop there for a moment.  You're
7 describing -- the option pricing tool you're
8 describing is OptionVue, correct?
9     A.  Yes.
10    Q.  And then you go on to say, Absolute
11 drawdown of 8 percent from high water mark requires
12 flattening of risk, no discretion allowed.
13        Do you see that?
14    A.  Yes.
15    Q.  Okay.  But a few moments ago, you told me
16 that you did not manage the Fund to an 8-percent
17 drawdown from a high water mark.  So what did you --
18 why did you write this?
19        MR. KOPECKY:  Objection.  Form.  And
20 argumentative.
21    A.  Well, because I managed to -- the open
22 option premium number, which, in my experience,
23 translated to limiting drawdowns.
24 BY MR. FOSTER:
25    Q.  Was there a -- a risk control or metric

Page 237

1 that was an absolute drawdown of 8 percent from high
2 water mark requires flattening of risk, no
3 discretion allowed?
4     A.   Catalyst and I modified that metric, as I
5 mentioned to a 30-day rolling 8 percent decline,
6 NAV, which we used them in conjunction with the
7 8 percent open option premium.  I modeled to the
8 8 percent open option premium.  One of the metrics
9 we began to monitor was an 8 percent rolling 30-day
10 drawdown.  And by the way, the reason for that was a
11 discussion in Catalyst, and they determined if you
12 flatten the fund, what do you do next?  It becomes a
13 fixed income fund.  So you're going to, at some
14 point, be back on the market.  So an 8-percent
15 drawdown over a relatively short period of time.  We
16 would necessitate some aggressive action.  But from
17 a high water mark, it's probably not a good way to
18 measure in the real world what you actually do, so
19 that was the discussion we had in Catalyst.
20     Q.   Okay.  And when did that modification
21 occur?  Did it change from an 8-percent drawdown
22 from a high water mark to something else?
23     A.   Well, I don't know.  Even at this time,
24 this was -- this was something that wasn't in a
25 formal -- I think it was the formal risk measurement

Page 238

1 at that time.  But that -- that was our best
2 memorialization of some of the metrics.  That was
3 just that risk metrics that we used.
4     Q.   Okay.  You don't -- you don't recall when
5 that occurred, though, is that what you're saying?
6     A.   Right.
7     Q.   Do you recall what year?  Do you recall
8 what specific date or month?
9     A.   No, that was -- I mean, that was an
10 evolution of the metrics over time.  And so a number
11 of them were modified.  I mean, this continued from
12 2013 until I left Catalyst.  There was quite a
13 number of modifications in the risk metrics.  So
14 it's just not clear in my mind exactly when
15 different things happened.
16     Q.   When this -- when this modification
17 occurred, whenever it occurred, what -- what kind of
18 document reflected this rolling one month or rolling
19 30-day measurement?
20     A.   Well, as I said, that -- that drawdown
21 metric was in the -- the daily risk metric reports,
22 which -- yeah, I don't remember the exact time frame
23 of the evolution, maybe 2016 is when we had a
24 preformal reporting of those metrics, maybe earlier,
25 but I don't recall.

Page 239

1     Q.   Okay.  We saw the prior exhibit, right,
2 you were -- in speaking with Mr. Schwulst, it's now
3 January 2017 time period with Exhibit 25.  And you
4 were still talking in terms of -- or conveying where
5 the Fund was from the high water mark, correct?
6     A.   Yeah.  I think I responded to a specific
7 question from him about performance.  And so I went
8 back and looked it up, but that was in the regular
9 reporting tool that we used.
10     Q.   So when the -- so when there is this
11 modification that you're referencing, it's the
12 daily -- the daily risk report or risk metrics that
13 recorded this information mentioned.  You know, they
14 mentioned 80 -- 8 percent in 30 days.  Would that --
15 would that tell you when -- if the change had
16 already happened?
17     A.   Yeah.  I mean, if -- whenever we could
18 find a risk report that started to talk about
19 8 percent in 30 days is a good indication of when we
20 formally agreed to make that move.  We may have
21 formally done it earlier.  I just don't recall
22 completely.
23     Q.   Okay.  If you could turn, Mr. Walczak, to
24 what's been premarked -- let me make sure I have the
25 right document.  28, Exhibit 28.

Page 240

1     A.   Okay.  I've got it.
2     (Exhibit 28 was marked for identification.)
3 BY MR. FOSTER:
4     Q.   Looking at the first page of this document
5 there is, among other Bates number, a Bates number
6 SEC_01_0023787.  Do you recognize this document?
7     A.   Yes, it's -- there were a number of
8 versions of this one, but I recognize, generally,
9 this document.
10     Q.   Okay.  And the -- the -- there's actually
11 two e-mails in this chain, so to be clear the top
12 e-mail is actually from Mr. Szilagyi, dated
13 February 14th, 2017, to various folks, and you were
14 not copied on that -- that e-mail.  And he's
15 forwarding an e-mail from you a few hours earlier on
16 February 14th, 2017.  So you're -- focused on your
17 e-mail, it's from you to Mr. Schoonover, with a CC
18 to Mr. Rios and Mr. Szilagyi with the subject,
19 HFS Update.
20     Do you see that?
21     A.   Yes.
22     Q.   Okay.  And HFFS -- HFS refers to the
23 Hedged Futures Fund?
24     A.   Yes.
25     Q.   Okay.  And you -- the only words in your

Page 241

1 message are, Feel free to edit. And then there's an
2 attachment.
3     Do you see that?
4   A. Yes.
5   Q. So the attachment is a document entitled,
6 Catalyst Hedge Futures Strategy Fund Update:
7 February 14, 2017.
8     MR. KOPECKY: Sorry, guys, to interrupt,
9 but Ed's e-mail doesn't say there's an attachment.
10 I see that Jerry's does. Ed's does not.
11     MR. FOSTER: Okay.
12     MR. KOPECKY: So I just -- I don't know
13 why that is or what happened. But I'm not agreeing
14 then that Ed had -- had an attachment or this
15 attachment unless or until we figure out what's
16 going on. That's all.
17     Ask your questions, Mike. But that's odd
18 to me that there's not -- it doesn't say attachment
19 in Ed's e-mail.
20     MR. FOSTER: Okay. So why don't we start
21 for the false start. Why don't we go to what's been
22 premarked as Exhibit 29, which should I think should
23 address your concern, Mr. Kopecky. This is the
24 e-mail without the forward from Mr. Szilagyi.
25     MR. KOPECKY: Okay. I see in that one so

Page 242

1 this is him sending this attachment to Schoonover,
2 Kim, and Jerry. All right.
3     (Exhibit 29 was marked for identification.)
4 BY MR. FOSTER:
5   Q. Okay. So do you have Exhibit 29 in front
6 of you, Mr. Walczak?
7   A. 29, I do.
8   Q. All right. You do. Okay. Sorry. We're
9 just shifting gears here real quick.
10     And this document has a Bates stamp of
11 SEC010000276. This is your e-mail to
12 Mr. Schoonover, Ms. Rios, Mr. Szilagyi, at 3:09 a.m.
13 on February 14, 2017. Is this what your -- you
14 recognize in the prior exhibit, this e-mail?
15   A. Yeah. The only comment I'll make is I
16 remember this, because it was -- I was asked to
17 write a -- excuse me -- an update subsequent to the
18 large drawdown we had in February. And I -- I
19 recall, because it was fairly considerable. There
20 was a -- the edits done -- you know, it was my habit
21 to send this stuff to Catalyst and let them decide
22 what they actually wanted to say. And they did a
23 pretty decent edit to this one, so I don't know
24 which version this is.
25   Q. All right. Well, isn't this a version

Page 243

1 that you're sending to them and inviting them to
2 edit?
3   A. Well, I'm not 100 percent sure. I just
4 remember very specifically that there were two
5 versions to this, and they were more materially
6 different than normal for Catalyst to edit something
7 I sent to them.
8   Q. Okay. Do you -- do you have any reason to
9 believe you didn't -- you didn't write the document
10 that's attached to this e-mail that you're asking or
11 telling folks they can feel free to edit?
12   A. Well, like I said, I -- maybe I missed the
13 confirmation in number 29. If that's proof that it
14 came from me, well, it came from me. But, like I
15 said, I very specifically, because of the time frame
16 and the activity around the drawdown, remember the
17 communications effort Catalyst had begun to do some
18 pretty material editing to things in this document
19 in particular. So that's all I would say.
20   Q. Sure. Sure. Sure. If we look at -- back
21 to Exhibit 28, and Mr. Szilagyi is forwarding your
22 e-mail to various folks. And he writes, Let's
23 review and make sure we are comfortable with this
24 before we release to the team.
25     Do you see that?

Page 244

1   A. Yes. So, again, it wouldn't be unusual
2 for -- for me to forward a document, for Jerry to
3 have somebody look at it, edit it, and then Jerry
4 send it out to others, and say, Okay, here's what we
5 think our final version is. What do you think?
6 So -- so, you know, again, it sounds, though, that
7 may be the case here. I'm not sure.
8   Q. What -- what makes you -- what is this --
9 what about this suggests to you that in Exhibit 29,
10 this is not your document that you wrote? What did
11 he ask you in any way, shape, or form that -- that
12 somehow this has already been edited by somebody
13 else?
14   A. I'm not suggesting it has. I just
15 remember that this document sticks in my memory.
16 The edit sticks in my memory, and I can't tell which
17 version this is. That's all.
18   Q. Okay. And in this -- in this update, you
19 provide an explanation for the drawdown that
20 occurred in February 2017 at least up to this point;
21 is that right?
22   A. All right. Let me take a moment to read
23 it.
24   Q. Sure.
25   A. Okay.

Page 245

1    Q.   Okay.  So back to my question.  Is that
2  what you're doing here, you're -- you're explaining
3  why the drawdown occurred, in your words?
4    A.   Yeah, that was the first pass quick
5  assessment, yes.
6        MR. KOPECKY:  Note my objection that that
7  misstates exactly what you said here in the document
8  itself.  So it misstates the document,
9  mischaracterizes it, objection to form and
10  foundation.
11 BY MR. FOSTER:
12   Q.   Do you see that -- so after the first --
13 one, two, three -- the first four paragraphs talking
14 about the NAV volatility and the conditions
15 surrounding that volatility.  Do you see that?  Is
16 that fair?
17   A.   Which paragraph should I be looking at?
18   Q.   Just the -- before the -- the paragraph
19 that precedes, What have we done.
20   A.   The two paragraphs that you want me to
21 look at, or just the one right above, What we have
22 done?
23   Q.   Well, why don't you tell me what --
24 what -- what are you saying in the first several
25 paragraphs of this document?

Page 246

1    A.   Like I said, I wanted to give -- at the
2  request, I wanted to give Catalyst a quick strike
3  kind of assessment.  I didn't have a chance to do a
4  lot of the analysis.  Some of the factors, they were
5  interested in some communication, so I wrote
6  something relatively quickly to describe what I felt
7  was responsible for the, you know, internal for the
8  Fund, what was responsible for the drawdown and
9  volatility.
10   Q.   So under the subheading, What have we
11 done, the second bullet point, first sentence:  We
12 activated an additional risk metric that we have
13 been testing in response to the onset of heightened
14 Fund volatility.  This metric will force earlier and
15 more aggressive and adjustment actions to help avoid
16 the impact of expiration related volatility.
17       Do you see that?
18   A.   Yes.
19   Q.   Okay.  So was that true?  Was there an
20 additional risk metric that was activated on or
21 about this time mid-February 2017?
22   A.   I don't recall whether we formally did or
23 did not right at that moment.  I don't remember.
24   Q.   Well, the document says you did, right?
25 It says, We activated an additional risk metric --

Page 247

1    A.   Well, that's why I said Catalyst.  You
2  know, that was probably our intention, what we
3  formally did or not.  I expected them to either say,
4  Okay, we're not going to do it and let's take this
5  out, or we're gonna do it.  But at some point, you
6  know, there must be a reason for me to write it, but
7  I don't remember did we do it right that day.
8  Again, that's why I sent it back to Catalyst, not to
9  external parts.
10   Q.   Whether you did it on this day, the next
11 day, a week later, do you know -- or not at all, do
12 you -- do you know what additional risk metric is
13 being referred to?
14   A.   I -- my best guess, we did talk about a
15 number of metrics.  My best guess would be delta,
16 but that's only a guess.  Eventually we did delta.
17 This might have been a concentration metric that we
18 tested and later discarded.  We were testing delta
19 at the time.  We eventually included delta, but we
20 also had a number of meetings down into March
21 before, I think, we formally adopted delta.  But,
22 again, I don't -- I don't recall.
23   Q.   Well, if we scroll down further,
24 Mr. Walczak, in the document under the heading, What
25 this means going forward, the first bullet point

Page 248

1  reads:  The strategy is intact.  As we do following
2  any drawdown, we have made changes to try to improve
3  risk management while maintaining the return profile
4  the strategy has delivered in the past.
5        Do you see that?
6    A.   Yes.
7    Q.   Okay.  As of -- as of the date of this
8  e-mail, were there -- have changes been made to the
9  risk management of the Fund, given -- given the
10 drawdown that had occurred?
11   A.   Again, these were joint decisions for
12 Catalyst, so we must have been in mid discussion.
13 So I wrote it as though changes were made and sent
14 it to Catalyst so that if we wanted to announce it,
15 if they wanted to announce it, if we decided to put
16 it on a daily risk metric, we had those discussions.
17 We've been in discussions regarding changes as early
18 as December.
19       So, again, if -- this was a -- this was a
20 draft communication sent to Catalyst so that they
21 could identify what did they want to publicize, what
22 was actually in place, what we were going to do next
23 month.  So what actually happened, I don't have a
24 clear recollection of that.
25   Q.   Okay.  Well, I mean, as of the time you

Page 249

1 sat down and wrote this, if there had been, you
2 know, changes made to try to improve risk
3 management, you would have been aware of that,
4 right, as the portfolio manager?
5     A.  I would have.  I'm just telling you I
6 don't recall if at this very moment, like I said,
7 whether we had already made the changes.  I wrote
8 this expecting that there would be changes.  I don't
9 know of the timing.  I don't remember which ones.  I
10 do remember that we -- you know, internally
11 discussed a number of metrics, including delta,
12 which is the one that finally was instituted.  But,
13 again, I also remember further discussions in March
14 around delta, and so I don't recall exactly when
15 that became a formal part of that risk disclosure.
16     Q.  Of the risk disclosure, the word you just
17 used, I'm trying to understand just your risk
18 management.  So putting aside the question --
19 putting aside the question of whether at this
20 particular moment in time there had been changes
21 made to improve risk management, whether it was on
22 this date or in the week, two weeks, or a month
23 after, were there -- were there -- in the wake of
24 the February 2017 drawdown, were there changes made
25 to how you managed the risk of the Fund?

Page 250

1     A.  Yeah.  Again, beginning of December, this
2 was a very collaborative effort, even more so than
3 in the past.  Remember, Catalyst is the advisor of
4 the Fund.  I'm portfolio manager.  And beginning
5 December, it was a very collaborative effort,
6 particularly in the subject of risk management.  And
7 certainly there were changes made at some point in
8 the February, March, maybe down into April time
9 frame.  But as we sit here today, I can't tell you
10 specific dates.  I know that ultimately what
11 survived was a delta-based risk measure.  But when
12 it was formalized, I can't tell you today when that
13 was.
14     Q.  And what was that delta-based risk metric?
15     A.  It was simply monitoring the delta
16 exposure of the Fund.
17     Q.  So the metric was simply just a monitor?
18 Was there a threshold or some sort of cap on -- on
19 delta?
20     A.  Yes, I guess that's what I mean.  We start
21 to measure and set a limit on delta exposure.
22     Q.  Okay.  And what -- was there a limit set
23 on delta exposure?
24     A.  I recall that there was.  Like I said, I
25 don't recall when or what it was specifically at

Page 251

1 that time, because it changed.
2     Q.  And did that -- was that delta measure --
3 the delta metric -- that delta exposure limit, did
4 it, in fact, improve the risk management of the
5 Fund?
6     A.  I don't know exactly how to answer that.
7 One of the -- I mean, how do you measure whether the
8 risk management of the Fund was approved?
9     Q.  I don't think.  You're the portfolio
10 manager of a $4 billion mutual fund.  So I'm just a
11 lawyer.  You tell me.  How -- how do you measure
12 that?
13     A.  I just want to understand what question
14 you're asking.
15         MR. KOPECKY:  Objection.  Argumentative.
16 Don't even bother answering that.
17 BY MR. FOSTER:
18     Q.  Well, the intent -- as I'm running through
19 the document, I'm not trying to create some
20 controversy.  But the document says the intent of
21 the changes are to improve risk management.  I'm
22 asking you -- I asked you what changes were made.
23 You don't recall exactly when they were made, but
24 one change to identify was the delta risk metric.
25 And so, you know, the intent was to improve risk

Page 252

1 management.  And I'm just asking if it worked.  Did
2 it improve the risk management in some way, shape,
3 or form?
4         MR. KOPECKY:  Asked and answered.
5         Go ahead, Ed.
6     A.  Again, I don't know what -- what is
7 meaningful to you in terms of proving risk
8 management.  What do you mean by is it better or
9 not?
10 BY MR. FOSTER:
11     Q.  No.  No.  I'm not asking a different
12 question.  I mean, the words you wrote on this page
13 were improved risk management.  So I'm just using
14 the word that you wrote down on this piece of paper.
15 So, you know, were there changes that
16 post-February 2017 that were made that improved risk
17 management of the Fund?  That's just my question.
18     A.  All I can tell you is there were changes
19 that were made.  I never received a -- any metric to
20 understand what Catalyst was using to measure
21 whether risk management was approved or not.  So I
22 don't know how to answer that question.
23     Q.  You didn't have a view?  You didn't have a
24 view in the time frame of -- or at any point, did
25 you have a -- hold a view as to whether a delta risk

Page 253

1  metric was useful in managing risk of the
2  Hedged Futures Fund?
3      A.  I had a point of view that it could be
4  useful, but it was highly dependent on where the
5  level was set.
6      Q.  And it sounds like where the level was set
7  at a -- at a given threshold.  Or did you agree with
8  wherever it ended up being set?
9      A.  We -- as I mentioned, I recall having a
10  pretty lengthy meeting in March to talk about
11  levels.  We agreed to experiment with the particular
12  level.  We used a delta gamma combination, delta
13  gamma 70.  We -- we tried to find that level
14  collectively for some period of time.  I'm not sure
15  we ever completely achieved a comfortable and
16  consistent level going forward.
17      Q.  If we go down to the next bullet,
18  Mr. Walczak, this bullet reads:  The Fund is intact.
19  We have experienced the market conditions that are
20  normally unfavorable to us, i.e. a rapid upside
21  move in extremely low volatility conditions.  The
22  impact on the Fund was even more severe due to a
23  perfect storm of conditions, some of which were our
24  own doing.  We think we have those fixed.  Do you
25  see that, those statements from the second bullet

Page 254

1  point?
2      A.  Yes.  Yes.
3      Q.  So the market conditions that are
4  described, rapid upside move in an extremely low
5  volatility conditions.  Prior to February 2017, you
6  understood that those market conditions were --
7  would be unfavorable to the Fund, correct?
8      A.  Those are the type of conditions that
9  could be unfavorable, but, again, there's no --
10  mandate that they're unfavorable.  They tend over
11  time to be less favorable than different conditions,
12  yes.
13      Q.  Okay.  Had the Fund experienced those
14  conditions in the past?
15      A.  Most recent, I think, experience and
16  somewhere along the way, I mentioned it, maybe in a
17  call or something, was 2013 maybe.
18      Q.  And what happened in May 2013?
19      A.  In May of 2013?
20      Q.  I'm sorry.  What month did you say?  I
21  might have misheard.
22      A.  I just said the year 2013 was a -- the
23  more recent example that I can recall the Fund was
24  operating above a low volatility rapid -- rapidly
25  rising market, just that year.

Page 255

1      Q.  Okay.  And what was the -- did the Fund
2  have a positive or negative return that year?
3      A.  Overall, I believe it had a negative
4  return in 2013.
5      Q.  And what about any other time that you
6  recall?  Was there a time in 2014 when there was an
7  upside move in a low vol environment?
8      A.  I don't recall specifics, other than I
9  certainly know that 2013 I cited, because it was
10  kind of a year-long scenario.  But the time horizon
11  for the Fund strategy was basically 60, 90,
12  120 days, so you could have a normal volatility year
13  with a two, three, four-month low vol increase that
14  would cause you some difficulty during that time.
15  So there were certainly other periods, but I don't
16  recall specifics.
17      Q.  In the next -- so focus on the next
18  sentence where you write, The impact on the Fund was
19  even more severe to a perfect -- due to a perfect
20  storm of conditions.
21      What conditions are you referring to
22  there?
23      A.  You know, again, this is a first path, and
24  I don't remember as I wrote this.  In fact, I do --
25  I do remember now the edit did not include some of

Page 256

1  this language, the final version of this.  But my
2  initial assessment was we had -- we had a
3  circumstance where very low volatility and relative
4  to that volatility an extremely statistically rare
5  upside move combined with what we now know to be a
6  gamma squeeze, which was not a concept -- not
7  familiar to anyone back in the day, but it's dealing
8  positioning.  And that exacerbated and worsened
9  dramatically our -- the ease of exiting positions in
10  particular prices we had to pay, and that was an
11  example of highly extreme slippage to our exit.
12      Q.  Okay.  Bear with me.  I'm going to break
13  that down a second.
14      So what was statistically rare?
15      A.  The price excursion relative to the
16  existing level of volatility.
17      Q.  And how did you reach that conclusion that
18  it was statistically rare?
19      A.  Basically, as I described earlier today,
20  when I did my stress test, I would look at it
21  prevailing, realize volatility in the underlying,
22  and determine what sort of price movement I should
23  look at in my scenario -- scenario analysis.
24      Again, the analogy or the examples I cited
25  was in March of 2020, you look at a really big move.

Page 257

1 And in February of 2017, which had, I think, the
2 absolute historically lowest volatility of all time
3 or very close. The difference in those conditions,
4 you run your stats on what's the likely move? What
5 is your standard deviation of expected price?
6 What's the range? And by those metrics, it was a
7 highly rare pricing.
8     Q. Highly rare, like, is there -- can you
9 quantify that in any way?
10    A. I can, but I don't have those numbers in
11 front of me right now. It can be done, but I don't
12 recall.
13    Q. Okay. Did you -- did you run those
14 numbers previously?
15    A. I have.
16    Q. Okay. And did you record that analysis?
17    A. No.
18    Q. So when you said you ran them -- you ran
19 them previously, it was in your head?
20    A. No. I looked them up. I did a
21 calculation, and I then stated.
22    Q. Okay. And then the gamma squeeze. What
23 are you talking about there?
24    A. So in the -- in most options trading, and
25 especially what we do in options of the future is to

Page 258

1 counter party is typically dealer or market vendor.
2 And unfortunately, understanding this fully, you've
3 got to get into it as we started to rapidly
4 liquidate. And, again, that was -- we can earn our
5 8 percent trigger. We hit the button to liquidate
6 positions, and that liquidation forced our common
7 parties to -- well, a couple things. Profit motive,
8 they jacked the prices up on options table.
9     But their normal way of doing business is
10 to hedge their risk, so when they sell an option,
11 they buy a futures contract against the risks and
12 just take it on by someone the options wants to buy,
13 which drives the market up, which in turn increases
14 the pricing option we're trying to buy, and you get
15 into a negative feedback. But, again, at the time
16 of writing this document, there was no time to have
17 done that kind of assessment subsequent to the
18 drawdown. That's -- that's my conclusion.
19    Q. Okay. The reference here to perfect storm
20 of conditions, some of which were our own doing.
21 Which -- which -- which conditions that comprise
22 that perfect storm were your own doing?
23    A. I don't recall exactly what you're
24 referring to, but likely, as I described it to you,
25 just the fact of us even independent of any kind of

Page 259

1 gamma squeeze, if you liquidate rampantly, you're
2 likely to push prices higher.
3     Q. Okay. Was the concentration of the
4 portfolio in February third week options, was that
5 one of the conditions that was of your own doing?
6     A. I mean, I -- maybe, again, I don't
7 remember from writing this, if that's something that
8 I was -- that fell into this category.
9     Q. The -- if you go back up in the document,
10 that one, two, three, fourth paragraph, which
11 states: The recent week has been particular --
12 particularly volatile. February options expirations
13 contained the Fund's largest concentration of
14 positions both based on conditions months ago when
15 they were entered and based on the repositioning of
16 options from prior several expirations. So there
17 was -- there was a concentration -- or are you
18 saying that the concentration of the Fund in these
19 particular February options, did that exasperate the
20 drawdown?
21    A. Yeah. I mean, what I'm describing here is
22 basically that in the normal operation of the Fund,
23 in particular, the derisking of the Fund, because we
24 weren't entering new positions, the largest
25 concentration was in February. It wasn't a

Page 260

1 particularly large concentration relative to the
2 Fund's history. It's just that there weren't a
3 corresponding sort of counterbalance further,
4 because we had elected not to put on new positions
5 until we derisked the Fund further, and we were in
6 the process of doing that. So we ended up at this
7 moment in time with, relative to the overall fund, a
8 higher than normal concentration in February. But
9 not because we went out and put on positions, but
10 it's just we didn't put them elsewhere, because we
11 didn't want additional positions of fund at that
12 time.
13    Q. When was the decision made not to put on
14 additional positions in the Fund?
15    A. I decided to do that as a part of my --
16 again, in my stress testing back in November of
17 2016. Was validated when Catalyst became heavily
18 involved in -- in fund management, risk management
19 in December. So the last new position, my
20 recollection, is it was put on sometime in November.
21 Again, in November the typical thing would be
22 putting on February positions, so that's how we
23 ended up with a little higher concentration than
24 normal in February.
25    Q. Okay. Bear with me one second.

Page 261

1    All right.  If you could go to what's been
2  premarked -- let me find it here -- Exhibit 34.  So
3  there's another transcript of an open house call on
4  February 27, 2017.  Do you have that document in
5  front of you?
6    A.  Yes.
7    (Exhibit 34 was marked for identification.)
8  BY MR. FOSTER:
9    Q.  So this is now towards the end of the
10  month, and how did -- how did the Fund end up for
11  the month of February?
12    A.  I don't know.
13    Q.  Well, do you recall what -- where it stood
14  in relation to the eight-day percent rolling 30-day
15  number that you mentioned?
16    A.  No, again, I don't have the performance
17  numbers in front of me, so I don't know.
18    Q.  Well, you can recall that the Fund had a
19  big drawn down in February, though, right?
20    A.  Yes.
21    Q.  All right.  Well, I think we've discussed
22  that with you before.  We don't need to rehash it.
23  If you could go to page 45.
24    A.  Okay.
25    Q.  Okay.  And so there's -- there's a

Page 262

1  participant on the call, and you're having a
2  back-and-forth with that participant.  Do you see
3  that on page 45?
4    A.  Yes.
5    Q.  Okay.  And the -- and so the participants
6  are referencing a number of years in the trading,
7  and then it goes on to say, line 12:  So -- and I
8  guess maybe I didn't -- the question didn't
9  really -- the question didn't come out really well.
10  And you have seen all different types of markets as
11  they pertain to options, and how options trade, and
12  how options decay, and, so forth?
13    Wasn't there at some point prior to
14  getting closer to -- as they got -- inched closer to
15  options expiration that you kind of said to
16  yourself -- you knew what was going to happen as
17  they -- as we were at -- somewhere in the month that
18  you kind of had a sneaking suspicion of what was
19  going to happen to the fund.
20    And response starting at line 23, you
21  state:  Well, no, and I can tell you, had I had that
22  suspicion, I would have behaved very differently.
23  All I can do is, as you said, trading options for a
24  long period of time, as we come into an expiration
25  period, we generally establish kind of lines in the

Page 263

1  sand.
2    All our analytical suites suggested that
3  the market was already significantly overextended.
4  We drew a line in the sand and said that all of this
5  is false if we break through this line.  We broke
6  through that -- through the line.  We took positions
7  off.  The sensitivity of the options and the
8  dramatic nature of the move led to a larger drawdown
9  than it had in the past.
10    Do you see that?
11    A.  Yes.
12    Q.  When you referenced analytical suites,
13  what are you referring to?
14    A.  Things we've looked at in terms of --
15  again, I've talked about standard deviation moves.
16  So we look at where the market has been, where it
17  might go, what's the current level of volatility.
18  We looked at deviations from moving averages, you
19  know, the mean version stuff we talked about today.
20  So as far as I can recall, that's the sort of thing
21  that I was referencing.
22    Q.  So, again, you go on and starting at
23  line 11 on the same page, 46:  So, again, for me it
24  was a perfect storm.  We've had drawdowns under
25  similar conditions in the past.  This one was

Page 264

1  significantly worse.  It looks like the drawdown
2  that I had in the fund back in '07, which was for
3  different reasons.
4    And, unfortunately, you go through -- you
5  go through these drawdowns and you say, what failed
6  in the way that we were managing risks and running
7  the fund, and then you try to come out the other
8  side having corrected those failures.  And that's
9  essentially what we're doing now.
10    Assuming -- let me stop there for a
11  second.  What -- what were the failures that you
12  identified, if any?  What failed in the way that you
13  were managing risks and running the Fund and that
14  you tried to correct?
15    A.  At that time I don't actually, you know, I
16  don't recall what I was referring to in this
17  particular call.  It's too long ago.
18    Q.  Well, do you recall what -- what failed,
19  if anything, in the way that you were managing risks
20  at that time?
21    A.  So, again, my comment is simply to -- to
22  answer the question and to talk about what we
23  typically do in a drawdown situation, that is go
24  through an analysis, identify where there might be
25  failures, what can we do better on the other side.

Page 265

1  So I don't know if we had identified, at this
2  juncture, specifics, you know, maybe, maybe not.
3  But this is really a description of a process that
4  says, Okay. Why don't we get a bigger drawdown than
5  we'd like.
6        Why can't we do a -- I don't know if there
7  were any hard-and-fast conclusions at that point
8  that drove my comments.
9     Q.  Going over to page 48, on or about the
10 line 13, you say: So, clearly, we didn't have
11 something in place; the risks went too far.
12       What didn't we have in place at the time
13 that would have helped you manage the risk that
14 presented themselves?
15    A.  Again, I think this comment actually
16 illustrates what I was talking about. The something
17 is TBD, we're saying clearly the result isn't what
18 we wanted, so there must have been something that
19 must be built, but we're not sure what it is yet.
20 But we're --
21    Q.  Okay. Did -- did you -- did you determine
22 what it was? You went through this in the past
23 what -- what did -- what in place -- should have
24 been in place at the time?
25    A.  We did ultimately --

Page 266

1        MR. KOPECKY:  Objection. Note my
2  objection there. And objection to the form and
3  foundation what would have been in place.
4        But go ahead, Ed.
5     A.  Yeah. We identified later that it's -- if
6  we -- you know, if we put in a delta metric, we
7  might have avoided some of the drawdown. At the
8  same time, part of our conclusion was that this was
9  a -- you know, a once in -- you know, this was a
10 once in really 20 year type of event. So you want
11 to be careful about managing a strategy to a
12 one-in-20-year event. So the question became if you
13 put in a delta, does the strategy actually make any
14 money anymore? But that's the one feature that we
15 did put in place, as I said, at some point down the
16 road.
17    Q.  Well, if you -- if you scroll down on this
18 same page, right, page 48, line 24, you say: But
19 we've put metrics in place that would have prevented
20 this particular occurrence.
21    A.  Yes.
22    Q.  So as of the date -- the date of this
23 house call, what metrics were put in place, then?
24 You're saying it would have prevented this
25 particular drawdown.

Page 267

1     A.  I -- I honestly don't remember which ones
2  that's referred to.
3     Q.  All right. Well, putting aside what you
4  remember, what you're referring to in this document,
5  were there metrics that were subsequently put in
6  place that would have, quote/unquote, prevented this
7  particular occurrence?
8     A.  We did put a delta metric in, but, again,
9  we, at least in my tenure with the Fund, never went
10 through any environment that's even close to that
11 February period. So the answer is still uncertain.
12 But we did add a delta metric in hopes that it would
13 have prevented this.
14    Q.  Okay. So you don't know what you're
15 referring to here in this -- this house call
16 transcript when you talk about metrics that have
17 been put in place?
18    A.  Yeah. I don't remember which ones I've
19 been referring to.
20    Q.  Okay. Let me -- let me cover one more
21 document with you, Mr. Walczak, and then I'll let
22 you go. Give me one more moment to pull it up,
23 please.
24       Well, before we do that, we were talking
25 about a delta risk metric being put in place. But,

Page 268

1  again, OptionVue incorporated delta -- the delta --
2  delta risk information, correct?
3     A.  OptionVue allowed me to see individual
4  options, summary, option Greeks, delta, theta, beta
5  primarily.
6     Q.  Okay. And in the -- in the month of
7  February, leading up to, you know, from the
8  beginning -- pretty much all throughout the month of
9  February, you were -- were you receiving reports
10 from Catalyst in New York that contained delta
11 information?
12    A.  Yeah. We had decided in January to begin
13 to test delta and see whether it was relevant to the
14 behavior of the portfolio. So the early returns in
15 February were not encouraging. It looked -- the
16 math got the direction problems. And I later did a
17 study that suggests for this kind of option trading,
18 delta was not particularly informative. I think we
19 had some analysis that's at 25 percent of the time,
20 I got the direction wrong. Predicted the Fund would
21 lose money, when it actually made money. So the
22 jury was certainly out. But -- but it was something
23 that I thought had some promise. But, you know,
24 it's nondirectional fund. So using a directional
25 metric didn't seem intuitive to me, but we had

Page 269

1  agreed to start monitoring it to see whether or not
2  it had some predictive value.  Started, I think, the
3  first of February to look at it.
4      Q.  Well, did you -- you expressed that it
5  didn't have utility or you didn't think it had
6  utility.  That was your view.
7          Did others at Catalyst share that view?
8      A.  Well, my view was I didn't -- I never used
9  it in -- in, you know, 12 years of operating the
10  Fund.  So I didn't know, which is why I said let's
11  take a look and see what it looks like after we got
12  some history.
13     Q.  Why do you say you didn't use it?  I mean,
14  again, we just covered that wasn't among other great
15  metric, OptionVue, the modeling software tool that
16  you used incorporated delta information, right?
17     A.  Yeah, it did.  I mean, the reason I didn't
18  use it was the type of options spreads I used.  For
19  example, the call ratio spread will show you a short
20  delta and will make money if the market goes higher.
21  So, you know, that -- that's just the way I use
22  options.  I'm not using them to make directional
23  bests.  I'm using directional indicator.  Again, it
24  didn't seem intuitive.  In particular, one of the
25  spreads I used most commonly, as I mentioned, you

Page 270

1  put it on, delta says negative.  And yet you make
2  money if the market goes higher in most cases.
3          So, again -- again, obviously, delta's a
4  very common metric.  So I was certainly interested
5  to see whether it might have some utility.  But I've
6  never used it, and I have nondirectional funds.  So
7  that's not how I use the options listed.  Take
8  direction at best.
9      Q.  Why don't you turn to what's been marked
10  as Exhibit 21.
11     A.  Got it.
12     (Exhibit 21 was marked for identification.)
13  BY MR. FOSTER:
14     Q.  Okay.  And this document has a Bates
15  number of Catalyst_005_0118107.  It also bears a
16  prior exhibit number of Division Exhibit SEC 46.
17          Do you recognize this document?
18     A.  Yes, I've seen this before.
19     Q.  Okay.  This is an e-mail from Ms. Rios to
20  you on December 10th, 2016.  And the subject matter
21  is, Booking losses phone call.
22     A.  Yes.
23     Q.  Okay.  And in this -- and this e-mail's
24  coming on the heels of the Fund suffering a drawdown
25  in December 2016, right?

