Exhibit 5


CFTC_60

Ed Walczak – HFXAX Call – Nov 4 2014.mp3


(Native File Sent by Mail)