Exhibit 6

SEC_10

HFX Call – Sep 15 2015 – SEC10 – CONFIDENTIAL.mp3

(Native File Sent by Mail)