Exhibit 7

CATALYST_003_28962

HFX Weekly Open House Call – Oct 6 2015.mp3

(Native File Sent by Mail)