Exhibit 8

CATALYST_003_29411

HFX Weekly Open House Call – Oct 13 2015.mp3

(Native File Sent by Mail)