Exhibit 9

CATALYST_003_41416

HFX National Open House Call – Feb 2 2016.mp3

(Native File Sent by Mail)