# Exhibit 10

# SEC2

# HFXIX Call 3-1-2016-SEC2-CONFIDENTIAL.mp3

# (Native File Sent by Mail)