# Exhibit 11

## Catalyst_003_57978

National Open House HFX – CFH Call – June 7 2016.mp3

(Native File Sent by Mail)