Case: 3:20-cv-00075-wmc   Document #: 31-12   Filed: 08/30/21   Page 1 of 1

# Exhibit 12

Catalyst_003_07869

National Open House HFX & CFH Call – Sept 13 2016.mp3

(Native File Sent by Mail)