# Exhibit 13

# Catalyst_003_11578

National Open House HFX & CFH Call – October 25 2016.mp3

(Native File Sent by Mail)