Exhibit 14

Catalyst_003_12536

HFX CFH Open House Call 11 15 2016.mp3

(Native File Sent by Mail)