Page 1

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:           )
4                              )
5  CATALYST HEDGED FUTURES STRATEGY  ) File No. C-08400-A
6  FUND                        )
7
8  SUBJECT:  2014-11-04 Ed Walczak - HFXAX Call
9  PAGES:    1 through 57
10
11
12
13
14
15           AUDIO TRANSCRIPTION
16
17
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25           (202) 467-9200

Page 2

1           P R O C E E D I N G S
2        MR. WALCZAK:  Great.  Good afternoon, everyone.
3  I appreciate your time and interest in the fund.  As
4  Mike said, I'm going to give you a five or 10 minute
5  overview.  Many of you I'm sure have been on a call or
6  calls with me in the past or have seen literature.  So I
7  will keep it as short as possible to leave as much time
8  for questions as possible.  Recall that the fund trades
9  options on the S&P futures contract.  The fund does not
10  actually trade the futures contract.  The important thing
11  to know is I'm using options on an S&P 500 vehicle.
12       I use options because they're risk-limited.  I
13  manage the fund from a market-neutral perspective.
14  Important to note that that does not mean I am actively
15  balancing long and short exposures.  What that means is,
16  the fund is not a trend-following fund.  Within the fund,
17  I'm not taking any signals from any analytical models
18  that tell me whether to go long or short of the market.
19  What I do is I use option structures to capture return
20  opportunities whether the market is going up or whether
21  is going down.  And then I react to what the market does
22  in order to manage risk and optimize returns.
23       And let me talk a little bit more about each
24  side of that equation in terms of market up or market
25  down.  Very important to know on the upside what I do is

Page 3

1  I use an options contract which basically has no downside
2  risk to it, other than the premium you pay.  So I use
3  combinations of options, buying some, selling others.
4  The sale of the options removes the time decay from an
5  options contract but preserves some of the upside
6  exposure.
7       And what I mean by that is when the fund takes
8  upside exposure, I do that within a profit range.  For
9  those who are not options experts, but may have a little
10  bit of experience in selling covered calls, it's a
11  similar type of scenario.  When you have a security or a
12  portfolio and you sell calls against that portfolio, you
13  are capping your upside. You still have upside but you
14  are capping it at a certain point.  In exchange for that
15  you collect the call premium.  And that gives you a
16  little bit of downside protection.
17       In my case, I'm buying options for the
18  underlying security.  I'm selling other options.  This
19  leaves me with actually no downside risk in a falling
20  market from this position.  But because I'm selling
21  multiple options above the position, it gives me a profit
22  range, not on limited upside.  And more importantly, the
23  risk of this position is to the upside, not to the
24  downside.  And I think that's an important distinction.
25       So what I've done, when I take upside exposure

Page 4

1  in the fund, I'm choosing to replace downside risk with
2  risk to the upside.  That means, I don't have black swan
3  risk.  I down have geopolitical risk.  I don't have a
4  Janet Yellen news conference risk.  I don't have bad
5  earnings risk.  But I do have risk that the market may
6  advance too rapidly and too far beyond the profit range
7  I've selected for the fund.  So that's the risk when I
8  take an upside market exposure within the fund.
9       To the downside, what I do is I attempt to
10  profit from rising volatility.  When markets go down, and
11  we just experienced that recently -- in fact I'll be able
12  -- we've had an interesting market environment over the
13  past month, month and a half.  And I'll come at the end
14  of this and talk a little bit about how what I'm saying
15  in theory applies to the fund performance you see every
16  day in the different type of market moves that we've
17  seen.
18       But to the down side, I'm not trying to capture
19  a price range, like I've suggested, to the upside.  In
20  fact to the downside, what I'm doing is I'm trying to
21  capture a spike in volatility.  I do that because when
22  markets go south, there's no telling where price is going
23  to end up.  Typically a downside market experiences all
24  sorts of volatility and there's nothing -- there's really
25  in my mind no such thing as a downtrending market.

Page 5

1  Markets tend to be very volatile and not trending to the
2  downside.  They just go down.  They bounce.  They go down
3  some more.  They do really lots of different things.  But
4  the one thing you can count on is volatility.  So to
5  capture returns in a downside market, what I do is I
6  construct positions of S&P options that are long
7  volatility.  Volatility is the most important component
8  of the option's price.  By buying and selling options I
9  can construct a low risk, long volatility position in the
10 marketplace.  That's what I do to attempt to earn a
11 return for the fund through the downside.
12         Now, all of these things that I described,
13 upside exposure, downside volatility exposure, they do
14 require some sustainability of that environment to make
15 money.  Meaning if you get a one day or even one week
16 spike in volatility, well I will certainly add an
17 opportunity within the fund to add long volatility
18 positions.  But if that volatility immediately vanishes,
19 as we've seen in the last month or so, then those
20 positions will be at best marginally profitable.
21 However, they really don't carry risk of losing money
22 when volatility collapses, so that's the important point.
23         Similarly, when markets are advancing, if I put
24 an upside exposure above the market, which is typical for
25 what the fund does, and the market suddenly, as we saw in

Page 6

1  early October, suddenly takes a waterfall type of
2  decline, well these positions will simply break even.
3  And if there's been a little bit of profit accumulated,
4  that profit will be given back.  But relative to where
5  the position was entered, they'll simply break even.
6         So what we need in either situation is, if
7  we're going to have an uptrend, let's have that uptrend
8  continue for four weeks, six weeks, eight weeks, ideally
9  a quarter.  And the fund can take advantage of that.
10 Similarly, to the downside, if we get a volatility spike
11 that puts the VIX, for example, above 20, let's have that
12 VIX stay above 20 for at least longer than a week.  Let's
13 have it stay above 20 for four to six weeks.  Without
14 getting into the technical details, that's kind of the
15 time frame for options structures that I use to play out.
16         So, the net of all this is again, market -- the
17 fund is market-neutral, in that I don't take trend
18 following types of signals.  I use options to profit on
19 both sides of the market. Because volatility is so
20 important to options pricing, the general behavior
21 characteristics of the fund is that it will do -- it has
22 the opportunity to very well in high volatile markets,
23 once again, as long as that volatility is sustained at
24 least for four to six weeks.  Not just for a few days or
25 a week or two.

Page 7

1         It will do less well in low volatile markets,
2  but at the same time it can perform equivalent to an
3  index, as long as the index's advance is moderate.  Once
4  again, recall that my upside exposure carries with it
5  upside risk, not downside risk.  That's preferable but
6  the risk is still there. So if markets rise
7  parabolically, we saw that a lot in 2013, we saw a little
8  bit of it recently, then that's where the fund is exposed
9  to some potential losses.
10        The other thing to know about the fund -- so
11 essentially with the volatility, it will do well in high
12 volatile markets, high volatility markets.  Not as well
13 in low volatility markets.  Worst case scenario for the
14 fund is a relatively low volatile market that also
15 advances at a rapid pace.  The other thing to know about
16 the fund generally, its behavior characteristics, is that
17 its returns are non-correlated to the S&P.  If you run
18 that correlation based on monthly returns, over the
19 almost nine years the fund has been in existence, you get
20 a small negative correlation.  And even that small
21 negative correlation goes to nearly zero if you eliminate
22 the one single most negatively month in the fund's
23 history.  That was October of 2008.  The market was down
24 20 to 25 percent.  The fund was up 20 percent in that
25 month.  Obviously that's an outlying data point.  If you

Page 8

1  through that one month out of nine years of history, the
2  correlation of the fund to the market goes very, very
3  close to zero.
4         So it's a non-correlated asset.  It's one that
5  can do well in volatile markets when equity portfolios
6  are suffering.  It can keep up with the general pace of
7  an equity market in a normal, low-volatile advance.  It
8  will struggle during times when price advances, advances
9  are extreme.  But overall it makes a nice diversification
10 piece in an equity portfolio.
11        So having said all that -- and I think many of
12 you have either read or heard me talk about that before.
13 Let's apply a little bit of that to some of the recent
14 market movements.  So what we've experienced, which has
15 actually been fairly rare over the last year or two --
16 the last year or two obviously have been fairly strong
17 advances in the marketplace.  We finally had a mere 10
18 percent correction at the beginning of October, which was
19 followed by an even greater advance off of the lows, both
20 of which were very unusual, over the past three or four
21 years of market conditions.
22        So as we entered October, the fund was
23 positioned almost exclusively to the upside.  Again, not
24 because of a prediction of market direction, but because
25 that's what the models I use around options pricing and

