## Page 1

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:            )
4                               )
5  CATALYST HEDGED FUTURES      ) File No. C-08400-A
6  STRATEGY FUND                )
7
8  SUBJECT:  Audio Recording HFX Weekly Open House Call_232
9  PAGES:    1 through 31
10
11
12
13
14
15
16           AUDIO TRANSCRIPTION
17
18
19
20
21
22
23
24         Diversified Reporting Services, Inc.
25              (202) 467-9200

## Page 2

1             P R O C E E D I N G S
2         MIKE:  Welcome everyone, and thank for
3  attending our weekly Catalyst Fund Portfolio Managers
4  Open House Conference Call.  Before we begin, I'd like to
5  remind everyone today's call may include forward looking
6  statements.  These statements represent the firm's belief
7  regarding future events that, by their nature, are
8  uncertain and outside of the firm's control.  The firm's
9  actual results and financial condition may differ,
10 possibly materially, from what is indicated in those
11 forward-looking statements.
12        Please go to our Fund's website, excuse me, or
13 ask your regional representative for the Fund's fact
14 sheet and prospectus.  These documents include some
15 important risk considerations investors should carefully
16 consider.  The investments, objectives, risks, charges
17 and expenses of Catalyst Funds.  This and other
18 information can be obtained by calling (646)-827-2761 and
19 asking your regional representative or going to our
20 website at www.catalystmf.com.  That's C-A-T-A-L-Y-S-T-M-
21 F dot com.
22        Today we have Ed Walzack and Kimberley Rios on
23 the line, who are the managers of the Catalyst Hedge
24 Futures Fund, as well as our newest frontier, the
25 Catalyst Hedge Commodities Fund.  Ed Walzack's portfolio

## Page 3

1  manager here at Catalyst and is responsible for the day-
2  to-day management of the Hedge Future Strategy, as well
3  as the Hedge Commodities Strategy.  He's been portfolio
4  manager on the Hedge Future Strategy, as well as his
5  predecessor Fund, Harbor Assets, since its inception in
6  2005, until it's conversion to an Act 40 mutual Fund in
7  September of 2013.  Mr. Walzack has a bachelor's degree
8  in physics and economics from Middlebury College and an
9  MBA from Harvard University Graduate School of Business.
10        Kimberley Rios is a portfolio manager on the
11 Fund.  She is a chartered financial analyst.  Received
12 her bachelor's degree in finance and economics from
13 University of Arizona in '94 and received her CFA
14 designation in 2001.  She is additionally a chartered
15 market technician.  That designation was awarded to her
16 in 2014.
17        Just as a note everyone, we will be mute during
18 the overview.  When we go to the Q&A, I will ask you to
19 hit star, then five to indicate you have a question.  I
20 will announce you by your area code and prefix of your
21 number and you will hear your line being unmuted.  Ed,
22 I'm going to turn it over to you now.
23        MR. WALZACK:  Great.  Thanks, Mike.  Thanks
24 everyone for joining the call.  For those of you who have
25 been on the call the last couple of weeks, hopefully, the

## Page 4

1  story is becoming somewhat consistent in terms of our
2  position and where we might head from here.  So, I'll
3  jump back in and reaffirm some of the things you may have
4  already heard and be happy to answer questions going
5  forward as well.  So, we in -- right now, a little bit of
6  no man's land, actually, unfortunately, from my
7  perspective, we've seen quite a bit of volatility come
8  out of the market over the last week, particularly since
9  the last time we spoke.
10        So, from a price perspective, which those of
11 you who've heard some of my strategy descriptions over
12 time, you don't pay a lot of attention to price, but from
13 a price perspective we're still somewhat in no man's land
14 in terms of how the Fund is positioned.  And what that
15 means is, the current portfolio won't react very much
16 unless we get a fairly significant price move in either
17 direction.  Again, to the extent that that price is going
18 to affect what we're doing, and fairly extensive means 50
19 or 60 points on the S&P for the upside will start giving
20 us some opportunity again.  Fifty or 60 points on the
21 downside, I would expect to give us some volatility.
22        If you recall, we earn our returns from
23 volatility to the downside priced to the upside, even
24 though we're not trying to predict either of those
25 events.  But were we to come off 50 to 75 points to the

