Page 1

1 THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3 In the Matter of:      )

4                        )

5 CATALYST HEDGED FUTURES )  File No. C-08400-A

6 STRATEGY FUND          )

7

8 SUBJECT:  Audio Recording with Ed Walsak, Kimberly Rios

9          and Mike Zupal present dated June 7, 2016

10 PAGES:    1 through 43

11

12

13

14

15

16

17          AUDIO TRANSCRIPTION

18

19

20

21

22

23

24        Diversified Reporting Services, Inc.

25            (202) 467-9200

Page 2

1          P R O C E E D I N G S

2      MR. ZUPAL:  Welcome everyone, and thank you for

3 attending our bimonthly Catalyst Funds portfolio managers

4 open house conference call.  Before we begin I'd like to

5 remind everyone today's call may include forward-looking

6 statements.  These statements represent the firm's belief

7 regarding future events that by their nature are

8 uncertain and outside of the firm's control.

9      The firm's actual results and financial

10 condition may differ possibly materially from what is

11 indicated in those forward-looking statements.  Please

12 take a moment to review fund's fact sheet and prospectus

13 before investing.  These documents include some important

14 risk considerations that every investor should carefully

15 consider such as investment objectives, risks, charges

16 and expenses.  This and other information can be obtained

17 by calling our internal sales staff at (646) 827-2761, on

18 our website www.catalystmutualfunds.com or reaching out

19 to your regional wholesaling representative.

20      On the call today we have Ed Walsak (phonetic)

21 and Kimberly Rios (phonetic), who are the managers on the

22 Catalyst Hedge Futures, HFXAX, and Catalyst Hedge

23 Commodities, CFHAX funds.  Ed Walsak is a senior

24 portfolio manager here at Catalyst Funds and is

25 responsible for the day-to-day management of the Hedge

Page 3

1 Futures and Hedge Commodities funds.  Additionally, Ed

2 has been portfolio manager of the Hedge Futures

3 predecessor fund, Harbor Assets, since its inception in

4 2005 until its conversion to an Act '40 mutual fund in

5 September of 2013.  Mr. Walsak has a bachelor's degree in

6 physics and economics and Middlebury College and a master

7 of business administration from Harvard University's

8 Graduate School of Business.

9      Kimberly Rios, portfolio manager on the funds,

10 received her bachelor degree in finance and economics

11 from the University of Arizona, additionally received her

12 CFA designation in 2001.  And also, Kimberly holds a

13 Chartered Financial Analyst CMT designation through the

14 Market Technicians Association, which she got in 2014.

15      And just as a reminder, folks, at any time you

16 could hit star then 5 if you do have a question.  Please

17 hit star then 5.  That will put you in the queue.

18 Everyone will be on mute until the Q&A period at which

19 time you'll hear your line become unmuted.  I will

20 announce you by your area code and prefix of your phone

21 number.  You'll hear your line come unmuted, and you

22 could ask Ed or Kimberly a question.

23      So at this time, I will turn the call over to

24 Ed and Kimberly.  Guys, all yours.

25      MR. WALSAK:  Thanks, Mike.  And good morning,

Page 4

1 good afternoon to everyone on the call.  Again,

2 appreciate your interest and confidence in the fund.  I'm

3 going to give you an update and try, as I usually do, to

4 be as brief as possible to allow for questions at the

5 end.  I'll give you an update on the S&P fund.  Kimberly

6 will talk through the commodity fund, and then we'll take

7 your questions.

8      So for those of you who have been on prior

9 calls relative to the S&P fund, more of the same, and

10 what that means is we continue to see a choppy, somewhat

11 upward moving currently market.  But more importantly for

12 us -- since we don't really trade direction more

13 importantly for us we see those typical volatility

14 conditions where we see -- as I mentioned, on strategy

15 calls, we look at the term structure of volatility.

16      We look at what levels of volatility are

17 assumed or built into options at different times

18 expiration, usually at monthly intervals, 30, 60, 90,

19 120, 150 days, and that's -- and on that curve, 120, 150

20 days is kind of the maximum places that we trade options.

21      So at any rate, the volatility environment is

22 again that typical normal technically called a contango

23 situation, and that's where the VIX is very inexpensive.

24 Whenever you see a VIX, the VIX these days is in the 13-

25 ish neighborhood, 14 on some days.  When you see a VIX

Page 5

1 that low, you can almost without worrying too much about
2 what that curve looked like -- looks like you can be
3 pretty confident that it's in contango, meaning the VIX
4 is cheap.
5        So what we're doing is we're looking for more
6 volatility Deluxe rate first and foremost when the VIX is
7 cheap and the curve is in contango, meaning 120 days
8 instead of seeing a 13 and a half volatility like the
9 VIX, 120 days out we might see 16 or 17 volatility. So
10 that's better for what we do, and that's, essentially,
11 where we place our trades. We're placing trades
12 currently in September expiration, and we're doing that
13 both in traditional options expiration, which is the
14 third Friday of the month in September, and also end of
15 month.
16        We found over time that we get good liquidity
17 in end-of-month options, which are no different other
18 than they expire on the last business day of the month
19 instead of the third Friday. So that gives us some
20 additional places to trade, and in both of those
21 circumstances we're getting volatility is actually up in
22 the 17-ish neighborhood. So we like that.
23        But generally speaking, from a strategy
24 standpoint, that's all we're doing. We're doing upside
25 price caps. We're using call spreads because when we

Page 6

1 have these kind of contango volatility conditions that's
2 what our strategy tells us to do. I've mentioned in past
3 calls that we have maintained and attempted as much as
4 possible to maintain some of our volatility exposure to
5 the downside that we are able to put on really way back
6 into February when market conditions pointed us in that
7 direction.
8        As I mentioned, and it continues to be the
9 case, we have less and less ability to do that. The
10 volatility conditions are not favorable to put on those
11 trades, so what we do is we use existing positions to
12 kind of hedge ourselves knowing that we're putting on
13 some trades, you know, less than optical scenario with
14 the real intention of simply extending some of that put
15 exposure out as far as we can.
16        Well, there's a very limited -- we have a
17 limited capability to do that under the rules of our
18 strategy in these volatility conditions, so every time I
19 speak to you, every time a week goes by or a month goes
20 by those positions, essentially, start to fade away and
21 roll off.
22        And what that means is we do have some -- still
23 have some volatility positions below the market, but, as
24 I've said in past calls, it would take a fairly
25 significant volatility spike and, obviously,

