Page 1

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:              )
4                                 )
5  CATALYST HEDGED FUTURES STRATEGY   ) File No. C-08400-A
6  FUND                          )
7
8  SUBJECT:  Catalyst Hedged Futures Strategies
9          National Open House HFX and CFH, 9/13/16
10 PAGES:    1 through 51
11
12
13
14
15
16          AUDIO TRANSCRIPTION
17
18
19
20
21
22
23
24          Diversified Reporting Services, Inc.
25              (202) 467-9200

Page 2

1           P R O C E E D I N G S
2          MIKE:  Welcome, everyone.  And thank you for
3  attending our bimonthly Catalyst Funds Portfolio Managers
4  Open House Conference Call.
5          Before we begin, I'd like to remind everyone
6  today's call may include forward-looking statements.
7  These statements represent the firm's belief regarding
8  future events that by their nature are uncertain and
9  outside of the firm's control.
10         The firm's actual results and financial
11 condition may differ, sometimes materially from what is
12 indicated in those forward-looking statements.
13         Please take a moment to review the fund's fact
14 sheet and prospectus.  These documents include some
15 important risk considerations that investors should
16 carefully consider, such as investment objectives, risks,
17 charges, and expenses.  And they can be reviewed prior to
18 investing in any of the catalyst funds.
19         This and other information about the funds can
20 be obtained by contacting our internal sales desk at
21 646-827-2761, on our website, catalystmutualfunds.com
22 or by reaching out to your regional wholesaling
23 representative.
24         Today we have Ed Walzack and Kimberly Rios on
25 the line, who are the manager and co-manager of the

Page 3

1  Catalyst Hedge Futures -- HFXAX is the ticker.  And
2  Catalyst Hedge Commodities -- the ticker on that one is
3  CFHAX.
4          Ed Walzack is senior portfolio manager here at
5  Catalyst Fund and is responsible for the day-to-day
6  management of the hedge futures and hedge commodities
7  funds.
8          Additionally, Ed has been portfolio manager of
9  the hedge futures predecessor fund, Harbor Assets, since
10 its inception in 2005, until its conversion to an Act 40
11 mutual fund in September of 2013.
12         Mr. Walzack has a bachelor's degree in physics
13 and economics from Middlebury College and his master's of
14 business administration from Harvard University's
15 Graduate School of Business.
16         Kimberly Rios is portfolio manager on the
17 funds, received her bachelor's degree in finance and
18 economics from the University of Arizona and additionally
19 received her CFA designation in 2001.
20         Kimberly also received her chartered market
21 technician designation in 2014, through the market
22 technicians' association.
23         As a reminder, all lines will be on mute during
24 the overview.  If you do have a question, you can at any
25 time hit * then 5 to place yourself in the queue.

Page 4

1  When we get to the Q&A portion of the call, I will
2  announce you by your area code and the prefix of your
3  phone number, and you'll hear your line become unmuted.
4          And at this time, I will now hand the call over
5  to Ed and Kimberly.  Guys, all yours.
6          MR. WALZACK:  Thanks, Mike.  And thanks, again,
7  everyone joining the call.  I will, as usual, give you an
8  overview and Kimberly will cover the commodity fund.  And
9  then we'll leave as much time as possible for questions
10 after the overviews.
11         So let me start with the S&P fund on the put
12 side of our strategy.  There's not very much to talk
13 about, but I know that folks take interest when we see
14 some volatility spikes and some downward movement in
15 equity markets.
16         So let me remind you of what we do in the put
17 side of our strategy.  The put side of the strategy is
18 designed to capture volatility spikes, but we do not even
19 enter positions until the term structure of volatility
20 flattens.
21         And what that means in layman's terms is that
22 volatility priced into options becomes more even in terms
23 of nearby versus longer dated options expirations.
24         In other words, when you look at the VIX,
25 that's a 30-day-to-expiration options measure.  We look

Page 5

1 at 60-, 90-, 120-, 150-day and so on measures of
2 volatility built into options pricing.
3     And when those measures start to equalize --
4 the normal conditions, by the way, when you see a low VIX
5 -- a VIX of 11, 12, 13, 14, 15 -- a low VIX, the normal
6 condition is that when you go out further in duration of
7 options expiration, you get a higher volatility built in.
8     When you get a spike in the VIX, that curve
9 will flatten and that flat curve is what signals us to
10 begin trading puts.
11     So the bottom line is for some time now, we
12 have had basically no put positions on in the fund.
13 Volatility has been low. The curve has been in contango,
14 meaning a very cheap VIX and more expensive in longer
15 dated options. That drives us into call option positions
16 above the market.
17     However, what I wanted to mention today, so
18 first of all, know that we still have basically no put
19 positions on in the fund.
20     The conditions necessary for us to enter put
21 positions were marginally realized on Friday. They came
22 off on Monday. They are once again, as I speak to you
23 today, back in place in a marginal sense, meaning that
24 curve has begun to flatten.
25     It's come into a level of flatness. We look at

Page 6

1 actual quantitative measures of the slope of the curve.
2 And by those measures, we are now marginally able to put
3 on put positions.
4     I can tell you that from a discretionary point
5 of view we have chosen not to do that. I'll get to our
6 call positions in a moment. We're still concentrating on
7 taking unrealized gains out of our call positions.
8     So although we have analytically,
9 quantitatively a marginal green light to enter put
10 positions, we've chosen not to do that.
11     We have an options expiration coming up on
12 Friday, another one at the end of September. So we will
13 wait until that put position both gets a little more
14 ideal, or the put signal from our volatility analytics
15 gets more ideal. As I said, it's marginal now. It's in
16 our range. But certainly, the curve is not flat yet.
17 It's almost flat so to speak.
18     And we're still focusing our efforts on
19 managing our call positions. So let me talk about that.
20  So two weeks ago for those of you who were not on the
21 call, I mentioned that the good news was that we had
22 significant positions on in options expirations all the
23 way out through the middle of October, and that the
24 market had cooperated by entering the sweet spot of those
25 call option positions.

Page 7

1     And that resulted in a nice runup in the fund's
2 NAV over the last four, to six, to eight weeks. And I
3 mentioned in the last call that our biggest downside risk
4 was the fact that we had significant unrealized gains on
5 the books that, in the event of sudden downturn, some --
6 or some significant portion, a material portion of those
7 gains might evaporate in the market downturn.
8     Let me describe -- because that's exactly what
9 we saw on Friday, by the way. But let me describe a
10 little bit more about how that occurs.
11     Those of you who are familiar with the strategy
12 know that what we do on the call side, we like call
13 options from a risk-return standpoint. The example I
14 like to use is you buy a stock at 50 bucks. It goes down
15 to $40, you lose $10. Maybe you can buy a call option
16 with a $50 strike for $2.
17     You pay $2 for your call option, and the stock
18 goes to $40, you're going to lose $2 instead of $10.
19     So what we do is we take that and say, we don't
20 even want to lose $2. So we sell other call options
21 above the ones that we buy. So we might sell -- we might
22 buy a call option for $2 and sell two of them above the
23 market for a dollar apiece. Net-net, we have no capital
24 at risk. If the market tanks, then we're going to break
25 even.

