Page 1

 1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3  In the Matter of:           )
 4                              )
 5  CATALYST HEDGED FUTURES STRATEGY ) File No. C-08400-A
 6  FUND                        )
 7
 8  SUBJECT:  Audio Recording of the bi-weekly Catalyst Funds
 9           open house conference call 10/25/16
10  PAGES:    1 through 46
11
12
13
14
15
16           AUDIO TRANSCRIPTION
17
18
19
20
21
22
23
24        Diversified Reporting Services, Inc.
25           (202) 467-9200

Page 2

 1           P R O C E E D I N G S
 2        MR. MINNICK:  Welcome, everyone, and thank you
 3  for attending our bi-weekly Catalyst Funds portfolio
 4  manager's open house conference call.
 5        Before we begin, I would like to remind
 6  everyone today's call may include forward looking
 7  statements.  These statements represent the firm's belief
 8  regarding future events that, by their nature, are
 9  uncertain and outside of the firm's control. The firm's
10  actual results and financial condition may differ,
11  sometimes materially, from what is indicated in those
12  forward-looking statements.
13        Please take a moment to review the fund's fact
14  sheet and perspectives.  These documents include some
15  important risk considerations that investors should
16  carefully consider, such as investment objectives, risks,
17  charges, and expenses that can all be reviewed prior to
18  investing in any of the catalyst funds.  This and other
19  information about the funds can be obtained by contacting
20  our internal sales desk at 646-827-2761, on our website,
21  catalystmutualfunds.com, or by reaching out to your
22  regional representative.
23        Today, we have Ed Walczak and Kimberly Rios on
24  the line who are the manager and co-manager of the
25  Catalyst Hedge Futures, ticker symbol HFXAX and Catalyst

Page 3

 1  Hedge Commodities, ticker symbol H -- CFHAX funds.
 2        Ed Walczak is a senior portfolio manager at
 3  Catalyst Funds and is responsible for the day-to-day
 4  management of the Hedge Futures and Hedge Commodities
 5  Funds.  Additionally, Ed had been the portfolio manager
 6  of the Hedge Futures Predecessor Fund, Harbor Assets,
 7  since its inception in 2005 until its conversion to a '40
 8  Act mutual fund in September of 2013. Mr. Walczak has a
 9  bachelor's degree in physics and economics from
10  Middlebury College and a master's in business
11  administration from Harvard University's graduate school
12  of business.
13        Kimberly Rios is a portfolio manager on the
14  funds and received her bachelor's degree in finance and
15  economics from the University of Arizona in 1994 and
16  received her CFA designation in 2001.  Additionally,
17  Kimberly has received her chartered market technician's
18  designation in 2014 through the market technician's
19  association.
20        As a reminder, all lines will be on mute during
21  the overview of the call.  If you have any questions,
22  please hit star and then five at any time to place
23  yourself into the queue.  When we get to the Q and A
24  portion of the call, I will announce you by your area
25  code and prefix of your phone number, and you will hear

Page 4

 1  your line being unmuted.
 2        With that said, folks, I will now hand the call
 3  over to Ed and Kimberly.
 4        MR. WALCZAK:  Thanks, Ed.  Good morning, good
 5  afternoon, everyone, and thanks again for your
 6  participation on the call, your interest, and support of
 7  the funds.  Let me start off with an update of the SMP
 8  fund, and it's a little bit -- it -- it will probably be
 9  a little bit repetitive for those of you that have been
10  on the last two or three or four calls.
11        We've been in some pretty flat, low volatility
12  market conditions over that period of time.  One of the
13  themes I've talked about in the last couple updates was
14  that of trying to harvest some of our unrealized gains as
15  we move through the different expiration cycles in the
16  portfolio and how the principle risk to the fund's NAV
17  was a sudden decline in the market before we were able to
18  take those -- those gains off the table.
19        So, the good news is we're -- we're completing,
20  or we completed in October as of last Friday the last
21  expiration period in which we had substantial,
22  concentrated, unrealized gains and we were able to take
23  most of those off at pretty favorable prices.  So, I've
24  talked to you in the past couple of calls about some
25  numbers and again, these are all approximate numbers,

Page 5

1  and -- and relistened to Ed's risk or disclosure
2  statement or caveats about forward looking statements,
3  but I will tell you we're -- we're talking now more in
4  the neighborhood of three cents NAV is probably a -- a
5  good number.
6       So, we've -- we've removed that -- that risk of
7  unrealized gains evaporating.  We're now in a more normal
8  scenario and -- and more importantly, one of the -- the
9  large risks of the previous concentration of unrealized
10 gains was that -- that those gains were concentrated in
11 nearby expiration months, which means you've got options
12 with one or two or three or four weeks to go and long
13 option premium, and in that scenario, a market decline
14 wipes out those options and -- and there's not much time
15 left for them to recover, even if the market recovers.
16      So -- so, the good news to all of that is all
17 of that situation has passed us now, and we do have a --
18 two or three cents unrealized gain in the fund now, but
19 that's a normal condition, and it's actually spread
20 across positions in November which have a month to go,
21 and on into December, end of December, we have positions
22 on in January, February.  We just started to put February
23 on and just started trading this week.  End of January.
24      So, we've got some gains in some very small
25 gains across all of those positions, and the good news is

Page 6

1  even in the event of a sudden market decline, if -- if
2  everything vanished, it would be a couple of pennies, and
3  it's not likely that everything will vanish because we're
4  spread out as we are more normally positioned.  We --
5  we're back to a -- a normal positioning in that regard in
6  that we're spread with -- with very small gains in many
7  different expiration months, and now dependent on what
8  the market does, whether those small gains turn into
9  larger ones or whether we try to scalp a little bit more
10 as -- as time passes.
11      With that, I wanted to give you a little more
12 sense, too, where -- where -- in terms of how fully
13 invested we are and -- and what we're doing in these
14 current market conditions.  I mentioned in the last call,
15 I think I used the term that someone had a follow-on
16 question about about being in no man's land, and
17 unfortunately, we're still there, and what that means is
18 we basically have no put positions on below the market.
19 Those are our volatility positions.
20      We try to take advantage of volatility
21 expansion, but we only do that when the -- the term
22 structure of volatility flattens, and as you recall, if
23 you are not someone that looks at or has the modeling or
24 analytics to look at the term structure of volatility,
25 that's the level of volatility built into options with

