| | |
|---|---|
| **From:** | Ed Walczak |
| **Sent:** | Tuesday, August 26, 2014 11:55 PM |
| **To:** | Jerry Szilagyi; Erina Ford |
| **Subject:** | Re: Catalyst Hedged Futures Fund |

See my comments below.

Edward S. Walczak
Senior Portfolio Manager
Catalyst Hedged Futures Strategy Fund
404-388-5126

**From:** Jerry Szilagyi <JerryS@catalystmutualfunds.com>
**Date:** Monday, August 25, 2014 5:33 PM
**To:** Erina Ford <Erina.Ford@RaymondJames.com>
**Cc:** Ed Walczak <EdWalczak@catalystmutualfunds.com>
**Subject:** RE: Catalyst Hedged Futures Fund

Hi Erina,
We don't have a standard due diligence questionnaire although we have filled them out for various platforms that added the fund. We do have the attached investor presentation however.

Ed would be the best one to answer your other questions. Ed, can you reach out to Erina when you have a moment.
Thanks,
Jerry

Jerry Szilagyi
Catalyst Funds
631-629-4909
jerrys@CatalystMutualFunds.com



**From:** Erina Ford [mailto:Erina.Ford@RaymondJames.com]
**Sent:** Monday, August 25, 2014 12:54 PM
**To:** Jerry Szilagyi
**Subject:** Catalyst Hedged Futures Fund

Hi Jerry,

I hope you've been well. As you may know, we had a conference call with Ed a few weeks back and continue to receive questions on the fund from our advisors. While at this point we have not made a decision to move forward with the fund yet, I'd like to understand the strategy better so that we can maybe revisit our decision on whether or not we want to offer the fund on our platform. To this end, I was hoping that you had a Due Diligence Questionnaire that you could forward to me for review. In addition, answers to the following questions would be greatly appreciated.

> On our call with Ed, he mentioned an 8% max drawdown limit that is carefully monitored. Can you provide more details on the nature of this risk mitigating tool and illustrate how it would perform in various market

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CATALYST                                        CFTC3_00032436

- environments? Individual position risks are identified (time, price, volatility) and hedged with counterbalancing options at entry. Individual positions are aggregated to an options pricing tool that models portfolio value stressed by +5%,+10%, -5%,-10%,-20% price excursion, VIX +10,+20, across 5 time horizons extending to the Portfolio's longest dated options expiration.  Absolute drawdown of 8% from high water requires flatening of risk, no discretion allowed.  Performance in various market environments is illustrated by the Fund's monthly return history.
- Please provide historical monthly attribution by strategy (premium collection, vol. trading, trend following) I don't keep quantitative attribution statistics.  Qualitatively by year, 2006: 80% PC 20% TF, 2007 30% PC,40% TF,30% VT. 2008: 80% VT, 20% PC 2009: 20%PC, 30% VT, 50% TF. 2010: 20%PC, 30%VT,50% TF, 2011 20%PC 50% VT, 30%TF.  2012 10%PC,10%VT,80%TF. 2013 10%PC,10%VT,80%TF.2014 10%PC,10%VT,80%TF.
- Ed explained the use of position limits on the call, but we seem to have some discrepancies in our notes, so please discuss the fund's position limits again and the overall number of contracts that are used.  Call option open positions are limited to 2 per $40K of Fund capital.  Positions defined as spreads which may have as many as 4 legs (contracts).  Put options positions limited to 3 per $40K capital where positions are defined as the number of short put options independent of the number of long puts associated with the spread.  Risk limits require no less than 1 long put per each short put, but most often the ratio of long to short puts is greater than 1.

Please let me know if you have any questions.

Thanks,

ERINA S. FORD, CAIA
Alternative Investments Associate

Raymond James Alternative Investments Group
T 727.567.7494 // F 877.872.7509
880 Carillon Parkway, St. Petersburg, FL, 33716

**RAYMOND JAMES**

Past performance is no assurance of future results. Alternatives investments, which may include but are not limited to hedge funds, real estate, mutual funds using alternative investment strategies, and some options strategies are not suitable for all investors and may involve substantial risk, including the potential for the loss of one's entire investment. Investment decisions should not be made solely upon the information in this e-mail, and should only be made after a thorough review of the investment's offering documents. Please consult the offering documents for disclosures relating to performance, risk factors, fees, or liquidity for any investment product mentioned in this email. If the investment is a private placement, please visit the private placement guidelines page for more information. Information in this message reflects current market conditions and is subject to change without notice. It is believed to be reliable, but is not guaranteed for accuracy or completeness.

Please be advised that this message may contain confidential and/or privileged information.  If you are not the intended recipient (or have received this message in error) please notify the sender immediately and delete this message, together with any copies, from your system. Any unauthorized copying, disclosure or distribution of the material in this message is strictly forbidden.