**From:** Ed Walczak
**Sent:** Friday, June 12, 2015 2:20 AM
**To:** Kimberly Rios; Paul Rieger
**Subject:** Re: Risk evaluation for BNP

Paul,

Each day I graphically view the stress points referred to below in combination with volatility stresses of VIX = 20, 30 and 45. I do that across 5 time frames. This represents 75 combinations of market parameters. I have not found it a value add exercise to generate a document with these numbers when it can be scanned visually in a fraction of the time. Perhaps the best document of the effectiveness of risk control would be the audited performance capsule which represents real time risk management results over the past 9+ years. On this basis I suspect the Fund compares favorably to BNP's existing client universe although its likely that most have more impressive sets of risk documents.

If this does not suffice, then you may politely thank BNP for their interest and we will move on to a new clearing partner candidate.

Ed

Edward S. Walczak
Senior Portfolio Manager
Catalyst Hedged Futures Strategy Fund
404-388-5126

**From:** Kimberly Rios <Kimberly.Rios@catalystmf.com>
**Date:** Thursday, June 11, 2015 4:12 PM
**To:** Paul Rieger <prieger@rcmam.com>, Ed Walczak <EdWalczak@catalystmutualfunds.com>
**Subject:** Re: Risk evaluation for BNP

Paul,
I will cc Ed on this email because I don't exactly know to respond.
The daily stress test does not have a print out and does not deliver a report. Much of it is visual looks at charts how the positions will react under certain conditions. I will let Ed take it from here.

Kimberly Rios, CFA, CMT
Catalyst Hedged Futures Strategy
608-235-7506


Paul Rieger <prieger@rcmam.com> wrote:

I guess they needed a different report. See below:


What we received is a limit structure – so very good to have.

On our call Edward Walczak, the PM, described in details a daily risk report, based on which the fund is managed to max 8% loss from the worst scenario from the report.

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CATALYST         CFTC3_00030988

Specifically this is a stress report with (-15%/-10%/-5%/+5%/+10%) stresses - please explain that this is what we are looking for, along with fund positions for the same day.

Thank you,

Alex Bergelson
+1 (212) 471 6533 office/ +1 (973) 218 0871 mob
alex.bergelson@bnpparibas.com

THIS ELECTRONIC COMMUNICATION AND ITS CONTENTS ARE INTENDED FOR THE RECIPIENT ONLY AND MAY CONTAIN CONFIDENTIAL, NON-PUBLIC AND/ OR PRIVILEGED INFORMATION. IF YOU HAVE RECEIVED THIS ELECTRONIC COMMUNICATION IN ERROR, PLEASE ADVISE THE SENDER IMMIDETIALY AND DELETE IT FROM YOUR SYSTEM, IF PERMITTED BY LAW. RCM ASSET MANAGEMENT DOES NOT WARRANT THE ACCURACY, RELIABILITY OR COMPLETENESS OF ANY INFORMATION CONTAINED IN THIS ELECTRONIC COMMUNICATION OR THE APPROPRIATENESS OF ANY TRANSACTION. "RCM ASSET MANAGEMENT" IS A D/B/A OF RELIANCE CAPITAL MARKETS II, LLC, ITS AFFILIATES AND SUBSIDIARIES. RCM ASSET MANAGEMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ERRORS OR OMISSIONS. THIS MATERIAL HAS BEEN PREPARED BY A SALES OR TRADING EMPLOYEE OR AGENT OF RCM ASSET MANAGEMENT AND IS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. THIS MATERIAL IS NOT A RESEARCH REPORT AS DEFINED IN APPLICABLE CFTC REGULATIONS. ANY MARKET OR OTHER VIEWS EXPRESSED HEREIN ARE THOSE OF THE SENDER ONLY AS OF THE DATE INDICATED AND NOT NECESSARILY THOSE OF RCM ASSET MANAGEMENT. TRADING FUTURES, OPTIONS ON FUTURES AND RETAIL OFF-EXCHANGE FOREIGN CURRENCY TRANSACTIONS INVOLVES SUBSTANTIAL RISK OF LOSS AND IS NOT SUITABLE FOR ALL INVESTORS. THERE ARE NO GUARANTEES OF PROFIT. YOU SHOULD CAREFULLY CONSIDER WHETHER TRADING IS SUITABLE FOR YOU IN LIGHT OF YOUR CIRCUMSTANCES, KNOWLEDGE AND FINANCIAL RESOURCES. YOU MAY LOSE ALL OR MORE THAN YOUR INITIAL INVESTMENT. OPINIONS, MARKET DATA AND RECOMMENDATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE. RCM ASSET MANAGEMENT SHALL NOT BE HELD RESPONSIBLE FOR ANY ACTIONS TAKEN BASED ON THIS ELECTRONIC COMMUNICATION. PARTIES ACTING ON THIS ELECTRONIC COMMUNICATION ARE RESPONSIBLE FOR THEIR OWN ACTIONS. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CATALYST          CFTC3_00030989