| | |
|---|---|
| **From:** | Kimberly Rios <Kimberly.Rios@catalystmf.com> |
| **Sent:** | Friday, July 15, 2016 2:29 PM |
| **To:** | Jerry Szilagyi; Ed Walczak |
| **Subject:** | RE: Morgan Paid up. |

Buying the dip! Great to hear.
Yes, today we are okay. We will be closely watching into EOM.  JJ and I were discussing how as options get closer to expiration and near the money, how margin goes up.
When and how much can we expect from the MMKTs? We got lucky today with a down market.

Kimberly Rios, CFA, CMT
Portfolio Manager
Catalyst Hedged Futures Strategy Fund (HFXAX)
Catalyst Hedged Commodity Strategy Fund (CFHAX)
608-235-7506

www.CatalystMF.com

**From:** Jerry Szilagyi
**Sent:** Friday, July 15, 2016 1:27 PM
**To:** Kimberly Rios; Ed Walczak
**Subject:** RE: Morgan Paid up.

I assume we are in good shape today with expirations and the market trading flat to slightly down?
FYI, I put more money in HFS today.

Jerry Szilagyi
631-629-4909
JerryS@CatalystMF.com
www.CatalystMF.com

**From:** Kimberly Rios
**Sent:** Friday, July 15, 2016 2:19 PM
**To:** Ed Walczak <EdWalczak@catalystmutualfunds.com>; Jerry Szilagyi <JerryS@catalystmutualfunds.com>
**Subject:** Morgan Paid up.

**From:** Paul Rieger [prieger@rcmam.com]
**Sent:** Friday, July 15, 2016 1:07 PM
**To:** Kimberly Rios
**Subject:** Fwd: Wire

From: Ambler, Kate <kate.ambler@morganstanley.com>
Sent: Friday, July 15, 2016 12:28 PM
Subject: RE: Wire
To: Paul Rieger <prieger@rcmam.com>

Paul

1

This settled, please see swift below.

```
{1:F01MSNYUS33AXXX0000000000}{2:I103IRVTUS3NAXXXN}{3:{108:BBVCX2QQ87rk3nnt}}{4:
:20:3657962
:23B:CRED
:32A:160715USD68429447,
:33B:USD68429447,
:50K:/052BAFKO55
MUTUAL FUND SERIES TRUST-CATALYST H
EDGED FUTURES STRATEGY FUND C/O GEM
INI FUND SERVICES LLC 4020 SOUTH 14
OMAHA NE 68137 USA
:52A://FW044000024
MSNYUS33XXX
:53D:/8900006978
MORGAN
```

Thanks K

**From:** Paul Rieger [mailto:prieger@rcmam.com]
**Sent:** Friday, July 15, 2016 12:22 PM
**To:** Ambler, Kate (IED)
**Subject:** Wire

Kate,

Catalyst has not recieved the wire today for excess. Can you check into this? It usually comes right away.

Paul

Get Outlook for iOS

THIS ELECTRONIC COMMUNICATION AND ITS CONTENTS ARE INTENDED FOR THE RECIPIENT ONLY AND MAY CONTAIN CONFIDENTIAL, NON-PUBLIC AND/ OR PRIVILEGED INFORMATION. IF YOU HAVE RECEIVED THIS ELECTRONIC COMMUNICATION IN ERROR, PLEASE ADVISE THE SENDER IMMIDETIALY AND DELETE IT FROM YOUR SYSTEM, IF PERMITTED BY LAW. RCM ASSET MANAGEMENT DOES NOT WARRANT THE ACCURACY, RELIABILITY OR COMPLETENESS OF ANY INFORMATION CONTAINED IN THIS ELECTRONIC COMMUNICATION OR THE APPROPRIATENESS OF ANY TRANSACTION. "RCM ASSET MANAGEMENT" IS A D/B/A OF RELIANCE CAPITAL MARKETS II, LLC, ITS AFFILIATES AND SUBSIDIARIES. RCM ASSET MANAGEMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ERRORS OR OMISSIONS. THIS MATERIAL HAS BEEN PREPARED BY A SALES OR TRADING EMPLOYEE OR AGENT OF RCM ASSET MANAGEMENT AND IS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. THIS MATERIAL IS NOT A RESEARCH REPORT AS DEFINED IN APPLICABLE CFTC REGULATIONS. ANY MARKET OR OTHER VIEWS EXPRESSED HEREIN ARE THOSE OF THE SENDER ONLY AS OF THE DATE INDICATED AND NOT NECESSARILY THOSE OF RCM ASSET MANAGEMENT. TRADING FUTURES, OPTIONS ON FUTURES AND RETAIL OFF-EXCHANGE FOREIGN CURRENCY TRANSACTIONS INVOLVES SUBSTANTIAL RISK OF LOSS AND IS NOT SUITABLE FOR ALL INVESTORS. THERE ARE NO GUARANTEES OF PROFIT. YOU SHOULD CAREFULLY CONSIDER WHETHER TRADING IS SUITABLE FOR YOU IN LIGHT OF YOUR CIRCUMSTANCES, KNOWLEDGE AND FINANCIAL RESOURCES. YOU MAY LOSE ALL OR MORE

