| | |
|---|---|
| **From:** | Ed Walczak <EdWalczak@catalystmutualfunds.com> |
| **Sent:** | Wednesday, July 27, 2016 9:12 PM |
| **To:** | Paul Rieger |
| **Cc:** | Kimberly Rios |
| **Subject:** | Re: Follow up |

Ok, I am now getting way too many Stephen Hood emails. I'll answer this one sometime in the next week. Next question gets answered sometime in 2017. Maybe.

Edward S. Walczak
Senior Portfolio Manager
Catalyst Hedged Futures Strategy Fund
Catalyst Hedged Commodity Strategy Fund
404-388-5126

**From:** "Hood, Stephen (NYC)" <shood@edfmancapital.com>
**Date:** Wednesday, July 27, 2016 at 10:47 AM
**To:** Ed Walczak <EdWalczak@catalystmutualfunds.com>
**Cc:** Paul Rieger <prieger@rcmam.com>
**Subject:** RE: Follow up

Thanks Ed

Quick follow up questions:

When the fund is down 8% that's the hard circuit breaker when you reduce? Is there a next level everything is flattened out?
The fund being down 8% translates into what kind of S&P move?

Thank you!


**From:** Ed Walczak [mailto:EdWalczak@catalystmutualfunds.com]
**Sent:** Monday, July 25, 2016 8:01 AM
**To:** Hood, Stephen (NYC) <shood@edfmancapital.com>
**Cc:** Paul Rieger <prieger@rcmam.com>
**Subject:** Re: Follow up

Steve,

Ran it with Friday settles. $1.22 billion.

Ed

Edward S. Walczak
Senior Portfolio Manager
Catalyst Hedged Futures Strategy Fund
Catalyst Hedged Commodity Strategy Fund

1

404-388-5126

**From:** "Hood, Stephen (NYC)" <shood@edfmancapital.com>
**Date:** Friday, July 22, 2016 at 11:05 AM
**To:** Paul Rieger <prieger@rcmam.com>, Ed Walczak <EdWalczak@catalystmutualfunds.com>
**Subject:** RE: Follow up

Ed

Thanks in advance for the answer.

Regards
Steve


**From:** Hood, Stephen (NYC)
**Sent:** Friday, July 22, 2016 8:56 AM
**To:** 'Paul Rieger' <prieger@rcmam.com>; 'edwalczak@catalystmutualfunds.com' <edwalczak@catalystmutualfunds.com>
**Subject:** RE: Follow up

Understood and thanks

I was talking about the positions across the street as well.  Could you share that # as well.

Regards



**From:** Paul Rieger [mailto:prieger@rcmam.com]
**Sent:** Friday, July 22, 2016 8:54 AM
**To:** Hood, Stephen (NYC) <shood@edfmancapital.com>; 'edwalczak@catalystmutualfunds.com' <edwalczak@catalystmutualfunds.com>
**Subject:** RE: Follow up

Steve,

Is this with the current positions on right now or just in general?  I believe with the portfolio on your books a 10% move would be roughly a $500 million loss.  The Fund has 3.3 billion and 20-50% is used for margin so there is a nice cushion here.  Your firm currently has $402,834,170 in the account when span margin is only $268,556,133.33.  So on a 10% move we would need to send you in $98 million, plenty of cushion.

Thanks
Paul Rieger – *Managing Director & Partner*



Direct Line: 312.870.1512 | Main Office: 312.870.1500
*621 S Plymouth Ct., Chicago, IL 60605*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CATALYST          SEC_04_0109039

www.rcmAlternatives.com | Follow us on Twitter | Read our Blog

THIS ELECTRONIC COMMUNICATION AND ITS CONTENTS ARE INTENDED FOR THE RECIPIENT ONLY AND MAY CONTAIN CONFIDENTIAL, NON-PUBLIC AND/ OR PRIVILEGED INFORMATION. IF YOU HAVE RECEIVED THIS ELECTRONIC COMMUNICATION IN ERROR, PLEASE ADVISE THE SENDER IMMIDETIALY AND DELETE IT FROM YOUR SYSTEM, IF PERMITTED BY LAW. RCM ASSET MANAGEMENT DOES NOT WARRANT THE ACCURACY, RELIABILITY OR COMPLETENESS OF ANY INFORMATION CONTAINED IN THIS ELECTRONIC COMMUNICATION OR THE APPROPRIATENESS OF ANY TRANSACTION. "RCM ASSET MANAGEMENT" IS A D/B/A OF RELIANCE CAPITAL MARKETS II, LLC, ITS AFFILIATES AND SUBSIDIARIES. RCM ASSET MANAGEMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ERRORS OR OMISSIONS. THIS MATERIAL HAS BEEN PREPARED BY A SALES OR TRADING EMPLOYEE OR AGENT OF RCM ASSET MANAGEMENT AND IS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. THIS MATERIAL IS NOT A RESEARCH REPORT AS DEFINED IN APPLICABLE CFTC REGULATIONS. ANY MARKET OR OTHER VIEWS EXPRESSED HEREIN ARE THOSE OF THE SENDER ONLY AS OF THE DATE INDICATED AND NOT NECESSARILY THOSE OF RCM ASSET MANAGEMENT. TRADING FUTURES, OPTIONS ON FUTURES AND RETAIL OFF-EXCHANGE FOREIGN CURRENCY TRANSACTIONS INVOLVES SUBSTANTIAL RISK OF LOSS AND IS NOT SUITABLE FOR ALL INVESTORS. THERE ARE NO GUARANTEES OF PROFIT. YOU SHOULD CAREFULLY CONSIDER WHETHER TRADING IS SUITABLE FOR YOU IN LIGHT OF YOUR CIRCUMSTANCES, KNOWLEDGE AND FINANCIAL RESOURCES. YOU MAY LOSE ALL OR MORE THAN YOUR INITIAL INVESTMENT. OPINIONS, MARKET DATA AND RECOMMENDATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE. RCM ASSET MANAGEMENT SHALL NOT BE HELD RESPONSIBLE FOR ANY ACTIONS TAKEN BASED ON THIS ELECTRONIC COMMUNICATION. PARTIES ACTING ON THIS ELECTRONIC COMMUNICATION ARE RESPONSIBLE FOR THEIR OWN ACTIONS. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.

