| | |
|---|---|
| **From:** | Michael Schoonover <MichaelS@catalystmutualfunds.com> |
| **Sent:** | Thursday, February 9, 2017 8:38 AM |
| **To:** | Ed Walczak; Kimberly Rios; Jerry Szilagyi; David Miller; George Amrhein, Jr. |
| **Subject:** | HFXAX Exposure Summary -- 02/08/2017 |
| **Attachments:** | HFXAX Exposure Summary.xlsx |

Please see updated HFXAX exposure file.

**From:** Michael Schoonover
**Sent:** Monday, January 30, 2017 7:12 PM
**To:** Ed Walczak <EdWalczak@catalystmutualfunds.com>; Kimberly Rios <Kimberly.Rios@catalystmf.com>; Jerry Szilagyi <JerryS@catalystmutualfunds.com>; David Miller <DavidM@catalystmutualfunds.com>; 'George Amrhein, Jr. (GeorgeA@catalystmutualfunds.com)' <GeorgeA@catalystmutualfunds.com>
**Subject:** HFXAX Exposure Summary -- 01/30/2017

Here's the exposure summary spreadsheet that I put together. The source behind the calculations is Bloomberg. I pull this into whatever portfolio valuation report downloads from Gemini for 01/30/2017. I will update this each day and send it back out. Please let me know if you'd like to see something different.

Michael Schoonover
Office: 646-827-2757
Cell: 616-502-3132
E-mail: michaels@catalystmf.com

1