# Exhibit 26

Catalyst_005_0182096

HFXAX Exposure Summary.xlsx

(Native File Sent by Mail)

| Date | Performance | | | Previous Day's Risk Metrics (as % AUM; calculated by Bloomberg) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HFXAX Return | S&P Return | Expected Return (Delta) | Gross Exposure | Net Exposure | Delta | Gamma | Theta | Vega | Model Alpha Delta Value |
| 1/31/2017 | 0.57% | -0.09% | 0.32% | 2627% | -242% | -355% | -178% | 351% | -1840% | |
| 2/1/2017 | 0.38% | 0.03% | -0.10% | 2411% | -203% | -330% | -140% | 363% | -1820% | -268% |
| 2/2/2017 | 0.09% | 0.06% | -0.19% | 2402% | -202% | -330% | -153% | 366% | -1815% | -265% |
| 2/3/2017 | -2.36% | 0.73% | -2.45% | 2399% | -202% | -337% | -159% | 378% | -1787% | -303% |
| 2/6/2017 | 1.45% | -0.21% | 1.00% | 2471% | -208% | -470% | -154% | 355% | -1651% | n/a Need to get Model Alpha data night before |
| 2/7/2017 | -0.10% | 0.02% | -0.10% | 2429% | -205% | -442% | -183% | 431% | -1623% | -443% |
| 2/8/2017 | -0.19% | 0.07% | -0.32% | 2428% | -204% | -468% | -193% | 434% | -1569% | -325% |
| 2/9/2017 | | | | 2435% | -205% | -497% | -198% | 444% | -1513% | n/a Need to get Model Alpha data night before |