| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 9/3/2013 | 9.98 | 9.98 | 9.98 | 9.98 |
| 9/4/2013 | 10.01 | 10.01 | 10.01 | 10.01 |
| 9/5/2013 | 10.04 | 10.04 | 10.04 | 10.04 |
| 9/6/2013 | 10.03 | 10.03 | 10.03 | 10.03 |
| 9/9/2013 | 10.03 | 10.03 | 10.03 | 10.03 |
| 9/10/2013 | 10 | 10 | 10 | 10 |
| 9/11/2013 | 10 | 10 | 10 | 10 |
| 9/12/2013 | 10.03 | 10.03 | 10.03 | 10.03 |
| 9/13/2013 | 10.04 | 10.04 | 10.04 | 10.04 |
| 9/16/2013 | 9.97 | 9.97 | 9.97 | 9.97 |
| 9/17/2013 | 9.84 | 9.84 | 9.84 | 9.84 |
| 9/18/2013 | 9.33 | 9.33 | 9.33 | 9.33 |
| 9/19/2013 | 9.44 | 9.44 | 9.44 | 9.44 |
| 9/20/2013 | 9.53 | 9.53 | 9.53 | 9.53 |
| 9/23/2013 | 9.62 | 9.62 | 9.62 | 9.62 |
| 9/24/2013 | 9.65 | 9.65 | 9.65 | 9.65 |
| 9/25/2013 | 9.69 | 9.69 | 9.69 | 9.69 |
| 9/26/2013 | 9.67 | 9.67 | 9.67 | 9.67 |
| 9/27/2013 | 9.67 | 9.67 | 9.67 | 9.67 |
| 9/30/2013 | 9.66 | 9.66 | 9.66 | 9.66 |
| 10/1/2013 | 9.69 | 9.69 | 9.69 | 9.69 |
| 10/2/2013 | 9.68 | 9.68 | 9.68 | 9.68 |
| 10/3/2013 | 9.7 | 9.7 | 9.7 | 9.7 |
| 10/4/2013 | 9.69 | 9.69 | 9.69 | 9.69 |
| 10/7/2013 | 9.69 | 9.69 | 9.69 | 9.69 |
| 10/8/2013 | 9.67 | 9.67 | 9.67 | 9.67 |
| 10/9/2013 | 9.66 | 9.66 | 9.66 | 9.66 |
| 10/10/2013 | 9.74 | 9.74 | 9.74 | 9.74 |
| 10/11/2013 | 9.77 | 9.77 | 9.77 | 9.77 |
| 10/14/2013 | 9.78 | 9.78 | 9.78 | 9.78 |
| 10/15/2013 | 9.78 | 9.78 | 9.78 | 9.78 |
| 10/16/2013 | 9.77 | 9.77 | 9.77 | 9.77 |
| 10/17/2013 | 9.76 | 9.76 | 9.76 | 9.76 |
| 10/18/2013 | 9.76 | 9.76 | 9.76 | 9.76 |
| 10/21/2013 | 9.83 | 9.83 | 9.83 | 9.83 |
| 10/22/2013 | 9.64 | 9.64 | 9.64 | 9.64 |
| 10/23/2013 | 9.77 | 9.77 | 9.77 | 9.77 |
| 10/24/2013 | 9.7 | 9.7 | 9.7 | 9.7 |
| 10/25/2013 | 9.63 | 9.63 | 9.63 | 9.63 |
| 10/28/2013 | 9.55 | 9.55 | 9.55 | 9.55 |
| 10/29/2013 | 9.33 | 9.33 | 9.33 | 9.33 |
| 10/30/2013 | 9.51 | 9.51 | 9.51 | 9.51 |
| 10/31/2013 | 9.75 | 9.75 | 9.75 | 9.75 |
| 11/1/2013 | 9.75 | 9.75 | 9.75 | 9.75 |
| 11/4/2013 | 9.71 | 9.71 | 9.71 | 9.71 |
| 11/5/2013 | 9.8 | 9.8 | 9.8 | 9.8 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 11/6/2013 | 9.69 | 9.69 | 9.69 | 9.69 |
| 11/7/2013 | 9.91 | 9.91 | 9.91 | 9.91 |
| 11/8/2013 | 9.77 | 9.77 | 9.77 | 9.77 |
| 11/11/2013 | 9.82 | 9.82 | 9.82 | 9.82 |
| 11/12/2013 | 9.93 | 9.93 | 9.93 | 9.93 |
| 11/13/2013 | 9.71 | 9.71 | 9.71 | 9.71 |
| 11/14/2013 | 9.61 | 9.61 | 9.61 | 9.61 |
| 11/15/2013 | 9.54 | 9.54 | 9.54 | 9.54 |
| 11/18/2013 | 9.63 | 9.63 | 9.63 | 9.63 |
| 11/19/2013 | 9.69 | 9.69 | 9.69 | 9.69 |
| 11/20/2013 | 9.81 | 9.81 | 9.81 | 9.81 |
| 11/21/2013 | 9.64 | 9.64 | 9.64 | 9.64 |
| 11/22/2013 | 9.56 | 9.56 | 9.56 | 9.56 |
| 11/25/2013 | 9.58 | 9.58 | 9.58 | 9.58 |
| 11/26/2013 | 9.56 | 9.56 | 9.56 | 9.56 |
| 11/27/2013 | 9.52 | 9.52 | 9.52 | 9.52 |
| 11/29/2013 | 9.5 | 9.5 | 9.5 | 9.5 |
| 12/2/2013 | 9.62 | 9.62 | 9.62 | 9.62 |
| 12/3/2013 | 9.75 | 9.75 | 9.75 | 9.75 |
| 12/4/2013 | 9.77 | 9.77 | 9.77 | 9.77 |
| 12/5/2013 | 9.81 | 9.81 | 9.81 | 9.81 |
| 12/6/2013 | 9.74 | 9.74 | 9.74 | 9.74 |
| 12/9/2013 | 9.75 | 9.75 | 9.75 | 9.75 |
| 12/10/2013 | 9.83 | 9.83 | 9.83 | 9.83 |
| 12/11/2013 | 9.9 | 9.9 | 9.9 | 9.9 |
| 12/12/2013 | 9.92 | 9.92 | 9.92 | 9.92 |
| 12/13/2013 | 9.92 | 9.92 | 9.92 | 9.92 |
| 12/16/2013 | 9.91 | 9.91 | 9.91 | 9.91 |
| 12/17/2013 | 9.95 | 9.95 | 9.95 | 9.95 |
| 12/18/2013 | 9.97 | 9.97 | 9.97 | 9.97 |
| 12/19/2013 | 9.99 | 9.99 | 9.99 | 9.99 |
| 12/20/2013 | 9.91 | 9.91 | 9.91 | 9.91 |
| 12/23/2013 | 9.87 | 9.87 | 9.87 | 9.87 |
| 12/24/2013 | 9.82 | 9.82 | 9.82 | 9.82 |
| 12/26/2013 | 9.74 | 9.74 | 9.74 | 9.74 |
| 12/27/2013 | 9.75 | 9.75 | 9.75 | 9.75 |
| 12/30/2013 | 9.73 | 9.73 | 9.73 | 9.73 |
| 12/31/2013 | 9.57 | 9.57 | 9.57 | 9.57 |
| 1/2/2014 | 9.86 | 9.86 | 9.86 | 9.86 |
| 1/3/2014 | 9.94 | 9.94 | 9.94 | 9.94 |
| 1/6/2014 | 10.06 | 10.06 | 10.06 | 10.06 |
| 1/7/2014 | 10.01 | 10.01 | 10.01 | 10.01 |
| 1/8/2014 | 10.01 | 10.01 | 10.01 | 10.01 |
| 1/9/2014 | 10.03 | 10.03 | 10.03 | 10.03 |
| 1/10/2014 | 10.07 | 10.07 | 10.07 | 10.07 |
| 1/13/2014 | 10.17 | 10.17 | 10.17 | 10.17 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 1/14/2014 | 10.15 | 10.15 | 10.15 | 10.15 |
| 1/15/2014 | 10.12 | 10.12 | 10.12 | 10.12 |
| 1/16/2014 | 10.18 | 10.18 | 10.18 | 10.18 |
| 1/17/2014 | 10.22 | 10.22 | 10.22 | 10.22 |
| 1/21/2014 | 10.21 | 10.21 | 10.21 | 10.21 |
| 1/22/2014 | 10.22 | 10.22 | 10.22 | 10.22 |
| 1/23/2014 | 10.26 | 10.26 | 10.26 | 10.26 |
| 1/24/2014 | 10.28 | 10.28 | 10.28 | 10.28 |
| 1/27/2014 | 10.28 | 10.28 | 10.28 | 10.28 |
| 1/28/2014 | 10.27 | 10.27 | 10.27 | 10.27 |
| 1/29/2014 | 10.28 | 10.28 | 10.28 | 10.28 |
| 1/30/2014 | 10.27 | 10.27 | 10.27 | 10.27 |
| 1/31/2014 | 10.29 | 10.29 | 10.29 | 10.29 |
| 2/3/2014 | 10.28 | 10.28 | 10.28 | 10.28 |
| 2/4/2014 | 10.31 | 10.31 | 10.31 | 10.31 |
| 2/5/2014 | 10.32 | 10.32 | 10.32 | 10.32 |
| 2/6/2014 | 10.32 | 10.32 | 10.32 | 10.32 |
| 2/7/2014 | 10.3 | 10.3 | 10.3 | 10.3 |
| 2/10/2014 | 10.33 | 10.33 | 10.33 | 10.33 |
| 2/11/2014 | 10.32 | 10.32 | 10.32 | 10.32 |
| 2/12/2014 | 10.31 | 10.31 | 10.31 | 10.31 |
| 2/13/2014 | 10.32 | 10.32 | 10.32 | 10.32 |
| 2/14/2014 | 10.29 | 10.29 | 10.29 | 10.29 |
| 2/18/2014 | 10.32 | 10.32 | 10.32 | 10.32 |
| 2/19/2014 | 10.37 | 10.37 | 10.37 | 10.37 |
| 2/20/2014 | 10.37 | 10.37 | 10.37 | 10.37 |
| 2/21/2014 | 10.38 | 10.38 | 10.38 | 10.38 |
| 2/24/2014 | 10.39 | 10.39 | 10.39 | 10.39 |
