← S&P

View another product

# S&P 500
Futures and Options

| GLOBEX CODE | LAST | CHANGE | VOLUME | |
|---|---|---|---|---|
| SPU1 | — | — | — | 📁 Add to portfolio |

*as of August 17 2021, 09:06am CT*

OTES   SETTLEMENTS   VOLUME & OI   TIME & SALES   **SPECS**   MA   FUTURES   OPTIONS ▾

## S&P 500 FUTURES - CONTRACT SPECS

Please be advised that effective Sunday, June 6, 2021 for trade date Monday, June 7, 2021, changes will be applied to the E-mini S&P 500 Stock Price Index Futures and Related Options Contracts. Please refer to SER #8776 to access these changes.

| | |
|---|---|
| **CONTRACT UNIT** | $250 x S&P 500 Index |
| **PRICE QUOTATION** | U.S. dollars and cents per index point |
| **TRADING HOURS** | **CME Globex:**<br>Sunday - Friday: 6:00 p.m. - 5:00 p.m. ET with a trading halt 9:15 a.m. - 4:30 p.m.<br><br>**CME ClearPort:**<br>Sunday 5:00 p.m. - Friday 5:45 p.m. CT with no reporting Monday - Thursday from 5:45 p.m. – 6:00 p.m. CT<br><br>**Open Outcry:**<br>Monday - Friday: 9:30 a.m. - 4:15 p.m. ET |
| **MINIMUM PRICE FLUCTUATION** | **Outright:**<br>0.10 index points = $25.00<br><br>**CALENDAR SPREAD**<br>0.05 index points = $12.50 |
| **PRODUCT CODE** | **CME Globex:** SP   **CME ClearPort:** SP   **Open Outcry:** SP   **Clearing:** SP |
| **LISTED CONTRACTS** | Quarterly contracts (Mar, Jun, Sep, Dec) listed for 9 consecutive quarters and 3 additional Dec contracts. |
| **SETTLEMENT METHOD** | Financially Settled |

| | |
|---|---|
| TERMINATION OF TRADING | Trading terminates at 4:15 p.m. ET on Thursday prior to 3rd Friday of the contract month.<br><br>Trading terminates at 9:15 a.m. ET on Thursday prior to 2nd Friday of the contract month.<br><br>Reporting terminates at 5:45 p.m. CT on Thursday prior to 3rd Friday of the contract month. |
| SETTLEMENT PROCEDURES | Settlement Procedures |
| POSITION LIMITS | CME Position Limits |
| EXCHANGE RULEBOOK | CME 351 |
| BLOCK MINIMUM | Block Table |
| PRICE LIMIT OR CIRCUIT | Price Limits |
| VENDOR CODES | Quote Vendor Symbols Listing |

**Equity Total Cost Analysis Tool** →
Analyze the all-in costs of replicating the S&P 500 by trading Equity Index futures versus ETFs.

**Options Expiration Calendar** →
Inform your roll strategy with daily updates and analytics on roll activity in Cryptocurrency futures.

**Dividend Futures Term Structure Tool** →
Explore the market's view of S&P 500 expected dividends on a quarterly and annual basis. Then analyze changes in dividend term structure across multiple points in time.

## Look for more? Explore our additional resources

**PRODUCTS**
Micro E-mini futures
E-mini S&P 500 ESG futures
S&P 500 Dividend futures
Total Return Index futures
Options on futures

**RESOURCES**
Trading resources
Expiration calendars
BTIC/Block Liquidity Providers
Equity Index Product Insights Report

**NEW E-MINI NASDAQ-100 WEEKLY OPTIONS: NOW AVAILABLE** →

**COMPANY**
Our Story
Corporate Citizenship

**INTERNATIONAL**
Global Offices
Partner Exchanges

**MARKET REGULATION**
Overview
Rulebooks

**OUR EXCHANGES**
CME
CBOT

| | | | |
|---|---|---|---|
| Media Room | Latin America | Regulatory Guidance | NYMEX |
| Careers | Europe, Middle East & Africa | Rule Filings | COMEX |
| Investor Relations | | Regulatory Outreach | |
| Contact Us | Asia-Pacific | | |

    

English

 FEEDBACK

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

© 2021 CME Group Inc. All rights reserved.

Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Data Terms of Use | Modern Slavery Act Transparency Statement | Report a Security Concern