← S&P

View another product

# S&P 500
Futures and Options

| GLOBEX CODE | LAST | CHANGE | VOLUME | |
|---|---|---|---|---|
| SPU1 | — | — | — | Add to portfolio |

as of August 17 2021, 09:06am CT

OTES   SETTLEMENTS   VOLUME & OI   TIME & SALES   **SPECS**   MA   FUTURES   OPTIONS

# S&P 500 OPTIONS - CONTRACT SPECS

Please be advised that effective Sunday, June 6, 2021 for trade date Monday, June 7, 2021, changes will be applied to the E-mini S&P 500 Stock Price Index Futures and Related Options Contracts. Please refer to SER #8776 to access these changes.

| CONTRACT UNIT | 1 S&P 500 Stock Price Index futures contract |
|---|---|
| MINIMUM PRICE FLUCTUATION | **Outright:**<br>0.10 index points = $25.00 for premium above 5.00<br><br>**Reduced Tick:**<br>0.05 index points = $12.50 for premium at or below 5.00<br><br>**CAB**<br>0.05 index points = $12.50 |
| PRICE QUOTATION | U.S. dollars and cents per index point |
| TRADING HOURS | **CME Globex:**<br>Sunday - Friday: 6:00 p.m. - 5:00 p.m. ET with a trading halt 9:15 a.m. - 4:30 p.m.<br><br>**CME ClearPort:**<br>Sunday 5:00 p.m. - Friday 5:45 p.m. CT with no reporting Monday - Thursday from 5:45 p.m. – 6:00 p.m. CT<br><br>**Open Outcry:**<br>Monday - Friday: 9:30 a.m. - 4:15 p.m. ET |
| PRODUCT CODE | **CME Globex:** SP   **CME ClearPort:** SP   **Open Outcry Put:** PS   **Open Outcry Call:** CS<br>**Clearing:** SP |
| LISTED CONTRACTS | Quarterly contracts (Mar, Jun, Sep, Dec) listed for 9 consecutive quarters and 3 additional Dec contracts |

| | |
|---|---|
| TERMINATION OF TRADING | Open Outcry: 4:15 p.m. ET on Thursday prior to 3rd Friday of the contract month<br><br>CME Globex: 9:15 a.m. ET on Thursday prior to 3rd Friday of the contract month |
| POSITION LIMITS | CME Position Limits |
| EXCHANGE RULEBOOK | CME 351A |
| BLOCK MINIMUM | Block Minimum Thresholds |
| PRICE LIMIT OR CIRCUIT | Price Limits |
| VENDOR CODES | Quote Vendor Symbols Listing |
| STRIKE PRICES STRIKE PRICE INTERVAL | 100 index point integer multiples, when listed:  +30% to -50% of the prior day's settlement price on the underlying future contract<br>50 index point integer multiples, when listed:  +20% to -40% of the prior day's settlement price on the underlying future contract<br>10 index point integer multiples, when the underlying future is the second closest contract:  +10% to -25% of the prior day's settlement price on the underlying future contract<br>?5 index point integer multiples, 35 days prior to expiry (or 5 Weeks):  +5% to -15% of the prior day's settlement price on the underlying future contract. |
| EXERCISE STYLE | American Options |
| EXERCISE PROCEDURE | An option can be exercised until 6:30 p.m. ET on any business day the option is traded |
| SETTLEMENT AT EXPIRATION | Option exercise results in a position in the underlying cash-settled futures contract. In-the-money options, in the absence of contrarian instructions delivered to the Clearing House by 6:30 p.m. ET on the day of expiration, are automatically exercised into expiring cash-settled futures, which settle to the SOQ calculated the morning of the 3rd Friday of the contract month. |
| SETTLEMENT METHOD | Deliverable |
| UNDERLYING | S&P 500 Futures |

### Equity Total Cost Analysis Tool →

Analyze the all-in costs of replicating the S&P 500 by trading Equity Index futures versus ETFs.

### Options Expiration Calendar →

Inform your roll strategy with daily updates and analytics on roll activity in Cryptocurrency futures.

### Dividend Futures Term Structure Tool →

Explore the market's view of S&P 500 expected dividends on a quarterly and annual basis. Then analyze changes in dividend term structure across multiple points in time.

## Look for more? Explore our additional resources

NEW E-MINI NASDAQ-

**PRODUCTS**

Micro E-mini futures

E-mini S&P 500 ESG futures

S&P 500 Dividend futures

Total Return Index futures

Options on futures

**RESOURCES**

Trading resources

Expiration calendars

BTIC/Block Liquidity Providers

Equity Index Product Insights Report

## 100 WEEKLY OPTIONS: NOW AVAILABLE

→

| COMPANY | INTERNATIONAL | MARKET REGULATION | OUR EXCHANGES |
|---|---|---|---|
| Our Story | Global Offices | Overview | CME |
| Corporate Citizenship | Partner Exchanges | Rulebooks | CBOT |
| Media Room | Latin America | Regulatory Guidance | NYMEX |
| Careers | Europe, Middle East & Africa | Rule Filings | COMEX |
| Investor Relations | Asia-Pacific | Regulatory Outreach | |
| Contact Us | | | |

     

English ▼

💬 **FEEDBACK**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

© 2021 CME Group Inc. All rights reserved.

Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Data Terms of Use | Modern Slavery Act Transparency Statement | Report a Security Concern