**Declaration of Records Custodian**
**Pursuant to 28 U.S.C. §1746**

I, Michael Schoonover, do hereby declare the following to be based on my personal knowledge:

1.      I am over 18 years of age and competent to testify as to matters included in this Declaration.  My title at Catalyst Capital Advisors ("Catalyst") is Chief Operating Officer.

2.      From at least September 2015 through March 2017, it was part of Catalyst Capital Advisors' regularly conducted activities for Edward Walczak, Portfolio Manager of the Catalyst Hedged Futures Strategy Fund (the "Fund"), to hold conference calls with investment advisors. Specifically, the purpose of the calls was for Mr. Walczak to provide information, and respond to questions from investment advisors, about the Fund.

3.      Although I do not recall the specific starting date, at some point in 2015 it became Catalyst's regular practice to record these conference calls in their entirety, from beginning to end, at the time they took place.  Prior to that time, Catalyst would intermittently hold similar conference calls with Edward Walczak and investment advisors as part of its regularly conducted activities.  One of those calls took place on November 4, 2014 and was recorded.

4.      Catalyst produced true and correct copies of these recordings to the CFTC. Below is a chart reflecting the date of the call, the file name of the audio recording produced, and the bates stamp associated with the audio file produced to the CFTC.  The file names of the recordings themselves reflect the date on which the call occurred.

| Date of Call | File Name of Recording | Bates Stamp |
|:---:|:---:|:---:|
| November 4, 2014 | Ed Walczak - HFXAX Call - Nov 4 2014 mp3 | CFTC_60 |

| September 15, 2015 | HFX Call – Sept 15 2015 – SEC10 – CONFIDENTIAL.mp3 | SEC10 |
|---|---|---|
| October 6, 2015 | HFX Weekly Open House Call - Oct 6 2015.mp3 | Catalyst_003_28962 |
| October 13, 2015 | HFX Weekly Open House Call - Oct 13 2015 mp3 | Catalyst_003_29411 |
| February 2, 2016 | HFX National Open House Call - Feb 2 2016.mp3 | Catalyst_003_41416 |
| March 1, 2016 | HFXIX Call 3-1-2016 - SEC2 - CONFIDENTIAL mp3 | SEC2 |
| June 7, 2016 | National Open House HFX - CFH Call - June 7 2016 mp3 | Catalyst_003_57978 |
| September 13, 2016 | National Open House HFX & CFH Call - Sept 13 2016 mp3 | Catalyst_003_07869 |
| October 25, 2016 | National Open House HFX & CFH Call - October 25 2016 mp3 | Catalyst_003_11578 |
| November 15, 2016 | HFX CFH Open House Call 11 15 16 mp3 | Catalyst_003_12536 |
| February 21, 2017 | HFX-CFH Open House PM Conf Call 2-21-2017 – Copy.mp3 | Catalyst_003_25982 |

5.      On each of these calls, Edward Walczak did, in fact, provide information about the Fund and responded to questions from investment advisors, if asked.

6.      Based on my knowledge of Catalyst's business records practices and procedures the records referred to above (and transmitted to the CFTC by attorneys at the firm Lazare Potter Giacovas & Moyle LLP, counsel to Catalyst) were:

(a)      true and correct copies of original business records kept by Catalyst, via third party conference call or data hosting services utilized at the time, in the course of its regularly conducted activities; and

(b)     made at or near the time of the occurrence of the matters set forth

in the records by – or from information transmitted by – a person

with knowledge of those matters; and

(c)     It was the regular practice of Catalyst to make such records in the

ordinary course of its business.

I declare the foregoing to be correct under penalty of perjury of the laws of the United States.

Michael
Schoonover

Digitally signed by Michael Schoonover
DN: cn=Michael Schoonover, o, ou,
email=michaels@catalystmf.com, c=US
Date: 2021.08.26 14:12:25 -04'00'

August 26, 2021
Date