UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADINGCOMMISSION, </br></br>Plaintiff </br></br>,v. </br></br>EDWARD S. WALCZAK, </br></br>Defendant. | No. 20 Civ. 75 </br></br>ECF Case |

**DEFENDANT, EDWARD S. WALCZAK'S RULE 26(a)(3) DISCLOSURES**

Defendant, Edward S. Walczak, respectfully submits the following disclosures in accordance with this Court's order and Rule 26(a)(3):

**Rule 26(a)(3)(A)(i) – Witnesses**

Defendant expects to call the following witnesses at trial:

Edward S. Walczak
c/of Zachary J. Ziliak
ZILIAK LAW LLC
141 W. Jackson Blvd., Suite 4048
Chicago, IL  60604

Kimberly Rios
c/of James C. Yong
Baugh, Dalton, Carlson & Ryan, LLC
135 S. LaSalle St., Ste 2100
Chicago, IL 60603-4223

Jerry Szilagyi
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017

Direct (212) 784-2407

Michael Schoonover
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

George Amrhein
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

Larry Milder
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

David Miller
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

Jeremy O'Keefe
c/o Richard Reibman
55 E. Monroe
Chicago, IL 60603
312-580-2205

CFTC Rule 30(b)(6) Witness – Topic: Interrogatory Answers
c/o Sam Wasserman
Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 1005
swasserman@cftc.gov

Michael DeLaval
c/of Zachary J. Ziliak
ZILIAK LAW LLC

141 W. Jackson Blvd., Suite 4048
Chicago, IL  60604

Norman Harrison
c/of James L. Kopecky
KOPECKY SCHUMACHER ROSENBURG LLC
120 N. LaSalle Street, Ste. 2000
Chicago, IL 60602

Dan Jensen
Catalyst Mutual Funds
Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

Daniel Saffrin
25 Ronan Road, Unit 205
Highwood, IL 60040

Defendant may call the following witnesses at trial:

Bart Evans
Evans Investment Advisors LLC
6713 Perkins Road
Baton Rouge, LA 70808
225-761-7870

Paul Rieger
RCM Alternatives
318 W. Adams Street
Chicago, IL 60606
312-870-1512

Joe Sullivan
c/o Richard Reibman
55 E. Monroe
Chicago, IL 60603
312-580-2205

Robert Glass
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

3

Larry Lai
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York 10017
Direct (212) 784-2407

Nicholas Bibbo
Northern Lights Distributor
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York 10017
Direct (212) 784-2407

Charles Jacobsen
Belvedere Trading
10 South Riverside Plz., Suite 2000
Chicago, IL 60606
312-893-3750

Jason Waxler
Katonah Capital Group, LLC
American Portfolio Financial Services
80 Business Park Drive, Suite 304
Armonk, NY 10504
(914) 219-5880

Brian Prichard
44 North Financial Partners
2 Cotton Street, Suite 200
Portland, ME 04101
207-319-7374

Jimmy Kuhn
Synergy Wealth Strategies
227 E. Main Street
Smithtown, NY 11787
631-961-8794

Chad Edwards
Prehmus Financial Partners
770-825-0248

Ralph H. Hendry

Potomac Wealth Management Inc.
218 N. Lee Street, Suite 300
Alexandria, VA 22314

Michael James Hankes
LPL Financial
3000 Woodcreek Drive, Ste 210
Downers Grove, IL 60515-5401

Ralph Allen
HawkPeak
7400 30th Street, SE
Ada, MI 49301

August Ewald
(need contact information)

Defendant may call any witness identified by Plaintiff on its Rule 26(a)(3)(ii) witness list.

### Rule 26(a)(3)(A)(ii)   - Deposition Designations

Defendant does not expect to present any testimony by deposition.

### Rule 26(a)(3)(A)(iii) -  Exhibits

Defendant's exhibit list is being exchanged with Plaintiff's counsel separately pursuant to this Court's order.

Dated: November 19, 2021                                        Respectfully submitted,

| | |
|---|---|
| By: /s/ James L. Kopecky | By: /s/ Zachary J. Ziliak |
| James L. Kopecky (ILBar#6225359) | Zachary J. Ziliak |
| KOPECKY SCHUMACHER ROSENBURG LLC | ZILIAK LAW LLC |
| 120 N. LaSalle, Street, Suite 2000 | 141 W. Jackson Blvd., Suite 4048 |
| Chicago, IL  60602 | Chicago, IL  60604 |
| Tel. 312-380-6552 | Tel. 312-462-3350 |
| jkopecky@ksrlaw.com | zachary@ziliak.com |
| *Counsel for Defendant* | docket@ziliak.com |
| | *Counsel for Defendant* |

5

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that he caused true and correct copies of the foregoing document to be served upon all counsel of record via email on November 19, 2021.

                _____/s/ James L. Kopecky_____