UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) No. 20 Civ. 75 |
| v. | ) ) ECF Case |
| EDWARD S. WALCZAK, | ) ) |
| Defendant. | ) ) ) ) ) |

# PLAINTIFF COMMODITY FUTURE TRADING COMMISSION'S MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY FROM DEFENDANT'S EXPERT <u>MICHAEL DE LAVAL</u>

For the reasons set forth in the attached memorandum of law, the Commodity Futures Trading Commission respectfully requests that the Court exclude Expert Report and Testimony from Defendant's proposed expert Michael De Laval.

Dated: November 19, 2021

Respectfully submitted,

COMMODITY FUTURES TRADING COMMISSION

By:   */s/ Samuel Wasserman*
      Samuel Wasserman
      Peter Janowski
      David Acevedo

Division of Enforcement
140 Broadway, 19th Floor
New York, New York, 10005
(646) 746-9700

*Attorneys for Plaintiff*