IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COMMODITY FUTURES TRADING
COMMISSION and U.S. SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiffs,

v.

EDWARD S. WALCZAK,

    Defendant,

USAA FEDERAL SAVINGS BANK, and its
successors or assigns,

    Garnishee.

Case No.  20-cv-75-wmc
20-cv-76-wmc

## ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Upon reviewing the application for writ of continuing garnishment filed with this court by the plaintiff U.S. Securities and Exchange Commission,

IT IS HEREBY ORDERED that the application of the U.S. Securities and Exchange Commission for a writ of continuing garnishment is GRANTED.

IT IS FURTHER ORDERED that the clerk of court issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 20th day of July, 2026.

BY THE COURT:

WILLIAM M. CONLEY
District Judge