Page 271

1      A.  I believe so, yes.
2      Q.  And among other things, Ms. Rios writes
3  that from what she sees, a 1 percent upmarket move
4  is equivalent to a 5 percent decline and NAV.
5          Do you see that?
6      A.  I see that.
7      Q.  Okay.  Were you aware of that information
8  in December 2016?
9      A.  Yeah, I appreciated her doing that
10  analysis.  A good thing to surface before we had our
11  phone call to determine the item received.
12     Q.  And were there -- were there -- so this
13  is -- she's writing this at -- on December 10, 2016,
14  but did that -- did that correlation, a 1 percent
15  upmarket move equivalent to at least a 5 percent
16  decline, was that -- was that true on other days in
17  either December or February of 2017?
18     A.  I'm not certain it was true at the time
19  she wrote the e-mail.  I don't know what settings or
20  assumptions she was making about the portfolio and
21  volatility and all the different things.  But, like
22  I said, you know, Kimberly's a smart woman.  And I
23  appreciate her surfacing.  This is good information,
24  because we were about to get a phone call and
25  discuss this recommendation, others from Catalyst

Page 272

1  recommendation, my own files, and we did that.
2  We -- and I don't remember the specifics.  I don't
3  remember if we executed any of this -- of her
4  suggestion or did something different.  But we had a
5  good discussion.  We agreed on what actually to
6  take, and thus my memories -- like I said, we agreed
7  on a solution.  We came out, and the solution turned
8  out to be, you know, pretty effective for December.
9      Q.  And why do you say that?
10     A.  Well, because we're in a drawdown that I
11  don't remember how deep it went, but we recovered.
12  We mitigated the further drawdown and -- and
13  recovered by months' end to -- if that 4 percent
14  number's accurate, from a previous exhibit, to
15  account for 4 percent of December, and then proceed
16  to have a positive January.  So this -- this whole
17  discussion was going on in the December drawdown.
18          Like I said, she really did a nice job of
19  surfacing, you know, one solution.  And pointing out
20  what she saw as a risk.  We had a discussion.  I
21  think that's how things should work.  And it was
22  effective.
23     Q.  Okay.  We could look at the trade log and
24  determine whether -- whether her suggestion was
25  implemented or not, right?

Page 273

1    A.  We probably could, sure.
2    Q.  Okay.  Did you recall whether you agreed
3  with her suggestion of how to reduce risks in
4  February?
5    A.  I don't remember, because, again, I didn't
6  know from her e-mail exactly what assumptions she
7  was making, what kind of time frame she's looking
8  at, 1 percent move tomorrow, a week, month,
9  whatever.  So I have a lot of questions.  But, as I
10  said, I know she's -- she's a smart woman, and she's
11  perfected at surfacing the risk.  And, again, I
12  don't remember the specific discussion about the
13  phone call.  But I do remember she participated.
14  The whole Catalyst team participated.  We tossed
15  around solutions like this.  We tossed around my
16  ideas, Catalyst ideas, and we came up with a way
17  that we felt was a good balance to manage the risk
18  most effectively, which is what -- you know, what we
19  always did.
20    Q.  What do you mean that's what you always
21  did?
22    A.  Well -- well, once we started to have
23  these collaborative meetings around risks, which
24  began right about this time in early December, we
25  had many, many, many ongoing discussions.  Catalyst

Page 274

1  risk even myself and Kimberly, of course, to -- to
2  talk through if there were some stress on the Fund,
3  if there was a volatile day in the Fund, to talk
4  through what we should do about it.  And I think
5  that was -- that was pretty effective in, you know,
6  having more collaborative collective decision.  We
7  did the same thing in February.  We don't know if it
8  was better or worse there was, but it was all hands
9  on deck.  So that that's what we --
10    Q.  The only one in the place in trades in the
11  Fund was you; is that right.
12    A.  Yes, that's correct.
13    Q.  And you had the ultimate say over -- over
14  what trades to make or not make in the Fund, right?
15    MR. KOPECKY:  Objection.  Form and
16  foundation.
17    A.  No.  Actually, the advisor did.  And there
18  were certainly times when I disagreed, but I
19  followed instructions.
20  BY MR. FOSTER:
21    Q.  But you were the -- you and Ms. Rios were
22  the only -- you were disclosed as the portfolio
23  manager, correct?
24    A.  Correct.
25    Q.  In this time period, and Ms. Rios was the

Page 275

1  coportfolio manager?
2    A.  I think during this period.  I don't
3  remember when we -- she became concerned about the
4  regulatory interest in the Fund.  I think after her
5  testimony, she became a bit upset and asked me if
6  she could leave the Fund.  So -- but at this time, I
7  think she was the coportfolio manager.
8    Q.  So you indicated that you had some
9  questions in your mind about, you know, how she was
10  arriving at this -- this statement here, 1 percent
11  upmarket move is equivalent to 5 percent decline in
12  NAV.  Do you know what assumption she was making and
13  what that was based off?  Did you ask her those
14  questions?
15    A.  I don't remember.  I think it might have
16  been a phone call.  We might have just proceeded.
17  It was a Saturday.  I don't remember when I actually
18  saw this e-mail.  I don't remember when the phone
19  call was, so it may be that I didn't have a chance
20  to talk to her until we got the group together.  I
21  just don't remember.
22    Q.  Before mid-February 2017, was there ever a
23  time or times that you disagreed with what someone
24  else at Catalyst was -- was instructing you to do
25  with respect to managing the Fund, but you did it

Page 276

1  anyway?
2    A.  Right up until the last part, I think I
3  understood your question, but I don't -- I'm not
4  sure I understand the whole question.
5    Q.  Well, one of you prior responses, you
6  indicated there were times that you disagreed, but
7  you followed instructions and went ahead and made --
8  took certain steps in trading for the Fund.  Did
9  that ever occur before the mid-February 2017 time
10  period?
11    A.  I don't recall specifics other than that
12  certainly occurred.  Decomber of -- I don't know
13  when -- but that wasn't an unusual occurrence.  We
14  had constructive discussions.  We sometimes had
15  heated discussions.  We tossed back and forth
16  alternatives.  And, as I said, I was always very
17  conscious of the fact that I served at the advisors'
18  pleasure, so to speak.  And if they, you know, if we
19  disagreed and they wanted something done, I did it.
20    Q.  What Ms. Rios is stating here is that the
21  Fund from her -- from what she saw from her
22  perspective, what was highly sensitive to an
23  upmarket move, right?
24    A.  Well --
25    MR. KOPECKY:  You can't say what Kimberly

Page 277

1 was thinking.
2        Go ahead and answer as best you can.
3     A.   It looks like that's what she's
4 describing.  But, once again, my first question, you
5 know, if I'm seeing this today for the first time,
6 I'm wondering whether -- what time frame she's
7 using.  That's just not clear to me, so there are a
8 lot of questions when you come up with something
9 like this.  And, again, Kimberly was, you know, very
10 skilled.  And I valued her opinion, but at the same
11 time, I'm not sure what she's -- you know, I would
12 need some more information.  But it's useful that
13 she raised them.
14 BY MR. FOSTER:
15    Q.   Okay.  Well, the useful information she
16 raised, if it was, in fact, true, this would be --
17 would that have been of concern to you?
18    A.   Yes, absolutely.
19    Q.   And that would have told you that there
20 was a lot of risk in the Fund, if it was true,
21 right?
22    A.   Well, again, true, it means what scenario
23 is she looking at?  So -- so it could certainly be
24 true if she was looking at a 1 percent move in the
25 next ten minutes.  That might not be relevant.  So

Page 278

1 if she didn't make a mistake in a modeling selection
2 and option, if -- if -- if, certainly there would be
3 concern.
4     Q.   Okay.  But you -- you believe that
5 whatever questions you had at the time concerning
6 the dates as per Ms. Rios' statement that you -- you
7 know, this was a pretty significant thing she was
8 saying.  So do you think you satisfied yourself and
9 got answers to all these questions that you're
10 raising now?
11    A.   I'm certain that we had a healthy
12 discussion that the phone call that she refers to.
13 And I'm certain coming out of that discussion that
14 we had a consensus of what actually is to take and
15 that I executed those actions.
16    Q.   Can you give me one concrete example that
17 you remember of you entering a trade for the
18 Hedged Futures Fund that you were ordered to make
19 but that you disagreed with?
20    A.   I can't cite an example for you other than
21 during this period of time, I remember having some
22 disagreement in December with the actions that
23 Catalyst wanted me to take, but agreeing to take
24 them.
25    Q.   Can you -- can you give me an example?  Do

Page 279

1 you remember ever refusing to enter a trade that you
2 were ordered to make?
3     A.   No.
4     Q.   That never happened?
5     A.   I don't remember one time.
6     Q.   Okay.  In this -- in this time period in
7 December 2016 through February 2017, did you want to
8 be more aggressive or more conservative --
9 conservative than what Catalyst wanted?
10    A.   I -- I don't remember characterizing as
11 more aggressive or more conservative.  It's more a
12 matter of technique, what actions to take.  I think
13 we all agreed that we need to be more conservative.
14 That was the point of disagreement when there was
15 some.  And I don't mean to categorize there was
16 always disagreement.  But there was certainly always
17 active discussion between myself and Catalyst during
18 this time.
19    Q.   Mr. Walczak, let me show you one last
20 document.  Can you pull up Exhibit 36?
21    A.   Okay.  Got it.
22    (Exhibit 36 was marked for identification.)
23 BY MR. FOSTER:
24    Q.   All right.  And Exhibit 36 is your answer
25 to the SEC's complaint in this case.

Page 280

1        Have you seen this document before?
2     A.   I probably have.  I've seen a number of
3 legal documents.  I can't swear that I've seen this
4 one, but probably.
5     Q.   Do you have any recollection of
6 reviewing -- you understand there was a response
7 filed on your behalf to the complaint in this case?
8     A.   Yeah, I do.  If that's what this is, like
9 I said, I don't really recognize legal documents
10 sometimes, but I do recall that a response was
11 filed.  And I do recall reviewing that with counsel.
12    Q.   Okay.  And did you review it to ensure
13 that your answers were accurate?
14    A.   I -- I reviewed it with counsel to ensure
15 that -- yeah, that my answers were accurate.
16    Q.   Okay.  Once we've talked about previously
17 that -- that the complaint allegation included
18 references, citations, quotations to certain house
19 calls.  So if you turn to paragraph 51.  Okay.  51
20 is quoting statements from the open house call on
21 November 4, 2014.
22        Do you see that?
23    A.   Yes.
24    Q.   Okay.  And we reviewed a transcript from
25 for that house call earlier today.

Page 281

1      Do you recall that?
2      A.  Yes.
3      Q.  Why did you deny paragraph 51 to the
4  complaint?
5      A.  I'm not sure what paragraph 51 is
6  alleging.
7      Q.  Well, you can read it.  You can see what
8  it alleges, right?
9      A.  Well, unless I'm missing something,
10 paragraph 51 says, for example.  So I don't know
11 what -- what I'm denying here.
12     Q.  Okay.  So you're not able to tell me why
13 you denied paragraph 51?
14     A.  I don't recall.  Again, conversation with
15 counsel.  I'm not familiar with incorrect way to
16 respond to these things -- respond to some of these
17 things.  But, again, I don't -- I don't see
18 something I'm denying specifically on paragraph 51.
19     Q.  Okay.  Did you deny -- do you know if you
20 denied the paragraph, because the house call was not
21 accurately quoted?  Are you taking issue with --
22 with the fact that you made these statements on the
23 house call?
24     MR. KOPECKY:  I'm going -- I'm going to
25 object.  Mike, we've been through this.  He answered

Page 282

1  in the interrogatories.  He answered these in
2  consultation with counsel.  He's not going to tell
3  you what his counsel told him, because I'm not going
4  to let him.  And he just said, I don't really recall
5  what it was after my conversation with counsel.
6  We're past seven hours, according to my calculation.
7      The two documents before you said was your
8  last you were gonna show him.  So -- I'm objecting
9  to continuing this line of questioning.  What do
10 you -- what do you have left?
11 BY MR. FOSTER:
12     Q.  Okay.  So if I asked you the same question
13 about any of the other allegations concerning the
14 house calls, all of which you denied, are you able
15 to tell me why you denied the paragraphs concerning
16 the house calls in the complaint?
17     MR. KOPECKY:  Objection.  Form and
18 foundation.  You have to look at each of them
19 individually, which you don't have time to do,
20 because your seven hours are up.
21     MR. FOSTER:  You are instructing the
22 witness not to answer.
23     MR. KOPECKY:  Mike, I want to give you
24 some leeway here.  I'm not -- I'm instructing him
25 not to answer that question, because he'd have to

Page 283

1  look at each individual paragraph to then go through
2  whether he remembers specifically why that paragraph
3  was denied or not denied, or if he was involved with
4  counsel in that paragraph or not in that paragraph.
5  And we don't have time to do that.  But I don't want
6  to cut you off, if you have another topic or
7  question that you -- that you really would like to
8  get in.
9      MR. FOSTER:  Well, I want to get into this
10 topic, because we served interrogatories that asked
11 for the basis for denials.  Those interrogatories
12 did not provide any sufficient explanation as to why
13 these paragraphs were denied.
14     MR. KOPECKY:  I disagree.  So why don't
15 you pull up the interrogatories and pull up the
16 letter we sent where we described the basis for
17 those denials and show him those and see if it
18 refreshes his recollection as to why paragraphs were
19 denied.  It's seven hours going --
20     MR. FOSTER:  I'm sure -- I'll show his
21 interrogatories, if you want me to.
22     MR. KOPECKY:  No.  And show him the
23 letter, which I've already responded to explaining
24 why certain paragraphs were denied.  It's not a
25 productive use of time.  If the court reporter can

Page 284

1  confirm where we're at on the time on the record,
2  please.
3      THE REPORTER:  I will need a moment to do
4  so.  I don't have a rough calculation.
5      MR. KOPECKY:  I've got us now beyond
6  seven hours.  Does anyone disagree with that?
7      So I don't have to instruct him not to
8  answer.  If you weren't keeping that -- the time, I
9  can't help you.  It's beyond seven hours, so, yes, I
10 instruct him -- the deposition's now beyond the
11 limit allowed by the rules.
12     MR. FOSTER:  Okay.  So you're -- you're
13 instructing him not to answer my questions about the
14 basis for his denials --
15     MR. KOPECKY:  No.  I'm -- I'm instructing
16 him not to answer.  I'm ending the deposition,
17 because we've gone beyond the seven-hour limit.
18     MR. FOSTER:  Okay.
19     MR. KOPECKY:  I don't even have to
20 instruct him.
21     MR. FOSTER:  The primary -- the primary
22 reason that we've gone beyond the seven hours is
23 your speaking objections and your client's
24 nonresponsive answers to -- to questions throughout
25 the day.

Page 285

1    So you guys burned the clock, not me, but
2  that's okay.  We don't have to figure that out right
3  now.  But one way or the other -- one way or the
4  other, we'll get an answer as to why you denied
5  these allegations.  It seems to be something you're
6  just refusing to inform us of.
7    MR. KOPECKY:  I wrote you a letter.
8  Respond to my letter.  I wrote -- the day I wrote
9  you the letter.  I wrote a letter explaining why
10  they were denied, and we responded to
11  interrogatories.
12    MR. FOSTER:  Yeah.  And your -- and your
13  letter --
14    MR. KOPECKY:  And --
15    MR. FOSTER:  And your letter didn't say
16  anything, and it was much easier just to deal with
17  it in his deposition.  Then, of course, his
18  deposition got postponed, which is fine.  Happy
19  to -- no fault of anybody on the call.  But now here
20  we are.  I'm asking the questions, trying to get the
21  information -- I can take up the Court's time.  I
22  can file a motion to compel.  And it's going to cost
23  a lot of resources.  Or I can ask him in -- in the
24  deposition.
25    MR. KOPECKY:  Mike, we can confer on that,

Page 286

1  then, because I already responded by letter
2  detailing why they were denied.  If you don't like
3  those responses, then I don't know what to tell you.
4    But you didn't accurately quote -- you
5  took things out of context.  You used the word said.
6  All of those are legitimate reasons why we denied
7  paragraphs and the answers to interrogatories.  So
8  let's not go back and forth on it.  You can either
9  follow-up on my letter, or you can confer, you can
10  bring a motion.
11    But the dep -- I mean, again, if you had,
12  like, a different topic or something you wanted to
13  cover really quick, we'll stick around beyond the
14  seven hours.  But if it's going to be about the
15  answer to the complaint or interrogatories, then I'm
16  not sticking around.  We're ending the dep.
17    MR. FOSTER:  Okay.  Those -- those are my
18  remaining questions, so we'll -- we'll deal with
19  those outside of the deposition.
20    MR. KOPECKY:  Okay.  Then we're going
21  to -- we'll take a five-minute break so I can
22  consult with my client and my co-counsel to see if
23  we have any questions we want to ask now.
24    MR. FOSTER:  Okay.
25    VIDEOGRAPHER:  We're going off the record

Page 287

1  at 6:12 p.m.
2    (Recess taken.)
3    MR. KOPECKY:  So we do not have any
4  questions at this time, and we'll reserve signature.
5    THE REPORTER:  Would you like a copy of
6  the deposition, Mr. Kopecky?
7    MR. KOPECKY:  Pardon me?
8    THE REPORTER:  Would you like a copy of
9  the deposition?
10    MR. KOPECKY:  If they order it written,
11  yes.  Okay.  We all good?
12    MR. FOSTER:  Thank you, everyone.
13    (Deposition concluded at 7:18 p.m. EST)
14    - - - - -
15
16
17
18
19
20
21
22
23
24
25

Page 288

1    CERTIFICATE OF WITNESS
2
3
4    I, EDWARD WALCZAK, do hereby declare under
5  penalty of perjury that I have read the entire
6  foregoing transcript of my deposition testimony,
7  or the same has been read to me, and certify that
8  it is a true, correct and complete transcript of
9  my testimony given on July 27, 2021, save and
10  except for changes and/or corrections, if any, as
11  indicated by me on the attached Errata Sheet, with
12  the understanding that I offer these changes and/or
13  corrections as if still under oath.
14    _____ I have made corrections to my deposition.
15    _____ I have NOT made any changes to my deposition.
16
17  Signed: _____
          EDWARD WALCZAK
18
19
20  Dated this _____ day of _____ of 20_____.
21
22
23
24
25

Page 289

1      REPORTER'S DEPOSITION CERTIFICATE

2

3  STATE OF FLORIDA

4  COUNTY OF VOLUSIA

5

6        I, Vanese Killingbeck, Professional

7  Reporter and Notary Public, certify that I was

8  authorized to and did stenographically report the

9  deposition of EDWARD WALCZAK, pages 6 through 281;

10  that a review of the transcript was requested; and

11  that the transcript is a true record of my

12  stenographic notes.

13        I further certify that the deposition was

14  taken remotely within the State of Florida at the

15  time and place specified herein above and that I am

16  not a relative, employee, attorney, or counsel of

17  any of the parties, nor am I a relative or employee

18  of any of the parties' attorneys or counsel

19  connected with the action, nor am I financially

20  interested in the action.

21

22  Dated August 10, 2021.

23

24      _____

          Vanese Killingbeck

25      Registered Professional Reporter

---

Page 290

1                    ERRATA SHEET
2      Deposition of:  EDWARD WALCZAK
       Date taken:  JULY 27, 2021
3      Case:  SEC v. EDWARD WALCZAK
4      PAGE  LINE
       _____ _____ CHANGE: _____
5      _____ _____ REASON: _____
6      _____ _____ CHANGE: _____
       _____ _____ REASON: _____
7
       _____ _____ CHANGE: _____
8      _____ _____ REASON: _____
9      _____ _____ CHANGE: _____
       _____ _____ REASON: _____
10
       _____ _____ CHANGE: _____
11     _____ _____ REASON: _____
12     _____ _____ CHANGE: _____
       _____ _____ REASON: _____
13
       _____ _____ CHANGE: _____
14     _____ _____ REASON: _____
15     _____ _____ CHANGE: _____
       _____ _____ REASON: _____
16
       _____ _____ CHANGE: _____
17     _____ _____ REASON: _____
18     _____ _____ CHANGE: _____
       _____ _____ REASON: _____
19
       _____ _____ CHANGE: _____
20     _____ _____ REASON: _____
21     _____ _____ CHANGE: _____
       _____ _____ REASON: _____
22
       _____ _____ CHANGE: _____
23     _____ _____ REASON: _____
24
       Signed_____
25     Dated_____

# Transcript Word Index

**[0 - 217]**

| 0 |
| --- |

**0**
104:9 106:6,11 114:16
**0.0**
125:24
**0000524**
94:13
**0000528**
96:21
**00032463**
221:15
**00076**
1:4
**00192**
228:11
**0023787**
240:6
**003**
228:11
**005**
270:15
**01**
94:13 96:21 240:6
**01/02/17**
5:3
**0118107**
270:15
**02/14/17**
5:5
**02/27/17**
5:8
**03/01/16**
4:13
**03/05/07**
4:9
**03/29/16**
4:14
**06/07/16**
4:16
**07**
198:12 264:2
**08/24/14**
4:20
**08/26/14**
4:22

| 1 |
| --- |

**1**
4:8 8:22 9:9 64:13 84:5,6,6
84:8 87:13,14,14 112:9,10
112:11 114:6 126:8 127:6
202:10,11,22 271:3,14
273:8 275:10 277:24
**1.215**
107:10

**1.3**
110:3
**1:00**
130:19
**1:25**
223:1
**1:30**
130:19,23
**1:34**
131:4
**10**
4:20 47:18,19 53:9 55:8
60:12 61:12,16 64:1 67:20
67:23 68:5 77:25 78:1,1
83:6 84:5,8 102:13 114:24
114:25 127:5,7 129:23
142:24 152:3 171:20,21
188:5 194:6 196:24 197:14
199:7 210:3,7 213:14,17
221:10,12,14 225:4,4,6
236:2,2,3 271:13 289:22
**10/13/15**
4:11
**10/25/16**
4:19
**10:38**
6:2
**100**
84:6,6 142:17 243:3
**100,000**
117:6
**10th**
270:20
**11**
4:22 114:25 127:6 151:10
151:10,14 154:22 233:11
233:11,19 263:23
**11/04/14**
4:10
**11:22**
78:6
**11:30**
100:12
**11:34**
78:9
**12**
262:7 269:9
**12/10/16**
5:6
**12/13/16**
4:17
**12:58**
131:1
**120**
3:5 255:12

**13**
147:23 148:6 171:7 206:15
218:8 223:1 265:10
**14**
106:10,10 108:1 114:2,2
152:8 154:22,22 171:8
180:25 181:4,11 222:16
241:7 242:13
**141**
2:16,21
**1450**
2:5,10
**147**
4:10
**14th**
240:13,16
**15**
55:8 93:13,14,15 100:17
142:24 147:10,12,20,24
153:13,14 171:21 179:11
179:12,23 194:6 196:24
197:14 199:8
**16**
90:12,13 179:24 180:1
181:1,11
**17**
151:9,13,14 153:17 154:22
161:12 164:6,17 165:16
166:10 167:6 170:2
**171**
4:12
**175**
2:5,10
**18**
151:13 153:17 154:22
157:5 161:12 164:6,17
165:16 166:10 167:6 170:2
196:5,12
**187**
4:13
**19**
165:17 190:16 191:15
196:6,12
**196**
4:15
**1987**
77:1 197:20
**1st**
187:12

| 2 |
| --- |

**2**
4:9 25:12 93:23,24 94:4,12
96:12 97:14 114:6,13,17,18
123:8 178:4
**2:59**
187:5

**20**
21:20 55:8 78:1 86:13,13
89:8 90:4 91:17,18,20,21
93:14,15 143:5 152:8 172:1
196:24 197:14 199:8 225:5
225:6 236:3,4 266:10,12
288:20
**2000**
3:5
**2007**
196:17 198:9,21 203:9
204:4
**2008**
45:2
**2013**
14:18 15:8 25:19 34:12
109:6 117:13 170:22
199:10 238:12 254:17,18
254:19,22 255:4,9
**2014**
131:10 147:2 152:23,23
155:14 186:5 221:16
233:14 255:6 280:21
**2015**
171:7
**2016**
187:12 196:4 202:2 206:15
217:3 230:13 238:23
260:17 270:20,25 271:8,13
279:7
**2017**
25:19 34:12 45:4,10 57:17
94:10 100:10 104:9 109:6
117:14 131:10,20 170:22
199:10 214:18 215:1,6
220:8 228:12 239:3 240:13
240:16 241:7 242:13
244:20 246:21 249:24
252:16 254:5 257:1 261:4
271:17 275:22 276:9 279:7
**202**
4:16
**2020**
12:16 15:10 20:9 23:2 45:3
45:6 57:17 143:15 256:25
**2021**
1:15 6:8 288:9 289:22
290:2
**206**
4:18
**21**
4:24 91:23 270:10,12
**210727vk**
1:25
**217**
4:19

**[22 - 90]**

**22**
209:23 212:20
**221**
4:21
**228**
5:4
**23**
171:11 202:3,8,22 206:17
206:18 262:20
**233**
4:23
**24**
202:11 266:18
**240**
5:5
**2400**
229:17
**242**
5:7
**24th**
221:16
**25**
5:3 152:8 205:4 217:3
226:5,11 227:10 228:6,8
239:3 268:19
**26**
233:14
**261**
5:8
**27**
1:15 187:17,19,21,22 261:4
288:9 290:2
**270**
4:24
**277-7347**
2:17,22
**279**
5:9
**27th**
6:8 15:10 20:10
**28**
5:5 187:18,22 239:25,25
240:2 243:21
**281**
289:9
**29**
5:6 190:16 191:14 241:22
242:3,5,7 243:13 244:9
**29th**
196:4
**2nd**
228:12

**3**

**3**
4:10 25:8,12 95:12 96:15
96:16 114:7 146:25 147:8

**3 (cont.)**
210:8
**3:09**
242:12
**3:14**
187:8
**3:20**
1:4
**30**
100:18 172:2,3 184:15
194:6,24 205:4 217:9
218:20 225:6 237:5,9
238:19 239:14,19 261:14
**312**
2:6,6,11,11,17,17,22,22 3:6
**34**
5:8 261:2,7
**353-7390**
2:6,11
**353-7398**
2:6,11
**36**
5:9 279:20,22,24
**380-6552**
3:6
**3rd**
95:11 100:10,12 101:21
104:9 106:13 108:2

**4**

**4**
4:11 114:14,18 147:21
152:23 171:2,4,6 186:5
230:8,13,18 231:2 232:3,5
251:10 272:13,15 280:21
**4:25**
227:25
**4:37**
228:3
**40**
152:8 206:17,18 212:20
**4048**
2:16,21
**42**
209:23 212:20
**45**
77:14 143:5 172:2 197:1,15
261:23 262:3
**46**
263:23 270:16
**462-3353**
2:17,22
**48**
265:9 266:18
**4th**
147:2

**5**

**5**
4:13 53:9 55:8 58:20 60:12
61:12,15 63:25 64:17 67:9
67:11,18 68:4 70:2 77:25
87:13 106:7,7 107:21,22
108:1 112:9,10,11 114:2
128:2 171:20,21 180:1
187:11,14,18 188:5 196:24
197:14 199:7 203:18 204:5
225:3,4 236:1,2 271:4,15
275:11
**500**
26:3 37:12 44:2 58:2,8 59:3
60:13 61:13 64:2 65:5 66:5
67:4,13 68:6 69:19 70:2,4
128:1 136:21 229:17
**51**
280:19,19 281:3,5,10,13,18
**55**
106:20 227:13
**5th**
94:10 101:22

**6**

**6**
4:14 87:14 114:14,18 196:3
196:3,9 217:9,12 230:9
232:10 289:9
**6:12**
287:1
**60**
106:20 172:4 255:11
**60602**
3:6
**60604**
2:5,11,16,22
**66**
90:9
**67**
90:10

**7**

**7**
4:4,16 45:9,10 87:14 110:3
148:16 177:22 180:18
201:25,25 202:2,6 206:1,3
206:5,7
**7:18**
6:2 287:13
**70**
253:13
**75**
226:5,10 227:10,14

**8**

**8**
4:17 72:22 74:5,21 75:1,5,5
75:7,7,9,14,16,19,25 76:1,8
76:8,18,22 77:8 78:14,16
78:17,21,23 79:14,18 80:4
80:10,14,14,18,20,23 81:4
81:13,15,16,17 83:1,7,13
83:16,16,21 84:18,25 86:4
87:22,22,23,25 88:2,6 97:6
97:7 114:14,18 128:13
129:1,6,16,17 137:3,22
138:8 145:24 146:10
148:10,16,17,23,23,24
149:1,3,6,9,9,13,14,18,20
149:21,22,25 150:4,4,11,16
150:18 152:20 153:4,15,19
155:8,24 156:6 157:9 158:3
158:4,5,8 159:21 161:14
166:12 167:24 168:1,17
172:8,14,14 173:10,13
174:2,9,10,15,21,23,25
175:8,16,18,19 176:2,5,19
177:12,15,15,18 178:5,10
178:13,19,25,25 184:9,10
184:12,13,15,16,18 185:1
185:10,23 186:15,18,22
188:9,12,18,20 190:19,21
191:1,2,17 192:3,9,12,16
193:20 194:11 195:4
196:16,17 197:6 198:8,10
198:14,17,21 200:20,23
205:19,24 206:3,9,11,12,14
206:14 207:1,2,14,23,24,24
208:1,5,7,10,12,13,20,21
208:24 209:4,5,15,19
210:23 213:7 216:17
217:14,23 218:16,19
219:25 220:4,9,11,19 225:8
232:25 233:1,3,4,8 234:25
236:11,16 237:1,5,7,8,9,14
237:21 239:14,19 258:5
**8.5.**
196:18
**80**
52:24 239:14

**9**

**9**
4:8,19 106:9,9 108:1,10
109:16 114:2 116:11
177:23 208:11 217:2,6
**9:38**
6:9
**90**
55:9,10,12 58:15,15,16,17

**[90 - allow]**

**90 (cont.)**
60:3 112:24 255:11
**93**
4:9

**a**

**a.m.**
6:2,9 78:6,9 242:12
**abbreviation**
169:20,23 180:9,12
**ability**
12:4 34:22
**able**
12:7 18:3 34:25 35:15
66:13 68:2,3 97:11 105:8
144:19 198:19 220:2,13,13
281:12 282:14
**absent**
124:12
**absolute**
64:15 236:10 237:1 257:2
**absolutely**
58:13,22 64:8 111:16
133:13 134:16 139:2
197:11 204:1 211:8 218:4
277:18
**accelerator**
35:12
**accepting**
69:20,21
**access**
98:11,13 107:4 118:9
134:14
**accomplish**
52:5
**account**
21:8,9 22:5,7,13 23:14,21
24:7 84:12 85:13 88:3
117:5 120:19 127:13
138:18 272:15
**accounting**
99:19 117:2,8 121:3,20
122:4,19,19 123:5 175:24
**accounts**
20:21,23 21:2,3,4,7,11,21
21:22 23:9,13,15 25:5
117:21
**accumulate**
151:17
**accuracy**
129:25 159:6
**accurate**
26:9 99:20 106:18 129:23
138:15 139:4,14,24 140:3,8
154:24 159:13 166:22
168:10 179:16 181:2,12,15
197:9 200:25 203:25 211:6

**accurate (cont.)**
211:15,22 212:8,9,10,12
225:17,24 226:6 227:5,9
272:14 280:13,15
**accurately**
198:4 212:13 281:21 286:4
**achieve**
220:2
**achieved**
189:5 232:16 253:15
**achievements**
208:12
**acronym**
184:3
**act**
74:13
**action**
53:2,3 83:14,15,21,23 85:7
86:23 88:13 130:3 155:23
157:19 170:15,18 175:10
175:10 180:17,20 197:22
198:25 200:22,24 208:16
209:6,12,13,13 214:13
215:15 237:16 289:19,20
**actions**
138:7,25 246:15 278:15,22
279:12
**action's**
156:19
**activated**
246:12,20,25
**active**
96:4 109:15 123:10 279:17
**actively**
7:11
**activities**
182:25
**activity**
23:6 243:16
**actual**
19:14 44:12 87:2 100:18,24
101:2 103:17,18 104:5
108:6 120:5 123:1 186:17
208:23
**add**
82:20 129:13 267:12
**adding**
191:21
**addition**
26:2
**additional**
31:24 156:1 172:4 191:19
191:22 210:10 246:12,20
246:25 247:12 260:11,14
**address**
222:11,11 234:4 241:23