Page 9

1 the index pricing signaled me to do.  So upside exposure.
2  Relatively unexpectedly or without warning, the market
3 went into a fairly steep decline.  During that period of
4 time, the signals I take from models caused me to begin
5 to add volatility positions.
6        Now, remember for this dive so to speak, I had
7 no volatility positions on because my models would not
8 signal them until we get volatility behavior, until
9 volatility begins to rise.  And when that gets signaled
10 then I'll put them on.
11        So I built volatility conditions on the way
12 down.  The fund was relatively flat, and that's typically
13 what you can expect during the first part of any kind of
14 downturn. And that's the first priority for the fund is
15 to protect, guard against risk and protect against
16 downside in a down-trending market.  If down-trending or
17 downward moving markets and volatility persist, then the
18 fund has an opportunity earn a return.  But the first
19 thing that will happen is that it will -- it will act
20 essentially like a call option and show limited downside
21 movement.  Again, that's a good thing for an equity
22 portfolio in that type of environment.  If the position
23 persists, we can also earn a return. And that's part of
24 the fund's strategy.
25        Coming off the low, the market advanced in a

Page 10

1 pretty rapid fashion.  And one of the things I do as a
2 routine part of the strategy is that when market
3 conditions change, I will adjust positions first and
4 foremost to manage risk but also to optimize return.
5        And what that means, for example, before the
6 market entered its downturn, we were positioned for
7 upside exposure in the high 2000s and 2100 and above out
8 in December and January for the fund, assuming the trend
9 would continue.  As the market nearly collapsed near 1800
10 on the S&P then clearly it looked less likely that those
11 type of 2100 numbers on the S&P would be able to be
12 achieved.  So I adjusted positions to bring our upside
13 exposure down closer to 2000 on the S&P.  So the market
14 advanced pretty rapidly; the upside risk of these
15 positions came into play.  And the fund has recently
16 suffered a bit of a drawdown.
17        Now, I will tell you this is completely normal
18 behavior for the strategy.  It's something the fund has
19 experienced in 2013, and in its history prior.  That's
20 the nature, as I mentioned, of the fund's strategy in how
21 I take upside exposure.  There isn't downside risk but
22 there is some risk if the market advances rapidly.
23        The risk can be managed.  I choose that risk
24 over downside risk. And that's simply the way the fund
25 behaves and strategy behaves and has always behaved over

Page 11

1 time.  So that this type of situation is to be expected,
2 and is within the purview of the strategy.  But I think
3 it gives you a good idea of the fund's behavior
4 characteristics.  You'll see limited downside in a sudden
5 decline.  Decline persists.  The fund has an opportunity
6 to make money.  In a strong advance, you'll likely see
7 some drawdown in the fund as the advance moderates and as
8 the strategy adjusts for the advance and the fund
9 continues to have an opportunity to make some money, even
10 in that kind of environment. And that's the situation
11 we're in today.
12        So let me stop there and open -- open up for
13 some specific questions.
14        MR. MINNICK:  All right, ladies and gentlemen.
15  Again, if you have a specific question, please hit star
16 and five on your phone, and that will cue me in to see
17 that you are looking to ask a question.  And we have a
18 couple questions that had come in through via e-mail.
19 One of the questions was if you could discuss a little
20 bit about the taxability on the fund.  Specifically they
21 reference, go over a little bit on what a 1256 contract
22 is and how that relates to short and long term capital
23 gains for the fund.
24        MR. WALCZAK:  Sure.  So, the holding period for
25 everything I do is short term.  Not necessarily -- that's

Page 12

1 not necessarily a part of the strategy, but the models
2 and signals that I take from my strategy leads me to be
3 in a basically a 60 to 120 day options expiration cycle.
4  So everything I do is generally 120 days or shorter in
5 terms of holding period.  The good news is that the
6 options contracts -- and you'll have to see a tax
7 accountant to understand why, because I certainly don't.
8  I just know that it's an IRS rule that classifies these
9 options contracts as 1256 contracts, and 1256 contracts
10 are automatically taxed.  Gains and losses are
11 automatically taxed at 60 percent long term, 40 percent
12 short term, independent of holding period.
13        MR. MINNICK:  Okay, great.  I appreciate that.
14  Another question we had was -- and a few advisors have
15 expressed that.  When they look onto Morningstar, it
16 seems that there's a large cash position in the fund.  If
17 you could go over a little detail in how -- why it reads
18 out that way?  Is it a large cash position?  And the --
19        MR. WALCZAK:  Sure.
20        MR. MINNICK:  -- and any explanation on that.
21        MR. WALCZAK:  Sure.  The cash position that
22 Morningstar quotes I believe is a little bit misleading
23 in the following sense.  I've described the strategy as
24 one in which I'm both buying and selling options. And
25 because of the time decay nature of options, what I do to

Page 13

1  manage the risk of losing money through time decay is I
2  try to keep my options, my net options positions neutral.
3   Meaning, the options contracts I buy are funded by the
4  options contracts I sell.  So if you add up the value of
5  the long options and subtract the value of the short
6  options, you're going to get a number most of the time
7  pretty close to zero.  And that's what Morningstar is
8  keying off of.  They're looking and saying here's a fund
9  with $500 million in assets, and the net value of their
10 positions, long minus short, is nearly zero, which says
11 to Morningstar that the fund's capital is almost 100
12 percent in cash for example.
13         That's somewhat misleading, because in fact by
14 taking on short options positions, the fund has a
15 collateral requirement at its prime broker.  And so the
16 collateral requirement is a better measure of the
17 employment of the fund's capital.  It's not something I
18 manage to, but it is more reflective of how quote
19 unquote, "fully invested" the fund is as opposed to the
20 normal measure of a fund's investment posture by looking
21 at how much cash it has.
22         The collateral requirements for the fund is --
23 usually fluctuates around 50 percent.  It does fluctuate
24 on the basis of market conditions, and it will fluctuate
25 based on the opportunities and risk that I see in my

Page 14

1  strategy models.  So it can fluctuate.  And that range is
2  generally between 30 and 70 percent.  So that's probably
3  a better reflection, but it's not one that's going to be
4  visible on any Morningstar or any other reporting site
5  that you might look at.  That's an internal number that I
6  can see that Catalyst can see, but it's not something
7  that's going to be available.  But know that the fund's
8  capital is generally -- the collateral requirement is
9  generally between 30 and 70 percent.  And I will tell you
10 also that you don't want to see that collateral
11 requirement up near 100 percent.  It's different than a
12 stock portfolio where it if you're 100 percent in you're
13 100 percent invested.  Not necessarily a bad thing.
14         There is some leverage so to speak built into
15 an options contract.  That leverage has to be very
16 carefully managed from a risk standpoint.  And I can tell
17 you that that's -- I don't manage through the collateral
18 requirement; I manage through some risk parameters.  But
19 if that collateral requirement approaches 90 or 100
20 percent of the fund, that's not a good thing.  I manage -
21 - I do manage it very carefully to control the risk.  And
22 you don't want -- with an options portfolio, you do not
23 want a collateral requirement approaching 100 percent of
24 your capital.
25         MR. MINNICK:  Okay, great Ed.  Appreciate that.