Page 5

1  downside, I would expect to see the VIX return to above
2  20, which is where we like it.  And under that scenario,
3  we're reasonably well positioned right now to earn a
4  positive return from a move like that.  From a price
5  appreciation standpoint, should we move to the upside
6  about 50 or 60 points, I would expect that to put in a
7  position; (a) to start to earn a little bit of return
8  from leftover upside positioning, which we have in place.
9       We have not put any upside positioning on for
10 about two months now, but we still have call positions
11 above the market that would pan out and these positions
12 extend all the way through the end of this calendar year,
13 in terms of options and expiration.  I would prefer to
14 put on new positions.  I would not expect -- I'm trying
15 to anticipate what our analytics would show us 50 points
16 higher from now and at that point, I would expect us to
17 begin to put on additional upside position.  But for now,
18 as I said, we're on the fence.  We're kind of in no man's
19 land.
20      I will tell you that with the decline in
21 volatility, the volatility analytics that we look at are
22 no longer pointing us in the direction of adding
23 volatility positions.  So, we have what we have.  And
24 what that means, again, you've heard me talk about how we
25 position ourselves and why we position ourselves, we look

Page 6

1  at the term structure of volatility.  That means we look
2  at the VIX.  We look at the VIX equivalent at different
3  times to expiration with options, so, the VIX is a 30-day
4  to expirations options number.  There are 60-day numbers,
5  90-day numbers, 120-day numbers and so forth.
6       We like it when the VIX is at, or equal to
7  those other numbers when that curve is flat.  It's no
8  longer flat.  It's in what's called contango.  That means
9  the VIX is once again cheap.  The rest of the volatility
10 curve is expensive.
11      In that scenario, we are looking for upside
12 exposure, but by some other metrics that are designed to
13 keep us from being run over to the upside.  We're not
14 ready to put on those positions.  At the same time, that
15 volatility curve is not signaling us to add to any more
16 volatility positions below the market.  So, we're a
17 little bit, as I said a couple of times, we're in no
18 man's land right now.  And all that's happening now is
19 we're adjusting existing positions.  We're trying to
20 preserve our positioning below the market so that if we
21 do rollover over the next couple of weeks, we still have
22 the opportunity to profit, and that's the case.
23      You are seeing a little bit of unrealized gains
24 bleed out of the portfolio.  The Funds lost a couple of
25 pennies NEV over last week and that's basically

Page 7

1  volatility coming out of our long positions.  We do
2  attempt to adjust those to try and maintain our
3  volatility exposure without that bleed happening, but
4  it's not possible to do it 100 percent, so you do see a
5  couple pennies come off.
6       At the same time, as I mentioned, if we
7  suddenly took another 50 or 75 point nosedive and you saw
8  the VIX go back over 20, we're in a much better position
9  to take advantage of that then we were two months ago.
10 So, that's kind of where we sit.  We're waiting for the
11 market to tell us what it's going to do.
12      Again, we're not predictive, so we're waiting
13 to see whether we start the perennial year-end ramp up or
14 whether we're going to rollover into some deeper
15 correction or test regional lows, which ideally would be
16 accompanied by a return to those mid to upper 20's VIX
17 levels and we can profit from that.  But for now, we're
18 sitting on the fence.  So, that's how the Fund's
19 positioned.
20      Now, I wanted to mention a little bit about the
21 new Fund that we've launched, and a reminder, the new
22 Fund is -- Kimberly and I are employing the same options
23 strategy.  We use the same volatility analytics.  We use
24 the same types of options spreads and we're doing that in
25 three physical commodities markets: corn, crude oil and

Page 8

1  gold.  Those markets were chosen because they offer
2  options liquidity, sufficient to allow us to do the
3  options trading that we do.  So, we're in those three
4  markets.
5       The Fund launched on the 30th of September, the
6  last day of September.  We've been building positions as
7  our analytics point us and as our scaling techniques, if
8  you recall, we do use scaling techniques, so, we have
9  standard position sizes.  We typically do not enter those
10 positions all at once and even though the new Fund is
11 relatively small, we're adhering to those scaling
12 techniques.
13      And once again, that's an example of we are
14 attempting to translate all of the attributes of our
15 strategy that has been successful in the existing Fund
16 into the new Fund simply using different markets.  Same
17 analytics, same positions, same scaling techniques.  So,
18 we're in the process right now with the Fund being
19 roughly two weeks old, of scaling into positions in those
20 three markets.  The other thing I'd like to remind you
21 because we've already gotten a few questions over Fund
22 moves, there's been some volatility in the commodity
23 markets.  Those three markets that we trade.
24      We've seen some moves in gold.  We've seen
25 moves really in all of those markets and the good new is