Page 7

1 corresponding significant downside move. "Significant"
2 means to really move the needle we would probably need to
3 see about a 10 percent decline, and then we would
4 actually still start to make a little bit of money on
5 those put options.
6        What would be more likely the case is during
7 that 10 percent decline you would see that contango
8 volatility curve. The VIX would spike. The curve would
9 flatten. We'd start to put on positions, and once we
10 were down 10 percent we'd probably be in pretty good
11 shape to profit from additional decline.
12        And that's pretty typical for our strategy.
13 That's kind of where we are today. If we did nothing and
14 you saw a 10 percent decline, you might see 50 basis
15 points upside in the fund just to give you a perspective.
16 Those are real approximate numbers, but I want to give
17 you a perspective that you wouldn't see a major impact
18 from an increase in volatility. At this stage that would
19 be a scenario where we'd be putting on positions in
20 hopes, so to speak, or where they would profit should
21 volatility continue.
22        So right now we are very much fully invested in
23 upside price capture through our call option structures.
24 We've already taken profits off the table in the third
25 week June expiration. That's an expiration that's a week

Page 8

1 from Friday. In hindsight, we left a little money on the
2 table, but as we get near to expiration we have some
3 guidelines in our strategy that says let's take something
4 off the table because as you get to expiration you have
5 that situation where if you have some profits in long
6 call option positions and the market reverses even for a
7 week or so, then those profits will evaluate --
8 evaporate. Sorry.
9        So we chose to take some money off the table in
10 June. However, we still have positions in end of June
11 expiration so roughly four weeks from today, and those
12 positions will be profitable S&P 2110 to 2106. So good
13 news is we're in that range now, and should the market
14 continue to kind of grind higher, we'll do fairly nicely
15 in that end of June expiration.
16        A couple of minor pieces of bad news. At end
17 of June expiration based on market conditions is one
18 where we're not a heavy concentration of positions there.
19 We could -- we could make some money, but it's not as
20 full a load of positions as we do in other expiration
21 months. But still, you know, we're talking 150, 200
22 basis points potentially, which is really what we target
23 in a given expiration. This one's a little bit light but
24 still gives some opportunity.
25        The ideal situation -- for those of you that

Page 9

1  love to watch this stuff, the ideal situation would be
2  about 2135, 2140 at the end of the month of June in the
3  S&P.  The other thing you'll see happening, however, is
4  that if we do hit 2140 or even 2150 that would be great
5  for our end of June position.  That's a little too far, a
6  little too fast for some of our July, August, September
7  positions.  They're in place a little bit higher, but
8  they have a little bit longer to go.
9        So some of the appreciation in our June
10 positions will be offset by a temporary decline in the
11 value of the other positions based on the market going a
12 little too far a little too fast.  But that's -- that's
13 the nature of our strategy.  That's something we
14 encounter all the time, so we happily put the profits
15 from June in the bank and then manage the subsequent
16 positions going forward.
17       So I think it gives you a little bit of a
18 flavor, and I can expand on any of the positioning that
19 I've just talked about in the Q&A session.  So let me
20 stop there and turn the floor over to Kimberly to talk
21 about the commodity fund.
22       MS. RIOS:  Thank you very much, Ed.  I would
23 like to add where we are year-to-date.  The S&P Fund is
24 up about 4 and a quarter percent, and the hedge commodity
25 is up just under 8 percent year-to-date.  As we were

Page 10

1  discussing, the VIX right now is trading under 14 for the
2  S&P, but for the gold, oil and corn we want the higher
3  volatility.  Right now the gold volatility is about 18.
4  Oil is around 35.  Now, that's down from about 42 from a
5  month ago.  And then corn had a nice vol spike this
6  weeks.  It's in the high 20s, low 30s.  That has allowed
7  us to add some more positions above the market.
8        So we'll start with corn.  Right now corn for
9  June -- and June's going to expire here just on the 24th.
10 So the next couple weeks we look like it to be under 430.
11 And then in July, we flip that.  We would like it to be
12 above 430.  If something were to happen and the market
13 goes down, we do have a profit range in July for 370 to
14 330 below.
15       For corn, though, corn works -- it's the same
16 thing with too far, too fast.  That really is very true
17 in corn.  If the market goes too far in corn, we can get
18 hurt until it kind of stables out or gives us a little
19 bit more time for those options to do their magic.
20       For gold, in June and July, we have downside
21 peaks.  If the market were to go down, like, 4 to 5
22 percent, 4 to 5 percent, we have some peaks down in that
23 range, about 1175.  And then for the upside in July,
24 we're -- we have a profit range all the way up to 1355.
25       And then for oil we are in a very sweet spot

Page 11

1  right now.  We would like oil to hang out here for about
2  another week.  Oil for June expires on the 16th.  About
3  $50 is our ideal point, but our profit range right now
4  that we're targeting is between 47 and 52 for next week.
5  And then into July our peak is at 55, but we have a very
6  large opportunity anything above the market from here on
7  out.  In all three markets, we have positions all the way
8  out until September.
9        For oil, we still have nothing below the
10 market.  None of our parameters are telling us that we
11 should be trading there.  Corn, we have some positions
12 below the market, but most of our positions are above the
13 market.  And gold we have both above and below the
14 market.  So that's an update for the commodity fund.
15 I'll send it back to you, Ed.
16       MR. WALSAK:  Sure.  And Mike, if you can take
17 over, I think we're ready to take some questions on
18 either or both of the funds.
19       MR. ZUPAL:  Sure.  Thanks, guys.  Once again,
20 folks, if you do have a question, please hit star then 5
21 to place yourself in the queue.  Ed and Kimberly, we
22 actually do have a few questions that were emailed in
23 advance here.  I'll start off with the easiest one here.
24       This is a question from UBS team out in
25 Spokane.  They said, "Ed, about a year ago you had