Page 8

1     That's how we start positions in the fund.
2 What happens is if the market moves according to the way
3 we'd like it to move, then we gradually built up profit
4 in those positions.
5     So now the call option we paid $2 for might be
6 worth $4, and because the ones we sold are further away
7 from the money, they might be worth a dollar and a half.
8  So the net of that position is all of a sudden, we're
9 looking at a net long option premium of a dollar on each
10 of those positions.
11     And what that means is as the fund generates
12 profits, we generally hold these positions into
13 expiration because that's where they have their maximum
14 profit.
15     But like, any portfolio managers, we have the
16 decision points around when to take partial profits.
17 Again, if you were a stock picker in your portfolio, you
18 might buy a stock at $50 and say, I've got a 12-month
19 price target on this thing at $70.
20     Next thing you know in a month it's up to $60.
21  So you look at it and you say, well, my price -- my
22 analytics still tell me I can get to $70 with this stock,
23 but I'm at $60. Do I take some off the table? How much
24 do it take off the table? Do I leave the whole thing in
25 place because I'm confident we're going to $70?

Page 9

1  We face those same decisions in our options
2  positions when we have profits, unrealized gains, knowing
3  that in that stock example, if the market turns south,
4  your $60, $10 unrealized gain may go back to zero or even
5  worse.
6       In our case, we can only go back to zero.
7  That's the way we structure the positions.  But we have
8  the same -- the same decisions to make around when to
9  take partial profits, how much to take, how many
10 positions to take off, et cetera.
11      We have the added decision factor of the fact
12 that options are wasting assets, meaning in the stock
13 example, you can hold the stock forever if you like.
14 With options, they have an expiration date.  So we have
15 that clock ticking standpoint, as well, to take into
16 consideration.
17      So the net of all this stuff means that when I
18 talked to you two weeks ago, we were sitting on about 35
19 cents roughly -- 35 to 40 -- somewhere in that
20 neighborhood of NAV in the fund in unrealized gains.  And
21 I think I mentioned to you that our main focus was to
22 begin to take some of that off the table, trying to do so
23 in a way that still preserves some of our upside, but
24 protected some of that gain.
25      So I can tell you we were about 50 percent

Page 10

1  successful.  And actually, we executed the plan that we
2  put in place, and that means that we took about half of
3  those profits off the table.
4       If you check your NAV history, we are --
5  interesting enough -- as of last night's close, we are
6  sitting at the exact NAV in the fund as we were when I
7  spoke to you two weeks ago.
8       And during that time, two weeks ago, we had
9  somewhere between 35 and 40 cents of fund NAV in
10 unrealized gains.
11      Coming into today that number was about half,
12 somewhere in the 17 cents -- 17, 18 cents of NAV was at
13 risk from unrealized gains evaporating.
14      Another way to give you the feel for how the
15 portfolio behaves, as I said, we start out by doing call
16 spreads that we don't pay any money for.
17      Then we accumulate unrealized gains.  What that
18 does is it turns the entire fund portfolio into a call
19 option.
20      So when I say we're sitting with an unrealized
21 gain of 35 or 40 cents, that's as though we took the
22 entire fund portfolio and bought S&P call options and
23 spent about 35 or 40 cents of the fund's NAV.
24      So we're sitting here with a call option.  We
25 can't go below zero, but we can lose 35 or 40 cents if

Page 11

1  the market tanks.
2       So since that time fortunately with a flat NAV,
3  we've been able to take about half of that off the table.
4  We're continuing to do so today and continue on into the
5  subsequent expiration periods.
6       But that gives you a sense for where the
7  portfolio is now.  It really is a long call option, and
8  we're -- according with our strategy and according with
9  our PM discretion, we're taking those profits off the
10 table at a rate that is -- again, consistent with our
11 judgement about balancing the risk and the reward.
12      But what you saw in terms of the fund's decline
13 on Friday was a chunk of those unrealized gains
14 evaporating.  It's an important point to understand that
15 the fund was down I think 20 cents on some of the share
16 classes on Friday.  S&P was down about 55 points.  If the
17 S&P was down 500 points, the fund would have probably
18 lost another nickel or dime.
19      So it's not a scenario where we are long the
20 market and exposed to downside risk.  That's not what we
21 do.  What you see in a scenario like that is some
22 unrealized gains that we are unable -- or elected not to
23 take off the table all at once evaporating in a sudden
24 market decline.
25      And similarly you saw that -- some of that

Page 12

1  recovery occur yesterday.  You'll see a little bit more
2  give-back today if the market stays lower as it appears
3  to be doing so far today.
4       But again, think of the portfolio now as a
5  single, long call option where certainly if the market
6  declines, the value of that call option will decline.
7  But it can't go below zero.
8       In our case, zero is currently roughly about 15
9  to 18 cents lower than yesterday's close.  I'll put a
10 slight asterisk to that, by the way.  But with the
11 nuances of option pricing, there is a small chance that
12 the whole thing flips negative.  But then you have
13 negative call premium above the market.  That's not a
14 downside risk.  That's just something that -- you know,
15 again, with some of the subtleties of how options get
16 priced and settle and so forth.
17      But generally speaking, the downside risk over
18 any timeframe from last night's close is somewhere in the
19 neighborhood of 15 to 20 cents.  We're working pretty
20 hard to take some of that off the table ongoing over the
21 next days and weeks.
22      I hope that's not too technical, and it's
23 helpful.  I will turn the discussion over to Kimberly and
24 certainly be ready to take questions when she's done in
25 terms of elaborating on that particular update.

Page 13
1  So, Kimberly, go ahead.
2  MS. RIOS:  Thanks, Ed.  That might have been a
3  little bit too technical in some aspects, but hopefully
4  that was well followed by everyone.
5  Year to date for the funds, hedge futures is at
6  11.32 percent and hedge commodities at 11.38 percent.  So
7  neck and neck.  It almost feels like a competition
8  between the two funds at this point.
9  For hedge commodity, we are almost at $40
10 million for AUM.
11 For the volatilities, what we're looking at
12 right now is we're seeing that oil is at an elevated
13 level of volatility.  Corn is just about in the middle.
14 And gold is still considered at a low volatility area.
15 Going back to oil, we've had some decent moves
16 but not as extreme as what we saw in August, the
17 beginning of August there.
18 For corn -- corn in the past month, it is back.
19 Yesterday, it was back trading where it was a month ago,
20 but it had gone down 30 to 40 cents.  And so it had a
21 nice bounce off of its bottom.
22 And then for gold -- gold has been in a pretty
23 tight trading range over the past month, month and a half
24 or so.
25 The events that we're looking at coming up that

Page 14
1  could affect the markets are the FOMC meeting and then
2  the OPEC meeting at the end of the month.
3  We are paying attention to the crops, the
4  percent harvested, the quality coming in, and the weather
5  that's going on.
6  For our ranges in the markets, we have pretty
7  wide ranges  For oil, we're looking for October
8  expiration $30 to $53 -- ideal would be about $50.
9  Gold $1,263 to $1,430, and we'll have a much
10 smoother ride if it can maintain between $1,320 and
11 $1,370.  And then for corn $3.04 to $3.50, with an ideal
12 at $3.15.
13 Right now we're 60 percent invested in gold; 25
14 percent in oil, and 15 percent in corn.  And we have
15 positions in oil and gold that go out in January and corn
16 into December.
17 Forward-looking statements -- we're looking
18 forward to just slow and steady upward movements through
19 October, as long as there's no large individual movements
20 in any one of the markets.
21 And then we do have quite a few gold positions
22 for November if something were to happen with the
23 election.  But we have positions above and below the
24 market.  So if there is some increased volatility, we
25 should benefit from that in November.