Page 7

1  different expirations.  It's different at 30, 60, 90, et
2  cetera, but the shorthand.  There's -- there's two short
3  hands.
4       If you do -- if you look at the VIX, that's
5  pretty easy to see on -- in the financial press or on a
6  quote system, and you look at something called the VXV
7  which is a 90-day number, if you compare those two when
8  they start to get, say, within five percent of one
9  another, then -- then you can rest assured that the curve
10 is likely flattening.  If you even don't want to go that
11 deep, just look at the VIX.
12      It's got to approach 20 before you -- you get
13 a -- a real flattening in that curve.  I mean, usually,
14 maybe 18 does it.  Maybe 19 does it, but that's the --
15 the type of scenario where I could just look at the VIX
16 and it starts to get up to those levels.  That's still
17 not necessarily high, but -- but it -- it's probably at a
18 point where the curve is flat enough for us to start to
19 put on put strategies.  So, the -- the bottom line to all
20 that explanation is none of that stuff has happened to
21 any degree over the last, really, six months, so as a
22 result, we have basically no put positions below the
23 market.
24      At the same time, if -- if you both either
25 recall or simply look at a chart, the last month or two

Page 8

1  in the SMP has been kind of this -- this kind of flat,
2  choppy, slightly downward movement, and what that's done
3  unfortunately for us is it's -- it's -- the market has
4  started to drift away from some of the places we put our
5  profit ranges, so -- so, we're not in that sweet spot
6  that we were in last quarter and led to some nice
7  returns.
8       We're back into what I would call more of a
9  scalping mode, meaning we put on positions, the market
10 really doesn't go anywhere, some of the short sides of
11 our positions decay a little faster than the long sides,
12 so we're able to take them off at a small profit, but
13 nowhere near the potential that we would have if the
14 market were -- were in some sort of uptrend.  The other
15 issue for us in our strategy.  So -- so, right now,
16 volatility conditions say calls, not puts, but at the
17 same time, the market action is not conducive to being
18 very aggressive on the call side, either, and let me
19 explain a little bit about what that means.
20      Those of you have -- who have listened to
21 descriptions as a strategy will recall that we -- one of
22 the edges we feel like we bring to the table with our
23 strategy is that we don't take downside risk.  We -- we
24 take upside risk, while at the same time looking for
25 upside opportunity and that means we put on call spreads

Page 9

1 that have a profit range. You've -- you've certainly
2 heard me talk about profit ranges, and our risk is not to
3 the downside because if the market tanks, then everything
4 expires and we break even, but if the market goes too
5 high too far, then that's where our risk lies and that's
6 how we've chosen it.
7          So, how do we manage that? I -- I've talked
8 about how volatility points us in either calls or puts.
9 Further analysis of volatility tells us, "Hey, should we
10 be doing January options? February options? December
11 options?" So, once we are -- are driven by our
12 volatility analytics to a -- a particular expiration
13 month and as I mentioned, right now, February just
14 started trading, we -- we would have traded February over
15 the past couple of weeks based on volatility, but it's
16 one of those real world constraints. February's series
17 options began trading on Monday, and there's not much we
18 can do about that.
19          So, we started trading options, February
20 options. However, the next calculation we have to do is,
21 as I mentioned, we -- we put on these spreads at
22 different strikes, some long, some short, and it creates
23 a profit range, and recognizing that our risk is to the
24 upside, we are very careful to be conservative and not to
25 place these spreads too close to the market.

Page 10

1          Well, what's too close? We're not in the
2 business of predicting direction, but we do use some
3 technical analysis and some fundamental analysis to take
4 a real broad swipe at where the market might be out in
5 February so that we can put a profit range in a place
6 that gives us some opportunity, but more importantly, not
7 so concerned about opportunity. We're really concerned
8 first and foremost about risk. Our risk is to the
9 upside. That translates into taking a swipe at where the
10 market's going to be and ensuring that we don't place
11 option spreads in a place where it would be easy to get
12 run over, so to speak, by the market to the upside.
13          So unfortunately, when we put all this
14 together, we said, "Let's trade February options based on
15 volatility. Where do we want to be with February
16 strikes?" And when we look at the combination of those
17 two things, we're not finding tremendous opportunity
18 and -- and what that means is the place that we would
19 have to put positions on in terms of market levels,
20 market strike prices for these options in order to meet
21 the other criteria as a part of our strategy, how far
22 apart longs and shorts are, what sort of -- you know, we
23 want to go in and -- and do these at least at even money
24 so that we're not exposed to time decay, all these other
25 constraints that we use, when it all comes together,

Page 11

1 we're not seeing -- we're not seeing highly favorable
2 trades.
3          So, what does that mean? We -- we're not in
4 the business of -- of doing either one of two things.
5 We're not in the business of taking trades that don't fit
6 at all, so we don't do that. We're also not in the
7 business of sitting on our hands entirely unless we
8 really, really, really don't see anything at all, and
9 where that leaves us is kind of at idle speed, and -- and
10 that means as we are putting on February trades.
11          However, because these trades are at the higher
12 risk end of our spectrum, meaning they're a little closer
13 to the market than is optimal but still within our
14 parameters, so our answer to doing that is we're just not
15 putting on -- them on aggressively and -- and what the --
16 so, then what that means is we will be trading less on a
17 given day, putting on less positions. We're -- we're far
18 away from our position limits, and we're waiting for
19 better opportunities to become more aggressive.
20          So, we're not sitting on our hands. At the
21 same time, we're sitting here in a position -- October
22 rolled off on Friday and that left us roughly 25 to 26
23 percent invested. Once again, recall that we don't
24 invest our entire capital. We have position limits,
25 number of positions per unit of capital, and on that

Page 12

1 basis, we're at about 26 percent. So -- so, fairly low.
2          We like to be above 50. We like to be really
3 in the -- the 70 to 80 percent neighborhood where we have
4 a little power to drive, but not much. We would be there
5 if the conditions were right. They're simply not. So,
6 we're putting on higher risk positions in smaller
7 quantities.
8          Should the market conditions change as --
9 change, we'll wrap up -- ramp up our -- the level of
10 trading, the level of positions we put on, and -- and
11 increase that sizing, but for now, we do have positions
12 on in November expiration, December, end of year
13 expiration, mid-January, end of January, and we just
14 started to put on mid-February, but the numbers of
15 positions on are relatively small because we're not
16 seeing that combination of expiration period based on
17 volatility and price based on technical and fundamental
18 risk considerations to put them on.
19          So, that's kind of where we are. Bottom line
20 is we've taken unrealized gains largely off the table.
21 That's good news. We do have positions on. We do have
22 opportunity -- somewhat muted opportunity, but we do have
23 opportunity until year end. We're putting on positions
24 conservatively because the market is in a no-man's land
25 from a -- from a price and volatility standpoint, and