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CATALYST                    SEC_04_0108145

THAN YOUR INITIAL INVESTMENT. OPINIONS, MARKET DATA AND RECOMMENDATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE. RCM ASSET MANAGEMENT SHALL NOT BE HELD RESPONSIBLE FOR ANY ACTIONS TAKEN BASED ON THIS ELECTRONIC COMMUNICATION. PARTIES ACTING ON THIS ELECTRONIC COMMUNICATION ARE RESPONSIBLE FOR THEIR OWN ACTIONS. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access these links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you consent to the foregoing and to the voice recording of conversations with personnel of Morgan Stanley.

THIS ELECTRONIC COMMUNICATION AND ITS CONTENTS ARE INTENDED FOR THE RECIPIENT ONLY AND MAY CONTAIN CONFIDENTIAL, NON-PUBLIC AND/ OR PRIVILEGED INFORMATION. IF YOU HAVE RECEIVED THIS ELECTRONIC COMMUNICATION IN ERROR, PLEASE ADVISE THE SENDER IMMIDETIALY AND DELETE IT FROM YOUR SYSTEM, IF PERMITTED BY LAW. RCM ASSET MANAGEMENT DOES NOT WARRANT THE ACCURACY, RELIABILITY OR COMPLETENESS OF ANY INFORMATION CONTAINED IN THIS ELECTRONIC COMMUNICATION OR THE APPROPRIATENESS OF ANY TRANSACTION. "RCM ASSET MANAGEMENT" IS A D/B/A OF RELIANCE CAPITAL MARKETS II, LLC, ITS AFFILIATES AND SUBSIDIARIES. RCM ASSET MANAGEMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ERRORS OR OMISSIONS. THIS MATERIAL HAS BEEN PREPARED BY A SALES OR TRADING EMPLOYEE OR AGENT OF RCM ASSET MANAGEMENT AND IS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. THIS MATERIAL IS NOT A RESEARCH REPORT AS DEFINED IN APPLICABLE CFTC REGULATIONS. ANY MARKET OR OTHER VIEWS EXPRESSED HEREIN ARE THOSE OF THE SENDER ONLY AS OF THE DATE INDICATED AND NOT NECESSARILY THOSE OF RCM ASSET MANAGEMENT. TRADING FUTURES, OPTIONS ON FUTURES AND RETAIL OFF-EXCHANGE FOREIGN CURRENCY TRANSACTIONS INVOLVES SUBSTANTIAL RISK OF LOSS AND IS NOT SUITABLE FOR ALL INVESTORS. THERE ARE NO GUARANTEES OF PROFIT. YOU SHOULD CAREFULLY CONSIDER WHETHER TRADING IS SUITABLE FOR YOU IN LIGHT OF YOUR CIRCUMSTANCES, KNOWLEDGE AND FINANCIAL RESOURCES. YOU MAY LOSE ALL OR MORE THAN YOUR INITIAL INVESTMENT. OPINIONS, MARKET DATA AND RECOMMENDATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE. RCM ASSET MANAGEMENT SHALL NOT BE HELD RESPONSIBLE FOR ANY ACTIONS TAKEN BASED ON THIS ELECTRONIC COMMUNICATION. PARTIES ACTING ON THIS ELECTRONIC COMMUNICATION ARE RESPONSIBLE FOR THEIR OWN ACTIONS. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CATALYST                               SEC_04_0108146