**From:** Hood, Stephen (NYC) [mailto:shood@edfmancapital.com]
**Sent:** Friday, July 22, 2016 7:32 AM
**To:** 'edwalczak@catalystmutualfunds.com' <edwalczak@catalystmutualfunds.com>
**Cc:** Paul Rieger <prieger@rcmam.com>
**Subject:** RE: Follow up

Hi Ed

One other follow up as discussed, please let me know what liquidity you have above the 10% move up – one day time horizon.

Thanks!


**From:** Hood, Stephen (NYC)
**Sent:** Friday, July 22, 2016 8:04 AM
**To:** 'edwalczak@catalystmutualfunds.com' <edwalczak@catalystmutualfunds.com>
**Cc:** US-RISK-DL <usrisk@edfmancapital.com>; Mulvihill, Monica (CHG) <mmulvihill@edfmancapital.com>; 'Paul Rieger' <prieger@rcmam.com>
**Subject:** Follow up

Hi Ed,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CATALYST    SEC_04_0109040

Thank you very much for taking time to speak with us yesterday. As discussed, please send your daily trade intentions to usrisk@edfmancapital.com   We understand some days you may have something on the radar but nothing gets done.

Kind regards,
Steve

This email and any attachments hereto are intended solely for the use of the designated recipient named therein and may contain privileged and/or confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and delete and destroy all copies in your possession. The sender does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon, any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. Thank you for your cooperation.
THIS ELECTRONIC COMMUNICATION AND ITS CONTENTS ARE INTENDED FOR THE RECIPIENT ONLY AND MAY CONTAIN CONFIDENTIAL, NON-PUBLIC AND/ OR PRIVILEGED INFORMATION. IF YOU HAVE RECEIVED THIS ELECTRONIC COMMUNICATION IN ERROR, PLEASE ADVISE THE SENDER IMMIDETIALY AND DELETE IT FROM YOUR SYSTEM, IF PERMITTED BY LAW. RCM ASSET MANAGEMENT DOES NOT WARRANT THE ACCURACY, RELIABILITY OR COMPLETENESS OF ANY INFORMATION CONTAINED IN THIS ELECTRONIC COMMUNICATION OR THE APPROPRIATENESS OF ANY TRANSACTION. "RCM ASSET MANAGEMENT" IS A D/B/A OF RELIANCE CAPITAL MARKETS II, LLC, ITS AFFILIATES AND SUBSIDIARIES. RCM ASSET MANAGEMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ERRORS OR OMISSIONS. THIS MATERIAL HAS BEEN PREPARED BY A SALES OR TRADING EMPLOYEE OR AGENT OF RCM ASSET MANAGEMENT AND IS A SOLICITATION FOR ENTERING INTO A DERIVATIVES TRANSACTION. THIS MATERIAL IS NOT A RESEARCH REPORT AS DEFINED IN APPLICABLE CFTC REGULATIONS. ANY MARKET OR OTHER VIEWS EXPRESSED HEREIN ARE THOSE OF THE SENDER ONLY AS OF THE DATE INDICATED AND NOT NECESSARILY THOSE OF RCM ASSET MANAGEMENT. TRADING FUTURES, OPTIONS ON FUTURES AND RETAIL OFF-EXCHANGE FOREIGN CURRENCY TRANSACTIONS INVOLVES SUBSTANTIAL RISK OF LOSS AND IS NOT SUITABLE FOR ALL INVESTORS. THERE ARE NO GUARANTEES OF PROFIT. YOU SHOULD CAREFULLY CONSIDER WHETHER TRADING IS SUITABLE FOR YOU IN LIGHT OF YOUR CIRCUMSTANCES, KNOWLEDGE AND FINANCIAL RESOURCES. YOU MAY LOSE ALL OR MORE THAN YOUR INITIAL INVESTMENT. OPINIONS, MARKET DATA AND RECOMMENDATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE. RCM ASSET MANAGEMENT SHALL NOT BE HELD RESPONSIBLE FOR ANY ACTIONS TAKEN BASED ON THIS ELECTRONIC COMMUNICATION. PARTIES ACTING ON THIS ELECTRONIC COMMUNICATION ARE RESPONSIBLE FOR THEIR OWN ACTIONS. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS.
This email and any attachments hereto are intended solely for the use of the designated recipient named therein and may contain privileged and/or confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and delete and destroy all copies in your possession. The sender does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon, any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. Thank you for your cooperation.
This email and any attachments hereto are intended solely for the use of the designated recipient named therein and may contain privileged and/or confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CATALYST                                     SEC_04_0109041

have received this transmission in error, please notify the sender immediately and delete and destroy all copies in your possession. The sender does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon, any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. Thank you for your cooperation.

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CATALYST                                                                SEC_04_0109042