| 2/25/2014 | 10.4 | 10.4 | 10.4 | 10.4 |
| 2/26/2014 | 10.41 | 10.41 | 10.41 | 10.41 |
| 2/27/2014 | 10.44 | 10.44 | 10.44 | 10.44 |
| 2/28/2014 | 10.46 | 10.46 | 10.46 | 10.46 |
| 3/3/2014 | 10.46 | 10.46 | 10.46 | 10.46 |
| 3/4/2014 | 10.46 | 10.46 | 10.46 | 10.46 |
| 3/5/2014 | 10.48 | 10.48 | 10.48 | 10.48 |
| 3/6/2014 | 10.47 | 10.47 | 10.47 | 10.47 |
| 3/7/2014 | 10.52 | 10.52 | 10.52 | 10.52 |
| 3/10/2014 | 10.54 | 10.54 | 10.54 | 10.54 |
| 3/11/2014 | 10.53 | 10.53 | 10.53 | 10.53 |
| 3/12/2014 | 10.55 | 10.55 | 10.55 | 10.55 |
| 3/13/2014 | 10.49 | 10.49 | 10.49 | 10.49 |
| 3/14/2014 | 10.5 | 10.5 | 10.5 | 10.5 |
| 3/17/2014 | 10.51 | 10.51 | 10.51 | 10.51 |
| 3/18/2014 | 10.51 | 10.51 | 10.51 | 10.51 |
| 3/19/2014 | 10.49 | 10.49 | 10.49 | 10.49 |
| 3/20/2014 | 10.51 | 10.51 | 10.51 | 10.51 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 3/21/2014 | 10.51 | 10.51 | 10.51 | 10.51 |
| 3/24/2014 | 10.53 | 10.53 | 10.53 | 10.53 |
| 3/25/2014 | 10.54 | 10.54 | 10.54 | 10.54 |
| 3/26/2014 | 10.55 | 10.55 | 10.55 | 10.55 |
| 3/27/2014 | 10.54 | 10.54 | 10.54 | 10.54 |
| 3/28/2014 | 10.55 | 10.55 | 10.55 | 10.55 |
| 3/31/2014 | 10.56 | 10.56 | 10.56 | 10.56 |
| 4/1/2014 | 10.54 | 10.54 | 10.54 | 10.54 |
| 4/2/2014 | 10.5 | 10.5 | 10.5 | 10.5 |
| 4/3/2014 | 10.49 | 10.49 | 10.49 | 10.49 |
| 4/4/2014 | 10.56 | 10.56 | 10.56 | 10.56 |
| 4/7/2014 | 10.53 | 10.53 | 10.53 | 10.53 |
| 4/8/2014 | 10.55 | 10.55 | 10.55 | 10.55 |
| 4/9/2014 | 10.58 | 10.58 | 10.58 | 10.58 |
| 4/10/2014 | 10.54 | 10.54 | 10.54 | 10.54 |
| 4/11/2014 | 10.55 | 10.55 | 10.55 | 10.55 |
| 4/14/2014 | 10.55 | 10.55 | 10.55 | 10.55 |
| 4/15/2014 | 10.55 | 10.55 | 10.55 | 10.55 |
| 4/16/2014 | 10.57 | 10.57 | 10.57 | 10.57 |
| 4/17/2014 | 10.57 | 10.57 | 10.57 | 10.57 |
| 4/21/2014 | 10.58 | 10.58 | 10.58 | 10.58 |
| 4/22/2014 | 10.56 | 10.56 | 10.56 | 10.56 |
| 4/23/2014 | 10.56 | 10.56 | 10.56 | 10.56 |
| 4/24/2014 | 10.58 | 10.58 | 10.58 | 10.58 |
| 4/25/2014 | 10.58 | 10.58 | 10.58 | 10.58 |
| 4/28/2014 | 10.59 | 10.59 | 10.59 | 10.59 |
| 4/29/2014 | 10.59 | 10.59 | 10.59 | 10.59 |
| 4/30/2014 | 10.58 | 10.58 | 10.58 | 10.58 |
| 5/1/2014 | 10.6 | 10.6 | 10.6 | 10.6 |
| 5/2/2014 | 10.6 | 10.6 | 10.6 | 10.6 |
| 5/5/2014 | 10.6 | 10.6 | 10.6 | 10.6 |
| 5/6/2014 | 10.6 | 10.6 | 10.6 | 10.6 |
| 5/7/2014 | 10.59 | 10.59 | 10.59 | 10.59 |
| 5/8/2014 | 10.59 | 10.59 | 10.59 | 10.59 |
| 5/9/2014 | 10.6 | 10.6 | 10.6 | 10.6 |
| 5/12/2014 | 10.57 | 10.57 | 10.57 | 10.57 |
| 5/13/2014 | 10.56 | 10.56 | 10.56 | 10.56 |
| 5/14/2014 | 10.59 | 10.59 | 10.59 | 10.59 |
| 5/15/2014 | 10.62 | 10.62 | 10.62 | 10.62 |
| 5/16/2014 | 10.64 | 10.64 | 10.64 | 10.64 |
| 5/19/2014 | 10.64 | 10.64 | 10.64 | 10.64 |
| 5/20/2014 | 10.65 | 10.65 | 10.65 | 10.65 |
| 5/21/2014 | 10.64 | 10.64 | 10.64 | 10.64 |
| 5/22/2014 | 10.63 | 10.63 | 10.63 | 10.63 |
| 5/23/2014 | 10.64 | 10.64 | 10.64 | 10.64 |
| 5/27/2014 | 10.59 | 10.59 | 10.59 | 10.59 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 5/28/2014 | 10.6 | 10.6 | 10.6 | 10.6 |
| 5/29/2014 | 10.54 | 10.54 | 10.54 | 10.54 |
| 5/30/2014 | 10.55 | 10.55 | 10.55 | 10.55 |
| 6/2/2014 | 10.56 | 10.56 | 10.56 | 10.56 |
| 6/3/2014 | 10.55 | 10.55 | 10.55 | 10.55 |
| 6/4/2014 | 10.52 | 10.52 | 10.52 | 10.52 |
| 6/5/2014 | 10.39 | 10.39 | 10.39 | 10.39 |
| 6/6/2014 | 10.32 | 10.32 | 10.32 | 10.32 |
| 6/9/2014 | 10.34 | 10.34 | 10.34 | 10.34 |
| 6/10/2014 | 10.39 | 10.39 | 10.39 | 10.39 |
| 6/11/2014 | 10.51 | 10.51 | 10.51 | 10.51 |
| 6/12/2014 | 10.64 | 10.64 | 10.64 | 10.64 |
| 6/13/2014 | 10.66 | 10.66 | 10.66 | 10.66 |
| 6/16/2014 | 10.66 | 10.66 | 10.66 | 10.66 |
| 6/17/2014 | 10.67 | 10.67 | 10.67 | 10.67 |
| 6/18/2014 | 10.59 | 10.59 | 10.59 | 10.59 |
| 6/19/2014 | 10.62 | 10.62 | 10.62 | 10.62 |
| 6/20/2014 | 10.61 | 10.61 | 10.61 | 10.61 |
| 6/23/2014 | 10.66 | 10.66 | 10.66 | 10.66 |
| 6/24/2014 | 10.74 | 10.74 | 10.74 | 10.74 |
| 6/25/2014 | 10.73 | 10.73 | 10.73 | 10.73 |
| 6/26/2014 | 10.74 | 10.74 | 10.74 | 10.74 |
| 6/27/2014 | 10.75 | 10.75 | 10.75 | 10.75 |
| 6/30/2014 | 10.77 | 10.77 | 10.77 | 10.77 |
| 7/1/2014 | 10.7 | 10.7 | 10.7 | 10.7 |
| 7/2/2014 | 10.72 | 10.72 | 10.72 | 10.72 |
| 7/3/2014 | 10.65 | 10.65 | 10.65 | 10.65 |
| 7/7/2014 | 10.73 | 10.73 | 10.73 | 10.73 |
| 7/8/2014 | 10.82 | 10.82 | 10.82 | 10.82 |
| 7/9/2014 | 10.8 | 10.8 | 10.8 | 10.8 |
| 7/10/2014 | 10.83 | 10.83 | 10.83 | 10.83 |
| 7/11/2014 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/14/2014 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/15/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 7/16/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 7/17/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 7/18/2014 | 10.91 | 10.91 | 10.91 | 10.91 |
| 7/21/2014 | 10.92 | 10.92 | 10.92 | 10.92 |
| 7/22/2014 | 10.9 | 10.9 | 10.9 | 10.9 |
| 7/23/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 7/24/2014 | 10.85 | 10.85 | 10.85 | 10.85 |
| 7/25/2014 | 10.9 | 10.9 | 10.9 | 10.9 |
| 7/28/2014 | 10.91 | 10.91 | 10.91 | 10.91 |
| 7/29/2014 | 10.91 | 10.91 | 10.91 | 10.91 |
| 7/30/2014 | 10.9 | 10.9 | 10.9 | 10.9 |
| 7/31/2014 | 10.88 | 10.88 | 10.88 | 10.88 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 8/1/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 8/4/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 8/5/2014 | 10.86 | 10.86 | 10.86 | 10.86 |