**addresses**
222:12
**adjudicated**
18:20
**adjust**
47:24 73:19 82:7 84:20
88:10 115:15 118:17 126:9
**adjusted**
54:16 126:13
**adjusting**
204:18 207:19
**adjustment**
27:25 46:15 123:1 191:23
191:25 226:12 230:1
246:15
**adjustments**
191:24 194:25 195:1 208:7
**administered**
8:6,14
**admit**
144:20
**adopted**
247:21
**advance**
19:14,23 200:5
**advanced**
30:13
**adverse**
93:8
**advice**
22:17
**advise**
165:6
**advised**
14:22 20:16 138:21 212:4
**advisor**
41:7 48:9 50:3,10 51:1,16
182:20 222:6 226:17
228:20 250:3 274:17
**advisors**
13:5,13 49:18,22,23 50:7,8
50:15,21 131:24 133:11
134:5,10 181:21 183:15
221:4 223:22 276:17
**advisor's**
42:18
**affiliated**
14:14
**afford**
139:20
**afternoon**
199:14
**agency**
18:7
**agenda**
48:16

**agent**
17:6
**aggregate**
36:6 61:23 72:11 80:8
82:21 135:22 171:18
**aggregated**
235:25
**aggressive**
208:16 209:6 237:16
246:15 279:8,11
**aggressively**
219:15
**ago**
7:7 19:10 74:16 76:5 78:12
100:21 203:17,19 236:15
259:14 264:17
**agree**
8:12,15 9:3,8,11,17,19 10:4
10:9 155:12 167:22 192:21
193:17 202:13,17 217:21
232:22 253:7
**agreed**
41:7 160:18 239:20 253:11
269:1 272:5,6 273:2 279:13
**agreeing**
103:25 164:19 179:13
241:13 278:23
**agreement**
16:21,23 17:9 37:19
**ahead**
65:14 145:20 153:9,22
155:8 159:4 160:2 161:8,21
162:12 168:8 203:15
205:13 209:22,24 211:9,10
212:22 218:17 252:5 266:4
276:7 277:2
**alert**
10:10 13:18
**alerts**
129:16
**algorithm**
40:9
**allegation**
280:17
**allegations**
143:10 282:13 285:5
**alleged**
144:4
**alleges**
144:2 281:8
**alleging**
145:15 281:6
**allow**
11:3 39:9 118:12 123:7,11
160:19 210:20 219:3

[allowed - assumption]

**allowed**
150:3 236:12 237:3 268:3
284:11
**allows**
69:1 211:4
**alter**
25:16
**alternative**
172:23 179:5,25 180:2
**alternatives**
172:22 276:16
**amended**
8:21
**ammo**
36:13
**amount**
18:25 40:5,15 79:23,25
116:22 117:10
**amounts**
207:22 208:19
**ample**
163:12 225:22
**analogy**
35:9 62:23 63:12,22 256:24
**analyses**
123:23
**analysis**
124:14,17 246:4 256:23
257:16 264:24 268:19
271:10
**analyst**
89:19 121:5,18,23,25
122:11
**analytical**
263:2,12
**analytics**
60:7 226:25
**analyze**
101:6
**announce**
248:14,15
**announced**
132:7
**annual**
93:12,12
**answer**
5:9 10:24 11:4,8,19 12:7
48:10 64:5 65:14,16,22
66:13,24 102:19 111:5
136:4 139:8 140:1,4,6,7
145:20 153:9,24,24 154:10
160:5,20,24 161:3 164:2,13
165:9,22 166:23 177:24
189:18 194:18 200:9 251:6
252:22 264:22 267:11
277:2 279:24 282:22,25

**answer (cont.)**
284:8,13,16 285:4 286:15
**answered**
49:17 65:10 75:13 131:23
137:11 145:18 160:3 168:7
170:10 225:19 233:6,7
252:4 281:25 282:1
**answering**
30:8 60:16 251:16
**answers**
12:1 48:14 52:11,21 163:22
278:9 280:13,15 284:24
286:7
**answer's**
60:17 65:2,2
**anticipate**
197:3 199:23 207:20
208:18 209:9
**anticipating**
208:21 209:7
**antidotes**
203:2
**anybody**
133:25 134:17 159:8
285:19
**anymore**
209:16 266:14
**anytime**
11:15
**anyway**
25:16 129:12 276:1
**apologize**
18:20 66:15 73:5 160:17
174:13 184:3 185:17
192:13 199:12 200:1
227:18
**apologizing**
200:3
**apostrophe**
169:20 180:9
**apparently**
99:10 150:11
**appear**
68:24 104:22,23 138:10
160:14,16 211:17
**appearances**
2:1 3:1
**appears**
13:16
**application**
9:13
**applications**
9:12,17,18
**apply**
46:4 62:15 112:1 193:9
195:11 197:14

**appreciate**
43:21 229:15 271:23
**appreciated**
271:9
**appreciation**
26:11 32:7,22 33:19
**approach**
203:23
**approached**
29:25 220:8
**appropriate**
10:18 11:24 61:3 67:24
160:24 170:16 179:18
193:9,10
**approved**
251:8 252:21
**approximate**
115:12
**approximately**
14:17,19 15:7
**approximation**
80:5
**approximations**
60:20
**apps**
122:13
**april**
250:8
**arbitration**
13:2,8,9 17:3,4,12,15 18:13
18:15,19 19:9 141:6,15
143:20
**arbitrator**
18:15,22 19:4
**area**
28:22
**areas**
46:4
**argue**
154:18
**argumentative**
165:20 166:19 168:7
236:20 251:15
**arlington**
22:10,13,20,24 23:20 24:20
**arrived**
76:5
**arriving**
275:10
**artificial**
36:13
**aside**
53:14 216:6 249:18,19
267:3
**asked**
48:9 50:5,7,12 65:10 69:4

**asked (cont.)**
70:8 96:6 99:8,12 136:13
136:15 137:7,10 144:11
145:18 160:2 163:14
165:25 168:6 174:17
176:13,14 183:14,18 204:6
204:8 205:6 212:1,11
217:25 226:8,19 233:6
242:16 251:22 252:4 275:5
282:12 283:10
**asking**
51:24 63:4 65:22 75:24
128:20 139:11 145:12
150:20 157:25 158:4,15,15
161:3 162:14 164:5,12,13
164:22 165:10 167:19,20
168:24,25 169:1 174:11
182:8,12 211:19 219:22
222:7 243:10 251:14,22
252:1,11 285:20
**asks**
63:17 217:12 224:23
**aspirational**
220:1
**assemble**
89:18
**assembles**
86:13
**assess**
32:25 33:11,24 38:8,13,17
45:13 60:2 135:20 136:6
**assessing**
76:7 87:21
**assessment**
162:4 163:4 245:5 246:3
256:2 258:17
**asset**
25:6 28:11 37:12 120:2
171:17 216:1
**assets**
76:16 79:14 156:13 183:25
184:5
**assign**
106:19
**assume**
11:8 13:4 81:9 93:5 101:11
126:9
**assumed**
116:17
**assumes**
166:19
**assuming**
126:1 264:10
**assumption**
133:23 167:15,15 275:12

[assumptions - better]

**assumptions**
36:10,20 37:11,16 38:7
53:7 54:1 56:24 72:10
92:12 127:20 136:20
271:20 273:6

**asterisk**
108:11,16,25 109:2

**attached**
222:22 243:10 288:11

**attaching**
224:22,23

**attachment**
95:10 241:2,5,9,14,15,18
242:1

**attachments**
94:20,21,24 95:18,22 96:18

**attempt**
32:25 186:21 198:15

**attempting**
166:24

**attendees**
7:10

**attention**
32:21 108:13,17 148:4
171:1,8 187:17 189:16,19
189:24 196:5 202:2 204:16
206:16 217:9

**attentiveness**
192:15

**attorney**
2:4,10,15,21 3:5 141:11,17
289:16

**attorneys**
7:7 141:8,16 145:1,10,11
289:18

**attributes**
36:2 44:13

**auction**
37:22

**audience**
50:2,17 138:17 159:9
168:19 182:2 183:8 193:12

**audiences**
133:1

**audio**
7:14 8:9 13:15 14:1,4
143:23 185:12

**audit**
90:23

**august**
14:18 15:8 25:18 34:12
109:6 221:16 223:1 233:14
289:22

**aum**
127:10 128:4 129:9 177:8
177:10,25,25 178:2 183:24

**aum (cont.)**
184:3,8 185:1,5,7 222:16

**authority**
51:2

**authorized**
289:8

**automatically**
210:9

**available**
20:22 124:23 133:5,8,10,14
134:4 182:4

**average**
47:22 60:22,23 61:2 91:23
193:7 226:5

**averages**
263:18

**avoid**
186:21 211:4 233:2 246:15

**avoided**
266:7

**award**
18:25

**awarded**
18:22

**awards**
18:19

**aware**
12:2,11 48:12 88:7 132:20
133:3 138:8 218:13 249:3
271:7

**axis**
70:11,14,17 107:20 109:21
110:1 118:2,6 127:17
176:22,23 177:3

**b**

**back**
20:6 21:20 25:13 31:24
43:20,23 52:19 64:25 73:4
78:2,8 82:9 89:7 93:18 96:3
96:7 99:13 100:2,4,11,14
100:17,20,23 101:5,6,14,19
101:20 104:13 111:9
118:13 119:9 123:2 124:14
124:15,19,20,22 125:2,8,11
126:24 130:22 131:3,6
132:22 142:8 145:13 146:6
146:9 152:21 155:9,18
158:11,24 159:22 161:16
163:16 166:3,6,14 168:3
169:4,5 172:20,21 187:7
191:5,25 195:2 203:1
204:17 208:4 209:1,8
223:21 228:2 237:14 239:8
243:20 245:1 247:8 256:7
259:9 260:16 262:2 264:2
276:15 286:8

**bad**
13:22 104:2 190:25

**bag**
62:16,21 63:2,7,8

**balance**
33:9 84:15 273:17

**balanced**
39:8

**balancing**
235:23

**ball**
64:2

**ballpark**
25:6 93:16

**based**
26:3 34:23 35:20 36:5,9,15
36:15 37:11,16 41:21 43:6
43:17 44:14 45:11,14 46:12
46:13 55:6 62:11,16 72:4,5
77:3,5,6 82:2,10,14 83:10
83:21 85:15 108:4 111:22
112:22 117:7 125:4 133:19
199:16 216:3 250:11,14
259:14,15 275:13

**basic**
34:22 59:12 204:24,25
205:12

**basically**
25:17 41:1 68:22 70:17
88:2 96:8 121:5 122:1
124:4 171:24 255:11
256:19 259:22

**basis**
16:18 34:17 55:19 62:8
64:4 65:7 67:10 80:15
127:18 128:5 133:19 170:4
170:6 171:17 189:9,12
190:7,8 191:7 196:24 199:7
199:9,11,14,21 283:11,16
284:14

**bates**
94:13 96:21 221:15 228:11
233:12 240:5,5 242:10
270:14

**bathroom**
77:18

**bear**
11:17 94:2 206:4 256:12
260:25

**bears**
270:15

**beating**
73:5

**becoming**
51:23

**began**
14:17 52:2 131:12 237:9
273:24

**beginning**
11:3 128:11 132:7 138:22
160:19 162:9 196:12
206:16,17 212:19 232:4
250:1,4 268:8

**begins**
6:5 148:5

**begun**
243:17

**behalf**
6:16,18,21 50:23 280:7

**behave**
120:19 125:1

**behaved**
62:14 120:17 125:17
262:22

**behaving**
45:19 46:10

**behavior**
34:23 87:3 104:3 268:14

**belaboring**
23:18

**belief**
18:11 133:20 138:21

**believe**
7:17 20:4,10 22:5 94:16
120:5 139:3 143:13 144:17
155:23 167:13 168:19
181:2 221:25 235:6 243:9
255:3 271:1 278:4

**bell**
118:21 224:12

**beneficiary**
24:11,14,14

**benefit**
24:8

**bes**
119:1

**best**
11:4 17:13 21:5 22:6 52:10
64:5,22 66:16 83:14,15
137:14 143:6 159:4 161:5
170:23 200:8 208:8 215:14
218:22 219:16 220:15
238:1 247:14,15 270:8
277:2

**bests**
269:23

**beta**
268:4

**better**
14:2,7 45:8 59:20,20 62:20
63:5 77:2 78:15 129:24

[better - case]

**better (cont.)**
201:18 234:11 252:8
264:25 274:8
**beyond**
28:23 30:24 284:5,9,10,17
284:22 286:13
**bid**
82:4,16,19 100:19
**big**
58:14,23,23 63:23 100:22
106:21 107:23 155:11
227:15 256:25 261:19
**bigger**
118:14 265:4
**billion**
222:16 251:10
**bit**
27:20 38:15 46:22 73:23
89:5 91:7 93:18 102:11
135:15 196:17 208:4 220:9
227:19 232:14 275:5
**black**
34:24 77:1 103:8,13,22
104:4,5 106:12 197:20
**blowing**
62:17
**body**
224:1,1
**bond**
40:15
**bonds**
25:22
**booking**
270:21
**books**
99:10
**bother**
251:16
**bottom**
73:9 90:17 93:1 96:17
102:24 107:1,3,4 109:10,20
209:24 212:21 223:4
**bought**
32:2
**boulevard**
2:5,10,16,21
**boundary**
87:17
**bounded**
87:4
**bounds**
192:1 195:2 202:25 204:10
210:1 212:23 213:1
**box**
102:23 103:6,6 104:15,23
105:21 108:10 111:13,23

**box (cont.)**
112:6 113:14,16 116:22,23
118:1,21,22 120:2 125:22
126:6
**boxes**
118:25
**brake**
35:12
**brandon**
5:4 228:13,15 229:5,8,12
229:24
**break**
11:15,20 14:9 38:14 77:18
77:25 79:5 130:15 187:3
227:21 256:12 263:5
286:21
**breaks**
11:20
**brief**
146:14
**briefly**
7:7
**bring**
49:23 123:2 152:21 155:9
155:18 158:11,24 159:22
161:15 166:13 168:3 169:4
169:5 191:25 195:1 286:10
**broke**
263:5
**broker**
40:3,7
**brokers**
39:21 216:24
**bucks**
102:14
**budget**
56:10
**built**
32:14 106:8 121:9 130:11
210:19 265:19
**bullet**
246:11 247:25 253:17,18
253:25
**bunch**
36:4 120:18
**burdensome**
125:11
**burned**
285:1
**business**
18:11 22:17 40:1 199:20
258:9
**butterfly**
222:23
**button**
118:9,10 258:5

**buy**
31:24 38:1 101:12 172:20
172:21 192:10 203:5
258:11,12,14
**buyer**
37:19
**buying**
156:1,2
**bylina**
2:20 6:21 185:14,15
**byte**
66:18
**bytes**
52:19 140:20,21,24 141:14
141:18,25 142:1,5,13
143:23,23 146:15 159:1

**c**

**calculate**
82:4,6,10,13 128:4 129:2
176:25 185:1
**calculates**
86:12
**calculating**
88:18 89:14
**calculation**
41:17 45:16 88:18 89:5,23
90:5 91:16 108:4 128:10
257:21 282:6 284:4
**calculations**
36:1 76:13 81:7 90:15,20
**calculators**
89:20
**calendar**
106:8,9 222:24
**call**
4:10,12,13,15,16,18,19 5:8
26:20,22,23 27:16,21,23
28:1,4,6 29:12 30:11 31:25
32:4 33:2 49:4,22 51:20
53:16 55:1 56:3 84:2
114:23 128:8 132:7,8 133:4
134:12,23 135:4,14 146:7
147:1 150:23 151:5 152:23
153:5 154:25 157:12 158:1
159:23 160:1 167:21
168:20 170:3,20 171:7
172:20,20,21 173:3 179:20
181:1,11 182:13 183:3,16
186:4,5 187:12,24 195:16
196:4 202:1,1,13 205:11
206:14,15 212:15,16 217:4
220:25 222:1 225:9 226:2
226:17 229:13 234:24
254:17 261:3 262:1 264:17
266:23 267:15 269:19
270:21 271:11,24 273:13

**call (cont.)**
275:16,19 278:12 280:20
280:25 281:20,23 285:19
**called**
22:9,9 31:17,19 32:19 34:3
39:24 51:20 79:22 113:14
113:15 206:20 222:23
**calling**
110:19
**calls**
27:14,15,18 48:13,16,23
49:10,12,13,16 50:12,22
51:18 52:3,5,13,16,17,21
53:10 55:6 68:21 131:8,9
131:23 132:1,5 133:8,14,20
134:15,25 135:8,16,18,22
135:23 137:9 138:22
139:12 140:4,13,14,18,22
141:4,23 142:16,16,19,20
143:12,16 144:3,15,18,21
145:3,5,14 146:1,7,10,15
146:24 155:15 173:23
181:19,24 182:10,19,20
183:9,15,19 186:9,14
193:18,25 205:1 212:7
213:6,6 225:20 280:19
282:14,16
**cap**
250:18
**capability**
120:9
**capital**
13:5,13 22:24 25:9 40:5
206:25
**capture**
8:4 43:15
**captures**
147:15
**car**
35:10
**careful**
102:11 266:11
**carefully**
234:25
**carlo**
40:10
**carries**
85:19
**cars**
35:10,11
**carve**
26:19 27:9 49:6
**case**
1:4 7:18 12:16 37:12 56:20
69:14 89:25 106:16 107:21
112:17 114:17 115:1 143:8

[case - closely]

case (cont.)
144:16 190:23 195:25
196:1 197:2 224:7,17 244:7
279:25 280:7 290:3
cases
77:7 87:5 170:15 270:2
cash
37:4 76:16 80:2 89:25
catalyst
13:5,8,12,13 14:14,22
16:15 17:11 18:23 20:16,18
20:24 50:11,12 52:4 80:13
96:4,7 99:8 106:17 121:5
123:5 129:12 131:19
133:14 150:15 183:10,12
183:13,13,14,18 184:14
201:7,10,19 221:21 222:11
228:11,16 235:17 237:4,11
237:19 238:12 241:6
242:21 243:6,17 246:2
247:1,8 248:12,14,20 250:3
252:20 260:17 268:10
269:7 270:15 271:25
273:14,16,25 275:24
278:23 279:9,17
catalyst's
16:18,25 17:23 19:6 106:25
catch
23:23 217:11
catching
227:19
categorize
279:15
category
259:8
cause
12:7 15:20,22 16:12,18,20
17:1,6,8,24 18:1 20:9 31:11
44:2 59:19 80:23 190:19
191:17 203:20,21 216:17
229:21 255:14
causing
172:13 177:14,21 178:24
caveat
37:23 108:3
cc
240:17
center
118:13
certain
30:18 41:9 42:6 43:7 51:8
74:9 79:23 85:20,21 101:19
107:15 123:15 124:10
143:11 144:2 271:18 276:8
278:11,13 280:18 283:24

certainly
22:1,14 29:18 30:23 38:22
42:22 51:2 57:14 85:23
97:19 124:1 131:12 134:11
135:23 136:9 143:19,21
159:13,16 180:23 182:6
198:17 207:12 211:21
215:10 220:20 223:23
250:7 255:9,15 268:22
270:4 274:18 276:12
277:23 278:2 279:16
certainties
86:19
certainty
25:25 120:4
certificate
288:1 289:1
certify
288:7 289:7,13
cetera
10:6 22:18 35:13 98:21,21
117:10
cftc
12:14 18:7
cftc3
221:15
chain
223:14 228:18 233:13
240:11
chance
66:17 90:12 187:19 246:3
275:19
change
35:3 40:23 43:8,12 53:13
53:21 59:7,9,23 60:5 70:20
70:20 71:12 74:10 80:14
91:7 93:5 101:16,17 109:9
114:11,21 116:20 118:4,5
125:24 126:2,16 199:18
215:9 237:21 239:15
251:24 290:4,6,7,9,10,12
290:13,15,16,18,19,21,22
changed
43:7,11 59:4,10 74:13 89:2
91:5 110:25 170:14 214:8
251:1
changes
30:3 34:25 41:8,9 43:17
69:19 92:12 101:18 126:4
135:9,10 136:20 188:1
191:9 207:12 248:2,8,13,17
249:2,7,8,20,24 250:7
251:21,22 252:15,18
288:10,12,15
changing
71:15 114:9

channeling
230:15
characteristics
44:19
characterize
91:4
characterizing
279:10
chart
86:7 90:18 130:2,4
charting
120:10
chartist
120:11
chat
16:9
chats
10:5
check
55:3 73:13 90:21 91:8
98:19 103:21 110:23 111:3
121:19 144:3 179:10
checked
113:15 119:1 121:3,4
122:20
chess
203:15 205:13
chicago
2:5,11,16,22 3:6 20:1
chip
4:21 221:16,19 224:11
choice
215:12
choices
172:19
choose
82:19 88:12 113:22 114:13
191:24 194:25 200:17
209:2
choosing
158:25,25 200:7
chop
115:9
chose
67:24 74:16
chosen
109:15 209:19
chunk
58:15,23
circle
43:23 64:25 93:18
circling
20:6 131:6
circumstance
32:14 210:11 256:3

circumstances
46:19
citations
280:18
cite
278:20
cited
143:16 255:9 256:24
civil
18:9
claim
17:11 18:10
claims
17:14,16,18,25 18:6,8,20
18:22,23 19:1,4
clarify
11:22
clarity
198:2
cleaner
90:1
clear
19:22 21:25 74:25,25 145:6
165:6 238:14 240:11
248:24 277:7
clearer
116:2 150:22
clearing
39:21
clearly
192:8 224:13 265:10,17
click
69:12,13,16 108:21 110:22
116:12 118:15
clicked
109:8
client
51:11 141:17 286:22
client's
284:23
cliffs
135:8
clips
142:2
clock
285:1
clockwise
97:11
close
9:19 79:12 95:11,12 96:15
96:16 129:7 173:20 189:19
257:3 267:10
closed
9:23,24 79:8 235:23
closely
161:2

[closer - consideration]

closer
84:8 262:14,14
closing
89:24 91:18,20
club
36:21 62:21,22 63:1,6,8
clubs
63:1
cme
39:21
coalesced
214:23
collaborative
96:5 250:2,5 273:23 274:6
collateral
39:22,22 40:2,6 216:24
colleague
142:21
collect
111:4
collected
110:24
collection
50:15 124:25 125:9,15
188:7
collective
274:6
collectively
253:14
collects
88:22 100:16,18
colloquial
110:19
color
96:20,23 97:4,5 110:9,13
colored
110:8,10
colors
108:15
column
39:14
combination
47:3 53:20 82:18 84:23
253:12
combinations
84:24
combined
154:9 193:22 256:5
combining
154:3,8
comfortable
49:25 50:18 243:23 253:15
coming
57:15 270:24 278:13
comma
236:3

comment
231:9,12 242:15 264:21
265:15
commentary
148:21 166:6 224:8
comments
223:10 224:9 225:14 226:1
226:13,14 227:11 231:4,19
233:21,24 265:8
commission
1:4 2:3,9 6:17,19
committee
96:7
commodity
25:3 39:3 142:22 207:13
common
30:13,16 37:5 48:22 49:3
67:8 191:23 226:19 258:6
270:4
commonly
28:8 269:25
communicating
10:11 134:9,11
communication
16:4,9 17:3 246:5 248:20
communications
10:4 243:17
community
51:1
compare
113:5 122:2
comparing
113:2
comparison
122:12
compel
285:22
complaint
5:9 143:7,10,15,25 144:1,1
146:19 279:25 280:7,17
281:4 282:16 286:15
complete
12:1 159:10 161:24 288:8
completed
215:11
completely
18:18 21:25 160:20 239:22
253:15
complex
27:9 76:13 125:13
compliance
132:14 201:2,6,20 211:24
complicated
48:11 151:18
component
152:6

composition
58:13,18,23 64:23 77:7
84:13,20 125:5 129:19
179:19 193:7 194:20
199:17 213:12
comprehensive
60:18 138:23 160:9 166:25
comprise
258:21
compromise
52:3
compute
53:21 54:18 86:15 117:6
126:12
computed
199:2
computer
9:12 33:24 34:2,5 123:12
136:5 137:1,16 138:9
185:16
concentrated
215:8
concentration
44:22 215:23 216:12,13
247:17 259:3,13,17,18,25
260:1,8,23
concept
115:13 218:15 220:21
256:6
conceptualization
227:9
concern
146:16 241:23 277:17
278:3
concerned
275:3
concerning
145:24 278:5 282:13,15
concert
228:24,25 229:6
concluded
18:16 19:2 287:13
conclusion
256:17 258:18 266:8
conclusions
265:7
concrete
278:16
condition
45:2 88:25 193:10 209:25
212:23,25
conditions
42:7 43:17 44:14,20 45:5
45:12,18 55:5 58:13 61:7
61:10 63:15 70:21 83:11,20
84:13 111:2 182:22 186:17

conditions (cont.)
190:18 191:17 192:18,18
193:8 194:21 199:17
213:11 214:8,17 245:14
253:19,21,23 254:3,5,6,8
254:11,14 255:20,21 257:3
258:20,21 259:5,14 263:25
conducted
19:24 136:12
conducting
8:24
confer
285:25 286:9
conference
131:8
conferencing
9:13
confidence
42:14 224:25
confine
164:3
confined
193:20
confirm
8:7 9:1 179:9 284:1
confirmation
243:13
conflict
84:4
confused
150:20
confusing
211:25
conjunction
237:6
connected
289:19
connection
117:20 145:25 146:11
connotation
39:25
conscious
179:11 276:17
consensus
278:14
consent
8:8
conservative
279:8,9,11,13
consider
45:1 53:3 60:4 62:3 72:21
76:25 77:3 93:10 182:14
considerable
242:19
consideration
44:1

[considerations - currently]

**considerations**
46:2
**considered**
47:9 54:9 62:2,7,9 64:4
65:6 66:5 70:1 126:19
**considering**
43:25 46:17 47:1 58:9 69:3
80:19 81:3 84:19 193:23
**consisted**
21:17
**consistent**
179:21 209:3 220:21
223:13 253:16
**consistently**
129:5 212:18 213:4
**constantly**
210:25
**constraint**
9:20
**construction**
83:11
**constructive**
276:14
**consult**
286:22
**consultation**
145:1 282:2
**contain**
111:21 115:22
**contained**
126:6 167:13 176:17
259:13 268:10
**cont'd**
5:1
**contemplated**
134:6
**contemplating**
105:4
**content**
165:1
**context**
52:16 65:16,21 66:19 67:1
75:12,14,23 138:1,5,19
139:2,4,10,21 140:24 141:7
142:1 146:18 150:12
155:13,13 161:25 166:22
168:20 169:13,16,18
180:15 181:13 186:7 190:2
190:24 197:25 200:8 205:5
226:15 232:1 286:5
**contextual**
139:24
**contextualizations**
161:1
**continue**
74:13 161:24 162:17,20

**continue (cont.)**
169:15 197:24 198:19
207:17
**continued**
3:1 229:17 238:11
**continuing**
282:9
**contract**
13:3 14:15 20:25 23:1 90:2
102:12,12,13,15 216:2
258:11
**contracts**
26:4 37:13 191:20 203:3
**contribute**
22:16
**contributed**
40:22
**control**
39:5,10 52:25 80:6 81:22
107:17 148:10,16,19,22,25
149:2 150:2,3,13,17 153:4
153:15,19 154:4 175:17,24
196:15,20 198:7 220:18
236:25
**controlled**
21:12,12 22:15,19 23:14
52:25 112:5
**controlling**
129:14,16 149:6,8,18 176:1
**controls**
111:10 184:14
**controversy**
251:20
**conversation**
133:17 142:2,3,3 205:7
281:14 282:5
**conversational**
200:9
**conversations**
136:8 138:3 145:9 146:18
146:19
**conveyed**
138:15 139:14
**conveying**
186:20 239:4
**cooperative**
66:16
**copied**
240:14
**coportfolio**
275:1,7
**copy**
287:5,8
**corporate**
21:14

**corporation**
21:10
**correct**
7:21,22,23 8:14,17,18 13:6
14:23 18:18 24:10,18 26:25
28:7,11,20 31:12,13 35:18
35:19 37:17 41:24 43:19
47:6 62:3 69:23 70:6,22
71:25 72:1,6,8,24 75:6 81:9
94:20 109:17,23 110:5,6
111:3,11 115:11 117:18
118:7 122:10 125:6,19
131:10,15,24,25 134:10
136:24 142:9 143:12
144:12,12 147:14 151:6
153:2,18 156:23 158:17
159:24 161:17 166:16
167:3 169:21 175:2 177:11
179:13 180:10 184:6,24
185:25 186:1,18,19,23,25
193:3 199:5 201:17,19
204:19 205:20 212:8,12
214:20,21 217:17 218:10
219:21 235:7 236:8 239:5
254:7 264:14 268:2 274:12
274:23,24 288:8
**corrected**
185:22 264:8
**correcting**
122:24
**corrections**
288:10,13,14
**correctly**
46:10 160:15
**correlation**
188:15 271:14
**correspond**
102:25 105:20,25
**corresponding**
123:10 260:3
**corresponds**
149:20
**cost**
79:11 174:3 285:22
**costly**
215:17
**counsel**
6:13 7:15 8:17 10:7,11,15
10:16 141:8 144:11 146:20
280:11,14 281:15 282:2,3,5
283:4 286:22 289:16,18
**counter**
17:14,16,18,25 235:23
258:1
**counterbalance**
260:3

**counterclaims**
19:6,7
**county**
289:4
**couple**
30:12 44:19 60:14 87:1
121:25 187:2 203:15
205:13 206:24 222:3 258:7
**course**
44:24 54:10 58:10,12 83:14
83:15 105:11 140:5 200:24
231:5 274:1 285:17
**court**
1:1 6:11 11:5 77:15 146:25
166:5 283:25
**court's**
285:21
**cousin**
22:18 25:2
**cover**
7:9 267:20 286:13
**coverages**
81:11
**covered**
269:14
**covid**
64:14,17
**crash**
100:22 204:8
**create**
37:4 251:19
**critical**
173:18 216:23
**crossed**
198:19
**crux**
194:9
**cue**
57:8,8
**cuff**
209:1 211:21
**curr**
118:21
**current**
28:10 42:10,11 45:1 54:19
54:22 58:12 61:9 62:11,12
73:11 82:2 85:13 99:25
100:6,7,7 104:8 110:4
113:24 115:8 126:2 172:1
178:2 185:5,6,7 197:17
229:18 263:17
**currently**
12:17 23:16,17 25:8 82:17
82:17 117:21 119:23 230:9
232:10

[curve - deposition]

**curve**
56:6,13,16,18 68:13 69:9
70:24 71:2,23 72:2,9
103:23 109:9 114:5

**curves**
71:17,24 72:14 73:2 98:25
99:1 103:19 104:6 126:9,15
176:14

**cushion**
210:21

**cushioning**
210:10

**cut**
75:10 194:18 283:6

**cv**
1:4

**d**

**daily**
55:19 64:4 65:7 67:10
115:14 170:4,6 171:17
196:24 199:7,9,11,14,20
225:3 238:21 239:12,12
248:16

**damaged**
18:11

**damages**
18:2,4

**dashed**
105:23

**data**
55:3 88:22 89:5,13 91:17
97:17 101:7,11,15,17
103:17 110:23 111:4
119:12,21 123:10,21
124:20,21,22 189:8 190:5,9
232:23

**database**
90:4

**data's**
90:1

**date**
6:7 22:1 95:6 101:6,8,20,21
104:9 111:10,13,17 112:2
113:15,24 115:8,9 116:14
116:15,17 175:4,4,5,5
178:1 238:8 248:7 249:22
266:22,22 290:2

**dated**
94:10 115:23 156:16
206:15 221:16 225:7
228:12 233:14 236:5
240:12 288:20 289:22
290:25

**dates**
113:21 115:5,16 250:10
278:6

**date's**
173:20

**day**
20:3 41:16 42:24 49:20
54:2 55:9,15,20 56:21
57:22 59:5,5,7,7,9,9,11,11
59:17,22,24 60:1,3 61:6
62:2,4,7,21,22 63:2,6,6,7
63:16 64:13 65:17 66:5
67:4,5,5,14,14,14,22 69:16
69:16,17,25 74:8,11,11,14
76:7 77:2 80:1 83:2 84:22
86:13,13 87:24 88:9 89:3
91:21,24 98:23 105:12
106:8 114:2 123:3,24,24
124:18 128:8,11 129:10
131:7 151:17 152:2,8
160:23 170:10,24 178:3
184:15 189:9,9,11,11 190:7
190:7,8,8 203:11 209:14
211:1,10 213:23 214:3,6
215:3,10 216:20,20 218:20
230:1 237:5,9 238:19 247:7
247:10,11 256:7 261:14,14
274:3 284:25 285:8 288:20

**days**
12:12 20:3,5 55:10,12,21
55:22 58:15,15,16,17 67:17
67:18,23,25 68:1 89:9
106:7,9,9,10 108:1 112:16
112:17,24 170:12 191:6
214:7 239:14,19 255:12
271:16

**day's**
81:8

**deal**
17:4 285:16 286:18

**dealer**
258:1

**dealing**
256:7

**death**
73:5

**debate**
165:19

**decay**
30:14 32:12 57:21 180:20
262:12

**december**
96:3 206:15 230:7,12,13,14
230:19,24 231:1,18 232:2
248:18 250:1,5 260:19
270:20,25 271:8,13,17
272:8,15,17 273:24 276:12
278:22 279:7