Page 15

1  I had one more question that had come up coming through
2  e-mail and it relates to what could you do wrong that
3  could cause you to lose 50 to 75 percent of the value of
4  the fund?  And I believe I know who this gentleman was.
5  And I think if you could just go over a little bit about
6  what, how you do your stress testing to keep the
7  volatility low within the fund and keep those variances
8  within a low volatility range?
9         MR. WALCZAK:  Sure.  I'll talk about risk
10 management.  In terms of what I could do wrong to lose 50
11 to 75 percent of the investment, I -- I don't know how to
12 describe my reaction to that question.  I just can't
13 fathom a loss of that magnitude.  I use risk management
14 to control losses to roughly 8 percent.  That's the
15 number I use in stress testing.  It is larger than the
16 largest drawdown the fund has had in the last seven
17 years.  And that's been the period of time over which the
18 risk management system I use now has been in place.  The
19 largest drawdown was a little over 7 percent.  As I said,
20 I control it to 8.  Eight percent is not a hard number,
21 simply because of slippage and so forth in execution. But
22 that's the number I control to when I do stress the
23 portfolio.
24         And I do the following things.  First of all, I
25 use a few basic options spreads over and over and over

Page 16

1  again.  And what that means is, I'm not reinventing the
2  wheel every day.  The strategy I use and the models I use
3  generate signals.  And I -- I react to those signals with
4  basically two different types of options spreads.  The
5  differences are in where they're placed.  Is it going to
6  be December expiration, January expiration?  Is it going
7  to be a 2000 strike, a 2050 strike, et cetera.  So those
8  are the differences, and those are once again driven by
9  pricing models.
10         But the important thing to know is, I use
11 certain option spreads.  I have carefully evaluated the
12 risks of those spreads individually.  In other words,
13 when I put on a spread I know that hey, this spread has
14 upside risk, this spread has volatility risk.  This
15 spread will react in a certain way to time, so it may
16 have time risk associated with it.
17         So I know the risks associated with the
18 spreads.  I hedge those risks when I put them on.  In
19 fact the spread itself contains long and short positions
20 designed to at least partially hedge those risks.  So
21 each position I put on is immediately hedged.  In fact
22 that may go to the original question about how do you
23 lose 50 to 75 percent of investment?  You go out and you
24 do something that's completely unhedged from the
25 beginning, and then you don't pay attention and before

Page 17

1  you know it you've lost a lot of money.  That's certainly
2  how you could lose 50 percent of your portfolio.  In my
3  case, I'm putting on positions, and each position has
4  already been risk evaluated and risk hedged.
5         Remember, the hedging of risk doesn't eliminate
6  the risk, but it is designed to offset the risk
7  characteristics of a position from the outset.  So in
8  this circumstance I put on a position, and even if
9  everything goes wrong from the start, there's something
10 in place to buffer potential losses.
11        Second, once I put on positions, and I do --
12 obviously within a mutual fund portfolio I put on
13 positions every day, pretty soon I accumulate relatively
14 complicated options positions or an options portfolio, so
15 that even if you understand options fairly well, if you
16 look at a portfolio listing for the fund it will be
17 difficult for you to understand where do these things
18 come from and what are they designed to do and how will
19 they be affected by the market?
20        So, the good news is, I have very sophisticated
21 options pricing models.  I plug the portfolio into these
22 models each day.  I stress the portfolio for a series of
23 price movements up to 10 percent.  I stress the portfolio
24 for volatility movements.  Remember that volatility is
25 the most important component of options pricing.  So I

Page 18

1  have to understand what will happen to the portfolio if
2  one day you see the VIX go from 14 to 25 or 20 to 40 or
3  something like that.  So I stress the portfolio for
4  volatility, I stress it for price movement, and then I
5  look over five different time frames.  A month from
6  today, two months from today and several time frames in
7  between.  I'll vary those time frames to match up to
8  different times and important options, expiration for
9  part of the portfolio for example.
10        So I stress the portfolio.  I identify what's
11 the impact on portfolio value at these stress points.  And
12 if the impact is greater than my 8 percent limit, then
13 I'll go in and I'll hedge the portfolio to bring it back
14 in line.
15        So I spend a lot of time on this.  And I think
16 it's important.  Because again, an options portfolio is
17 not intuitive like perhaps a portfolio of individual
18 stocks might be, where you can understand that if you're
19 long a basket of stocks, if the market is going to go
20 down 10 percent, you're probably going to lose a lot of
21 money.  If the market is going up 10 percent you're going
22 to make a lot of money.  Options are nowhere near that
23 simple and it takes some modeling tools to use them.  It
24 takes fairly expensive models to understand and to manage
25 the risk.  And I spend a great deal of time doing that.

Page 19

1  So I guess the answer again is, if I didn't do all these
2  things, an options contract has got some leverage built
3  into it.  Yes.  If I did do none of these risk management
4  things then that would be the path to losing 50 or 75
5  percent of one's investment.
6         That can happen in a lot of different
7  strategies, by the way, if you're not paying attention to
8  risk.  But certainly that's -- that's a way to have it
9  happen with options portfolios is not to pay attention to
10 risk.
11        MR. MINNICK:  Okay, great.  Thank you very much
12 for that, Ed.  Again, I do have one question here coming
13 up from the lines.  Again, if you have a question for Ed,
14 hit star, then five.  And that will raise your hand, and
15 I'll be able to open up your line.  The person that has
16 their phone number end in 1114, I've just opened your
17 line.  Feel free to ask a question to Ed.
18        PARTICIPANT:  Yeah.  My question is, where does
19 this -- where is this strategy positioned along the risk
20 spectrum for investors?  Help me understand better where
21 to use it and where not to use it.
22        MR. WALCZAK:  Well, the first and foremost
23 aspect of the strategy is that it will -- I hate to use
24 the word "protect" in a down market.  Meaning it is not
25 an inverse fund, where for example, as we saw in the

Page 20

1  first part of this month, the market down 10 percent in
2  two weeks.  The fund was flat.  So if you're depending on
3  the fund to make two or three percent or four or five
4  percent in a sudden downturn like that, that's not where
5  the fund -- that's not what the fund is designed to do.
6         If the market is down 10 percent over the
7  course of a quarter, it certainly has the opportunity to
8  make some money. But first and foremost the fund is
9  designed to be a piece of the portfolio that will be at
10 least flat in a down-trending market.
11        At the same time, unless you get a runaway
12 market to the upside, the fund is likely to be able to
13 exhibit a moderate positive return even in an upmarket.
14 So generally speaking first and foremost is the -- I
15 guess I could describe the fund as a conservative, risk-
16 limited equity vehicle.
17        So that you know, if you -- if you get a real
18 adverse market for the fund strategy like 2013, you're
19 going to probably look at roughly a break even.  If you
20 get a sudden downturn in the market, you'll look at a
21 downside protected fund in that it'll be flat.  If the
22 downtrend and volatility continue for some period of
23 time, if we're in a bear market or a couple of months
24 we're in a correction, then you can get some positive
25 return on it.  But generally speaking, it should be a

Page 21

1  relatively conservative way to get some extra equity
2  exposure with downside, downside limitation, risk-
3  limited. I hope that -- does that answer the question?
4       PARTICIPANT: Yeah, I think so.
5       MR. MINNICK: Okay, great. I appreciate that.
6  Ed, we've got another question coming through here on
7  the line. And again, folks, if you have a question,
8  please hit star, then five, to signal to me that you have
9  a question for Ed. The person that has a phone number
10 ending in 1335, I have released your line. Feel free to
11 ask Ed a question.
12      PARTICIPANT: This has been (inaudible). We
13 talked several months ago. And I know the fund has had
14 significant growth since we started on the first of the
15 year. And so I've got a couple of questions for you.
16 Number one, your capital requirement, how would it be
17 managed if you had large liquidations in the fund, people
18 deciding they wanted to get out? That puts you in a bind
19 if something like that happened? And --
20      MR. WALCZAK: Well, as I described, the first
21 part of the question around the high cash and the
22 collateral requirements and so forth, generally speaking
23 it's unusual for the fund's collateral requirement to
24 exceed 70ish percent of fund capital. So there's always
25 a reasonably large if you think about what that means is

Page 22

1  20 or 30 percent of the fund is available independent of
2  that collateral requirement for liquidation.
3       So, if -- you'd be talking a fairly serious
4  liquidation if you saw a 20 or 30 percent liquidation
5  over the course of a couple of days. But the fund is --
6  that's a worst case scenario. The fund is prepared to
7  handle that. The other thing I'll tell you about that
8  collateral requirement, as I said, I don't manage to it.
9  I manage according to my own risk parameters. But where
10 that collateral requirement comes from is extremely easy
11 to remove from a position standpoint.
12      In other words, unlike a securities fund where
13 if somehow you were pressured by liquidity requirements
14 you might have to go out and actually liquidate
15 securities holdings, typically speaking I can manage that
16 collateral requirement with very, very little movement in
17 the fund's portfolio. I could drop it by 20 or 30
18 percent tomorrow at a cost of 10 or 20 basis points in
19 the fund's asset value. So that type of -- and that's
20 simply due to the nuances of how that collateral
21 requirement is calculated.
22      But liquidity, I don't ever anticipate
23 liquidity being an issue for this strategy, because of
24 the way the fund is invested, the way there's a typical
25 cash cushion, and in addition the way that collateral can