Page 9

1  that's a lot of standard positions, but please recall,
2  it's a new Fund. We are no where near full invested.
3  We'd like to -- I'd like to expect that we're there in a
4  couple of weeks where we're starting to trade at a more
5  fully invested posture, but we're not there yet. The
6  more important thing to remember is, and I don't think
7  it's possible, but I would ask Mike, if it were, to
8  unmute all your lines and have you repeat after me.
9  There is no possible way for you to anticipate how the
10 Fund will react given any kind of movements you may see
11 in the three markets I mentioned: gold, crude and corn.
12        So, much like the existing Fund, you have to
13 repeat over and over again, there is no way for you to
14 anticipate given a movement in the S&P how the existing
15 Fund will perform and there is no way for you to
16 anticipate, regardless of whatever violent moves you may
17 see in those physical commodity markets, there is
18 virtually no way to anticipate from the outside looking
19 in how the new Fund will behave relative to those market
20 moves.
21        I'm always happy to answer questions about
22 what's going on under the hood and how the Fund will
23 behave, but recognize again, we're dealing with options
24 and we're now dealing in the new Fund with two different
25 markets, as well as by the way, some commodity-based

Page 10

1  equity exposure that we take -- I should say, equities
2  and equity options. That's also a part of what we're
3  doing within the new Fund because there's an opportunity
4  to do that. So, we're applying our strategies to some
5  equity-based instruments as well.
6        Commodity equities, I should say, commodity
7  ETFs, et cetera, but the underlying principal is we're
8  hoping to achieve the same sort of risk return profile
9  that you see in the new Fund, and that is neutral to
10 market direction. Non-correlate to equities because
11 we're not in equity markets, we're in commodities and
12 commodity based equities, but neutral to direction.
13 Options based. Not correlated, particularly on the
14 short-term.
15        Short-term not able to predict what the Fund is
16 doing relative to what any of these markets are doing,
17 but the same kind of risk return profile when you see
18 volatility in those commodity markets, you can anticipate
19 that the Fund has an opportunity to do well. When
20 volatility is lower, not so much, but again we'll be
21 neutral to direction. So, if you see gold take off to
22 upside or crude oil take a nosedive or corn stay flat;
23 depending on our options strategy, that price direction
24 is not going to allow you to anticipate what the Fund is
25 going to do.

Page 11

1  It's neutral to direction. Sensitive to
2  volatility. Non-correlate the price, and especially
3  because we're in physical commodity markets non-
4  correlated to what the equity market is doing and that's
5  our design and our hope. But overall, same risk return
6  profile is our goal. Steady returns, low volatility non-
7  correlated to equities.
8        So, that's a quick description of both Funds
9  that are positioning and the startup on the new Fund.
10 I'm happy to take any questions you might have.
11        MIKE: All right. Thanks very much for that
12 overview, Ed. Folks, if you have a question, hit star,
13 then five. That will indicate to me that you have a
14 question. I will read off your area code and prefix of
15 your phone number. You'll hear your line become unmuted
16 and you can ask Ed a question. And just so everyone
17 knows on the new Fund, the ticker symbol there is
18 Charlie, Frank, Henry, Apple, X-ray, C-F-H-A-X.
19        And Ed, while we're waiting for some calls
20 here, I know you have been focusing on those three
21 strategies and that was a lot from back testing and
22 testing, testing and looking through the different
23 commodity markets. Could that -- is there any
24 possibility in the future of maybe adding another
25 commodity to that base, or you're not sure at this time?