Page 12

1  mentioned there were a couple books you would recommend
2  for people wanting to learn a little more technical
3  information about the type of trading you do.  If you
4  could just give the names, authors of those books that
5  would be much appreciated."
6        MR. WALSAK:  Sure.  We kind of update the
7  things that we look at.  And I don't want to give people
8  books, so I looked at back in 1988 when I was learning
9  about options.  So we can send you a list.  The most
10 current information about options trading and some of the
11 spreads we use I found is at the options industry
12 website, which is oig.org, and it's an industry website
13 be designed not to sell you something or to -- it's not a
14 broker site that's looking for you to open an account and
15 obtain some commission.  It truly is an industry site
16 that is interested in having people learn more about
17 options and ultimately trade options.  But they have some
18 great educational tools on that site.
19       My son is an avid learner of options, being 24
20 years old, and that's the site I recommended to him to go
21 and begin to build his knowledge base.  So I can put that
22 recommendation behind oig.org.  Lots of good stuff there.
23 And we can send you some texts for those folks who --
24 information who want to look at an e-book or an actual
25 printed copy as well.

Page 13

1    MR. ZUPAL:  Okay.  Great.  Appreciate that.
2  Yeah.  I'll catch you offline if there was any specific
3  books that he thought you might have mentioned.  He
4  wasn't -- he wasn't particular there.
5    The next question I had emailed in was from a
6  team out in Denver.  "The S&P fund was up significantly
7  on Friday, this past Friday.  That was attributed -- what
8  was that attributed to, and can you help us understand
9  the funds impressive rally since the drawdown in April?"
10    MR. WALSAK:  Sure.  Those are some great
11  questions and probably some things I omitted from my
12  overview, so excellent questions because those are
13  important things to describe.  So the relatively large
14  move on Friday -- they're actually both related on
15  different time frames, so let me actually take the longer
16  time frame, meaning move off of the drawdown in April.
17    So the drawdown in April was, basically, caused
18  by again a move too far too fast as we came off those
19  February lows, but, again, too far too fast is not a bad
20  thing because of the time element in options, meaning you
21  see a drawdown like that, and you think, wow, the
22  market's got to reverse itself to recover, or, you know,
23  the positions are bad; you got to exit them and take the
24  losses and start over.  And that's not really the case.
25  In fact, that's never the case in what we do.

Page 14

1    The risk management we use is almost -- almost
2  never forces us into actually taking a loss on a
3  position.  In other words, if you're in an equity
4  portfolio and you buy a stock and you've got good risk
5  management, you've got at some point where you're going
6  to get out of that position.  And when you get out of
7  that position, you buy a stock at 50.  You say, look, my
8  uncle point is 45.  I'm out at 45.  You lost five bucks.
9  You've got to go find a way to make that $5 back is sort
10  of the end of the story.
11    In our case, we actually very rarely from a
12  risk standpoint have to exit a position because options
13  are hedging instruments.  We simply hedge our risk, and
14  that allows us to stay in a trade until they do what we
15  want them to do.  And if they don't do what we want them
16  to do, then typically it ends up in a break even type
17  scenario.
18    So when you see a drawdown, it's normally --
19  normally, we're still in those positions, and we still
20  have an opportunity for time and price to come together
21  and make us some money.  So that's really what happened.
22  We went into a drawdown.  We were very comfortable with
23  where we were positioned, but the market popped a little
24  too high, a little too far, which means the call ratio
25  spread that we use went negative.

Page 15

1    However, they were still -- in other words, so
2  our profit range, for example, on some of those positions
3  were 2100 to 2150.  The market got to 2100 just a little
4  too quick.  That caused those positions to go negative,
5  but still the market was still in a place where we like
6  those positions, 2100 to 2150, but our short options
7  appreciated faster than our long options.  That happens
8  in these positions.  So that caused a drawdown.
9    Well, meanwhile, the market kind of chopped
10  around and stabilized, and you wake up on Friday and you
11  say wow, now we're at 2100, and the time is right.  And
12  so the short options have started to lose some of their
13  value.  The long options have retained their value
14  because they're close to the market -- that's the idea
15  behind the strategy -- and the fund recovered.
16    So it was, basically, a case of the market
17  going where we wanted it to go, went there too quickly
18  causing a drawdown and then stabilized and remained where
19  we wanted to be, which caused these positions to not only
20  come back from the drawdown but also begin to make money
21  as they were intended when we put them on.
22    So both those happened in terms of the fund's
23  performance coming out of this drawdown and also on
24  Friday.  Friday is a little more localized but the same
25  kind of thing.  We were a little bit past where we'd like

Page 16

1  to be in some of the positions.  The market had a modest
2  decline on Friday, and that gave us a pretty nice move to
3  the upside because we moved from a little bit past our
4  sweet spot where we started to tip over, so to speak, and
5  started to lose money because the market was going higher
6  too far, and it came back right into the sweet spot of
7  these option positions, which caused a nice up move on
8  Friday.
9    The other thing going on these days is we are
10  in the middle of positions that are near to expiration,
11  so you'll get some more volatility in the fund because we
12  got option positions not only that are nearer to
13  expiration when options get more volatile but also
14  because we're very -- we're in those profit ranges,
15  meaning the market is bouncing around the exact strike
16  prices of some of the options, and it also introduces
17  volatility.
18    In other words, if I told you I had positions
19  on at 2100 to 2150 in June and the market were at 1950,
20  well, those options are going to be nearly worthless.
21  They're not going to react to the market.  The funds are
22  going to be kind of sitting still.  Those same positions
23  with the market right at 2100 that 2100 call option with
24  every move in the market is moving pretty significantly,
25  and so you'll see more activity in the fund.