Page 15
1  With that, I will give it back to Adam.
2  MR. WALZACK:  And I'll do a quick lateral back
3  to Mike so you can moderate questions that might come in.
4  MIKE:  Certainly.  Thanks, guys.  Again, folks,
5  if you do have a question, please hit * then 5.  Guys, I
6  did get a couple email questions here which I'll start
7  off with while we're waiting for folks to put their hand
8  up in the queue who are on the phone.
9  The first question that we got emailed in was -
10 - and I'm reading it verbatim -- how long did it take for
11 the Catalyst Hedge Futures Strategy Fund to react to the
12 market conditions of 2008?  How long did that shift from
13 a long market to a short market take?  And how long would
14 the models take in the shift today if a similar situation
15 arose?
16 I could repeat any part of that if you need it.
17 MR. WALZACK:  Well, let me answer that question
18 maybe with a little bit of a generic description of how
19 we choose to enter positions.
20 So 2008, market conditions, my recollection and
21 what I'm trying to recall is when volatility really began
22 to spike and when we first got our flattening of term
23 structure.  And I believe that certainly happened as
24 early as January of 2008.
25 And I recall that in Q4 of 2007, we were doing

Page 16
1  some put trades.  Nothing has really changed about the
2  way we apply that strategy.
3  As I mentioned, we look for a flattening of the
4  curve.  If you're following along at home for some
5  strange reason and want to understand what that curve
6  looks like without plotting it as we do, you can look a
7  couple of shorthand ways.
8  One is the VXV is a 90-day version of the VIX.
9  Remember that the VIX is a 30-day-to-expiration number.
10 A shorthand for that curve being flat is when the VIX
11 and the VXV are equal levels.
12 Today the VIX is probably about -- still at
13 about a 6 or 7 percent discount to the VXV.  So 30-day
14 options are 6 or 7 percent cheaper from a volatility
15 perspective than 90-day.
16 We love to see those two equal.  We start to
17 get in actually at anyplace where the discount is less
18 than 10 percent because the normal discount is as much as
19 20 or 25 percent.
20 So we look at when that number gets under 10
21 percent, we start to look.  We do some more in-depth
22 analytics on the entire curve.  But again, that's a
23 shorthand for you.
24 If you don't even want to pay attention to the
25 VXV, the best shorthand is that flattening of the curve

Page 17

1  generally occurs with a VIX higher than 20 percent.  So
2  it's very likely that that curve if flat when you see a
3  VIX above 20, and that would cause us to jump in.
4          So the real question is how long do those
5  conditions apply because we scale in -- we scale in more
6  actively now than back in 2008, when the fund was
7  smaller.  That's about the biggest change.
8          When the fund was smaller we might jump in once
9  or twice a week and now we're in once or twice a day.
10 But it's bigger chunks.
11         So the timeframe is relatively much the same.
12 We would likely come to a full position over the course
13 of a month or so.  And then ride that volatility and
14 continue to add and take off positions, much as we do on
15 the call side.  Adjust take profits, add new positions,
16 take off old positions into expiration.
17         It's the same type of rolling adjustment and
18 trading style, it's just that we only do it as long as
19 those volatility conditions stay in place.
20         And in the history of the market since 2008, we
21 really haven't experienced those types of volatility
22 conditions where that curve stays flat for much longer
23 than six to eight weeks, which is barely long enough for
24 us to get through an options expiration cycle and take
25 profits.

Page 18

1          So I guess the short answer to what I'm reading
2  into to that question is that we're not doing anything
3  different today than what we did in 2008.  We use the
4  same analytical triggers.  We put on the same types of
5  put-spread trades to capture volatility.
6          The difference is really all about when are
7  those conditions present, and do they stay in place long
8  enough so that were we to repeat a 2008 environment where
9  conditions were in place for the entire year,
10 essentially, we traded in 2008 volatility trades all year
11 long.  Had a great year.  Those are the homerun trades
12 for us.
13         Since then we haven't -- in 2011 was the only
14 time we had even a quarter of the year worth of
15 volatility conditions.  And during that time we made some
16 pretty good money.
17         But again, those conditions were appropriate
18 for a put side of our strategy but still nothing compared
19 to the levels of volatility we saw in 2008.
20         So again, the bottom line is to say we're doing
21 the same things.  We do some different things with
22 scaling of trades because of our size, and that just
23 means, as I said, now we're trading a thousand contracts
24 or two thousand contracts a day.  And back in the day, we
25 might have traded a hundred contracts in a week.

Page 19

1          But relative to the size of the capital, we
2  just the same metrics in terms of positions per unit of
3  capital.  We use the same analytics to trigger trades.
4  We use the same adjustment techniques and so forth.
5          So we're doing the same things and reacting to
6  market conditions.  If we see 2008 market conditions
7  again, we would anticipate a very similar trading pattern
8  in the fund, just with zeroes added to the size of the
9  positions.
10         MIKE:  All right, great.  Do appreciate the
11 explanation there.  I got my first call coming in from
12 area code 919-719.  Your line is now open.
13         UNIDENTIFIED CALLER:  Hey, Ed, good afternoon.
14 Just a couple of questions.  Number one, does the size
15 of the fund that it's currently at today preclude you
16 from taking gains as quickly as you would like to?
17         And number two, with today's -- your
18 expectations for today with the market down, would that
19 also erode -- would you be expecting a further erosion of
20 gains going forward with this market move today, like, it
21 was on Friday?
22         MR. WALZACK:  Yeah, let me answer that last
23 part first because the answer is yes.  And again, go back
24 to what I said in terms of the fund is now behaving like
25 a long call option.