Page 13

1  that leaves us in kind of a 25 percent, 26 percent
2  invested position looking for more, but not -- not going
3  to force undo risk into the portfolio.
4        Let me -- let me stop there and turn it over to
5  Kimberly to talk a little bit about The -- The Commodity
6  Fund.
7        MS. RIOS:  Thank you very much, Ed.  Our
8  current year to date numbers for the Hedge Futures is
9  11.32 percent and Hedge Commodity is 12.08 percent.
10 Hedge Commodity is at $77 million, and we've been asked
11 to give a little bit more insight into the funds on each
12 call, so we're going to try to do that with each call
13 going forward.  Ed's going to do a little bit more today,
14 and I'll start with some items on The Commodity Fund.
15       So, the commodities that we trade, they have
16 option expirations that typically fall within the last
17 two weeks of each month.  So, last week, the November
18 corner options expire and tomorrow, November Gold options
19 will expire.  As option ones drop off, new months become
20 available to trade.  For example, two weeks ago, our
21 furthest month out was February.  However, we are now
22 trading commodities in March.
23       Last week, we booked some smaller profits in
24 corn, while some of the positions just expired.  Corn
25 volatility is in its lower winter segment and we are

Page 14

1  building positions into the early spring months when
2  higher volatility is typical.  Our current corn position
3  is only about five percent of the commodity section of
4  the portfolio.  However, we will be increasing our
5  allocation as we see more opportunistic trades.  The
6  current positions would prefer corn volatility to
7  increase, and the price risk is present below $3.05 and
8  above $3.65.
9        Oil is approximately 40 percent of the
10 commodities section at this time.  The next expiration is
11 in mid-November, and we would prefer if volatility
12 decreased and prices rose.  We find this to be oil's
13 typical relationship.  Price drops, volatility rises, and
14 in slow rising of flat markets, volatility declines.
15 Over the next two weeks, we would prefer if oil climbed
16 gently but did not surpass $15 to $7 in price.  The
17 downside risk is below 46.
18       With this lower volatility, we were able to
19 take off some risk below the market, as some of the
20 options that we had were relatively cheap, and we were
21 able to buy them back at a very inexpensive rate.  As for
22 gold, gold is the largest commodity allocation right now
23 at approximately 55 percent.  The November gold expires
24 tomorrow.  Currently, the price is about $12.73 and we
25 would prefer to stay above $12.50 into tomorrow's close.

Page 15

1  So, about 24 hours from now.
2        Over the next month, the fund would prefer a
3  higher volatility and somewhat flat prices.  Volatility
4  does tend to rise in the latter -- later months of the
5  year, and we are coming upon an election and a fed
6  meeting.  Right now, we have a risk above $13.10 and
7  $12.50 for options that expire above a third to fourth
8  week of November.  Right now, gold has the heaviest
9  weighting, and we anticipate the weighting to look much
10 different after the gold option expiration on November
11 22nd.
12       As of today, we've recovered the NAV loss that
13 was attributed to the gold decline the first week of
14 October.  Gold declined -- gold declined sharply in
15 price, then levelled off.  The price move was not matched
16 by a higher volatility move.  Price for the flat and
17 options of prices came together.  So, this is a good
18 example of how price does not have to fully recover to
19 get redone in the fund's NAV.  In this case, we just
20 needed time to pass.
21       And with that, Ed, would you like to add
22 anything?
23       MR. WALCZAK:  Yeah.  Just -- just kind of a
24 general 40,000-foot overview comparison of the two funds.
25 I think we've talked about this a little bit before, but

Page 16

1  I want to reemphasize.  We're really not price driven.
2  Prices certainly, certainly do affect what we do, but
3  volatility is the primary trigger for everything we do in
4  both funds.
5        The real difference is you hear me talk a lot
6  about price ranges and the SMP above the market.  It's
7  because in the SMP, and -- and in equity markets, there's
8  this really strong relationship between volatility and
9  price movement directionally.  Price goes up, volatility
10 comes out of options.  Price goes down, volatility comes
11 in.  So, we've -- we've oriented -- we've locked in,
12 really, the SMP fund to take advantage of that unique
13 equity market relationship.
14       So, one of the reasons that we talk about price
15 above the market is because we're using low volatility or
16 short volatility structures above the market that
17 actually make money more based on price movement rather
18 than -- than movement and volatility because above the
19 market and equities, you don't get much.  When equity
20 markets are going up, volatility is low and goes lower,
21 but it's -- you know, the VIX goes from -- from 14 to 13.
22       So, that's not a big move.  You're not going to
23 make money on volatility, but these structures will make
24 money as -- as price grinds higher, but the primary
25 reason we use them is because of that volatility

Page 17

1 relationship to price and equities.  Similarly, below the
2 market in the SMP fund, we all know that the VIX goes
3 through the roof when -- when the market comes down.  We
4 try to take advantage of that with -- with volatility
5 structures.  We don't care about price.  So, it's -- it's
6 kind of cut and dry and locked in.  In the three
7 commodity markets we -- we trade, there's -- there's not
8 that locked in relationship.
9         Kimberly mentioned in oil, what we've observed
10 over the last year, for example, is when -- when oil was
11 historically -- hitting historical lows, this really --
12 people were kind of panicking.  This was -- this was,
13 like, a major deal.  Oil was going to 10 bucks a barrel.
14 "Companies are going to go out of business, the global
15 economy is crashing, et cetera."  Lots of panic.
16         Lots of volatility got built into options, and
17 we've seen that relationship with oil that -- that says,
18 "Hey, when oil's down, volatility goes up.  When oil goes
19 up, volatility goes down," but it's not always the case.
20 It's more normally the case in all the commodities that
21 when -- when price move is violent, then that volatility
22 gets into options, and when it's not, the volatility
23 comes out.  It doesn't often matter what direction the
24 commodities are going.  It really matters what volatility
25 we observe.

Page 18

1         So, these -- these relationships are kind of
2 short term.  So, what happens in the commodity fund is we
3 don't -- we aren't locked into low volatility above the
4 market, high volatility below the market in any of those
5 markets.  We simply look at absolute volatility and --
6 and Kimberly's done a huge amount of research on
7 historical volatility levels and some of these price
8 relationships, even though they were short-term, and
9 that's what we use.
10         So, once we put these things on, we're putting
11 on -- when we look around and we say, "Wow, gold
12 volatility is historically low," then we're using our low
13 volatility structures in hopes that we get a volatility
14 spike, and if we get a volatility spike, we'll make
15 money.  Meantime, if we do get some price movement, we
16 might make some money, we might lose some money.  We have
17 to manage that risk, but primarily, we're looking for
18 volatility.
19         So, I think it's instructive when -- when
20 Kimberly mentioned that oil declined.  This was -- this
21 was an oops moment because oil declined rapidly.  There
22 was severe price volatility.  We had low volatility
23 positions on, meaning we were positioned to take
24 advantage of an increase in volatility.  What happened
25 was you got price volatility and no options volatility.