| 8/6/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 8/7/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 8/8/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 8/11/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 8/12/2014 | 10.89 | 10.89 | 10.89 | 10.89 |
| 8/13/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 8/14/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 8/15/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 8/18/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 8/19/2014 | 10.84 | 10.84 | 10.84 | 10.84 |
| 8/20/2014 | 10.78 | 10.78 | 10.78 | 10.78 |
| 8/21/2014 | 10.72 | 10.72 | 10.72 | 10.72 |
| 8/22/2014 | 10.78 | 10.78 | 10.78 | 10.78 |
| 8/25/2014 | 10.74 | 10.74 | 10.74 | 10.74 |
| 8/26/2014 | 10.7 | 10.7 | 10.7 | 10.7 |
| 8/27/2014 | 10.76 | 10.76 | 10.76 | 10.76 |
| 8/28/2014 | 10.79 | 10.79 | 10.79 | 10.79 |
| 8/29/2014 | 10.8 | 10.8 | 10.8 | 10.8 |
| 9/2/2014 | 10.82 | 10.82 | 10.82 | 10.82 |
| 9/3/2014 | 10.84 | 10.84 | 10.84 | 10.84 |
| 9/4/2014 | 10.85 | 10.85 | 10.85 | 10.85 |
| 9/5/2014 | 10.85 | 10.85 | 10.85 | 10.85 |
| 9/8/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 9/9/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 9/10/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 9/11/2014 | 10.89 | 10.89 | 10.89 | 10.89 |
| 9/12/2014 | 10.89 | 10.89 | 10.89 | 10.89 |
| 9/15/2014 | 10.9 | 10.9 | 10.9 | 10.9 |
| 9/16/2014 | 10.89 | 10.89 | 10.89 | 10.89 |
| 9/17/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 9/18/2014 | 10.87 | 10.87 | 10.87 | 10.87 |
| 9/19/2014 | 10.89 | 10.89 | 10.89 | 10.89 |
| 9/22/2014 | 10.92 | 10.92 | 10.92 | 10.92 |
| 9/23/2014 | 10.93 | 10.93 | 10.93 | 10.93 |
| 9/24/2014 | 10.93 | 10.93 | 10.93 | 10.93 |
| 9/25/2014 | 10.93 | 10.93 | 10.93 | 10.93 |
| 9/26/2014 | 10.94 | 10.94 | 10.94 | 10.94 |
| 9/29/2014 | 10.96 | 10.96 | 10.96 | 10.96 |
| 9/30/2014 | 10.95 | 10.95 | 10.95 | 10.95 |
| 10/1/2014 | 10.95 | 10.95 | 10.95 | 10.95 |
| 10/2/2014 | 10.93 | 10.93 | 10.93 | 10.93 |
| 10/3/2014 | 10.95 | 10.95 | 10.95 | 10.95 |
| 10/6/2014 | 10.96 | 10.96 | 10.96 | 10.96 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 10/7/2014 | 10.93 | 10.93 | 10.93 | 10.93 |
| 10/8/2014 | 10.94 | 10.94 | 10.94 | 10.94 |
| 10/9/2014 | 10.93 | 10.93 | 10.93 | 10.93 |
| 10/10/2014 | 10.91 | 10.91 | 10.91 | 10.91 |
| 10/13/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 10/14/2014 | 10.92 | 10.92 | 10.92 | 10.92 |
| 10/15/2014 | 10.89 | 10.89 | 10.89 | 10.89 |
| 10/16/2014 | 10.96 | 10.96 | 10.96 | 10.96 |
| 10/17/2014 | 10.97 | 10.97 | 10.97 | 10.97 |
| 10/20/2014 | 10.96 | 10.96 | 10.96 | 10.96 |
| 10/21/2014 | 10.94 | 10.94 | 10.94 | 10.94 |
| 10/22/2014 | 10.93 | 10.93 | 10.93 | 10.93 |
| 10/23/2014 | 10.88 | 10.88 | 10.88 | 10.88 |
| 10/24/2014 | 10.82 | 10.82 | 10.82 | 10.82 |
| 10/27/2014 | 10.85 | 10.85 | 10.85 | 10.85 |
| 10/28/2014 | 10.79 | 10.79 | 10.79 | 10.79 |
| 10/29/2014 | 10.83 | 10.83 | 10.83 | 10.83 |
| 10/30/2014 | 10.74 | 10.74 | 10.74 | 10.74 |
| 10/31/2014 | 10.49 | 10.49 | 10.49 | 10.49 |
| 11/3/2014 | 10.52 | 10.52 | 10.52 | 10.52 |
| 11/4/2014 | 10.62 | 10.62 | 10.62 | 10.62 |
| 11/5/2014 | 10.49 | 10.49 | 10.49 | 10.49 |
| 11/6/2014 | 10.37 | 10.37 | 10.37 | 10.37 |
| 11/7/2014 | 10.52 | 10.52 | 10.52 | 10.52 |
| 11/10/2014 | 10.45 | 10.45 | 10.45 | 10.45 |
| 11/11/2014 | 10.41 | 10.41 | 10.41 | 10.41 |
| 11/12/2014 | 10.47 | 10.47 | 10.47 | 10.47 |
| 11/13/2014 | 10.52 | 10.52 | 10.52 | 10.52 |
| 11/14/2014 | 10.49 | 10.49 | 10.49 | 10.49 |
| 11/17/2014 | 10.48 | 10.48 | 10.48 | 10.48 |
| 11/18/2014 | 10.32 | 10.32 | 10.32 | 10.32 |
| 11/19/2014 | 10.38 | 10.38 | 10.38 | 10.38 |
| 11/20/2014 | 10.37 | 10.37 | 10.37 | 10.37 |
| 11/21/2014 | 10.17 | 10.17 | 10.17 | 10.17 |
| 11/24/2014 | 10.08 | 10.08 | 10.08 | 10.08 |
| 11/25/2014 | 10.09 | 10.09 | 10.09 | 10.09 |
| 11/26/2014 | 10.02 | 10.02 | 10.02 | 10.02 |
| 11/28/2014 | 10.04 | 10.04 | 10.04 | 10.04 |
| 12/1/2014 | 10.26 | 10.26 | 10.26 | 10.26 |
| 12/2/2014 | 10.17 | 10.17 | 10.17 | 10.17 |
| 12/3/2014 | 10.18 | 10.18 | 10.18 | 10.18 |
| 12/4/2014 | 10.19 | 10.19 | 10.19 | 10.19 |
| 12/5/2014 | 10.21 | 10.21 | 10.21 | 10.21 |
| 12/8/2014 | 10.27 | 10.27 | 10.27 | 10.27 |
| 12/9/2014 | 10.36 | 10.36 | 10.36 | 10.36 |
| 12/10/2014 | 10.38 | 10.38 | 10.38 | 10.38 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 12/11/2014 | 10.3 | 10.3 | 10.3 | 10.3 |
| 12/12/2014 | 10.34 | 10.34 | 10.34 | 10.34 |
| 12/15/2014 | 10.37 | 10.37 | 10.37 | 10.37 |
| 12/16/2014 | 10.3 | 10.3 | 10.3 | 10.3 |
| 12/17/2014 | 10.43 | 10.43 | 10.43 | 10.43 |
| 12/18/2014 | 10.24 | 10.24 | 10.24 | 10.24 |
| 12/19/2014 | 10.12 | 10.12 | 10.12 | 10.12 |
| 12/22/2014 | 10.13 | 10.13 | 10.13 | 10.13 |
| 12/23/2014 | 10.12 | 10.12 | 10.12 | 10.12 |
| 12/24/2014 | 10.14 | 10.14 | 10.14 | 10.14 |
| 12/26/2014 | 10.11 | 10.11 | 10.11 | 10.11 |
| 12/29/2014 | 10.12 | 10.12 | 10.12 | 10.12 |
| 12/30/2014 | 10.16 | 10.16 | 10.16 | 10.16 |
| 12/31/2014 | 10.21 | 10.21 | 10.21 | 10.21 |
| 1/2/2015 | 10.32 | 10.32 | 10.32 | 10.32 |
| 1/5/2015 | 10.46 | 10.46 | 10.46 | 10.46 |
| 1/6/2015 | 10.5 | 10.5 | 10.5 | 10.5 |
| 1/7/2015 | 10.45 | 10.45 | 10.45 | 10.45 |
| 1/8/2015 | 10.32 | 10.32 | 10.32 | 10.32 |
| 1/9/2015 | 10.44 | 10.44 | 10.44 | 10.44 |
| 1/12/2015 | 10.48 | 10.48 | 10.48 | 10.48 |
| 1/13/2015 | 10.52 | 10.52 | 10.52 | 10.52 |