**decent**
73:14 117:2 127:7 242:23

**decide**
46:14 75:18 83:4 99:2
167:25 180:16 242:21

**decided**
248:15 260:15 268:12

**deciding**
167:9

**decision**
18:15 19:1 46:23 215:16
234:12 260:13 274:6

**decisionmaker**
22:12

**decisions**
248:11

**deck**
184:19 274:9

**declare**
288:4

**decline**
52:3 80:5 83:6 92:23 93:1,7
216:20 232:6 237:5 271:4
271:16 275:11

**declined**
126:24

**declines**
188:6

**decouple**
39:6

**decrease**
62:24,25 64:1 67:12 68:4,5
78:17 80:21 81:4,17 87:22
88:5

**decreases**
58:1,8 59:3 60:13 64:3 65:4
65:5 66:4 67:3,6 69:19
72:17,18 192:25 193:1

**deep**
272:11

**default**
54:9,12 55:4 71:5,25 72:12
81:24 111:18 112:13,19
115:16

**defaults**
112:15

**defendant**
1:8 2:13 3:3 12:14

**define**
80:12,14 218:24 227:10,14

**defined**
16:21,22 17:8 93:10

**definitely**
140:22 186:11 202:18

**definition**
25:1 219:5

**degree**
26:1 32:23 84:1

**degrees**
142:3

**delivered**
248:4

**delta**
107:10,12 247:15,16,18,19
247:21 249:11,14 250:11
250:14,15,19,21,23 251:2,3
251:3,24 252:25 253:12,12
266:6,13 267:8,12,25 268:1
268:1,2,4,10,13,18 269:16
269:20 270:1

**delta's**
270:3

**demonstrate**
197:13

**denials**
283:11,17 284:14

**denied**
19:7 281:13,20 282:14,15
283:3,13,19,24 285:4,10
286:2,6

**denver**
229:5

**deny**
144:20 281:3,19

**denying**
281:11,18

**dep**
286:11,16

**department**
39:22

**depended**
55:4 61:6 85:24 115:20

**dependent**
36:19 44:20 47:25 70:15
253:4

**depending**
28:21 56:22 58:17 61:8,9
63:14,15 99:3 100:1 143:3
162:3 163:3 170:10 194:5
214:16

**depends**
28:24 32:8,9 57:7

**depicted**
72:20 176:22 177:1 178:9

**deposit**
39:22 40:2 117:6

**deposition**
1:14 4:8 6:5 7:17 8:2,5,19
8:21 9:14 19:16,23 139:22
142:11 164:3 214:17
284:16 285:17,18,24
286:19 287:6,9,13 288:6,14

[deposition - distributed]

deposition (cont.)
288:15 289:1,9,13 290:2
depositions
141:1,15
deposition's
284:10
depth
56:7,11
depths
190:13
derisked
260:5
derisking
215:12 259:23
derivative
39:20
derived
23:13
describe
29:13 34:15 49:3 100:13
135:15,19 136:5,18 156:21
170:1 200:2,9 212:13 231:6
246:6
described
27:17 33:1 41:12 43:14
46:22 79:1 92:5 109:14
136:11 155:3,10,22 157:2
158:7 159:17,20 168:9,14
170:7,19 174:1 175:6
181:14 188:21,22 194:13
198:5 204:25 211:9 213:4
215:2,24 223:13 226:23
254:4 256:19 258:24
283:16
describes
211:15 212:17
describing
27:6 48:2,3,7 110:1 153:18
156:20 159:10 160:8
182:10 188:3 192:23
195:16 204:18 205:8
225:10 236:7,8 259:21
277:4
description
4:7 5:2 138:23,25 166:25
180:24 181:16 182:15,20
182:25 183:3 193:6 194:3
196:14 197:9,23 200:25
201:3 202:18 203:24 204:2
211:6,21 227:5 265:3
descriptions
182:11,18
descriptors
95:17,19
design
43:2

designate
102:20
designed
33:7 39:9 42:9 60:17 108:7
151:23 196:15 198:7
desire
141:25
detail
135:25 201:4 225:8,23
detailed
60:18 138:6,14,24 160:9
166:25 182:14,24
detailing
286:2
details
235:1
detain
29:24
detains
156:14
deteriorating
156:18
determination
18:25 45:21
determine
35:21,24 57:18 60:8 72:24
84:3 86:2 87:24 116:7
124:15 127:16,18,22 128:5
128:16 145:23 146:9 184:8
200:12 256:22 265:21
271:11 272:24
determined
37:19,22 40:15 54:14 85:1
237:11
determining
36:3 87:21
developed
39:4
deviation
54:21,21 73:11 85:19 87:19
88:16,19 89:14 90:5,6,13
90:24 92:8 110:15 111:7,7
257:5 263:15
deviations
85:15,16 110:17 263:18
devote
40:6
dialogue
10:24
difference
175:22 221:23,24 257:3
different
20:4 22:21 23:15 26:18
29:8 30:4,5,12 32:8 34:23
35:1,10,11,14 36:18 37:10
39:25 40:13,22 44:16 45:4

different (cont.)
47:23 52:21 53:11 56:1,4
57:1 59:20,21 63:16 68:22
70:10 71:8,9,16,17,21
78:25 81:1 91:17 95:9
98:17,20 99:16 103:25
104:3 105:19,25 108:8
111:24 112:2 116:13
121:15 128:24 130:9
132:10 150:12,13 152:11
152:14 155:5 156:4 164:9
172:7 173:9 176:20,21
178:16,17 184:25 190:17
191:16 200:17 203:5
214:13 232:1,1 238:15
243:6 252:11 254:11
262:10 264:3 271:21 272:4
286:12
differently
262:22
difficult
138:1 139:17 151:21
difficulty
191:12 255:14
dig
166:6
digestion
46:13
dimensions
190:18 191:16
direct
50:20 187:16 196:5 206:16
217:8
directing
202:2
direction
43:9 90:11 99:21 210:9
268:16,20 270:8
directional
268:24 269:22,23
directly
118:2
disagree
283:14 284:6
disagreed
274:18 275:23 276:6,19
278:19
disagreement
278:22 279:14,16
discarded
247:18
discipline
211:5
disclosed
274:22

disclosure
51:7 167:17 194:1 211:20
249:15,16
disclosures
167:13
disconnect
14:5,6
discounted
37:4
discovered
132:10 133:2
discovery
144:16
discrepancy
122:15
discretion
167:8,24 226:6,11,22 227:1
227:7,15 236:12 237:3
discretionary
51:2
discuss
225:23 271:25
discussed
155:14 190:22 249:11
261:21
discussing
78:13 187:25 202:14
discussion
10:15,19 16:10,14 96:19
187:17 194:8 209:18
219:25 237:11,19 248:12
272:5,17,20 273:12 278:12
278:13 279:17
discussions
141:17 248:16,17 249:13
273:25 276:14,15
disparate
36:5
display
53:21 57:6,25 73:10,14
107:18,25 108:7 110:24
114:5 120:6,12
displayed
68:12,16 72:25 76:19 97:13
104:16 109:10 111:11
112:5 123:9
displaying
109:15
distinct
226:7
distinction
27:13 226:8,9 227:3
distracting
14:5
distributed
132:18,25 133:2 182:4

[distribution - employ]

**distribution**
86:15 89:24 90:10
**district**
1:1,2
**divide**
115:8
**divided**
115:17 177:8,10,25
**divisible**
115:12
**division**
270:16
**document**
17:17,20,22 94:8,14 95:14
96:17 160:7 194:2 211:20
221:7 223:25 224:21
228:10 238:18 239:25
240:4,6,9 241:5 242:10
243:9,18 244:2,10,15 245:7
245:8,25 246:24 247:24
251:19,20 258:16 259:9
261:4 267:4,21 270:14,17
279:20 280:1
**documents**
9:4 51:7 93:22 94:21 205:5
222:3 280:3,9 282:7
**doing**
21:9 23:2 45:20 47:12
48:16 52:9 61:5,25 66:16
77:14 89:11 91:15 96:5,10
122:12 123:14 135:7 137:9
153:25 154:1,9,16 157:21
161:5 178:3 182:21 200:8
200:12 212:15 218:5 245:2
253:24 258:9,20,22 259:5
260:6 264:9 271:9
**dollar**
107:8 128:3,13 129:22
177:1,9
**dollars**
39:15 128:13 129:23 177:8
177:25,25
**dot**
103:8,13,22 104:5 106:12
**dotted**
103:9 104:9 105:22 106:12
**double**
73:12 91:8 110:23 121:3
122:16 179:10
**doubt**
231:1
**downs**
111:20 149:8,25 150:3
191:6
**downside**
87:8 90:13 92:24 126:22

**downside (cont.)**
190:12 202:17 204:2,4
205:2
**downsiders**
202:18
**draft**
200:5 248:20
**dramatic**
263:8
**dramatically**
59:23 71:16 89:3 91:6
256:9
**draw**
148:4 149:24 150:3 186:17
191:6
**drawdown**
79:18 80:10,11,12 129:1,9
129:11 137:22,24 145:24
146:11 148:12,15,24
149:14,22 150:5,7,8,10,18
172:8,14 173:10,13,17,20
174:9,23 175:8,17,19 176:1
177:15,22 178:18 184:9,12
184:19 185:10,23 186:22
188:9,12,19,20,23 190:19
190:21 191:18 192:3,9,16
193:20 195:4 196:16 197:6
198:9,11,20 204:4,4 205:19
208:24 209:5 211:5 214:19
217:14,22 218:21 219:25
225:8 230:6,8,13,18,21
231:2,6,14,21 233:3,4,8
234:25 236:11,17 237:1,10
237:15,21 238:20 242:18
243:16 244:19 245:3 246:8
248:2,10 249:24 258:18
259:20 263:8 264:1,23
265:4 266:7,25 270:24
272:10,12,17
**drawdowns**
196:15 198:8 229:20
236:23 263:24 264:5
**drawn**
41:10 261:19
**drew**
263:4
**drill**
63:24 74:24
**drilled**
105:15
**drive**
62:17
**driven**
42:17 58:23 195:12 226:5
226:10 227:6

**driver**
63:14,16,20
**drives**
58:14 141:25 258:13
**drop**
111:16,20 112:9 116:21,23
149:8 155:24 216:17
**drove**
265:8
**drown**
230:9
**dubbed**
13:23
**due**
32:15 253:22 255:19
**duly**
7:2

**e**

**earlier**
77:24 98:14 131:7 149:5,12
153:5 155:22 157:12,25
159:17 168:14 170:8 193:5
232:14,20 238:24 239:21
240:15 246:14 256:19
280:25
**early**
39:1 215:5 248:17 268:14
273:24
**earn**
26:15 258:4
**earning**
23:5
**earnings**
121:14
**ears**
164:4 212:7
**ease**
96:19 256:9
**easier**
73:23 285:16
**easily**
45:18
**easy**
85:14
**ebbs**
59:24
**economical**
191:25 195:1
**ecxs**
98:20
**ed**
6:22 77:14 98:19 145:2
153:9,22 159:4 160:2 161:7
161:21 162:12 163:10
166:20 168:8 183:21
217:12 234:24 241:14

**ed (cont.)**
252:5 266:4
**edit**
209:1 241:1 242:23 243:2,6
243:11 244:3,16 255:25
**edited**
244:12
**editing**
223:19 243:18
**edits**
242:20
**ed's**
241:9,10,19
**edward**
1:7,14 2:13 3:3 4:3 6:6 7:1
288:4,17 289:9 290:2,3
**effect**
8:13 93:8
**effective**
15:19 60:16 172:22 175:25
179:5,24 180:2 191:25
195:1 272:8,22 274:5
**effectively**
273:18
**effort**
143:24 243:17 250:2,5
**egnyte**
8:23 9:14,16 93:22 94:3
147:4 202:4
**eight**
261:14
**either**
24:16 32:15 42:5 59:18
67:13 68:4 72:12 82:3 85:4
160:8 180:16 191:20
201:19 203:20 247:3
271:17 286:8
**elect**
85:4
**elected**
260:4
**element**
31:4 171:16
**elements**
26:18 34:22
**elevated**
42:11,11,23,25 43:5
**eliminate**
84:20 137:5,23
**emphasize**
197:24
**emphasizing**
226:9
**employ**
23:3

[employed - exhibit]

**employed**
14:15 23:4 26:14 27:15
**employee**
289:16,17
**employer**
13:3
**employment**
16:21,23 17:9 23:3
**encouraging**
268:15
**ended**
253:8 260:6,23
**endpoint**
131:18
**engage**
10:4
**enjoy**
52:1
**ensure**
121:1 139:23 184:15
280:12,14
**enter**
36:4 69:1 79:22 101:3
111:17 112:2 120:24
121:23 122:24 127:10,13
129:5 219:4,6,11 279:1
**entered**
36:16 81:19 82:1 111:23
123:6 125:16 174:3 259:15
**entering**
112:5 207:19 259:24
278:17
**entire**
33:4 115:21 141:19,20
160:1 163:17 164:24 288:5
**entirely**
79:19
**entirety**
140:23
**entities**
21:22
**entitled**
241:5
**entity**
21:11,14 22:8,15,19 23:14
23:22
**entries**
46:16 226:24
**entry**
27:24 122:16 123:1 225:2
226:11 235:24
**environment**
32:9 37:22 47:17,19 54:23
55:23 56:23 57:16 58:19,22
59:13,16 60:25 61:1,2
62:11 64:11,24 77:4,6

**environment (cont.)**
91:25 92:3,6,6,8,10,11,19
92:22 93:10,14 125:1
126:20,22 129:20 135:10
172:1 179:17,19 197:18
255:7 267:10
**environmental**
46:2
**environments**
59:9 74:10 92:13,14,15,24
172:3 235:3
**equal**
31:1 79:24 113:25,25 114:1
114:2 116:23 156:15
**equally**
115:12
**equals**
225:5,6,6
**equate**
87:19
**equities**
37:3,21 121:13
**equity**
33:16,18 92:16 93:1 121:10
**equivalent**
271:4,15 275:11
**erina**
4:23 233:16 234:3,17
**errata**
288:11 290:1
**error**
122:24
**especially**
55:22 89:1 92:24 159:7
212:3 231:25 257:25
**essentially**
21:12 39:17 71:24 76:17
89:18 90:11 91:22 121:22
124:16 125:2 126:3 147:15
223:20 264:9
**est**
287:13
**establish**
262:25
**estimate**
36:17 37:1,9 74:3 75:3
102:1 103:19 106:13
126:14 130:8 195:20
**estimation**
197:21
**et**
10:5 22:18 35:13 98:21,21
117:10
**evaluate**
46:8 130:2 200:18

**evaluation**
216:14
**event**
266:10,12
**events**
195:20
**eventually**
247:16,19
**everybody's**
12:11
**everyone's**
49:25
**evidence**
59:18 166:19
**evolution**
238:10,23
**ex**
111:20
**exacerbated**
256:8
**exact**
15:18 24:3 73:10 128:10
131:11 194:5 238:22
**exactly**
17:2 44:7 98:24 104:17
106:22,24 149:12 155:2
174:25 179:16 207:3
219:22 238:14 245:7
249:14 251:6,23 258:23
273:6
**examination**
4:2 7:4
**examine**
67:11
**examined**
7:2 52:14 60:11 61:10 70:1
**examining**
44:3 58:9
**example**
12:5 25:1 44:15 50:20
55:13 89:2 101:3 104:21
106:5,6 107:10,19 109:14
109:20 123:8 126:8 128:1
128:18,24 135:25 152:16
172:11 178:22 184:17
202:16 204:20 205:7
220:20 229:17 254:23
256:1 269:19 278:16,20
278:25 281:10
**examples**
88:10 94:24 188:4 222:23
256:24
**exasperate**
259:19
**exceed**
186:18 192:12

**exceeded**
87:25
**exceeding**
204:15
**exceeds**
168:1
**excel**
89:18,23
**excess**
81:15 83:1,13 86:4 88:5
137:3,3 163:2 174:25
178:13 205:19
**exchange**
1:4 2:3,8 4:21,22,24 5:3,5,6
6:17,19 37:20 104:1 228:12
**exclusively**
41:23
**excursion**
55:11 170:16 172:23 179:6
179:25 180:3 225:3,5 236:3
256:15
**excursions**
62:10
**excuse**
242:17
**execute**
156:9
**executed**
272:3 278:15
**executing**
156:12
**execution**
148:18 219:3
**exempt**
21:3,17 23:11 25:3
**exemption**
25:4
**exercise**
91:13 167:24 170:13
**exhibit**
4:7,8,9,10,11,13,14,16,17
4:19,20,22,24 5:2,3,5,6,8,9
8:22,23 9:9 93:20,23,23,24
94:4,9,12 96:12,22 97:2,14
104:7 119:9 123:8 125:22
146:25 147:4,5,8 163:1
171:2,4,6 187:11,14 196:3
196:3,5,9 201:25,25 202:6
205:23,24 206:1,12 217:2,6
221:10,12,14 222:5 223:5
228:6,8 233:10,11,11,19
239:1,3,25 240:2 241:22
242:3,5,14 243:21 244:9
261:2,7 270:10,12,16,16
272:14 279:20,22,24

**[exhibits - find]**

**exhibits**
4:5 5:1 9:5,16 206:9

**exist**
83:20

**existing**
43:15 79:8 95:11 96:15
256:16

**exists**
76:14

**exit**
31:25 219:15 256:11

**exited**
30:2

**exiting**
156:1 256:9

**exits**
226:25

**expect**
43:11 59:13 76:25 89:1
128:25

**expectation**
36:24 183:6

**expected**
247:3 257:5

**expecting**
249:8

**experience**
34:20 42:17,18 46:8,12
54:2 58:24 59:8 64:22
73:22 79:20 86:14 87:2,6
87:16 92:16,18 93:5 129:8
149:7 150:3,14 175:14,24
197:5,17 199:24 200:14
236:22 254:15

**experienced**
62:12 253:19 254:13

**experiencing**
86:10 129:9

**experiment**
253:11

**expert**
167:14

**expiration**
28:23,25 29:8,15,18,20
31:2,4,5,11 32:10 35:2
36:11 45:23 54:14,17 57:9
60:3 71:19 104:21 111:19
111:21 112:16,18,24 116:4
152:15 155:6 156:3 215:13
216:19 225:7 236:5 246:16
262:15,24

**expirations**
44:22 111:24 259:12,16

**expiring**
29:8 216:15

**explain**
26:20 47:11 49:2 61:4,23
73:6 79:6 106:4 161:12
166:10 167:7,11,23 191:4

**explained**
52:23

**explaining**
154:7 224:24 245:2 283:23
285:9

**explanation**
17:23 51:25 65:1 136:23
138:6 153:3 193:11 212:1
244:19 283:12

**explicit**
150:16

**explicitly**
168:21

**exposure**
156:3 207:10 219:16
250:16,21,23 251:3

**expressed**
114:22 269:4

**expressing**
174:15

**extend**
45:25 101:15

**extending**
236:4

**extension**
44:17

**extensive**
196:20,22 199:3

**extensively**
176:13

**extent**
42:23 56:21

**external**
221:22,25 228:15 247:9

**extreme**
44:15 195:20,23 256:11

**extremely**
215:9 253:21 254:4 256:4

**eyes**
122:8

**f**

**face**
71:12

**fact**
21:20 28:2,23 29:19 45:16
51:4 53:17,19 59:10 78:13
126:16 132:2,21 133:6,8,11
134:4 144:23 146:6 157:21
166:22 196:16 198:8 203:9
211:9 219:18,23 220:3,18
251:4 255:24 258:25
276:17 277:16 281:22

**factors**
46:13 47:8 69:21 84:12
149:10 157:14 246:4

**facts**
166:19

**failed**
264:5,12,18

**failures**
264:8,11,25

**fair**
11:9 24:16 25:23 32:1 44:5
136:12 146:8 153:6 201:22
245:16

**fairly**
33:18 47:25 48:11 85:14
86:14 151:20 182:18
196:20,21 199:3 216:20
242:19

**false**
241:21 263:5

**familiar**
39:19 49:12 97:15 134:21
189:9 197:12 201:8,20
221:23 234:20 256:7
281:15

**familiarity**
10:22 34:18

**family**
21:17 24:24,25 25:1

**famous**
34:24

**far**
9:22 45:24 55:12 70:15
101:14 167:4 169:25
182:18 263:20 265:11

**fast**
150:13 265:7

**faster**
29:24

**fat**
87:9

**fault**
285:19

**favor**
9:21 18:22 19:4

**favorable**
254:11

**fax**
2:6,11,17,22

**feared**
9:24

**feature**
117:9 118:15 266:14

**features**
35:11,14 100:15 117:3,3
121:9,11,16

**february**
25:19 34:12 45:4,10 57:17
109:6 131:10 170:22
214:18 215:1,5,6 220:8
240:13,16 241:7 242:13,18
244:20 246:21 249:24
250:8 252:16 254:5 257:1
259:4,12,19,25 260:8,22,24
261:4,11,19 267:11 268:7,9
268:15 269:3 271:17 273:4
274:7 275:22 276:9 279:7

**feedback**
185:12 229:15 258:15

**feel**
61:25 85:23 136:23 194:5
213:9 225:24 241:1 243:11

**fell**
259:8

**felt**
61:15 62:10 63:9 76:11
83:25 138:10 200:21 246:6
273:17

**field**
110:21,22 228:20

**figure**
78:14 83:13 184:20 209:19
241:15 285:2

**figuring**
95:20

**file**
119:11,20 123:12 285:22

**filed**
12:14,16 18:23 280:7,11

**files**
106:25 272:1

**filing**
143:15

**filled**
219:8

**final**
18:25 244:5 256:1

**finally**
202:18 249:12

**financial**
49:18,23 50:3,8,15,21 51:1
51:15 131:24 133:11 134:5
134:10 181:21 183:15
221:3 222:6,10 228:20

**financially**
289:19

**find**
45:8 76:21 84:23 85:18
122:23 123:14 172:9
176:11 178:20 179:14
180:15,17 191:1 192:2,8,15
195:2 202:24 219:3 239:18

[find - function]

**find (cont.)**
253:13 261:2
**finder**
121:8
**finding**
179:12
**fine**
130:21 203:21 285:18
**fingers**
198:19
**finish**
11:3,18
**fire**
47:22
**firms**
219:3
**first**
7:2 11:18 35:16 45:13 57:4
68:19,20 71:6 72:23 73:12
86:6 93:25 94:8,13 95:13
98:2 99:15 146:2 184:11
207:8 211:1 213:20,23
214:3,6 215:1,3 223:4
240:4 245:4,12,13,24
246:11 247:25 255:23
269:3 277:4,5
**fit**
212:3
**five**
47:23 55:7 70:9 71:6,7,7,16
71:17,24,24 72:20 99:1,2,3
109:7 112:15,16,25 113:4
113:23 115:6,18,25 152:11
166:1 172:7 173:8 178:16
178:17 187:2 236:4 286:21
**fix**
116:15
**fixed**
25:22 116:17 203:22
237:13 253:24
**fixes**
14:11
**flag**
81:10
**flat**
45:19
**flatten**
207:23 208:8 218:22
219:15 220:14 237:12
**flattening**
236:12 237:2
**flavor**
159:12 168:11 193:5
**flawed**
218:18

**fledged**
120:10
**flexibility**
197:13
**florida**
289:3,14
**flow**
37:4
**flown**
94:25
**flows**
59:24
**fluid**
60:7
**focus**
48:5 53:16 97:1,2 148:21
150:22 206:9 232:21
255:17
**focused**
68:11 164:17 174:8 240:16
**focusing**
63:23 95:5 165:16 212:19
**folder**
8:23 93:21 147:4 206:9
**folks**
77:20 240:13 243:11,22
**follow**
57:8 151:11 182:1 198:1
286:9
**followed**
274:19 276:7
**following**
113:11 179:8 248:1
**follows**
7:3 207:5 209:18 224:9
**font**
223:7 233:25 235:7
**foolish**
64:14
**force**
246:14
**forced**
258:6
**ford**
4:23 233:16 234:3,7
**forecast**
38:3
**forecasts**
72:3
**foregoing**
288:6
**forget**
89:21 102:7
**form**
16:25 21:14 65:8 67:16
120:25 123:23 153:7,20

**form (cont.)**
159:2,10,25 161:19 166:17
167:12 168:5 181:19
182:12 199:21 203:2
218:12 236:19 244:11
245:9 252:3 266:2 274:15
282:17
**formal**
237:25,25 249:15
**formalized**
250:12
**formally**
23:4 239:20,21 246:22
247:3,21
**format**
10:3 98:24
**formation**
25:18 39:2
**formula**
89:23
**forth**
33:19 36:12 118:13 148:18
223:22 262:2,12 276:15
286:8
**forward**
11:21 13:11 42:15,25 57:2
151:8 208:6 209:8 241:24
244:2 247:25 253:16
**forwarded**
222:9
**forwarding**
222:6 228:19 240:15
243:21
**foster**
2:4 4:4 6:16,16 7:5 9:10
11:14 13:14,24 14:8,12
65:19 66:10,15 67:19 75:21
76:2 77:13,19 78:3,10,11
94:1 99:22 130:13,17,20,24
131:5 139:16 145:22 147:9
153:11,23 154:12,15,20
159:18 160:4,10,17 161:9
162:1,13,19,22,23 163:12
163:19 164:1,8,11,16,21
165:4,7,11,18,25 166:4
167:5,18 168:23 169:9
171:5 185:21 187:1,9,15
194:23 196:10 202:7 206:7
206:13 217:7 221:13
227:20,23 228:4,9 233:9,20
236:24 240:3 241:11,20
242:4 245:11 251:17
252:10 261:8 270:13
274:20 277:14 279:23
282:11,21 283:9,20 284:12
284:18,21 285:12,15

**foster (cont.)**
286:17,24 287:12
**fostermi**
2:6
**found**
132:2 151:16 177:20 196:7
**foundation**
65:9 153:8,21 159:2 160:1
161:20 166:18 168:6
245:10 266:3 274:16
282:18
**four**
95:2 99:1,3 105:19 109:1,7
113:22 114:3,13,17 115:6
115:10,13,18 123:9 147:15
245:13 255:13
**fourth**
259:10
**fragments**
146:14,22
**frame**
28:21,24 36:11,25 60:6
73:18 76:23 85:8 87:1,11
108:18,21 111:8 112:25
113:1 114:16 115:23
116:16 150:15,18 238:22
243:15 250:9 252:24 273:7
277:6
**frames**
46:7 47:24 70:10 71:17
73:1 106:1,4 108:8 114:4
152:11,13,13 155:4,5 172:7
173:9 176:14 178:17,18
197:1,16
**free**
241:1 243:11
**frequency**
52:7
**frequent**
55:21
**fresher**
45:6
**friday**
101:24
**front**
70:18 94:4 109:7 142:8,17
147:3,6 197:3 199:23 242:5
257:11 261:5,17
**full**
12:1 60:4 120:10 142:6
146:7,7,8 201:2
**fully**
12:8 258:2
**function**
101:5 116:10

[functionality - gradual]

**functionality**
124:15
**fund**
14:21,22,25 15:1,5 20:13
20:16,20 22:22,23 23:12
24:21 25:15,18,20,24 26:2
26:15 27:7 28:19 29:6,7,11
30:10,20 31:11 32:5 33:3,4
33:7,14 38:5,9,17 39:2,11
41:6,9 43:15 48:9,14,18
51:14 53:5 54:11 55:14
60:19,20,22 61:2,7,9 62:12
74:5,20 75:6 76:15,16
79:15,18 80:1,6,21,23 81:6
81:11 83:7 88:2 96:5 99:21
106:21 121:1 122:19 123:5
127:11 129:22 133:12
135:3,20 136:6 138:7,18
142:22,24 146:1,12 148:12
150:8 151:21 168:12
170:24 174:21 175:23
178:2 188:10,13,16,21
189:10 190:2,6,10,25 191:2
191:6 193:24 195:21
199:20 201:3,15,21 214:4
214:19 215:20 216:4,10
217:15,22 218:14 219:13
222:11,20,23 227:12
231:22 232:6,21 233:2
234:13,16,20 236:16
237:12,13 239:5 240:23
241:6 246:8,14 248:9
249:25 250:4,16 251:5,8,10
252:17 253:2,18,22 254:7
254:13,23 255:1,11,18
259:18,22,23 260:5,7,11,14
260:18 261:10,18 262:19
264:2,7,13 267:9 268:20,24
269:10 270:24 274:2,3,11
274:14 275:4,6,25 276:8,21
277:20 278:18
**funded**
90:3
**funds**
20:19,22 24:2 25:21 39:18
40:5 82:2 139:1 189:21
231:5 233:3 270:6
**fund's**
25:17 26:9 42:18 72:22
80:7 81:5 135:6 137:4
184:10 185:3 189:2,25
192:11 232:16,18 233:4
259:13 260:2
**further**
11:1 28:5 29:23 31:23
32:17 63:22 83:11,11

**further (cont.)**
126:23 212:1 218:7 226:23
230:5 247:23 249:13 260:3
260:5 272:12 289:13
**furthest**
54:14 57:9
**future**
26:4 33:11,25 36:17 37:6
37:10 38:4 42:5 107:17
257:25
**futures**
14:21,25,25 15:1 20:13,20
25:15 26:7,7,15 33:3 37:13
44:7 69:14 70:5,18,18 71:1
102:12,12 106:14 142:22
146:1,12 201:15 214:4
216:1 218:14 234:16
240:23 241:6 253:2 258:11
278:18
**future's**
90:1 136:21

### g
**gained**
134:14
**gains**
44:3,4
**gamma**
107:13 253:12,13 256:6
257:22 259:1
**gears**
242:9
**general**
35:3 48:17 51:15 61:5,24
99:21 135:6,11 138:14
141:18 193:8 212:14,17
227:11
**generally**
27:15 31:21 75:18 117:3
125:12 134:21 135:13
156:15 207:9 240:8 262:25
**generates**
29:4
**generic**
47:10 48:25 49:7 99:20
125:12 136:23 181:15,17
181:20 182:11,15 183:3
193:5
**genesis**
51:22 191:4
**getting**
147:2 199:13 202:3 218:17
262:14
**give**
9:21,21 36:25 46:6 48:17
49:22 50:7 54:19 55:13,25
61:24 64:5 65:16 66:17

**give (cont.)**
71:9 73:10 84:24,25 85:10
85:16 86:18,20 116:13,13
116:16,18 120:7,13,14,16
120:18 136:23 139:20
159:11 179:10 188:4 193:5
227:11 229:14 246:1,2
267:22 278:16,25 282:23
**given**
8:7,24 15:11 20:3 35:22
38:7 42:24 49:17 55:15
60:1 61:6 64:23,24 66:19
69:22 127:19 146:5 156:21
168:19 192:24,24 194:16
194:19 197:17 213:11
215:23 231:7,14 232:23
248:9,9 253:7 288:9
**gives**
47:23 120:18 127:3 210:4
213:15
**giving**
12:1 73:25 102:18,18
107:10 110:3 139:18,23
154:5
**glance**
214:10
**go**
10:17 11:21 13:11 28:1
31:24 39:7 43:20 56:2
60:17 63:21 65:14 70:14
73:19 76:16 89:6,17 96:21
98:6 100:20,23 101:6,18
109:25 110:2,22 111:3
116:1 117:4 119:9 122:1,7
124:15,22 125:8,11 142:16
144:3 145:4,20 152:8,20
153:9,12,22 155:8,24
157:18 158:10 159:4,21
160:2 161:8,15,21 162:3,12
163:5,16 166:13 167:10
168:2,8,18 169:3,5 179:4
185:16 201:24 202:5
205:23 209:1,23 210:5
211:14 213:15 218:22
219:13,14 220:14 228:25
232:9 233:10 236:10
241:21 252:5 253:17 259:9
261:1,23 263:17,22 264:4,5
264:23 266:4 267:22 277:2
283:1 286:8
**goal**
149:4,5,24 186:12 193:5
197:11,12 198:16 205:16
207:14 208:11 217:13,17
217:22,25 218:4,5,6 219:24
220:1

**goes**
9:22 82:9 106:12 114:2,24
158:23 203:6 208:14 223:3
223:3 262:7 269:20 270:2
**going**
7:9 22:2 37:4 45:8 48:17
49:8,23 51:12 55:25 57:1,6
57:21 63:11,21 74:8 77:11
77:13 78:5,8 79:13 83:8
84:5 92:9 93:19 94:3
102:22 103:20 111:9
113:10,11 115:4 116:9
117:5 122:22 130:25 131:3
139:22 147:3 148:9 163:16
167:7 169:12 170:11 187:4
187:7 202:3 209:5 220:2
223:18 227:24 228:2 229:5
229:6 237:13 241:16 247:4
247:25 248:22 253:16
256:12 262:16,19 265:9
272:17 281:24,24 282:2,3
283:19 285:22 286:14,20
286:25
**golf**
36:21 63:7,12,22
**golfer**
36:22
**golfers**
63:23
**golfing**
63:12
**gonna**
46:20 64:13 130:13 151:12
163:16 166:4 187:1 247:5
282:8
**good**
6:4 7:6 35:9 37:7 40:8,11
49:6 55:9,10,13 57:22
60:20 61:3,4,25 63:19
76:12 78:3 80:5,8 81:21
87:17 89:10 93:16 95:20
121:1 122:12 124:5 128:10
129:24 151:25 154:14
175:16 184:22,23 185:11
185:24 188:15 189:22
193:6,14 202:16 204:14
205:7 206:8 219:5,8,9
237:17 239:19 271:10,23
272:5 273:17 287:11
**gosh**
144:25 146:17 203:13
**grab**
102:14 120:7
**gradual**
210:14

[gradually - historic]