Page 23

1  be managed.
2       PARTICIPANT: Another part of this question is
3  regarding the growth. And I think that we talked about
4  this before. But as far as when you're doing --
5  obviously when you're doing options trades, you've got to
6  have somebody to take the other side of the trade. And I
7  think initially, the talk was, you know, $200 million
8  would be first level that you would shoot for and that
9  would be, you'd be comfortable with. Now we're at $500
10 million. Is there any problem at all with finding the
11 guys on the CMA or wherever it is take the other side of
12 your trades?
13      MR. WALCZAK: There's currently not an issue.
14 And I have fairly routine conversations, meaning every
15 couple of months at least, with some of the guys on the
16 floor and the off floor people who act as counterparties.
17 And a lot of them, you know, what I do is very
18 analytical. And I would love to apply some hard numbers
19 to questions like that. But there's really just not a
20 way. It's very subjective when you talk to somebody
21 about what might happen to your bid ask spread if I
22 doubled my trade size. And so generally speaking, we're
23 going to take a look at check points. I can tell you
24 again, we have $500 million today. Not an issue. A
25 billion is probably the next check point. I am fairly

Page 24

1  optimistic about whether we can get past that billion.
2  There's not guarantee, but so far I've actually seen the
3  universe of counterparties expand as well as some cross-
4  market liquidity coming in. Meaning the options I trade
5  are on the Chicago Mercantile Exchange because they're
6  options on a future's contract.
7       Similar options are traded at the CBOE, or the
8  Chicago Board Options Exchange, right across the street
9  by the way, on the SPX cash options, and on options on
10 the SPY, Spyder ETF. And I have seen more and more
11 crossover of market makers who will put a position on in
12 the SPX or SPY at the CBOE, and be looking to take the
13 other side of my trade as an offset over on the CME. That
14 wasn't all that common years ago, but I see much more of
15 it now. And that is expanding the liquidity pool to the
16 extent that I am more optimistic today than in the past
17 about where we might be able to go in terms of assets.
18      Of course, if we're fortunate enough to attract
19 those kind of assets, I think there's some opportunity to
20 go beyond that billion dollar mark. But again, we'll
21 have to -- the only way you can truly answer a question
22 like this is through actual execution. And I can tell
23 you that today I'm not seeing any issue with the
24 execution prices we get. And as we approach that billion
25 if we approach the billion then we'll continue to monitor

Page 25

1  that situation going forward.
2      PARTICIPANT:  Thank you.
3      MR. MINNICK:  Okay, great.  Ed, we have a few
4  more questions in the queue here.  Excuse me.  The person
5  at -- with the phone number ending in 1059.  I have
6  unlocked your phone.  Feel free to ask Ed a question.
7      PARTICIPANT:  Yes, Ed.  I appreciate you taking
8  the call.  As you describe the strategy of the fund, it
9  would appear that you have a strategy that will generate
10 incremental, I'd say relatively small incremental daily
11 movements in the fund, based on the income or the premium
12 that you're generating and the different strategy.
13     I noticed at the end of the month, we had a two
14 percent plus adjustment to the fund. And based on the
15 history it seems that that was a significant movement.
16 Could you please shed some light on that, what may have
17 caused that?
18     MR. WALCZAK:  Sure.  Absolutely.  The first
19 thing I'd like to point out though is, you talked about
20 incremental return based on premium collection.  Within
21 the fund, I am not using premium collection as a source,
22 as a pure source of return.  I do use some premium
23 collection options selling type of techniques to offset
24 time decay risk for the portfolio.  So if the portfolio
25 becomes profitable, that is reflected in a net long

Page 26

1  options position.  A net long options position is
2  immediately exposed to time decay. So the fund can earn
3  some money in the strategy I described, and then watch
4  the market go flat and watch that profit erode through
5  time.  So when that occurs, I will use some premium
6  collection and take that profit out of the market so to
7  speak. But I'm not generally depending on time decay as a
8  source of return.
9      Now, the second half your question specifically
10 about Friday is, I mentioned that the upside exposure the
11 fund takes has upside risk to it.  And the way options
12 work is that risk is dependent on time in the following
13 way.  For example, I can quote you right now, when I talk
14 about a profit range -- I've got positions out in
15 November. November options expire two weeks from Friday.
16  The profit range for those positions is currently
17 between 1970 and 2035 on the S&P.  So on the face of it
18 that says, great news.  We are right in the middle of
19 that range, a little bit to the upside, but we're in that
20 range where we can make some money, and that's absolutely
21 true.  However, the way options behave, if you get there
22 too fast what happens is the short options part of the
23 equation, they still have lots of time left in their
24 lives so to speak, and if you get there very rapidly, as
25 we have over the past couple of weeks, then the short

Page 27

1  options positions increase also very rapidly in value,
2  overcoming the appreciation from the long options' value.
3   And that's the type of phenomenon that accounts for a
4  day like Friday where -- and there's some other things
5  going on which I'll talk about in a minute as well.  But
6  a day like Friday simply means that you've now capped off
7  an 11 percent move in 12 days.  And without the time for
8  those short options.  What you'd like to have happen is
9  the long option appreciates.  The short options
10 appreciate at roughly the same rate.  And that's what
11 happens when the market advances in a general -- in a
12 normal, general, moderate uptrend.
13     What happens when the market spikes higher,
14 which is relatively rare, is that the short options
15 appreciate much more rapidly than the long options
16 appreciate. So even though the fund is positioned pretty
17 much where we'd like it to be, it just got there too
18 fast.  And when you get a sudden move in the market, both
19 over the last 12 days we see 11 percent and in a single
20 day we're here up over a percent at the top of that
21 range, you can get a fairly outsized move.
22     Now, I will tell you the other interesting
23 thing that occurred on Friday is a whole lot of market
24 participants were caught off side.  It was a pretty big
25 surprise.  The Bank of Japan, overnight.  And what that

Page 28

1  means is, there were a lot of people who were betting on
2  a decline.  I know this talking to guys on the floor.
3  And what happens in that scenario is you're caught off
4  side.  You wake up in the morning and the market is up 20
5  handles as they say in the business, and everybody has to
6  buy calls.  So calls are bid through.  The fund was short
7  some calls and long some calls. But the short calls were
8  bid up pretty severely, and that accentuated the move.
9  But that's just a little bit of accent to the position.
10 Overall, that type of reaction will happen when you see a
11 market advance like we have over the last couple of
12 weeks.  I will tell you, however, that it is manageable.
13  And as I said, the fund is in the middle of the profit
14 range, and if we are flat from here, then that's exactly
15 where we want to be.
16     Similarly, to give you an idea of how time
17 makes a difference, if the market had -- which is more
18 normal market behavior, if the market had bounced around
19 a little bit at the lull and a week or two from now had
20 done 11 percent in a few days, you would have seen the
21 fund make a lot of money. And so it all depends on how
22 you get there as well as where you get to.  So if the
23 market bounces around up here for a couple of weeks and
24 doesn't move too much, there'll be a little volatility in
25 the fund, but generally speaking the fund will make a