Page 12

1  MR. WALZACK: Yeah, there certainly is Mike and
2  although I don't anticipate needing to do that or having
3  that to be of any benefit to the Fund, unless it begins
4  to become much larger. As I mentioned, our initial
5  filter to identify which markets we want to go into was
6  options liquidity. So, we're already in the highest
7  liquidity markets and there are others, there are
8  certainly others, especially in the grains.
9        For example, soybeans has very, very nearly the
10 options liquidity as corn, so, we can certainly go into
11 that market. But since we're already in three different
12 markets, I'm anticipating plenty of opportunity and
13 plenty of liquidity relative to the size of the Fund for
14 the foreseeable future. At this point, from the
15 standpoint of the tradeoff between adding complexity of
16 additional markets relative to the opportunity, there's
17 plenty of opportunity across these three markets to
18 deploy a fairly significant amount of capital.
19        So that was a consideration for us when we
20 launched this Fund. Certainly, if we're anywhere near as
21 successful with the Fund as the existing Fund, we wanted
22 to ensure that we don't sit here and say $100 million
23 should be our capacity, for example. So, we could deploy
24 significant capital across these three markets, and as a
25 result, the question of adding another market becomes one

Page 13

1  of, do you need that fourth level of complexity in terms
2  of monitoring volatility and market activity relative to
3  the opportunities that are already available in the
4  three.  So, I wouldn't anticipate that happening for
5  quite some time, but there certainly are other markets
6  that offer options liquidity.
7       MIKE:  Okay, great.  Appreciate that.  Folks,
8  again, if you have a question, please hit star, then
9  five.  That will indicate to me that you have a question
10 and just give it another moment or two here and see if
11 anyone pops up a question.  And we got one here.  Area
12 code 415 508.  The line is open.  Feel free to ask Ed a
13 question.
14      CALLER:  Hi, Ed.  I just have a couple of
15 questions at a little bit higher level and I guess,
16 probably this applies to both of the strategies.  From a
17 risk management perspective, what are you doing at the
18 portfolio level?  I know your individual positions are
19 structured in a way so that they're pretty well hedged.
20      But from a portfolio level perspective, are you
21 doing any kind of macro hedging and then, is there any
22 input from the team at Catalyst or independent risk
23 management type of oversight on either of these?  And
24 then, what's the capacity for the new commodity
25 strategies that you envision?

Page 14

1       MR. WALZACK:  Sure.  So, great questions. I'll
2  answer on the existing Fund, it's got more mature
3  prophecies in place, and what I mean by that is, we've
4  been around with the existing Fund, obviously, in one
5  version of it for about ten years and when you talk about
6  portfolio risk management, what happens is this, you're
7  correct that when we put on positions they're already
8  changed their options spreads long and short and we put
9  them on the sensitive to risk factors when they're
10 placed.
11      But actually, more importantly what we do
12 because I've described a number of strategies, so, we're
13 putting on call positions which are very different than
14 the put positions we put on.  We put them on at different
15 times.  We put them on in different expiration months, so
16 that it's very quickly and routinely you assemble a
17 fairly complex set of options positions, that if you just
18 look at them from a clean sheet of paper standpoint, they
19 don't make a lot of sense because they're put on
20 individually.  They're on over all periods of time.
21      We've got them in all the expiration months,
22 puts, calls, longs, shorts, et cetera.  So, what we do is
23 we aggregate all those positions.  In other words, we
24 take a snapshot of our portfolio within our options
25 modeling software and then we stress that portfolio

Page 15

1  against price, volatility and across time, because
2  obviously time is an important element to a wasting asset
3  like an option.  So, we're on a daily basis, we'll -- the
4  portfolio in aggregate is plugged into our options
5  modeling software and we'll stress price moves of plus 5
6  and plus 10 percent on the S&P and minus 5, minus 10 and
7  minus 15 percent on the S&P.
8       We'll then -- we'll have snapshots of the
9  portfolio value at those P&L basically, at those stress
10 points.  We will then stress volatility in the current
11 environment where we've got a sub 20 VIX.  We stress the
12 volatility to a 30 and to a 45.  In those environments
13 where VIX is already above 30, we'll stress an additional
14 level up to 60.
15      So, we now have price and volatility stresses
16 on the portfolio.  We look at that across five different
17 timeframes and what we're looking for is a drawdown of
18 greater than 8 percent in the portfolio value.  If we
19 find that at any one of those price and volatility stress
20 points, we'll identify whether it, for example, it's
21 price or volatility, which are the two major impacts.  On
22 the portfolio we'll identify what is it that's causing
23 that potential 8 percent drawdown or greater than 8, I'm
24 sorry, that's our line in the sand, so to speak.
25      We'll identify what is it.  Is it price?  Is it