Page 17

1    But the same reasoning behind coming out of the
2 drawdown and really Friday's move is just the market
3 moving around in a place where we have our sweet spot.  A
4 little bit beyond it the market holds still or moves back
5 into the sweet spot we make some money.  If we're below
6 the sweet spot and the market moves up into it, we make
7 some money.  So those are the types of dynamics that give
8 you those price moves.
9    MR. ZUPAL:  All right.  Thanks very much for
10 that, Ed.  I do have one more email question.  I got a
11 couple folks in the queue.  Just sit tight.  And again,
12 if you do have a question, hit star then 5 and put
13 yourself in the queue.  The last question revolves -- and
14 this is from Axateam (phonetic) in New York City,
15 surrounded around the stress testing and drawdown.
16    And it goes as follows:  What would be the, of
17 course, worst case black swan scenario for the fund?
18 What is the max drawdown you are shooting for given your
19 stress test, the risk parameters?  And if you could speak
20 a little bit more to if you see a significant drawdown
21 when you're doing the stress test.  If, like, for
22 example, there was a 10 percent drawdown or move up in
23 the market which caused the fund to fall out of your 4 to
24 6 percent drawdown parameters, how do you -- how do you
25 change the portfolio to mitigate that potential risk in

Page 18

1 the fund?
2    MR. WALSAK:  Yeah.  Those are all great
3 questions because, as I've mentioned before, risk
4 management, in my mind, is the key to outperforming as a
5 portfolio manager, as opposed to really chasing returns.
6 Managing risk is the secret, so I'm always very happy to
7 talk about that.
8    So the first thing pure and simple is our
9 metrics are dialed in to limit our drawdown to 8 percent.
10 There's no guarantees in the world, especially in
11 markets, but that's our goal in everything we do is to
12 keep our drawdown to 8 percent.  And since we established
13 these metrics they're -- basically, in their current form
14 were established in mid-2007.
15    After we had a drawdown when the fund was in
16 its private form, we had a large drawdown that I felt was
17 unacceptable and so did a lot of work on risk management
18 at that point and what factors contributed to the
19 drawdown as a risk and came up with the structure and
20 stress testing that we use today the goal being to limit
21 a drawdown to 8 percent.
22    Subsequent to that time we've been successful
23 in doing that.  I think our largest is actually a shade
24 over 8 percent but less than 9, and that actually
25 occurred in 2014 in the fourth quarter.  So that's our --

Page 19

1 that's our metric.  Our methodology is to look at
2 stresses on the portfolio.  So we enter put trades when
3 volatility does certain things.  We enter call trades
4 when volatility does certain things.  We enter those
5 trades in different expiration months, different strikes.
6 We end up with a pretty complex portfolio of options
7 positions.  They're all entered for many different
8 reasons at different times, but they all comprise a
9 fairly complex portfolio.
10    So even if you're an options guy, if you look
11 at a portfolio statement, you have no chance whatsoever
12 of understanding how that portfolio will behave under
13 different market conditions unless you have fairly
14 sophisticated options modeling software, which, of
15 course, we do.
16    So in that software, we have our portfolio
17 built, and we can then take stresses and say what if, and
18 we do lots of what ifs, and we do it graphically, meaning
19 instead of, sort of, throwing darts at the wall and
20 saying what if the S&P goes to 2150 next week, and we
21 figure that out, and then what if it goes to 1900 at the
22 end of the month, we do it graphically so we can see an
23 overview, meaning we look at a graph, and along the
24 bottom of that graph is the price of the S&P, and along
25 the vertical axis of the graph is the value of the

Page 20

1 portfolio.
2    So we can see a curve that says here's how the
3 portfolio is going to behave as the market moves back and
4 forth in price.  Now, for us in options, we have two
5 other very important variables to consider.  One is
6 volatility, and one is time, and neither of those are
7 factors if, for example, you were looking at an equity
8 portfolio, but for us it's very important.
9    So as we look at that graphic we actually see
10 -- in a base case, we see five different lines on that
11 graph of what the portfolio value would look like, and
12 those five lines are five different points in time.  So
13 we can now see what happens if the S&P goes up 25 points
14 tomorrow, if it's up 25 points at the end of the month,
15 if it's up 60 points three weeks from now.
16    And again, without having to consider so much
17 data that you can't manage it we can see it graphically
18 in terms of the curves at different points in time.  And
19 then, of course, enters the most important variable in
20 options pricing, and that is volatility.  So it's
21 actually less important about where the price of the S&P
22 is than where volatility or the simplest form is the VIX.
23    So fortunately, within our options software not
24 only does the software automatically anticipate based on
25 past behavior what will happen to volatility -- in other

1 words, the software knows that if the market's down 10
2 percent volatility is going to be higher, and it uses
3 historical data to project how much higher it will be,
4 and that's reflected in the portfolio value of these
5 options that we look at.  And similarly to the upside we
6 know that volatility is likely to decline.
7       So the model is very sophisticated.  It lets us
8 look at portfolio values under a wide variety of
9 scenarios, and it does it continuously so we don't have
10 to pick random points.  However, we do pick stress
11 points, and what we look at is a plus or minus side and
12 10 percent price excursion and also a minus 15 percent
13 excursion because we all know that downside moves can be
14 larger and more rapid, generally speaking, than upside
15 moves.
16       So we look at all these stress points on those
17 curves across time for places in which the portfolio
18 values would cause us an unacceptable drawdown.  And so
19 when we identified that there's an unacceptable risk
20 against our 8 percent parameter, we now use that same
21 modeling software to figure out what to do about it.
22       Part of the question, I think, Mike, was, all
23 right, you find some risk.  How do you mitigate that
24 risk? Well, the good news is, as I mentioned earlier in
25 the overview, is options contracts are risk management