Page 20

1          So imagine on Thursday of last week if you went
2  out and bought a call option on a stock, and let's say
3  you paid $10 for your call option.  Well, Friday's
4  decline, I mean, you're happy because you paid $10 for
5  the call option and you know you can't lose more than $10
6  -- even if the stock you bought, let's say it's Tesla or
7  something -- if the stock loses 50 bucks on a day like
8  Friday, you're only down -- at expiration on that option,
9  you're only down 10 bucks.
10         However, on Friday, that $10 option probably
11 turned into a $5 option.  So you lost some money even
12 though your risk is limited.  And that's the way the fund
13 is behaving.
14         Similarly, market snaps back on Monday, that $5
15 call option goes back to $7 or $8.  And today that $7 or
16 $8 option is going to go back to maybe $5 or thereabouts.
17         So that's how the portfolio is behaving.  Now,
18 we don't own a single call option.  So what we have the
19 ability to do is we have multiple long and short call
20 options at different strikes, and we are taking off both
21 long and short options to take the premium value of that
22 position and put it in the bank.
23         As I said, over the last couple weeks, we went
24 into in raw dollar terms, two weeks ago, we had about
25 $125 million of unrealized gains.

Page 21

1   In other words, we had a long call option worth
2 $125 million.  During those two weeks, the fund's NAV
3 bounced up and down, but great for comparison purposes,
4 as of yesterday's close, it was exactly what it was when
5 we had $124 million of unrealized long call option
6 premium.
7   As of last night, we had in the neighborhood of
8 $55 million.  So you can see we've made some progress in
9 two weeks taking that off the table.
10   But we do still have some exposure.  We're
11 continuing to work through taking more of that off the
12 table, again, commensurate with our risk-return tradeoff.
13   So that's the answer to the second part of the
14 question.  The first part of the question is size is
15 really not influencing what we do, no matter -- in fact,
16 it actually helps us.
17   Because when the fund was smaller, we had far
18 fewer positions and far fewer strikes, and far fewer
19 expiration periods.  So what that meant was we kind of
20 had -- we were faced with more of an all-or-nothing
21 decision.
22   In other words, we had more difficulty taking
23 off partial positions because we had a scenario where if
24 we take off anything, we're completely out of that
25 expiration.  So it was almost an all-or-nothing decision.

Page 22

1 Where now we have so many positions across so
2 many months that we can -- in a very smooth fashion
3 decide that look, let's take $5 million out of October
4 because the way we're positioned there, as we model it
5 and graph it, that's the place to do it.
6   Let's leave the positions on in end of
7 September because -- again, the way we model it, the way
8 we look at volatility, that's a better place to have it.
9   We have more levers to pull so that -- I think
10 size is actually an advantage in doing that.
11   Now, we certainly do have to -- as we talked
12 about the size of the fund execution, we have to be a
13 little more careful about our execution so that we don't
14 come in and step all over the market with all at one
15 time.
16   But that's a relatively minor factor.  I think
17 that's outweighed by the benefit of having more levers to
18 pull and more a diversified across expiration period and
19 strike price portfolio.
20   UNIDENTIFIED CALLER:  Thanks, Ed.  So as we
21 approach $4 billion, you're still feeling comfortable
22 with the size of the fund?
23   MR. WALZACK:  Yeah, we are.  We certainly have
24 that size discussion much more frequently than we did at
25 $1 billion.  and we monitor it very carefully.  We have

Page 23

1 an ongoing capacity analysis that we did a few months
2 back that we update on a monthly basis.
3   And it revolves around the constraints that we
4 face, and the constraints we face are execution.  In
5 other words, are we still able to trade within the bid-
6 offer spread in the marketplace.
7   And also capacity in terms of our brokerage
8 facility and the risk that they're willing to take on for
9 some of our short options positions.
10   So we monitor those two major constraints.  We
11 monitor our growth rate.  We monitor our selling efforts
12 and our distribution channels.  And we're good now, and
13 we have an eye on it.
14   We take very seriously our fiduciary
15 responsibility around not sacrificing shareholder return
16 for the sake of size.
17   And I think we're pleased that so far this
18 year, our performance is actually our best year in the
19 last three -- in fact, in the last four is this year.
20 And certainly, we're far bigger this year than we were at
21 any time in those past periods.
22   So far we're very comfortable, but we are
23 monitoring the size very carefully.
24   UNIDENTIFIED CALLER:  Thank you.
25   MIKE:  All right, thanks very much for those

Page 24

1 questions.  Once again, folks, if you do have a question,
2 please hit * then 5 and it's * then 5.
3   I do have one more question that was emailed in
4 while we're waiting for additional questions to come in
5 live on the phone.
6   The next question I have emailed in here, and I
7 know you've addressed this before, and it circles a
8 little bit around interest rates and what would happen --
9 or how would you -- do you plan out any interest rate
10 hikes?  And how would you react the fund to a 25-basis-
11 point hike or a 50-basis-point hike by the fed?
12   MR. WALZACK:  Sure.  So we don't take into
13 account interest rates in terms of the analytics we do
14 enter or exit or adjust positions or any other part of
15 managing the portfolio with a couple exceptions.
16   One is that the way we manage our portfolio and
17 the nature of options, we -- as I mentioned, we try to
18 offset any option purchases with option sales in terms of
19 the money we spend to minimize that downside to an
20 options contract, meaning it expires.
21   So we don't want to spend $100 million on
22 options and watch that expire.  So when we buy options
23 for $100 million, we sell them somewhere else for $100
24 million.  We try to stay neutral.
25   What that means is while we have certain

Page 25

1  collateral requirements against the short positions that
2  we have in the options market, at any given time, we have
3  the entire fund's portfolio available in cash, with the
4  exception of what's dedicated to collateral requirements,
5  which is generally less than half the portfolio and often
6  les than a third of the portfolio.
7        So the net of all this is we have a lot of cash
8  that is not used in this traditional sense in terms of
9  purchasing assets.  It's not sitting in the form of
10 equity holdings, for example, or other asset holdings.
11       So we do pay attention to how can we take this
12 cash and earn a safe, secure interest or fixed-income
13 return on that cash to supplement the return that we earn
14 from our strategy.
15       And so what that means is, and those of you who
16 stay awake late at night studying the pages of the
17 prospectus -- our prospectus allows us to invest in
18 securities of three-year duration or less, and we are
19 generally invested in Treasuries.
20       We have a reasonably significant -- excess of a
21 billion dollars in short-duration Treasuries.  Our
22 duration is somewhere in the low twos -- two and a
23 quarter years, thereabouts.
24       So rising rates are actually something from
25 that standpoint that will help us.  We can layer a little

Page 26

1  bit of fixed-income return over the top of our strategy.
2        But we don't use -- interest rates are, in
3  fact, a contributor to options valuation, but an
4  incredibly minor contributor to options valuations.  And
5  we don't really use them in models that we look at.
6        The other thing about interest rates, of
7  course, is that we've all been trained for many years now
8  to watch the Fed and to watch what they do with interest
9  rates and the equity markets, the S&P, obviously the
10 market we trade in is sensitive to interest rate
11 decisions.
12       So from that standpoint, again, we're not
13 predictive.  We don't sit back and say, wow, if interest
14 rates go higher, equities are going lower, and we're
15 going to take advantage of that by doing X, Y, or Z.
16       We do, however, pay attention to Fed meetings
17 and to events that we know have the potential to place
18 volatility into the marketplace.  So that for example,
19 it's not unusual for us in both funds -- gold is very
20 sensitive, for example, to interest rate decisions.
21       So that Kimberly and I will look at the
22 economic calendar and say, look, Janet Yellen is speaking
23 on Friday, let's go quiet for Wednesday and Thursday in
24 gold.  Let's hold off, maybe, on a couple S&P trades and
25 instead react to however the market reacts when the