Page 19

1 That's not very common, but it happens.
2         Markets do what they want, and so, how -- how
3 the fund -- so, the fund got hurt because we didn't make
4 any money on the volatility that we were positioned for.
5 Price pressured some of the price exposure.  In our
6 positions, we lost money, and so the -- the neat thing
7 about options and what we do is that we just look for
8 these things to come together.
9         So, now we're in a situation where we had price
10 volatility and no options volatility.  We want one or two
11 things to happen. We either want price to come down or
12 options to catch up with price volatility, and that's
13 what happened as Kimberly described.  What happened is
14 big move in price, no moves in volatility, fund gets hurt
15 a little bit.  What happens is they come back together,
16 price goes flat, goes dead for a couple of weeks.  That
17 matches up with what priced into options.  Everything
18 comes back to normal, and we recover the drawdowns.
19         So, that -- that's a -- you know, a little bit
20 of a long, rambling explanation, but -- but it's a -- a
21 little more depth and a little more color on -- on how we
22 used volatility and how we're really not as price-
23 dependent as we are volatility dependent in both funds.
24 Just there isn't that lock -- lock step relationship in
25 commodities as there is in equities.  Different market,

Page 20

1 different opportunities, different -- different risks,
2 but same strategies.
3         And that's -- that's all I've got, if you want
4 to open it up for questions.
5         MR. WALCZAK:  All right.  Excellent.  Thank you
6 so much, Ed and Kimberly, for that.
7         So, a reminder, folks.  To ask a question,
8 please press star, then five, and it will raise your
9 hand, and I will unmute your line.  It doesn't look like
10 we have anything in the hopper just yet, so we'll give it
11 a moment.  Once again, star five, folks.  Okay, and the
12 first question that we have popping up, area code 630-
13 748.  It looks like that hand went down.
14         MALE SPEAKER:  Yeah, I'm here.  Can you hear
15 me?
16         MR. WALCZAK:  Yes.  Yes.  You're on.
17         MALE SPEAKER:  Okay.  Hey, Ed.  I had a quick
18 question for you.  In the -- in the SMP fund, if your
19 positions are relatively short and they're being opened
20 and closed, you know, let's say over a 4 or 6 month
21 period, how has the -- how has the mutual fund gone up 25
22 percent since inception with capital gain distributions
23 only being 2 and a half percent of the NAV?
24         MR. WALCZAK:  Yeah.  So, the -- the phenomenon
25 there, and I'm going to use the -- the absolutely -- I

Page 21

1  mean, it's a -- it's a caveat, but it's absolutely true.
2  I'm not a tax guy, I'm not an accountant, I'm not a
3  distribution guy. However, I will tell you that, like
4  all '40 Act funds, to avoid serious double taxation hits,
5  the fund distributes all of its net gains any given
6  fiscal year.
7        However, those -- in -- in the case of the SMP
8  fund, there has been extremely rapid growth. So, that --
9  when you see at the end of the year, we may have made X
10 dollars, but that X dollars is now distributed to a much,
11 much, much larger dollar base of shareholders, and so it
12 essentially dilutes the percentage value of the
13 distribution relative to the -- the actual percentage
14 gains that were realized if you got in when the fund was
15 small, so to speak.
16       And so again, that's -- that's the qualitative
17 explanation. You've got to talk to your local CPA to
18 figure out the -- the exact details, but it's -- if the
19 dollar is being distributed, there -- but by the time
20 that a year has passed, the fund has gotten so much
21 larger than on a percentage basis. Those dollars are a
22 much smaller percentage than the actual increase in value
23 of the -- of the fund.
24       MALE SPEAKER: Could you please tell me what
25 the assets under management were when the fund started?

Page 22

1        MR. WALCZAK: Started as a mutual fund, or --
2        MALE SPEAKER: Yeah --
3        MR. WALCZAK: -- or starting for --? Yeah, as
4  a mutual fund, that we started around $7 million.
5        MALE SPEAKER: And one year ago, approximation?
6        MR. WALCZAK: I don't know that off the top of
7  my head.
8        MS. RIOS: I can get that for you in just a
9  second.
10       MALE SPEAKER: Okay. Well, that answered --
11       MS. RIOS: We had $2 billion in the --
12       MALE SPEAKER: -- the question. I --
13       MS. RIOS: -- in October.
14       MR. WALCZAK: So, the fund has --
15       MALE SPEAKER: Mm-hm --
16       MR. WALCZAK: -- about doubled in size in the
17 last year.
18       MALE SPEAKER: Okay. Thank you very much.
19       MR. WALCZAK: You're welcome. The important --
20 I'll give one follow-on to that. The important thing to
21 know is there -- because one of the things that we -- we
22 have heard this question before, and there's been some
23 concern about some sort of deferred gain that, you know,
24 you get in now and all of the sudden, you get hit with a
25 big taxable distribution on gains that you didn't receive

Page 23

1  as a shareholder because you just got in.
2        There are no deferred gains. Again, in a '40
3  Act world, I do know enough about accounting and taxation
4  to tell you that it's a terrible thing not to distribute
5  your gains because there's some onerous tax rates on --
6  on '40 Act entities. So -- so, we certainly do, and I --
7  I'm pretty sure that all the '40 Act mutual funds
8  distribute every -- every dime of net gain they have to
9  avoid that tax penalty to -- to the entity, and hence,
10 the shareholders.
11       So, there -- there is not a deferred gain
12 sitting out there that if you buy the fund today, you're
13 going to get what somebody else has gained from seven
14 months ago. It's a scenario where, if the fund, for
15 example, were to -- were to level off and not change its
16 asset base, you should expect then, if the fund makes 10
17 percent in a year to get a -- a distribution somewhere
18 much closer to 10 percent than we've seen over the last
19 couple years.
20       MALE SPEAKER: Thank you.
21       MR. WALCZAK: Okay. Thank you for that. It
22 doesn't look like we have anything popping up here. Once
23 again, folks, star five to ask Ed or Kimberly a question.
24 All right (inaudible). All right. So, first one. 605-
25 271.