| 1/14/2015 | 10.52 | 10.52 | 10.52 | 10.52 |
| 1/15/2015 | 10.55 | 10.55 | 10.55 | 10.55 |
| 1/16/2015 | 10.53 | 10.53 | 10.53 | 10.53 |
| 1/20/2015 | 10.57 | 10.57 | 10.57 | 10.57 |
| 1/21/2015 | 10.57 | 10.57 | 10.57 | 10.57 |
| 1/22/2015 | 10.49 | 10.49 | 10.49 | 10.49 |
| 1/23/2015 | 10.54 | 10.54 | 10.54 | 10.54 |
| 1/26/2015 | 10.54 | 10.54 | 10.54 | 10.54 |
| 1/27/2015 | 10.57 | 10.57 | 10.57 | 10.57 |
| 1/28/2015 | 10.62 | 10.62 | 10.62 | 10.62 |
| 1/29/2015 | 10.61 | 10.61 | 10.61 | 10.61 |
| 1/30/2015 | 10.63 | 10.63 | 10.63 | 10.63 |
| 2/2/2015 | 10.63 | 10.63 | 10.63 | 10.63 |
| 2/3/2015 | 10.61 | 10.61 | 10.61 | 10.61 |
| 2/4/2015 | 10.63 | 10.63 | 10.63 | 10.63 |
| 2/5/2015 | 10.58 | 10.58 | 10.58 | 10.58 |
| 2/6/2015 | 10.59 | 10.59 | 10.59 | 10.59 |
| 2/9/2015 | 10.61 | 10.61 | 10.61 | 10.61 |
| 2/10/2015 | 10.58 | 10.58 | 10.58 | 10.58 |
| 2/11/2015 | 10.57 | 10.57 | 10.57 | 10.57 |
| 2/12/2015 | 10.53 | 10.53 | 10.53 | 10.53 |
| 2/13/2015 | 10.49 | 10.49 | 10.49 | 10.49 |
| 2/17/2015 | 10.5 | 10.5 | 10.5 | 10.5 |
| 2/18/2015 | 10.52 | 10.52 | 10.52 | 10.52 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 2/19/2015 | 10.54 | 10.54 | 10.54 | 10.54 |
| 2/20/2015 | 10.51 | 10.51 | 10.51 | 10.51 |
| 2/23/2015 | 10.53 | 10.53 | 10.53 | 10.53 |
| 2/24/2015 | 10.53 | 10.53 | 10.53 | 10.53 |
| 2/25/2015 | 10.56 | 10.56 | 10.56 | 10.56 |
| 2/26/2015 | 10.56 | 10.56 | 10.56 | 10.56 |
| 2/27/2015 | 10.59 | 10.59 | 10.59 | 10.59 |
| 3/2/2015 | 10.6 | 10.6 | 10.6 | 10.6 |
| 3/3/2015 | 10.61 | 10.61 | 10.61 | 10.61 |
| 3/4/2015 | 10.62 | 10.62 | 10.62 | 10.62 |
| 3/5/2015 | 10.62 | 10.62 | 10.62 | 10.62 |
| 3/6/2015 | 10.61 | 10.61 | 10.61 | 10.61 |
| 3/9/2015 | 10.61 | 10.61 | 10.61 | 10.61 |
| 3/10/2015 | 10.61 | 10.61 | 10.61 | 10.61 |
| 3/11/2015 | 10.6 | 10.6 | 10.6 | 10.6 |
| 3/12/2015 | 10.6 | 10.6 | 10.6 | 10.6 |
| 3/13/2015 | 10.6 | 10.6 | 10.6 | 10.6 |
| 3/16/2015 | 10.59 | 10.59 | 10.59 | 10.59 |
| 3/17/2015 | 10.6 | 10.6 | 10.6 | 10.6 |
| 3/18/2015 | 10.6 | 10.6 | 10.6 | 10.6 |
| 3/19/2015 | 10.59 | 10.59 | 10.59 | 10.59 |
| 3/20/2015 | 10.57 | 10.57 | 10.57 | 10.57 |
| 3/23/2015 | 10.59 | 10.59 | 10.59 | 10.59 |
| 3/24/2015 | 10.61 | 10.61 | 10.61 | 10.61 |
| 3/25/2015 | 10.64 | 10.64 | 10.64 | 10.64 |
| 3/26/2015 | 10.64 | 10.64 | 10.64 | 10.64 |
| 3/27/2015 | 10.63 | 10.63 | 10.63 | 10.63 |
| 3/30/2015 | 10.63 | 10.63 | 10.63 | 10.63 |
| 3/31/2015 | 10.63 | 10.63 | 10.63 | 10.63 |
| 4/1/2015 | 10.65 | 10.65 | 10.65 | 10.65 |
| 4/2/2015 | 10.65 | 10.65 | 10.65 | 10.65 |
| 4/6/2015 | 10.64 | 10.64 | 10.64 | 10.64 |
| 4/7/2015 | 10.66 | 10.66 | 10.66 | 10.66 |
| 4/8/2015 | 10.66 | 10.66 | 10.66 | 10.66 |
| 4/9/2015 | 10.67 | 10.67 | 10.67 | 10.67 |
| 4/10/2015 | 10.65 | 10.65 | 10.65 | 10.65 |
| 4/13/2015 | 10.61 | 10.61 | 10.61 | 10.61 |
| 4/14/2015 | 10.62 | 10.62 | 10.62 | 10.62 |
| 4/15/2015 | 10.6 | 10.6 | 10.6 | 10.6 |
| 4/16/2015 | 10.57 | 10.57 | 10.57 | 10.57 |
| 4/17/2015 | 10.65 | 10.65 | 10.65 | 10.65 |
| 4/20/2015 | 10.63 | 10.63 | 10.63 | 10.63 |
| 4/21/2015 | 10.63 | 10.63 | 10.63 | 10.63 |
| 4/22/2015 | 10.63 | 10.63 | 10.63 | 10.63 |
| 4/23/2015 | 10.6 | 10.6 | 10.6 | 10.6 |
| 4/24/2015 | 10.58 | 10.58 | 10.58 | 10.58 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 4/27/2015 | 10.58 | 10.58 | 10.58 | 10.58 |
| 4/28/2015 | 10.6 | 10.6 | 10.6 | 10.6 |
| 4/29/2015 | 10.65 | 10.65 | 10.65 | 10.65 |
| 4/30/2015 | 10.71 | 10.71 | 10.71 | 10.71 |
| 5/1/2015 | 10.68 | 10.68 | 10.68 | 10.68 |
| 5/4/2015 | 10.65 | 10.65 | 10.65 | 10.65 |
| 5/5/2015 | 10.7 | 10.7 | 10.7 | 10.7 |
| 5/6/2015 | 10.74 | 10.74 | 10.74 | 10.74 |
| 5/7/2015 | 10.7 | 10.7 | 10.7 | 10.7 |
| 5/8/2015 | 10.67 | 10.67 | 10.67 | 10.67 |
| 5/11/2015 | 10.66 | 10.66 | 10.66 | 10.66 |
| 5/12/2015 | 10.68 | 10.68 | 10.68 | 10.68 |
| 5/13/2015 | 10.71 | 10.71 | 10.71 | 10.71 |
| 5/14/2015 | 10.68 | 10.68 | 10.68 | 10.68 |
| 5/15/2015 | 10.71 | 10.71 | 10.71 | 10.71 |
| 5/18/2015 | 10.68 | 10.68 | 10.68 | 10.68 |
| 5/19/2015 | 10.68 | 10.68 | 10.68 | 10.68 |
| 5/20/2015 | 10.69 | 10.69 | 10.69 | 10.69 |
| 5/21/2015 | 10.72 | 10.72 | 10.72 | 10.72 |
| 5/22/2015 | 10.72 | 10.72 | 10.72 | 10.72 |
| 5/26/2015 | 10.79 | 10.79 | 10.79 | 10.79 |
| 5/27/2015 | 10.79 | 10.79 | 10.79 | 10.79 |
| 5/28/2015 | 10.79 | 10.79 | 10.79 | 10.79 |
| 5/29/2015 | 10.83 | 10.83 | 10.83 | 10.83 |
| 6/1/2015 | 10.84 | 10.84 | 10.84 | 10.84 |
| 6/2/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 6/3/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 6/4/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 6/5/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 6/8/2015 | 10.83 | 10.83 | 10.83 | 10.83 |
| 6/9/2015 | 10.84 | 10.84 | 10.84 | 10.84 |
| 6/10/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 6/11/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 6/12/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 6/15/2015 | 10.83 | 10.83 | 10.83 | 10.83 |
| 6/16/2015 | 10.81 | 10.81 | 10.81 | 10.81 |
| 6/17/2015 | 10.81 | 10.81 | 10.81 | 10.81 |
| 6/18/2015 | 10.8 | 10.8 | 10.8 | 10.8 |
| 6/19/2015 | 10.82 | 10.82 | 10.82 | 10.82 |
| 6/22/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 6/23/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 6/24/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 6/25/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 6/26/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 6/29/2015 | 10.84 | 10.84 | 10.84 | 10.84 |