**gradually**
30:1
**grant**
11:25
**graph**
56:9,16 68:13 69:9,16
94:24 95:9,12 96:14,15,16
96:22 97:5 99:24 102:4
103:4 104:15,24 105:10,21
107:2,3,16 109:6,20 118:13
118:18 120:12,15,16 122:7
123:9 124:13 128:12
**graphed**
56:17
**graphically**
68:12,16
**graphing**
120:9
**graphs**
95:7,9 127:25 224:2
**great**
17:4 53:10 59:11 130:22
227:15 269:14
**greater**
39:10 79:14 80:24 84:25
87:9 152:19 155:7 158:3,8
158:23 159:21 161:14
166:12 167:23 172:8,14
173:10,13 174:9,23 177:15
178:19,25 190:19 191:17
192:3,9 195:3 233:4
**greek**
40:23,24 107:14
**greeks**
40:21 41:2 107:6 193:14
268:4
**green**
99:24,25 100:5 102:2,10,25
103:5,6,8
**grew**
80:4
**gritty**
93:19
**group**
52:5 138:20 183:7 275:20
**groups**
40:23
**grueling**
218:20
**guarantee**
186:12 218:7 219:7 230:7
**guaranteed**
218:1 220:6
**guarantees**
186:9 218:2

**guess**
18:17 35:9 37:8 63:14
65:23 93:21 103:3 107:11
108:12 119:7 143:6 144:22
144:22 150:20 195:17
229:10 247:14,15,16
250:20 262:8
**guessing**
99:7 104:12 230:23
**guide**
73:14 85:25 86:20 87:10
**guideline**
157:15
**gut**
213:9
**guy**
201:11
**guys**
51:4 130:18 185:14 241:8
285:1

**h**

**habit**
242:20
**half**
49:9 107:22 130:19 131:17
198:14 208:10
**hall**
181:1
**hand**
39:7,7 106:20 108:5 113:13
147:17
**handful**
82:12 137:9 138:3
**hands**
184:19 274:8
**hano**
4:21 221:16,19 222:5,5,15
222:21
**happen**
37:1,6 38:7 44:23 45:8 70:1
77:1 82:18 152:7 195:25
197:19 205:8 207:4 262:16
262:19
**happened**
68:18 100:21 238:15
239:16 241:13 248:23
254:18 279:4
**happening**
35:4 185:12 209:11
**happens**
98:25 157:18 203:22 204:8
208:22 210:3 213:14
217:15
**happy**
285:18

**harbor**
222:10
**hard**
39:6 101:25 148:17 149:10
150:13 157:13 198:16
207:22 208:1,13,20,21
210:22 211:4 265:7
**head**
14:24 30:7 87:15 89:21
90:9 177:4 257:19
**header**
95:17 96:13
**heading**
247:24
**heads**
203:12
**healthy**
278:11
**hear**
62:18 117:15 145:3 184:1
198:3
**heard**
11:8 52:18 66:23,23,24
81:12 141:7,14 143:22
196:13
**hearing**
14:4 19:9,14,19,23,24,25
**heated**
276:15
**heavily**
260:17
**hedge**
31:23 137:4,23 152:20
155:8,17,18,20 156:2,8,11
158:11 159:22 161:15
162:3 163:6 166:13 167:10
167:25 168:2,18 169:3,5
210:1,5,13 211:10 212:23
213:16 241:6 258:10
**hedged**
14:21,25 15:1 20:13,20
25:15 33:3 142:22 146:1,12
197:5 201:15 214:4 218:14
225:2 234:16 235:23
240:23 253:2 278:18
**hedges**
158:23 191:22 211:2 215:4
**hedging**
155:25 156:4 172:17 179:3
191:18 210:14,17,17,20,25
**heels**
270:24
**heightened**
246:13
**held**
19:25 24:2 25:20 26:1,2

**held (cont.)**
33:14 38:4,9 48:12,12
215:20
**help**
7:14 11:1,5 37:25 46:24
49:6 119:12,21 121:11,11
169:11 195:14 246:15
284:9
**helped**
265:13
**helpful**
54:22 122:14
**helps**
73:8 86:20 87:10
**hey**
49:22 59:20 85:22 117:5
144:11 219:5 226:20
**hffs**
240:22
**hfs**
240:19,22
**hi**
6:18 217:12
**hiccup**
46:11 89:5
**high**
31:6 47:19 59:16 60:25
92:7,11,14,21,23 93:3,6,15
126:21 135:5 148:24
149:15,23 150:7 173:20
184:10 185:3 188:23 189:2
189:5,22,24,25 190:1,14
191:3,10,11 196:25 197:15
230:10 232:10,13,18,22
233:2,4,8 236:11,17 237:1
237:17,22 239:5
**higher**
43:1 45:20 86:8 92:25 93:4
93:14,14 196:17 198:9,21
259:2 260:8,23 269:20
270:2
**highest**
201:3 232:15
**highlighted**
108:14,17,24 109:3 116:11
**highlights**
108:16
**highly**
85:2,2 195:23 253:4 256:11
257:7,8 276:22
**hindsight**
215:18
**hired**
201:11
**historic**
184:10 185:3

**historical**
101:10,15 102:22
**historically**
257:2
**history**
44:16 125:14 260:2 269:12
**hit**
53:2 207:2 208:7 209:4,5
209:14 218:16,19 219:12
258:5
**hits**
219:6
**hold**
15:9 52:4 166:7 175:15
191:20 205:24 252:25
**holders**
21:9
**holding**
36:4,23 77:15 207:14
**holdings**
22:10,13,20 23:20,22,24,25
24:2,6,20 35:22,24 36:7
70:5,5
**hole**
63:15
**holes**
124:21
**home**
119:11,21,23
**honest**
223:15 224:1 231:8
**honestly**
17:5 24:13 49:20 50:25
51:6,10 66:9 97:16 108:15
267:1
**hope**
91:4
**hopefully**
193:12
**hopes**
267:12
**horizon**
47:4 53:20 111:11 255:10
**horizons**
36:18 37:11 57:1 136:19
225:6 236:4
**horizontal**
107:4 118:9 176:22
**host**
194:15
**hour**
77:14 122:11 130:19
284:17
**hours**
240:15 282:6,20 283:19
284:6,9,22 286:14

**house**
4:10,12,13,15,16,18,19 5:8
49:11 51:20 52:13,16 131:8
131:22 134:23,25 135:4,18
140:4,13,14,18 141:4,22
142:18,20 143:12 144:2,15
144:18,20 145:5 146:1,7,10
146:23 147:1 150:23 151:5
152:23 154:25 158:1
159:23 160:1 167:21 170:2
170:20 171:7 173:3 179:20
181:1,11,18,23 182:10,13
182:19 183:2,9,19 186:4,5
186:14 187:12,24 193:18
193:25 195:16 196:3 202:1
202:13 206:14,15 212:7
213:6 217:4 220:25 226:16
261:3 266:23 267:15
280:18,20,25 281:20,23
282:14,16
**how's**
45:19
**hundred**
77:11,12 128:18
**hunter**
3:9 6:10
**hurt**
92:15
**hypothetical**
44:1 47:12

**i**

**i.e.**
253:20
**idea**
91:24 108:4 133:13 134:16
224:20 225:13 234:18
**ideal**
30:1
**ideally**
124:22
**ideas**
273:16,16
**identification**
9:9 93:24 147:8 171:4
187:14 196:9 202:6 206:12
217:6 221:12 228:8 233:19
240:2 242:3 261:7 270:12
279:22
**identified**
31:23 39:19 82:23 83:16
178:8 213:7 225:2 235:21
264:12 265:1 266:5
**identifies**
158:21
**identify**
7:15 9:6 15:21 33:8 41:19

**identify (cont.)**
83:10 152:17 156:17,24
157:19,21 161:12 166:10
172:11,13,16,17 177:14
178:8,21,24 179:1,3 194:14
209:25 211:2 212:22,25
213:23 215:3 248:21
251:24 264:24
**identifying**
207:15
**ignoring**
164:19 165:15
**illinois**
2:5,11,16,22 3:6
**illustrate**
235:2
**illustrates**
265:16
**illustration**
220:17
**image**
43:3
**images**
8:4 95:20
**immediate**
170:18
**immediately**
15:20 56:24 74:12 77:9
83:3 104:15 109:20 110:7
146:16
**impact**
30:4 57:25 61:11 69:22,23
70:4,21 127:19 128:3,16
152:18,19 156:24 158:3,21
159:20 161:13 163:2
166:11 167:23 192:11
196:23 199:7 229:18
246:16 253:22 255:18
**impacts**
172:12 178:23
**impair**
12:3
**impatient**
199:13 226:1
**implement**
172:24 178:11 179:6 180:3
180:7
**implemented**
272:25
**implicit**
159:13 167:2 192:16
211:13
**implied**
126:10 180:24
**important**
30:22 33:6 38:12,16,22

**important (cont.)**
40:21 44:11 51:4 92:7
103:16 138:13,19 139:5,9
139:13 140:2,8 152:6,14
155:5 159:7 169:13 171:16
186:12 190:6,9 191:13
212:8,11
**importantly**
32:10 54:18 193:25
**impossibility**
71:13
**improve**
248:2 249:2,21 251:4,21,25
252:2
**improved**
252:13,16
**inched**
262:14
**include**
60:12 143:10 255:25
**included**
39:12 67:11 96:19 142:21
247:19 280:17
**includes**
69:8 94:19 101:10
**including**
9:4 10:5 34:24 89:13 141:5
155:25 181:24 184:14
249:11
**inclusive**
225:6
**income**
23:5,12,13 25:22 237:13
**incorporated**
268:1 269:16
**incorrect**
69:5 89:6 184:18 215:19
218:18 281:15
**increase**
32:19,23 44:2 61:12 62:24
62:25 64:1 67:12 68:4,5
115:1,2 127:7,8,24 128:1
255:13
**increased**
32:15,15,17 70:2 126:10
**increases**
58:1,8 59:2 60:12 64:3 65:4
65:6 66:4 67:3,6 69:18
72:16 188:6 192:25 193:1
258:13
**increasing**
126:23
**increment**
114:7
**increments**
113:25 114:3,6 192:24

[increments - judgmental]

**increments (cont.)**
193:2
**independent**
30:4 35:3 258:25
**independently**
128:9
**index**
4:1 26:3 37:13 45:16 58:2
59:3 60:13 64:2 65:5 66:5
67:4,13 68:6 69:19 70:2,4
89:17 98:8 136:21
**indexes**
68:23 89:8
**indicate**
42:22 108:11 110:12
**indicated**
42:20 43:12 113:20 275:8
276:6 288:11
**indication**
129:7,8 239:19
**indicator**
269:23
**indicators**
38:21
**individual**
54:16 105:3 121:9,12
142:15 201:7 222:20
223:22 228:23 233:15
235:21,24 268:3 283:1
**individually**
282:19
**individuals**
7:16
**indulge**
79:3
**info**
120:18
**inform**
43:4 116:25 285:6
**informal**
166:23 197:25 226:17
**information**
35:16 36:6 42:5 61:17
68:12 69:2 74:1 85:10
90:23 95:6,17 97:13 103:2
104:14 109:10,15 113:12
118:20 120:17 121:19
123:11 129:3 134:9,22,25
135:3,17 136:14 138:15
139:13 154:24 180:25
181:21 222:9 224:19
225:17 239:13 268:2,11
269:16 271:7,23 277:12,15
285:21
**information's**
113:20

**informative**
61:20 268:18
**informed**
15:14 16:11 17:1 22:25
**informing**
20:8 36:7
**inherent**
30:16 41:3
**initial**
69:4,12 256:2
**initiate**
17:15
**initiation**
28:14 31:16,21
**initiations**
32:1
**input**
35:16,19,24 73:13 88:11
126:4
**inputs**
71:11,15 91:9 104:2
**inputted**
35:20
**inquiries**
49:4 223:11
**insistent**
51:24
**instituted**
249:12
**instruct**
284:7,10,20
**instructing**
275:24 282:21,24 284:13
284:15
**instructions**
274:19 276:7
**instrument**
26:5,11 69:13
**instruments**
25:23 26:1 69:11 210:17
**intact**
248:1 253:18
**intelligence**
36:13
**intended**
11:12 41:16 138:6 198:4
**intent**
159:8 168:11 180:23
197:23 200:18 251:18,20
251:25
**intention**
149:11 197:2 199:22
205:15 247:2
**interaction**
41:2

**interest**
24:1 143:4 275:4
**interested**
24:21 49:18 133:11 181:21
207:3 246:5 270:4 289:20
**internal**
132:9 133:21 150:16
221:22 246:7
**internally**
133:16 172:25 249:10
**interpret**
106:22
**interpreted**
225:14
**interpreting**
232:7
**interrogatories**
163:20,23 282:1 283:10,11
283:15,21 285:11 286:7,15
**interrupt**
241:8
**interrupting**
165:7
**interval**
100:17
**intervals**
100:18 113:24
**introduce**
6:13
**intuitive**
268:25 269:24
**investigation**
10:21 12:13 18:12
**investment**
96:7 138:24 191:1 221:6
**investments**
22:12 50:23
**investor**
190:25
**investors**
24:21 50:20,23 133:12
138:20 181:22 183:7,9,17
194:3 198:1
**invitation**
50:13
**invitations**
134:14
**invited**
50:16,16
**inviting**
243:1
**involve**
18:1 76:13
**involved**
7:11 12:15,22 52:1 72:21
74:4 75:4 82:24 85:24 86:3

**involved (cont.)**
137:3,22 149:11 182:25
227:15 260:18 283:3
**involving**
47:8
**irresponsible**
64:20
**issue**
10:16 11:24 31:3 194:9
281:21
**item**
271:11

**j**

**jacked**
258:8
**jackson**
2:5,10,16,21
**jake**
2:9 6:18
**james**
3:4 234:17
**january**
12:16 15:10 20:9,10 21:20
23:2 45:3 131:10 143:15
228:12 239:3 268:12
272:16
**jerry**
15:16 183:20 233:15
235:16 242:2 244:2,3
**jerry's**
241:10
**jessica**
217:24
**jim**
6:20 162:14 165:18
**jkopecky**
3:7
**job**
1:25 90:18 272:18
**joint**
248:11
**joking**
77:24
**judgment**
46:3,8,24 54:6 56:7 58:24
60:8 62:15,19 77:5 83:25
84:1,11 85:3 87:6 137:12
137:14 159:14 167:8,17
168:13,16,17 170:17 174:7
179:15 180:19 184:17
192:17 195:9,11,16 208:14
211:13 215:18 218:17
235:17
**judgmental**
84:10

[judgments - life]

**judgments**
195:13,14 216:21
**july**
1:15 6:8 288:9 290:2
**jump**
190:15 202:25 203:4
204:17
**juncture**
265:2
**june**
202:2
**jury**
268:22

**k**

**kaplan**
222:16,18
**keep**
73:7 77:24 84:12 99:6
106:18 201:23 211:18
**keeping**
99:19 284:8
**kept**
123:4 133:16
**killingbeck**
1:24 6:12 289:6,24
**kim**
242:2
**kimberly**
142:21 274:1 276:25 277:9
**kimberly's**
271:22
**kind**
32:8 36:13 49:7 55:1 59:13
63:14 66:18 71:13 85:18,22
86:9,18 87:10,13 89:1
92:17 104:4 122:6 125:17
135:11 138:1 190:25 191:3
193:8 197:21 203:7 211:13
238:17 246:3 255:10
258:17,25 262:15,18,25
268:17 273:7
**kinds**
193:9 218:3
**knew**
51:3 76:4 128:11 140:14
201:18 216:18 262:16
**know**
9:15 10:14,21 11:7,16,23
14:5 21:19,24 26:13 27:4,5
27:12 30:7,22 31:17 33:16
34:17 35:9 39:6 41:16,17
43:25 47:8,11,21,22 48:4
48:20,22 49:6,11,19 50:1
50:16,18,25 51:1,6,10,20
52:17 53:1,6,19 55:6,10
56:9,11,15,21 57:13,15,15

**know (cont.)**
57:16 58:11 60:2,16 61:4
61:16 62:22 63:12,13,18
66:2,9 68:8 70:1,13 71:12
73:3,6,22 75:1,11 76:11
77:14 80:19 84:4,6 85:6,14
85:17 86:6,15,22 87:11
88:25 89:1,22 90:8 91:4,17
92:21,25 93:11 95:7 96:3,4
96:8,14 99:20 101:16,18
104:11 105:5 106:19,20,23
107:9 108:18 109:2,13
110:1,2,3,9 116:11,24
117:7,23 118:3,11,22 119:5
119:10,25 120:8 122:17
123:13 124:2,4,9,21 125:10
125:24 127:4,12,18,24,24
128:1,2 129:1,21 130:1
131:16 135:7,8,9 141:19
142:23 144:11,23 145:8,9
145:12 146:14,18 150:10
150:17 155:12 156:18
157:14 159:5 169:25
174:17,18 175:3,6 181:20
181:24 183:3,4,8,20 184:11
187:19 188:4 189:2,5
190:11,13 191:15 192:24
193:20,21 194:24 200:25
205:3,5,6 206:24 207:3,8
207:16 208:3,10 209:2
212:17 213:4,5 220:3
221:21 222:19 223:17
224:12,14 225:15,25 226:8
226:21 227:10 230:15,22
230:25 231:6,18,22 234:7
234:19 235:14 237:23
239:13 241:12 242:20,23
244:6 246:7 247:2,6,11,12
249:2,9,10 250:10 251:6,25
252:6,15,22 255:9,23 256:5
261:12,17 263:19 264:15
265:1,2,6 266:6,9,9 267:14
268:7,23 269:9,10,21
271:19,22 272:8,19 273:6
273:10,18 274:5,7 275:9,12
276:12,18 277:5,9,11 278:7
281:10,19 286:3
**knowing**
85:5 100:22 174:2
**knowledge**
213:16
**known**
28:8 51:25 108:15
**kopecky**
3:4,4 6:20,20 7:19 8:17,20
11:11 13:22 65:8 66:7

**kopecky (cont.)**
67:16 75:10,23 77:22 78:4
98:12 130:18,22 145:18
153:7,20 154:2,14,18
158:20 159:25 160:6 161:7
161:18 162:7,17,20 163:9
163:14,22 164:7,9,14,18
165:2,8,14,23 166:2,17
167:12 168:5 169:7 206:5
233:6 236:19 241:8,12,23
241:25 245:6 251:15 252:4
266:1 274:15 276:25
281:24 282:17,23 283:14
283:22 284:5,15,19 285:7
285:14,25 286:20 287:3,6,7
287:10
**ksrlaw.com**
3:7

**l**

**labeled**
95:10 112:6 114:10 233:12
**labeling**
69:5
**lack**
18:21 198:2
**lands**
93:15
**language**
15:19 72:8 173:3,18,24
181:18 200:1,4 201:1 212:3
223:6 224:6 235:18 256:1
**large**
26:3 44:21 84:1 103:7
142:2 154:3 210:5 213:15
214:19 242:18 260:1
**largely**
45:14
**larger**
92:9 148:12 226:10 263:8
**largest**
148:12,15 196:16 198:9,11
198:20 259:13,24
**lasalle**
3:5
**late**
23:2 143:15 199:13
**launch**
122:21
**launched**
14:21
**law**
2:4,10,14,15,20,21 3:5
121:17
**lawsuit**
12:14 18:9 201:16 220:7

**lawyer**
251:11
**lead**
137:12
**leading**
268:7
**learn**
16:17,24 132:15 134:3
**learned**
40:19 132:17 133:18
140:13,15
**leave**
126:21 275:6
**led**
135:12 263:8
**leeway**
282:24
**left**
87:9 102:24 106:2 113:13
131:19 177:2 238:12
282:10
**legal**
12:15 18:21 25:1 200:7
280:3,9
**legend**
105:20 106:1
**legitimate**
286:6
**legs**
41:4
**lengthy**
46:23 214:16 253:10
**lesser**
32:22
**letter**
283:16,23 285:7,8,9,9,13
285:15 286:1,9
**level**
39:17 42:11 43:15 58:1
59:3 60:13 66:4 67:3,12,17
67:20,21,23,24 68:5 69:19
69:22 74:15,15 81:21 87:17
126:2 128:9,12,13,14
129:14 135:5 136:20
138:14 143:3 172:4 174:6
177:20,22 200:23 201:4
216:23 219:10,12 221:8
253:5,6,12,13,16 256:16
263:17
**levels**
41:9 42:20 43:12 60:15
68:16 70:12 85:16 179:17
253:11
**life**
25:24

**[light - lots]**

**light**
83:15
**liked**
86:25 106:17
**likelihood**
58:19 77:5 84:14 162:4
163:4 167:8 174:6 179:15
197:21 200:19 208:15
209:16 216:16
**limit**
45:9 145:24 146:11 149:24
152:20 155:8 157:9 158:3,4
159:21 161:14 163:3
166:12 167:24 168:2 184:9
184:12,21,23 185:10,24,24
186:3 197:5 220:7,19
234:25 250:21,22 251:3
284:11,17
**limitations**
40:4
**limited**
10:5 34:19 49:20,20 50:2
**limiting**
217:22 220:4 236:23
**limits**
175:17
**line**
71:23 83:17 95:10 99:24,25
100:6 102:2,10 103:1,9
104:10 105:23,23 106:11
106:12 108:10,14 109:8,16
110:8,8,11,12,15,22 112:6
116:11 122:8 123:2,10
129:16 147:23 148:6
151:10,10,14 152:21
154:22,22 155:9,19 157:3
158:12,24 159:22 161:16
166:14 168:3 169:4,6
171:11 172:15 177:16,17
177:19 179:1 180:1 187:18
190:16 196:6,7,12 198:16
202:10,22 206:17,18
217:9,12 218:8 229:14
262:7,20 263:4,5,6,23
265:10 266:18 282:9 290:4
**lines**
71:24 72:20 103:9 105:19
105:20,23 107:24 109:7
110:24 111:3,5 112:4,13,20
113:1,4,6,13,23,23,23
114:3,13,17 115:6,6,18,18
115:25 116:1,2 123:9 148:3
171:9 178:14 179:10 192:4
202:11,22 262:25

**liquidate**
210:15 258:4,5 259:1
**liquidation**
258:6
**list**
50:13
**listed**
270:7
**listen**
52:20 133:5 134:15 141:11
145:4 161:2
**listened**
140:17,22 141:3,18,19
143:16 145:2,13 146:7
160:25
**listener**
206:19
**listeners**
212:7
**listening**
144:18 183:2
**listing**
68:22 69:6 151:21
**litigation**
7:8
**litmus**
46:9 89:10
**little**
13:16 14:4 19:13 27:20
38:15 46:22 50:18 51:24
55:15 57:22 63:11 73:23
74:10 79:4 89:4 90:1 91:7
93:18 99:16 102:11 118:21
135:15 148:15 150:20
184:25 196:17 197:12
198:9,21 208:3 220:9
225:23 227:19 230:9
232:10,14 260:23
**living**
55:16
**llc**
2:14,20 3:4
**load**
227:15
**loaded**
103:15
**located**
103:6
**locations**
7:20
**locked**
64:9
**log**
120:22,25 122:14 123:4,6
272:23

**long**
28:17,25 29:15,24 30:5,19
31:10,20,20 62:17 74:16
76:5,12 77:2 79:23 112:25
115:23 117:7 131:21
142:18 174:5 202:20 214:9
255:10 262:24 264:17
**longer**
15:8 18:14 143:5 178:12
192:2,12 195:2
**longest**
225:7 236:5
**look**
13:22,23 36:25 44:18 45:17
45:22,24 48:21 49:22 54:1
54:16,23 55:17,17 56:2,23
57:1,11,12,14 58:4,6 61:22
64:19 67:2,5 69:10 70:7,10
70:16,23 71:18,20 73:8,16
73:19,24 77:7 78:19 81:8
83:6,8,17 84:4,7,8 87:17
88:23 93:22 94:18 97:15
98:23,24 99:7,17 105:6,10
105:17 108:21 110:25
115:21 121:14,14 126:23
128:11,14 130:1 146:23
151:20 152:11 155:4
156:17 157:13 158:6 172:6
173:16 176:9 177:20
178:15 187:10 189:11,13
189:13 190:13,18 191:16
196:2 199:19,19 208:13
209:24 210:11 212:4,21
213:10 214:7 219:25 228:5
243:20 244:3 245:21
256:20,23,25 263:16 269:3
269:11 272:23 282:18
283:1
**lookback**
86:13 89:5 91:21,25
**looked**
56:5,21 59:4 60:21 67:18
67:21 68:3 70:24 74:14,15
74:20 76:6,21 81:10 91:7
102:4 124:17 146:9 153:13
170:15 173:8,18 175:6,6
177:19 178:17 186:4
188:25 191:9 193:19
194:14 213:5 216:16 239:8
257:20 263:14,18 268:15
**looking**
39:13 42:12 44:23 48:15
56:13,15 58:15,17,21 59:6
59:17 61:15 66:6 70:3,19
71:2,3,3 72:25 73:1 76:7
78:13,20 79:10,13,16 80:18

**looking (cont.)**
80:19,22 81:3 87:1,11
94:22 98:12 99:4,11 100:4
100:5,11 102:1 106:22,24
108:18 109:13 112:23
115:19,21,24 116:3 122:6
125:23 126:3 157:15 158:2
172:7 173:8,9 174:23
176:18 177:4 178:18 181:5
188:8,19 202:21 204:13
207:11 208:6 209:8 211:9
211:10 218:17 223:25
224:20,25 240:4 245:17
273:7 277:23,24
**looks**
9:25 57:7 95:2 96:9 97:19
97:24 99:14 100:1 107:21
111:14 179:11 205:25
224:10,22 228:21 231:24
234:2 235:9,10 264:1
269:11 277:3
**lose**
30:10,20 31:11 268:21
**losing**
29:17
**loss**
43:1 72:21 74:4 75:4 76:22
84:25 86:3 98:13 99:5,10
99:18 106:21 118:3 128:17
137:3,13 149:18 156:6
178:4,9,12 207:1,2,14
210:5,22 213:15 218:9,12
218:15,25 219:4,11,14,17
219:18,20 220:19,21 221:2
221:5,7 224:7,17
**losses**
42:5 44:2,3 148:10,22
149:1,2 153:15 154:4 220:4
220:18 270:21
**lost**
84:18 232:2
**lot**
29:7 30:5 32:8 46:2 47:14
52:17,20,21 53:10,10 56:1
60:7,8 63:18 71:21 81:20
85:18 96:5 118:15 120:4
121:10 127:9 135:23,24
150:12,12 156:4 157:22
170:12 182:19,19 189:16
189:19,24 199:15 200:17
214:13 215:20 223:21
227:11 246:4 273:9 277:8
277:20 285:23
**lots**
17:6,6 35:14 48:16 76:13
121:14 157:14 172:21,21

**[lots - mean]**

**lots (cont.)**
175:9 197:15 226:24,24

**low**
25:22 42:13 47:17 55:22
59:15 60:25 88:25 92:3,9
92:13 93:4,10,13 126:20
216:5,18,25 253:21 254:4
254:24 255:7,13 256:3

**lower**
42:16 45:20 86:9 92:15
106:1

**lowest**
257:2

**lr**
118:9

**lunch**
130:15

**m**

**magenta**
110:13,14

**magnitude**
44:3

**mail**
4:9,21,22,24 5:3,5,6 15:16
15:17,18 16:1,3,5,9 20:7
94:7,8,16,19 95:8,15,16,23
95:25 101:21,22,23 221:15
222:10,11,12 223:1,14
224:10 228:11,18 231:9
232:22 233:13,13 234:3,9
235:10 240:12,14,15,17
241:9,19,24 242:11,14
243:10,22 248:8 270:19
271:19 273:6 275:18

**mails**
9:5 10:5 223:18 240:11

**mail's**
270:23

**maintain**
211:5

**maintaining**
248:3

**major**
172:12 178:23

**majority**
28:12 87:5 227:13

**making**
29:6,16 46:10 50:23 69:3
167:15 195:13 226:7,8,12
226:14 271:20 273:7
275:12

**manage**
23:11 49:1 60:18 117:21
135:20 136:6 139:1 149:1
172:25 174:5 216:21
217:21 229:20 233:2,8

**manage (cont.)**
236:16 265:13 273:17

**managed**
21:16,18 22:15 51:9 55:14
138:4,18 142:22 168:12
173:25 174:1,21 184:13
236:21 249:25

**management**
22:24 27:25 38:12 81:21
137:10 148:3,5,10,14
153:14 155:15 183:25
184:5 196:14,15 198:6,7
203:2,7,16 205:14 217:18
224:4,6,17 248:3,9 249:3
249:18,21 250:6 251:4,8,21
252:1,2,8,13,17,21 260:18
260:18

**managements**
149:2

**manager**
15:5 20:13,15 25:14 51:14
52:2 64:20 84:16 129:13
195:15 201:12 249:4 250:4
251:10 274:23 275:1,7

**managing**
20:19,24 21:7 22:7,19,23
23:9 25:7 31:3 33:7 48:8
54:11 57:19 96:4 120:25
138:7 146:12 183:1 189:9
190:6,10 198:16 214:3
218:13 231:5,22 234:20
253:1 264:6,13,19 266:11
275:25

**mandate**
254:10

**manor**
46:23

**manual**
60:18 124:8

**manually**
111:17 112:2 124:4

**mar**
95:11,12 96:15,16

**march**
45:3,6 57:17 94:10 96:3
100:10,12 101:21,22 104:9
106:13 108:2 187:12 196:4
247:20 249:13 250:8
253:10 256:25

**marching**
201:24

**margin**
39:24,25 40:18 41:5 216:23

**margins**
40:2

**mark**
70:25 148:24 149:15,23
150:8 173:21 184:10 185:3
187:1 188:23 189:3,6,22,24
189:25 191:3,11,11 228:23
229:10,12 230:10 232:11
232:14,18,22 233:2,5,8
236:11,17 237:2,17,22
239:5

**marked**
8:21,22 9:9 93:20,20,24
147:4,8 171:4 187:14 196:9
202:6 206:9,12 217:6
221:12 228:8 233:19 240:2
242:3 261:7 270:9,12
279:22

**market**
25:21 26:23 27:2,18,19,21
28:6,10,16,22 29:12,25
30:11,13,18 32:4 33:2
40:23 42:7 43:7,10,17 44:4
44:14,20 45:1,4,9,15,19
47:22,25 54:19 55:4,17,24
56:6 58:12,22 59:8,13,16
61:7,9 62:11 64:24 70:21
71:14 73:11 77:6 82:15
83:10 84:3,13 85:13 86:8
86:11 99:25 100:18,22,24
101:7,10,15 102:21 103:14
103:18 111:2 124:25
129:19 135:10 151:24
170:11,15 179:19 186:17
192:18 193:8,10 194:21
197:17 199:17 203:12,18
204:5 205:8,11 207:20
208:18,22 209:7 210:3,4
213:11,14 214:7,17 215:9
216:17 219:7 229:25
237:14 253:19 254:3,6,25
258:1,13 263:3,16 269:20
270:2

**marketing**
52:1 77:4 132:18,23 182:22
183:23 235:3

**marketplace**
35:5 45:14 59:19 82:4
219:12

**markets**
68:23 92:16 188:4 207:13
207:18,18 262:10

**marks**
150:12 190:2

**marries**
225:18

**mass**
111:13,13 115:9

**match**
143:24 152:14 155:4

**matched**
143:18 145:15

**matches**
72:9

**material**
59:24 74:12 243:18

**materializes**
162:5

**materially**
243:5

**math**
45:15 85:24 89:21 268:16

**mathematical**
86:20

**mathematically**
90:14

**matrix**
68:21,25 69:1,5 119:25
120:5,13

**matter**
6:6 10:6 12:13,25 13:1,2
81:8 270:20 279:12

**matters**
12:21 18:2

**mature**
181:6

**max**
219:25 230:6 234:25

**maximum**
30:24 217:14 224:7,17

**mean**
11:12 15:2 32:7 35:10,23
41:25 47:10 48:7 49:19
50:8 55:23 64:5,7,8 65:15
67:8 68:15 72:7 75:14,24
75:24 76:3,3,3,4 79:6,16
82:9 86:24 91:17 92:14,22
97:5 98:22 105:22 108:25
114:21,23 119:5 122:5
123:17,25 125:25 128:6
132:21 134:24,25 142:13
148:23,25 150:6,7 155:19
155:20 156:8 157:7 158:19
174:18 177:17 181:23
182:5 186:13,16,16 191:4
194:10 204:11 208:2 212:2
212:6,7 213:1 215:22
219:23 220:1,25 223:21
224:1,10 225:12,20 231:23
238:9,11 239:17 248:25
250:20 251:7 252:8,12
259:6,21 263:19 269:13,17
273:20 279:15 286:11

[meaning - moment]

**meaning**
21:3 28:18 36:3 53:1 57:8
72:25 79:22 106:19 121:4
142:6 191:18 196:23
211:22 218:16 219:14
**meaningful**
83:8,10 108:6 129:18 194:7
252:7
**means**
8:9 32:11 55:8 76:15 79:7
79:11 100:3 106:6 107:11
109:2 113:22 116:25 121:6
126:1 139:18 155:21 181:7
184:5 188:22 208:13 209:3
227:13 247:25 277:22
**meant**
75:17,19 140:7 174:3,16,20
174:24,24,25 177:18 181:6
188:24 200:2 201:2 212:2
213:3 231:24,25 232:2
**measure**
33:1 40:11 42:10 81:23
82:8 86:11 107:9,12,15
115:2 175:5,12 176:7 184:9
230:22 237:18 250:11,21
251:2,7,11 252:20
**measured**
40:13 81:25 82:2 128:8
173:19 174:11,11 185:2
**measurement**
80:9 185:5 233:1 237:25
238:19
**measuring**
85:20 174:12
**mechanical**
59:1 60:19 64:9 195:12
226:21,22
**medication**
12:5
**meeting**
9:24 181:14 183:21 253:10
**meetings**
247:20 273:23
**meets**
103:9 104:9
**member**
25:1
**members**
21:18 24:24,25
**memorialization**
238:2
**memories**
45:7 272:6
**memory**
52:10 53:10 244:15,16