Page 29

1  nice return.  Because we're, pricewise we are where we
2  want to be.
3       But just again to recap, when you see a day
4  like that, you know that we are right at the upper limit
5  of where we want to be in terms of market movement.  And
6  likely the market has come pretty far pretty fast.  And
7  again, that's a characteristic of what the fund does.
8  And you'll see that every time you see an 11 percent pop
9  in 10 days, most likely.
10      PARTICIPANT:  And that's going to be obviously
11 relatively rare, so.
12      MR. WALCZAK:  Yeah, I saw some -- I saw some
13 analyst comments that suggested this was the rise of the
14 century.  Now, I think that's a little bit of an
15 exaggeration, but analytically if you look at it, it
16 hasn't happened in about three or four years.  So it
17 doesn't happen very often.
18      And as I said, the reason I exchanged downside
19 risk for upside risk is, it's not pleasant when that
20 happens on a particular day, but I can tell you, it's
21 much easier to manage that kind of upside, because you
22 never truly get a crash through the upside.  If we were
23 sitting here talking about hey the market was down 2
24 percent, down 11 percent in the last couple of weeks, and
25 down another 2 percent on Friday and the fund was down 2

Page 30

1  percent, I can tell you that you'd be running a real risk
2  that the market was going to go down another 2 percent in
3  the next two weeks and we'd all be in trouble.
4       In this case, I have a lot of confidence in
5  telling you that the market will not be up another 10
6  percent in the next two weeks, and that this has happened
7  before and we're pretty -- we're in a pretty decent spot.
8       PARTICIPANT:  Thanks for taking the call, Ed.
9       MR. WALCZAK:  Sure.
10      MR. MINNICK:  Okay, great.  Thank you, Ed.  Ed,
11 we had another question in the queue here, phone number
12 ending 1114, your line is open.
13      PARTICIPANT:  Yeah.  Ed, how should an investor
14 view returns in appropriate timeframe with this kind of a
15 strategy?  I mean how should we set expectations for
16 clients in terms of what returns can we reasonably expect
17 and what's a reasonable period of time in which they
18 should expect to have to be patient to get those returns?
19      MR. WALCZAK:  Sure.  Good question.  Timing is
20 very important, because again, we're dealing with options
21 contracts that have an important element of time built
22 into their pricing and how that pays.  So the most
23 important thing is the shorter the timeframe -- two
24 things.  The less, the less you'll be able to understand
25 what's going on.  As I mentioned, if the market had

Page 31

1  waited two weeks, and still exhibited this extreme upside
2  move, we would have gone from a flat performance to a
3  pretty profitable one as I sit here today.  And that may
4  still occur in a different direction.  We may have --
5  instead of going up, if we go flat from here, we can
6  arrive at the same place at the same time but different
7  paths getting there, one path being a little bit more
8  pleasant than the other.
9       So the important thing to think about is you
10 want to not pay a lot of attention to daily price moves.
11 The fund's portfolio is constructed and dependent on
12 signals I'm getting from options pricing and volatility
13 models, so at any given time it's really impossible to
14 predict what a particular day's impact.  But sometimes
15 you'll see market up a percent.  The fund will make some
16 money.  Sometimes you'll see market up a percent and the
17 fund will decline.  So I think you have to get clients
18 accustomed to the fact that it's not a correlated
19 instrument.  It's not long on the market.  It's not short
20 on the market.  And it really takes at least a month to
21 play out.  So if you see volatility that VIX above 20 for
22 example for a month, and the fund is losing money, then
23 there's probably something wrong.  That's the time when
24 you want to ask questions.  That's what you would expect
25 to say, "Hey, that's -- that's not as advertised."  But

Page 32

1  if you see something happen over the course of a day or a
2  week you're certainly welcome to ask questions, but I can
3  tell you that it's not going to be predictable from your
4  point of view or from a client's point of view.  So you
5  really have to say look, over a period of a month or
6  better yet a quarter, then those types of characteristics
7  I described in terms of reacting well to volatility,
8  doing okay in uptrending markets, still not -- not doing
9  so well in real violent up, parabolic up markets.  So
10 again, I've just talked about it's rare, it's difficult
11 if the market is up 11 percent in 12 days.  If the
12 market's up 20 percent in a month, that's not good.  If
13 the market's up 30 percent in a quarter, that's not good.
14      So, so again, that month and quarterly
15 timeframe is where the fund's behavior characteristics
16 will really asset themselves.  Not on a daily or weekly
17 timeframe.  In terms of absolute returns, obviously I
18 can't guarantee you returns.  You -- you have or you can
19 get monthly returns historically.  Past performance is no
20 guarantee of future results.
21      However, as far as I can tell, the historical
22 returns are reflective of how the fund -- how the
23 strategy behaves.  And that's something you can certainly
24 take a clue from.  But generally speaking, you want to
25 look over a period of at least a month, better yet a

Page 33

1  quarter, and the fund's return profile will come forward.
2  Generally speaking, as I mentioned too, if the market is
3  advancing in a low volume orderly fashion, so to speak,
4  the fund certainly has a good opportunity to deliver high
5  single digit, low double digit type of returns. And if
6  there's high volatility, 2008 obviously is an extreme
7  example of that.  2011 is probably a more routine example
8  of a nicely volatile market. And the fund can then have
9  an opportunity to do even better in that type of
10  environment.
11       PARTICIPANT:  Okay.  So let me try to rephrase
12  the question just a little bit differently, then.  So,
13  not talking about short term, months or quarters.  But
14  when, when I place this type of investment into a
15  client's portfolio, over a number of years, do we have
16  sense of what to expect or are you basically saying
17  there's no way to predict that because it's all path
18  dependent, but we can simply look at the, you know, the
19  previous 8 years and see there's a lot of variability
20  there but it's done well?
21       MR. WALCZAK:  Yeah. I mean, I -- as I said,
22  that's --
23       PARTICIPANT:  I mean, how do we set up --
24       MR. WALCZAK:  -- that's the expectations, I
25  guess.

Page 34

1       PARTICIPANT:  How do we -- how do we
2  effectively set the right expectations for this fund?
3       MR. WALCZAK:  Well, again, it's a little bit
4  qualitative.  But what I think you can describe to
5  clients again, is the fund, certainly over time, even
6  including a year like 2013, if you're -- if you have a
7  multiple, multi-year timeframe, over the time fund has
8  the opportunity to match the S&P performance while at
9  least sidestepping serious downturns.  Again, the fund
10  has an opportunity to earn a positive return in a
11  downturn.   But the first priority is to at least flatten
12  and manage that downside risk.  So ideally, you have a
13  fund that if everything is working right -- and I have to
14  continue to stress there are no guarantees. But if
15  everything is working right, the fund can sidestep
16  downturns and provide a nice steady moderate return in
17  uptrending markets, that over time can match the S&P.
18  And if you include those downturns where if all the fund
19  does is sidestep downturns and turns in some sort of
20  break even type of performance, in 2008 for example,
21  you're going to come out ahead of the index on that
22  basis.
23       So that's, that's kind of the expectation on a
24  multiyear timeframe, but you do have to include the
25  opportunity for 2013 to come along.  And that gives the

Page 35

1  S&P a little bit of a head start if that's the benchmark.
2  But over a long enough -- over a full market cycle, you
3  can expecting matching the S&P performance in upmarkets
4  and sidestepping a good portion of downside, with an
5  opportunity to make some money in those down years as
6  well.
7       PARTICIPANT:  Thank you.
8       MR. MINNICK:  Okay, great.  Ed, we still have
9  one more question in the queue here.  And again, folks,
10  if you have a question for Ed, star five, and that will
11  indicate to me that you want to ask a question.  Next
12  question I have is coming from phone number ending 6072.
13   I have just opened your line.
14       PARTICIPANT:  Yes.  Hello.  My question is from
15  your discussion I perceive that you, you, you've
16  indicated that variability is normally short term and
17  that over a period of months or quarters or longer, that
18  variability should disappear into the normal performance
19  of the fund.
20       MR. WALCZAK:  Correct.
21       PARTICIPANT:  And related to that
22  understanding, how would you recommend in a senior's
23  portfolio, a conservative portfolio that might, might be
24  sort of 65 mixed bonds and 35 -- relatively conservative
25  equities.  Would it be reasonable to place a third or 35