Page 16

1  volatility?  We'll then identify what hedging transaction
2  we need to put in place, and normally there's a variety
3  of choices.  Via put, via put spread, via call, via call
4  spread, buy back a short call, buy back a short put.
5  Lots and lots of alternatives, but we'll model the most
6  effective alternative to remove that risk excursion and
7  then we'll implement that position on the portfolio.
8       So, that's what we do internally to manage the
9  portfolio.  We've done that basically since I've run the
10 Fund.  So, over its entire life.  Since we've joined
11 Catalyst, Catalyst has a risk officer, based in New York.
12 We report on a daily basis a set of high-level risk
13 metrics and these risk metrics are designed for a non-
14 options expert.  In other words, our risk officer does
15 not need to have options modeling software to evaluate
16 the risk levels that we're taking.
17      We look at things like collateral requirements
18 at our broker, as a percent of our capital and we have a
19 ceiling on those.  We have a ceiling on absolute numbers
20 of options positions normalized to our size.  So,
21 positions pretty near the capital.  We have metrics
22 around daily, weekly and monthly price excursions, so
23 that if there's evidence of volatility beyond the norm in
24 the Funds NAV performance, that's a flag.
25      We have very simple metrics around carrying

Page 17

1 futures positions overnight. That's not a part of our
2 strategy, so, that if there's a future position that's
3 carried overnight, that's a red flag. If there's a non-
4 S&P position, that's a red flag. So, we have a series of
5 metrics that get reported to New York on a daily basis,
6 that again, are not options technical or modeling type of
7 things, but they're risk parameters that provide us that
8 extra level of oversight from a third party, not a part
9 of the portfolio management team.
10     So, that's what we're doing around risk. We're
11 building those metrics. We have a set of metrics in
12 place for the new Fund that are similar, but those are
13 likely going to be in some state of evolution as we
14 continue to trade the Fund over the next 60 to 90 days,
15 before we get a little more comfortable locking those in.
16 But they're going to be very similar types of metrics.
17     We just want to test the validity of the actual
18 numbers we're using across these three markets going
19 forward. But we have the same sort of risk metrics in
20 place and we do the same kind of risk analysis from a
21 pure options modeling standpoint internally at the
22 portfolio management level as well. So that gives you an
23 overview of what we do from a risk standpoint.
24     I think one of the other things you asked was
25 about capacity on the new Fund. We are anticipating at

Page 18

1 this moment, that we could handle a billion dollars in
2 the new Fund. We took that perspective going in. I'm
3 mean, we'd fortunate enough to get there, we may never
4 get close, but we didn't even want to launch the Fund
5 without having some confidence level that across these
6 three markets there was enough liquidity, options-wise,
7 to get us to a billion dollars.
8     We've had some experience obviously with that
9 kind of growth in the existing Fund and the S&P. So, we
10 had some metrics to go by in terms of average daily buy-
11 in and open interest on options contract. So, we're
12 pretty comfortable at a billion on the new Fund.
13     I'm reasonably comfortable, we don't have to
14 worry about that number for a while, so we'll just focus
15 on earning a return and see what happens. But there is,
16 across these markets, plenty of liquidity going forward.
17     CALLER: Thank you.
18     MIKE: All right, Ed, appreciate that.
19 Hopefully, we could get you to a billion dollars faster
20 than you like. Once again folks, if you have a question,
21 please hit star, then five and I will open your line for
22 a question and you know, this happened last week too, Ed,
23 I have no phone number coming up, so it's a private
24 number, but you'll hear you line become unmuted. Can you
25 hear us?

Page 19

1     MICHAEL: Hello Ed. This is Michael from
2 Comprehensive Wealth Management. I was calling to ask
3 about the -- well, clients are asking me, why options?
4 What can they do differently than the traditional
5 investments that we're in? And then, the expected tax
6 consequences this year?
7     MR. WALZACK: Great. Well, I can tell you
8 generically that the tax treatment, but I hesitate to
9 estimate a particular year's impact because there's some
10 other accounting things going on that's just not my area,
11 but I can tell you that generally speaking, gains and
12 losses in the Fund by IRS rule are taxed 60 percent long-
13 term and 40 percent short-term. Again, there's different
14 things that cross over years and prior years
15 distributions and so on, that I won't -- I don't want to
16 tell you exactly what's going to happen this year, but
17 generally speaking, gains and losses flow to investors on
18 a 1099 at a 60 percent long-term, 40 percent short-term
19 ratio.
20     In terms of why options, that's a great
21 question. It's one I love to talk about and the basic
22 simply answer is, an options contract is a risk limited
23 vehicle. It's built in. When you go out and buy a
24 stock, an index, a piece of real estate, any sort of
25 basic, under a bond, underlying asset, you have a pure