1 tools in essence.  Many people use them to speculate, but
2 they are risk management tools, meaning put options were
3 invented to protect an equity -- an individual equity or
4 equity portfolio from decline.  If have you a stock and
5 you're worried about it declining, you buy a put option.
6       So if we see, for example, that a large market
7 decline -- this would be very rare, by the way, because
8 in our portfolio we try to avoid downside risk, but if,
9 for example, we saw that a 10 percent market decline
10 would throw the portfolio into a 12 percent drawdown,
11 well, the first thing we would look at is let's buy some
12 puts.  And maybe we're short some puts somewhere that we
13 can repurchase and take off the table, or maybe we can
14 buy two puts and sell one put to help us pay for the ones
15 we bought, for example.
16       So we then go in, and, in fact, most of the
17 time we're using the same structures that we already have
18 in place in the portfolio -- call ratios, spreads, put
19 diagonals -- but we can vary strikes and ratios.  And so
20 we go in and we model what do we need to do to take this
21 risk off the table, and so we spend a lot of time on
22 that, actually, because, as I said, risk management
23 contributes more to return, I believe, than does the
24 actual return strategy itself.
25       So that's really, you know, at the highest

1 level what we're doing.  We're stressing the portfolio
2 using some pretty sophisticated modeling tools, and then,
3 when we find an out-of-bounds situation, so to speak, we
4 then jump right back in.  We have a whole tool set of
5 risk management antidotes, so to speak, in the form of
6 option contracts and positions we already use to try and
7 make some money.  So we jump in and we move our strikes
8 around, and we buy and sell different put options until
9 that risk goes away.  And so that's what we do as kind of
10 a risk management overview.
11       So we like to be in a position and, in fact, we
12 are -- I can't remember since 2007 that we were not in
13 this position.  There is never a scenario where we wake
14 up one day, and there's a panic in the market, and we
15 scratch our heads and say, oh, my gosh, we've got to get
16 out of that position.  We've got to do something.
17       We try to be a couple of chess moves ahead of
18 that part of the portfolio management because we modeled
19 that scenario a week ago, and we already took steps so
20 that if the market is down 5 percent tomorrow that was
21 part of our model from a week ago, and either it didn't
22 cause us a problem in the model, so we're fine, or it did
23 cause us a problem, and it's already fixed before it
24 happens.  That's the type of approach we like to take.
25       MR. ZUPAL:  All right.  Great.  That's a good

1 clarification there.  Just one quick follow-up.  When you
2 reference that max drawdown of about 8 percent, what's,
3 like, your time frame on that?  Is that just a max
4 drawdown of 8 period, or is that over the course of a
5 month or three months?  Like, when --
6       MR. WALSAK:  Well, when we talk about a
7 drawdown -- yeah.  When we talk about a drawdown, Mike,
8 the standard way of defining a drawdown is peak to valley
9 over any time frame; in other words, an 8 percent
10 drawdown from the highest level the fund has achieved
11 until the lowest it ever achieves before it sets a new
12 high.  That's the standard industry definition of a
13 drawdown, and that's what we use.
14       So it's not a situation where we're down 8
15 percent, start over, and we lose another 8 percent next
16 month.  No.  The goal is to never be more than 8 percent
17 in the hole from your highest ever value, and we've been
18 successful in that since 2007.
19       MR. ZUPAL:  Okay.  Okay.  I just -- I just
20 wanted to clarify on that point.  I've got a question
21 here in the queue.  And once again, folks, if you do have
22 a question, please hit star then 5.  First question comes
23 from Area Code 631.  760 your line is now open.
24       PARTICIPANT:  Hi.  It's Stephanie from
25 HighTower.  Just a quick question.  You were pretty

Page 25

1  specific on target S&P prices on the upside.  I know you
2  had mentioned 10 percent, what happened in a 10 percent
3  decline, but are there more strike prices that you could
4  be more specific on the downside?  And then if you could
5  just quickly recap, you know, what would happen in a
6  sharp decline and what will happen in a prolonged, you
7  know, 5, 10, 15 percent decline over a number of months?
8        MR. WALSAK:  Sure.  So for a long decline over
9  a number of months is our favorite scenario.  We haven't
10  really seen it for a period of time, unfortunately.  But
11  when I talk about strike prices to the upside, it's not
12  meaningful really on the downside.  I'll talk a little
13  bit about where our positions are, but if you recall, our
14  strategy has two parts, and they're actually very
15  different.
16        So the upside we care about price because
17  that's how we like to make money.  We buy call options,
18  we sell call options, and we create ranges in which the
19  long options will make money, and the short options will
20  go away, essentially.  And that allows us to capture some
21  upside in the market knowing that if the market never
22  gets there both options long and short will expire and
23  will break even.
24        So we love to have the scenario where we can
25  make money if the market goes higher, and we break even

Page 26

1  if the market goes lower or sideways.  And then our risk
2  is the fact that the market goes right through that range
3  we selected, and we're, essentially, then short the
4  market.  That's where our risk is, and that's what we
5  have to manage to the upside.
6        So that's where we can give profit ranges,
7  then.  As I mentioned, end of June we're in a 2110, 2160
8  type scenario, and as we go out further we actually see
9  those ranges get higher.  Give you an example.  All the
10  way out in September, the end of September positions that
11  we're building now are really in the 2175 to 2225
12  neighborhood on the S&P as we get out that far.  But
13  that's why ranges are important to the upside because we
14  are looking for upside price capture, but we don't take
15  downside risk to go after it.
16        Now, we don't do anything like that below the
17  market because below the market -- when equity markets
18  decline, price is very unpredictable.  I think it
19  probably seems reasonable to people when I talk about
20  those type of numbers out in September because you think
21  about it what if the -- if the S&P is at 2250 at the end
22  of this year, I think if you think about it for a minute
23  that would be a reasonable number.  No big surprises
24  there.
25        If I said to you the market's going down, where

Page 27

1  could it go down to?  Well, if you look at history, when
2  markets go down, they're completely out of control.  S&P
3  could be very easily at 1850 at the end of June, and that
4  would be a historical -- historically very normal sort
5  of, you know, sudden waterfall decline because that's
6  what happens.
7        So the downside we want to take price out of
8  the equation, and we want to play volatility extension.
9  We want to put option positions in place that will blow
10  up in value for us just because volatility went higher.
11  I don't care about price.  In fact, the only thing I care
12  about the price of the downside is make sure that we
13  don't have price exposure to the downside.
14        So we have positions, to give you an idea,
15  options positions long and short in the 1750 all the way
16  down to 1400 neighborhood in the S&P.  And you scratch
17  your head and say, wow, not in my lifetime I would see
18  those numbers again, and that's exactly what we like.  We
19  want price to be out of the equation.  One way is to get
20  very far away from the market.  The other way we use is
21  we have multiple put options in place relative -- long
22  put options relative to any short ones we have.
23        So we hedge away our price exposure using put
24  options, and then we buy and sell put options that are
25  designed to increase in value when volatility spikes.