Page 27

1  interest rate decision is announced, or when a Fed
2  governor speaks.
3        So we will take into account the knowledge that
4  an event may move the market.  We don't attempt to
5  predict exactly how it will move the market.  We just
6  know that it is likely a good decision for us to perhaps
7  go quiet and react, rather than do something in advance
8  and wish we hadn't.
9        So that's really kind of a broad basis of how
10 interest rates affect what we do.
11       MIKE:  All right, great, appreciate that
12 response there, Ed.  I do have a couple questions on the
13 live queue here.  First question is coming from area code
14 203-387.  Your line is now open.
15       UNIDENTIFIED CALLER:  Thanks, Ed.  And thanks
16 for doing these calls on a weekly basis and providing
17 kind of the transparency that you do.  It means a lot to
18 us investors.
19       One quick question, there's been a lot of kind
20 of talk in the media about pension funds getting into
21 kind of the options market.  And I think specifically
22 into kind of put-writing strategies.
23       You know, there's talk about South Carolina and
24 Hawaii getting into this market.  And I assume, you know,
25 kind of the search for yield and just -- strategies are

Page 28

1  driving this.
2        What does that mean to you guys?  Are you guys
3  seeing higher volumes?  What impact does that have on
4  kind of the VIX structure when you have kind of a new
5  level of I guess participation by these entities?
6        MR. WALZACK:  Well, it's interesting that you
7  mention that.  I read an article, and I'm struggling now
8  when you brought it up within the last week or two that
9  mentioned exactly that.  Now, I don't recall -- it may be
10 the same article that both of us have read.
11       But the highest level answer to that question
12 is that liquidity is good.  So if more people are jumping
13 in and doing anything with options -- buying them,
14 selling them, who knows what -- that's good for us.
15       Secondarily, it's not surprising to me we've
16 had such a low volatile -- low volatility regime.  We've
17 had what many market participants perceive as a Fed put,
18 meaning the Fed won't let the market crash, so it's safe
19 to sell puts below the market.
20       That's been a philosophical mindset I believe
21 that's been in the marketplace.  And it would have seemed
22 I think astonishing to observers five or ten years ago to
23 think that pension plans would go out and write put
24 options.
25       Because the naked selling of a put option in my

Page 29

 1  view is one of the riskiest trades on the planet and has
 2  a terrible return profile.
 3          You collect a small amount of money and expose
 4  yourself to unlimited losses in the event of a correction
 5  or bear market.
 6          So from that standpoint, you know, naked put
 7  writers, I don't want my pension in that plan.  But
 8  that's another story.
 9          Liquidity is good.  I do think it reflects a
10  prevailing -- and I think, again, just personal opinion
11  not related to how we manage the fund, but personal
12  opinion is an unwarranted sense of complacency about
13  downside risk in the equity markets.
14          It's not something certainly that we do as a
15  part of our strategy.  But it is something that, you
16  know, is reflective of yet another avenue of a chase for
17  yield and a chase for return.
18          You may very well know, and I hope I won't
19  offend anyone by saying this, but cash-secured put
20  writing is a not uncommon strategy in equity portfolios
21  to -- as the strategy goes to have someone pay you to buy
22  the stock you want to buy anyway at a lower price,
23  meaning you want to buy a stock at 50 bucks, great news.
24  It's a $55 now, so sell a $50 strike put.  And if the
25  stock goes down to $50, the worst case is you are

Page 30

 1  assigned the stock.  You own it anyway.  You like to own
 2  it.  Great news.
 3          What people don't understand about that trade
 4  is, think about it, if you have a stock you want to own
 5  at $50, it's at $55.  You sell a put at $50 for two
 6  bucks.  You get to keep the two bucks.  The stock goes to
 7  $70, you're sitting there with two bucks in your pocket,
 8  instead of the $15 profit if you bought the stock.
 9          Second if the stock goes from $55 down to $30,
10  you own the stock at $50.  You just lost 20 bucks offset
11  only by the $2 you received in the premium.  So there's
12  almost nothing that can happen about that trade that is a
13  good thing.
14          So again, I won't go on any longer on the call.
15   It's not the purpose of this call, but that's -- I
16  occasionally give seminars on options.
17          And the world's worst trade, it's actually a
18  dead-heat tie is a covered call or a cash-secured put.
19  That's just again, personal opinion.
20          UNIDENTIFIED CALLER:  Thank you.
21          MIKE:  All right, thanks very much for the
22  question, do appreciate it.  I have another question in
23  the queue here coming from area code 646-827.  Your line
24  is now open.
25          UNIDENTIFIED CALLER:  Ed, I wanted to ask you

Page 31

 1  two things.  One, what's the downside risk in the fund
 2  right now if things don't work out on harvesting the
 3  gains?
 4          And two, under what circumstances would you
 5  start putting on puts?
 6          MR. WALZACK:  Sure.  So the downside now is
 7  roughly -- coming in today is roughly 17, 18 cents at
 8  NAV, and that's the unrealized value of the calls.
 9          As I said, you know, so we have long and short
10  calls.  There's certainly some extreme scenarios by which
11  if the market really crashed and volatility went through
12  the roof, the settlement values on the short calls way
13  above the market might actually put us into a negative
14  call position.  And so you might see a little more
15  downside that than.
16          But there is no actual downside risk with short
17  calls on the market.  So that's merely a settlement
18  value.  The actual risk is that everything we hold today
19  goes to zero.
20          And if that happened, we'd be looking at around
21  17 or 18 cents from last night's NAV settle.
22          So again, call option -- it's as though we took
23  -- today it's as though we yesterday took 18 cents of NAV
24  and invested in an S&P 500 call option.  And that's how
25  it's going to behave over the next month or month and a

Page 32

 1  half or so.
 2          I'm very confident that we can take -- it
 3  becomes more difficult to take that off the table because
 4  as it evaporates, there's less to take off the table.
 5          But we can certainly -- we've taken a little
 6  bit off the table today.  We'll continue to do that as
 7  rapidly as we can consistent, again, with our risk-return
 8  tradeoff.
 9          But the short answer is the number is 17 or 18
10  cents from last night's NAV settle.
11          And you also asked about when we're going to
12  put on our put positions.  Again, we use volatility
13  analytics do that.  We are actually in range.  I looked
14  before the call intraday at our models.  We're in the --
15  the green light is on for us.  It wasn't yesterday.  It
16  was on Friday.
17          So you can see we're kind of at the edge of
18  where we start to do that.  And again, if you play at
19  home, the simplest way is usually a VIX of 20 will get us
20  there.
21          Right now the VIX I think is somewhere around
22  19 -- when I looked earlier today.  So we're -- as you
23  could see, we're kind of at the margin right there.
24          We've elected from a discretionary standpoint -
25  - there's a couple things we do discretionary.  We have