Page 24

1        CASEY: Hi there. This is Casey. I'm in Sioux
2  Falls, South Dakota. Just -- I'm just curious. So,
3  we've -- we've actually invested into your guys' fund
4  just starting this year, and obviously we've been happy
5  with how much of a run that it's went on. And the thing
6  that kind of baffles us is looking at the spread versus
7  your competitors. It's so wide that we're curious -- is
8  it just because that you have -- you're not playing the
9  downside on the market that you're getting such different
10 results? Or what do you guys attribute this wide of a
11 spread against your competitors to?
12       MR. WALCZAK: So I have to ask which sort of
13 class of funds or what kind of folks are you comparing us
14 to in terms of competitors?
15       CASEY: I'd say -- I mean, so like, we're LPL
16 people, so like even like -- one of their managed futures
17 strategy is like an AQR, which I know it's different than
18 a hedge future strategy like you guys are doing, but you
19 look at that and there's almost a 13 percent year to date
20 performance discrepancy. So I mean, I know that they're
21 different strategies, but that is just -- that's a huge
22 number when you're looking at something in the same
23 class. And just curious what you guys really attribute
24 to why you would be able to out-perform by that much.
25       MR. WALCZAK: Sure. Well, in general, we do

Page 25

1  consider ourselves to be somewhat of a unique strategy.
2  We're in the managed futures category primarily because
3  we have -- we're an options strategy.  We happen to use
4  the S&P futures contract as an underlying, and that lands
5  us in the managed futures category.  However, most -- my
6  understanding, at least, not staying completely up to
7  speed with a lot of the other guys out there, but many in
8  the managed futures space I believe are trend followers.
9  Used to be I could say with some confidence there were
10 trend followers in commodity markets.
11       Commodity markets have been difficult over the
12 last five years or so, and as a result, last time I
13 peeked under the hood on some of these guys is they --
14 they've sprinkled in some equity exposure because that
15 was something they could ride.  We've been in obviously a
16 long-term equity up-trend, so that was something they
17 could ride, so a lot of the managed futures guys kind of
18 sprinkled equities into what used to be a commodity type
19 of scenario.  But all that being said, I'll get back to
20 what we believe to be our edge overall, and that is we
21 use a risk-limited instrument.  Our edge lies in all
22 about how we manage risk.
23       We're not looking for a way to make money,
24 we're looking for a way to avoid losing money.  And we're
25 looking to earn return in a risk-limited fashion.  And

Page 26

1  again, we have some things that we're proud of in terms
2  of strategies we've developed over the years.  However, I
3  will tell you there's no genius going on here.  The
4  genius is starting with an instrument called an option
5  that has risk limitation built into it.  You pay 10 bucks
6  premium for your call option, you have most of the upside
7  in the world, and you have $10 of downside even if the
8  S&P is down 20 percent in the next month.
9        And I think that's an underappreciated quality
10 from all the folks out who are spending enormous resource
11 and analytical horsepower to try and decipher what's
12 going to happen next, up or down, in whatever market
13 they're in.  I think that's tremendously difficult, so we
14 don't do that.  We use instruments that allow us to
15 participate in, in some cases, directional moves with
16 very, very limited or zero risk in the other direction.
17 And I think if you can develop a strategy like we have to
18 put yourself in that place, then you see the results, and
19 that's what accounts for the alpha that we deliver.  And
20 I just think it's an under recognized phenomenon and it's
21 an under recognized -- analyzed space in terms of the
22 options markets and the particular kinds of strategies
23 that we use.  And in my mind at least, that's what
24 accounts for some of the outperformance you're seeing.
25       CASEY:  So just as a second part of my question

Page 27

1  then, so understanding -- your guys' strategy actually
2  changed then from not being -- like, from not actually
3  playing the downside?  Because 2008, your guys' fund
4  absolutely knocked the cover off the ball, but if it was
5  the same strategy that you're employing today, I don't
6  see how you guys would be able to rack up those types of
7  returns.  So have you guys changed the perspectives
8  investment objective or any big changes that, if this
9  2008 occurred again, that you guys would be able to catch
10 that?  Because it doesn't sound like it would be able to.
11       MR. WALCZAK:  Yeah, actually our strategy's
12 exactly the same, and I don't know if you've been on a
13 call where we talk about how we made money in '08.  We
14 did not make money on downside price movement.  The fund
15 strategy does not predict price movement in general,
16 although we do position ourselves to make money in
17 equities to the upside because that's what they do most
18 of the time, and that's where options volatility leads us
19 to make money.  So the downside, as I mentioned earlier
20 in the call, we all know that when equity markets
21 decline, volatility expands.  So we are able to take
22 advantage of the impact of expanded volatility and
23 options pricing to make money to the downside.  And
24 that's actually -- in those markets is the place where we
25 can hit a home run, because we can make money to the

Page 28

1  upside the same as anybody else, pretty much dollar-for-
2  dollar.
3        We limit our risk, but when markets go grind
4  higher, we like to keep up with the S&P. This year, we've
5  been fortunate that markets have behaved exactly how we
6  would like them for the most part, so we're
7  outperforming.  But to the downside, we take advantage of
8  volatility and volatility has an exponential impact on
9  option pricing, not a linear one, and that means you can
10 start having two and four and eight-fold moves and
11 options for one-fold moves in price.
12       So to the downside, we don't care about price.
13 We only play volatility, and if you recall in '08, we're
14 all -- we all get excited when the VIX goes to 20, well
15 the VIX was at 85.  Now not only is that a four-fold
16 move, remember that volatility acts exponentially, so now
17 you're talking about 16 and 32 and 64 and 256-time moves
18 when volatility starts getting that violent.  And so it's
19 almost inconceivable, I think, to a lot of people, people
20 who have forgotten if they were around in '08 or weren't
21 around in '08 of a VIX at 85.  I mean, that's
22 unbelievable.
23       But if the VIX is going to 85, what we do can
24 have a huge benefit.  We haven't seen a volatility
25 expansion -- we may not see a volatility expansion like

Page 29

 1  that in our lifetime, but even a normal -- last time we
 2  had a normal volatility expansion was in 2011.  And we do
 3  the same things that we have done in 2008 and in 2011.
 4  2011 was a good year for us.  2008 was a great year.
 5  Again, VIX at 80, can we make 50 percent when the VIX
 6  goes to 80?  There's no reason we can't.  Can we make 16
 7  or 17 percent when the VIX is in the 30s and 40s for
 8  three of four months like 2011?  Yeah we can still do
 9  that.  We do the same things.
10          MR. MINNICK:  All right, thank you for that.
11  Looks like the next question that we have coming up is
12  from a 248385.
13          PARTICIPANT:  Hi, my question is regarding the
14  distribution of the capital gains.  Is there a certain
15  date that you have pegged when you're going to actually
16  distribute the (inaudible) capital gains?
17          MR. WALCZAK:  I think there is and I think I
18  don't know it.  I don't know if, Ed, if you have any
19  insight to that, but again, that's not the part of the
20  world that I look at carefully.
21          MS. RIOS:  I will chime in and just say the
22  past two years have been around December 18th.
23          PARTICIPANT:  Okay.  Thank you.
24          MR. MINNICK:  And we don't have a firm date yet
25  on the internal (inaudible) side.  Probably when we get