| 6/30/2015 | 10.86 | 10.86 | 10.86 | 10.86 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 7/1/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/2/2015 | 10.88 | 10.88 | 10.88 | 10.88 |
| 7/6/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 7/7/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/8/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 7/9/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/10/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 7/13/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 7/14/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/15/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 7/16/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/17/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 7/20/2015 | 10.82 | 10.82 | 10.82 | 10.82 |
| 7/21/2015 | 10.83 | 10.83 | 10.83 | 10.83 |
| 7/22/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/23/2015 | 10.85 | 10.85 | 10.85 | 10.85 |
| 7/24/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 7/27/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/28/2015 | 10.88 | 10.88 | 10.88 | 10.88 |
| 7/29/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 7/30/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 7/31/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 8/3/2015 | 10.89 | 10.89 | 10.89 | 10.89 |
| 8/4/2015 | 10.9 | 10.9 | 10.9 | 10.9 |
| 8/5/2015 | 10.89 | 10.89 | 10.89 | 10.89 |
| 8/6/2015 | 10.91 | 10.91 | 10.91 | 10.91 |
| 8/7/2015 | 10.92 | 10.92 | 10.92 | 10.92 |
| 8/10/2015 | 10.9 | 10.9 | 10.9 | 10.9 |
| 8/11/2015 | 10.91 | 10.91 | 10.91 | 10.91 |
| 8/12/2015 | 10.93 | 10.93 | 10.93 | 10.93 |
| 8/13/2015 | 10.94 | 10.94 | 10.94 | 10.94 |
| 8/14/2015 | 10.93 | 10.93 | 10.93 | 10.93 |
| 8/17/2015 | 10.94 | 10.94 | 10.94 | 10.94 |
| 8/18/2015 | 10.93 | 10.93 | 10.93 | 10.93 |
| 8/19/2015 | 10.97 | 10.97 | 10.97 | 10.97 |
| 8/20/2015 | 10.96 | 10.96 | 10.96 | 10.96 |
| 8/21/2015 | 10.96 | 10.96 | 10.96 | 10.96 |
| 8/24/2015 | 10.94 | 10.94 | 10.94 | 10.94 |
| 8/25/2015 | 10.93 | 10.93 | 10.93 | 10.93 |
| 8/26/2015 | 10.92 | 10.92 | 10.92 | 10.92 |
| 8/27/2015 | 10.9 | 10.9 | 10.9 | 10.9 |
| 8/28/2015 | 10.96 | 10.96 | 10.96 | 10.96 |
| 8/31/2015 | 10.98 | 10.98 | 10.98 | 10.98 |
| 9/1/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 9/2/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 9/3/2015 | 11.03 | 11.03 | 11.03 | 11.03 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 9/4/2015 | 11.03 | 11.03 | 11.03 | 11.03 |
| 9/8/2015 | 11.03 | 11.03 | 11.03 | 11.03 |
| 9/9/2015 | 11.03 | 11.03 | 11.03 | 11.03 |
| 9/10/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 9/11/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 9/14/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 9/15/2015 | 11 | 11 | 11 | 11 |
| 9/16/2015 | 11 | 11 | 11 | 11 |
| 9/17/2015 | 11 | 11 | 11 | 11 |
| 9/18/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 9/21/2015 | 11 | 11 | 11 | 11 |
| 9/22/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 9/23/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 9/24/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 9/25/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 9/28/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 9/29/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 9/30/2015 | 11.03 | 11.03 | 11.03 | 11.03 |
| 10/1/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 10/2/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 10/5/2015 | 11 | 11 | 11 | 11 |
| 10/6/2015 | 11 | 11 | 11 | 11 |
| 10/7/2015 | 11 | 11 | 11 | 11 |
| 10/8/2015 | 10.99 | 10.99 | 10.99 | 10.99 |
| 10/9/2015 | 10.99 | 10.99 | 10.99 | 10.99 |
| 10/12/2015 | 10.98 | 10.98 | 10.98 | 10.98 |
| 10/13/2015 | 10.99 | 10.99 | 10.99 | 10.99 |
| 10/14/2015 | 10.99 | 10.99 | 10.99 | 10.99 |
| 10/15/2015 | 10.98 | 10.98 | 10.98 | 10.98 |
| 10/16/2015 | 10.98 | 10.98 | 10.98 | 10.98 |
| 10/19/2015 | 10.97 | 10.97 | 10.97 | 10.97 |
| 10/20/2015 | 10.97 | 10.97 | 10.97 | 10.97 |
| 10/21/2015 | 10.98 | 10.98 | 10.98 | 10.98 |
| 10/22/2015 | 10.97 | 10.97 | 10.97 | 10.97 |
| 10/23/2015 | 10.96 | 10.96 | 10.96 | 10.96 |
| 10/26/2015 | 10.96 | 10.96 | 10.96 | 10.96 |
| 10/27/2015 | 10.96 | 10.96 | 10.96 | 10.96 |
| 10/28/2015 | 10.95 | 10.95 | 10.95 | 10.95 |
| 10/29/2015 | 10.95 | 10.95 | 10.95 | 10.95 |
| 10/30/2015 | 10.96 | 10.96 | 10.96 | 10.96 |
| 11/2/2015 | 10.96 | 10.96 | 10.96 | 10.96 |
| 11/3/2015 | 10.94 | 10.94 | 10.94 | 10.94 |
| 11/4/2015 | 10.93 | 10.93 | 10.93 | 10.93 |
| 11/5/2015 | 10.96 | 10.96 | 10.96 | 10.96 |
| 11/6/2015 | 10.97 | 10.97 | 10.97 | 10.97 |
| 11/9/2015 | 10.98 | 10.98 | 10.98 | 10.98 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 11/10/2015 | 10.99 | 10.99 | 10.99 | 10.99 |
| 11/11/2015 | 10.99 | 10.99 | 10.99 | 10.99 |
| 11/12/2015 | 11 | 11 | 11 | 11 |
| 11/13/2015 | 10.98 | 10.98 | 10.98 | 10.98 |
| 11/16/2015 | 10.99 | 10.99 | 10.99 | 10.99 |
| 11/17/2015 | 10.98 | 10.98 | 10.98 | 10.98 |
| 11/18/2015 | 10.97 | 10.97 | 10.97 | 10.97 |
| 11/19/2015 | 10.97 | 10.97 | 10.97 | 10.97 |
| 11/20/2015 | 10.98 | 10.98 | 10.98 | 10.98 |
| 11/23/2015 | 11 | 11 | 11 | 11 |