**memory's**
21:25
**mention**
13:18 71:23 78:23 136:10
167:1
**mentioned**
12:10 18:13 19:3 24:7
38:20 48:1,3 49:5,10 51:19
52:12 56:15 84:22 88:23
89:6 91:15 102:16 121:18
128:6 150:1 182:3 188:14
193:4 199:11 204:22
206:24 207:1 208:9 234:24
237:5 239:13,14 253:9
254:16 261:15 269:25
**menu**
33:5 116:21
**merely**
133:21
**message**
20:11 224:5 233:22 241:1
**messy**
113:4,6 115:25
**met**
7:6
**method**
88:20
**methodology**
64:21,23 124:11
**metric**
137:7 204:16 236:25 237:4
238:21,21 246:12,14,20,25
247:12,17 248:16 250:14
250:17 251:3,24 252:19
253:1 266:6 267:8,12,25
268:25 269:15 270:4
**metrics**
33:5,6 38:21,24 39:12
41:11,14,15 42:3,13 43:4
43:12,13,13 52:22 80:16
128:7 150:17 167:2 173:24
216:3,7 237:8 238:2,3,10
238:13,24 239:12 247:15
249:11 257:6 266:19,23
267:5,16
**michael**
2:4
**microphones**
7:13
**mid**
214:23 246:21 248:12
275:22 276:9
**midpoint**
82:19
**midway**
214:23

**mike**
6:16 154:18 161:8 241:17
281:25 282:23 285:25
**million**
25:8,12 39:15 58:20 107:10
128:18 129:22,23,23
**mind**
168:25 238:14 275:9
**minds**
198:3
**minor**
27:12 135:22 136:14
**minority**
22:17
**minus**
58:4 70:25 106:20 107:21
110:14,16 111:6,7 114:18
118:10,14 171:21,21,21
225:4,4,5 236:2,2,2
**minute**
77:25 100:17,18 142:24
150:22 187:2 286:21
**minutes**
77:20 78:1 143:5,5 277:25
**miscalling**
98:8
**mischaracterization**
159:2
**mischaracterizes**
65:9 153:8,21 159:3 160:1
161:19,20 166:18 168:6
245:9
**mischaracterizing**
162:11
**misheard**
254:21
**misinterpreted**
65:17 139:21
**misleading**
66:17 139:25 158:14
169:14
**misnomer**
114:9,21
**misread**
139:25
**misrepresent**
162:20
**missed**
19:5 133:4 243:12
**missing**
122:5 281:9
**misstates**
158:20 245:7,8
**mistake**
122:18 278:1

**mitigate**
137:13
**mitigated**
272:12
**mitigating**
138:9 235:2
**mitigation**
85:7 180:22
**mode**
100:3
**model**
34:22,25 35:19 36:10 37:4
37:7,18 38:6,22 40:13 46:6
46:10 53:24,25 54:7,25
56:19 71:10,11,15 72:12
80:8 82:13 83:9 84:11
88:22 91:10 99:8 100:8,9
100:24 101:2 102:17
103:22,23 104:2,6,22 105:6
105:16 114:15 116:3
129:25 138:9 172:22 179:5
179:24 180:1 191:18,21,23
191:24 193:3 194:25
195:19,24 203:19,20
207:10 210:12 214:12
226:5,10 227:6,14
**modeled**
33:15,15 104:18 178:10
186:15 194:11 203:17
205:21 237:7
**modeling**
33:23 34:9,18,20 35:8,13
36:1,9 42:1,1,21 120:22
123:25 171:13,19 173:4
176:15,16 177:10 186:22
186:24 195:19 196:21,22
199:4 202:24 205:18
209:10 269:15 278:1
**models**
33:17,20 34:24 37:21,21,24
54:4 60:9 87:3 91:9 106:8
127:8 152:1,2,25 235:25
**model's**
103:19
**modification**
237:20 238:16 239:11
**modifications**
238:13
**modified**
237:4 238:11
**moment**
20:7 25:16 60:11 93:18
94:2,18 97:2 101:4 111:10
148:21 179:20 202:11
206:4 222:2 236:6 244:22
246:23 249:6,20 260:7

[moment - numbered]

**moment (cont.)**
267:22 284:3
**moments**
78:12 236:15
**moment's**
77:12
**monday**
77:1 197:20
**monetary**
18:2,4
**money**
25:21 27:11,14,14,19,20,22
28:4,19 29:6,7,16,17,18,19
29:20,22,23 30:11,21,23
31:10,11 32:17,18 46:20
51:11 79:12,23 203:4
266:14 268:21,21 269:20
270:2
**monitor**
41:7 191:6 237:9 250:17
**monitored**
40:4,25 235:1
**monitoring**
80:7 189:21 250:15 269:1
**monte**
40:10
**month**
19:10 52:8,8 70:18 91:22
91:23,24 92:1 102:13
152:12 214:23 230:14,15
230:24 231:7,14 232:3,5,5
238:8,18 248:23 249:22
254:20 255:13 261:10,11
262:17 268:6,8 273:8
**monthly**
150:14 191:7
**months**
44:22,24 47:15,16 80:15
100:21 152:12 259:14
272:13
**morning**
6:4 7:6 57:4,15 98:2 100:12
191:9
**motion**
285:22 286:10
**motive**
258:7
**mouse**
118:16
**move**
45:11 47:18,20 54:21,21
55:8,9 58:20 64:13 70:4
71:14 86:25 87:5,12,13,18
88:16,17 93:20 94:3 111:7
116:1,18 118:12 124:24
130:13 147:3 182:20 203:4

**move (cont.)**
208:23 210:7 213:17
216:17 229:20 239:20
253:21 254:4 255:7 256:5
256:25 257:4 263:8 271:3
271:15 273:8 275:11
276:23 277:24
**moved**
8:22 28:16 206:8 214:11
**movement**
44:4 47:4 53:9 73:12 84:3
85:15 86:10 87:4 92:9
116:19 152:10 210:21
215:25 230:1 256:22
**movements**
152:3,5 156:22,22 188:1
**moves**
72:4 171:20 188:1 196:25
196:25 199:8 203:15
205:13 207:20 208:18,22
209:7 210:3 213:14 229:19
263:15
**movie**
13:22,23
**moving**
42:15,25 204:21 263:18
**multimonth**
215:11
**multiple**
20:3 21:1,3 46:7 88:10
**multiples**
53:8
**mute**
7:12
**mutual**
14:22 25:18 39:2 41:6
51:14 151:16 190:2 222:11
251:10

---

**n**

**name**
6:10 22:8 23:21,22,24 24:8
25:4 49:12 98:7 136:11
137:17 224:12 234:8
**named**
229:10 233:15
**native**
96:20
**nature**
44:9 51:20 134:22,24
157:22 173:23 180:20
225:11 235:2 263:8
**nav**
74:5 75:6 81:5,17,21 129:2
129:6,9,20 137:4 148:24
149:14,22 150:9,10 232:6
237:6 245:14 271:4 275:12

**near**
216:19
**nearby**
111:19 215:8
**necessarily**
59:7 156:10
**necessary**
40:15 85:7 156:19 157:19
168:21 175:11 209:12
**necessitate**
237:16
**need**
11:15 31:23 35:18 44:24
45:24,25,25 46:14 56:2
83:18,20 130:1 164:24
165:8 167:16 172:18 182:2
183:21 199:15 224:16,16
229:19 261:22 277:12
279:13 284:3
**needed**
56:8 62:17 99:2 105:15,16
128:12 138:15 139:14
174:4 225:8
**needs**
159:15,15
**negative**
79:11 80:20 173:17 174:15
192:11 255:2,3 258:15
270:1
**negatively**
229:18
**neighborhood**
52:9 81:19 149:25 150:4
**neither**
63:22
**net**
78:21 80:3,20 82:25,25
177:9
**neutralize**
210:16
**new**
57:20 259:24 260:4,19
268:10
**news**
151:25
**nice**
272:18
**nitty**
93:19
**nix**
55:24
**nondirectional**
268:24 270:6
**nonresponsive**
284:24

**nonzero**
126:7
**nope**
164:21,21
**norm**
126:25
**normal**
193:7 243:6 255:12 258:9
259:22 260:8,24
**normalized**
39:13,16,18
**normally**
93:15 122:6 172:18 225:21
253:20
**north**
3:5
**notary**
289:7
**note**
13:15 44:12 245:6 266:1
**noted**
105:19 165:21
**notes**
9:4 25:21 289:12
**notice**
4:8 8:19,21 180:18
**noticed**
99:4
**noting**
219:24
**november**
147:2 152:23,23 186:5
260:16,20,21 280:21
**number**
21:11 25:4 48:23 52:24
53:2,4 65:12,13 73:13
74:21 75:1,2 76:5,6,8,10,12
76:18 83:21 87:23,24 89:3
89:11 91:5 96:21 102:16
103:16 112:4,6,13,17,20
113:6,13 129:6,11,12,17
130:1 138:8 148:11,17,19
149:10,19 150:11,16
153:16,19 155:25 157:13
157:15 158:7 175:16 176:4
176:19,21,21 184:13 185:7
186:8,9 190:17 191:16
194:11,14,15 198:14 199:1
208:5,12 213:8,9,10 218:19
220:11 221:15 233:12
236:22 238:10,13 240:5,5,7
243:13 247:15,20 249:11
261:15 262:6 270:15,16
280:2
**numbered**
147:12

[numbers - opposed]

**numbers**
47:13 48:5 52:12,15 53:13
55:5 61:25 68:8,9,10,11
93:16 107:1,3 108:5,19,19
109:17 147:16,17 188:15
257:10,14 261:17

**number's**
272:14

**numerically**
110:5

**o**

**oath**
8:6,8,13 139:19 288:13

**obj.stp**
119:2

**object**
98:18 159:1,5 162:11
164:10 281:25

**objected**
186:7

**objecting**
282:8

**objection**
11:11 65:8 67:16 75:22
153:7,20 154:2,12 155:11
159:25 161:18 162:7
165:21,24 166:17 167:12
168:5 169:7 236:19 245:6,9
251:15 266:1,2,2 274:15
282:17

**objectionable**
154:10,11 159:1

**objections**
7:12 66:7 160:5 162:13
165:20 284:23

**objective**
177:20

**observations**
90:4

**observe**
43:11

**obviously**
10:14,20 39:16 86:19 90:3
115:11 151:16 154:11
171:16 192:14 230:7 270:3

**occasion**
223:17

**occasionally**
81:9

**occasions**
48:4 60:14 143:21,22

**occur**
141:10 210:8 217:15
237:21 276:9

**occurred**
196:4 202:1 213:17 238:5

**occurred (cont.)**
238:17,17 244:20 245:3
248:10 276:12

**occurrence**
266:20 267:7 276:13

**occurs**
30:25 214:14

**oceans**
154:13

**october**
45:2 171:7 217:3

**odd**
181:4 241:17

**oddly**
106:9

**offer**
82:4,17,19 100:19 136:22
226:2 234:13 288:12

**offered**
225:21 234:17,21

**offering**
160:7

**office**
7:25

**official**
121:3,20 122:3,23 123:3

**officially**
123:2

**offline**
10:19

**oftentimes**
48:25 54:23 89:25

**oh**
93:11 100:2 105:22 144:24
146:16 160:2 203:12 206:2
227:20

**okay**
7:24 8:2 10:1,14 12:21,25
13:4,7,11,20,24 14:2,8,17
14:20,24 15:4,7 16:1 17:17
17:20,22 18:3 19:3,13,21
20:23 22:19 23:18 24:19,24
25:5,13 26:22 27:4 31:14
33:22 34:2,11,15 35:15
37:8 38:24 44:6 49:9 50:6
52:11 57:3 58:6 62:5 63:21
64:25 67:7 68:1 69:15,18
74:23 77:19 78:9 79:16
80:10,17 82:6,23 83:19
86:21 88:4,15 93:9 94:7,12
94:18,23 95:4,19,23 96:24
97:7,7,12,13,21,25 98:5
100:9,13 101:1 102:2,23
103:7 104:7,19 105:9,18,25
106:3,11 107:1,24 108:9
109:4,13,19,25 111:9,15,22

**okay (cont.)**
113:10 114:19 115:4,14
116:9,20 117:11,20 118:1
118:19 119:4,8,17,19
123:16,22 124:12 125:4,18
125:22 126:18 127:1
130:10,13,17,22 131:3,6
132:20 135:2 138:12 139:7
140:6 141:10 143:14
146:21 147:18,22 148:1
149:13 152:22 153:17
154:23 156:11 157:24
159:19 164:14,18 166:2
169:23 171:3,10 176:10,20
176:24 177:2,23,23 178:4
179:23 181:17 185:13
186:2,20 187:1,23,23
188:21 196:11 200:3 202:9
202:12,19 205:23,25 206:7
206:11,14 207:8 208:17
209:22 211:6,16 212:24
214:2,22 217:1,5 218:6,11
220:24 221:9,14,19,22
222:2,4,9,21 223:2,3,10
225:1 227:2,16,22 228:7,10
228:18 229:3,7 230:12,25
231:4 232:9,13,17 233:10
233:24 234:3,7,16 235:6,12
235:20 236:15 237:20
238:4 239:1,23 240:1,10,22
240:25 241:11,20,25 242:5
242:8 243:8 244:4,18,25
245:1 246:19 247:4 248:7
248:25 250:22 254:13
255:1 256:12 257:13,16,22
258:19 259:3 260:25
261:24,25 262:5 265:4,21
267:14,20 268:6 270:14,19
270:23 271:7 272:23 273:2
277:15 278:4 279:6,21
280:12,16,19,24 281:12,19
282:12 284:12,18 285:2
286:17,20,24 287:11

**old**
104:20 109:1 186:24 209:8

**once**
52:8 59:11 90:5,5 113:7
120:25 122:17 138:19
142:4 151:15 204:13 205:3
227:10 266:9,10 273:22
277:4 280:16

**ones**
32:18 138:11 141:6 143:24
186:4 191:20 193:19
202:20 233:25 249:9 267:1
267:18

**one's**
63:18,18 95:10,10 202:19

**ongoing**
210:16 273:25

**onset**
246:13

**oops**
210:12

**open**
4:10,12,13,15,16,18,19 5:8
9:12,18 21:21,22 40:18
41:1,5 45:10 49:11 52:16
52:23 54:13 56:1,20 57:4
68:17,19 73:24 74:19 76:14
78:24 79:4,7,7 80:3,4,24,25
81:13,16,23 82:5,8,22,25
83:2 86:7,7 98:5 102:10
105:14,17 120:3,5 128:9
129:15 131:8,22 134:23,25
135:4,18 140:3,18 141:4,22
143:12 144:14 146:10,23
149:6 150:2 151:5 157:7,16
158:7 171:7 173:15 174:2
174:21,25 175:16,18,25
176:2,3,6,11,16 177:7
178:6 181:1,1 182:6 183:9
183:19 184:13,16 185:2,6,6
187:12 188:16,25 190:22
198:1,22 200:21 204:13,15
205:21 208:7 209:4 213:7
218:19 236:21 237:7,8
261:3 280:20

**opened**
55:20 56:5,25 57:3 68:14
68:18 98:2 99:2 102:3
170:10,25 188:17 199:14
215:10

**opening**
56:10,12 102:11 117:5

**operate**
216:4

**operating**
33:6,6 39:4,8 254:24 269:9

**operation**
259:22

**operator**
36:21

**opinion**
22:17 277:10

**opportunities**
167:17 180:22

**opportunity**
39:7 73:18 163:13 182:1
225:22

**opposed**
27:24 43:16 87:3 125:13

**[option - pass]**

**option**
26:7 27:9 29:21 30:24,25
32:12 34:9 37:13 40:18,20
41:1,5 52:24 53:22 54:3,3,4
70:5 74:20 75:9 76:14
78:24 79:4 80:3,4,24,25
81:13,16,23 82:5,8,14,14
82:21,22,25 109:16 119:25
121:13 126:13 128:9,14,17
129:15 130:11 136:1,21
137:1,20 149:6 150:2
152:24 156:14 157:7,16
158:8 171:17 173:15,17
174:2,16,21 175:1,16,18,25
176:2,4,6,11,16 177:7
178:6 184:13,16 185:2,6,7
186:24 188:16,25 190:22
198:22 200:21 204:13,15
205:21 208:7 209:4 213:7
213:24 216:7,25 218:20
236:7,22 237:7,8 258:10,14
268:4,17 278:2

**options**
26:3,15 27:11,23 28:1,4,5,6
28:17,19,25 29:3,3,23,25
30:6,15,20,20 31:10,15,25
32:15,16,17,24 33:12,19,25
34:18,20,23 35:2,4,13 37:1
37:12 38:1,4,9 40:13,20
44:7,22 47:15 49:24 55:7
62:13,13,13 65:6 69:10
76:20,21 78:17,20,21 79:10
87:3 98:17 100:19 101:3
111:19,20 112:23 120:6
121:10,12 126:10 130:7,8,8
151:18,19,20 152:1,6,15
155:5 156:2,2,13,16 157:23
171:13,19 173:4 180:21
191:19 192:10 201:11
203:3,6 210:18 215:8
216:15,19 226:24 235:24
235:25 236:5 257:24,25
258:8,12 259:4,12,16,19
262:11,11,12,15,23 263:7
268:4 269:18,22 270:7

**option's**
106:8 107:14 150:13

**optionvue**
34:3,8,11,15,21 35:15,17
36:17 37:9,25 38:3,8,10,16
38:16,21 41:13,22,24 43:23
44:6 46:6 47:1,2,23 52:14
53:21 54:18 55:19,20,25
56:12,16,20 57:3,5,5,24
58:3 64:4 66:6 67:4,13
68:13,14,18,21 73:8,24

**optionvue (cont.)**
74:3,17,18 75:2 76:18,19
78:14,19 80:17 81:7,23
82:8,20 83:3 84:17 85:10
86:12,22 88:4,8,17,21 89:2
89:11,15 90:17,20,24 91:5
91:16 93:19 94:24 95:3,7,8
97:18,20,22,23 98:2,6 99:7
99:14 100:15 101:10 102:3
102:14 103:17 107:7,18
108:16 109:1,4 110:23
111:23 112:14 115:7,15,17
117:2,9,12,16,23 120:8
121:9 122:3,16,22,25 123:2
123:6,7,11,24 124:1,3,4,7
124:13,17 126:7,12 127:3,4
127:8,11,15 128:18,23
129:3,15 135:19 136:10
137:16,17 151:1,6 152:25
158:7 170:10,25 173:5,16
176:7,9,10,12,15 178:12
182:16 188:17 195:8,10,12
195:13 197:10 199:4,14
202:15 205:18 211:7 214:6
216:9,9 225:11 236:8 268:1
268:3 269:15

**optionvue's**
101:14 106:13 111:4
124:14 128:21,23

**order**
219:6,7,11 220:22 287:10

**ordered**
278:18 279:2

**ordinary**
54:10 58:10,11 105:11

**orient**
96:11

**orig**
116:23

**original**
116:24

**outpacing**
32:11

**output**
123:11,21 124:8,13

**outputs**
73:21

**outputting**
123:19

**outside**
9:5,16,16 20:18 41:13
89:14 90:21 91:16 93:22
140:21 141:2 164:3 286:19

**overall**
27:6 32:15 216:22 255:3
260:7

**overextended**
263:3

**overlaid**
105:21

**overly**
64:6

**overview**
42:4 48:17 49:16 135:6,11
142:24,25 143:2 203:7

**p**

**p&l**
76:20 80:5 81:7,11 99:6
106:16,17,18,23 107:19,25
108:4,7 109:15 117:7
120:21 171:24

**p.m.**
6:2 131:1,4 187:5,8 223:1
227:25 228:3 287:1,13

**page**
4:7 5:2 69:12 94:13 95:13
96:21 97:2,6,7,14 108:20
147:10,14,16,19,20,20,21
147:24 151:9,13,13,13,14
153:13,14,17,17 154:5,22
154:22 157:5 158:2 160:15
160:16 164:17,17 167:6
171:8 179:11,12,23 180:1
180:25 181:1,4 187:17,18
187:19,21 190:16 191:14
194:24 196:5,12 202:3,5,8
202:22 205:4,4 206:17,18
209:23 212:20 213:22
217:9 223:4,5 240:4 252:12
261:23 262:3 262:3 263:23 265:9
266:18,18 290:4

**pages**
147:15 161:12 163:11
164:6,23 166:10 170:2
181:11 289:9

**paid**
32:21 108:13 189:16,19

**panel**
18:15

**panic**
203:11 204:5 205:8

**paper**
252:14

**paragraph**
245:17,18 259:10 280:19
281:3,5,10,13,18,20 283:1
283:2,4,4

**paragraphs**
245:13,20,25 282:15
283:13,18,24 286:7

**parameters**
39:5,9 64:10 73:20 99:11

**parameters (cont.)**
105:7 110:18 116:8 191:5

**pardon**
287:7

**paren**
235:23

**parenthetical**
235:22

**parse**
211:22

**part**
9:6 27:23 28:2 31:14 33:6
46:3 74:14 77:5 135:22
136:7,14 146:3 152:15
155:6 194:17 203:16,19
207:8 215:1 249:15 260:15
266:8 276:2

**participant**
217:12 262:1,2

**participants**
8:3 262:5

**participate**
51:19 183:19

**participated**
50:22 131:9 273:13,14

**particular**
11:18 47:4 48:15 52:18,23
53:16,19 54:8 58:7 59:5,12
62:13 63:1,1,25 64:3,11
65:4,5,11,12,12 66:4 67:2,6
67:7,8 68:7 69:13 71:4,19
72:5,15 85:8,8,11 86:3,21
95:5,7 98:3 107:16 109:8
116:3,14 117:12 124:11,18
124:23,25 125:15 127:24
127:25 128:3 142:7 155:3
164:5,23 167:21 179:17,20
187:18 193:22 200:20
204:3,21 231:12 243:19
249:20 253:11 256:10
259:11,19,23 264:17
266:20,25 267:7 269:24

**particularly**
53:5 65:10 143:19 148:8
156:16 250:6 259:12 260:1
268:18

**parties**
7:15 258:7 289:17,18

**partner**
22:23

**parts**
154:3 247:9

**party**
13:7 258:1

**pass**
38:7 235:17 245:4

[passes - point]

**passes**
29:17 156:14
**path**
255:23
**pause**
13:25 148:20 163:11
**pay**
108:17 189:24 204:16
256:10
**pdf**
97:8 147:12,15,21 223:5
**pdfs**
96:13
**pedal**
35:12
**penalty**
288:5
**pending**
11:18 12:23 18:14,19
**people**
23:10 47:11 48:20 49:7
51:5 55:13 61:5 103:25
104:2 114:25 121:12
134:11,14 136:23 183:23
189:20 198:15 218:2
226:20 227:11
**percent**
45:9,10 47:18,19 52:24
53:9 55:8 58:20 60:12,12
61:12,12,16 63:25 64:1,13
64:17 67:9,11,18,20,23
68:4,5 70:2 72:22 74:5,21
75:1,5,5,7,7,9,14,16,19,25
76:1,8,8,18,22 77:8 78:14
78:16,17,21,23 79:14,18
80:4,10,14,18,20,23 81:4
81:13,15,16,17 83:1,6,7,13
83:16,21 84:18,25 86:4
87:22,22,23,25 88:6 90:10
90:12,13 106:21 107:22
110:3,3 114:25 125:24
127:7 128:2,13 129:1,6,16
129:17 137:3,22 138:8
145:24 146:10 148:10,16
148:17,23,23,24 149:1,3,6
149:9,9,13,14,18,20,21,22
149:25 150:4,4,11,16,18
152:4,20 153:4,15,19 155:8
155:24 156:6 157:9 158:3,4
158:5,8,23 159:21 161:14
163:3 166:12 167:24 168:1
168:17 171:20,21 172:8,14
173:10,13 174:2,9,10,15,21
174:23,25 175:8,16,18,19
176:2,5,19 177:12,15,18,22
177:23 178:4,5,10,13,19,25

**percent (cont.)**
184:9,10,12,13,15,16,18
185:2,10,23 186:15,18,22
188:5,5,9,12,18,20 190:19
190:21 191:1,2,17 192:3,9
192:12,16 193:20 194:6,11
195:4 196:16,17,24 197:6
198:8,10,14,17,21 199:8
200:20,23 203:18 204:5
205:19 207:1,2,14,23,24,24
208:1,5,7,12,13,20,21,24
209:4,5,15,19 210:3,7,8,23
213:7,14,17 216:17 217:14
217:23 218:16,19 219:25
220:4,9,11,19 225:3,4,4,4,5
225:8 226:5,5,10,11 230:8
230:9,13,18 231:2 232:3,5
232:10,25 233:1,3,4,8
234:25 236:1,2,2,2,3,11,16
237:1,5,7,8,9,14,21 239:14
239:19 243:3 258:5 261:14
268:19 271:3,4,14,15
272:13,15 273:8 275:10,11
277:24
**percentage**
58:8 67:9 68:8 108:5
109:23 110:4,5 114:23
115:3 127:2,18 128:4,5,16
176:25 177:6 226:22
**percentages**
63:25 114:23
**percents**
208:11
**perfect**
253:23 255:19,19 258:19
258:22 263:24
**perfected**
273:11
**perform**
33:21 38:23 42:6 170:20
195:21 235:3
**performance**
42:19,19 124:11 198:25
239:7 261:16
**performed**
90:15
**perfunctory**
199:19
**period**
25:16,17,20 34:13 37:2
45:23 55:7,9 86:13 89:6,9
104:21 109:5 115:25
117:12 125:5,19 131:9,13
131:14,18 148:13 170:6,22
190:9,12,14 191:12 199:10
214:19 218:21 222:13

**period (cont.)**
237:15 239:3 253:14
262:24,25 267:11 274:25
275:2 276:10 278:21 279:6
**periodic**
52:5 131:8
**periodically**
90:21 121:4,22
**periods**
54:17 108:1 124:10 255:15
**perjury**
288:5
**persist**
59:14 92:14
**persistence**
49:21
**persists**
13:21
**person**
8:10,14 19:21,24
**personal**
23:13 191:1
**personally**
121:24 128:15 144:6,9
145:4,13,21
**perspective**
189:21 205:14 276:22
**perspectives**
159:11
**pertain**
262:11
**pertaining**
10:6
**phase**
18:19
**phone**
16:4,9 50:4 52:3 133:17
185:16,17 196:13 270:21
271:11,24 273:13 275:16
275:18 278:12
**phonetically**
135:8
**phrase**
185:11
**phrasing**
185:25
**physically**
7:16
**pick**
93:1,2
**picked**
122:18
**picking**
57:5 158:24,25
**picture**
116:2

**piece**
252:14
**pile**
167:16
**pings**
95:20
**place**
10:12 172:18 179:4 181:7
248:22 265:11,12,23,24
266:3,15,19,23 267:6,17,25
274:10 289:15
**placed**
148:15
**places**
85:19 175:9
**plaintiff**
1:5 2:2
**platform**
234:13,17
**platforms**
234:21
**played**
52:19 140:20,25 141:11,14
141:17
**playing**
141:9
**please**
6:13 10:23 11:6,23 140:6
164:13 165:4 166:7 206:10
267:23 284:2
**pleased**
217:24
**pleasure**
276:18
**plug**
46:5 62:16 152:1
**plugged**
171:18
**plugging**
47:1
**plus**
58:4 70:25 105:5 107:21
110:14,16 111:6,6,7 114:6
114:6,7,13,14,14,17,17
114:18,18,18 118:10,13
171:20,20 225:3,4 236:1,1
236:3,3
**point**
16:8,17 30:18 31:9 35:22
64:3 65:5 72:9 73:24 77:18
100:4 103:8 115:2 117:13
124:20,22 126:11 135:13
140:12 143:14 156:17
161:1,2 163:13 173:7 175:4
186:13 189:8 190:5,9 192:2
192:8,12 195:3,19 207:2

**[point - prevailing]**

point (cont.)
208:14 215:7,11,13 219:2
219:24 232:23 234:17
237:14 244:20 246:11
247:5,25 250:7 252:24
253:3 254:1 262:13 265:7
266:15 279:14
pointing
272:19
points
10:2 31:1,2 70:25 84:19
91:17 95:1 109:23 114:9,10
114:12,20,24 127:2,2 130:9
152:19 156:21,25 158:22
162:10 171:25 172:10
178:8,21 188:5,7,9,20
207:11
pool
21:17 25:3 39:3
poorly
13:23
pop
70:9,13 98:1
pops
68:19,20 70:8 98:9
populated
112:14
portfolio
15:5 20:13,15 25:14,21
26:3,8 33:8,11,15,16,21,24
35:25 36:2,18 37:10 38:4,9
38:22 39:23 40:16 41:3,14
41:19,20 42:6,12,15,24
43:5,22,24 44:7,21 45:22
46:4,21 47:9,14,17 48:4,7
49:1 51:13 52:2 53:18,22
53:25 54:10,15 55:10,16,18
56:8,25 57:7,10 58:1,13,18
58:22 59:22,23 61:11 62:12
63:3 64:20,23 66:6 67:15
69:23 70:5,6 71:10,19 72:4
73:16 77:6 78:18,22 81:21
82:22 84:13,16,18,20 86:4
87:23 88:6 92:2,4 101:7
104:8,11,20 105:1,2,4
113:3 115:22,22 122:3
125:5,14,18 126:5 127:19
128:3,17,25 129:13,19
136:19 137:4,23 138:4
148:19 151:1,5,16,19,20
152:3,4,7,9,15,17,18,21
155:1,6,7,9,17,18,20 156:8
156:11,21,25 157:2 158:9
158:11,22 159:22 161:14
161:15 162:3 163:2 166:12
166:13 167:1,10,25 168:2

portfolio (cont.)
169:4,5 170:12,16 171:13
171:14,18,24 172:6,9,13,24
173:1,10,14,25 174:1,4,10
174:24 175:19 176:17
177:13 178:19,23 179:7,18
180:4,8,8 182:16,22 183:1
187:25 190:17 191:15
192:18 193:7 194:4,12,20
195:15 196:22,23 197:10
199:3,7,17 201:12,14
202:15,23 203:16,25
204:18 207:21,23,24 208:9
208:19 209:25 210:16
211:7 212:22 213:11 214:7
214:9,16 215:12 216:8,12
216:14 218:22 219:10,11
219:21 220:7 221:8 225:2,7
236:1 249:4 250:4 251:9
259:4 268:14 271:20
274:22
portfolios
20:20 70:22 125:8 136:12
152:2 207:10 216:22
portfolio's
35:21 36:4 70:16 236:5
portion
152:22 154:25 164:5
portions
142:12,15 143:11 205:4
pose
145:7
posed
206:19
position
16:25 28:17 30:15 31:7
32:11 39:18 40:17 41:4
60:5 61:6,8 78:20 79:24,25
80:2 101:3,7 105:3,3,5
111:22 116:4 122:5 124:24
125:15 126:16 172:24
179:7 180:3,8 203:8,10,13
225:1,7 229:19 235:21
260:19
positioned
48:14 70:16 135:7
positioning
135:6 256:8
positions
28:18 31:3,24 36:20 39:13
39:15,16 41:5 55:12 57:20
58:15 60:3 61:2 73:17 79:7
79:8,9,22 81:19 82:1,1,5
103:15 104:18,23 105:11
106:14 111:21,23 112:1
113:2,5 115:22 121:2 122:2

positions (cont.)
124:25 125:9,16 129:5
151:15,17,18 156:1,1
176:17 177:9 191:21,22
203:3 207:19,19 215:24
216:23 219:15 224:24
230:2 235:24 256:9 258:6
259:14,24 260:4,9,11,14,22
263:6
positive
255:2 272:16
possibility
43:1 137:5,24
possible
30:8 38:3 193:21 197:4,16
197:19,20 199:24 200:16
possibly
126:16
post
252:16
postponed
285:18
posture
80:7
potential
26:11 39:23 42:5 47:3
70:20,20 72:16 75:3 77:8
84:3 135:9 137:13 156:17
172:14 177:14 178:10,25
216:10 229:20
potentially
41:20
practice
53:17 78:13 104:25 112:19
113:7 123:23
practiced
123:22
precedes
245:19
precise
55:15 62:4 91:23 97:17
173:24 227:9
precisely
103:4,5
precision
18:21 128:12
predecessor
189:25 191:6
predicted
268:20
predicting
103:24
prediction
56:19
predictive
207:16 269:2

predominantly
99:17
preformal
238:24
preliminaries
7:10
premarked
146:24 171:2 187:11
201:25 217:2 221:10
227:17 228:6 233:11
239:24 241:22 261:2
prematurely
102:14
premium
40:18 41:1,5 52:24 74:20
76:14 78:24 79:5 80:3,4,24
80:25 81:13,16,23 82:8,22
82:25 129:15 150:14
157:16 173:16,17 174:2
175:1,16,18,25 176:3,4,6
176:11 177:7 184:13,16
185:6,7 189:1 190:22
198:22 200:21 204:13,15
205:21 208:8 209:4 213:8
216:25 218:20 236:22
237:7,8
prepare
204:2
prepared
141:22 146:25
present
7:16 43:5
presentations
50:8
presented
43:17 88:8 207:21 208:19
265:14
preservation
23:22,24,25 24:2,6 206:25
presuit
10:21 12:12
presumably
9:14
pretty
51:25 53:4 55:9 71:15
74:12 80:5 87:17 92:4 96:4
107:22 117:2 125:13
128:10 129:7 151:17
170:13 176:13 188:15
192:7 202:23 209:6 219:4,8
219:9 227:14 242:23
243:18 253:10 268:8 272:8
274:5 278:7
prevailing
256:21