Page 36

1  percent in this fund, in place of the (inaudible) portion
2  of bonds, and have a good expectation of risk-reward
3  being beneficial doing that?
4       MR. WALCZAK:  Well, I think, again, it will
5  depend on the client's tolerance for some short-term
6  volatility.  There's -- it's something that I work
7  constantly on is trying to minimize the short-term
8  volatility.  However, the nature of options contracts --
9  and we're in one of those periods now -- is that as they
10  approach expiration they do get a little bit sensitive to
11  price movement. And as we find ourselves in certain
12  positions, again, after a large rise, so that we're a
13  little bit stressed on certain positions -- and you will
14  get some short-term volatility.
15       So I guess if you have a client who is going to
16  be very concerned over a day like Friday, for example,
17  that would tend to -- I would, I would have some caution
18  about that type of, you know, allocation, that large an
19  allocation.  Now, if you have a client who wants a
20  conservative, over the long run, a conservative type of
21  allocation, and understands that every once in a while
22  you look at some near term volatility and it's not going
23  to be concerning to him or her, then that type of
24  allocation makes a lot more sense.
25       PARTICIPANT:  Good.  Okay.  That's a good

Page 37

1  answer. Thanks very much.
2       MR. MINNICK: Okay. Ed, we had a few more
3  questions popped up here. Next one comes from phone
4  number ending in 2598. Aloha. Your line is open.
5       PETER: Hello.
6       MR. MINNICK: Yes, your line is open.
7       PETER: This is Peter. Am I being heard?
8       MR. MINNICK: I can hear you.
9       MR. WALCZAK: Yes.
10      PETER: All right. So, very quickly, Ed. I'm
11 just curious on, I'm going to put some more money in
12 this. And it's so unusual what you do. I don't know any
13 other mutual fund that does what you do. So I'm
14 concerned -- is -- I don't know how old you are and how
15 long you might manage this money when it comes in. I'm
16 just curious about that, your experience in it. I'm very
17 impressed with the record. But I just don't know what
18 the deal is on that. Or is it -- you know, how long are
19 you going to be doing this? Is it a five year or what?
20 Do you have any idea?
21      MR. WALCZAK: So, I am 58 years old. And I'm
22 definitely healthier and more fit than any other 58 year
23 old on the planet. Anyone on the call who wants to
24 differ with that, you just have to step up and I'll meet
25 you in the gym.

Page 38

1       PETER: Okay.
2       MR. WALCZAK: So, there --
3       MR. MINNICK: I'll vouch for that, Ed.
4       PETER: Well, I'm in Hawaii. So -- and I'm 70,
5  and I still surf. So if you ever want to come and visit
6  us, you're welcome to stay with us.
7       MR. WALCZAK: I will come. Which island are
8  you on?
9       PETER: I'm on Oahu.
10      MR. WALCZAK: Oahu, great. My wife and I come
11 to Maui almost -- not -- we don't let more than two years
12 go by before we visit Maui, but --
13      PETER: Ah, okay.
14      MR. WALCZAK: -- (inaudible) you know.
15      PETER: All right. Very good.
16      MR. WALCZAK: Anyway, no, so I have no plans to
17 retire. I can genuinely tell you that I very much enjoy
18 what I do. And if I were to retire, my hobby would be
19 trading options.
20      PETER: Okay.
21      MR. WALCZAK: So, from -- and I mean that very
22 sincerely. From that standpoint, I don't really have any
23 near term retirement. It's not a question of, well as
24 soon as I make a certain amount of money, I can retire
25 and leave this awful job. No. I started this because I

Page 39

1  -- well, I started it to make a living at it. But I
2  decided to make a living at it because I enjoyed doing
3  it. And I expect to do it for many years to come. I
4  don't have an end date in mind.
5       PETER: Is there anybody else that does what
6  you do, in a mutual fund format?
7       MR. WALCZAK: To my knowledge, there are others
8  who use options, either as an adjunct to a strategy --
9  meaning there are many ways in which you can use options
10 as a part of a portfolio, both, you know, with equities
11 as well as physical commodities. There is at least one
12 other fund I know that uses options in an S&P portfolio.
13 They generally, to my knowledge, focus on the time decay
14 element as a means of earning a return. And as I said,
15 there are, there are other combination strategies I'm
16 aware of. But I'm not aware that anyone's gone down this
17 particular path. And one of the reasons for that is,
18 there are almost a limitless number of combinations and
19 permutations of things that can be done with options.
20 And it's -- it's not something I think that is, is well-
21 researched, relative to other types of equity or even
22 non-equity types of strategies. So I do believe that
23 it's a pretty unique strategy. It's something that I
24 developed over a lot of years of research and experience.
25      PETER: Very good. Thank you.

Page 40

1       MR. MINNICK: Okay, Ed. We now have about four
2  more still in the queue, so if you're waiting, please be
3  patient. Next call we got coming through, your phone
4  number ends in 2004. I've just opened your line. Feel
5  free to ask Ed a question.
6       PARTICIPANT: Thanks, Ed. I appreciate the
7  call. How have you seen advisors use it, or what do you
8  recommend from a position in an allocation? Where do
9  they take money from? What size of it? And you know, I
10 know there's no one way of doing it. But any helping
11 hints?
12      MR. WALCZAK: Sure. And again, I'll give you
13 the caveat, which I think is a correct one. I don't mean
14 to cop out. But obviously one of the roles that an
15 advisor has is to understand his client's risk-return
16 profile. And as I suggested earlier, you will see a
17 little bit of short-term volatility in the fund. It's
18 the nature of an options contract. Over the long term, I
19 think it has a very nice risk-return profile. That's the
20 design of the fund, is limited risk with some good return
21 opportunity. But that is a long-term perspective. So
22 you really have to assess the client's tolerance for some
23 short-term volatility. And again, if you don't have it,
24 you can get monthly returns on the fund. And
25 particularly, if you look across '07, '08 and to date in

Page 41

1  terms of monthly returns, it gives you a pretty good idea
2  of what to expect. And you have to make sure your client
3  is comfortable if that type of return profile continues.
4  But in terms of where it fits in the portfolio, I think
5  it makes an excellent piece in a part of a portfolio you
6  would look for a noncorrelated vehicle, because it is.
7  You would look for some diversification.
8       And it's actually favorable diversification, to
9  my point of view, in that if you -- if you have a piece
10 of your portfolio where you currently have a strictly
11 non-correlated asset class of some kind -- maybe you've
12 got real estate. Maybe you've got some commodities fund
13 or some other alterative strategy. One of the unique
14 things about the fund is that, again, you can do the
15 math. It's non-correlated to the S&P essentially. Yet
16 at the same time, because of its relationship to equity
17 market volatility, it has an opportunity to do very
18 nicely the more equities struggle. And that struggle is
19 usually reflected by volatile markets.
20      The better an environment for the fund it is --
21 and conversely -- we saw this in 2013, the more equities
22 go parabolic to the upside, the harder it is for the
23 fund. So although it's non-correlated, it does have that
24 relationship that makes it a very, very nice
25 diversification slice for a client portfolio. And

Page 42

1  because it has the opportunity to at least keep up --
2  it's one of those pieces where it's not going to be dead
3  money when the equity markets are rising, and you have to
4  tell a client, well, look, the reason we've got this is
5  not for -- not to be a part of the equity portfolio. And
6  so it's going to be flat if the market is up 10 percent,
7  or down if the market is up 10 percent. That's not the
8  story you have to tell. It really does have that nice
9  relationship and can be an excellent diversification tool
10 in a client portfolio, once again, depending on the
11 client's tolerance. But the type of, you know, monthly
12 volatility that you can see in the, in the fund's
13 historical record.
14      PARTICIPANT: Thanks. Hi.
15      MR. SZILAGYI: This is Jerry Szilagyi. I'm the
16 President and CEO of the Catalyst Funds, and I've been
17 listening in to this call. And first, I want to thank all
18 of you for listening in, and your support of the Catalyst
19 Funds. But more importantly, I wanted to add just
20 something to Ed's answer to that question, because I have
21 talked to a lot of financial advisors about this fund and
22 our funds in general. And I -- I use all of our funds,
23 including this one personally in my portfolios. And kind
24 of the way that I view this fund fitting into client
25 portfolios is as a significant portion of the equity side

Page 43

1  of the portfolio. I know I read a lot about, you know,
2  allocations and liquid alternatives, and people looking
3  at, well what percentage of my portfolio should we
4  allocate to alternatives? And I don't view this
5  particular fund as something that should be quote, "Part
6  of an alternatives bucket," but more something that
7  should be part of the equity part of the portfolio.
8  Because under many circumstances and market scenarios,
9  this fund will deliver returns similar to equities, in
10 flat to gradually rising markets. And then at the
11 extremes, when we have a significant bear market like
12 2008, it could provide significant downside protection
13 and even positive returns, offsetting losses in the other
14 parts of the equity portfolio.
15      And then on the other extreme, when we have
16 significant upside, this fund will not deliver those
17 returns. It'll be flat for potentially slightly
18 negative. But the rest of the equity portfolio should be
19 doing very well. So that's the way that I kind of view
20 this particular fund and how it should be used in client
21 portfolios.
22      MR. MINNICK: Okay, great.
23      MR. WALCZAK: Thanks for that assist, Jerry.
24 Now, you see why I'm not a national advisor, and why
25 Jerry runs all the funds, and I only run one.