Page 20

1 black and white scenario. In the case of a stock, you
2 buy a stock at 50 bucks. It goes to $60. You made $10.
3 It goes to $40, you lose 10 bucks. So, you're in there
4 directionally. You're in there up two bucks, you're up
5 two bucks, down two bucks, you're down two bucks.
6     An options contract, in my mind, is an absolute
7 beautiful thing. It has a risk limiter built into it.
8 That same $50 stock, you lay down two or three bucks for
9 an options contract. You don't quite make your $10
10 because you had to lay down that premium, but the great
11 news is when the market falls off the table and that $50
12 stock becomes $40 or $30 or $25, you lost $3.00 and you
13 don't have to have sophisticated stock losses in place
14 and you don't have to worry about putting a stop in at
15 $45 on that stock and it goes to $44.50, you're stopped
16 out and it turns around the next day and goes to $60.
17 You don't have to worry about any of that stuff.
18     When you deal with options contracts they are
19 constructed with automatic risk limitation built in and
20 that is such a powerful concept and it's also, I believe,
21 a very, very under appreciated concept. The whole
22 concept of risk management, I think, is underappreciated
23 in the world and in particular, the fact that you can
24 actually use instruments where you don't have to have a
25 risk system in your investment strategy. You can simply

Page 21

1  buy instruments that have it built in.  So, you have
2  built in risk limitation without having to do anything.
3       So, that's why we trade exclusively options in
4  the Fund and that's why I prefer them and I've always
5  preferred them.  There are obviously some downsides to
6  this.  The options are a wasting asset.  When you lay
7  down your premium it can expire and you lose your
8  premium.  So, we spend a lot of time balancing, in the
9  Fund, how to avoid that bleeding and draining of time
10 premium, but preserving that beautiful risk limitation
11 that an option contract has built in and that's the core
12 of our strategy, is managing that trade off.  Using
13 techniques to eliminate the time decay while preserving
14 that built-in risk limitation.
15      And I've always -- I've said to anyone who will
16 ask, you can be the greatest money manager in the world,
17 not by some dynamic strategy that enables you to make
18 money faster than the next guy.  Make money -- just keep
19 up with the market and avoid losses.  Avoid 2008.  Avoid
20 August of 2015.  Just go flat during those down periods.
21 Manage your risk and keep up with the market the rest of
22 the time and you'll look back over five or 10-year period
23 and you'll be the top money manager in the world.  And
24 that's what we look to do and we look to do it with
25 options contracts because they have that risk limitation

Page 22

1  built in.
2       MICHAEL:  Great.  And do the risks change when
3  you're doing the strategy in commodities because of the
4  instruments that you're using in commodities versus the
5  equity options on the indexes of the S&P?
6       MR. WALZACK:  Well, the risk -- the general
7  risk profile is the same.  So, if you're buying an option
8  on the S&P, you have that, again, that characteristic
9  where your risk is limited to the premium you paid for
10 the option and your opportunity or reward, remains the
11 same as if you were just purely long the market or long
12 whatever it is your doing.
13      So, same thing, if we go out and buy options on
14 gold futures, we're basically -- the alternative would be
15 to buy gold futures or buy physical gold, for example,
16 and so, then you're in that situation where gold up,
17 you're making a ton of money; gold down, you're losing a
18 ton of money.
19      Instead, we're out there using options so we're
20 back to that beautiful risk limited instrument, we'll buy
21 a call options on gold.  Now, gold is up; we make a bunch
22 of money, minus the premium paid.  Gold is down; we lose
23 only the premium we paid.  And so, it's the same
24 scenario, just different market.  And it is important
25 that it's a different market because gold volatility and