Page 28

1  And then, if volatility spikes for a period of time, we
2  can continue to do that, and we can make some money.
3        So that's what we're doing below the market,
4  and so the price range and strikes are really unimportant
5  because our goal is to make price not matter underneath
6  the market, to not take downside risk and to only look
7  for volatility expansion to make money.
8        MR. ZUPAL:  Stephanie, does that answer your
9  question?
10        PARTICIPANT:  Yeah.  We're good.  Thank you.
11        MR. ZUPAL:  Okay.  All right.  Thanks very much
12  for the question.  We always appreciate that, Stephanie.
13  We do have one more question in the queue.  And once
14  again, folks, if you do have a question, star then 5.
15  I'm going to call last call for questions here.
16        Next question comes from Area Code 646.  952,
17  your line is now open.
18        PARTICIPANT:  Hey, Ed.  It's Mike Baldoff
19  (phonetic) here.  Thanks for doing the call.  I just had
20  a quick question for you based upon how much of the
21  returns you get is from premium collection?  And if you
22  wouldn't mind using 2015 as an example, you know, what
23  percentage of the 8 percent that you were up last year
24  came from premium collection, and, you know, has that
25  changed over time?

Page 29

1    MR. WALSAK:  Sure.  The real short answer is we
2 don't use premium collection to earn a return, and that
3 has changed over time.  Early in the fund's existence,
4 particularly in 2006 and 2007, premium collection was an
5 important part of the strategy.  However, subsequent to
6 2007 and really subsequent to 2009, really beginning in
7 2009 premium collection disappeared entirely as a
8 standalone means of earning a return.
9    Let me tell you what that means.  A premium
10 collection means you go out and you sell an option for
11 two bucks, and you hope it goes to zero or to 10 cents or
12 20 cents, and you buy it back, but you're trying to make
13 money simply by selling something that's going to time
14 decay and expire, and so we don't really do that.  I
15 shouldn't say really.  We don't do that.
16    What we do is we put on option spreads.  We
17 want to take time to (inaudible) of the equation.  In
18 other words, you buy a call, and your risk is that you
19 pay ten bucks for that call, and it expires, and you lost
20 ten bucks.  So we buy a call for ten bucks.  We sell two
21 other calls for $5 apiece.  We are in this trade for zero
22 money, and if everything expires, we break even.  That's
23 what I keep talking about.
24    So how do we make money on this trade?  We're
25 not going to make money when everything expires.  We

Page 30

1 break even.  We make money when, like I said, we get into
2 a profit range on the call options, and we make some
3 money, or we buy an option, we sell an option, volatility
4 spikes, and the one we bought doubled in value.  The one
5 that we sold goes up by 50 percent, and the net is we
6 make money.
7    So we're making money by volatility.  We're
8 making money by price.  We're not making money by selling
9 options.  We only sell options as a part of a spread to
10 take our time decay risk off the table.  Again, time
11 decay risk means you buy an option.  You pay money for
12 it.  The clock ticks, and the option expires.  You lose
13 money.  We want to take that off the table.  That's the
14 only reason we have a sole part of our options spread.
15    Now, the other part, to get a little deeper,
16 when we do use premium collection -- in other words,
17 there are times when we go into the market, and we buy
18 and sell options, and the net of it is we take in money.
19 The only time we do that is when the portfolio has a net
20 long option exposure, and we're in that situation now.
21    To give you an idea, in fact, on Friday, at the
22 end of the day on Friday, the options portfolio was long
23 $50 million.  So you look at this portfolio, and you add
24 up the value of the long options, and you add up the
25 value of the short options, and the net was a long

Page 31

1 position of $50 million.
2    So the good news is that represents some of
3 that -- a big part of that profit coming out of our
4 drawdown and also a part of the move on Friday to make
5 money.  The positions behaved like we wanted them to, and
6 all of a sudden we're sitting on $50 million of option
7 (inaudible).  So now we have the problem that if we do
8 nothing it's very likely that that 50 million will decay
9 with time, so now we want to go into the market.
10    We use our same spreads, our ratio spreads or
11 our put spreads depending on conditions -- right now it's
12 ratio -- we go into the market, and we say now instead of
13 buying an option for ten and selling two or five, I'm
14 going to look to buy one for ten, sell two for six.  Now
15 I can take $2, put on my same spread, but take $2 off the
16 table.
17    So in that scenario, I have certainly collected
18 premium, but that's still not how I'm trying to make
19 money.  I'm making money from the price range on that
20 spread, and the only reason I'm taking in premium is
21 because I now have time decay risk in the portfolio
22 because I've made money upon previous spread.
23    So that's the story behind premium collection.
24 It's not really something we do to make money because it
25 oftentimes has an adverse risk/return profile.  In my