Page 33

1  all our stuff is driven analytically, but we use
2  discretion in terms of we can refuse an analytical entry
3  signal.  We don't refuse any risk exits.
4        We can refuse by our discretion an analytical
5  entry signal.  We did that on Friday.  We're going to do
6  it again today because the signal is a marginal one and
7  because we think we're best served now to manage that
8  unrealized gain in the call positions.
9        But we're right there, and if it gets any
10 better -- meaning if you see a continued slide, we would
11 likely, as early as the end of this week or next week
12 begin pretty aggressively the scaling to put positions.
13       But again, it's all driven by volatility.  When
14 that curve flattens -- the curve usually flattens with a
15 VIX somewhere above 20.
16       If you want to look at the VXV, it's readily
17 quotable on anybody's quote service.  Look at the VIX,
18 look at the VXV.  When those two things are equal, you
19 can bet we're putting on put positions.
20       UNIDENTIFIED CALLER:  Ed, how fully invested
21 are you right now?
22       MR. WALZACK:  How fully invested are we right
23 now?  As I said on a put side -- we treat our put and
24 call portfolios by the way separately.  I mentioned that
25 in the past because they are very different strategies.

Page 34

1       So we look at both.  We look at our position
2  limits on the call side, our position limits on the put
3  side.
4        On the put side, we certainly have some
5  positions on there, but it's essentially zero.  On the
6  call side, we are -- let me quote you, we have an
7  expiration period on Friday.  So I could tell you today
8  that we're 60 percent invested.  On Friday, that will
9  drop to about 40 percent.  So 40 percent is about the
10 right number in terms of our call positions.
11       We are -- we entered a few positions.  A couple
12 weeks ago, we had nothing going on past the middle of
13 October.  We have entered some positions in November and
14 a small amount in December expiration.
15       But we'll be down at the 40ish percent invested
16 range after expiration on Friday.
17       UNIDENTIFIED CALLER:  Okay, thank you.
18       MIKE:  All right, thank you very much.  Do
19 appreciate the question there.  And I will call last call
20 for any questions here live.
21       While we're waiting one of the things I like to
22 reiterate based off what Ed just said there, that's why
23 when you look at the VIX and you look at where Ed really
24 gets in his wheelhouse is when that VIX is over 20 for
25 extended periods of time to build up that position.

Page 35

1  Would that be a correct statement, Ed?
2        MR. WALZACK:  Yeah, as I mentioned, you know,
3  typically we can get a pretty good-sized position over
4  the course of three to four weeks.
5        As long as volatility stays in that
6  neighborhood, that flat curve that we need to put on
7  positions, and as I mentioned, we're at the margin now,
8  meaning on Friday, we had the faint green light and
9  elected to ignore it.
10       On Monday, we were back out.  Monday said, no,
11 don't do puts.  Today we're back in.  But again, it's the
12 faint green light.  We're right at the margin.
13       So we don't need to take marginal positions
14 now.  We've got plenty to do on the call side.
15       If the market were going to continue to decline
16 over the next day or two or three as I said, we might be
17 right there in a solid put entry position as early as the
18 next day or two.
19       And if that's the case, then we'd get to work
20 and it would take us probably three to four weeks to
21 build up a sizeable position.
22       And then we'd need another month -- four to six
23 weeks -- of elevated volatility to being to show some
24 gains from those positions that we entered.  That's kind
25 of how it might play out.

Page 36

1       MIKE:  Right, so initially when you start to
2  see volatility perking up and the fund may sit a little
3  flat, that's more because you're building up those
4  positions, and as that becomes more extended, that's
5  where you really see the benefit in that put side of the
6  strategy.
7        MR. WALZACK:  Correct.
8        MIKE:  And I know that's a question that does
9  come up often when the markets really start going
10 haywire.  Hey, the fund was flat.  It didn't do anything.
11 But the market is down, it's more because of that build-
12 up period, that few weeks it takes to really establish
13 the positions before you reap the benefits.
14       MR. WALZACK:  Sure, and I can elaborate on
15 that, Mike, because the way we -- I've said in the past,
16 when we talk about being long volatility, we're not using
17 volatility instruments.
18       So we don't -- the commonsense or the natural
19 way to think about it, wow, if the VIX is sitting at 11,
20 and volatility is historically low, why don't you just
21 grab some long volatility position, and when that spike
22 comes, then you'll make some money.
23       Two things, we don't trade that way.  The way
24 we trade is -- we would actually lose money on a
25 volatility spike if we entered when volatility was low

Page 37

1  because of how that volatility curve behaves in what we
2  do.
3         And we don't take volatility positions in
4  volatility instruments.  You could buy a long VIX ETN
5  when the VIX is 11.  And I can tell you that if the VIX
6  stays at 11 for a month, you're going to lose a bunch of
7  money.  So that's why we don't trade them.
8         So there's actually only -- there are very
9  limited ways to capitalize on volatility.  We like, the
10 one we have.  And that says that we'll go long volatility
11 when that curve flattens and we can do it with S&P
12 options, and we can do it in a way that if volatility
13 collapses, we break even instead of losing money or
14 volatility stays flat, we break even rather than losing
15 money by taking a position and then not having a market
16 do what we hope.
17        MIKE:  Right, right, perfect.  While we were
18 chatting there, Ed, we did have one more question pop in
19 the queue here, so let me open your line.  Area code 860-
20 863, your line is now open.
21        UNIDENTIFIED CALLER:  Hi, Ed.  Thanks for the
22 calls again.  Back in the fall of 2013, when we first
23 became familiar with your fund, we set up a call with you
24 in our office.  And at that time, I asked you about
25 commodities and whether or not you considered investing

Page 38

1  in commodities also.
2         And if I recall correctly, I believe you said,
3  well, you weren't as familiar at that time with
4  commodities, that they were more volatile.
5         And you gave the impression that it just was a
6  much riskier proposition than your understanding and your
7  knowledge of the S&P 500 futures and all that.
8         So I guess one of my questions is what changed
9  to make you decide to do the commodities fund?
10        MR. WALZACK:  Sure, well, I'd love to have the
11 court reporter play back that conversation for accuracy.
12 But it does sound like you've got it mostly right.
13        The commodities space was at the time something
14 that -- basically our argument was, look, we know the
15 S&Ps.  We've been trading the S&Ps for a long time.
16 There's really no reason to look to other markets.
17        We now offer a commodity fund because as we
18 grew the S&P fund -- we got an earlier question about
19 capacity, we've been very conscious about capacity in the
20 market.  So we began to look more aggressively for ways
21 to apply the successful options strategies we have to
22 other markets.
23        So we did a lot of homework, and that's been
24 enabled by bringing Kimberly on board back in 2014.  We
25 did a lot of research, a lot of back-testing into the