Page 30

 1  our closer numbers mid-November, we should have the firm
 2  date that you're going to see those.
 3          PARTICIPANT:  Okay, thank you.
 4          MR. MINNICK:  Okay, and next question we have
 5  coming up, 479553.
 6          PARTICIPANT:  Hi, Ed.  It's my understanding
 7  that as a goal you shoot for about a maximum draw-down of
 8  8 percent.  Specifically what happens to the fund if that
 9  were to occur?
10          MR. WALCZAK:  So -- and you're correct, that is
11  the goal of our risk management process and protocols.
12  And let me describe a little bit about how that works.
13  So we're not using a standard sort of stop-loss, although
14  if we somehow get to 8 percent -- and we have been there
15  actually in the fourth quarter of 2014 -- we will flatten
16  that risk at that level.  And there's always some
17  slippage to be very honest.
18          When I instituted -- when I was the only guy
19  involved -- instituted this risk, this particular set of
20  risk rules that's been around.  I did it in the middle of
21  2007.  My actual thinking was if I set this thing up to
22  control to 8 percent, if we get a -- just some sort of
23  horrific illiquid, world is ending kind of market, we're
24  probably, from a pure slippage standpoint, we're probably
25  risking another maybe 200 basis points, another two, and

Page 31

 1  I wanted to keep it to single digits.  So 8 is designed
 2  to keep it under 10, but we've been successful in
 3  actually keeping it -- I think our worst draw-down, that
 4  2014 draw-down, might have been about 8 and a half
 5  percent.  And so we're happy, I'm happy with the
 6  performance of that system over time.  But let me tell
 7  you a little bit of how we do it.  In other words, we're
 8  not kind of sitting here waiting until we hit 8 percent,
 9  and then we jump up and liquidate the fund.
10          We consistently model the fund's portfolio.  So
11  there's a lot of different -- I talk all about term
12  structure, about volatility and price ranges, and
13  fundamental and technical guesses at where the market's
14  going to go, and on and on.  And what that does, it leads
15  us into a pretty diverse collection of options positions
16  in the portfolio.  It's a little rare right now that
17  we're only in calls, but so be it.  But at any given
18  moment, we have this portfolio that's got options all
19  over the place.  And so, although we entered each of
20  these positions for different reasons at the time, we
21  aggregate that into an overall portfolio, and in fact
22  this is really one of the most important things we do,
23  the entry is fairly mechanical, and where a lot of the
24  brain power comes in is to manage the risk.  I've said
25  that before, I think that's our edge.

Page 32

 1          So we aggregate all these options positions
 2  into a portfolio, and if you look at the portfolio, even
 3  those of you who are somewhat familiar with options and
 4  you can do kind of back of the envelope, expiration,
 5  here's what's going to happen kind of things, I guarantee
 6  you if you look at this portfolio, you have no chance of
 7  getting your head around it without some pretty decent
 8  options modeling software.  So good news, we've got it,
 9  and what we do is we look at the portfolio and we
10  actually graph the change in value of the portfolio over
11  whatever price range we want to choose, and we generally
12  choose a downside look of 15 percent and an upside look
13  of 10 percent.  And we will actually, when markets get
14  volatile, which is you lead to the downside, we'll
15  typically extend that downside look to 20 percent.
16          So imagine you're looking at a graph and the
17  graph on the X axis has the value of the portfolio, and
18  the graph on the Y axis is the price of the S&P, and so
19  you can immediately see on a continuous basis what's
20  happening to your portfolio value.  And we can go in
21  there with our -- with the tools in the software and peg
22  a minus-8 percent, a minus-10, a minus-5, et cetera, and
23  see those levels.  We also, because options are time-
24  based, we look across five different timeframes.  We'll
25  typically start at the furthest expiration, which right

Page 33

1  now is out in February, and the software by default will
2  divide, between now and February, into five chunks of
3  time.  So it will say -- I don't even know off the top of
4  my head what that is.  It's probably 120 days, so call it
5  -- it'll give us 25-day intervals or something.  So we'll
6  see five lines on this graph at each timeframe and
7  they'll be different.
8       So we then analyze this and say, "Where do we
9  get in trouble?" and in trouble like -- as you correctly
10 said, is -- trouble is down 8 percent.  So we now look,
11 where are we down 8 percent, and then we make -- we look
12 where we're down 8 percent and look to see what does it
13 take -- first of all, do we need to take action, is it --
14 and we have some rules around this -- are we down 8
15 percent if the market moves 1 percent next week?  Well
16 that would be a big problem.  We would jump in right away
17 and adjust the portfolio to whatever extent we had to
18 take that off the table.  In other words, the first thing
19 we do is why are we down 8 percent.  Oh, we're down 8
20 percent because the market is up.  How do we protect
21 against an up market?  We buy call options.  That's what
22 call options do.  If you're somehow being hurt by an
23 upside market move, buy calls.  In our case, we're short
24 some calls out there, we'll probably buy them back.
25 But -- so we look at all these parameters, and when

Page 34

1  they're out of bounds according to our rules, then we
2  identify why are they out of bounds.  Maybe they're out
3  of bounds because we're not hedged against a spike in
4  volatility, for example.  Maybe we look fine on price but
5  we know that when price declines the VIX is going to pop.
6  We go into our mode and we say what does this curve look
7  like if we increase the VIX from 15 to 25, and at 15 we
8  look fine, at 25 we don't look so good, we say, "Oops, we
9  have a volatility exposure."  How do you solve that?
10 Well you can solve a volatility exposure a lot of
11 different ways.  One way is to simply buy a bunch of put
12 options.
13      Normally we don't have to worry about that
14 because we're always long puts -- whenever we have
15 anything on down there.  But an any rate, so this just
16 gives you some qualitative sense for what we do.  We're
17 always looking forward.  This is the only predictive
18 thing we do.  We react to markets to put on positions,
19 but we try to predictively look at risk.  We try to say
20 if three weeks from now the market is up 10 percent, are
21 we in trouble or not in trouble, and we've got
22 definitions about what trouble means designed to keep us
23 ultimately from an 8 percent loss.  So we look at these
24 things, we identify if we're in trouble, why are we in
25 trouble?  Is it price?  Is it volatility?  Does some time