| 11/24/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 11/25/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 11/27/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 11/30/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/1/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/2/2015 | 11.03 | 11.03 | 11.03 | 11.03 |
| 12/3/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/4/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/7/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/8/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/9/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/10/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/11/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/14/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/15/2015 | 11.02 | 11.02 | 11.02 | 11.02 |
| 12/16/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 12/17/2015 | 11.01 | 11.01 | 11.01 | 11.01 |
| 12/18/2015 | 10.88 | 10.88 | 10.88 | 10.88 |
| 12/21/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 12/22/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 12/23/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 12/24/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 12/28/2015 | 10.86 | 10.86 | 10.86 | 10.86 |
| 12/29/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 12/30/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 12/31/2015 | 10.87 | 10.87 | 10.87 | 10.87 |
| 1/4/2016 | 10.87 | 10.87 | 10.87 | 10.87 |
| 1/5/2016 | 10.86 | 10.86 | 10.86 | 10.86 |
| 1/6/2016 | 10.86 | 10.86 | 10.86 | 10.86 |
| 1/7/2016 | 10.88 | 10.88 | 10.88 | 10.88 |
| 1/8/2016 | 10.89 | 10.89 | 10.89 | 10.89 |
| 1/11/2016 | 10.89 | 10.89 | 10.89 | 10.89 |
| 1/12/2016 | 10.88 | 10.88 | 10.88 | 10.88 |
| 1/13/2016 | 10.89 | 10.89 | 10.89 | 10.89 |
| 1/14/2016 | 10.89 | 10.89 | 10.89 | 10.89 |
| 1/15/2016 | 10.9 | 10.9 | 10.9 | 10.9 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 1/19/2016 | 10.9 | 10.9 | 10.9 | 10.9 |
| 1/20/2016 | 10.9 | 10.9 | 10.9 | 10.9 |
| 1/21/2016 | 10.91 | 10.91 | 10.91 | 10.91 |
| 1/22/2016 | 10.92 | 10.92 | 10.92 | 10.92 |
| 1/25/2016 | 10.91 | 10.91 | 10.91 | 10.91 |
| 1/26/2016 | 10.91 | 10.91 | 10.91 | 10.91 |
| 1/27/2016 | 10.9 | 10.9 | 10.9 | 10.9 |
| 1/28/2016 | 10.91 | 10.91 | 10.91 | 10.91 |
| 1/29/2016 | 10.92 | 10.92 | 10.92 | 10.92 |
| 2/1/2016 | 10.92 | 10.92 | 10.92 | 10.92 |
| 2/2/2016 | 10.94 | 10.94 | 10.94 | 10.94 |
| 2/3/2016 | 10.93 | 10.93 | 10.93 | 10.93 |
| 2/4/2016 | 10.94 | 10.94 | 10.94 | 10.94 |
| 2/5/2016 | 10.93 | 10.93 | 10.93 | 10.93 |
| 2/8/2016 | 10.91 | 10.91 | 10.91 | 10.91 |
| 2/9/2016 | 10.92 | 10.92 | 10.92 | 10.92 |
| 2/10/2016 | 10.94 | 10.94 | 10.94 | 10.94 |
| 2/11/2016 | 10.95 | 10.95 | 10.95 | 10.95 |
| 2/12/2016 | 10.98 | 10.98 | 10.98 | 10.98 |
| 2/16/2016 | 10.99 | 10.99 | 10.99 | 10.99 |
| 2/17/2016 | 10.97 | 10.97 | 10.97 | 10.97 |
| 2/18/2016 | 10.99 | 10.99 | 10.99 | 10.99 |
| 2/19/2016 | 10.99 | 10.99 | 10.99 | 10.99 |
| 2/22/2016 | 10.97 | 10.97 | 10.97 | 10.97 |
| 2/23/2016 | 10.98 | 10.98 | 10.98 | 10.98 |
| 2/24/2016 | 10.97 | 10.97 | 10.97 | 10.97 |
| 2/25/2016 | 10.97 | 10.97 | 10.97 | 10.97 |
| 2/26/2016 | 10.98 | 10.98 | 10.98 | 10.98 |
| 2/29/2016 | 10.99 | 10.99 | 10.99 | 10.99 |
| 3/1/2016 | 10.97 | 10.97 | 10.97 | 10.97 |
| 3/2/2016 | 10.97 | 10.97 | 10.97 | 10.97 |
| 3/3/2016 | 10.94 | 10.94 | 10.94 | 10.94 |
| 3/4/2016 | 10.95 | 10.95 | 10.95 | 10.95 |
| 3/7/2016 | 10.94 | 10.94 | 10.94 | 10.94 |
| 3/8/2016 | 10.98 | 10.98 | 10.98 | 10.98 |
| 3/9/2016 | 10.96 | 10.96 | 10.96 | 10.96 |
| 3/10/2016 | 10.97 | 10.97 | 10.97 | 10.97 |
| 3/11/2016 | 10.89 | 10.89 | 10.89 | 10.89 |
| 3/14/2016 | 10.92 | 10.92 | 10.92 | 10.92 |
| 3/15/2016 | 10.92 | 10.92 | 10.92 | 10.92 |
| 3/16/2016 | 10.94 | 10.94 | 10.94 | 10.94 |
| 3/17/2016 | 10.9 | 10.9 | 10.9 | 10.9 |
| 3/18/2016 | 10.87 | 10.87 | 10.87 | 10.87 |
| 3/21/2016 | 10.88 | 10.88 | 10.88 | 10.88 |
| 3/22/2016 | 10.91 | 10.91 | 10.91 | 10.91 |
| 3/23/2016 | 10.95 | 10.95 | 10.95 | 10.95 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 3/24/2016 | 10.94 | 10.94 | 10.94 | 10.94 |
| 3/28/2016 | 10.96 | 10.96 | 10.96 | 10.96 |
| 3/29/2016 | 10.93 | 10.93 | 10.93 | 10.93 |
| 3/30/2016 | 10.93 | 10.93 | 10.93 | 10.93 |
| 3/31/2016 | 10.95 | 10.95 | 10.95 | 10.95 |
| 4/1/2016 | 10.88 | 10.88 | 10.88 | 10.88 |
| 4/4/2016 | 10.9 | 10.9 | 10.9 | 10.9 |
| 4/5/2016 | 10.98 | 10.98 | 10.98 | 10.98 |
| 4/6/2016 | 10.93 | 10.93 | 10.93 | 10.93 |
| 4/7/2016 | 11.03 | 11.03 | 11.03 | 11.03 |
| 4/8/2016 | 11.07 | 11.07 | 11.07 | 11.07 |
| 4/11/2016 | 11.08 | 11.08 | 11.08 | 11.08 |
| 4/12/2016 | 11.03 | 11.03 | 11.03 | 11.03 |
| 4/13/2016 | 10.89 | 10.89 | 10.89 | 10.89 |
| 4/14/2016 | 10.85 | 10.85 | 10.85 | 10.85 |
| 4/15/2016 | 10.92 | 10.92 | 10.92 | 10.92 |
| 4/18/2016 | 10.82 | 10.82 | 10.82 | 10.82 |
| 4/19/2016 | 10.69 | 10.69 | 10.69 | 10.69 |
| 4/20/2016 | 10.57 | 10.57 | 10.57 | 10.57 |
| 4/21/2016 | 10.78 | 10.78 | 10.78 | 10.78 |
| 4/22/2016 | 10.83 | 10.83 | 10.83 | 10.83 |
| 4/25/2016 | 10.85 | 10.85 | 10.85 | 10.85 |
| 4/26/2016 | 10.81 | 10.81 | 10.81 | 10.81 |
| 4/27/2016 | 10.81 | 10.81 | 10.81 | 10.81 |
| 4/28/2016 | 10.97 | 10.97 | 10.97 | 10.97 |
| 4/29/2016 | 11.07 | 11.07 | 11.07 | 11.07 |
| 5/2/2016 | 11.07 | 11.07 | 11.07 | 11.07 |
| 5/3/2016 | 11.11 | 11.11 | 11.11 | 11.11 |
| 5/4/2016 | 11.11 | 11.11 | 11.11 | 11.11 |
| 5/5/2016 | 11.13 | 11.13 | 11.13 | 11.13 |