**[prevented - putting]**

**prevented**
266:19,24 267:6,13
**preview**
186:24
**previous**
13:3 272:14
**previously**
14:13 15:4 257:14,19
280:16
**price**
28:6,10 30:4 32:6,22 37:11
40:14 44:17 45:25 47:3,3,3
53:9 60:10 62:6,10,24
70:12 71:11 72:6,9,16
73:15 82:3,16,17,17 84:23
84:24 92:8,20 100:1,7
101:11,15 102:21 103:14
103:18 110:2,4 120:1,7,7
120:14 126:3 127:19,25
152:3,10 156:22 170:16
171:15,20 172:5,10,11,16
175:7 178:9,20,22 179:2
188:1 192:25 193:23
196:25 199:8,8 207:11
210:21 216:1 219:7 225:3
235:22 236:3 256:15,22
257:5
**priced**
33:18
**prices**
28:5,9 29:2 35:2 37:2,6,21
53:22 54:4 71:9,17 73:3,10
82:21 89:24 91:18,20
100:19,19,24 101:3 103:25
104:5 106:15 107:18
109:22 120:6 126:13
136:21 256:10 258:8 259:2
**pricing**
32:16 34:9,22,23 35:4
37:18 40:13 58:5,7 70:18
71:1 76:23 82:14 120:13,14
130:7 152:1,6,25 235:25
236:7 257:7 258:14
**primarily**
32:22 38:11 74:16 268:5
**primary**
32:6 38:11,18,19 76:10
284:21,21
**principal**
183:20
**print**
81:8 123:17,20
**printed**
110:9 230:8 231:2
**printout**
124:12

**prior**
20:11 31:5 39:1 52:11
101:24 125:5,7,19 131:21
173:20 176:8 177:24 178:5
181:18 186:3 239:1 242:14
254:5 259:16 262:13
270:16 276:5
**private**
18:9 20:21,23 21:7
**privately**
10:11
**proactive**
186:21
**probabilities**
84:2 85:17 90:8
**probability**
85:20 86:18,21 87:14 162:4
163:4 167:9
**probable**
85:11 195:9 200:13
**probably**
25:11 29:16 48:12 58:16,21
77:17 93:5 129:25 144:17
146:17 155:13,15 179:17
183:5 204:14 234:1 235:8
237:17 247:2 273:1 280:2,4
**problem**
13:17,18,20,20 14:11
180:21 184:20 203:20,21
210:13
**problems**
268:16
**procedures**
155:25
**proceed**
78:9 272:15
**proceeded**
275:16
**proceeding**
17:12 18:16 19:11 141:16
**proceedings**
6:1 12:15 17:3,5
**process**
10:22 46:23 52:19 54:3
57:14 124:8 155:10 168:9
168:11 170:7,25 175:14
179:21 181:16,22 182:12
188:3 193:6 198:5 200:18
201:1,4 204:25,25 211:15
212:18 215:2 217:18 221:6
260:6 265:3
**productive**
283:25
**professional**
159:14 289:6,25

**profile**
33:8 46:21 214:10 248:3
**profit**
29:4,11 30:1,2,6,25 31:1
98:13 99:5,10,18 118:3
226:12,25 258:7
**profitable**
30:2
**program**
33:24 34:2,5 35:21 36:5,16
36:23 136:5,18 137:1,16
**project**
136:18
**projected**
107:18 111:9,13 115:9
128:17 185:6
**projection**
111:11
**projections**
107:25
**promise**
146:21 268:23
**prompt**
86:23
**proof**
243:13
**prophecies**
181:6
**proposed**
95:12 96:16
**proprietary**
21:3
**prospectus**
162:9 166:24 167:14,20
168:22 182:24 194:1 200:6
212:3
**protect**
40:3
**protocols**
217:18
**proved**
215:17
**provide**
17:23 19:15 42:4 96:6
137:25 138:6 142:23
161:24 166:25 168:11
169:14,15 173:23 193:11
230:6 235:1 244:19 283:12
**provided**
10:20 12:11 116:22 117:10
131:23 133:15 134:22
135:17 144:16 181:20
182:14 224:19 235:7
**providing**
136:15 141:3 182:24,24
194:1,2

**proving**
252:7
**public**
51:14 289:7
**publicize**
248:21
**publicly**
20:21 89:7,7
**publish**
202:4
**published**
89:8,17
**pull**
62:16 201:24 217:1 267:22
279:20 283:15,15
**pulled**
62:21 63:2,6,8
**purchase**
27:22 28:1 31:22 191:19
**purchased**
28:4,6,18 29:3 31:15
**pure**
45:14 46:9 85:22
**purist**
110:13
**purple**
110:8,12
**purported**
43:14 51:5
**purpose**
34:6 132:11,15 135:14
189:14
**purposes**
80:7 132:10 133:22
**push**
259:2
**put**
26:21 27:1,2,16 46:18 49:5
57:19 63:5 80:2 82:11
90:17 91:3 96:11 112:10
125:20 126:8 139:8 142:17
150:15 151:15,16 172:18
172:19,19,21 176:18 179:4
203:6 216:6 222:24 248:15
260:4,9,10,13,20 266:6,13
266:15,19,23 267:5,8,17,25
270:1
**puts**
27:18
**putting**
53:14,14 57:20 105:4 127:6
165:19 249:18,19 260:22
267:3

**[q&a - recollection]**

**q**

**q&a**
197:25

**q1**
229:18

**qualified**
183:16

**qualify**
74:9

**quality**
7:14

**quantifies**
110:2

**quantify**
257:9

**question**
11:3,6,8,17,19 12:18 65:22
65:23 66:1,3,13,18,25 75:5
75:13 76:23 140:1 145:7
146:3 148:2 153:23 154:3
154:10,11 160:11,12,12,20
161:3,3,4,8 162:24 164:2,8
164:9,11,12,12,13,15,23,25
164:25 165:9,12,12,14,22
165:23 166:1,3,8,23 170:9
181:8 182:1,2,5 185:4,20
200:9 204:7 205:6,9 206:19
206:23 217:25 225:12,19
226:17,20 228:19 229:13
229:16 231:16 235:4,15
239:7 245:1 249:18,19
251:13 252:12,17,22 262:8
262:9 264:22 266:12 276:3
276:4 277:4 282:12,25
283:7

**questioning**
7:12 282:9

**questions**
12:4,7 30:8 48:10,13,19,23
49:1,17,24 51:8 52:21
53:11,12 60:17 131:24
135:13,24 136:16,17 139:8
139:20 143:1,1 145:7
160:25 162:14 164:16
173:3 182:9 185:23 198:2
222:3,6 223:17 225:19,20
241:17 273:9 275:9,14
277:8 278:5,9 284:13,24
285:20 286:18,23 287:4

**question's**
160:6 184:25

**quick**
13:15 98:16 130:15 170:13
199:19 214:10,15 227:21
242:9 245:4 246:2 286:13

**quickly**
113:10,11 202:21 246:6

**quiet**
214:8 215:9

**quite**
72:8 238:12

**quotations**
69:6 98:9 143:11 280:18

**quote**
25:4 68:22 89:22 267:6
286:4

**quoted**
143:16,24 157:6 281:21

**quotes**
120:6

**quoting**
280:20

**r**

**radically**
59:9,10

**raise**
81:10

**raised**
277:13,16

**raising**
278:10

**rally**
229:17

**rampantly**
259:1

**ran**
201:8,21 257:18,18

**random**
87:12

**range**
28:16 29:1,5,9,14,15,18,19
30:1,19 53:22 72:3,3,4 73:3
85:21 86:10 90:17 106:14
107:17 109:21 136:19
216:5 257:6

**ranges**
73:15 84:3

**rapid**
32:6,7,11,22 253:20 254:4
254:24

**rapidly**
30:14 32:19 156:18 216:20
254:24 258:3

**rare**
32:23 122:17 138:1 256:4
256:14,18 257:7,8

**rarely**
27:24 59:10

**rashad**
3:9 6:10

**rate**
52:7

**ratio**
31:19 227:6 269:19

**raymondjames.com.**
234:4

**reach**
256:17

**reached**
63:2 212:6

**reaches**
30:18

**reaching**
134:10

**react**
41:9 53:4 77:11 138:11
175:15 207:18

**read**
51:7 95:23 141:21,24 142:7
143:7,16 145:14 146:8
151:12 152:24 154:5,23
160:15 163:9,11,13,16
164:6 166:2,5 173:7 174:19
179:10 180:25 187:20
202:21 211:16 223:12
244:22 281:7 288:5,7

**reading**
144:19 146:19 163:24
171:11 191:14 211:20

**reads**
148:9 206:23 207:9 248:1
253:18

**real**
46:12 48:16 82:10 103:17
104:2 134:8 186:16 237:18
242:9

**reality**
115:1

**realize**
256:21

**realized**
89:8

**really**
31:4 33:5 39:4 47:13,25
48:22 49:3,21 55:4 58:4
61:6 63:23 74:19,24 88:14
91:3,3 106:22 124:6 139:7
145:2,4,13 161:2 174:8
184:12 210:15,19 223:12
227:13 229:15 231:10
232:20 256:25 262:9,9
265:3 266:10 272:18 280:9
282:4 283:7 286:13

**realtime**
208:25

**reason**
12:6 15:11 40:11 50:14
91:6 94:16 111:1 145:4
169:15 175:12 186:7 231:1
237:10 243:8 247:6 269:17
284:22 290:5,6,8,9,11,12
290:14,15,17,18,20,21,23

**reasonable**
39:9 45:7,11 46:12,20 51:3
62:11,19 73:13 83:5 194:16
194:18

**reasonably**
35:7 135:21 183:7

**reasons**
15:21 87:2 110:9 264:3
286:6

**recall**
17:2,5,8 18:5 21:1,19 22:6
24:13,15 60:14 99:9 101:16
108:24 121:6 141:6,13,14
143:2,20 179:18 182:6,17
189:15 190:3 198:13
214:18 216:3,11 226:7,8,12
226:14 232:17 234:8 238:4
238:7,7,25 239:21 242:19
246:22 247:22 249:6,14
250:24,25 251:23 253:9
254:23 255:6,8,16 257:12
258:23 261:13,18 263:20
264:16,18 273:2 276:11
280:10,11 281:1,14 282:4

**recalling**
15:18

**received**
15:16 134:14 182:9 252:19
271:11

**receiving**
16:1 90:12 182:7 268:9

**recess**
78:7 131:2 187:6 228:1
287:2

**reciprocate**
11:4

**recognize**
94:14,15 95:1 142:1,14
240:6,8 242:14 270:17
280:9

**recognizes**
82:14

**recognizing**
168:12

**recollection**
17:14,25 22:6 136:8 143:6
170:23 230:23 248:24
260:20 280:5 283:18

[recommendation - requirement]

**recommendation**
271:25 272:1
**reconnect**
14:1,10
**reconstruct**
125:13,18
**record**
6:8,14 7:15 8:4 9:7 10:17
78:5,9 94:12 120:23,24
121:4,20 122:4,23 123:3
130:25 131:4 139:6,8 159:8
164:18 165:6,21 187:4,8
221:14 227:24 228:3
257:16 284:1 286:25
289:11
**recorded**
8:2 11:1 124:3 132:1,3,5,8
132:12,16 133:16,21 134:1
140:14 146:15 239:13
**recording**
123:23 133:5 141:11 142:7
144:4 145:16
**recordings**
132:6 134:4 140:16,18
141:4,7,20,22 144:14
**recordkeeping**
132:13 133:21
**records**
132:9
**recovered**
272:11,13
**red**
223:7,20,25 224:8 228:23
228:25 229:6 233:25 235:7
235:20
**reduce**
113:6 156:3 273:3
**reduced**
43:2
**reduction**
148:23 149:13,22
**refer**
13:12 14:24 15:1 27:5
108:20 142:13 150:25
181:17
**reference**
149:18 152:25 157:9
188:22 198:11 199:4 201:6
204:10 221:4 222:17
258:19
**referenced**
153:5 173:5 177:25 185:23
199:22 263:12
**references**
143:11 150:23 280:18

**referencing**
157:10 185:9 204:3 239:11
262:6 263:21
**referred**
49:11 247:13 267:2
**referring**
13:4,13 21:6 33:23 43:25
56:18 69:9 75:7 78:18
91:19 121:21 130:5,6
149:23 151:6 157:3 158:5
162:9 168:15 173:12
178:14 188:11,13 190:21
198:12,22,23,24 208:21,22
213:2 230:18 231:6 255:21
258:24 263:13 264:16
267:4,15,19
**refers**
95:21 108:20 191:3 229:10
232:14,15 233:11 240:22
278:12
**reflect**
107:5
**reflected**
123:24 151:12 158:16,18
195:8 238:18
**reflecting**
17:18 73:21
**reflection**
168:10
**reflects**
95:9
**refreshes**
283:18
**refusing**
279:1 285:6
**regard**
49:4 143:20
**regarding**
26:13 248:17
**regardless**
92:6 225:16
**registered**
289:25
**regular**
67:10 239:8
**regularly**
65:7
**regulation**
25:3
**regulatory**
18:12 200:7 275:4
**rehash**
261:22
**rehearse**
211:23

**related**
18:10 52:13 69:11 78:23
90:2,15 188:5 199:20
246:16
**relates**
78:16
**relation**
191:10 261:14
**relative**
30:14 31:6 42:19 135:9
256:3,15 260:1,7 289:16,17
**relatively**
80:8 150:18 151:18 237:15
246:6
**release**
243:24
**relevant**
201:15 268:13 277:25
**rely**
9:4 40:24
**relying**
144:22
**remaining**
286:18
**remarks**
51:10 138:22,24 159:14
167:2 192:17
**remember**
11:23 24:3 52:22 71:5
87:15 94:17 109:2 137:8
138:2,2 143:18 144:25
152:5 157:4 167:4 177:5
182:23 186:6 189:23 190:1
198:24 199:1 203:9 215:7
226:16,18 229:2,4,4,5,9
231:11,15,18,20 234:2
238:22 242:16 243:4,16
244:15 246:23 247:7 249:9
249:10,13 250:3 255:24,25
259:7 267:1,4,18 272:2,3
272:11 273:5,12,13 275:3
275:15,17,18,21 278:17,21
279:1,5,10
**remembered**
231:10
**remembers**
283:2
**remind**
19:8 180:14 181:13
**reminders**
10:23
**remote**
1:14 6:1
**remotely**
8:7,9 154:15,16,17 289:14

**remove**
102:9 103:6 172:23 179:5
179:25 180:2
**removes**
180:19
**repeat**
66:8,11,11,20,21,22 69:24
164:14 170:9 214:5
**repeated**
96:18
**repeating**
73:7 84:13 174:14 211:18
218:4
**repetitive**
64:7 116:5 192:13
**rephrase**
11:7
**replayed**
139:23
**replicate**
124:16
**report**
128:7 129:10 239:12,18
289:8
**reported**
1:24
**reporter**
6:11 11:1,5 77:15 165:5
166:5,7 194:17,22 283:25
284:3 287:5,8 289:7,25
**reporter's**
289:1
**reporting**
117:3 120:21,22 121:7
147:1 238:24 239:9
**reports**
238:21 268:9
**repositioning**
259:15
**represent**
103:1 118:22 137:1,15,19
**representation**
98:25
**represented**
8:16
**represents**
72:3,14 99:24 103:13
**request**
246:2
**requested**
289:10
**required**
39:21 117:10 170:18
180:17 214:12
**requirement**
40:6 116:24 132:14 200:22

[requirement - s&p]

**requirement (cont.)**
216:24
**requirements**
40:8
**requires**
66:19 236:11 237:2
**requiring**
170:14
**reserve**
287:4
**reset**
161:7 178:5
**resources**
285:23
**respect**
19:6 24:19 27:21 36:3
43:22 59:2 90:24 96:20
121:17 189:22 219:20
232:21 275:25
**respond**
16:6 223:17 281:16,16
285:8
**responded**
136:15 239:6 283:23
285:10 286:1
**responding**
136:17 148:1 230:1
**response**
48:2 50:6 66:18 139:24
141:24 185:22 191:8 204:9
206:20 207:5,9 217:16
222:21 224:13 225:13
229:24 235:7,20 246:13
262:20 280:6,10
**responses**
139:16 276:5 286:3
**responsible**
26:8 246:7,8
**restate**
11:7 66:2
**result**
29:6 30:6 71:8 80:20 81:4
128:2 192:2,9 195:3 205:19
210:2 265:17
**resulted**
88:5 200:20
**results**
46:6,7,9 118:19 124:3,8
137:2 208:23
**retail**
50:20
**return**
26:15 39:10 195:18 215:14
230:24 248:3 255:2,4
**returns**
268:14

**reveals**
161:13 163:2 166:11
**reverse**
92:22
**review**
9:3 17:20 52:18 98:17
201:2,6 202:11 222:2
243:23 280:12 289:10
**reviewed**
205:1 280:14,24
**reviewing**
280:6,11
**reviews**
213:24
**revisit**
11:24 234:12
**reward**
84:14 85:4
**right**
9:23 12:10 14:8,13,14 20:6
26:4,17,24 28:3,14 29:1,10
30:25 36:15 37:8 38:14
42:16 43:18 44:4 47:5
49:18 50:24 51:16 53:14,23
55:3,16 57:11,19 58:2 59:2
60:2 61:8 63:9 64:21,21,22
68:9 69:3 70:2 71:2 72:16
72:18 73:1,3 76:3 78:4 79:3
80:21 82:24 88:24 89:11,12
90:25 91:13,14 93:17,25
94:2 97:1,10 101:21,22,24
103:24,24 105:21 106:7,20
108:1,5 118:15 119:17,23
121:2 129:17 130:24 132:1
133:12 138:16 139:15
140:10 143:13 147:5,17,19
148:1,20 149:15 150:5
151:8 153:1,13 154:7 156:9
156:22 157:6 158:4,12
162:5 163:24 164:16 168:3
169:6,24 171:6 173:2 177:3
178:7,13 179:7 180:13
183:25 185:9,19 186:13,15
187:13,16 191:14 192:5,7
193:17,24 194:9,10,12
195:4,5,9 196:2 198:6
199:25 201:9,12,16,21
203:1 204:17,24 205:25
206:7 209:2,17 210:1 212:5
212:19,23 213:17 214:24
215:16,17 216:2 217:8
218:9 220:2,10,11 221:11
225:16 230:15 233:22
235:18,19 238:6 239:1,25
242:2,8,25 244:21,22
245:21 246:23,24 247:7

**right (cont.)**
249:4 257:11 261:1,19,21
266:18 267:3 269:16
270:25 272:25 273:24
274:11,14 276:2,23 277:21
279:24 281:8 285:2
**rigorous**
56:3
**ring**
205:12 224:12
**rios**
4:24 5:7 142:21 240:18
242:12 270:19 271:2
274:21,25 276:20 278:6
**rising**
254:25
**risk**
25:22 26:9,10 27:25 30:16
32:21 33:5,9,24 38:9,12,17
39:5,7,23 40:2,3,8,11 41:3
41:11,14,17 42:3,3,11,15
42:23,25 43:2,4,5,8,13,15
43:16 45:23 46:15,18 48:21
48:21 52:22 53:12 64:6
73:17 80:6,16 81:21 83:16
84:14,21 85:3,5,6,7 96:7,14
96:15 98:13 128:7 135:20
136:6 137:10 138:4,9 148:3
148:5,9,14 149:2 150:16
153:14 155:15 156:14,17
156:18 157:22 172:23
174:4 175:17 179:6,25
180:2,19 184:14 191:5
195:18 196:14,14 197:3
198:7 199:23 200:21 203:1
203:6,7 205:14 207:17,21
208:18 211:11 213:23
214:10 215:4,8,8,14,20,22
216:6,10,11,13,19,22
217:18 218:18 219:15
220:14 224:4,6,17 225:2
226:12,25 229:20 235:2
236:12,25 237:2,25 238:3
238:13,21 239:12,12,18
246:12,20,25 247:12 248:3
248:9,16 249:2,15,16,17,21
249:25 250:6,11,14 251:4,8
251:21,24,25 252:2,7,13,16
252:21,25 253:1 258:10
260:18 265:13 267:25
268:2 272:20 273:11,17
274:1 277:20
**risking**
39:11
**risks**
32:4,6 33:1,7,11 38:13

**risks (cont.)**
57:20 138:23 180:22 211:2
225:1 235:21 258:11 264:6
264:13,19 265:11 273:3,23
**risky**
41:21
**road**
266:16
**rock**
230:6
**rocks**
228:23,25 229:6
**role**
82:11
**rolled**
58:24
**rolling**
80:14 184:15,18 237:5,9
238:18,18 261:14
**rosenburg**
3:4
**rotate**
97:11
**rough**
284:4
**roughly**
19:10 78:21 79:24 81:14,17
107:21 114:2 148:10,22
149:1,2 153:15 207:23
216:15 230:8 231:2
**routine**
62:8
**rpr**
1:24
**rule**
86:24 150:13
**ruled**
19:4
**rules**
284:11
**ruling**
19:6
**run**
23:19 40:10 197:3 199:23
211:24 227:12 257:4,13
**running**
41:6 251:18 264:6,13

**s**

**s&p**
26:3 37:12 44:2 58:2,5,7,8
59:3 60:13 61:13 64:2 65:5
66:5 67:4,13 68:6 69:14,19
70:2,4,12,18 71:1,9 72:9
73:3,10 89:25 91:18,20
128:1 136:21 171:21,22
229:17

**[s&ps - serve]**

**s&ps**
207:12
**sake**
30:7
**sale**
191:19
**sales**
52:1
**salespeople**
223:22
**samples**
213:5
**sand**
172:15 177:16,17 179:1
198:17 263:1,4
**sandwich**
122:1
**sat**
142:6 249:1
**satisfied**
278:8
**satisfy**
156:5
**saturday**
275:17
**save**
123:12 125:7 288:9
**saving**
123:23
**saw**
50:13 74:11 137:12 138:10
168:16 174:2 184:18 239:1
272:20 275:18 276:21
**saying**
41:12 59:4 62:18 81:2,2
82:24 86:7 139:10 144:25
164:22 165:15,16 186:11
188:6 209:9 217:16 221:1
226:10 235:19 238:5
245:24 259:18 265:17
266:24 278:8
**says**
96:15,16 102:25 106:6,19
116:22,23 119:20 120:2
154:7 161:19 162:10,21
195:6 206:23 219:5 224:6
224:16 225:1 226:4 234:23
235:22 246:24,25 251:20
265:4 270:1 281:10
**sbylina**
2:23
**scale**
42:14,17
**scales**
42:17

**scaling**
60:3 73:2 118:18
**scan**
121:13
**scenario**
41:18 46:18,25 58:21 59:12
59:20 60:22 61:15,20,22
62:23,24,25 67:11 69:25
72:5,15,21 74:4 75:4 76:22
76:24 77:10 79:10,13,17
82:23 83:5,24 84:6 85:2,9
85:11 86:3 87:12 88:5,10
105:5 128:25 129:18 130:3
137:12 155:21,22 157:17
157:20 162:5 163:5 167:9
168:16 170:18 174:5
177:21,21 178:13 179:14
180:16,18 192:14,15,17,22
193:21 194:16,19 195:25
196:1 197:4,6,16,19 199:24
200:13,20 203:10,17 205:3
209:8 210:15 224:17
255:10 256:23,23 277:22
**scenarios**
33:20 36:1 40:14 44:1,25
46:5 47:2,7,10 52:13 54:9,9
54:12 55:4 56:4 59:5 60:6
60:11,21 62:2,4,6,14 72:19
72:24 74:21 80:19,22 81:3
83:10,12 88:12,13 96:6,9
99:9 126:18,24 137:2,21
138:10 156:16 168:15
175:7 178:9 192:20,21,23
193:7,22 200:19 205:18
213:10 214:13 218:17
224:7
**scenes**
51:12
**scheduling**
183:22
**schmidt**
2:9 6:18,18
**schmidtj**
2:12
**scholes**
34:24 104:4
**schoonover**
94:9 95:25 240:17 242:1,12
**schumacher**
3:4
**schwulst**
5:4 228:13,19,22 229:1
239:2
**scope**
39:14

**scratch**
203:12
**screen**
8:4 58:3 68:19,20,25 69:1,1
69:4,8 70:8,9,13 97:18,19
97:20,21,24 98:1,3,5,10,23
102:24 109:11 113:14
119:10,14,18 122:2 123:8
123:20 124:12 125:23
168:16 177:5 215:10
**screens**
176:14
**screenshot**
123:18
**script**
48:16
**scripted**
212:5
**scroll**
96:16 119:15 151:8 222:25
247:23 266:17
**scrolling**
209:17
**sec**
6:7 7:8 10:7,10 94:13 96:21
144:4 145:15 240:6 270:16
290:3
**sec.gov**
2:6,12
**sec010000276**
242:11
**sec300032436**
233:12
**second**
13:25 22:4 48:6 122:8
151:15 154:6 207:25 223:5
246:11 253:25 256:13
260:25 264:11
**secondarily**
32:13
**sec's**
5:9 10:21 143:7 279:25
**section**
46:1 116:20
**secure**
39:23 40:15
**secured**
40:2
**securities**
1:4 2:3,8 6:17,19 40:1
68:23 69:11 98:8,8
**security**
39:20
**seeing**
129:14 186:14 277:5

**seeking**
18:1,4
**seen**
71:14 74:14 142:4 146:20
262:10 270:18 280:1,2,3
**select**
37:25 64:21 105:7,8 111:8
111:24 112:11
**selected**
68:24 98:18 104:22 112:22
115:7 119:24 181:25
**selecting**
71:6
**selection**
278:1
**sell**
31:22 38:1 192:10 203:5
258:10
**seller**
37:20
**selling**
156:2,3
**send**
235:15,16 242:21 244:4
**sending**
242:1 243:1
**sense**
35:3 46:10 47:14,16,18
55:2,14 61:5,17 62:20
64:10 71:7 110:20 136:7
195:23 197:22 209:10
212:14 213:10 227:12
**sensitive**
215:25 276:22
**sensitivity**
263:7
**sent**
95:6 96:1 224:3 235:8,9
243:7 247:8 248:13,20
283:16
**sentence**
146:14,22 148:5,8 246:11
255:18
**sentiment**
205:12
**separate**
7:20 10:16 41:13
**separated**
102:13
**september**
109:5 170:22
**series**
35:2,2 36:11 39:4 71:20
152:3 178:11 215:12
**serve**
64:8

[served - sort]

**served**
8:20 163:20 276:17 283:10
**service**
147:1
**session**
10:12 166:23
**set**
24:15 33:5,18 38:7 48:16
54:5 64:9 70:14 72:12 73:2
80:15 100:7,9,11 102:22
103:15 106:23 114:11
116:7 120:18 122:8 125:24
127:17,23 173:24 191:5
203:1 250:21,22 253:5,6,8
**setting**
19:16 76:19 81:24 107:8
141:2 142:11
**settings**
82:11,12,20 88:11 99:16
102:7,8 107:15 118:5
119:12,21 120:19 271:19
**settlement**
18:7,9 82:3
**seven**
148:13 282:6,20 283:19
284:6,9,17,22 286:14
**severe**
253:22 255:19
**shape**
16:24 126:17 244:11 252:2
**share**
18:6,8 96:8 123:20 135:3
269:7
**shared**
216:8
**shareholders**
22:17
**sheet**
288:11 290:1
**shepherd**
222:16,18
**shift**
32:16
**shifting**
242:9
**shifts**
32:20
**shoot**
215:4 217:13
**short**
25:21 28:18,23 29:21,23
30:5,14,20,24,25 31:10
32:12,16 78:21 79:10,25
82:25 102:19 111:5 115:23
150:18 156:16 172:20,21
215:13 225:25 237:15

**short (cont.)**
269:19
**shorter**
113:1
**shorts**
31:20,21,25
**shot**
99:13
**show**
58:3 98:16 106:13 114:14
119:1,2 146:22 149:21
162:25 178:12,12 269:19
279:19 282:8 283:17,20,22
**showed**
88:4 122:4,21 137:2,21
**showing**
106:16 129:11 231:9,17
**shown**
142:10,12,14 146:13
**shows**
106:12 155:24 194:10
**shut**
185:15,16
**sick**
12:5
**side**
26:20,21,22 27:1,16,16
33:9 53:6 62:6,7 64:2 79:24
79:25 95:1 106:20 108:5
113:13 128:9 204:14
207:17 264:8,25
**sideways**
86:8
**sigma**
86:17,17,25 87:5,8,12,13
87:18 88:16,17 90:7,7,7,7,9
**sigmas**
193:13
**signature**
287:4
**signed**
288:17 290:24
**significance**
233:1
**significant**
129:6 278:7
**significantly**
129:25 263:3 264:1
**similar**
19:16 33:16 37:3,20,21
41:18 59:17 79:21 263:25
**similarly**
107:13,13,14
**simple**
40:12 41:8 76:12 80:8 87:3
112:8 132:13 139:24

**simple (cont.)**
162:24
**simpler**
118:15
**simplified**
125:16
**simplify**
27:8
**simply**
15:1 28:1 29:22 59:1 67:1
69:6 70:12 76:14 89:17
90:3 106:25 113:22 114:5
139:18 148:17 150:17
175:11 250:15,17 264:21
**simulation**
40:10
**single**
28:8 84:22 104:21 114:15
193:10
**sir**
50:6 63:24 66:11 68:17
94:5 139:7 143:7 145:6
147:3 159:19 160:11,22
166:21 167:22 171:1
187:10 205:23
**sit**
144:10 250:9
**sits**
103:8
**sitting**
103:22 210:23
**situation**
41:21 60:7 63:9 184:20
202:25 204:10 210:22
264:23
**six**
100:21
**size**
39:14,17 127:8
**sizing**
40:17
**skew**
32:19,20 35:1 72:11
**skilled**
277:10
**skipping**
209:22
**slippage**
148:18 149:10 208:10
220:10,10 256:11
**small**
107:23 136:7 142:2,15,17
147:17 205:4
**smaller**
118:14

**smart**
271:22 273:10
**snapshot**
41:19 54:23 71:16 171:12
**snapshots**
171:23
**sneaking**
262:18
**sniff**
55:1 110:19
**software**
34:10,18,21 35:8,13,25
36:9 41:22 54:13 74:3
120:3 136:1,18 137:20
171:14,19 173:4 269:15
**sold**
28:4,19 29:4 31:15 32:2
**sole**
22:11
**solely**
36:19
**solid**
77:23 78:1 105:23 230:6
**solution**
272:7,7,19
**solutions**
273:15
**solve**
180:21
**somebody**
174:17 224:23 244:3,12
**someplace**
57:18
**somewhat**
34:19 195:20
**soon**
16:1 151:17
**sophisticated**
40:9,12 51:5 138:20 152:1
152:24 159:9 183:7,9,17
194:3 198:1 202:23
**sorry**
19:5 23:23 28:3 50:10
68:25 69:24 75:10 100:6
110:14 111:12 112:12
116:5 119:14,18 127:21
132:21 140:7 146:2 161:7
165:5 170:8 172:15 174:14
177:15 179:1 181:9 184:1
185:14,19 187:22 194:17
196:21 202:5 205:24 206:1
206:4,8 241:8 242:8 254:20
**sort**
10:2,23 22:11 24:20 27:4
33:9 41:12 46:13,15 56:7
79:5 89:10 96:18 105:14

**[sort - stress]**

**sort (cont.)**
115:9,15,17 118:9 132:14
136:22 147:16 199:19
210:22 214:22 218:8 221:1
221:24 223:4,19 250:18
256:22 260:3 263:20

**sorts**
36:1

**sought**
145:23

**sound**
52:19 66:17 90:14 140:20
140:21,24 141:14,17,25
142:1,5,13 143:22,23
146:15 159:1 197:12

**sounds**
23:8 63:22 78:3 144:24
230:15 232:2 244:6 253:6

**source**
55:3

**sources**
90:21 101:17

**spanned**
131:14

**speak**
7:13 11:2 165:6 172:15
177:16 179:1 202:25 203:2
276:18

**speaking**
31:21 75:12 140:3 156:15
165:20 195:7 221:3 239:2
284:23

**specific**
17:6,8 19:14 22:1 40:24
67:9 75:15 85:5,7 89:13
113:8 120:2 143:21 157:4
181:20 183:22 192:23
211:19 230:22 238:8 239:6
250:10 273:12

**specifically**
21:20 25:12,15 32:3 108:21
137:10,17 148:4 151:9
158:1 212:14 217:14 243:4
243:15 250:25 281:18
283:2

**specifics**
138:2 182:2 255:8,16 265:2
272:2 276:11

**specified**
53:23 108:1 289:15

**specify**
16:20

**specifying**
193:2

**speculate**
68:7 118:24

**speculating**
99:11

**speedometer**
35:12

**spend**
76:16 79:23 122:11 163:23
199:15

**spent**
170:12

**split**
24:4 122:7 226:19,23

**spoke**
139:11 140:19 166:22
169:2

**spread**
28:8 30:1 40:20 45:24
62:14 172:20,20 222:24
269:19

**spreads**
31:19 174:3 269:18,25

**squeeze**
256:6 257:22 259:1

**squinting**
103:4

**stagnant**
88:25

**stamp**
228:11 242:10

**stamped**
94:13

**stand**
135:9

**standard**
11:11 40:8 54:20,21 70:8
73:11 85:15,16,19 87:19
88:16,19 89:9,14 90:4,6,8
90:13,14,24 92:8 110:15,17
111:6,7 218:8,11,12 219:19
221:2 257:5 263:15