Page 44

1       MR. MINNICK: Great. All right. We've still
2  got a couple more questions here. And I know we're
3  getting a little tight on time, so I'm just going to run
4  through them here. The next person I have your phone
5  number ends with 2972. I just opened your line. Feel
6  free to ask Ed a question.
7       JESSE: Ed, hi. Jesse Bloom (phonetic),
8  Florentine Capital.
9       MR. WALCZAK: Hi.
10      JESSE: Hey. For Peter, I think it was, who
11 was just asking if there's other funds out there, there's
12 not. Ed and I have talked before. I have a substantial
13 amount of options experience, trading experience
14 personally and for clients. And I'll tell you, I haven't
15 seen anything like what Ed's doing, but it's completely
16 legit. So not trying to peel a nut for you Ed, but just
17 admiring how you're trying to explain such a complicated
18 topic. I'm kind of laughing under my breath, because
19 it's very difficult to do, and I know. But there is a
20 lot of opportunity in the options market if you take the
21 time to study them. My question though is, 2006 you
22 knocked it out of the park. And that, you might have
23 mentioned this on the front end where you said you maybe
24 tweaked your risk management a bit.
25      I think I also noticed that the maximum fund

Page 45

1  drawdown occurred in 2006, 20 some percent. And I don't
2  think since then there's been a drawdown that I saw in
3  the monthly data that exceeded much more than about 10
4  percent. So I'm assuming you used a little bit more
5  leverage early on. So would you touch on that a bit? And
6  then --
7        MR. WALCZAK: Sure, absolutely.
8        JESSE: And then --
9        MR. WALCZAK: So --
10       JESSE: Yeah, go ahead.
11       MR. WALCZAK: So, and I'm -- I want to be a
12 little more specific about the monthly drawdown, I think
13 subsequent to -- subsequent to the 20 percent drawdown
14 was early '07, it has been limited, I believe, to a
15 little over 7. But I'm not looking at the numbers right
16 now. But at any rate, two things happened in '07. One
17 was, a little bit of leverage, and leverage means, again,
18 the fund does not borrow money to enhance returns.
19 Leverage means how many options positions are used at any
20 given time per unit of capital. So some of that was
21 leverage. Some of it was using premium collections as a
22 return strategy. And premium selection generally has
23 more risk associated with it. So, after the drawdown in
24 2007, I reevaluated the different elements of the
25 strategy and deemphasized premium collection as a method

Page 46

1  of avoiding large drawdowns.
2        And as I also mentioned earlier during the
3  call, I put in a much more risk management, set of risk
4  management protocols designed to prevent a drawdown
5  anywhere near that size from occurring again. And I
6  think that the subsequent performance record identifies
7  how successful that risk management protocol and slight
8  strategy shift was. Because obviously since 2007 we've
9  gone through several market dislocations, including
10 obviously 2008, which was the worst bear market since the
11 depression. So exactly -- somewhat reduced number of
12 positions per unit of capital. But we're probably --
13 more importantly, deemphasized premium collection as a
14 means of earning a return, and instituted a very, very
15 comprehensive and strict risk management protocol.
16       I can tell you I was highly personally
17 motivated to do that, because at the time of that
18 drawdown, well actually to this day, a significant
19 portion of my personal investment capital remains in the
20 fund and was in the fund at the time. So, not just in
21 the interest of shareholders but also in my own personal
22 interest, that type of drawdown is absolutely
23 unacceptable. And I took steps to avoid a repeat
24 occurrence. And those steps appear to have been
25 successful over time.

Page 47

1        MR. MINNICK: Okay. All right. Thanks very
2  much for that question. Moving right along, because
3  we've still got a couple more people waiting in the
4  queue. I want to make sure we address everyone here.
5  Phone number ending in 3011, I've unmuted your line.
6  Feel free to ask Ed a question.
7        PARTICIPANT: Hi, Ed. Thanks for taking the
8  call today.
9        MR. WALCZAK: Sure. You're very welcome.
10       PARTICIPANT: Just a quick question. You had
11 mentioned earlier on that you're pleased with the pricing
12 for your November options. Assuming that the market, you
13 know, goes back to whatever normal is now -- we saw a big
14 sell off, a huge recovery. You've discussed the
15 performance and why. But you know, if we just sort of go
16 back to a normal recovery through the end of the year
17 into even the first month or two of next year, how do you
18 see the recovery of the fund doing?
19       MR. WALCZAK: Well, we have a -- we have a nice
20 opportunity. Again, assuming that we proceed in a more
21 normal fashion. And it may take some time. I'll give
22 you an idea. I mentioned that I use long and short
23 options positions, and that when you see an upward spike
24 in the market it adversely impacts the fund's NAV.
25 What's really happening is, the short options positions

Page 48

1  are increasing in value more rapidly than the long
2  options positions. So what we'd like to have happen is,
3  the markets slow down. Then the -- even with a slow down
4  or a flat -- and especially in a flat market, then you
5  have the reverse happening. Then all of the sudden, the
6  long options will start to increase in value faster than
7  the short options do, which is the general goal of that
8  part of the strategy.
9        So the -- as I mentioned, the fund is in a good
10 spot now. If we were to see another percent or two move
11 in the next couple of weeks, that would cause me to do
12 some more risk adjustment. It would probably cause a
13 little bit of additional drawdown on the fund's NAV.
14 However, the typical method for doing this is to take
15 profits on the long positions and reestablish short
16 positions further away from the market and further out in
17 time, until such time as the market stabilizes and
18 behaves itself, so to speak, in a more normal fashion.
19       ` So, one of the advantages that the fund has
20 because of the nature of options contracts, is to be able
21 to realize gains while deferring potential losses on the
22 same position. And that allows us to buy time until the
23 markets stabilize. And then ideally those losses can be
24 -- the losses, essentially expire in the way options
25 behave. So I don't want to quote specific numbers other

Page 49

1  than to say that the fund certainly has an opportunity to
2  recover and if conditions turn out to be ideal, recover
3  beyond the high for the year.  But again, that's all
4  dependent on market behavior.  We may have some more
5  drawdowns.  We may recover nicely.  But rest assured that
6  the risk will be managed.  And as I always do, I'll be
7  reacting to what the market does, and (inaudible) to
8  anticipate it.
9       PARTICIPANT:  Okay.  Thank you.
10      MR. MINNICK:  Okay, great.  Ed, I've got two
11 more questions in the queue.  I know we're running a
12 little bit long here.  So I'll just go to the next person
13 we have here.  Excuse me.  Your phone number ends in
14 4345.  I've opened your line.
15      PARTICIPANT:  Hi, Ed. Thanks for taking our
16 call.  And --
17      MR. WALCZAK:  Sure.
18      PARTICIPANT:  -- I basically had a question on
19 your structures in general on your upside structures
20 where you're buying and then selling further up the
21 option chain.  What's the total notional exposure that
22 you take on if you go through all your strikes and then
23 on your downside structure?  Are you dealing in same
24 maturity (inaudible) or same maturity butterflies, or are
25 you dealing in calendar spreads, or both?