Page 23

1  options pricing behaves differently, but we use our same
2  analytics and react to that behavior.
3       So, we use different tactics, depending on the
4  behavior, just as we do in the S&Ps.  When the S&Ps are
5  declining, volatility is doing very different things then
6  when the S&Ps are rising.  We're reacting to what the
7  volatility is doing.  We're using different options
8  strategies to take advantage of what it's doing.
9  Similarly, in the gold market.
10      If gold is going through the moon, its
11 volatility is behaving differently than when it's
12 declining and vice versa.  And so, we react to those same
13 patterns in volatility and that directs us to the same
14 types of options structures that we're using in the S&Ps
15 and we used to use them in gold, for example, and crude
16 and corn and so forth.
17      So, again, as I tried to mention, we're doing
18 the same things just different markets.  Same risk
19 profiles; same expected overall portfolio risk return
20 profile that we've achieved in the S&Ps.  We think that
21 the advantage in doing that is the fact that we've got
22 three markets, three different sets of volatility going
23 on, so we like high volatility.  In the S&P sometimes,
24 you don't have it.  Nothing you can do about that.  In
25 gold, crude and corn, hopefully, there's going to be

Page 24

1  volatility someplace and that's where we'll focus our
2  efforts and that's why we look forward to those markets.
3  But the overall return profile and risk profile using
4  options in those markets, we expect to duplicate what
5  we're doing in the existing Fund.
6       MIKE:  Okay, great.  Appreciate that Ed.  And
7  I'll just add, as far as the tax, check back with us
8  here.
9       Our Fund accounting usually likes to give that
10 estimate the first couple of weeks in November.  We
11 traditionally do our distributions mid-December.  So,
12 Fund accounting gets a little edgy when we start asking
13 them before November estimates usually the first week or
14 so.  So, a couple of weeks from now we should have a
15 fairly decent estimate on what the pass-through's going
16 to be -- the distribution's going to be at the end of the
17 year.
18      I got one more question here.  Again folks, if
19 you have a question, hit star, then five and that will
20 indicate that you have a question.  I'll open your line.
21 Area code 408 963.  I'm opening your line and you should
22 be open now.
23      CALLER:  Thank you so much.  A shorter term
24 question.  Am I still there?
25      MR. WALZACK:  Yeah, I can hear you.

Page 25

1   CALLER: Oh, okay. Good. Thank you. I got a
2  message. If I heard you correctly, you're not really
3  looking to make any adjustments to the portfolio unless
4  the S&P is to move 40, 50, 60 points in either direction.
5  So, I'm just trying to understand. On the assumption
6  that let's say that does not happen for the next 30 days,
7  what is the impact of the NAV of the Fund?
8      MR. WALZACK: Well, if you were to tell me that
9  the S&P will stay in a plus or minus 50 point range over
10 the next 30 days, I'd expect us to be pretty much around
11 the flatline, plus or minus a couple of pennies. And let
12 me clarify too, when you talk about not making any
13 adjustments, we are adjusting existing positions. What
14 I'm telling you is that we're on the fence in terms of
15 entering new positions.
16     So, normally, I could tell you, look, current
17 conditions have us entering volatility positions below
18 the market or current conditions we're actively entering
19 call positions above the market. We're in a position now
20 where volatility has changed. Volatility has come out,
21 so, it's taken away our opportunity to enter additional
22 volatility positions, but we've got some in place. At
23 the same time, we've got some price limiters. If you
24 recall from descriptions of our strategy, when we take
25 upside price exposure our risk is that the market goes

Page 26

1  too high.
2      So, what we do is we have some price limiters
3  in place, which basically amount to, we're not going to
4  enter these positions until we get to some sort of
5  trending, over bought type of situation, so that we feel
6  as though the risk of the market ramping up has been
7  removed. So, right now we're in a situation where
8  volatility is telling us to enter upside call positions,
9  but the price structure of the market is such that we're
10 still in this coming off the lows situation where the
11 market might go dramatically higher in a short period of
12 time, which would not be good for those call positions.
13 So, we have what I would call, price limiters in place
14 that are not allowing us to enter those call positions.
15 So, we're in no man's land.
16     We're not entering new positions, but we're
17 fairly active in adjusting existing positions to try and
18 preserve, for example, the volatility exposure we have
19 on, so that if we get a volatility spike, we can profit
20 from it. But at the same time, if we do nothing, we'll
21 start to bleed as volatility goes lower. So, we
22 adjusting positions to really try and have our cake and
23 eat it too, and that's just the scenario we're in right
24 now.
25     CALLER: Okay, thank you.