Page 32

1 first example of premium collection, if you sell an
2 option for two bucks and hope it goes to zero, all you
3 can make is two bucks.  You can never make more than two
4 bucks.  Can that option go to 20 so you just lost $18?
5 It sure can, and that's the negative risk/return profile
6 of prior premium collection.  That's why we stay away
7 from it as a means of earning return.  We use our
8 existing structures as a credit to pull a long option
9 premium off the table when that long option premium
10 builds up in our portfolio and presents an actual time
11 decay risk to us.
12    PARTICIPANT:  That was perfect.  Thank you, Ed.
13    MR. ZUPAL:  All right.  Thanks for that
14 question, Mike.  I don't see any other questions in the
15 queue, so at this time I just want to -- for those of you
16 still on the line here -- oh, we did get one more
17 question in here.  Bear with me, Ed.  Area code (404) 760
18 your line is now open.
19    PARTICIPANT:  Hey, Ed, this is Don Wilson from
20 Brightworth.  Not currently invested with you guys but
21 just trying to learn more about the strategy, but very
22 interesting.  Is there a return target that you're
23 seeking or an expected return that you think the strategy
24 generates over time?  I know you've talked a lot about
25 the downside risk, but are there ever scenarios where you

Page 33

1 would expect to exceed that 8 percent that you for some
2 reason don't choose to mitigate that risk when you're
3 modeling it in your software?
4        MR. WALSAK:  Sure.  Let me -- I always have
5 trouble with multiple part questions because my memory is
6 short, I think.  So let me try to start at the beginning,
7 and let me know if I don't get it all.  So -- and see,
8 I've already forgotten the beginning part of the question
9 now.
10        PARTICIPANT:  The beginning part was just do
11 you have a return target, a return expectation --
12        MR. WALSAK:  Yeah, yeah.  Okay.  Yeah, return
13 expectation.  So that's -- I'll give you the short
14 answer.  The short answer is yes.  We like to keep up
15 with the S&P.  We like to make money in all market
16 conditions, so we're definitely an absolute return fund.
17 You will never hear me say to you that the market was
18 down 30.  Good news, we were down 25.  That's just --
19 that just doesn't make any sense to me in terms of while
20 we beat the market we only lost 25 percent of your money.
21 Good for us.
22        That doesn't make a lot of sense to me, and it
23 doesn't make a lot of sense to me even to tell you that
24 we're down 10 percent, and the market was down 30 because
25 we still lost 10 percent of your money, and you don't

Page 34

1 give us your money to lose money.
2        So we're an absolute return fund.  We expect to
3 make money.  And Mike can replay the disclaimer about
4 forward-looking results, and all that good stuff, but I
5 can tell you we manage the fund and certainly expect to
6 make money in all market conditions.  So we're an
7 absolute return fund.
8        We expect to make at least as much money as the
9 S&P fund because of two reasons.  Historically, we've
10 been able to do that despite the fact that past returns
11 do not guarantee future results.  I see no reason why
12 what we've done in the past is not possible going
13 forward, and so we expect to match the market.  We've
14 been able to do that in most conditions, in upward
15 conditions.
16        And so that tells you that it is normal for our
17 strategy to be able to deliver returns in the high single
18 digits, occasionally low double digits in what I would
19 call a normal low volatility advancing market.  That's
20 been our history.  That's been -- that's how we structure
21 our positions to give us that opportunity.  And of
22 course, as with all strategies, what the market does on
23 any given day, week, month or year will determine -- and
24 how it does it will determine how well we actually do,
25 but that's our goal.  And particularly with us, you know,

Page 35

1 our typical trading horizon is anywhere between 90 and
2 150 days, and we can't help that because options expire.
3 We can't hold them for five years even if we wanted to.
4 So because of that short term -- relatively short-term
5 trading horizon it becomes a little more important how
6 the market behaves.
7        In other words, if the market's going to end up
8 10 percent plus for the year, if that happens a little
9 less than 1 percent a month slow and steady, we're
10 probably going to be in pretty good shape.  If that
11 happens -- if the market slacks for 11 months and goes up
12 10 percent in December that's not good for us.
13        So there's a lot of variables in there, but
14 overall we would expect to match an S&P return high
15 single digits, low double digits when that's what the
16 market's doing.  If the market's up 30, we're going to
17 struggle.  We don't like real strong upward markets
18 because that's where we take our risk, above the market,
19 not below.
20        Below the market when we have increased
21 volatility in declining markets, especially in markets
22 that decline for longer than a week or two, then I
23 mentioned we have volatility strategies that allow us to
24 take advantage below the market.  Most importantly, our
25 goal is not to have price risk below the market.  So

Page 36

1 worst case scenario at least our planned worst case
2 scenario is that the market declines, and we break even.
3        If volatility stays high for a month or two, we
4 could usually make some money on that, and if it stays
5 very high for longer than a month or two, then we can
6 make a lot of money because volatility can really cause
7 options values to explode, and we generally position
8 ourselves to take advantage of that.
9        So those are some characteristics about -- of
10 how the fund behaves.  Let me ask you to repeat the back
11 half of your question if I've caught the first half
12 correctly.
13        PARTICIPANT:  Yeah.  Thank you.  First half was
14 great.  Second half was you talked about positioning your
15 portfolio to limit to an 8 percent downside, and if your
16 model shows something more than that, you will reposition
17 to try to capture that.  Do you ever choose not to do
18 that, or are there extreme scenarios where you're not
19 modeling that could -- obviously, anything can happen,
20 but are there, I guess, extreme scenarios where that
21 could still take place, more than 8 percent downside or
22 drawdown?
23        MR. WALSAK:  Sure.  You can always -- you
24 correctly said you can always imagine a scenario, and we
25 run into this as we -- we talk quite frequently to risk

Page 37

1 managers both at advisory firms and at our broker
2 partners, and you can always imagine a scenario.  I mean,
3 I could say to you, "What if the market opens down 50
4 percent tomorrow?"  Well, you know what?  In some
5 situations, in some portfolios, actually not in ours,
6 that would cause a problem.
7      And so you have to ask yourself, look, I'm in
8 this business to make money.  Making money really means
9 managing a risk/return tradeoff.  So if you want to stay
10 away from losing money in a 50 percent market decline,
11 you probably put your money in Treasuries or a shoebox.
12 So we try to manage extreme but also extreme real world
13 scenarios.
14      So first of all, our strategy is such and we
15 position ourselves -- and we think this is attractive to
16 many investors.  We position ourselves in any market
17 scenario not to have downside risk.  Now, it's impossible
18 to have zero downside risk, but any downside risk we have
19 is very, very limited.  And I can tell you -- and again,
20 it's real world stuff.  So where do we look for real
21 world?
22      We look for 2008 marketplace.  We look at all
23 those daily swings of 8 or 10 percent or October where
24 the market was down 30 percent in a week and a half or
25 two weeks, whatever it was when LINA (phonetic) went