Page 39

1  other markets.
2         We tested liquidity in the commodities space.
3  We looked at volatility levels -- absolute volatility
4  levels, volatility skews.  We did a tremendous amount of
5  homework to identify markets that we felt could -- we
6  could take advantage of using some of our options
7  strategies.
8         So it was really driven by our original market,
9  by us anticipating that at some point, we are going to be
10 too big a player in the market.  We'll have too many
11 assets and looking for opportunities.
12        We actually looked European equities.  We've
13 looked at NASDAQ and other equity markets, options-wise.
14 And we actually discovered in the three markets we trade
15 now -- corn, gold, and oil -- we discovered sufficient
16 liquidity, first of all.
17        And we also discovered some very interesting
18 volatility conditions which I think Kimberly has talked
19 about.
20        In the three markets we trade, we've had some
21 great opportunities.  The commodity fund has done very
22 well this year by taking advantage of volatility that has
23 occurred sort of alternately in each of those three
24 markets.
25        So the bottom line is that the growth in the

Page 40

1  S&P fund led us to look for alternate markets from a --
2  really a pure liquidity and the ability to deploy assets.
3         And our research led us to identify what we
4  thought were good opportunities to apply our strategies.
5         By the way, although I've not been a very
6  active trader personally in the commodity markets, I
7  actually cut my teeth in grains and softs -- softs are
8  things like cocoa and sugar and orange juice and so on
9  back in the '90s as a commercial manager.
10        So my greatest level of familiarity is in corn,
11 but I have traded some of the other commodities, as well.
12 It actually led me to the commodity-based S&P futures
13 that we use now instead of S&P equities in the commodity
14 fund.
15        And not only that, I mean, Kimberly has spent
16 countless hours of research and back-testing and now does
17 a majority of the trading on the commodity side.
18        So we have we think done a good job of
19 developing that expertise and translating our strategies
20 to the commodity fund.  And the results so far look
21 pretty good from our end.
22        UNIDENTIFIED CALLER: I have one more question I
23 wanted to ask.  A couple of times you've mentioned that,
24 you know, you're always worried about capital
25 preservation, and you've mentioned like, an 8 percent

Page 41

1  loss -- if you hit an 8 percent loss at any point in
2  time, you know, I'm just interested in what exactly would
3  happen.
4        And whether or not that 8 percent also -- I'm
5  assuming it also applies to the commodities fund also?
6        MR. WALZACK: Yeah, what we generally do is we
7  model our exposure. We stress both portfolios looking
8  out at various price points and volatility changes up and
9  down in -- certainly in the S&Ps and then each of the
10 commodity markets that we trade in with the goal of
11 holding that loss to 8 percent.
12       And we do that by identifying where -- you
13 know, that's the one predictive thing we do it's on the
14 risk side. We continue to talk about how we react to
15 markets in terms of entering positions and adjusting
16 positions.
17       We do try to anticipate market moves in terms
18 of the risk presented to the portfolio. And what that
19 amounts to is we do have a hard stop at 8 percent. We
20 would flatten the portfolio roughly at 8 percent.
21       We chose 8 percent by the way expecting that
22 there may be some slippage in the event that we ever
23 actually had to liquidate the portfolio or even
24 neutralize its exposure to whatever was causing the risk,
25 there might be some slippage in doing that.

Page 42

1        So you might get 8.5 or 9 percent or
2  thereabouts, but 8 percent is the number to try and least
3  keep it to single digits.
4        The number by the way is reflective of what we
5  feel like we can earn in a year, so that risk metric was
6  originally developed long ago to say, look, we never want
7  to have somebody underwater in this fund for longer than
8  a year.
9        And so if we can very comfortably in any given
10 year even under not ideal conditions earn an 8 percent
11 return, then we better not have a drawdown of greater
12 than 8 percent.
13       So it started out in somewhat of an arbitrary
14 way. But with both real-time experience and back-
15 testing, that 8 percent number is a pretty good number.
16 In other words, it doesn't inhibit our -- by controlling
17 to that number, it does not inhibit our potential for
18 returns.
19       And yet at the same time, it does meet our goal
20 to limit drawdowns in terms of severity and also in terms
21 of duration.
22       But the bottom line is as we look ahead and
23 stress the portfolio and we identify a condition that is
24 out of bounds, we will hedge that right now.
25       And so as a result -- so you say, what happens

Page 43

1  if the market moves 10 percent -- whatever market it is -
2  - and if that gives us an uncomfortably large loss, we'll
3  go in and hedge that thing.
4        Now that 10 percent move might never occur, but
5  if we get even 3 percent in that direction, then
6  automatically we have that additional cushioning.
7        And in that circumstance, then we'd look again
8  at the model and we'd say, oops, we still have a problem.
9  We'll hedge some more.
10       So it's a very gradual type of hedging
11 scenario. We've never really had to liquidate the
12 portfolio or to neutralize it because our ongoing hedging
13 techniques -- we use hedging instruments. That's what we
14 trade in. That's what options are really built for.
15       So our hedging techniques allow us to cushion
16 price movement and we're never in a situation where we
17 have sort of a hard stop loss, and we're sitting just
18 waiting for that9 percent to get trigged and then we get
19 out because we're constantly hedging.
20       That's the first thing we do every day is to
21 identify risks and tune up our hedges if they're not
22 sufficient.
23       And that allows us to avoid that hard stop and
24 still maintain our drawdown discipline.
25       UNIDENTIFIED CALLER: Okay, and that applies to

Page 44

1  both the commodities and the hedged futures?
2        MR. WALZACK: Yeah, that's correct.
3        UNIDENTIFIED CALLER: It's the same strategy.
4        MR. WALZACK: I will tell you the commodity
5  fund presents an additional challenge from the
6  standpoint, it's not a single market.
7        In other words, we can accumulate all of our
8  positions regardless of expiration month, strike place,
9  et cetera in the S&P fund and model it.
10       We have to model, obviously, gold separately
11 from oil, separately from corn, so we have some -- a
12 little bit more complex metrics in place than a simple 8
13 percent if this happens or that happens. It's actually a
14 little bit more complex to do the modeling.
15       But the goals are the same, and at this point,
16 and we have reason not reason to believe that they won't
17 be as successful.
18       UNIDENTIFIED CALLER: Okay, thank you very
19 much.
20       MIKE: Great, appreciate that question. And I
21 know we're approaching the hour here. Ed, I do have one
22 question, sneak in here. So I'll open up for that
23 question here. Area code 512-258, your line is now
24 opened.
25       UNIDENTIFIED CALLER: Yes, good afternoon.