Page 35

1  have to pass?  And then we take corrective action, and
2  once again, we have a serious advantage, as I said, by
3  simply using options because they're risk limited no
4  matter what we're doing with them.  The second thing to
5  know about options is essentially options are hedging
6  tools.
7       So the very thing we trade in that does
8  sometimes give us risk is actually the same thing we have
9  to go out and use to hedge when we discover we have too
10 much risk. So we're -- the option -- we believe that the
11 options contract's a beautiful thing.  When we find a
12 problem based on our portfolio model, we can almost
13 always solve it.  In fact, we spend a lot of time on
14 figuring out how best to solve it.
15      We can use straight option purchases, we can
16 use options spreads, we can use all sorts of combinations
17 to give us just the right hedging exposure to bring that
18 portfolio back in line where we take that 8 percent risk
19 off the table.  All that being said, there are times when
20 we hedge, the market keeps coming, we hedge some more,
21 the market keeps coming.  When we hit that draw-down, we
22 will go absolutely neutral.  It doesn't always mean cash,
23 but it typically means that -- a neutral exposure, where
24 whatever the market does, we're not going any lower, and
25 that's -- nothing in the business is guaranteed but

Page 36

1  that's our goal, that's kind of how we approach it.
2       PARTICIPANT:  Thank you.
3       MR. MINNICK:  All right, excellent.  Doesn't
4  look like we have anything in the queue right now, so I'm
5  going to go ahead and call last call on question, folks.
6  Just press *5 and you can ask a question of Ed and
7  Kimberly.  Let me see, it looks like we've got a couple
8  popping up here.  We've got a 401793.
9       PARTICIPANT:  Hey, Ed and Kimberly, could you
10 comment on the correlation between the two funds and
11 would you advise to combine the two to further diversify?
12      MR. WALCZAK:  I -- I don't know, Kimberly, if
13 you have any stats on this, but I would say just
14 qualitatively that a couple things -- and we've said this
15 before.  One is, the S&P fund, because we run it as a
16 neutral fund even though it's based on the S&P, it has a
17 pretty low and a little bit negative correlation to the
18 S&P.  So I know that many out there use the S&P fund in
19 their non-correlated asset bucket, and I think that's
20 appropriate.
21      At the same time, the commodity fund --
22 Kimberly is wanting me to do sort of math in public by
23 putting a chart in front of me and expecting me to
24 understand it.  Instead I'm going to let her look at it
25 and explain in a minute, but the commodity fund, because

Page 37

1  we're in completely non-correlated underlyings -- in
2  other words, all right, here's the S&P fund, our market
3  is the S&P, yet we're still very low correlation to the
4  S&P. Commodity fund we're using the same non-directional
5  options strategies and yet we're in completely non-
6  correlated -- well, normally non-correlated markets. So
7  we would expect that the commodity fund would be (A) not
8  correlated to the S&P fund because of the different
9  markets even though it's the same options strategy, and
10 (B) even more reliably non-correlated to the S&P, again
11 because it's a non-directional fund using non-correlated
12 markets.
13         Here, I'll put a big asterisk next to that.
14 There are times -- and I think many of you are aware of
15 times -- most recent example is oil and to some extent
16 gold has also exhibited some correlation -- both these
17 markets have temporarily at least exhibited a correlation
18 to the S&P. There was a time when investors in general -
19 - a time meaning in the last six months, when oil was
20 again setting historical lows -- when investors in
21 general were so concerned about the impact of oil that
22 oil inequities had a 90 plus correlation. In fact, I
23 think if you run the numbers, the commodity fund has a
24 largest than expected correlation to the S&P in the first
25 year of its life, probably because one of its main

Page 38

1  markets, oil, had an unusual -- now, it's done now. It
2  doesn't work that way anymore, but had an unusually
3  strong correlation to the S&P, and that will happen for
4  short periods of time -- short periods of time meaning
5  six months or so or even nine months or certainly less
6  than a year. But generally speaking, we would not expect
7  the funds would be correlated to one another, and
8  especially the commodity fund to be reliably non-
9  correlated to equity markets, and the asterisk to that
10 is, I think we've all seen, that there are occasional
11 pretty strong correlations, but short-term correlations
12 between commodities and the overall equity market.
13         MS. RIOS: And I would just like to add to
14 that. So for one year of inception of the commodity
15 fund, we did a 12-year number on the Zephyrs (phonetic).
16 So coming from Zephyr's, the hedge commodity has a
17 (inaudible) 0.36. For that same time period for hedge
18 futures was a negative 0.13. And as Ed was describing,
19 in February, stocks went down as oil went down. Things
20 became quite correlated at that time. We do have similar
21 standard deviations, though. Hedge futures is about six
22 and hedge commodities is just under eight. But we do
23 expect to see a little bit different numbers the longer
24 that we have -- the more months that we put on the board.
25 So to say, just due to the February decline -- January-

Page 39

1  February decline of oil and stocks being so closely
2  correlated.
3         MR. MINNICK: All right, excellent. Looks like
4  the next one that we have coming up, 509622.
5         PARTICIPANT: Yeah, I was just wanting to find
6  out if you could give us an example of the volatility of
7  -- an example of your volatility trade, just how the
8  structure is.
9         MR. WALCZAK: Sure. What we do -- and this
10 applies to both funds and all markets in which we want to
11 capture an increase in volatility. But I use the S&P
12 fund as an example, because again, we're locked in there
13 to this relationship that says we're using volatility
14 strategies underneath the market and more price-based,
15 low-volatility strategies above the market.
16         But below the market -- and the reason the term
17 structure of volatility is so important in these trades
18 is that the normal term structure of volatility says that
19 the VIX, which is a 30-day to expiration measure of how
20 much volatility is assumed into option prices on the S&P
21 500 stocks -- so the VIX is a 30-day to expiration
22 volatility number representing the nearby point in the
23 curve if you look at it monthly, which is what we do for
24 the most part. You then can look at a 60-day number and
25 it's usually higher, and the 90-day is higher still, and