| 5/6/2016 | 11.16 | 11.16 | 11.16 | 11.16 |
| 5/9/2016 | 11.19 | 11.19 | 11.19 | 11.19 |
| 5/10/2016 | 11.17 | 11.17 | 11.17 | 11.17 |
| 5/11/2016 | 11.2 | 11.2 | 11.2 | 11.2 |
| 5/12/2016 | 11.23 | 11.23 | 11.23 | 11.23 |
| 5/13/2016 | 11.24 | 11.24 | 11.24 | 11.24 |
| 5/16/2016 | 11.27 | 11.27 | 11.27 | 11.27 |
| 5/17/2016 | 11.25 | 11.25 | 11.25 | 11.25 |
| 5/18/2016 | 11.23 | 11.23 | 11.23 | 11.23 |
| 5/19/2016 | 11.25 | 11.25 | 11.25 | 11.25 |
| 5/20/2016 | 11.24 | 11.24 | 11.24 | 11.24 |
| 5/23/2016 | 11.25 | 11.25 | 11.25 | 11.25 |
| 5/24/2016 | 11.28 | 11.28 | 11.28 | 11.28 |
| 5/25/2016 | 11.23 | 11.23 | 11.23 | 11.23 |
| 5/26/2016 | 11.26 | 11.26 | 11.26 | 11.26 |
| 5/27/2016 | 11.25 | 11.25 | 11.25 | 11.25 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 5/31/2016 | 11.25 | 11.25 | 11.25 | 11.25 |
| 6/1/2016 | 11.27 | 11.27 | 11.27 | 11.27 |
| 6/2/2016 | 11.28 | 11.28 | 11.28 | 11.28 |
| 6/3/2016 | 11.4 | 11.4 | 11.4 | 11.4 |
| 6/6/2016 | 11.33 | 11.33 | 11.33 | 11.33 |
| 6/7/2016 | 11.27 | 11.27 | 11.27 | 11.27 |
| 6/8/2016 | 11.18 | 11.18 | 11.18 | 11.18 |
| 6/9/2016 | 11.19 | 11.19 | 11.19 | 11.19 |
| 6/10/2016 | 11.31 | 11.31 | 11.31 | 11.31 |
| 6/13/2016 | 11.29 | 11.29 | 11.29 | 11.29 |
| 6/14/2016 | 11.33 | 11.33 | 11.33 | 11.33 |
| 6/15/2016 | 11.38 | 11.38 | 11.38 | 11.38 |
| 6/16/2016 | 11.41 | 11.41 | 11.41 | 11.41 |
| 6/17/2016 | 11.41 | 11.41 | 11.41 | 11.41 |
| 6/20/2016 | 11.41 | 11.41 | 11.41 | 11.41 |
| 6/21/2016 | 11.44 | 11.44 | 11.44 | 11.44 |
| 6/22/2016 | 11.31 | 11.31 | 11.31 | 11.31 |
| 6/23/2016 | 11.41 | 11.41 | 11.41 | 11.41 |
| 6/24/2016 | 11.36 | 11.36 | 11.36 | 11.36 |
| 6/27/2016 | 11.32 | 11.32 | 11.32 | 11.32 |
| 6/28/2016 | 11.34 | 11.34 | 11.34 | 11.34 |
| 6/29/2016 | 11.41 | 11.41 | 11.41 | 11.41 |
| 6/30/2016 | 11.41 | 11.41 | 11.41 | 11.41 |
| 7/1/2016 | 11.45 | 11.45 | 11.45 | 11.45 |
| 7/5/2016 | 11.46 | 11.46 | 11.46 | 11.46 |
| 7/6/2016 | 11.48 | 11.48 | 11.48 | 11.48 |
| 7/7/2016 | 11.48 | 11.48 | 11.48 | 11.48 |
| 7/8/2016 | 11.45 | 11.45 | 11.45 | 11.45 |
| 7/11/2016 | 11.32 | 11.32 | 11.32 | 11.32 |
| 7/12/2016 | 11.02 | 11.02 | 11.02 | 11.02 |
| 7/13/2016 | 11.14 | 11.14 | 11.14 | 11.14 |
| 7/14/2016 | 10.89 | 10.89 | 10.89 | 10.89 |
| 7/15/2016 | 11.1 | 11.1 | 11.1 | 11.1 |
| 7/18/2016 | 11.08 | 11.08 | 11.08 | 11.08 |
| 7/19/2016 | 11.22 | 11.22 | 11.22 | 11.22 |
| 7/20/2016 | 11.01 | 11.01 | 11.01 | 11.01 |
| 7/21/2016 | 11.19 | 11.19 | 11.19 | 11.19 |
| 7/22/2016 | 11.13 | 11.13 | 11.13 | 11.13 |
| 7/25/2016 | 11.22 | 11.22 | 11.22 | 11.22 |
| 7/26/2016 | 11.25 | 11.25 | 11.25 | 11.25 |
| 7/27/2016 | 11.37 | 11.37 | 11.37 | 11.37 |
| 7/28/2016 | 11.33 | 11.33 | 11.33 | 11.33 |
| 7/29/2016 | 11.46 | 11.46 | 11.46 | 11.46 |
| 8/1/2016 | 11.56 | 11.56 | 11.56 | 11.56 |
| 8/2/2016 | 11.64 | 11.64 | 11.64 | 11.64 |
| 8/3/2016 | 11.67 | 11.67 | 11.67 | 11.67 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 8/4/2016 | 11.73 | 11.73 | 11.73 | 11.73 |
| 8/5/2016 | 11.58 | 11.58 | 11.58 | 11.58 |
| 8/8/2016 | 11.68 | 11.68 | 11.68 | 11.68 |
| 8/9/2016 | 11.67 | 11.67 | 11.67 | 11.67 |
| 8/10/2016 | 11.73 | 11.73 | 11.73 | 11.73 |
| 8/11/2016 | 11.64 | 11.64 | 11.64 | 11.64 |
| 8/12/2016 | 11.75 | 11.75 | 11.75 | 11.75 |
| 8/15/2016 | 11.71 | 11.71 | 11.71 | 11.71 |
| 8/16/2016 | 11.79 | 11.79 | 11.79 | 11.79 |
| 8/17/2016 | 11.89 | 11.89 | 11.89 | 11.89 |
| 8/18/2016 | 11.93 | 11.93 | 11.93 | 11.93 |
| 8/19/2016 | 12.03 | 12.03 | 12.03 | 12.03 |
| 8/22/2016 | 12 | 12 | 12 | 12 |
| 8/23/2016 | 12.01 | 12.01 | 12.01 | 12.01 |
| 8/24/2016 | 12.02 | 12.02 | 12.02 | 12.02 |
| 8/25/2016 | 12.01 | 12.01 | 12.01 | 12.01 |
| 8/26/2016 | 12.06 | 12.06 | 12.06 | 12.06 |
| 8/29/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 8/30/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 8/31/2016 | 12.08 | 12.08 | 12.08 | 12.08 |
| 9/1/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 9/2/2016 | 12.16 | 12.16 | 12.16 | 12.16 |
| 9/6/2016 | 12.2 | 12.2 | 12.2 | 12.2 |
| 9/7/2016 | 12.22 | 12.22 | 12.22 | 12.22 |
| 9/8/2016 | 12.21 | 12.21 | 12.21 | 12.21 |
| 9/9/2016 | 12 | 12 | 12 | 12 |
| 9/12/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 9/13/2016 | 12.03 | 12.03 | 12.03 | 12.03 |
| 9/14/2016 | 12.02 | 12.02 | 12.02 | 12.02 |
| 9/15/2016 | 12.07 | 12.07 | 12.07 | 12.07 |
| 9/16/2016 | 12.06 | 12.06 | 12.06 | 12.06 |
| 9/19/2016 | 12.05 | 12.05 | 12.05 | 12.05 |
| 9/20/2016 | 12.05 | 12.05 | 12.05 | 12.05 |
| 9/21/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 9/22/2016 | 12.11 | 12.11 | 12.11 | 12.11 |
| 9/23/2016 | 12.11 | 12.11 | 12.11 | 12.11 |
| 9/26/2016 | 12.08 | 12.08 | 12.08 | 12.08 |
| 9/27/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 9/28/2016 | 12.12 | 12.12 | 12.12 | 12.12 |
| 9/29/2016 | 12.11 | 12.11 | 12.11 | 12.11 |
| 9/30/2016 | 12.12 | 12.12 | 12.12 | 12.12 |
| 10/3/2016 | 12.11 | 12.11 | 12.11 | 12.11 |
| 10/4/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 10/5/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 10/6/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 10/7/2016 | 12.1 | 12.1 | 12.1 | 12.1 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 10/10/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 10/11/2016 | 12.08 | 12.08 | 12.08 | 12.08 |
| 10/12/2016 | 12.08 | 12.08 | 12.08 | 12.08 |
| 10/13/2016 | 12.08 | 12.08 | 12.08 | 12.08 |