**standpoint**
92:20,21 175:15

**stands**
183:24

**star**
108:9,10

**stared**
122:9

**staring**
122:9

**start**
29:17 50:11 59:17 92:12
135:5 137:17 190:13
208:14 209:15 219:14
241:20,21 250:20 269:1

**started**
7:9 10:23 49:4 119:15

**started (cont.)**
239:18 258:3 269:2 273:22

**starting**
15:7 147:23 151:10,14
171:8 180:1 187:18 196:6
197:12 202:10,10,22
206:18 217:11 262:20
263:22

**state**
151:15 159:23 162:13
165:21,24 171:12 219:19
262:21 289:3,14

**stated**
192:7 196:13 257:21

**statement**
17:11 157:4 227:4 275:10
278:6

**statements**
51:7 99:10 167:16 181:3,10
186:14 253:25 280:20
281:22

**states**
1:1,4 2:3,8 190:16 259:11

**static**
114:5

**stating**
7:12 178:7 194:10 276:20

**statistical**
86:15 89:24

**statistically**
256:4,14,18

**statistics**
59:19 85:14

**stats**
54:20 87:15 93:12 257:4

**status**
85:17 121:6

**stay**
85:21

**stenographic**
289:12

**stenographically**
289:8

**step**
63:13 86:6 113:15,16,21,23
114:6,12 115:4,16 116:10
116:12,19

**stepping**
114:3

**steps**
86:1 89:13 128:16 137:13
186:21 203:18 276:8

**steve**
2:20 6:21 185:15

**stick**
77:22 286:13

**sticking**
60:10 286:16

**sticks**
244:15,16

**stock**
37:6 216:1

**stocks**
121:14

**stone**
54:5

**stood**
129:11 232:21 261:13

**stool**
41:5

**stop**
56:14 65:20 165:7 207:22
207:25 208:1,13,20,21
210:22 211:4 218:9,12,15
218:25 219:4,11,14,17,18
219:20 220:18,21 221:2,5,7
225:7 236:6 264:10

**stores**
100:19

**storm**
253:23 255:20 258:19,22
263:24

**straight**
235:9

**strategies**
26:14,16 27:10

**strategy**
14:21,25 26:19,20,20,21,22
26:23 27:2,5,6,9,16,16,22
27:23 28:2 29:12 30:11
32:4,5 33:2 39:2 49:2,3,5,5
49:17 53:12 124:6,7 125:12
135:12,12 136:2 201:8,15
201:18 205:12 226:4 227:5
234:11 241:6 248:1,4
255:11 266:11,13

**street**
3:5

**strength**
28:23 29:21 31:7

**stress**
41:14,21,23 42:1 44:6,9,12
44:13,19 46:4 47:14,17,18
48:3 55:18 56:3,7,12,22
64:13,15 84:19 88:14 92:2
92:4,20,23 93:7 126:22
127:1,5 136:11,16 148:11
148:19 149:19,21 150:23
151:4 152:2,4,9,10,17,19
153:4,16,18 155:6 156:25
158:22 159:20 161:11,13
162:10 163:1 166:9,11

**[stress - tell]**

**stress (cont.)**
170:1,12,19,21 171:14,19
171:25,25 172:2,4,10 178:3
178:8,21 180:19 181:22
182:11 187:25 188:5,7,9,20
190:17 191:15 192:2,8,11
192:24 194:4,9 195:3
196:21,22,23 197:13 199:3
199:6,16,21 202:14 203:25
207:10 209:24 211:7
212:22 214:14 225:10
236:1 256:20 260:16 274:2
**stressed**
93:4 138:4 163:5 182:15
197:10 225:3
**stresses**
172:6
**stressing**
43:22,24 44:8 47:9 53:5,17
54:10 63:3 64:17 67:15
137:22 150:25 151:5 154:7
156:20 157:1 193:24
194:12 202:16,22 216:8
**strict**
53:4
**strike**
28:5,9 29:2 30:25 35:2
120:6 213:21 246:2
**strikes**
31:9 203:5 204:21
**structure**
32:9 224:4,6,8,18
**structures**
30:17 224:24
**studies**
124:1
**study**
268:17
**stuff**
96:6 120:21 242:21 263:19
**sub**
172:1
**subheading**
246:10
**subject**
10:6 48:11 49:25 163:21
201:1 240:18 250:6 270:20
**submitted**
17:11 123:3,4
**subsequent**
18:12 242:17 258:17
**subsequently**
15:24 267:5
**substance**
9:2 136:25 137:15,19

**substantial**
220:10
**successful**
198:18 208:6
**succinctly**
30:8
**sudden**
64:14
**suffering**
270:24
**sufficient**
211:3,12 215:4 283:12
**sufficiently**
197:5
**suggest**
103:23 120:23
**suggested**
80:13 263:2
**suggesting**
244:14
**suggestion**
200:19 272:4,24 273:3
**suggests**
104:1 108:6 244:9 268:17
**suite**
2:5,10,16,21 3:5 38:21,24
39:12 120:11 128:7
**suites**
39:11 263:2,12
**sum**
41:1 79:9 136:25 137:15,19
**summarized**
225:14 226:1
**summary**
225:24 268:4
**sunday**
101:23
**sure**
11:21 12:19 13:20 21:5
22:3 25:24,24 30:22 33:13
35:7,23 36:8 37:8 44:11
51:13,17 65:15 68:15 69:25
73:20 74:24 75:11,21 76:3
77:7,21 89:10 90:19 95:21
97:19 98:22 102:17 111:15
122:4,10,12 130:16 131:21
134:24 136:3,3 139:6,18
141:13 144:12 146:5
147:20 148:2 150:6,21
153:12 157:5,8 165:2 181:5
182:23 184:3 189:18 201:5
202:8 205:16,25 206:2
213:19 215:22 219:22
222:20 225:12 230:19
239:24 243:3,20,20,20,23
244:7,24 253:14 265:19

**sure (cont.)**
273:1 276:4 277:11 281:5
283:20
**surface**
271:10
**surfacing**
271:23 272:19 273:11
**surprise**
134:3,7
**surprised**
133:7
**surrounding**
245:15
**survey**
121:8
**survived**
250:11
**suspicion**
262:18,22
**suspicious**
89:4
**swear**
8:8 131:11 280:3
**swing**
63:7
**switch**
114:4 116:9
**sworn**
6:15 7:2 19:15 141:3,5
**symmetrical**
31:1
**sync**
13:17
**system**
59:1 148:14 195:12 226:21
**szilagyi**
5:5 15:16,21 16:10 20:7,12
23:1 183:20 233:15 234:9
234:24 240:12,18 241:24
242:12 243:21

**t**

**tab**
119:23
**table**
85:18 258:8
**tabs**
119:11,19
**tabular**
124:8
**tail**
87:9
**taken**
78:7 84:11 131:2 139:5
154:4 156:5 187:6 228:1
287:2 289:14 290:2

**talk**
41:25 43:20 53:18 75:1
91:16 137:6 138:7 148:2
151:4 160:18 193:13
207:17 208:10 212:16
239:18 247:14 253:10
264:22 267:16 274:2,3
275:20
**talked**
35:1 53:4,6,8 63:25 73:4
74:16 98:20 110:15 131:7
135:25 149:5 151:2 157:11
176:12 189:23 190:1,3
192:21 221:7 263:15,19
280:16
**talking**
25:17 32:3 38:25 43:14
52:14,22 56:17 60:15 69:18
75:15 76:1,9 78:15 80:11
88:15 95:15 97:18 107:6
109:5 113:22 117:13 150:7
178:15,16 190:4,23,25
193:19,21 204:12,15
209:15 212:21 213:13
216:7 224:2 230:20,20
231:18,22 232:13 239:4
245:13 257:23 265:16
267:24
**tangled**
175:13
**target**
29:5 33:19 118:20
**taylor**
223:1,11 224:5,15
**tbd**
265:17
**teal**
110:16
**team**
96:7 243:24 273:14
**technical**
31:18 72:7 120:11
**technique**
93:7 279:12
**techniques**
92:5 156:4 159:16 191:18
193:15,16 194:4 200:10
210:17,20
**tee**
63:13,20
**telephone**
131:8
**telephonic**
49:15
**tell**
8:8 21:5 22:1 29:11 43:6

[tell - time]

**tell (cont.)**
55:23 61:17 68:3,17 74:12
79:5 86:18 95:24 99:23
100:13 101:25 103:3,5,12
106:24 107:2 108:5,14,23
111:6 113:19,19 120:4
122:1,6 153:25 169:12
177:5 189:20 216:9 223:12
223:14,25 231:17 239:15
244:16 245:23 250:9,12
251:11 252:18 262:21
281:12 282:2,15 286:3

**telling**
36:9,22 74:18 128:22,23
190:5 243:11 249:5

**tells**
36:14 104:17 176:12

**ten**
31:1,2 56:3 77:20,23
101:19 277:25

**tend**
29:24 92:13,14 254:10

**tends**
87:4 92:22

**tenure**
267:9

**term**
25:21 75:17,25 218:25
219:1,9

**terminated**
15:10,15,19,22 16:11 17:1
17:24 20:8,24 22:25 23:1

**terminating**
16:18

**termination**
15:12

**terminology**
50:11 220:23,25

**terms**
18:21 28:24 46:16,17 48:22
54:3 58:5,6 60:8 61:24
74:17 76:16 82:22 84:12
85:3 92:16 98:24 107:9
108:6 116:15 128:13
129:15,19 146:16 157:16
167:4 177:1 178:6 193:11
193:12 195:7 207:18,21
208:18 209:10 227:6 239:4
252:7 263:14

**test**
41:14 44:12 46:9 55:1 56:3
56:22 64:15 69:7 88:14
89:10 93:25 100:23,23
110:19 122:7 124:2,7,10,23
125:9,11,12 179:15 194:10
214:14 256:20 268:13

**tested**
247:18

**testified**
7:3 19:19 20:4 26:13
117:11 179:22 205:22

**testify**
19:11 20:2 162:15

**testifying**
6:6

**testimony**
8:20,25 9:5 10:7,12,20
12:11 17:4,7 19:15 62:1
65:3,9 98:14 141:3,5,15
142:11 149:5 160:19 168:6
169:14 176:8 190:5 200:11
227:3 275:5 288:6,9

**testimony's**
74:25

**testing**
41:22,23 42:1 44:10,13
56:8,12 100:25 124:6
136:11,16 148:11 149:19
149:21 150:24 151:4 153:4
153:16,18 159:20 161:11
161:13 163:1 166:9,11
170:1,13,19,21 181:22
182:12 196:21,22 199:4,16
199:21 225:10 246:13
247:18 260:16

**tests**
44:19 178:3

**text**
16:9

**textbook**
85:18

**texts**
10:5

**thank**
8:16 10:1 78:4,10 114:19
194:22 196:11 287:12

**thanks**
130:24 227:23

**thereabouts**
208:11

**theta**
107:13 268:4

**thing**
38:10,23 44:12 46:16 48:10
57:4,11 66:8 72:23 73:12
75:19 78:25 84:10 85:22
100:1 104:5 149:14 154:5
191:21,22 204:22 207:16
210:6 211:1 213:21,23
214:3,7 215:3 223:23,24
224:21 225:25 231:17
235:19 260:21 263:20

**thing (cont.)**
271:10 274:7 278:7

**things**
9:1 32:8 39:12 40:19 57:24
59:8,17,21 81:20 82:18
102:16 121:15 122:20
144:2 151:22 154:8 175:20
189:19 193:10 197:14
198:3 223:13 229:25 232:1
234:10 238:15 243:18
258:7 263:14 271:2,21
272:21 281:16,17 286:5

**thing's**
106:23 122:10

**think**
12:6,10 17:13 18:10 19:10
21:21 42:8 47:11 48:12
50:3,14 53:8,13 54:25 61:4
63:5 64:8,19 65:21 68:21
77:16 80:15 81:12 84:15
91:22 92:16 96:2 98:7
99:14,15 100:16 102:6,8,18
112:9,12 113:11 117:15
127:21 128:22 132:11
135:14 137:11 138:18
139:4,9 141:8,16 143:1
147:13 150:15 155:2,10
157:11 159:6 160:18
163:12 168:9 169:13 170:7
181:18 183:5 186:8 188:21
193:4 194:6 195:15 198:4
200:25 204:6 205:24 206:2
206:5 208:9 209:3 211:8,13
211:14 212:9,17 214:6,25
219:2,8 220:22 221:6 224:9
225:20 230:14 234:1 235:8
237:25 239:6 241:22 244:5
244:5 247:21 251:9 253:24
254:15 257:1 261:21
265:15 268:18 269:2,5
272:21 274:4 275:2,4,7,15
276:2 278:8 279:12

**thinking**
277:1

**thinks**
104:4,6

**third**
18:10 259:4

**thorough**
52:20

**thought**
79:20 81:22 115:5 132:9,13
169:1 188:14 206:6 268:23

**three**
23:17 25:5 30:9 31:21 41:4
44:22,24 47:8,15,15 90:7

**three (cont.)**
99:3 107:24 113:1,5,23
116:2 145:18 154:6 160:3
245:13 255:13 259:10

**threshold**
87:25 145:25 146:11
186:23 220:9 250:18 253:7

**threw**
48:5 52:12 55:6

**throughs**
116:19

**throw**
47:12 52:15 59:20 77:9
84:7

**thumb**
86:24

**till**
131:20

**time**
6:8 7:17 10:18 11:25 12:24
20:16,17,24 21:2,19 22:7
25:13,16 27:17 28:12,21,24
29:15,17 31:4 32:10,11
34:13 35:22 36:11,18,24
37:2,10 39:3 44:15 46:7
47:4,24 48:8,9,9,15,19,20
49:17 51:21,22 52:9,24
53:20 54:6 55:7,9 57:1,19
57:21 59:25 60:6 64:18
68:8 70:10 71:17 72:10,15
73:1,18 75:15,18 76:12,23
77:9,25 81:22 82:10 84:23
84:24 85:6,8 87:1,11 89:16
98:17,19 100:4,5,6,7,17
101:4,6,17 102:21 105:25
106:3 108:1,8,18,21 109:5
111:8 112:25 113:1,25
114:4,16 115:8,23 116:16
116:16,17,17 117:12
120:17 124:9,9,20,22,24
125:5,19 131:13,14,18,19
132:4,12,16,17 133:3,15
134:8 135:13,18,19 136:4,4
136:19 139:5 140:10,15
143:19 145:23 148:14
150:15,18 152:11,13,13
155:4,5 156:14,19 159:13
160:24 163:24 165:6,19
168:19 170:6,9,12,22
171:15,16 172:7 173:9
175:7 176:14 178:16,18
179:11 180:20 182:21
190:9,14,25 197:1,16
198:18 199:15 207:2 208:4
212:15 213:3 214:19 215:7
215:11,13,20,24 216:18

[time - type]

**time (cont.)**
220:14 222:13 225:6,22
226:13 231:25 234:19
235:22 237:15,23 238:1,10
238:22 239:3 243:15
246:21 247:19 248:25
249:20 250:8 251:1 252:24
253:14 254:11 255:5,6,10
255:14 257:2 258:15,16
260:7,12 262:24 264:15,20
265:12,24 266:8 268:19
271:18 273:7,24 274:25
275:6,23 276:9 277:5,6,11
278:5,21 279:5,6,18 282:19
283:5,25 284:1,8 285:21
287:4 289:15

**timed**
73:15

**timeline**
180:18

**times**
27:11 61:19,21 63:18 66:23
84:17 85:1 121:25 137:9
145:19 152:14 155:14
160:3 166:1 199:12 200:23
200:24 201:15 206:24
214:11 221:2 232:1 236:4
274:18 275:23 276:6

**timing**
249:9

**tiny**
213:5

**today**
6:11 8:16 10:8 12:1 13:11
14:24 21:2,21 44:23 57:20
70:25 89:22 100:6,16
102:21 113:24 135:25
144:10 149:5,12 151:2
152:12,12 155:22 159:17
170:8 211:10 212:16 250:9
250:12 256:19 263:19
277:5 280:25

**today's**
6:7 19:16 57:22

**told**
21:7 50:3,14,17 75:25
112:13 133:24 140:12
146:5 149:12 157:25
183:10,13 185:10,25
232:20 236:15 277:19
282:3

**tolerances**
129:21

**tomorrow**
45:10 64:17 77:1 83:6
203:19 204:5 273:8

**tone**
205:6

**tool**
35:6,16 37:24 38:12,12,17
38:18 40:8 42:2 46:24
62:15 71:21 112:22,23
113:8 116:6 117:9 121:1
124:5,6 127:14 132:19,23
136:24 150:1 151:7 195:10
195:11,13,22,24 203:1
235:2,25 236:7 239:9
269:15

**tools**
33:5 35:7 36:21 42:21 60:9
61:4 119:11,21 120:15
138:25 195:17 202:24

**top**
30:7 42:16 87:15 90:9 93:2
94:8 100:3 119:9,9 147:19
177:4 224:2 233:13 240:11

**topic**
43:23 131:7 134:19 213:6
283:6,10 286:12

**topics**
224:19

**tossed**
273:14,15 276:15

**total**
40:25 41:2 79:14 143:3
176:3,11

**totally**
136:4

**trade**
23:7,8 35:17 39:20 46:17
46:20 82:16 120:22,24
121:8,12,17 122:14,21,21
123:1,3,3 135:16 178:11,11
195:18 207:13 210:18
262:11 272:23 278:17
279:1

**traded**
26:5 27:11 39:2,21 89:7

**tradeoff**
200:22 215:14

**trader**
22:14 36:22 100:2,14 101:5
101:20 124:15,19

**trader's**
125:2

**trades**
31:12 35:20 36:5,15,20
46:17 69:2 120:23 121:10
121:24 156:9,12 178:10
274:10,14

**trading**
23:16 26:14 86:13 88:3

**trading (cont.)**
104:2 124:2 204:19 224:8
224:18 257:24 262:6,23
268:17 276:8

**trailing**
89:8

**training**
40:20

**transaction**
28:8 122:24 179:3

**transactions**
172:18

**transcribed**
10:25

**transcript**
4:10,11,13,14,16,17,19 5:8
10:25 141:21 142:7,12
144:3 145:16 146:23,25
147:11,13,16 151:9 153:8
153:21 154:4 158:16,18
159:3,6 160:9,16 161:11,20
162:8,11 163:7,10,13,15,17
163:24 164:20,24 166:9,18
167:3,7 170:2 171:6 173:4
174:17,19 181:2,11 186:10
187:11 190:16 192:4 195:5
196:3 202:1 206:15,17
209:18 217:3 261:3 267:16
280:24 288:6,8 289:10,11

**transcripts**
142:4 143:17 144:19
145:14 146:8,13

**translate**
81:14,14,16

**translated**
149:7 236:23

**transparence**
51:9

**transparent**
50:19

**transparently**
194:2

**treasure**
64:18

**treasuries**
77:2

**treat**
219:13

**treated**
219:17

**trending**
45:20,20 86:8,8,9

**tried**
26:19 40:24 52:25 154:18
229:13 253:13 264:14

**trigger**
184:15 218:21 219:2 258:5

**triggered**
74:22 210:24

**triggers**
219:6

**trouble**
14:4

**true**
15:9 28:12 31:14 50:4
75:20 144:5 199:9 205:13
214:2 215:21 246:19
271:16,18 277:16,20,22,24
288:8 289:11

**trust**
23:21 24:7,8,12,15

**truth**
8:9 139:19,19

**truthful**
138:18 139:4,14 140:3,8
166:21 168:10 181:15

**truthfully**
137:11 160:20

**try**
11:2,7 14:1,9,9 27:8,9
33:20 45:13,21 72:24 74:23
77:23,23 90:23 149:24
153:9 160:2 165:10 169:15
203:4,15 205:13 207:20
208:17 209:9 248:2 249:2
264:7

**trying**
39:10 55:13 62:20 92:25
112:22 113:8 115:21 116:3
125:13 129:4 139:17
149:17,19 159:11 173:23
173:24 191:4 200:12
209:10 218:1 227:11
249:17 251:19 258:14
285:20

**tuesday**
1:15 229:13

**tune**
211:2

**turn**
25:13 40:19 50:22 146:24
147:10 162:15 171:1,8
190:15 214:6 221:9 227:16
239:23 258:13 270:9
280:19

**turned**
132:9 215:18 218:18 272:7

**twice**
39:16,17 52:8

**type**
40:19 60:21 88:25 102:4

**[type - vast]**

**type (cont.)**
120:21 125:15 134:22,25
135:2,16 197:23 203:23
210:14 254:8 266:10
269:18
**typed**
223:6
**types**
26:1 30:16 135:16 262:10
**typical**
31:16 55:11 70:13 79:21
86:14 91:21 102:9,20 135:4
222:23 223:24 260:21
**typically**
44:11 47:9 54:13,16 57:9
70:9 72:23 81:14 90:16
92:2 97:22 98:20 99:1
103:14 105:14,16 110:25
111:18,18 112:15 114:22
120:4 123:18 125:10
126:19,21 135:17 142:18
142:23 226:23 235:14,16
258:1 264:23
**typing**
223:19
**typo**
181:5

**u**

**ultimate**
55:3 274:13
**ultimately**
37:19 90:2 250:10 265:25
**um**
58:25
**unable**
220:15
**unaware**
132:4,6
**uncertain**
63:11 267:11
**unchanged**
55:24,25
**unchecked**
113:16
**uncomfortable**
157:17
**uncomfortably**
210:5 213:15
**underline**
37:12 120:7,14
**underlining**
120:12
**underlying**
28:11 72:10 215:25 216:1
223:18 256:21

**underneath**
109:22 110:11 118:8
119:24
**understand**
11:6 12:4 13:12 15:2 19:18
33:17,21 37:9 54:7 62:1
63:19 65:2 75:21 78:15
80:18 90:6 95:25 115:6
127:17,21 128:19 133:7
134:8 136:4 139:12 140:2
144:15 146:2 149:17,20
150:6 151:19,22 152:7
157:24 159:7 160:13 165:8
165:11,12,13 170:14 182:3
190:4,20 193:15 198:15
214:13 218:2 221:24
222:17 224:16 227:2
230:19 234:11 249:17
251:13 252:20 276:4 280:6
**understandable**
193:12
**understanding**
49:7,21 50:2 51:15 54:22
95:8 111:1 121:11 133:15
133:20 134:13 165:3
217:13 218:25 258:2
288:12
**understands**
218:3
**understood**
11:9,12 37:24 50:21 51:6,6
56:6 65:13 98:14 105:9
138:13,16,17 139:10,15
140:10 217:25 254:6 276:3
**undertake**
86:2 91:12 128:15
**unfairly**
158:25
**unfavorable**
253:20 254:7,9,10
**unfortunately**
160:22 258:2 264:4
**unit**
107:9,15
**united**
1:1,4 2:3,8
**universe**
121:13
**unknown**
133:1
**unmute**
229:14
**unquote**
267:6
**unusual**
32:14 180:15,17 235:10,13

**unusual (cont.)**
244:1 276:13
**update**
240:19 241:6 242:17
244:18
**updates**
131:23,23
**upgraded**
170:24
**upmarket**
271:3,15 275:11 276:23
**upper**
64:1
**upset**
275:5
**upside**
32:7 87:4,5,13,16 90:12
93:6 253:20 254:4 255:7
256:5
**urgent**
214:14
**use**
33:17,23 35:15,25 37:25
38:3 41:13,17 46:8,23 54:7
55:13 60:9 61:24 62:15
63:14,16,20 64:15,23 65:11
65:18 74:2,3 84:2 86:16,25
87:7,10 89:25 93:12 102:7
102:9 103:21 107:7,7,8
108:24 109:3,16 112:19,23
112:24 113:1,8 115:14,16
116:6 117:1,4,8,10,11,16
117:20 118:16,23 119:3,4,6
120:20,21 121:6,7,8,16
123:21 124:14,19 125:17
127:14,14,15 128:22
131:18 132:6 140:15 148:5
148:9,11,14 149:1 153:14
153:16,19 156:5 157:15
159:14,17 167:8 173:15
175:12 176:16 186:3
190:20 193:15 195:16
200:19 203:3 208:5 210:17
212:2 213:8 220:24 226:23
227:14 269:13,18,21 270:7
283:25
**useful**
54:4 73:21,21,25 253:1,4
277:12,15
**user**
53:23
**uses**
71:22
**usually**
121:25

**utility**
269:5,6 270:5
**utilized**
219:20
**utilizing**
137:20

**v**

**valid**
138:10 160:4
**validated**
260:17
**value**
29:24 36:7,9 40:25 41:8,17
53:22,25 56:25 70:21 71:10
72:9,22 74:20 76:20,20
78:17,20,21 79:9,11,12,13
80:21 81:25 82:2,4,21,25
84:18 86:4 87:23 88:6
104:8 106:14 107:7,8
109:17 112:5 118:5 123:14
126:4,7 127:17,23 128:3,21
136:19 149:6 150:2,14
152:18 156:25 157:7 158:8
171:24 172:9 173:11,14,17
174:10,21,24 175:20 176:7
176:16 177:7,9 178:6,19
185:2 188:9,12,16,19,20
192:11 232:15 236:1 269:2
**valued**
175:18 277:10
**values**
36:17 37:10 38:4 40:23
41:16,21 72:4 99:7 107:19
114:15 123:12 127:13
130:9 176:9
**vanese**
1:24 6:12 289:6,24
**vann**
223:1 224:11,11 225:25
**variable**
216:23
**varied**
51:21 52:7 143:4
**varies**
142:17
**variety**
172:19 183:22
**various**
18:2 33:17,20 36:2 44:25
70:24 158:22 207:11 235:3
240:13 243:22
**vary**
152:13
**vast**
87:5

**[vega - wife]**

**vega**
107:14
**vehicle**
21:10
**vendor**
258:1
**verbally**
10:24 160:8
**verify**
90:23
**version**
96:20 109:1 117:23 125:16
242:24,25 244:5,17 256:1
263:19
**versions**
240:8 243:5
**versus**
6:7 29:3 83:23,23 226:22
**vertical**
98:13,13 99:23,25 100:5
102:2,10 103:1,9 118:2,6
127:17 176:22,23 177:2,3
**video**
9:13 13:15,15 14:10 19:23
139:22
**videographer**
3:8 6:4,11 8:3 78:5,8
130:25 131:3 187:4,7
227:24 228:2 286:25
**videotaped**
1:14 6:5
**view**
9:15 16:22 69:15 73:12
104:24,25 106:17 123:20
159:8 252:23,24,25 253:3
269:6,7,8
**viewer**
9:15
**viewpoint**
17:23
**virtually**
26:8
**visible**
68:14
**visual**
8:9 98:25
**visualize**
70:11
**visually**
88:8
**vividly**
141:6
**vix**
130:5 152:8 172:1,3 196:25
197:15 225:5 236:3

**vixs**
193:13
**vol**
47:17 59:15,16 127:1 255:7
255:13
**volatile**
45:15 130:8 197:15 214:11
259:12 274:3
**volatilities**
37:14 113:17 114:12
**volatility**
30:3 32:14,18,24,24 36:24
39:11 40:14 45:12,14,18
46:1 47:4,19 53:5,7,20
54:19 55:7,22 58:19 59:16
60:25,25 62:7,10,24 65:6
69:20 72:6,11,15 73:11
85:13,15 86:11 88:25 89:8
92:3,7,10,11,13,13,14,15
92:21,22,23,24 93:2,4,7,10
93:12,13 114:4,6,8,11,13
114:16,17,20,22,24 115:2
116:10,14,19,20 120:1,12
120:13,16,17 125:23 126:2
126:10,13,18,20,22,24
127:5,7,19 130:4,7,7,11
135:10 136:21 152:4,5,10
154:8 156:22 170:17
171:15,25 172:2,5,10,12,17
175:8 176:15 178:9,20,22
179:2 188:1,6 190:12
193:22 196:25 204:3
207:11 225:5 235:22
245:14,15 246:9,14,16
253:21 254:5,24 255:12
256:3,4,16,21 257:2 263:17
271:21
**volatility's**
40:21 93:3,6
**volume**
127:2,2 193:1
**volumes**
69:7 142:3
**voluntary**
45:12
**volusia**
289:4

**w**

**waiting**
210:23
**wake**
203:11 249:23
**walczak**
1:7,14 2:13 3:3 4:3 6:6,7,22
7:1,6,19 8:7 11:16 74:2
78:12 81:3 131:6 140:1

**walczak (cont.)**
147:6 154:21,21 161:10
162:24 165:4 166:8 169:19
196:6 202:8 217:2 221:10
228:5 233:14 239:23 242:6
247:24 253:18 267:21
279:19 288:4,17 289:9
290:2,3
**walk**
44:8 86:1 124:2
**walking**
43:21
**wall**
116:12
**wand**
102:25
**want**
8:25 10:15 11:22 13:17
35:19 43:20 51:21 58:4
61:23 63:24 65:17 66:2,9
70:14 71:18,20 74:23 75:10
75:11 77:20 78:14 82:15,16
92:23 93:1,12 95:4 100:20
100:23 101:18 107:11,23
108:21 116:6 119:7 120:9
120:19 124:23 125:21
127:5 130:15,19 131:18,20
139:7,18 145:8,12 148:4,20
150:5 155:12 161:2 163:10
163:18,23 164:1,2,14 165:5
165:10,22 173:2 179:9
196:18 199:13 206:2
207:25 230:19 234:12
245:20 248:21 251:13
260:11 266:10 279:7
282:23 283:5,9,21 286:23
**wanted**
18:6,8 44:18 69:10 70:17
82:12 105:6 122:8 123:19
124:10 125:11,20 129:12
163:19,21 242:22 246:1,2
248:14,15 265:18 276:19
278:23 279:9 286:12
**wanting**
52:1 60:15
**wants**
258:12
**waste**
171:16
**wasting**
156:13 180:20
**watch**
102:15,17
**watching**
34:20

**water**
148:24 149:15,23 150:7
173:21 184:10 185:3
188:23 189:2,6,22,24,25
190:1 191:3,10,11 230:10
232:11,13,18,22 233:2,5,8
236:11,17 237:2,17,22
239:5
**water's**
227:18
**ways**
29:8,9 30:5,9,12 39:5 40:22
43:7 103:21 112:21
**webex**
8:25 10:3
**websites**
9:4
**week**
58:20 61:16 115:24 121:25
178:5 203:17,19 247:11
249:22 259:4,11 273:8
**weeks**
216:15 249:22
**weigh**
222:7
**weight**
59:18
**weird**
224:22
**went**
81:20 131:17 145:13
170:25 176:8 190:11
221:25 228:23 239:7 260:9
265:11,22 267:9 272:11
276:7
**west**
2:5,10,16,21
**western**
1:2
**we've**
53:2 77:13 113:21 185:12
190:22 198:18 203:13,13
205:3 209:16 210:15
248:17 261:21 263:14,24
266:19 280:16 281:25
284:17,22
**when's**
116:4
**wholesaler**
221:21,23 226:18 228:16
**wholesalers**
50:9 51:23 231:23
**wide**
70:14
**wife**
21:13,18 22:16,20 23:14

**[wife - ziliak.com]**

**wife (cont.)**
24:4,5,6,8,9,22 25:11
**wife's**
23:13,21 25:10
**willing**
40:5
**wind**
62:17
**window**
77:10 131:11 208:15
**wisconsin**
1:2
**wise**
230:23
**wish**
230:5
**witness**
4:2 6:14 14:3 77:17,21
130:16,21 165:22 185:19
194:20 206:6,11 227:18,22
282:22 288:1
**wmc**
1:4
**woman**
271:22 273:10
**wondered**
183:6
**wondering**
277:6
**word**
169:19 184:2,22,23 185:24
186:2,3,7 211:16 231:21
249:16 252:14 286:5
**words**
33:23 39:15 42:9 44:18
71:6 73:9 107:20 118:20
124:6 129:22 135:7 146:15
160:14,14,16 166:21 167:3
167:21 168:15 169:2,3,8,11
169:12,16 171:12 174:9
177:19 179:9,12,13 180:15
182:10,23 190:21 199:25
200:7,17 209:1,2 211:19,23
211:25 212:6,8 231:1
240:25 245:3 252:12
**work**
56:10 57:4,21 170:24
272:21
**worked**
48:10 252:1
**working**
184:17
**works**
93:19 176:9
**world**
46:12 89:20 154:4 186:16

**world (cont.)**
237:18
**worried**
206:25
**worse**
264:1 274:8
**worsened**
256:8
**worst**
195:25 196:1 197:4,16,18
197:20 199:23 200:13,16
224:7,17
**wrapped**
13:9
**write**
211:23 225:13,13 229:25
230:5,17 233:21 236:18
242:17 243:9 247:6 255:18
**writes**
222:15 228:22 229:12
234:10,23 243:22 271:2
**writing**
95:24 160:7 166:24 168:21
200:6 223:14 224:15,21
258:16 259:7 271:13
**written**
10:25 17:10 29:4 287:10
**wrong**
64:15 75:6 81:5 268:20
**wrote**
62:4 225:16 231:1 244:10
246:5 248:13 249:1,7
252:12,14 255:24 271:19
285:7,8,8,9

**y**

**yeah**
18:17 21:11,24 36:19 38:19
41:25 42:8 49:14,19 53:24
58:3 61:14 62:9,18 63:5,17
65:20 72:7 76:10 81:18
86:24 87:20 88:9 91:20
95:16,19 97:6 98:22 101:25
102:6 104:13 105:13,22,24
106:1 108:3 111:15 112:8,9
119:3,16 125:1 128:6
130:18 132:2,3 135:21
136:7,13,22 137:6 147:14
151:2,3 157:3 158:13
160:13 163:19 174:8
181:23 182:8 184:22
188:14 191:3 192:20 193:4
200:15 201:22 202:16,17
204:1,12,20 205:15 206:4,9
207:9 208:3 211:8 213:18
213:18,22 214:5 217:24
227:8,13,20 228:21 232:7,8

**yeah (cont.)**
235:8 238:22 239:6,17
242:15 245:4 250:1 259:21
266:5 267:18 268:12
269:17 271:9 280:8,15
285:12
**year**
45:11 55:7 100:11 131:17
131:17 238:7 254:22,25
255:2,10,12 266:10,12
**years**
101:19 109:1 131:15,17,20
137:9 148:13 262:6 269:9
**yep**
97:9 217:10
**yesterday**
55:24 74:11
**york**
268:10

**z**

**zachary**
2:15,17 6:21
**zero**
80:3 81:20 113:25
**ziliak**
2:14,15,20 6:21
**ziliak.com**
2:17,23