Page 50

1       MR. WALCZAK:  Well, the first thing, the
2  easiest answer to that, below the market is a calendar
3  structure, so that long and short positions are generally
4  not in the same expiration months.  And the reason for
5  that is that's what gives me a long volatility exposure.
6   When I put them on above the market the positions are in
7  the same expiration month, and that's what actually
8  allows the option, the position to profit at options
9  expiration. The idea is that ideally the reason there's a
10 range is because you'd like long options positions to be
11 in the money and make money and short options positions
12 to be out of the money and expire or be purchased back
13 cheaply.
14      So that's sort of the underlying philosophy
15 behind the structures.  I don't routinely calculate a
16 notional value.  Once again, I don't routinely calculate
17 a delta exposure to the market.  Because options have so
18 many different variables that affect their price, what I
19 do is I use pricing models to identify portfolio value
20 impact over different price conditions, volatility
21 conditions and time conditions.  Those models will take
22 into account all of the factors, not just a delta or
23 notional exposure to the market.  And it's a more
24 reliable indication of where risk and opportunity lies
25 across the portfolio.  So I don't normally calculate a

Page 51

1  gross notional exposure. It's just, it's not meaningful
2  to me in terms of what I do.
3       PARTICIPANT:  But you're -- you're basically
4  long calendar spreads, right?  I mean, I'm sorry.  You're
5  basically (inaudible).
6       MR. WALCZAK:  Below the market calendar
7  spreads.  Above the market butterflies and ratio spreads.
8       PARTICIPANT:  Okay.  Okay.  So your, your
9  butterflies on your above the market trades, you're
10 basically buying out of the money, call selling further
11 out of the money calls.  And then are you selling
12 something in the money?
13      MR. WALCZAK:  No.  Then I'll often purchase yet
14 another call beyond to create a butterfly structure.
15      PARTICIPANT:  Okay, I see.  So that's how you
16 limit your notional exposure from getting away from you,
17 is your -- your long, the wings.
18      MR. WALCZAK:  Correct.
19      PARTICIPANT:  Okay.  Perfect.  Okay.  Thanks,
20 Ed.
21      MR. WALCZAK:  You're welcome.
22      MR. MINNICK:  Okay, great.  Last but not least.
23  One more question in the queue here.  Phone number
24 ending in 4744, I've just opened your line.  Go ahead.
25      JAMES:  Hi, Ed.  This is James.  How are you

Page 52

1  doing?
2       MR. WALCZAK:  Hi, James.
3       JAMES:  Great.  I think one of your other
4  previous callers got most of my question that I -- it was
5  basically with regards to the current underlying
6  portfolio, as you expect performance going forward.
7  Looking at, for example, last year, in December of 13 and
8  November of 13, you had about a four percent drawdown
9  over a matter of a couple of days, kind of like what we
10 did recently.  And it bounced back within about a week.
11 And you had about a three percent drawdown in June of
12 this year, and it bounced back also within about a week.
13  Assuming market conditions are, like you said,
14 relatively stable, should we kind of anticipate maybe a
15 price stabilization in the fund within the next week?
16      MR. WALCZAK:  Well, again, yeah, it depends on
17 -- the first thing I'll say is you have correctly
18 identified task periods that are very, very analogous to
19 where we all today.  All those drawdowns you mentioned
20 are exactly the same phenomenon.  The market moved a
21 little too far a little too fast relative to the
22 positions we're on.  And you see that drawdown.  And then
23 what happened in the past, again, we'd love to have that
24 happen in the future. What happened in the past is the
25 market either went flat or declined slightly, such that

Page 53

1  it -- it then remained right in the profit range that the
2  positions were designed to, and that was reflected in a
3  fairly rapid (inaudible) of the fund's drawdowns.  So
4  there's certainly an opportunity for that to happen
5  again, but it all depends on what the market does.
6      And what you find is as -- because these
7  positions are at their highest potential right at
8  expiration and because options become very sensitive to
9  price movement at expiration, you are exposed to some
10 volatility as we move into expiration.  We're in that
11 position now.  November options have a little more than
12 two weeks to go.  We're in that place where index price
13 movements can magnify the impact of those positions on
14 the fund. But yes, those periods you mentioned are
15 exactly analogous to where we are at today, so we do have
16 an opportunity if the market behaves similarly to how it
17 did in the past.
18     PARTICIPANT:  Okay, great.  Now, I just have
19 something to kind of explain to the clients, that we've
20 got a little bit of history.  It's happened before.  It's
21 not something to get over excited about it.  And there's
22 an opportunity for it to turn in the very near future,
23 given the current position of the underlying options
24 structure.
25     MR. WALCZAK:  Yeah.  I think that's a very,

Page 54

1  very important take away, is there is absolutely nothing
2  about the fund's behavior recently than is any different
3  from history.  I certainly understand that for many of
4  you it's the first time you've experienced this, when you
5  have client money in the fund.  But that's an important
6  message, is that the fund is behaving exactly how it's
7  designed, exactly how it's behaved in the past.  And
8  there's no guarantee that we'll be successful, obviously,
9  but so far nothing new.
10     PARTICIPANT:  Right.  But at least given the
11 current positions and then the pricing and the S&P is
12 where it -- is that not, like you said earlier, if we're
13 okay -- flattage to make the little down issue, the next
14 couple of weeks, then we'll be looking at a return to, I
15 guess, a close to normalized price, or previous price?
16     MR. WALCZAK:  Yeah.  And I think you'll
17 actually see how sensitive options become to time and to
18 become that sort of thing, just in terms of yesterday's
19 and today's NAV reaction to what has basically been a vey
20 miniscule decline in price, essentially a flat market.  I
21 think you'll see yesterday and today together a little
22 bit of a comeback in the NAV.
23     PARTICIPANT:  Mm-hmm.
24     MR. WALCZAK:  Yeah.
25     PARTICIPANT:  All right.

Page 55

1      MR. WALCZAK:  Next topic I'd like to talk about
2  short-term performance.  But the fund was up 95 basis
3  points today.  I just saw the numbers, so.
4      PARTICIPANT:  Uh-huh.  Right.  Right.  Well, I
5  mean, it's great (inaudible).  You're never going to have
6  100 percent up days and you're going to have a few
7  drawdowns. And sometimes people get a little bit spoiled
8  just seeing incremental up days, and when you do have a
9  drawdown, they kind of want to know what happened. So we
10 just kind of want to make sure that, you know, the
11 clients are comfortable with it.  And you know, we can
12 sit in here and listen to your options strategies and you
13 know, some people have a little better handle on it than
14 others. But when you're talking to retail clients, I
15 mean, even basic options are kind of difficult for them
16 to grasp.  So we -- you know, we just want to kind of
17 explain the strategy expectations going forward for the
18 fund and their investments.
19     MR. MINNICK:  Okay, great.  I appreciate the
20 question.  And I know we're going on about 90 minutes
21 here. So I wanted to thank everyone for getting on the
22 call.  Ed, thanks for all the Q&A here.  If you do have
23 questions that come up, you could either contact myself
24 at 646-827-2761, that's 646-827-2761, or you could shoot
25 an e-mail to info, i-n-f-o@catalystmf.com, and I'll be

Page 56

1  more than happy to get back to you, and I'll check in
2  with Ed and get a response for you.  I know we still have
3  a good number of people on the call.  I do appreciate you
4  listening in here and taking the time out of your day to
5  get the update here from Ed. Any other questions, please
6  let us know.  And thank you very much for joining the
7  call.
8      MR. WALCZAK:  Great.  Thanks, everyone --
9      MR. SZILAGYI:  Thank you, Ed.
10     MR. WALCZAK:  -- for your confidence and
11 support of the fund.
12     MR. SZILAGYI:  Thank you, Ed.
13     MR. MINNICK:  All right.  Thanks, Ed.
14        (End of audio.)
15            * * * * *

| | |
|---|---|
| Page 57<br>1        TRANSCRIBER'S CERTIFICATE<br>2<br>3  I, Christine Boyce, hereby certify that the foregoing<br>4  transcript is a complete, true and accurate transcription<br>5  of all matters contained on the recorded proceedings in<br>6  the matter of:<br>7  CATALYST HEDGED FUTURES STRATEGY FUND.<br>8<br>9<br>10  _____<br>11  Transcriber<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | |
| | |