Page 27

1      MIKE: Okay, appreciate that question. And
2  folks, it doesn't look like I have anymore questions in
3  the hopper for this week. If you got something, last
4  shot here for today. Star, then five. Look forward to
5  doing it again next week.
6      Folks, if you do have a question, if you think
7  of something over the course of the week, and you want to
8  shoot an email out and make sure that Ed answers it on
9  the call the following week, you can always do to info,
10 I-N-F-O, at info@catalystmutualfunds.com. I'll get that
11 email and make sure it's in the queue for the following
12 week.
13     And again, if you have any other questions,
14 need material, you can call us here at the internal sales
15 desk at (646) 827-2761.
16     The email address I read off at
17 info@catalystmutualfunds.com, or you could contact your
18 regional representative and/or their internal. At this
19 time, Ed, I don't see -- oh, we got one more coming in.
20 Area code 617 948. Your line is open.
21     CALLER: Hi. Thank you so much for taking this
22 call. I was just wondering how you're able to sort of
23 avoid the trap of becoming a premium capture Fund. It
24 sounds like it's not what you're doing, but if you're
25 just trading S&P options, you're basically selling

Page 28

1  straddles or strangles or something like that, and your
2  money has been a huge winner for six years now. Is there
3  room to do that in this portfolio versus completely
4  leaving that trade alone?
5      MR. WALZACK: Yeah, so, we don't use that trade
6  other than as essentially as a profit taking mechanism
7  because of the adverse risk profile in a trade like that.
8  Whenever you're a premium capture or premium collection
9  strategy, you're basically have (inaudible) of what I've
10 talked about in terms of the advantage of an options
11 contract. The simplest example is, you go out and you
12 sell options for two bucks and you hope that you can buy
13 them back for a dime or they expire and then you do it
14 again.
15     And the risk profile that is such that as soon
16 as you sell that for two bucks you cap your opportunity.
17 It's like the covered call. I like to describe a
18 covered call trade as the worst trade in the world and
19 its corresponding cousin, the worst trade in the world is
20 a cash secured clip below the market, even though those
21 are emotionally satisfying trades, you can do the numbers
22 pretty simply and discover that the risk profile is
23 terrible, in that you have limited risk and -- I'm sorry,
24 limited reward and very large or unlimited risk.
25     So, because of that risk profile, we prefer to

Page 29

1 take the approach that allows us to try and capture the
2 other side of that trade, meaning limited risk, large or
3 unlimited rewards, and normally, when you do that your
4 only downside is the time decay element. Meaning you're
5 going to bleed to death as time passes, so we use options
6 spreads, whereby we're not collecting premium, but we do
7 use short option positions to offset the time decay while
8 preserving the positive risk return of a pure long option
9 position. But the short answer is, we're really not
10 looking to capture premium as a means of earning a return
11 because you have that return profile that says, limited
12 return, unlimited risk and that's just not something we
13 want to put into the Fund.
14     CALLER: Okay. Thank you very much.
15     MIKE: Okay, appreciate the question there.
16 All right. This time I don't have any more questions in
17 the queue here.
18     Again folks, thanks again for listening to the
19 call this week. We are doing this weekly. Every Tuesday
20 at noon, Central time. If you have any questions, by all
21 means, call your local wholesaler, the internal desk
22 here, email at info@catalystmutualfunds.com. We'll make
23 sure we get the question on and we do record the calls
24 and make the replay available in case you're not able to
25 attend.

Page 30

1     With that, Ed, again, and Kimberly, appreciate
2 your time for the call here and look forward to chatting
3 with you guys next week.
4     KIMBERLY: Thanks, Mike.
5     MR. WALZACK: Thanks.
6     MIKE: Take care.
7     (End of recording.)
8         * * * * *

Page 31

1         TRANSCRIBER'S CERTIFICATE
2
3 I, Debbie Ross, hereby certify that the foregoing
4 transcript is a complete, true and accurate transcription
5 of all matters contained on the recorded proceedings in
6 the matter of:
7 CATALYST HEDGED FUTURES STRATEGY FUND.
8
9
10 _____
11 Transcriber