Page 38

1 under.  We look at extreme but extreme real world.  If I
2 can go back to 2008 and not find a market decline of 17
3 percent in a day, for example, well, I'm not going to
4 model 17 percent in a day just because it happened once
5 in 1987.
6      So we're taking extreme real world scenarios --
7 we don't take downside risk anyway -- and we model those.
8 And not only that we model those across different time
9 frames.  So we look and then we say, you know, is it
10 realistic to say the market's going to be down 15 percent
11 at the open tomorrow?  Probably not, but 15 percent in a
12 week?  That's actually very realistic, so we're going to
13 model that.  But we're not going to get quite as excited
14 about a little bit of a stress if we see that, yeah,
15 market down 20 percent at the open tomorrow, portfolio
16 down 5 percent.  I don't think I would react to that, but
17 market down 20 percent in a week, portfolio down 10
18 percent I would react to that.
19      So that's to give you maybe a little bit of a
20 qualitative flavor for how we look at things.  And I
21 think the other thing I would suggest is the fund has
22 been around with this -- pretty much this same strategy
23 under my management since 2005.  And if you recall and
24 pull up a chart and just think about market conditions
25 since 2005, nice grinding-up trend, massive up move in

Page 39

1 2013, 2008 volatility in dynamics, 2010 flash crash, 2011
2 U.S. debt downgrade.  I would challenge you to bring
3 forward a market condition that would be real world that
4 has not occurred yet, has not occurred during that time
5 frame.
6      So for me, you can hypothesize all day long
7 about what might happen and what it might do to the
8 strategy and how our risk controls might react to it.
9 Your best guideline is to say let me see if there's a
10 market scenario, and I bet you can go find it in an
11 actual audited performance record about how the strategy
12 would behave.  And if you can think of one that hasn't
13 happened, actually send Mike Zupal (phonetic) an email so
14 I make sure I included it in my risk stresses if we
15 haven't done so already.
16      PARTICIPANT:  Thank you.  One more question, if
17 I can.  As far as asset size, is that any constraint for
18 you today, and is there a size of the fund at which you
19 would look at closing it to make sure you could continue
20 to do what you want to do?
21      MS. RIOS:  Sure.  That's a great question, and
22 it's something we have experienced.  We've been very
23 fortunate to experience tremendous growth in the fund
24 over the last two and a half years, and so we do look
25 carefully at capacity.

Page 40

1      Naturally, it has not been a constraint for us
2 so far because we -- I am a fiduciary with shareholder
3 money.  We don't chase assets at the expense of return.
4 So we look very carefully at ensuring that we can execute
5 trades and earn the type of returns and execute our
6 strategy as we have in the past.  However, at the same
7 time, we're very, very cognizant of trying to anticipate
8 when that may not be the case and guard against it and do
9 what we can in advance to avoid having to close the fund.
10      We've experimented with some things to reduce
11 our inflows, some successful, some less successful just
12 to challenge ourselves to manage the size of the fund
13 without having to do a hard close, for example.  But in
14 the interim, we've been working very, very aggressively
15 on both execution on the floor to ensure we still get
16 trades that are executed at fair prices and also capacity
17 with brokers.
18      We have right now half a dozen different
19 brokers who hold our positions, and each of them
20 restricts how much of our type of portfolio they'd like
21 to hold.  So we have to continue to expand that base, and
22 we work very hard at those two parameters.  But at this
23 point, we're executing.  We have some different
24 techniques we use about the size of our trades and the
25 frequency of our trades to also help us make sure we get

Page 41

1 good execution.
2      So we work very actively on that both from
3 making sure we're doing the right things today, making
4 sure that we are preparing as best we can for future
5 growth and also understanding when the day comes that we
6 see that we cannot get bigger without affecting returns
7 that we have a plan in place to stop those inflows right
8 there because that's what we have to do.
9      PARTICIPANT:  Thank you.
10      MR. ZUPAL:  Okay.  Perfect.  And thanks for
11 asking that last part.  I actually just got an email
12 question asking about capacity issues as well.  So thank
13 you very much for that.  All right.  I don't see any
14 other questions in the queue, Ed.
15      Folks that are still on the line just a
16 reminder the next call will be June 28th.  So we're
17 actually going two weeks without a call here.  We'll do
18 the call again on Tuesday, June 28, same time, 1:00
19 Eastern, 10 a.m. Pacific.  That's Tuesday, the 28th.
20      If you do have any questions in the interim,
21 feel free to call us here in the internal sales desk at
22 (646) 827-2761.  You could email us at
23 info@catalystmutualfunds.com or catalystmf.com, info,
24 i-n-f-o@catalystmf.com.  Do appreciate you taking the
25 time out of your day to listen in on the call and look

Page 42

1 forward to speaking with you all in a couple weeks.  Ed,
2 Kimberly, thanks again and also as well for taking the
3 time out of your day.  Folks, this concludes the call.
4 Thanks very much and talk to you soon.  Bye.
5      (End of recording.)
6           * * * * *
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 43

1           TRANSCRIBER'S CERTIFICATE
2
3 I,  David Grey, hereby certify that the foregoing
4 transcript is a complete, true and accurate transcription
5 of all matters contained on the recorded proceedings in
6 the matter of:
7 CATALYST HEDGED FUTURES STRATEGY FUND.
8
9
10 _____
11 Transcriber
12
13
14
15
16
17
18
19
20
21
22
23
24
25