Page 45

1  Thank you for the call and the wonderful job you're doing
2  running the funds.
3          Could you just reiterate one more time the
4  ratio of the VXV to the VIX that you need to be in your
5  sweet spot?  And the duration that the two instruments
6  stay in that ratio?  And thank you very much for --
7  again.
8          MR. WALZACK:  Sure, sure, you're welcome.
9  Appreciate the question, as well.
10         So that's not our hard and fast number that we
11 look at.  We look at the whole curve, but that's a nice
12 shorthand, and it's an easy way for us to take a look at
13 what that curve is looking like.
14         So remember the VIX is a 30-day number, the VXV
15 is the 90-day number.
16         Typically, the VIX is at a discount as much at
17 20 to 25 percent to the VXV, in terms of what volatility
18 is priced into options.
19         We start to take a peek at our volatility
20 strategy when that discount gets less than 10 percent.
21 So if the VIX is at 15 and the -- see if I can do this --
22 it's always dangerous to do math in your head on the
23 telephone, but let's see if I can accomplish that.
24         Here's a good way to do it.  If the VIX is at
25 13.5 and the VXV is at 15, then the VIX is at a 10

Page 46

1  percent discount.  And so that's right at the borderline.
2          Today, before the call, as I said, I looked and
3  it looked like, about a 7 percent discount or so.  So now
4  what that will do is cause us to go look at the entire
5  curve and identify whether we're in the neighborhood
6  where we'd like to place our positions.
7          Whether it's flat enough there, for example, to
8  put on put positions.  In other words, we're generally
9  not dealing -- in fact, we're never entering 30-day
10 expiration options position.  There's too much other bad
11 things going on with short-dated options.
12         So the VIX VXV is a shorthand, but since we're
13 not actually trading those 30-day options, that just
14 gives us a clue that we better go look carefully with our
15 models at the curve and see if it's flat enough somewhere
16 where we'd actually trade, which would be more likely 60-
17 to 75-day options and maybe 120- to 150-day options along
18 that curve.
19         But that's what would trigger us initially, and
20 that's what I'm recommending as kind of a shorthand for
21 someone that really wants to watch it at home.
22         Look at the VIX and VXV, and when that discount
23 is less than 10 percent, then you're starting to get a
24 flat curve likely somewhere along the way.
25         The other real shorthand way that almost never

Page 47

1  happens with the VIX below 20 is happening today.  I
2  think as I said the VIX is about 19.  The discount is
3  about 7 percent.  So you can kind of see how that works.
4  It's getting into range.
5          We would love --there are times when the VIX-
6  VXV ratio goes the other way.  In other words, the VIX is
7  at a premium.  The VIX might be at 35 and the VXV is at
8  30.  That's what occurred to an even greater degree
9  during most of 2008, and that's a beautiful thing.
10         Because the curve is now inverted in what's
11 called backwardation.  That's the perfect scenario for
12 our strategy.
13         So you can kind of see how this works.  When we
14 start to get close to flat, the discount is small.  Then
15 we start to get interested, we'd love to actually have
16 the shorter dated option be at a premium.
17         And that's the kind of thing we look at more
18 carefully than just the VIX-VXV.  But that's a good
19 number.  You can easily see on quote machines.
20         UNIDENTIFIED CALLER:  Okay, maybe just one
21 follow-on to that, and then speak to the -- the duration
22 of time that's necessary while it's in that ratio or in
23 that sweet spot for the --
24         MR. WALZACK:  Oh, sure.
25         UNIDENTIFIED CALLER:  -- the fund to thrive, I

Page 48

1  guess.
2          MR. WALZACK:  Sure.  So the duration -- and
3  this applies to anything we're doing -- our options,
4  well, actually we're a little shorter in duration on the
5  put side than on the call side because typically, we're
6  doing put side in terms of a higher volatility
7  environment.
8          When volatility is high, volatility actually
9  acts on options like a time machine.  When volatility is
10 high, options closer to expiration are much more
11 expensive than they would be normally, so to speak.
12         So in a normal environment, when we're doing
13 call options, we're going fairly far out.  We're entering
14 trades 90- to 120-days out.
15         And that's sort of the cycle for our trades --
16 90 to 120 days expiration, and we hope that the market
17 moves in a certain place.
18         On the put side, it's likely to be more like 60
19 to 90s days options to expiration, and that's kind of our
20 sweet spot in terms of realizing profits -- is
21 essentially our trading cycle.
22         And so again, on the put side it may be 60 to
23 90 days -- and maybe 30 days longer on the call side.
24         But once again, once we -- that's sort of the
25 minimum.  If we have the good fortune to stay in an

Page 49

 1  elevated volatility environment, what happens is we put
 2  on trades in that 60- to 90-day timeframe.
 3         And then as we continue to put on trades, those
 4  earlier trades come to expiration where we can make our
 5  most money.  But at same time, we're putting on others.
 6         And so pretty soon, it's just like our call
 7  situation.  There was a time a month and a half ago we
 8  had positions on six or seven different expiration
 9  periods extending across as long as four or five months.
10         The same thing can happen if we get elevated
11  volatility for long periods of time.  We'll continue to
12  roll.  We'll put on some, for example, in an October
13  expiration -- October, December expirations, then we'll
14  do November, January.  Then we'll do January, March.
15         And as long as that volatility continues, we
16  can build the portfolio.  We can harvest profits from
17  once we put on two months ago.  We can put on new
18  positions today and so forth.
19         So the minimum would be one trading cycle,
20  which is likely to be 60 to 90 days.  But we'd love it to
21  go on forever to be honest with you.
22         UNIDENTIFIED CALLER:  Right.  Okay, well, best
23  of success.  Thanks again.
24         MR. WALZACK:  Thank you.
25         MIKE:  All right, thanks very much for that

Page 50

 1  question.  And we're now at the top of the hour 2:00.  I
 2  don't have any more questions in the queue.  But if you
 3  do have a question that comes up here over the course of
 4  the next two weeks, you could always contact us here in
 5  the internal sales desk.  It's 646-8287-2761.  Or you
 6  could email us at info@catalystmf.com.  And we'll get
 7  those questions over to Ed and Kimberly and be more than
 8  happy to respond to them and answer those questions.
 9         Just as quick note, next call will be two weeks
10  from today on September 27th, and we're aiming the
11  October calls for October 11th and October 25th.  And I'm
12  sure your internal or external wholesalers will keep you
13  apprised on those once we finalize up those October
14  calls.
15         Once again, folks, I do appreciate you taking
16  the time out to listen to Ed and Kimberly here.  And, Ed
17  and Kimberly, thank you, as well, for taking the time
18  out.  I know it has been pretty busy the past couple
19  days, so I'll let you get back to your thing.
20         And again, folks, thanks very much, and we'll
21  talk to you in a couple weeks.  Enjoy the rest of your
22  day.  Thank you.
23         (End of audio.)
24              * * * * *
25

Page 51

 1              TRANSCRIBER'S CERTIFICATE
 2
 3  I, Mike McCormick, hereby certify that the foregoing
 4  transcript is a complete, true and accurate transcription
 5  of all matters contained on the recorded proceedings in
 6  the matter of:
 7  CATALYST HEDGED FUTURES STRATEGY FUND.
 8
 9
10  _____
11  Transcriber