Page 40

1  120-day is higher still, and at some point it flattens,
2  but the curve goes from cheap to expensive in terms of
3  how much of volatility is built into options pricing. So
4  our strategy is to buy and sell different points on the
5  curve. That means we're going to buy and sell in
6  different expiration months, and we're going to be buying
7  and selling not only different levels of volatility
8  because the curve is different at different points, but
9  more importantly different sensitivity to volatility.
10 The longer -- it's actually fairly simple. The longer
11 the time to expiration for an option, the more it is
12 actually sensitive to volatility. So an option that
13 expires 90 days from now will react more to a change in
14 volatility than an option which expires in 30 days. So
15 we want to sell the one that is less sensitive to
16 volatility, meaning the nearer dated option, and buy the
17 one that is longer dated.
18         And then if the market behaves, which it never
19 does, but if it were to behave, meaning if volatility
20 rose in lock step, if volatility rose the same on each
21 point in that curve, then we'd be owning something that
22 rose in value faster than something that we were short.
23 Now, it doesn't happen that way because what happens in
24 the real world is people panic, they look for insurance,
25 they buy options -- put options, that's what jumps the

Page 41

1  VIX. But people are cheap even when they're panicked, so
2  they're buying short dated options because they're cheap,
3  and they're bidding those prices up much faster than
4  they're bidding the longer dated option pricing up. And
5  what that means is when you see the VIX spike, that's
6  great news that volatility is going up for our strategy.
7  However, the option that we sold, the volatility built
8  into that option is rising much faster than the one we
9  bought, so that beautiful world where volatility rises
10 the same and we're owning the one that it effects more
11 isn't in place until that curve flattens. So once people
12 get the initial panic out of the way, they've driven up
13 the VIX, they haven't driven up the other options, that's
14 when we step in and we now sell that nearby put option --
15 nearby by expiration -- we buy a longer-dated put option.
16 We like to do that without spending any money because
17 we've taken time decay off the table, and now we've
18 bought and sold at parity.
19      So now the VIX went to 20 and that 90-day
20 option volatility also is at 20. Now we know that from
21 here, if the VIX goes to 40, that 90-day is probably
22 going to follow fairly closely, and that's where we make
23 our money because the 90-day option increase in
24 volatility will be -- will have a bigger impact on its
25 price than the nearby option that we sold. So it's

Page 42

1  really -- I'll distill it down. If you open up Options
2  101, somewhere around about page seven, you're going to
3  hear about a calendar spread and that's what it is. Now,
4  we play around with where we put that calendar. Do we
5  sell a 60-day option, buy a 120-day option, buy a 90-day
6  option? Do we sell a 90, but a 150? That's the nuts and
7  bolts of our analytics and our strategy and our secret
8  sauce. And which strikes do we put them at? Do we sell
9  one that's 100 points away from the one we bought? Do we
10 sell it 200 points away? All of these things factor into
11 exactly what this position looks like, but it's
12 essentially a calendar trade where we're selling nearby,
13 buying long-term. That gives us a long volatility
14 exposure as long as we're careful not to enter this trade
15 until we have parity or close to parity in volatility
16 between the two options. And then from there we can make
17 money if volatility continues to expand.
18      PARTICIPANT: Thank you.
19      MR. MINNICK: All right, next one we've got
20 coming up, 858513.
21      PARTICIPANT: Hi, Ed and Kimberly. Larry
22 Stucker (phonetic) in San Diego. Real quick, on the
23 commodity fund, if you -- I know it's just fairly new.
24 Have you done any of the work with regards to draw-downs
25 similar to the hedged futures strategies fund?

Page 43

1      MR. WALCZAK: Yeah, we have, and it's got an
2  interesting wrinkle to it. We intend to deliver the same
3  sort of 8 percent cap. The extra difficulty comes into
4  the fact that we're dealing with three markets and not
5  just one, so that you can have the perfect storm effect
6  where -- you certainly can't go out and control to 8
7  percent of the fund in each of these markets, because you
8  can clearly have an 8 percent draw-down in oil and a 2
9  percent draw-down in gold, and lo and behold you've got a
10 10 percent draw-down for the fund. So we do pay
11 attention to modeling some of the perfect storm
12 conditions, but it does introduce an additional level of
13 uncertainty.
14      We think we have that -- we did have a very,
15 very quick short draw-down earlier this year in the fund,
16 and we think that taught us some lessons about how to
17 control those events in the future. But we're modeling
18 both allocation -- capital allocation and, really, risk
19 allocation across these markets and perfect storm
20 scenarios to make us control to the 8 percent.
21      But I will tell you with full transparency,
22 it's a little bit less certain than what we're able to do
23 in the S&P, both in terms of the fund's history and in
24 terms of the triple markets. We have a good feeling
25 about it now, but we are constantly looking for ways to

Page 44

1  improve.
2      PARTICIPANT: Thank you.
3      MR. MINNICK: All right, excellent. At this
4  time, it doesn't look like we have any more questions.
5  We'll give it one more minutes. *5, folks, for any last
6  minute questions for Ed and Kimberly. All right, so it
7  doesn't look like anything's popping up here.
8      Well, Ed and Kimberly, thank you so much for
9  joining us today. As a reminder, folks, the next call
10 will take place November 15th at 2:00 p.m. which is
11 changed from the traditional one o'clock EST slot that we
12 usually go with. But thank you all for joining us. If
13 you'd like, this will be available for replay, so reach
14 out to your regional representatives and we can get that
15 out to you. Have a great day.
16      Just clarifying, because you guys are aware of
17 who NFR is and have had some interaction with them in the
18 past. And I'm going to share something that I'm going to
19 ask you to keep confidential, but I think it may be
20 helpful as background.
21      We -- as you guys know we have a relationship
22 with them and we pay them a trail on all our book of
23 business where we use their activity. And the key
24 relevant part here, though, which I think is important,
25 is that the arrangement I have with them -- it is a deal

Page 45

1  that we struck with them however many moons ago -- is
2  that we have an in perpetuity exclusive license based
3  upon maintaining some modest asset threshold.
4         The corresponding element of that is that --
5  and in fact the contract envisioned that over time we're
6  going to develop our own capabilities -- is that we
7  continue to pay NFR, if you will, a full fee on all
8  assets that meet some certain definitions; but which all
9  of our U.S. equity strategies -- which is really all
10 they're being paid on now -- but the U.S., anything that
11 sort of meets the standard definition of what we call the
12 AlphaSector Premium, AlphaSector Rotation, they get paid
13 on regardless whether or not it's our signals or not.
14 And as I said, the contract specifically --
15        (End of recording.)
16            * * * * *

Page 46

1          TRANSCRIBER'S CERTIFICATE
2
3  I, Nerissa Hart, hereby certify that the foregoing
4  transcript is a complete, true and accurate transcription
5  of all matters contained on the recorded proceedings in
6  the matter of:
7  CATALYST HEDGED FUTURES STRATEGY FUND.
8
9
10 _____
11 Transcriber