| 10/14/2016 | 12.08 | 12.08 | 12.08 | 12.08 |
| 10/17/2016 | 12.08 | 12.08 | 12.08 | 12.08 |
| 10/18/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 10/19/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 10/20/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 10/21/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 10/24/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 10/25/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 10/26/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 10/27/2016 | 12.08 | 12.08 | 12.08 | 12.08 |
| 10/28/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 10/31/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 11/1/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 11/2/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 11/3/2016 | 12.09 | 12.09 | 12.09 | 12.09 |
| 11/4/2016 | 12.08 | 12.08 | 12.08 | 12.08 |
| 11/7/2016 | 12.1 | 12.1 | 12.1 | 12.1 |
| 11/8/2016 | 12.07 | 12.07 | 12.07 | 12.07 |
| 11/9/2016 | 12.07 | 12.07 | 12.07 | 12.07 |
| 11/10/2016 | 12 | 12 | 12 | 12 |
| 11/11/2016 | 12.02 | 12.02 | 12.02 | 12.02 |
| 11/14/2016 | 12.01 | 12.01 | 12.01 | 12.01 |
| 11/15/2016 | 11.96 | 11.96 | 11.96 | 11.96 |
| 11/16/2016 | 12 | 12 | 12 | 12 |
| 11/17/2016 | 11.94 | 11.94 | 11.94 | 11.94 |
| 11/18/2016 | 12.01 | 12.01 | 12.01 | 12.01 |
| 11/21/2016 | 11.97 | 11.97 | 11.97 | 11.97 |
| 11/22/2016 | 11.91 | 11.91 | 11.91 | 11.91 |
| 11/23/2016 | 11.89 | 11.89 | 11.89 | 11.89 |
| 11/25/2016 | 11.8 | 11.8 | 11.8 | 11.8 |
| 11/28/2016 | 11.9 | 11.9 | 11.9 | 11.9 |
| 11/29/2016 | 11.91 | 11.91 | 11.91 | 11.91 |
| 11/30/2016 | 11.93 | 11.93 | 11.93 | 11.93 |
| 12/1/2016 | 11.95 | 11.95 | 11.95 | 11.95 |
| 12/2/2016 | 11.95 | 11.95 | 11.95 | 11.95 |
| 12/5/2016 | 11.97 | 11.97 | 11.97 | 11.97 |
| 12/6/2016 | 11.98 | 11.98 | 11.98 | 11.98 |
| 12/7/2016 | 11.57 | 11.57 | 11.57 | 11.57 |
| 12/8/2016 | 11.26 | 11.26 | 11.26 | 11.26 |
| 12/9/2016 | 11.08 | 11.08 | 11.08 | 11.08 |
| 12/12/2016 | 11.17 | 11.17 | 11.17 | 11.17 |
| 12/13/2016 | 10.73 | 10.73 | 10.73 | 10.73 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 12/14/2016 | 11.07 | 11.07 | 11.07 | 11.07 |
| 12/15/2016 | 10.96 | 10.96 | 10.96 | 10.96 |
| 12/16/2016 | 10.01 | 10.01 | 10.01 | 10.01 |
| 12/19/2016 | 9.99 | 9.99 | 9.99 | 9.99 |
| 12/20/2016 | 9.9 | 9.9 | 9.9 | 9.9 |
| 12/21/2016 | 10.02 | 10.02 | 10.02 | 10.02 |
| 12/22/2016 | 10.07 | 10.07 | 10.07 | 10.07 |
| 12/23/2016 | 10.07 | 10.07 | 10.07 | 10.07 |
| 12/27/2016 | 10.08 | 10.08 | 10.08 | 10.08 |
| 12/28/2016 | 10.28 | 10.28 | 10.28 | 10.28 |
| 12/29/2016 | 10.29 | 10.29 | 10.29 | 10.29 |
| 12/30/2016 | 10.38 | 10.38 | 10.38 | 10.38 |
| 1/3/2017 | 10.27 | 10.27 | 10.27 | 10.27 |
| 1/4/2017 | 10.17 | 10.17 | 10.17 | 10.17 |
| 1/5/2017 | 10.21 | 10.21 | 10.21 | 10.21 |
| 1/6/2017 | 10.1 | 10.1 | 10.1 | 10.1 |
| 1/9/2017 | 10.27 | 10.27 | 10.27 | 10.27 |
| 1/10/2017 | 10.33 | 10.33 | 10.33 | 10.33 |
| 1/11/2017 | 10.22 | 10.22 | 10.22 | 10.22 |
| 1/12/2017 | 10.38 | 10.38 | 10.38 | 10.38 |
| 1/13/2017 | 10.27 | 10.27 | 10.27 | 10.27 |
| 1/17/2017 | 10.53 | 10.53 | 10.53 | 10.53 |
| 1/18/2017 | 10.49 | 10.49 | 10.49 | 10.49 |
| 1/19/2017 | 10.58 | 10.58 | 10.58 | 10.58 |
| 1/20/2017 | 10.62 | 10.62 | 10.62 | 10.62 |
| 1/23/2017 | 10.67 | 10.67 | 10.67 | 10.67 |
| 1/24/2017 | 10.51 | 10.51 | 10.51 | 10.51 |
| 1/25/2017 | 10.05 | 10.05 | 10.05 | 10.05 |
| 1/26/2017 | 10.06 | 10.06 | 10.06 | 10.06 |
| 1/27/2017 | 10.22 | 10.22 | 10.22 | 10.22 |
| 1/30/2017 | 10.48 | 10.48 | 10.48 | 10.48 |
| 1/31/2017 | 10.54 | 10.54 | 10.54 | 10.54 |
| 2/1/2017 | 10.58 | 10.58 | 10.58 | 10.58 |
| 2/2/2017 | 10.59 | 10.59 | 10.59 | 10.59 |
| 2/3/2017 | 10.34 | 10.34 | 10.34 | 10.34 |
| 2/6/2017 | 10.49 | 10.49 | 10.49 | 10.49 |
| 2/7/2017 | 10.48 | 10.48 | 10.48 | 10.48 |
| 2/8/2017 | 10.46 | 10.46 | 10.46 | 10.46 |
| 2/9/2017 | 10.1 | 10.1 | 10.1 | 10.1 |
| 2/10/2017 | 9.85 | 9.85 | 9.85 | 9.85 |
| 2/13/2017 | 9.43 | 9.43 | 9.43 | 9.43 |
| 2/14/2017 | 9.16 | 9.16 | 9.16 | 9.16 |
| 2/15/2017 | 8.98 | 8.98 | 8.98 | 8.98 |
| 2/16/2017 | 9.03 | 9.03 | 9.03 | 9.03 |
| 2/17/2017 | 8.95 | 8.95 | 8.95 | 8.95 |
| 2/21/2017 | 8.74 | 8.74 | 8.74 | 8.74 |

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 2/22/2017 | 8.71 | 8.71 | 8.71 | 8.71 |
| 2/23/2017 | 8.63 | 8.63 | 8.63 | 8.63 |
| 2/24/2017 | 8.6 | 8.6 | 8.6 | 8.6 |
| 2/27/2017 | 8.59 | 8.59 | 8.59 | 8.59 |
| 2/28/2017 | 8.61 | 8.61 | 8.61 | 8.61 |
| 3/1/2017 | 8.45 | 8.45 | 8.45 | 8.45 |
| 3/2/2017 | 8.42 | 8.42 | 8.42 | 8.42 |
| 3/3/2017 | 8.4 | 8.4 | 8.4 | 8.4 |
| 3/6/2017 | 8.43 | 8.43 | 8.43 | 8.43 |
| 3/7/2017 | 8.51 | 8.51 | 8.51 | 8.51 |
| 3/8/2017 | 8.51 | 8.51 | 8.51 | 8.51 |
| 3/9/2017 | 8.47 | 8.47 | 8.47 | 8.47 |
| 3/10/2017 | 8.42 | 8.42 | 8.42 | 8.42 |
| 3/13/2017 | 8.4 | 8.4 | 8.4 | 8.4 |
| 3/14/2017 | 8.46 | 8.46 | 8.46 | 8.46 |
| 3/15/2017 | 8.37 | 8.37 | 8.37 | 8.37 |
| 3/16/2017 | 8.41 | 8.41 | 8.41 | 8.41 |
| 3/17/2017 | 8.41 | 8.41 | 8.41 | 8.41 |
| 3/20/2017 | 8.44 | 8.44 | 8.44 | 8.44 |
| 3/21/2017 | 8.64 | 8.64 | 8.64 | 8.64 |
| 3/22/2017 | 8.65 | 8.65 | 8.65 | 8.65 |
| 3/23/2017 | 8.66 | 8.66 | 8.66 | 8.66 |
| 3/24/2017 | 8.63 | 8.63 | 8.63 | 8.63 |
| 3/27/2017 | 8.7 | 8.7 | 8.7 | 8.7 |
| 3/28/2017 | 8.67 | 8.67 | 8.67 | 8.67 |
| 3/29/2017 | 8.63 | 8.63 | 8.63 | 8.63 |
| 3/30/2017 | 8.58 | 8.58 | 8.58 | 8.58 |